# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA, | § § § § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. B-98-186 § § |
| BRK BRANDS, INC. | § § |
| Defendant. | § |

## NOTICE OF REMOVAL

BRK BRANDS, INC., Defendant, hereby removes this civil action from the 197th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

I.

## JURISDICTION

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this civil action is between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

## II.

## GROUNDS FOR REMOVAL

The removal of this action is based upon the following grounds, apparent from Plaintiff's Original Petition or asserted by counsel in good faith upon information and belief, but the allegations in Plaintiff's Original Petition are advanced here solely for the purposes of this removal and without admission of their truth or validity.

1. On or about November 24, 1998, a civil action was filed against BRK Brands, Inc. in the 197th Judicial District Court of Cameron County, Texas, entitled <u>Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox, Individually and as Next Friend of Brittany Cox v. BRK Brands, Inc.</u>, Cause No. 98-11-4582-C.

2. Defendant received a courtesy copy of Plaintiff's Original Petition on November 25, 1998. A citation for service upon Defendant BRK Brands, Inc., through its registered agent C.T. Corporations System, via certified mail was issued by the District Clerk for Cameron County on or about December 2, 1998.

3. This Notice of Removal is timely filed within thirty (30) days after Defendant was first served or received a copy of Plaintiff's Original Petition.

4. Diversity jurisdiction existed both at the time the action was commenced in state court and at the time of removal.

   (a) Plaintiffs are residents of the State of Texas.

   (b) Defendant, BRK Brands, Inc., is a Delaware corporation with its principal place of business in Illinois.

NOTICE OF REMOVAL   -   Page 2

(c) The amount in controversy in this action exceeds the sum or value of $75,000 exclusive of interest and costs.

5. Defendants will promptly notify Plaintiffs in writing of this removal and will promptly file a copy of this Notice of Removal with the Clerk of the 197th Judicial District Court of Cameron County, Texas.

6. Defendant has consented to removal as set forth herein.

## III.

## ATTACHMENTS

7. Pursuant to Local Rule 3(K), the following items are attached as exhibits to this Notice of Removal:

    Exhibit "A"    A certified copy of all executed process in this case;

    Exhibit "B"    A certified copy of Plaintiff's Original Petition, which is the only pleading asserting causes of action;

    Exhibit "C"    A certified copy of the state court's docket sheet;

    Exhibit "D"    An Index of Matters Being Filed; and

    Exhibit "E"    A List of Counsel of Record, including addresses, telephone numbers and parties represented.

8. There are no orders signed by the state judge at the time of the filing of this Notice of Removal.

Respectfully submitted,

*[signature]*

Brad Gahm
State Bar No. 07567350
ATTORNEY-IN-CHARGE
1717 Main Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299

ATTORNEY FOR DEFENDANT,
BRK BRANDS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18TH day of December, 1998, a true and correct copy of the foregoing Notice of Removal was forwarded via facsimile and/or certified mail, return receipt requested, postage prepaid to all counsel of record.

*[signature]*

Brad Gahm

L:\77262\PL\REMOVAL.NOT

NOTICE OF REMOVAL   -   Page 4