United States District Court
Southern District of Texas
FILED

DEC 28 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the Estate | § | |
| of MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA GARCIA, | § | |
| | § | |
| Plaintiff, | § | B-98-186 |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |
| Defendant. | § | |

## ORIGINAL ANSWER OF DEFENDANT, BRK BRANDS, INC.

Defendant, BRK BRANDS, INC., ("BRK") files this its Original Answer to Plaintiff's Original Petition.

I.

### PARTIES

1.   BRK is without knowledge or information to admit the residences of the three (3) Plaintiffs.

2.   BRK admits that it is a foreign corporation. BRK admits that it is a Delaware corporation with its principal place of business in Illinois.

II.

### VENUE

3.   BRK denies that venue is proper in Cameron County, Texas, as alleged in Section III., of Plaintiff's Original Petition. However, BRK states that venue is proper in the United States District Court, Southern District of Texas, Brownsville Division.

## III.

## FACTS

4. BRK is without sufficient information to admit or deny Section IV. of Plaintiffs' Original Petition.

## IV.

## NEGLIGENCE

5. BRK incorporates by reference its previous responses.

6. BRK admits that it designs and manufactures smoke detectors.

7. BRK denies the allegations contained in paragraph V. of Plaintiff's Original Petition.

## V.

## GROSS NEGLIGENCE

8. BRK incorporates by reference its previous responses.

9. BRK denies the allegations contained in paragraph VI. of Plaintiff's Original Petition.

## VI.

## STRICT LIABILITY

10. BRK incorporates by reference its previous responses.

11. BRK denies the allegations contained in paragraph VII. of Plaintiff's Original Petition.

**ORIGINAL ANSWER OF DEFENDANT, BRK BRANDS, INC. - 2**

## VII.

## **BREACH OF WARRANTY**

12. BRK incorporates by reference its previous responses.

13. BRK denies the allegations contained in paragraph VIII. of Plaintiff's Original Petition.

## VIII.

## **FRAUD**

14. BRK incorporates by reference its previous responses.

15. BRK denies the allegations contained in paragraph IX. of Plaintiff's Original Petition.

## **AFFIRMATIVE DEFENSES**

16. Plaintiff's Original Petition fails to state a claim against BRK upon which relief can be granted.

17. The product described in Plaintiff's Original Petition was misused, improperly applied, or improperly installed by a party other than BRK, and therefore Plaintiffs may not recover against BRK.

18. The damages which Plaintiffs complain were not proximately caused by BRK's actions.

19. Plaintiffs are barred from recovering damages for breach of implied warranties that were part of a valid disclaimer by BRK.

20. In the unlikely event that any issue on exemplary damages against BRK may be submitted to the jury and/or to be awarded, BRK invokes the definitions, requirements and limitations on exemplary damages provided by §41.001 et seq. of the Texas Civil Practice & Remedies Code.

ORIGINAL ANSWER OF DEFENDANT, BRK BRANDS, INC. - 3

21. If it is proven that BRK manufactured any products installed in Plaintiff's home, Plaintiffs cannot recover any consequential damages because they are expressly excluded by a written limited warranty.

22. Plaintiffs' claims for punitive damages are barred in a strict liability defect case involving a mass-produced, widely-marketed product.

23. BRK gives notice that it intends to rely upon any other defenses that may become available during discovery in this case, and reserves the right to amend this answer to assert those defenses.

THEREFORE, Defendant, BRK Brands, Inc., respectfully requests that upon the trial of this cause, (1) Plaintiffs take nothing by their claims; (2) judgment be entered awarding BRK its reasonable costs and expenses, including reasonable attorneys' fees for the preparation of trial, and any appeals of this action; and (3) such other and further relief to which BRK may show itself to be justly entitled.

Respectfully submitted,

BRAD GAHM
Texas Bar No. 07567350
ATTORNEY-IN-CHARGE
1717 Main Street, Suite 2300
Dallas, Texas 75201
Telephone: (214)462-3000
Facsimile: (214)462-3299

ATTORNEY FOR DEFENDANT,
BRK BRANDS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 23RD day of December, 1998, a true and correct copy of the above and foregoing was served on Plaintiffs' attorney of record via certified mail, return receipt requested:

Mark A. Cantu
The Atrium
1300 N. 10th Street
Suite 400
McAllen, Texas  78501

_____
BRAD GAHM

L:\77262\PL\ANS FED

**ORIGINAL ANSWER OF DEFENDANT, BRK BRANDS, INC. - 5**