

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as § | |
| Representative of the Estate of § | |
| MANUEL CRUZ; IDALIA GARCIA, § | |
| Individually; and CYNTHIA GARCIA § | |
| § | CIVIL ACTION NO. B-98-186 |
| VS. § | |
| § | |
| BRK BRANDS, INC. § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now come RENE O. OLIVEIRA and ELIZABETH G. NEALLY of the law firm of Roerig, Oliveira & Fisher, L.L.P., and file this their Notice of Appearance and would respectfully show the court as follows:

I.

The Defendant has retained RENE O. OLIVEIRA and ELIZABETH G. NEALLY of the law firm of Roerig, Oliveira & Fisher, L.L.P., to represent it as local counsel in this cause for all purposes, and RENE O. OLIVEIRA and ELIZABETH G. NEALLY hereby enter their appearance as additional attorneys of record for Defendant.

WHEREFORE, PREMISES CONSIDERED, RENE O. OLIVEIRA and ELIZABETH G. NEALLY respectfully request that their names be entered as additional attorneys of record for

Notice of Appearance - Page 1

Defendant.

        Respectfully submitted,

        ROERIG, OLIVEIRA & FISHER, L.L.P.
        855 West Price Road, Suite 9
        Brownsville, Texas 78520
        956/542-5666
        956/542-0016 (FAX)

        ATTORNEYS FOR DEFENDANTS

By: _____
     RENE O. OLIVEIRA
     State Bar No. 15254700
     Federal I.D. No. 4033

By: _____
     ELIZABETH G. NEALLY
     State Bar No. 14840400
     Federal I.D. No. 8044

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been forwarded to the following:

        Mark A. Cantu
        The Atrium
        1300 North 10th Street
        Suite 400
        McAllen, Texas 78501

on this __1rst__ day of __April__, 1999.

                _____
                Rene O. Oliveira