UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as § | |
| Representative of the Estate of § | |
| MANUEL CRUZ; IDALIA GARCIA, § | |
| Individually; and CYNTHIA GARCIA § | |
| § | CIVIL ACTION NO. B-98-186 |
| VS. § | |
| § | |
| BRK BRANDS, INC. § | |

## RENE O. OLIVEIRA'S MOTION IN SUPPORT OF JAMES HELLER'S APPLICATION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Rene O. Oliveira, counsel for BRK Brands, Inc., and files this Motion in Support of James H. Heller's ("Jim Heller") Application to Appear Pro Hac Vice.

I.

Rene O. Oliveira respectfully requests the court to grant Jim Heller's Application to Appear Pro Hac Vice. Mr. Oliveira is a partner of the Law Firm of Roerig, Oliveira & Fisher, L.L.P., located at 855 West Price Road, Suite 9, Brownsville, Texas 78520. He is a practicing attorney and a member in good standing of the State Bar of Texas.

Mr. Oliveira is employed as an attorney for BRK and is associated with Jim Heller on this case. In addition, Mr. Oliveira has and will continue to personally participate in the hearings and trial of this lawsuit. Mr. Oliveira finds Jim Heller to be an excellent and highly reputable attorney. He therefore recommends that he be permitted to practice before this Court in and throughout the trial of the above-styled case.

II.

WHEREFORE, PREMISES CONSIDERED, Rene O. Oliveira respectfully requests the Court to grant this Motion in Support of James H. Heller's Application to Appear Pro Hac Vice on behalf of BRK Brands, Inc., and grant any other relief in law or in equity to which BRK may be justly entitled.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520
Tel: 956/542-5666
Fax: 956/542-0016

ATTORNEYS FOR BRK BRANDS, INC.

By: _____
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to on this 6th day of April, 1999, to the following:

Mark A. Cantu
The Atrium
1300 North 10th Street
Suite 400
McAllen, Texas 78501

_____
Rene O. Oliveira

## CERTIFICATE OF CONSULTATION

This will confirm that a telephone call was made to March A. Cantu, counsel for Plaintiff, on this the 19th day of March, 1999, and as per his receptionist, Rachel, he was not in the office, therefore, we do not know if he has any opposition to the relief requested.

_____
Rene O. Oliveira

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § | |
| | § | CIVIL ACTION NO. B-98-186 |
| VS. | § § | |
| BRK BRANDS, INC. | § | |

## AFFIDAVIT OF RENE O. OLIVEIRA

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared Rene O. Oliveira, who first being duly sworn according to law on his oath deposed and said:

"My name is Rene O. Oliveira. I am over 18 years of age, have never been convicted of a crime, and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

1. I am a partner of the Law Firm of Roerig, Oliveira & Fisher, L.L.P., located at 855 West Price Road, Suite 9, Brownsville, Texas 78520, am a practicing attorney, and am a member in good standing of the State Bar of Texas.

2. I am counsel for BRK Brands, Inc. in the above-styled case. Consequently, I am associated with Jim Heller on this case. Mr. Heller is an excellent and highly reputable attorney, I therefore recommend that he be permitted before this Court in and throughout the trial of the above-styled case.

3. I have been and will continue to personally participate in the hearings and trial of this lawsuit".

Further Affiant sayeth not.

_____
RENE O. OLIVEIRA

SUBSCRIBED AND SWORN TO BEFORE ME on this ___22nd___ day of ___March___, 1999, to certify which witness my hand and official seal.

_____
Notary Public, State of

