

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

United States District Court
Southern District of Texas
FILED

APR 12 1999

Michael N. L.
Clerk of Court

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER OF DEFENDANT, BRK BRANDS, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant in the above-styled and numbered cause, and moves for leave to file Amended Answer of Defendant, BRK Brands, Inc., a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference the same as if fully copied and set forth at length, and would show the Court as follows:

1. Defendant would show that it is necessary to file an Amended Answer because Defendant is unsure whether it actually "designs"' smoke detectors, as was admitted in paragraph 6 of Defendant's Original Answer; and

2. Plaintiffs are unopposed to the filing of Defendant's Amended Answer.

**WHEREFORE**, Defendants request that this Court enter an Order granting leave to file the attached Amended Answer of Defendant, BRK BRANDS, INC.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas   78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Defendant's Unopposed Motion for Leave of Court to File Amended Answer of Defendant, BRK Brands, Inc. has been hand delivered to counsel of record to wit:

Mark A. Cantu
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

on this  7  day of April, 1999.

_____
Rene O. Oliveira

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Shiree Salinas was contacted by telephone on the 30th day of March, 1999, and consulted with regarding the merits of Defendant's Motion for Leave of Court to File Amended Answer of Defendant, BRK Brands, Inc.

Ms. Shiree Salinas, Attorney for Plaintiff, is unopposed to the granting of the Motion for Leave to file the Amended Answer of Defendant BRK Brands, Inc.

_____
Elizabeth G. Neally