

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § | |
| | § | CIVIL ACTION NO. B-98-186 |
| VS. | § § | |
| BRK BRANDS, INC. | § | |

### ORDER GRANTING APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

On this the 12TH day of APRIL, 1999, the Court considered James H. Heller's Application for Leave to Appear Pro Hac Vice on behalf of BRK BRANDS, INC. After considering the Application, the Court

GRANTS James H. Heller's Application to Appear Pro Hac Vice; It is further

ORDERED that James H. Heller may appear before this Court on behalf of BRK Brands in the above-styled matter.

SIGNED this 12TH day of APRIL, 1999.

_____
JUDGE PRESIDING