*/0*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

United States District Court
Southern District of Texas
ENTERED

APR 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

April 14, 1999

Mr. Mark A. Cantu
The Atrium
1300 N. 10th Street
Suite 400
McAllen, TX 78501

    Re:    C.A. No. B-98-186
           Jose Garcia, et al. vs.
           BRK Brands, Inc.

Dear Mr. Cantu:

    The Clerk of the Southern District of Texas has brought to my attention the fact that you are not admitted to practice in this Court.

    Please make arrangements for an attorney admitted to practice in the Southern District of Texas to appear as attorney in charge pursuant to Southern District of Texas Local Rule 2.

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:pt

xc: Mr. Rene O. Oliveira
    Ms. Elizabeth G. Neally
    Mr. Brad N. Gahm