

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

### DEFENDANT'S MOTION TO SHOW AUTHORITY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant **BRK BRANDS, INC.** in the above-styled and numbered cause, and files this his Unopposed Motion to Show Cause, and would show the court the following:

1. Defendant BRK Brands, Inc. requests a hearing for Plaintiff's Counsel to show authority to the Court that Mr. Cantu has authority to represent two of the Plaintiffs, Cynthia Garcia, Individually, and as Next Best Friend of Brittany Cox.

2. Ray Marchan, has represented in open court before Judge Janet Leal in County Court at Law No. 2 of Cameron County, Texas, *In the Matter of the Estate of Manuel Cruz, Dec'd*, Cause No. 1998-CPC-55-A, that he represents Cynthia Garcia and her daughter, Brittany Cox in their claims concerning the death of Brittany Cox' father, Martin Cruz.

**WHEREFORE,** Defendant requests that a hearing be set in this matter for Plaintiffs' counsel, Mark Cantu, to show authority that he represents Cynthia Garcia and her daughter, Brittany Cox, in this matter.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas   78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Defendant's Motion TO Show Cause has been hand delivered to counsel of record to wit:

Mark A. Cantu
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

on this 21st day of April, 1999.

_____
Rene O. Oliveira

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Shiree Salinas was contacted by telephone on the 20th day of April, 1999, and consulted with regarding the merits of Defendant's Motion to Show Cause.

Ms. Shiree Salinas, Attorney for Plaintiff, was opposed to the filing of the Motion to Show Cause.

_____
Elizabeth G. Neally

Defendant's Motion To Show Cause
21410 - Mtn Show Cause

PAGE 3