UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 27 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as § <br> Representative of the Estate of § <br> MANUEL CRUZ; IDALIA GARCIA, § <br> Individually; and CYNTHIA GARCIA § <br> § <br> VS. § <br> § <br> BRK BRANDS, INC. § | § <br> § <br> CIVIL ACTION NO. B-98-186 |

## TERRY HENRY'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, TERRY HENRY, and files this Application for Leave to Appear Pro Hac Vice on behalf of BRK BRANDS, INC., and in support thereof submits the following:

I.

Terry Henry respectfully seeks the Court's permission to appear pro hac vice on behalf of BRK. Mr. Henry is a resident of the State of Pennsylvania and is a member of the Law Firm of Cozen & O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania 19103. Mr. Henryr's State Bar Number is 77455.

Terry Henry will be associated in the above-styled lawsuit with Rene O. Oliveira and Elizabeth G. Neally, both of whom are residents, practicing members of the State Bar of Texas, and are partners of the Law Firm of Roerig, Oliveira & Fisher, L.L.P., located at 855 West Price Road, Suite 9, Brownsville, Texas 78520.

Terry Henry is a member is a good standing to practice before the State Bar of Pennsylvania and the State Bar of New Jersey. Mr. Henry is also admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States District Court of New Jersey,. Mr. Henry has not been disciplined by any court or administrative body within the last five years nor has he been denied admission to the court of any state federal court during the last five years.

Mr. Henry is familiar with the Rules of the State Bar of Texas governing the conduct of its members and agrees to comply with those rules so long as such trial or hearing is pending. *Keller Indus. Inc. v. Blanton*, 804 S.W.2d 182, 185 (Tex.App.--Houston [14th Dist.] 1991, orig. proceeding). In addition, Terry Henry has read and will comply with the local rules applicable to this Court as well as the Texas' Lawyers Creed--A Professional mandate.

II.

WHEREFORE, PREMISES CONSIDERED, Mr. Terry Henry respectfully requests the Court to grant his Application to Appear Pro Hac Vice on behalf of BRK Brands, Inc. and grant any other

relief in law or in equity to which BRK may be justly entitled.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520
Tel: 956/542-5666
Fax: 956/542-0016

By: _____
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded on this 21st day of April, 1999, to the following:

Mark A. Cantu
The Atrium
1300 North 10th Street
Suite 400
McAllen, Texas 78501

_____
Rene O. Oliveira

## CERTIFICATE OF CONSULTATION

This will confirm that a telephone call was made to Mark A. Cantu, counsel for Plaintiff, on this 29th day of March, 1999, and he was not in his office as per his secretary, Betty, therefore, we do not know if he has any opposition to the relief requested.

_____
Rene O. Oliveira

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § | |
| | § | CIVIL ACTION NO. B-98-186 |
| VS. | § § | |
| BRK BRANDS, INC. | § | |

### TERRY HENRY'S AFFIDAVIT IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

STATE OF Pennsylvania  §
                      §
COUNTY OF Philadelphia §

BEFORE ME, the undersigned Notary Public, on this day personally appeared TERRY HENRY, who first being duly sworn according to law on his oath deposed and said:

"My name is Terry Henry. I am over 18 years of age, have never been convicted of a crime, and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

1. I am counsel for BRK Brands, Inc.

2. I am a resident of the State of Pennsylvania and am a member of the Law Firm of Cozen & O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania 19103. My State Bar Number is 77455.

3. I am in good standing to practice before the State Bar of Pennsylvania and the State Bar of New Jersey. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States District Court of New Jersey. I have not been disciplined by any court

or administrative body within the last five years, nor have I been denied admission to the courts of any state or to any federal court during the last five years.

4. I am familiar with the Rules of the State Bar of Texas governing the conduct of its members, and I agree to comply with those rules so long as such trial or hearing is pending.

5. I have read and will comply with the local rules applicable to this Court, as well as the Texas Lawyers Creed--A Professional Mandate.

Further Affiant sayeth not.

_____
TERRY HENRY

SUBSCRIBED AND SWORN TO BEFORE ME on this ___13th___ day of ___April___, 1999, to certify which witness my hand and official seal.

_____
Notary Public, State of

```
LORRAINE S. COSTRO
COMMONWEALTH OF PENNSYLVANIA
COMMISSIONER OF DEEDS
COMMISSION EXPIRES JAN. 13, 2003
```