UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY - 3 1999
Michael N. Milby, Clerk of Court

JOSE GARCIA, Individually and : 
as Representative of the Estate : 
of MANUEL CRUZ, IDALIA GARCIA, : CIVIL ACTION NO. B-98-186
individually and CYNTHIA GARCIA, : 
:
vs. :
:
BRK BRANDS, INC., :

**MOTION OF DEFENDANT BRK BRANDS, INC.
FOR A PROTECTIVE ORDER**

Defendant, BRK Brands, Inc., by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order and in support thereof aver as follows:

1. This action arises out of the carbon monoxide poisoning death of Manuel Cruz on or about December 16, 1997 at 190 Thomae Lane, San Benito, TX.

2 Plaintiffs instituted suit on November 24, 1998, naming BRK Brands, Inc. as the sole defendant and on December 28, 1998 BRK removed the case to this Court.

3. Plaintiffs allege that BRK designed, manufactured and distributed a smoke detector that was in Mr. Cruz's home and that the detector failed to warn him of the "fire and smoke" in his house.

4. There is presently physical evidence in the custody of the Cameron County Sheriff's Office that, if released to the public, could be altered, destroyed or otherwise spoliated.

5. The Cameron County Sheriff's Department has developed and maintained certain investigative materials that, if all parties are not permitted equal access could lead to witness tampering.

6. Certain other persons and/or entities are currently in the possession of the smoke detector allegedly in Mr. Cruz's house at the time of his death.

7. In order to present its defense, BRK must rely upon the integrity of physical evidence currently within the possession of the Sheriff's Office and others.

8. As more specifically set forth in the Memorandum of Law in support of BRK's motion for entry of a protective order which is incorporated herein as though fully set forth, there is a substantial risk that BRK will suffer prejudice if physical evidence is not placed in protective custody and if it is not permitted equal access to investigative materials.

9. Counsel for BRK has conferred with plaintiffs', but has been unable to reach an agreement with regard to the entry of a protective order.

**WHEREFORE**, BRK Brands, Inc. respectfully requests that the Court enter the attached Protective Order.

RESPECTFULLY SUBMITTED,

**ROERIG, OLIVEIRA & FISHER**

BY: _____
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
855 West Price Road, Suite 9
Brownsville, TX 78520
Tel: 956/542-5666
Fax: 956/542-0016

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

PHILA1\1029096\1 077262.000

-3-

## **CERTIFICATE OF CONSULTATION**

I, Elizabeth G. Neally, certify that Terry Henry, one of the attorneys for Defendant, sent correspondence to Mark Cantu and Ray Marchan, counsel for plaintiffs, on April 29, and April 30, 1999, advising of our intent to file this **Motion of Defendant BRK Brands, Inc. for a Protective Order**. Neither counsel responded to his request for a conference.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brands Inc.'s Memorandum of Law in Support of Its Motion for a Protective Order*, has been served upon Mark Cantu, counsel for Plaintiff, at The Atrium, Suite 400, 1300 North Tenth Street, McAllen, TX 78501 and Mr. Ray Marchan, EDDINGTON & ASSOCIATES, L.L.P., 1926 E. Elizabeth, Brownsville, TX 78520, on this 3 day of May, 1999.

Elizabeth G. Neally