16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
MAY 0 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON ALL PENDING MOTIONS

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 13, 1999 AT 2:15 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 5, 1999

TO:   MR. MARK CANTU
      MR. RENE O. OLIVEIRA
      MS. ELIZABETH NEALLY
      MR. BRAD N. GAHM
      MR. JAMES H. HELLER
      MR. TERRY HENRY