17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | B-98-186 |
| BRK BRANDS, INC. | ) ) | |

United States District Court
Southern District of Texas
FILED

MAY 10 1999

Michael N. Milby
Clerk of Court

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, RAY R. MARCHAN, attorney for CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX, Plaintiff, and respectfully shows unto this Honorable Court that he is appearing as counsel representing the CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX in the above numbered cause and respectfully requests that all settings in the above referenced action be sent to his offices as indicated below.

Respectfully submitted on this the _10_ day of May, 1999.

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
RAY R. MARCHAN



## CERTIFICATE OF SERVICE

I hereby certify that on this the __10__ day of May, 1999, a true and correct copy of the foregoing instrument was delivered to opposing counsel by via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN