

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and ) <br> as Representative of the Estate ) <br> MANUEL CRUZ, IDALIA GARCIA, ) <br> individually and CYNTHIA GARCIA ) <br> ) <br> VS. ) <br> ) <br> BRK BRANDS, INC. ) | CIVIL ACTION NO. <br><br> B-98-186 |

United States District Court
Southern District of Texas
FILED

MAY 10 1999

Michael N. Milby
Clerk of Court

## CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX'S RESPONSE TO BRK BRANDS, INC.'S MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX, Plaintiff in the above styled and numbered cause, by and through her attorney of record, RAY R. MARCHAN, 1926 E. Elizabeth, Brownsville, Texas, and files this her response to BRK Brand's Motion for Protective Order and in support thereof would respectfully show the court as follows:

1. Plaintiff Cynthia Cox As Next Friend of Brittany Cox, has no objection to the protective order requested for materials produced by the Cameron County Sheriff's Department. However, Plaintiff Cynthia Cox As Next Friend of Brittany Cox does have objection to those items which are within possession of the Cameron County Sheriff's Department that are the property of the Estate of Manuel Cruz. That property would include the heater referred to in BRK Brands, Inc.'s Motion for Protective Order. Plaintiff Cynthia Cox As Next Friend of Brittany Cox submits to the court that she or her authorized representative have not had a reasonable opportunity to inspect and/or test such heater before determining whether a cause of action exists and/or will be filed. It is, in fact, required that Cynthia Cox As Next Friend of

Brittany Cox use due diligence and make reasonable inspection prior to filing litigation which they did with the smoke detector referred to in this case.

2.  Plaintiff Cynthia Cox as Next Friend of Brittany Cox would state to the court that the smudge on the smoke blackened smoke detector was occasioned by the reasonable inspection of the unit, as well as, the disconnection of the battery to avoid draining and spoliation of the strength of the battery was undertaken not only to reasonably inspect but to protect the status quo of the evidence. In fact, upon BRK's inspection, the smoke detector was produced under agreeable circumstances and, when tested, the battery produced a full nine (9) volt reading. Additionally, Plaintiffs Cynthia Cox as next friend of Brittany Cox permitted defendants to test the smoke detector to their satisfaction.

3.  Therefore, because of the careful handling of the smoke detector by Plaintiff Cynthia Cox as next friend of Brittany Cox's representatives, there is sufficient evidence that the same care and protection will be taken of the heater which is the only source that can be identified as to have caused the smoke and soot to have caked on the smoke detector itself.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Cynthia Cox as Next Friend of Brittany Cox respectfully prays that this court not obstruct her access to the property of the Estate of Manuel Cruz so that sufficient investigation can be conducted prior to any allegations being made against the heater and/or the heater manufacturer. Additionally, Plaintiff agrees to produce such heater at a later time for the defendant's inspection once plaintiffs inspection and testing has been completed and if litigation is filed against the heater manufacturer.

Respectfully submitted this the ___10___ day of May, 1999.

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
Ray R. Marchan
State Bar No. 12969050

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___10___ day of May, 1999, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
Ray R. Marchan