IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MANUEL CRUZ; IDALIA § <br> GARCIA, INDIVIDUALLY; AND CYNTHIA § <br> COX; INDIVIDUALLY AND AS NEXT § <br> FRIEND OF BRITTANY COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | CIVIL ACTION NO. B-98-186 |

## JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, IDALIA GARCIA, INDIVIDUALLY AND CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX'S RESPONSE TO BRK BRANDS, INC.'S MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, Plaintiffs in the above styled and numbered cause, by and through their attorney of record, Mark A. Cantu, The Atrium, 1300 N. 10th Street, McAllen, Texas 78501 and file this their response to BRK Brand's Motion for Protective Order and in support hereof would respectfully show the Court as follows:

1.      Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, have no objection to the protective order requested for materials produced by the Cameron County Sheriff's Department. However, Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, do have objection to those items which are within possession of the Cameron County

Sheriff's Department that are the property of the Estate of Manuel Cruz. That property would include the heater referred to in BRK Brands, Inc.'s Motion for Protective Order. Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, submit to this Court that they nor their authorized representatives have had a reasonable opportunity to inspect and/or test such heater before determining whether a cause of action exists and/or will be filed. It is, in fact, required that Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, use due diligence and make reasonable inspection prior to filing litigation which was done with the smoke detector referred to in this case.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, respectfully pray that this Court not obstruct their access to the property of the Estate of Manuel Cruz so that sufficient investigation can be conducted prior to any allegations being made against the heater and/or the heater manufacturer. Additionally, plaintiffs agree to produce such heater at a later time for the defendant's inspection once plaintiffs inspection and testing has been completed and if litigation is filed against the heater manufacturer.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
MARK A. CANTU
State Bar No. 03767445
Cameron County No. 20,001
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ;
IDALIA GARCIA, INDIVIDUALLY
AND CYNTHIA COX, INDIVIDUALLY
AND AS NEXT FRIEND OF
BRITTANY COX

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 12th day May of 1999.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas  78520

_____
MARK A. CANTU