21

United States District Court
Southern District of Texas
FILED

MAY 1 2 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MANUEL CRUZ; IDALIA § <br> GARCIA, INDIVIDUALLY; AND CYNTHIA § <br> COX; INDIVIDUALLY AND AS NEXT § <br> FRIEND OF BRITTANY COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | CIVIL ACTION NO. B-98-186 |

## MARK A. CANTU'S RESPONSE TO DEFENDANT'S
## MOTION TO SHOW AUTHORITY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Mark A. Cantu and files this his response to Defendant BRK Brands, Inc., Motion to Show Authority and for cause of action would respectfully show the Court and as follows:

I.

1. On January 6, 1998, Jose Garcia, Idalia Garcia, Marlinda Ochoa and Cynthia Cox retained the services of Everardo Abrego for representation of their interests and Manuel Cruz' resulting from his death. (please see Exhibit "A" and "B" attached hereto and incorporated as if fully set forth herein.)

2. Everardo Abrego referred this case to Mark A. Cantu who then met with the clients and Mr. Abrego at the Law Office of Mark A. Cantu.

3. The clients consented to the referral.

4. No notice of termination of employment has been received from the clients terminating the services of Everardo Abrego or Mark A. Cantu.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned requests that this Honorable Court and allow Mark A. Cantu to continue to appear in this proceeding on behalf of the Plaintiffs.

> Respectfully submitted,
> LAW OFFICE OF MARK A. CANTU
> The Atrium
> McAllen, Texas 78501
> Tel: 956/687-8181
> Fax: 956/687-8868
>
> *[signature: Mark A. Cantu]*
>
> MARK A. CANTU
> State Bar No. 03767445
> Cameron County No. 20,001
> ATTORNEY FOR PLAINTIFFS
> JOSE GARCIA, INDIVIDUALLY
> AND AS REPRESENTATIVE OF
> THE ESTATE OF MANUEL CRUZ;
> IDALIA GARCIA, INDIVIDUALLY
> AND CYNTHIA COX, INDIVIDUALLY
> AND AS NEXT FRIEND OF
> BRITTANY COX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 12th day May of 1999.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas 78520

*Mark Cantu / SOS.*
MARK A. CANTU

# AFFIDAVIT OF SHIREE D. SALINAS

THE STATE OF TEXAS §

COUNTY OF HIDALGO §

BEFORE ME, the undersigned authority, on this day personally appeared SHIREE D. SALINAS, known to me to be the person whose name is subscribed hereto, being first duly sworn, upon oath stated as follows:

"My name is Shiree D. Salinas. I am a resident of Hidalgo County, Texas. I am above the age of eighteen (18) years of age, of sound mind, and am competent to make this affidavit. The facts contained in this Affidavit are based upon my own personal knowledge, and are true and correct."

"I am an Attorney at Law, licensed to practice in the State of Texas and an associate at the Law Office of Mark A. Cantu. I have read the above Response to Defendant B.R.K. Brands, Inc.'s Motion to Show Authority and every statement contained in this Response to Defendant B.R.K. Brands, Inc.'s Motion to Show Authority, is within my personal knowledge, with the exception of those allegations made on information and belief which are believed to be true and correct."

"Additionally, I have reviewed Exhibits "A" and "B" attached hereto and incorporated into the Mark A. Cantu's Response to Defendant's Motion to Show Authority (also incorporated by reference as if fully set forth herein) and state that they were received of the Law Office of Everardo Abrego for attachment to the Response to Defendant's Motion to Show Authority.

Further Affiant sayeth not.

_____
SHIREE D. SALINAS

SWORN TO AND SUBSCRIBED before me by the said Shiree D. Salinas, on this the 12th day of May, 1999.

_____
Notary Public State of Texas

My commission expires: 2/27/2001

[Notary Seal: BETTY ANN ACOSTA, MY COMMISSION EXPIRES February 27, 2001]

1