

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ; IDALIA GARCIA, INDIVIDUALLY; AND CYNTHIA COX; INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| v. | § | |
| BRK BRANDS, INC. | § | |

**PLAINTIFFS RESPONSE AND OBJECTION TO DEFENDANT BRK BRANDS, INC.'S PROPOSED CASE MANAGEMENT ORDER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, Plaintiffs in the above styled and numbered cause, by and through their attorney of record, Mark A. Cantu, The Atrium, 1300 N. 10th Street, McAllen, Texas 78501 and file this their Response and Objection to Defendant BRK Brands, Inc.'s Proposed Case Management Order and in support hereof would respectfully show the Court as follows:

1. On or about December 16, 1997, while in a home located at 190 Thomas, San Benito, Cameron County, Texas, Manuel Cruz died when the smoke detector in his home failed to warn him of the fire and smoke in his home.

2. Plaintiffs filed their Original Petition on November 24, 1998, which case was subsequently removed to Federal Court by the sole Defendant BRK Brands, Inc.

3. Neither Plaintiffs nor Defense Counsel have come to an agreement regarding a proposed Discovery Plan or Case Management Order.

ClibPDF - www.fastio.com

4. Plaintiffs object to the proposed Case Management Order of the defendant for several reasons as follows:

   a. It calculates time based upon a May 2000 trial setting for which there has been no request or confirmation. Plaintiffs assert herein their request that a trial date be set at the Court's convenience and that all counsel cooperate with each other in formulating a Case Management Plan and work from the trial date selected by the Court.

   b. Defendants proposed order limits the issues that can be discovered and developed not only by phase but by deposition as well.

   c. Defendants proposed Case Management Plan allows dispositive motions without full discovery of all facts and opinion supporting relevant elements of the causes of action alleged by the Plaintiffs.

5. Plaintiffs assert that the Defendants Proposed Case Management Plan is limited to the extent that it derives the Plaintiffs of their ability to fully and properly present their case in Court. It is likewise the Plaintiff's position that the limits of the phases and issues within the depositions to be taken in those phases restricts the discovery process to such extent that if dispositive motions are not granted after the first phase, depositions taken during the first phase might need to be taken again in the second phase on separate issues not allowed to be discovered previously. This would require more expenditure of time and money rather than reduction of said expenditures.

6. Plaintiffs respectfully request that a trial date be set which can then be utilized by the Defendants and Plaintiffs in formulating and submitting an Agreed Case

ClibPDF - www.fastio.com

Management Plan within 3 days of the Courts setting of the trial date.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually; and Cynthia Cox as Next Friend of Brittany Cox, pray and respectfully request that this Honorable Court decline to enter the Defendants Proposed Case Management Order; set a trial date and allow the Defendants and Plaintiffs to submit an Agreed Case Management Order 3 days from the entry of this Court's denial of Defendant's motion.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

Mark A. Cantu SDS.
MARK A. CANTU
State Bar No. 03767445
Cameron County No. 20,001
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ;
IDALIA GARCIA, INDIVIDUALLY
AND CYNTHIA COX, INDIVIDUALLY
AND AS NEXT FRIEND OF
BRITTANY COX

ClibPDF - www.fastio.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 12th day May of 1999.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas 78520

MARK A. CANTU

ClibPDF - www.fastio.com