THE HONORABLE JOHN WM. BLACK

HEARING ON ALL PENDING MOTIONS AND
INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 13 1999

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-186          DATE & TIME: 05-13-99 AT 2:15 P.M.

JOSE GARCIA, ET AL.                PLAINTIFF(S)     MARK CANTU
                                   COUNSEL

VS.

BRK BRANDS, INC.                   DEFENDANT(S)     RENE O. OLIVEIRA
                                   COUNSEL          ELIZABETH NEALLY
                                                    BRAD N. GAHM
                                                    JAMES H. HELLER
                                                    TERRY HENRY

-------------------------------------------------------------------------------

Attorneys Shiree Salinas, Ray Marchan and Elizabeth Neally appeared.

Scheduling dates were set.

Order will be sent to counsel for all parties.