24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

<u>O R D E R</u>

On this day came on to be considered the **hearing on all pending motions and initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Plaintiff to designate experts and produce reports and curricula vitae by **September 30, 1999.**

(2) Defendant to designate experts and produce reports and curricula vitae by **November 30, 1999.**

(3) Daubert Motions and Dispositive Motions must be filed by **January 31, 2000**.

(4) Hearing set for **February 11, 2000 at 10:00 A.M.**

(5) All discovery in this case must be completed by **March 3, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **February 11, 2000.** Failure to file such motion shall preclude further discovery.

(6) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(7) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 17, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(8) A final pretrial and settlement conference is set for **March 17, 2000 at 1:30 P.M.**

(9) Final Pretrial is set for **April 1, 2000 at 8:30 A.M**. before Judge Filemon B. Vela. Jury selection is set for **April 2, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(10) Trial on the merits is set for **April 2000**, docket call.

DONE at Brownsville, Texas, on this 13th day of May 1999.

_____
John Wm. Black
United States Magistrate Judge