25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA vs. BRK BRANDS, INC. | § § § § § § § § § | CIVIL ACTION NO. B-98-186 |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER OF DEFENDANT, BRK BRANDS, INC.

On this the 13 day of MAY, 1999, there came on to be considered the Defendant's Motion for Leave to File Amended Answer of Defendant, BRK Brands, Inc., and it appearing to the Court that the motion should be GRANTED;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant is hereby granted leave to file the **Amended Answer of Defendant, BRK Brands, Inc.**

SIGNED FOR ENTRY this 13 day of MAY, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED
MAY 1 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk