

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | § § | |

**DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant **BRK BRANDS, INC.** in the above-styled and numbered cause, and files this, its Motion for Entry of Protective Order, and would show the court the following:

1. Attached is a copy of the proposed Protective Order that was sent to Plaintiffs' counsel on or about May 17, 1999. (See Exhibit "A.") Neither one of Plaintiffs have responded to the proposed protective order.

2. BRK Brands, Inc. contends that the proposed Order complies with the court's directive during the May 13, 1999 scheduling conference. The only thing that was added to this Protective Order was that the heater and any other physical evidence of the Sheriff's Department will actually be taken to the neutral storage facility. (Paragraph 3.) Also, Defendant has designated a storage facility that it believes to be suitable to store this evidence and changed the number of locks to required to two.

3. Further evidence of Defendant's repeated attempts to contact Plaintiffs regarding the Protective Order is the Rule 11

Agreement attached as Exhibit "B" that was proposed in order to continue with the drafting for protective order, and Defendant's correspondence to Plaintiff regarding possible storage facilities attached as Exhibit "C."

4. Release of physical evidence by the Sheriff's office and consequently discovery is being delayed due to Plaintiffs' failure to communicate with Defendant concerning this Order.

**WHEREFORE,** Defendant prays that the Protective Order be entered by the Court, and for such other relief, at law or in equity, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas   78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
  ELIZABETH G. NEALLY
  Texas State Bar No. 14840400
  Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Defendant's Motion For Entry of a Protective Order has been hand delivered on this 28th day of May to counsel of record to wit:

| Shiree Salinas | Mr. Ray Marchan |
| **LAW OFFICES OF MARK CANTU** | **EDDINGTON & ASSOCIATES, L.L.P.** |
| The Atrium, Suite 400 | 1926 E. Elizabeth |
| 1300 North Tenth Street | Brownsville, TX   78520 |
| McAllen, TX 78501 | [CM/RRR # 975 607 748] |
| [CM/RRR # P 975 607 748] | |

_____
Elizabeth G. Neally

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Ray Marchan and Shiree Salinas were contacted by telephone on the 27th day of May, 1999, and consulted regarding the merits of Defendant's Motion For Entry of Protective Order. Counsel are opposed to this motion. Further, the attached correspondence was sent to Ray Marchan and Shiree Salinas as noted evidencing our attempts to resolve this issue.

_____
Elizabeth G. Neally