IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA <br><br> vs. <br><br> BRK BRANDS, INC. | CIVIL ACTION NO. B-98-186 |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
FOR EXTENSION TO FILE A RESPONSE
TO PLAINTIFF CYNTHIA GARCIA AS NEXT FRIEND OF BRITTANY COX'
FIRST AMENDED ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant in the above-styled and numbered cause, and moves for leave of court for extension of time to file a Response to Plaintiff Cynthia Garcia as Next Friend of Brittany Cox's First Amended Original Petition, and would show the Court as follows:

1. Defendant would show that it intends to file a Response to Plaintiff's First Amended Original Petition, filed by Cynthia Cox as Next Friend of Brittany Cox. However, Defendant requires additional time to prepare its response because of the length and breadth of Plaintiff's First Amended Original Petition.

2. Defendant has conferred by telephone call and letter with Plaintiff's counsel, Ray Marchan, as is evidenced by the attached letter dated June 9, 1999. Plaintiff is unopposed to the extension of time for Defendant to file its Response.

3. Defendant requests an additional seven (7) days or until June 18, 1999, to file its Response.

**WHEREFORE**, Defendants request that this Court enter an Order granting leave to Request an Extension of Time to File a Response until June 18, 1999.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas    78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900  Market Street
Philadelphia, PA    19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

### CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Ray Marchan was contacted by telephone on June 4, 1999, regarding Defendant's request for extension of time to file a Response, and Mr. Marchan is unopposed to our request for an extension.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' Motion for Leave to Request an Extension of Time to File Response to the First Amended Original Petition filed by Cynthia Cox as Next Friend of Brittany Cox.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the 9 day of June, 1999.

_____
Elizabeth G. Neally

## COZEN AND O'CONNOR
A PROFESSIONAL CORPORATION
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

(215) 665-2000
(800) 523-2900

FACSIMILE
(215) 665-2013

www.cozen.com

ATLANTA, GA
CHARLOTTE, NC
COLUMBIA, SC
DALLAS, TX
LONDON, UK
LOS ANGELES, CA

NEW YORK, NY
NEWARK, NJ
SAN DIEGO, CA
SEATTLE, WA
WEST CONSHOHOCKEN, PA
WESTMONT, NJ

TERRY M. HENRY
DIRECT DIAL (215) 665-4653
DIRECT FAX (215) 665-2013
E-MAIL: THENRY@COZEN.COM

June 9, 1999

### VIA TELECOPIER NO. (956) 541-0255

Ray R. Marchan, Esq.
Eddington & Associates, LLP
1926 East Elizabeth Street
Brownsville, TX 78520

Re: Garcia v. BRK Brands, Inc.
Our File No. 72262

Dear Mr. Marchan:

We write to confirm the substance of our telephone conversation this date wherein you agreed to provide us a brief extension of time within which we may file and serve a response to the First Amended Original Complaint of your client, Cynthia Cox as next friend of Brittany Cox. Accordingly, the responsive pleading of BRK Brands will be filed and served upon all parties on or before Friday, June 18, 1999.

We appreciate your courtesy in this regard. If you have any questions with regard to the above or anything else related to this matter, please feel free to communicate with us at your convenience.

Very truly yours,

COZEN AND O'CONNOR

BY: *Terry M. Henry*

TMH/m
cc: Elizabeth Neally, Esq. (Via Telecopier)
    Rene Oliveira, Esq. (Via Telecopier)
    James Heller, Esq.