```
                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE SOUTHERN DISTRICT OF TEXAS

                            BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 1 5 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | CASE NO. CA B-98-186 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 13, 1999 |
| | § | 2:02 P.M. TO 2:19 P.M. AND |
| BRK BRANDS, INC. | § | 2:19 P.M. TO 2:57 P.M. |

<u>MOTIONS HEARING AND PRETRIAL CONFERENCE</u>

BEFORE THE HON. JOHN WILLIAM BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:          SEE NEXT PAGE


For the Defendant:           SEE NEXT PAGE


Court Recorder:              Gabriel Mendieta



                             PREPARED BY:

                             JUDICIAL TRANSCRIBERS OF TEXAS, INC.
                             7135 West Tidwell
                             Building M, Suite 112A
                             Houston, Texas 77092
                             (713) 462-6434
                             (713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
Fax (713) 462-3042 • Office (713) 462-6434