IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 1999

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 1999

Michael N. Milby, Clerk of Court

JOSE GARCIA, Individually and §
as Representative of the §
ESTATE OF MANUEL CRUZ; §
IDALIA GARCIA, Individually; and §
CYNTHIA GARCIA §
§
vs. §
§
BRK BRANDS, INC. §
§

CIVIL ACTION NO. B-98-186

## PROTECTIVE ORDER

---

**WHEREAS,** during its investigation of Mr. Cruz' death, the Cameron County Sheriff's Office took into its possession a propane space heater from Mr. Cruz' house and may have taken into its possession other physical evidence it is believed played a role or contributed to Mr. Cruz' death.

**AND WHEREAS,** the smoke detector alleged to have been located in Mr. Cruz' house at the time of the incident the subject of this lawsuit is also a crucial piece of evidence that is presently in the possession of one of Plaintiff's experts.

**WHEREAS,** the release of the heater and any other physical evidence taken into custody by the Sheriff's Office at the time of Mr. Cruz' death is imminent.

**WHEREAS,** there is a substantial risk that parties to this action and others would suffer prejudice if the physical evidence in the custody of the Sheriff's Office as well as the smoke detector is not placed in the safe keeping of a neutral location.

**WHEREAS,** there is a substantial risk that the parties to this

CVAPDF - www.texlia.com

action and others would suffer prejudice if they are denied equal access to the investigative materials developed by the Sheriff's Office.

**IT IS THEREFORE STIPULATED AND AGREED** that:

1.  Upon the conclusion of the Cameron County Sheriff's investigation into the death of Manuel Cruz, any and all physical evidence seized and taken into custody by the Cameron County Sheriff's Office during said investigation including, but not limited to, the propane space heater, be immediately turned over to a neutral location which shall be designated as STORAGE DEPO, located at 448 Regal Row, Brownsville, Texas until further order of the Court.

2.  It is further agreed that Defendant BRK Brands will be notified and present at the time the heater is released to Plaintiff by the Cameron County Sheriff's Office, and will be notified and allowed to be present prior to the move of the heater to the neutral location, in order to allow Defendant to photograph the heater prior to its move.

3.  Within five (5) days of the signing of this Order, Plaintiffs shall move the smoke detector to the neutral location at STORAGE DEPO, 448 Regal Road, Brownsville, Texas.

4.  It is further ordered and agreed that the above-described evidence shall be kept under two (2) locks with the Plaintiffs and Defendant having a single key to a single lock.

5.  Upon conclusion of its investigation into the death of Manuel Cruz, the Cameron County Sheriff's Office will allow all parties to this litigation equal access to the material developed

Protective Order

**PAGE 2**
(21,410)

CutePDF - www.fastio.com

by the Sheriff's Office during its investigation including, but not limited to, investigative reports, summaries of interviews, verbatim transcripts of interviews, sworn statements, results of polygraph examination, summaries of the results of polygraph examinations, results of any chemical or physical examinations of any physical evidence, including Manuel Cruz' body, photographs, videos, and summaries thereof.

6. It is further ordered that no destructive testing shall be performed by any party without the express, written approval of all parties and that all parties will be notified and allowed to be present during any approved destructive testing.

DONE THIS 18 DAY OF JUNE, 1999
AT B ROWNSVILLE, TX

_____
Presiding Judge