32

United States District Court
Southern District of Texas
FILED

JUN 18 1999

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE GARCIA, Individually and : 
as Representative of the Estate : CIVIL ACTION
of MANUEL CRUZ, IDALIA GARCIA, :
Individually; and CYNTHIA COX as :
Next Best Friend of Brittany Cox, : NO. B-98-186
:
vs. :
:
BRK BRANDS, INC. :

**ORDER ON DEFENDANT BRK BRANDS INC.'S
UNOPPOSED MOTION FOR LEAVE FOR EXTENSION
TO FILE A RESPONSE TO
PLAINTIFF'S FIRST AMENDED COMPLAINT OF PLAINTIFF,
CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX**

On this the 18 day of June, 1999, there came on to be considered the Defendants' Unopposed Motion for Leave of Court for Extension of Time to File a response to Plaintiff's First Amended Original Petition, and it appearing to the Court that the motion should be **GRANTED**;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the Defendant's leave for extension of time to file its Response to Plaintiff's First Amended Original Petition of Cynthia Cox as Next Friend of Brittany Cox. in all things **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant BRK Brands, Inc. is granted an extension to file its Response until June 18, 1999.

SIGNED this 18 day of June, 1999.

_____
J~~UDGE~~ PRESIDING