IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ<br>Plaintiffs | § § § § § § | |
| CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX<br>Plaintiff | § § § § | CIVIL ACTION NO. B-98-186 |
| v. | § § | |
| BRK BRANDS, INC.<br>Defendant | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Shiree D. Salinas, an associate attorney at the Law Office of Mark A. Cantu for Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Plaintiffs and respectfully shows unto this Honorable Court that she is appearing as additional counsel representing Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz in the above numbered cause and respectfully shows the Court as follows:

I.

The Plaintiffs retained the Law Office of Everardo Abrego to represent them. Subsequently, attorney Everardo Abrego, referred the case to the Law Office of Mark A. Cantu. Shiree D. Salinas hereby enters her appearance per request of this Honorable Court as counsel representing the above referenced Plaintiffs.

**WHEREFORE, PREMISES CONSIDERED,** Shiree D. Salinas respectfully requests that her name be entered as additional attorney for Plaintiffs.

Respectfully submitted on this the 28th day of June, 1999.

        Respectfully submitted,
        **LAW OFFICE OF MARK A. CANTU**
        The Atrium
        McAllen, Texas 78501
        Tel: 956/687-8181
        Fax: 956/687-8868

        SHIREE D. SALINAS
        State Bar No. 17537000
        Cameron County No. 20,002
        ATTORNEY FOR PLAINTIFFS
        JOSE GARCIA, INDIVIDUALLY
        AND IDALIA GARCIA, INDIVIDUALLY
        AND AS REPRESENTATIVE OF THE
        ESTATE OF MANUEL CRUZ

—3—

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 28th day June of 1999.

Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas 78520

SHIREE D. SALINAS