34

United States District Court
Southern District of Texas
FILED

JUN 28 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY AND §<br>IDALIA GARCIA, INDIVIDUALLY §<br>AND AS REPRESENTATIVE OF THE §<br>ESTATE OF MANUEL CRUZ §<br>    Plaintiffs §<br>§<br>CYNTHIA COX, INDIVIDUALLY AND §<br>AS NEXT FRIEND OF BRITTANY COX §<br>    Plaintiff §<br>§<br>v. §<br>§<br>BRK BRANDS, INC. §<br>    Defendant § | CIVIL ACTION NO. B-98-186 |

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Shiree D. Salinas, attorney for Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Plaintiffs in the above numbered cause and respectfully shows the Court as follows:

1. Plaintiffs would show that it is necessary to file a First Amended Original Complaint, a copy of which is attached hereto as Exhibit "A" and incorporated by reference as if fully set forth herein.

2. Plaintiffs would show that it is necessary to file a First Amended Original Complaint because of the necessity for amendment and correction of the style as well as inclusion of information detailed in the Plaintiffs' Cox Petition for purposes of uniformity of allegations and causes of action.

-1-

3. Plaintiffs are filing their amended pleading contemporaneously with this motion.

4. Defendant BRK Brands, Inc. will not be prejudiced by Plaintiffs amended pleading because one portion of the modification/clarification was requested by the Court and the other portion is detailed already in the Plaintiff Cox complaint previously filed.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs request that this Court enter an Order granting leave to file the attached First Amended Original Complaint.

>
> Respectfully submitted,
> **LAW OFFICE OF MARK A. CANTU**
> The Atrium
> McAllen, Texas 78501
> Tel: 956/687-8181
> Fax: 956/687-8868
>
> _____
> SHIREE D. SALINAS
> State Bar No. 17537000
> Cameron County No. 20,002
> ATTORNEY FOR PLAINTIFFS
> JOSE GARCIA, INDIVIDUALLY
> AND IDALIA GARCIA, INDIVIDUALLY
> AND AS REPRESENTATIVE OF THE
> ESTATE OF MANUEL CRUZ

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 28th day June of 1999.

Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas  78520

_____
SHIREE D. SALINAS