36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) |
| | CIVIL ACTION NO. |
| VS. | B-98-186 |
| BRK BRANDS, INC. | ) ) ) |

<u>CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX'S
MOTION TO SUBSTITUTE COUNSEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Ray R. Marchan of Eddington & Associates, L.L.P., attorney of record for Cynthia Cox as next friend of Brittany Cox, and moves that he be allowed to withdraw as counsel for Plaintiffs Cynthia Cox as next friend Brittany Cox and that Ray R. Marchan, of Harris & Watts, P.C., be substituted as counsel for said Plaintiffs and as grounds thereof would respectfully show the court as follows:

I.

Cynthia Cox as Next Friend of Brittany Cox's attorney RAY R. MARCHAN of Eddington & Associates, L.L.P., has referred this case to RAY R. MARCHAN, State Bar No. 12969050, of Harris & Watts, P.C. as follows:

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333  telephone
(956) 541-0222  facsimile

WHEREFORE PREMISES CONSIDERED, RAY R. MARCHAN of Eddington & Associates, L.L.P. prays that the Court allow Ray R. Marchan, of Harris & Watts, P.C. to be substituted as attorney of record and for such other and further relief as this court may deem necessary.

Respectfully submitted on this the ___7___ day of July, 1999.

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
RAY R. MARCHAN

## CERTIFICATE OF SERVICE

I hereby certify that on this the __7__ day of July, 1999, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | B-98-186 |
| BRK BRANDS, INC. | ) | |

## CERTIFICATE OF CONFERENCE

I hereby certify that a telephone call was placed to opposing counsel to advise them of the filing of the foregoing Motion to Substitute Counsel. Defendant's attorney indicated that she was unopposed to the filing of the said motion.

Respectfully submitted on this the ___7___ day of July, 1999.

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333

_____
RAY R. MARCHAN

ClibPDF - www.fastio.com