37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 6 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, ad Next Friend of BRITTANY COX<br><br>vs.<br><br>BRK BRANDS, INC. | CIVIL ACTION NO. B-98-186 |

**DEFENDANT BRK BRANDS, INC.'S NOTICE OF INTENTION
TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF JOSEPH GARCIA**

TO:  JOSEPH GARCIA, Witness
     c/o 110 West Hickman Avenue
     Port Isabel, Texas 78578

**PLEASE TAKE NOTICE** that commencing at 9:00 a.m. on Saturday, August 14, 1999, and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral deposition of JOSEPH GARCIA, a witness, 110 West Hickman Avenue, Port Isabel, Texas 78578, at the law offices of ROERIG, OLIVEIRA, & FISHER, L.L.P., 855 West Price Road, Suite 9, Brownsville, Texas 78520, pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Bryant & Stingley, Inc.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

You are invited to attend and cross-examine the witness.

                        Respectfully submitted,

                        **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                        855 W. Price Road, Suite 9
                        Brownsville, Texas   78520
                        Telephone: (956) 542-5666
                        Facsimile: (956) 542-0016

                        Attorneys for Defendant

                        By_____
                          Elizabeth G. Neally
                          State Bar No. 14840400
                          Cameron County I.D. No. 3506

                        RENE O. OLIVEIRA
                        Texas State Bar No. 15254700
                        Federal Bar No. 4033

                        **COZEN AND O'CONNOR**
                        JAMES HELLER
                        TERRY M. HENRY
                        1900  Market Street
                        Philadelphia, PA   19103
                        Telephone: (215) 665-2000
                        Facsimile: (215) 665-2013

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' Notice of Intention to Take the Oral and Videotaped Deposition of Joseph Garcia* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the ____ day of July, 1999.

_____
Elizabeth G. Neally