United States District Court
Southern District of Texas
FILED

JUL 07 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) |
| VS. | CIVIL ACTION NO. ) ) B-98-186 ) |
| BRK BRANDS, INC. | ) ) |

**CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX'S UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT BRK BRANDS, INC.'S MOTION TO DISMISS THE FIRST AMENENDED ORIGINAL COMPLAINT OF PLAINTIFF CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Cynthia Cox as Next Friend of Brittany Cox's Unopposed Motion for Leave for Extension of Time to File Response to Defendant BRK Brands, Inc.'s Motion to Dismiss the First Amended Original Complaint of Plaintiff Cynthia Cox as Next Friend of Brittany Cox, and in support thereof would respectfully show the court as follows:

1. Cynthia Cox as Next Friend of Brittany Cox intends to file a Response to BRK Brands, Inc.'s Motion to Dismiss their amended complaint. However, Cynthia Cox as Next Friend of Brittany Cox requires additional time to prepare their response because of the length and breadth of Defendant BRK Brands, Inc.'s Motion to Dismiss.

2. Cynthia Cox as Next Friend of Brittany Cox's attorney, Ray R. Marchan, has conferred by telephone call to Defendant BRK Brands, Inc.'s counsel, Ms. Elizabeth Neally. Defendant BRK Brands, Inc. is unopposed to the extension of time for Cynthia Cox as Next Friend of Brittany Cox to file their response.

3. Cynthia Cox as Next Friend of Brittany Cox request an additional seven (7) days or until, July 15, 1999, to file their Response.

WHEREFORE, Cynthia Cox as Next Friend of Brittany Cox request that this Court enter an Order granting leave to Request an Extension of Time to File A Response until July 15, 1999.

Respectfully submitted this the ___7___ day of July, 1999.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
(956) 546-0333
(956) 541-0255  FAX

_____
RAY R. MARCHAN
State Bar No. 12969050

**CERTIFICATE OF CONSULTATION**

I, Ray R. Marchan, certify that Elizabeth Neally, was contacted by telephone regarding Cynthia Cox as next friend of Brittany Cox's request for extension of time to file a Response, and Ms. Neally is unopposed to our request for an extension.

_____
RAY R. MARCHAN

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing Motion for Leave to Request an Extension of Time to File Response to BRK, Inc.'s Motion to Dismiss by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

| | |
|---|---|
| Elizabeth G. Neally | Shiree Salinas |
| Roerig, Oliveira & Fisher | Law Offices of Mark Cantu |
| 1926 E. Elizabeth | The Atrium, Suite 400 |
| Brownsville, Texas 78520 | 1300 North Tenth Street |
| | McAllen, Texas 78501 |

on this the __7__ day of July, 1999.

_____
RAY R. MARCHAN