IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and IDALIA GARCIA, Individually And as Representative of the Estate of MANUEL CRUZ, Deceased | CIVIL ACTION |
| CYNTHIA COX as Next Friend of BRITTANY COX, | NO. B-98-186 |
| v. | |
| BRK BRANDS, INC. | |

### RESPONSE OF DEFENDANT BRK BRANDS, INC. TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, BRK Brands, Inc. ("BRK"), by and through its undersigned counsel, and files this its response and opposition to THE Motion for Leave to File a First Amended Original Petition filed by Plaintiffs Jose Garcia, individually and as representative of the Estate of Manuel Cruz, and Idalia Garcia, Individually, and in support thereof avers as follows:

1.  This case arises out of the death of Manuel Cruz, on or about December 16, 1997, in his home at 190 Thomae Lane, San Benito, Texas.

2.  On November 24, 1998, Plaintiffs Jose and Idalia Garcia, Mr Cruz' parents, filed a complaint against BRK Brands, Inc., in the District court of Cameron County, Texas.

3. On December 28, 1998, BRK removed plaintiffs' actions to this court.

4. At a May 13, 1999 hearing, this Court granted Plaintiff's leave to amend their Complaint to correct errors in the caption and an erroneous allegation in their original Complaint that Mr. Cruz died as a result of a "Fire."

5. On June 28, 1999, Plaintiff's Jose Garcia and Idalia Garcia filed a motion for leave to file a First Amended Original Complaint.

6. The Amended Complaint, Plaintiffs seek to file is completely different and contains entirely new allegations against BRK.

7. Plaintiffs' proposed first Amended Original Complaint appears to be identical to the First Amended Original Complaint filed by Cynthia Cox as next friend of Brittany Cox. In fact, all causes of action alleged by Mr. and Mrs. Garcia are identical to those alleged by Ms. Cox. See Sections II through IV of both First Amended Original Complaints.

8. Nevertheless, Plaintiffs' proposed Amended Complaint fails to state a cause of action and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(c).

9. Insofar as Plaintiffs' proposed Amended Complaint is identical to the First Amended Complaint of Plaintiff Brittany Cox, BRK incorporates herein by reference its motion to dismiss Plaintiff Cox's First Amended Original Complaint as though fully set forth at length, and for the reasons therein Plaintiffs' motion for leave to amend their complaint should be denied and their original petition should be dismissed.

10. BRK would show that Plaintiffs' Motion for Leave to Amend should be dismissed because it is futile, in light of BRK's pending Motion to Dismiss, for this Court to consider such a motion to amend.

11. Even if this Court were to grant Plaintiff's Motion for Leave to Amend, Plaintiffs' amended pleading would not withstand the Motion to Dismiss BRK filed in response to the amended pleading filed by Ms. Cox. See, <u>Advanced Magnetics, Inc. v. Bayfront Partners, Inc.</u>, 106 F.3d 11 (2nd Cir. — 1977); <u>Motorcity of Jacksonville, LTD v. Southeast Bank,</u> 83 F.3d 1317 (11th Cir. 1996). <u>Foman v. Davis</u>, 371 U.S. 178, 182; 83 S.Ct. 227, 230 (1962).

12. BRK respectfully requests this Court deny Plaintiff's Motion for Leave to Amend insofar as such a Motion for leave to Amend is futile and would result in this Court revisiting the issues raised in BRK's pending motion to dismiss at a later date.

13. In the alternative, BRK respectfully submits that this Court should continue its hearing and/or decision on Plaintiffs' Motion for Leave to file an Amended Complaint until BRK's motion to dismiss the First Amended Original Complaint of Plaintiff Brittany Cox is resolved.

14. BRK's opposition to Plaintiffs' Motion for Leave to Amend their Complaint is grounded in an effort to conserve judicial resources and promote judicial economy by seeking to have the issues raised in BRK's Motion to Dismiss resolved as to all Plaintiffs at one time and preclude the necessity of further motion practice at this preliminary stage.

**WHEREFORE,** Defendant BRK Brands, Inc., respectfully requests this Court deny Plaintiffs' Motion for Leave to file an Amended Complaint. In the alternative, BRK requests that the Court's consideration of Plaintiffs' Motion be continued until the resolution of BRK's Motion to Dismiss the First Amended Original complaint of Plaintiff Brittany Cox.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Shiree Salinas was contacted by telephone on May 21, 1999, regarding Defendant's position that portions of Plaintiffs' Original Petition should be dismissed. Ms. Salinas has not indicated whether he is opposed or unopposed to the filing of this Motion to Dismiss.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Response of BRK Brands Inc to Plaintifs' Motion for Leave to Amend Their Complaint,* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the ___8___ day of June, 1999.

_____
Elizabeth G. Neally