

United States District Court
Southern District of Texas
FILED

JUN 18 1999

Michael N. Milby
Clerk of Court

40

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE GARCIA, Individually and :
as Representative of the Estate : CIVIL ACTION
of MANUEL CRUZ, IDALIA GARCIA, :
Individually; and CYNTHIA COX as :
Next Best Friend of Brittany Cox, : NO. B-98-186
:
vs. :
:
BRK BRANDS, INC. :

*in a separate folder*

**MOTION OF BRK BRANDS, INC. TO DISMISS THE
FIRST AMENDED ORIGINAL COMPLAINT OF PLAINTIFF,
CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX**

Defendant, BRK Brands, Inc. ("BRK"), by and through its undersigned counsel, hereby moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) to dismiss the First Amended Original Complaint ("Amended Complaint") of plaintiff Cynthia Cox as Next Friend of Brittany Cox, and in support thereof, avers as follows:

1. This case arises out of the death of Manuel Cruz, on or before December 16, 1997, in his home at 190 Thomae Lane, San Benito, Texas.

2. Manuel Cruz died of asphyxiation. (Paragraph 2.0 of plaintiff's Amended Complaint, attached hereto as Exhibit "A".)