

United States District Court
Southern District of Texas
FILED

JUN 18 1999

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, <br><br>vs.<br><br>BRK BRANDS, INC. | CIVIL ACTION<br><br>NO. B-98-186 |

*in a separate folder*

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF DEFENDANT BRK BRANDS, INC. TO DISMISS THE FIRST AMENDED ORIGINAL COMPLAINT OF PLAINTIFF CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX

### PRELIMINARY STATEMENT

In this action, Manuel Cruz died when a propane space heater produced or leaked fatal levels of carbon monoxide. Plaintiffs, representatives and heirs of Mr. Cruz, seek to impose liability upon defendant BRK Brands, Inc. ("BRK") for Mr. Cruz' death based upon allegations that a BRK First Alert brand smoke detector failed to alarm even though this detector did not directly inflict physical harm or start in motion a series of events that resulted in Mr. Cruz' death. Simply stated, nothing the BRK smoke detector did or failed to do resulted in physical harm to Mr. Cruz, or could have prevented the harm Mr. Cruz