```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

United States District Court
Southern District of Texas
FILED

AUG 04 1999

Michael N. Milby
Clerk of Court

## DEFENDANT'S NOTICE OF WITHDRAWING SUBPOENA SERVED TO THE YOLANDA DELEON, DISTRICT ATTORNEY'S OFFICE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** BRK BRANDS, INC. the Defendant in the above-styled and numbered lawsuit, and files this its Notice of Withdrawing a Subpoena served upon Yolanda DeLeon, District Attorney's Office, and would show unto the court the following:

I.

Defendant issued and served Yolanda DeLeon, District Attorney for Cameron County, with a subpoena to produce for inspection on August 5, 1999, the documents and other tangible things from the District Attorney's investigation of the death of Manuel Cruz, Deceased.

II.

Defendant now withdraws said subpoena upon Yolanda DeLeon, District Attorney for Cameron County, Texas. Said inspection of documents to be conducted on August 5, 1999, at 10:00 a.m. is cancelled.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant
BRK Brands, Inc.

By: _____
    Elizabeth G. Neally
    State Bar No. 14840400

**OF COUNSEL:**

Terry M. Henry
James Heller
**COZEN AND O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (956) 665-2000
Facsimile: (956) 665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the Notice Withdrawing Subpoena Issued and Served Upon Yolanda DeLeon, District Attorney's Office has been served upon all counsel via facsimile, to with:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Yolanda DeLeon
Francisco Martinez
974 E. Harrison
Brownsville, Texas 78520

on the __4__ day of August, 1999.

_____
Elizabeth G. Neally