46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 07 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY and IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF MANUEZ CRUZ, Deceased | § § § § § § | |
| AND | § § | CIVIL ACTION |
| CYNTHIA COX as next friend of BRITTANY COX | § § § | B-98-186 |
| VS. | § § | |
| BRK BRANDS, INC. | § § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BRYAN K. HARRIS and MIKAL C. WATTS of HARRIS & WATTS, P.C., attorneys for CYNTHIA COX as next friend of BRITTANY COX and respectfully shows unto this Honorable Court that they are the new co-counsels representing the Plaintiffs CYNTHIA COX, as next friend of BRITTANY COX, in the above numbered cause and respectfully requests that, in addition to lead counsel, Ray R. Marchan being copied, all settings in the above referenced action should also be sent to their offices in Corpus Christi as follows:

HARRIS & WATTS, P.C.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478-0801
(361) 887-0500
(351) 887-0055

Respectfully submitted on this the __3__ day of September, 1999.

       HARRIS & WATTS, P.C.
       555 N. Carancahua, Suite 1400
       Corpus Christi, Texas 78478
       (361) 887-0500


       _____
       BRYAN K. HARRIS
       State Bar No. 09054700
       Mikal C. Watts
       State Bar No. 20981820


## CERTIFICATE OF SERVICE

I hereby certify that on this the __3__ day of September, 1999, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery.

       _____
       BRYAN K. HARRIS

ClibPDF - www.fastio.com