*1*

*48*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
### 600 E. HARRISON STREET, #204
### BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
**FILED**

**SEP 1 5 1999**

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

September 15, 1999

Mr. Mark A. Cantu
Ms. Shiree D. Salinas
1300 N. 10th Street, Suite 400
McAllen, TX 78501

Mr. Ray Marchan
1926 E. Elizabeth Street
Brownsville, TX 78520

Mr. Mikal C. Watts
Mr. Bryan K. Harris
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478

Mr. Rene O. Oliveira
Ms. Elizabeth G. Neally
855 W. Price Road, Suite 9
Brownsville, TX 78520

Mr. Brad N. Gahm
Mr. James H. Heller
Mr. Terry Henry
1900 Market Street
Philadelphia, PA   19103

Mr. Francisco J. Martinez
County Attorney's Office
Criminal Division
975 E. Harrison Street
Brownsville, TX 78520

Re: C.A. No. B-98-186
   Jose Garcia, et al. vs. BRK Brands, Inc.

Counselors:

Local Rule 2C sets forth certain information required of those signing pleadings.  Please comply with this rule.

It has been brought to my attention, again, that neither Mr. Cantu or Ms. Salinas are admitted to practice in the Southern District of Texas.

Very truly yours,

John Wm. Black
United States Magistrate Judge