IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 1999

Michael N. Milby
Clerk of Court

JOSE GARCIA, Individually and )
as Representative of the Estate )
MANUEL CRUZ, IDALIA GARCIA, )
individually and CYNTHIA GARCIA )  CIVIL ACTION NO.
 )
VS. )  B-98-186
 )
BRK BRANDS, INC. )

## PLAINTIFFS' INITIAL DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs by and through their attorneys of record, and respectfully file these their initial designation of experts as follows:

Morris Cranmer, Ph.D.
Cranmer & Associates
13924 Rivercrest Drive
Little Rock, AR  72221
(501) 224-0240

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

Mr. Mack McClintock
28295 IH 10 West Suite 4211
Boerne, Texas  78006
(830) 981-9544

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

Robert J. (Bob) Ross, PE
Bob Ross, Inc.
Consulting Forensic Engineering
8839 N IH-35 South
New Braunfels, Texas  78130
(830) 609-2838

1

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    Mr. Michael J. Schulz
    John A. Kennedy & Associates
    2155 Stonington Avenue, Suite 118
    Hoffman Estates, Illinois  60195
    Tel:  (847) 885-8010
    Fax:  (847) 885-8304

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    Dr. B. Don Russell(Marsha/Secretary)
    301 Wisenbaker Engineering Research Center
    Texas A & M University
    College Station, Texas  77843
    Tel:  409/845-1322
    Fax:  409/845-8986

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    Jesse Aronstein
    Gallaway Lake, New York  12025
    (518) 882-9654

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    Everett Dillman
    International Business Planners
    306 Thunderbird Drive
    El Paso, Texas  79912
    Tel:  915-584-1124

Expert who is expected to testify as to the economical losses of the plaintiffs.

Respectfully submitted on this the 30 day of September, 1999.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333

_____
RAY R. MARCHAN
For the Firm

### CERTIFICATE OF SERVICE

I hereby certify that on this the 30 day of September, 1999, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN