51

United States District Court
Southern District of Texas
FILED

OCT 0 1 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED, | § § § § § | |
| PLAINTIFFS | § § | |
| CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX, | § § § | |
| PLAINTIFF | § § | CIVIL ACTION NO. |
| v. | § § | B98-186 |
| BRK BRANDS, INC., | § § | |
| DEFENDANT | § | |

### PLAINTIFFS INITIAL EXPERT DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

To:   Defendant BRK Brands, Inc. by and through its attorney of record Elizabeth Neally,
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520

COME NOW, Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Deceased, Plaintiffs in the above styled and numbered cause and make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and per Order of the Court, and Rule 11 Agreement dated September 30, 1999.

1

## A. INITIAL DESIGNATION OF EXPERTS

1.      The following are persons who may be used at trial to present evidence under Federal Rules of Evidence.

a.      Mr. Doug Holmes
        **INTROSPECT**
        216-C North Wisconsin
        League City, Texas  77573
        Tel: 281-332-0613
        Fax: 281-332-0842

Expert regarding the cause and origin of the fire and accumulation of smoke and soot on the smoke detector.

b.      E. Wayne McCain, P. E.
        2000 McCain Parkway
        Pelham, Alabama 35124
        Tel: 205-663-7646
        Fax: 205-663-3830

Expert regarding the defective and unreasonably dangerous smoke detector and regarding accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Report enclosed.

c.      Dr. Don Russell
        **Texas A. & M. University**
        301 Werc
        College Station, Texas 77843-3126
        Tel: 409/845-7912
        Fax: 409/845-8986

Expert regarding the deficiencies and defects of the smoke detector and the knowledge of first alert/BRK regarding said deficiencies. Expert regarding accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Report enclosed.

d.      Morris Crammer, Ph. D.
        Crammer & Associates
        13924 Rivercrest Drive
        Little Rock, AR 72221
        Tel: 501/224-0240

2

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    e.    Reed McClintock
           28295 IH 10 West Suite 4211
           Boerne, Texas 78006
           Tel: 830/981-9544

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    f.    Robert J. (Bob) Ross, PE
           Bob Ross, Inc.
           Consulting Forensic Engineering
           8839 N IH-35 South
           New Braunfels, Texas 78130
           Tel: 803/609-2838

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    g.    Michael J. Schultz
           John A. Kennedy & Associates
           2155 Stonington Avenue Suite 118
           Hoffman Estates, Illinois 60195
           Tel: 847/885-8010

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.

    h.    Jesse Aronstein
           Gallaway Lake, New York 12025
           Tel: 518/882-9654

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before

he was poisoned by carbon monoxide.

i. Everett G. Dillman, Ph. D. President
**INTERNATIONAL BUSINESS PLANNERS**
306 Thunderbird Drive
El Paso, Texas 79912
Tel: 915-584-1124
Fax: 915/833-2817

Expert economist regarding the Plaintiffs damages.

j. Cameron County Sheriff's Office
954 E. Harrison
Brownsville, Texas 78520
Tel: 956/544-0820

k. Dewitt S. Davenport, M. D.
Pathology
P. O. Drawer 2588
Harlingen, Texas 78551
Tel: unknown


2. The following persons are those whom Plaintiffs have retained or especially employed to

provide exert testimony.

a. Mr. Doug Holmes
**INTROSPECT**
216-C North Wisconsin
League City, Texas 77573
Tel: 281-332-0613
Fax: 281-332-0842

b. E. Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
Tel: 205-663-7646
Fax: 205-663-3830

c. Dr. Don Russell
**Texas A. & M. University**
301 Werc
College Station, Texas 77843-3126
Tel: 409/845-7912
Fax: 409/845-8986

4

d.  Morris Crammer, Ph. D.
    Crammer & Associates
    13924 Rivercrest Drive
    Little Rock, AR 72221
    Tel: 501/224-0240

e.  Reed McClintock
    28295 IH 10 West Suite 4211
    Boerne, Texas 78006
    Tel: 830/981-9544

f.  Robert J. (Bob) Ross, PE
    Bob Ross, Inc.
    Consulting Forensic Engineering
    8839 N IH-35 South
    New Braunfels, Texas 78130
    Tel: 803/609-2838

g.  Michael J. Schultz
    John A. Kennedy & Associates
    2155 Stonington Avenue Suite 118
    Hoffman Estates, Illinois 60195
    Tel: 847/885-8010

h.  Jesse Aronstein
    Gallaway Lake, New York 12025
    Tel: 512/882-9654

i.  Everett G. Dillman, Ph. D. President
    **INTERNATIONAL BUSINESS PLANNERS**
    306 Thunderbird Drive
    El Paso, Texas  79912
    Tel: 915-584-1124
    Fax: 915/833-2817

3.  Plaintiffs state the specific intent to rely upon any or all experts designated and reports provided by other Plaintiffs in this cause as well.

   Respectfully submitted on this 30th day of September, 1999.

5

ClibPDF - www.fastio.com

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
SHIREE D. SALINAS
State Bar No. 17537000
Federal I. D. No.: 22613
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND IDALIA GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ

6

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 30th day September, 1999.

    Elizabeth Neally
    **ROERIG, OLIVEIRA & FISHER**
    855 West Price Rd, Suite 9
    Brownsville, Texas 78520
    For Defendant, BRK Brands, Inc.

    Brad Gahm
    James H. Heller
    **C/O ROERIG, OLIVEIRA & FISHER**
    855 West Price Rd, Suite 9
    Brownsville, Texas 78520
    For Defendant, BRK Brands, Inc.

    Ray R. Marchan
    Bryan K. Harris
    **HARRIS & WATTS**
    1926 East Elizabeth
    Brownsville, Texas 78520
    For Plaintiffs, Cynthia Cox as Next
    Friend of Brittany Cox

    _____
    SHIREE D. SALINAS