

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as | § | |
| Representative of the Estate of | § | |
| MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA GARCIA | § | |
| | § | CIVIL ACTION NO. B-98-186 |
| VS. | § | |
| | § | |
| BRK BRANDS, INC. | § | |

### ORDER GRANTING APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

On this the **8** day of **OCT**, 1999, the Court considered Robert W. Hayes' Application for Leave to Appear Pro Hac Vice on behalf of BRK BRANDS, INC. After considering the Application, the Court **GRANTS** Robert W. Hayes' Application to Appear Pro Hac Vice;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Robert W. Hayes may appear before this Court on behalf of BRK Brands in the above-styled matter.

SIGNED this **8** day of **OCT**, 1999.

_____
JUDGE PRESIDING