IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 08 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF § <br> THE ESTATE OF MANUEL CRUZ; § <br> IDALIA GARCIA INDIVIDUALLY § <br> INDIVIDUALLY AND CYNTHIA § <br> COX AS NEXT FRIEND OF § <br> BRITTANY COX § <br> § <br> VS § <br> § <br> BRK BRANDS, INC. § | CIVIL ACTION NO. <br><br> B-98-186 |

### PLAINTIFFS' MOTION TO COMPEL

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, JOSE GARCIA INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ; IDALIA GARCIA INDIVIDUALLY AND CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX by and through attorneys of record, Mr. Ray R. Marchan of Harris & Watts, P.C., 1926 E. Elizabeth, Brownsville, Texas 78520, and Shiree Salinas of the Law Offices of Mark Cantu, at the Atrium, Suite 400, 1300 North 10th Street, McAllen, Texas, and respectfully file this their motion to compel interrogatories and requests for production, and in support thereof would respectfully show the court as follows:

I.

Plaintiffs served interrogatories and requests for production upon the defendant. Even though defendant BRK BRANDS, INC. responded to said discovery requests, defendants filed objections and/or failed to fully answer said discovery. See attached Exhibit "A." Plaintiff is respectfully requesting that this Honorable Court enter an order compelling defendant to comply with said discovery requests. Specifically, Plaintiffs are requesting that the defendant be compelled to answer the following interrogatories and requests for production:

**Interrogatory No. 2.;**
**Interrogatory No. 3.;**
**Interrogatory No. 4.;**
**Interrogatory No. 7.;**
**Interrogatory No. 9.;**
**Interrogatory No. 10.;**
**Interrogatory No. 13.;**
**Interrogatory No. 14.;**
**Interrogatory No. 15.;**
**Interrogatory No. 16.;**
**Interrogatory No. 17;**
**Interrogatory No. 18.;**
**Interrogatory No. 19.;**
**Interrogatory No. 20.;**
**Interrogatory No. 21.;**
**Interrogatory No. 22.;**
**Interrogatory No. 23.;**
**Interrogatory No. 24.;**
**Interrogatory No. 25.;**
**Interrogatory No. 26.;**

**Interrogatory No. 27.;**
**Interrogatory No. 28.;**
**Request for Production No. 1.;**
**Request for Production No. 2.;**
**Request for Production No. 4.;**
**Request for Production No. 5.;**
**Request for Production No. 6.;**
**Request for Production No. 8.;**
**Request for Production No. 12.;**
**Request for Production No. 13.;**
**Request for Production No. 17.;**
**Request for Production No. 18.;**
**Request for Production No. 21.;**
**Request for Production No. 22.;**
**Request for Production No. 26.;**
**Request for Production No. 28.;**
**Request for Production No. 29.;**
**Request for Production No. 30.;**
**Request for Production No. 31.;**
**Request for Production No. 32.;**
**Request for Production No. 33.;**
**Request for Production No. 34.;**
**Request for Production No. 35.;**
**Request for Production No. 36.;**
**Request for Production No. 38.;**
**Request for Production No. 39.;**
**Request for Production No. 40.;**
**Request for Production No. 41.;**
**Request for Production No. 42.; and,**
**Request for Production No. 43.**

### B. Argument and Authorities

Discovery may be obtained about any matter not privileged that is relevant to the subject matter of the case. Fed.R.Civ.P. 26(b). Information

is discoverable if it appears "reasonably calculated to led to the discovery of admissible evidence." **Id.**.

Defendant BRK Brands, Inc. did not fully answer interrogatories and requests for production under Fed.R.Civ.P. 33 and 34. The questions were reasonably calculated to lead to the discovery of admissible evidence because they sought information necessary to complete discovery before the set deadlines. This information is necessary because said information obtained through responses to interrogatories and requests for production plaintiffs may properly prepare for trial in this matter. Defendant's noncompliance with the discovery requests thwarts plaintiffs' discovery efforts, prevents effective trial preparation and conceals relevant facts.

Because plaintiffs interrogatories and requests for production are within the permissible scope of the Federal Rules, and because Defendant's refused to comply with the rules and file responses, the Court should issue a court order compelling Defendants to respond adequately.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs asks the court to set this motion for hearing and, after the hearing, compel Defendant to file adequate responses to Plaintiffs' Interrogatories and Requests for Production and for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

ClibPDF - www.fastio.com

Respectfully submitted this the __8__ day of October, 1999.

                                  HARRIS & WATTS, P.C.
                                  1926 E. Elizabeth
                                  Brownsville, Texas 78520
                                  (956) 546-0333

                                  _/s/ Ray R. Marchan_
                                  RAY R. MARCHAN
                                  Federal I.D. No. 9522
                                  State Bar No. 12969050

LAW OFFICES OF MARK CANTU
The Atrium, Suite 400
1300 North 10th Street
McAllen, Texas 78501


_/s/ Shiree Salinas_ _w/ permission_
SHIREE SALINAS
State Bar No. 17537000
Federal I.D. No. 22613

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the \_\_\_\_8\_\_\_\_ day of October, 1999, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail return receipt requested.

_____
RAY R. MARCHAN

ClibPDF - www.fastio.com