55

United States District Court
Southern District of Texas
FILED

OCT 15 1999

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE GARCIA, INDIVIDUALLY AND IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED,** | § | |
| **PLAINTIFFS** | § | |
| **CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX,** | § | |
| **PLAINTIFF** | § | **CIVIL ACTION NO.** |
| **v.** | § | **B98-186** |
| **BRK BRANDS, INC.,** | § | |
| **DEFENDANT** | § | |

**PLAINTIFFS AMENDED INITIAL EXPERT DISCLOSURE**

**TO THE HONORABLE JUDGE OF SAID COURT**:

To: Defendant BRK Brands, Inc. by and through its attorney of record Elizabeth Neally,
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520

COME NOW, Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Deceased, Plaintiffs in the above styled and numbered cause and make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and per Order of the Court, and Rule 11 Agreement dated September 30, 1999.

## A. INITIAL DESIGNATION OF EXPERTS

1. The following are persons who may be used at trial to present evidence under Federal Rules of Evidence.

a. Mr. Doug Holmes
**INTROSPECT**
216-C North Wisconsin
League City, Texas 77573
Tel: 281-332-0613
Fax: 281-332-0842

Expert regarding the cause and origin of the fire and accumulation of smoke and soot on the smoke detector. See enclosed report and C.V.

b. E. Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
Tel: 205-663-7646
Fax: 205-663-3830

Expert regarding the defective and unreasonably dangerous smoke detector and regarding accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Report and C.V provided on September 30, 1999.

c. Dr. Don Russell
**Texas A. & M. University**
301 Werc
College Station, Texas 77843-3126
Tel: 409/845-7912
Fax: 409/845-8986

Expert regarding the deficiencies and defects of the smoke detector and the knowledge of first alert/BRK regarding said deficiencies. Expert regarding accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Report and C.V. provided on September 30, 1999.



ClibPDF - www.fastio.com

d. Morris Crammer, Ph. D.
Crammer & Associates
13924 Rivercrest Drive
Little Rock, AR 72221
Tel: 501/224-0240

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Reports and C.V. provided by attorney Ray Marchan's office.

e. Reed McClintock
28295 IH 10 West Suite 4211
Boerne, Texas 78006
Tel: 830/981-9544

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Reports and C.V. provided by attorney Ray Marchan's office.

f. Robert J. (Bob) Ross, PE
Bob Ross, Inc.
Consulting Forensic Engineering
8839 N IH-35 South
New Braunfels, Texas 78130
Tel: 803/609-2838

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Reports and C.V. provided by attorney Ray Marchan's office.

g. Michael J. Schultz
John A. Kennedy & Associates
2155 Stonington Avenue Suite 118
Hoffman Estates, Illinois 60195
Tel: 847/885-8010



ClibPDF - www.fastio.com

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Reports and C.V. provided by attorney Ray Marchan's office.

h. Jesse Aronstein
Gallaway Lake, New York 12025
Tel: 518/882-9654

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz' demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide. Reports and C.V. provided by attorney Ray Marchan's office.

i. Everett G. Dillman, Ph. D. President
**INTERNATIONAL BUSINESS PLANNERS**
306 Thunderbird Drive
El Paso, Texas 79912
Tel: 915-584-1124
Fax: 915/833-2817

Expert economist regarding the Plaintiffs damages. See enclosed report and C.V.

j. Cameron County Sheriff's Office
954 E. Harrison
Brownsville, Texas 78520
Tel: 956/544-0820

k. Dewitt S. Davenport, M. D.
Pathology
P. O. Drawer 2588
Harlingen, Texas 78551
Tel: unknown

2. The following persons are those whom Plaintiffs have retained or especially employed to provide exert testimony.



ClibPDF - www.fastio.com

a. Mr. Doug Holmes
**INTROSPECT**
216-C North Wisconsin
League City, Texas 77573
Tel: 281-332-0613
Fax: 281-332-0842

b. E. Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
Tel: 205-663-7646
Fax: 205-663-3830

c. Dr. Don Russell
**Texas A. & M. University**
301 Werc
College Station, Texas 77843-3126
Tel: 409/845-7912
Fax: 409/845-8986

d. Morris Crammer, Ph. D.
Crammer & Associates
13924 Rivercrest Drive
Little Rock, AR 72221
Tel: 501/224-0240

e. Reed McClintock
28295 IH 10 West Suite 4211
Boerne, Texas 78006
Tel: 830/981-9544

f. Robert J. (Bob) Ross, PE
Bob Ross, Inc.
Consulting Forensic Engineering
8839 N IH-35 South
New Braunfels, Texas 78130
Tel: 803/609-2838

g. Michael J. Schultz
John A. Kennedy & Associates
2155 Stonington Avenue Suite 118
Hoffman Estates, Illinois 60195
Tel: 847/885-8010



ClibPDF - www.fastio.com

h. Jesse Aronstein
Gallaway Lake, New York 12025
Tel: 512/882-9654

i. Everett G. Dillman, Ph. D. President
**INTERNATIONAL BUSINESS PLANNERS**
306 Thunderbird Drive
El Paso, Texas 79912
Tel: 915-584-1124
Fax: 915/833-2817

3. Plaintiffs state the specific intent to rely upon any or all experts designated and reports provided by other Plaintiffs in this cause as well.

Respectfully submitted on this 15th day of October, 1999.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

SHIRLEE D. SALINAS
State Bar No. 17537000
Federal I. D. No.: 22613
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND IDALIA GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ



ClibPDF - www.fastio.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 15th day October, 1999, pursuant to Rule 11 Agreement.

Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520
For Defendant, BRK Brands, Inc.

Brad Gahm
James H. Heller
**C/O ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520
For Defendant, BRK Brands, Inc.

Ray R. Marchan
Bryan K. Harris
**HARRIS & WATTS**
1926 East Elizabeth
Brownsville, Texas 78520
For Plaintiffs, Cynthia Cox as Next
Friend of Brittany Cox

SHIREE D. SALINAS



ClibPDF - www.fastio.com