United States District Court
Southern District of Texas
FILED

OCT 19 1999



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, ET AL. § | CASE NO. CA B-98-186 |
| § | |
| VERSUS § | BROWNSVILLE, TEXAS |
| § | OCTOBER 12, 1999 |
| BRK BRANDS, INC. § | 2:40 P.M. TO 3:30 P.M. |

<u>MOTIONS HEARING</u>

BEFORE THE HON. JOHN WILLIAM BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:       SEE NEXT PAGE

For the Defendant:       SEE NEXT PAGE

Court Recorder:          Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
Fax (713) 462-3042 • Office (713) 462-6434