58

United States District Court
Southern District of Texas
FILED

OCT 12 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON ALL PENDING MOTIONS

CIVIL ACTION NO. **B-98-186**          DATE & TIME **10-12-99 AT 2:30 P.M.**

**JOSE GARCIA, ET AL**                 PLAINTIFF(S) **SHIREE SALINAS**
                                       COUNSEL

VS.

**BRK BRANDS, INC.**                   DEFENDANT(S) **RAY MARCHAN**
                                       COUNSEL       **MIKAL WATTS**
                                                     **BRYAN HARRIS**
                                                     **RENE OLIVEIRA**
                                                     **ELIZABETH NEALLY**
                                                     **BRAD GAHM**
                                                     **JAMES H. HELLER**
                                                     **TERRY HENRY**
                                                     **FRANCISCO MARTINEZ**

Attorneys present were Shiree Salinas for the Plaintiffs; Ray Marchan for Cynthia Cox as next friend of Brittany Cox; Rene Oliveira, Elizabeth Neally and Robert Hays for BRK Brands, Inc.  ERO, Gabriel Mendieta. Courtroom Deputy Irma A. Soto.

Following rulings were made:

1.   Mr. Heller's Motion to Appear Pro Hac Vice - GRANTED
2.   BRK Brands' Motion to Show Authority - MOOT
3.   Leave to File First Amended Complaint - GRANTED
4.   Mr. Marchan's Motion to Substitute for Brittany Cox - GRANTED
5.   Response to Defendant's Motion to Dismiss - MOOT
6.   Cameron County DA's to quash subpoena - MOOT
7.   Plaintiffs' Motion to Amend - GRANTED
8.   Attorneys to file additional authorities and will have time to respond.