*59*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**NOV 0 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **JOSE GARCIA, Individually and** | ) | |
| **as Representative of the Estate** | ) | |
| **MANUEL CRUZ, IDALIA GARCIA,** | ) | |
| **individually and CYNTHIA GARCIA** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **VS.** | ) | **B-98-186** |
| | ) | |
| **BRK BRANDS, INC.** | ) | |

**ORDER ON CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX'S
UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME
TO FILE A RESPONSE TO
BRK BRANDS, INC.'S MOTION TO DISMISS**

On this the __12__ day of ~~July,~~ *Oct* 1999, there came on to be considered the Cynthia Cox

as next friend of Brittany Cox Unopposed Motion for Leave of Court for Extension of Time to

File a Response to Defendant's Motion to Dismiss, and it appearing to the court that the motion

should be GRANTED;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Cynthia Cox as

next friend of Brittany Cox's leave for extension of time to file their Response to Defendant BRK

Brands, Inc.'s Motion to Dismiss is in all things GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Cynthia Cox as next

friend of Brittany Cox is granted an extension of time to file their Response until July 15, 1999.

Signed this the __12__ day of ~~July,~~ *OCT* 1999.

_____
JUDGE PRESIDING