60

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) |
| | CIVIL ACTION NO. |
| VS. | B-98-186 |
| BRK BRANDS, INC. | |

ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day, came on to be considered the Motion of RAY R. MARCHAN of Eddington & Associates, L.L.P. to withdraw as counsel for Cynthia Cox as next friend of Brittany Cox and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and Ray R. Marchan of Eddington & Associates, L.L.P. shall be and he is hereby permitted to withdraw as counsel of record and RAY R. MARCHAN, of Harris & Watts, P.C., be substituted as counsel for Cynthia Cox as Next Friend of Brittany Cox.

Signed this the 12 day of OCT, 1999.

_____
JUDGE PRESIDING