61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as | § | |
| Representative of the Estate of | § | |
| MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA GARCIA | § | |
| | § | CIVIL ACTION NO. B-98-186 |
| VS. | § | |
| | § | |
| BRK BRANDS, INC. | § | |

### ORDER GRANTING APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

On this the 12 day of OCT, 1999, the Court considered Terry Henry's Application for Leave to Appear Pro Hac Vice on behalf of BRK BRANDS, INC. After considering the Application, the Court

GRANTS Terry Henry's Application to Appear Pro Hac Vice; It is further

ORDERED that Terry Henry may appear before this Court on behalf of BRK Brands in the above-styled matter.

SIGNED this 12 day of OCT, 1999.

_____
JUDGE PRESIDING