62

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ<br>    Plaintiffs | § § § § § § | |
| CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX<br>    Plaintiff | § § § § | CIVIL ACTION NO. B-98-186 |
| v. | § § | |
| BRK BRANDS, INC.<br>    Defendant | § § § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL COMPLAINT

On this the 12 day of OCT, 1999, there came on to be considered the Plaintiffs' Motion for Leave to File First Amended Original Complaint and it appearing to the Court that the Motion should be **GRANTED**;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiffs are hereby granted leave to file the First Amended Original Complaint.

Signed this 12 day of OCT, 1999.

_____
JUDGE PRESIDING