63

United States District Court
Southern District of Texas

NOV 16 1999

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and IDALIA GARCIA, Individually And as Representative of the Estate of MANUEL CRUZ, Deceased | CIVIL ACTION |
| CYNTHIA COX as Next Friend of BRITTANY COX, | NO. B-98-186 |
| v. | |
| BRK BRANDS, INC. | |

**DEFENDANT BRK BRANDS, INC. MOTION TO DISMISS FIRST AMENDED ORIGINAL COMPLAINT OF JOSE GARCIA INDIVIDUALLY, AND IDALIA GARCIA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant, BRK Brands, Inc. ("BRK"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12b6, files this its Motion To Dismiss the First Amended Original Petition filed by Plaintiffs Jose Garcia, Individually and Idalia Garcia, Individually, and as representative of the Estate of Manuel Cruz, and in support thereof avers as follows:

1. On or about October 12, 1999, the Court entered an order granting Plaintiff's Motion for Leave to File First Amended Complaint. Said order was not received by Defendant or filed by the court until November 8, 1999. See copy of Order attached as Exhibit "1."

RESPONSE OF DEFENDANT BRK BRANDS INC. TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

PAGE 1

21,410

2. At the hearing on Plaintiff's Motion for Leave to File First Amended Original Complaint held on October 12, 1999, when the amendment of Mr. Garcia's pleadings were being considered, Defendant requested that the Court allow Defendant's Motion to Dismiss as it applied to Cynthia Cox, Individually and as Next Friend of Brittany Cox to equally apply to the First Amended Complaint of Jose Garcia and Idalia Garcia.

> **MS. NEALLY**: What I - - and I don't want to step on your toes, but I think what we would like, then if you are going to allow them to amend their petition, that our motion to dismiss also apply to the Garcia's pleadings, the same arguments exactly apply to the Garcias' pleadings as applied to the Cox's, since they are identical.
>
> **THE COURT**: Okay. Yea. No, I mean, I - - alright.
>
> * * *
>
> **MS. NEALLY**: In fact, we asked for that exact relief, that if you allowed it that you would allow this to also apply to theirs.
>
> **THE COURT**: Fair enough.

Court's transcript, p.44, l.16 - 22; p.45, l.9-12, a copy of which is attached hereto as Exhibit "2."

3. Because Garcias' First Amended Original Complaint is, for the most part and in all relevant areas, identical to Cynthia Cox' First Amended Original Complaint, all of the issues and arguments addressed in BRK Brands, Inc.'s Motion to Dismiss against Cynthia Cox apply equally to the Garcias' Amended Petition.

4. Therefore, in the interest of judicial economy, instead of reiterating all of those arguments and authorities, Defendant attaches as Exhibit "3," the Motion of Defendant BRK Brands, Inc. to Dismiss the First Amended Original Complaint of Plaintiff

Cynthia Cox as Next Friend of Brittany Cox, and asks that this Motion to Dismiss as well as the accompanying brief be considered and applied to the First Amended Original Complaint of Jose Garcia, Individually, and Idalia Garcia, Individually, and as Representative of the Estate of Manuel Cruz. Furthermore, BRK Incorporates its Reply Brief, its Sur-Reply Brief and its contentions and arguments made during the October 12, 199 hearing.

5. Further, Defendant requests that whatever rulings made by this court as to Defendant's Motion to Dismiss the Cox Amended pleading also apply to the amended pleading of Jose Garcia Individually, and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, deceased.

**WHEREFORE,** Defendant BRK Brands, Inc., respectfully requests this Court consider the arguments and authorities of Defendant BRK Brands Inc.'s Motion to Dismiss the First Amended Original Complaint of Plaintiff Cynthia Cox as Next Friend of Brittany Cox, and ask that this Motion to Dismiss be considered and applied to the First Amended Original Complaint of Jose Garcia, individually, and as representative of the Estate of Manuel Cruz, and for any and all further relief to which the Defendant is justly entitled in law or in equity, including costs of court.

        Respectfully submitted,

        **ROERIG, OLIVEIRA & FISHER**
        855 West Price Road, Suite 9
        Brownsville, Texas 78520
        Telephone: (956) 542-5666
        Facsimile: (956) 542-0016

    By: _____
        Elizabeth G. Neally
        Federal Bar No. 8044
        State Bar No. 14840400

Cameron County I.D. No. 3506

Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA  19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Ray Marchan was contacted by telephone on November 16, 1999, regarding Defendant's position that its same arguments and authorities previously filed regarding Cynthia Cox as Next Friend of Brittany Cox should be applied to the Garcias complaint. Mr. Marchan has not indicated whether he is opposed or unopposed to the filing of this Motion to Dismiss.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brands Inc's Motion to Dismiss First Amended Original Complaint of Jose Garcia Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Deceased.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the 16th day of November, 1999.

_____
Elizabeth G. Neally