64

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 23 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED, <br><br> PLAINTIFFS <br><br> CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX, <br><br> PLAINTIFF <br><br> v. <br><br> BRK BRANDS, INC., <br><br> DEFENDANT | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> B98-186 |

**PLAINTIFFS GARCIAS' RESPONSE TO DEFENDANT BRK BRANDS, INC.
MOTION TO DISMISS FIRST AMENDED ORIGINAL COMPLAINT OF
JOSE GARCIA INDIVIDUALLY, AND IDALIA GARCIA, INDIVIDIDUALLY,
AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED**

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, Plaintiffs Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Deceased, by and through their undersigned counsel, and file this their Response to Defendant's Motion to Dismiss the First Amended Original Petition of Plaintiffs Jose Garcia, Individually and Idalia Garcia, Individually, and as representative of the Estate of Manuel Cruz, and in support thereof state as follows:

1

1.      On or about October 12, 1999, the Court entered an order granting Plaintiff's Motion for Leave to File First Amended Complaint.

2.      At the hearing on Plaintiff's Motion for Leave to File First Amended Original Complaint held on October 12, 1999, when the amendment of Mr. Garcia's pleadings were being considered, Defendant requested that the Court allow Defendant's Motion to Dismiss as it applied to Cynthia Cox, Individually and as Next Friend of Brittany Cox to equally apply to the First Amended Complaint of Jose Garcia and Idalia Garcia.

3.      Plaintiffs understood the Court to believe that such procedure would be fair.

> **Ms. Neally:** What I – And I don't want to step on your toes. But I think what we would like, then, if you're going to allow them to amend their petition, that our motion to dismiss also apply to the Garcia's pleadings, the same arguments exactly apply to the Garcia's pleading as apply to the Cox's, since they're identical.
>
> **The Court:** Okay, Yeah. No, I mean, I - - All right.
>
> **Ms. Neally:** In fact, we asked for that exact relief, that if you allowed it that you would allow this to also apply to theirs.
>
> **The Court:** Fair enough
>
> **Ms. Salinas:** And, of course, Judge, as the courtesy I would expect that the response as filed by Mr. Marchan also be applicable to mine as well.
>
> **The Court:** Of these issues, at least, it's all the same. I mean, if you do have a parting of the ways, it won't be for quite a while, if ever.

Court's transcript, p. 44, lines 16 – 22; p. 45, lines 9-19

4.      During that same hearing, in response to Defendant's request, the Plaintiffs agreed that such a proposition would be acceptable in exchange for the courtesy of allowing all responses

filed by Plaintiffs Cox to be considered responses also on behalf of Plaintiffs Garcia and the Cruz Estate.

Plaintiffs Garcias understood the Court to acknowledge that such procedure would also be fair.

5.  Therefore, in the interest of judicial economy, Plaintiffs Garcia and the Cruz Estate Request that that all responses of Plaintiffs Cox to Defendant's Motions to Dismiss as well as any accompanying briefs be considered and applied to the Defendant BRK Motion to Dismiss as being responsive on behalf of the the Garcia Plaintiffs. Furthermore, Plaintiffs Garcias incorporate the Plaintiffs' Response to Motion to Dismiss and Plaintiffs letter of October 26, 1999, to Judge Black as well as contentions and arguments made during the October 12, 1999 hearing.

6.  Plaintiffs request that whatever ruling is made by this Court on Plaintiff Cox Response to Defendants, pleading also apply to the amended pleading of Jose Garcia Individually, and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, deceased.

**WHEREFORE,** Plaintiffs Garcias respectfully request this Court consider the arguments and authorities of Plaintiff Cox as being those of the Garcia Plaintiffs as well and for any and all further relief to which the Plaintiffs Garcia are justly entitled in law or in equity, including costs of Court.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
SHIREE D. SALINAS
State Bar No. 17537000
Federal I. D. No.: 22613
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND IDALIA GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ

## CERTIFICATE OF CONSULTATION

I, Shiree D. Salinas, certify that Elizabeth Neally was contacted by telephone on November 17, 1999, regarding Plaintiff Garcias' position that the Cox responses to Defendant's Motion to Dismiss should be considered responsive on behalf of the Garcias as well. Ms. Neally agreed that this would be a fair procedure.

_____
SHIREE D. SALINAS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **Plaintiffs Garcias' Response to Defendant BRK Brands, Inc.'s Motion to Dismiss First Amended Original Complaint of Jose Garcia Individually, and Idalia Garcia, Individually, and as Representative of the Estate of Manuel Cruz, Deceased** instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 23rd day November, 1999.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas 78520

SHIRLE D. SALINAS

5