

65

United States District Court
Southern District of Texas

NOV 3 0 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § § § § | |
| vs. | | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | | |

**DEFENDANT'S NOTICE OF FILING RULE 11 AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** BRK BRANDS, INC. the Defendant in the above-styled and numbered lawsuit, and files this its Notice of Rule 11 Agreement, and would show unto the court the following:

I.

1. Pursuant to Federal Rules of Civil Procedure, Defendant hereby files the agreement of the parties to extend the time period for Defendant to designate its experts and produce reports as follows:

   a) BRK shall designate all experts and provide expert reports that it has in its possession or knows of at that time on **November 30, 1999**, which is the current date for disclosure.

   b) By **December 15, 1999**, BRK shall provide to Plaintiffs the names of all experts that it plans on using, as well as

any expert reports it has available to plaintiffs.

c) On or before **December 30, 1999**, BRK shall provide to Plaintiffs any and all expert reports for the experts disclosed earlier.

Said Rule 11 Agreement is attached.

        Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant
BRK Brands, Inc

By: _____
    Elizabeth G. Neally
    State Bar No. 14840400
    Federal Bar No. 8044

    Rene O. Oliveira
    Federal Bar No. 4033

**OF COUNSEL:**

Terry M. Henry
James Heller
**COZEN AND O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (956) 665-2000
Facsimile: (956) 665-2013

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certifies that a true and correct copy of the Notice of Filing Rule 11 Agreement has been served upon all counsel via facsimile, to with:

Shiree Salinas  
**LAW OFFICES OF MARK CANTU**  
The Atrium, Suite 400  
1300 North Tenth Street  
McAllen, TX 78501

Mr. Ray Marchan  
**HARRIS & WATTS**  
1926 E. Elizabeth  
Brownsville, TX   78520

on the 29^(TH) day of November, 1999.

_____  
Elizabeth G. Neally

**DEFENDANT'S NOTICE OF FILING RULE 11 AGREEMENT**  
21410 - Notice Filing Rule 11

**PAGE 3**