66

United States District Court
Southern District of Texas
FILED

NOV 3 0 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the ESTATE | § | |
| OF MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA COX | § | |
| as Next Friend of BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

## DEFENDANT'S INITIAL DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files this its initial designation of experts pursuant to Federal Rules of Civil Procedure, Rule 26, as follows:

1-A. Andrew T. Armstrong, Ph.D.
     Armstrong Forensic Laboratory, Inc.
     330 Loch'n Green Trail
     Arlington,, Texas 7612 ·
     Telephone: (817) 275-2691

1-B. Report to be supplemented.

     Qualifications including publications and testifying list are attached.

     Fees:     Consulting and General Analysis:   $225 per hour
               Court or deposition:                $300 per hour
               Video Deposition:                   $500 per hour

We anticipate Dr. Armstrong will provide testimony about the general properties, installation, use and operation of the space heater.

2-A   Lori A. Streit, PhD.
      Unified Engineering Inc.
      78 Eisenhower Lane North
      Lombard, Illinois 60148
      Telephone: (630) 261-3031

2-B.  Report to be supplemented.

      Qualifications including publications and testifying list are
      attached.

      See fees attached.

We anticipate Dr. Streit will provide testimony about the
properties, installation, use and operation of the smoke detector
and battery in question.

3-A   Dr. Robert C. Bux
      Bexar County
      Forensic Science Center
      7337 Louis Pasteur
      San Antonio, Texas 78229-4565
      Telephone: (210) 335-4054

3-B   Report to be supplemented.
      Curriculum Vitae and publications attached.
      Testifying list will be supplemented.

      Fees:    Review:            $   175.00 per hour
               Depositions:       $   300.00 per hour
               Court Appearance:  $1,200.00 per day.

We anticipate that Dr. Bux will provide testimony regarding the
cause and origin of Manuel Cruz's death, analysis of the autopsy,
and the properties and effect of carbon monoxide/alcohol and their
manifestations on the human body.


4-A   Richard J. Roby, P.E., Ph.D.
      Combustion Science & Engineering, Inc.
      9160 Rumsey Road, suite 81
      Columbia, Maryland 21045-1997
      Telephone: (410) 884-3266

4-B.  Report to be supplemented.

      Qualifications including publications and testifying list are
      attached.

      Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.

CutePDF - www.tesisa.com

5-A  Michael Klassen Ph.D., P.E.
     Combustion Science & Engineering, Inc.
     9160 Rumsey Road, suite 81
     Columbia, Maryland 21045-1997
     Telephone: (410) 884-3266

5-B. Report to be supplemented.

     Qualifications including publications and testifying list are
     attached.

     Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.

                              Respectfully submitted,

                              **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                              855 W. Price Road, Suite 9
                              Brownsville, Texas  78520
                              Telephone: (956) 542-5666
                              Telecopier: (956) 542-0016

                              Counsel for Defendant BRK Brands,Inc

                              BY:_____
                                 Elizabeth G. Neally
                                 State Bar No. 14840400
                                 Federal Bar No. 8044

                                 Rene O. Oliveira
                                 State Bar No. 15254700
                                 Federal Bar No. 4033

                                 OF COUNSEL:
                                 Terry Henry
                                 **COZEN & O'CONNER**
                                 The Atrium
                                 1900 Market Street
                                 Philadelphia, PA 19103
                                 Telephone: (215) 665-2000
                                 Facsimile: (215) 523-2900

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing **Defendant's Initial Disclosures of Experts** as been forwarded to the attorney for Plaintiffs, as follows:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

Mr. Ray Marchan
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

on this 30th day of November, 1999.

ELIZABETH G. NEALLY

# *Andrew Thurman Armstrong, Ph.D.*                          *Vita*

**CURRENT ADDRESS**        Armstrong Forensic Laboratory, Inc.
                           330 Loch'n Green Trail
                           Arlington, Texas  76012
                           Telephone:  817-275-2691


**BIRTHDATE**     May 26, 1935              **CITIZENSHIP**      USA


**EDUCATION**     Louisiana State University        1961-66    Ph.D.   1967
                  North Texas State University      1958-59    M.S.    1959
                  North Texas State University      1953-58    B.S.    1958


## ACADEMIC EXPERIENCE

| | | |
|---|---|---|
| West Texas State University | Instructor | 1959-61 |
| Louisiana State University | Instructor | 1963-66 |
| University of California, LA | Post Grad Res | 1966-67 |
| Louisiana State University | Visiting Asst. Prof. | 1967-68 |
| University of Texas at Arlington | Assistant Prof. | 1968-72 |
| | Associate Prof. | 1972-84 |


## PUBLICATIONS

1. Biphotonic Processes, S. P. McGlynn, L. Azarraga, T. Azumi, F. Watson, and A. T. Armstrong, In Physical Processes in Radiation Biology, L. Augenstein, Ed., Academic Press, 1964.
2. Energy of Excimer Luminescence, II.  Configuration Interaction between Molecular Exciton and Charge Resonance States, T. Azumi, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys., 41, 3839 (1964).
3. Interaction of Molecular Exciton, Charge Resonance States and Excimer Luminescence, S. P. McGlynn, T. Azumi, and A. T. Armstrong, in Modern Quantum Chemistry, Part III, Action of Light and Organic Crystals, O. Sinanoglu, Ed., Academic Press, 1965.
4. Energy of Excimer Luminescence, V.  Excimer Fluorescence of Naphthalene and Methylnaphthalenes, F. J. Smith, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 442 (1966).
5. Semiempirical Molecular Orbital Calculations, I. The Electronic Structure of $H_2O$ and $H_2S$, D. G. Carroll, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 1965 (1966).
6. Semiempirical Molecular Orbital Calculation, IV. Some Metallocenes, A. T. Armstrong, D. G. Carroll, and S. P. McGlynn, J. Chem. Phys., 47, 1104 (1967).
7. Semiempirical Molecular Orbital Calculations (for) Ferrocene, A. T. Armstrong, Diss. Abstr. B 28, 1873 (1967), Univ. Microfilms, Order No. 67-13, 972.
8. Electronic Absorption Spectrum of Ferrocene, A. T. Armstrong, F. Smith, E. Elder, and S. P. McGlynn, J. Chem. Phys., 46, 4321 (1967).
9. Spin Polarization and Spin-Lattice Relaxation in the Lowest Triplet State of Pyrazine at 1.6°K, M. A. El-Sayed, L. Hall, A. T. Armstrong, and W. R. Moomaw, in Exciton, Magnons and Phonons, A. B. Zahlan, Ed., Cambridge University Press, 1968.
10. Spin-Lattice Relaxation and the Decay of Pyrazine Phosphorescence at Low Temperature, L. Hall, A. T. Armstrong and W. R. Moomaw and M. A. El-Sayed, J. Chem. Phys., 48, 1395 (1968).

⁻Vita • Andrew T. Armstrong, Ph.D.

## PUBLICATIONS

11. Semiempirical Molecular Orbital Calculation, VII. Separability in Mulliken-Wolfsberg-Helmholtz Approach, A. T. Armstrong, B. Bertus, and S. P. McGlynn, Spectroscopy Letters, 1, 1968).

12. Luminescence of Inorganic Nitrite Salts, H. J. Maria, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys., 48, 4649 (1968).

13. Spin Polarization in the Triplet State of Silver Nitrate, H. J. Maria, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys, 50, 2777(1969).

14. ElectronicTransitions in Mono-Olefinic Hydrocarbons, Part I. Computational Results, F. H. Watson, A. T. Armstrong and S. P. McGlynn, Theoret, Chem. Acta (Berl.) 16, 75-95 (1970).

15. Did Arson Cause That Plant Fire?, A. T. Armstrong, G. Gilmore and A. Broodo, Hydrocarbon Processing, Feb. 1976.

16. Identification of Accelerants in Fire Residue by Capillary Column Gas Chromatography, A. T. Armstrong, R. S. Wittkower, The Journal of Forensic Science, 23, 4, 662-671(1978)

17. Trinity River Bottom Sediment Reconnaissance Study. Report to Fort Worth District Corps of Engineers, Fort Worth, TX. Contract No. DACW63-76-C-0140, with S. R. Qasim.

18. Quality of Water and Bottom Sediments in the Trinity River, A. T. Armstrong and S. R. Qasim, J. Corn and B. L. Jordon, Water Resources Bulletin, 16, 3, 533-531, (1980).

19. Toxicological Investigation of Liquid Petroleum Gas Explosion: Human Model for Propane/Ethyl Mercaptan Exposure., A. T. Armstrong, W. T. Lowry, B. Gamse, J. M. Corn, L. Juarez, J. L. McDowell, and R. Owens, J. Forensic Sciences, JFSCA, Vol. 36, No.2, March 1991, pp 386-396.

20. Comparison of the Eluting Efficiency of Carbon Disulfide with Diethyl Ether: The Case for Laboratory Safety, J. J. Lentini and A. T. Armstrong, The Journal of Forensic Science, 24, 2, 307-311, (1997).

## LECTURES AND PAPERS

A. T. Armstrong, S. P. McGlynn, "The Electronic Structure of Some Cyclopentadienyl Metal Complexes", American Chemical Society Meeting, Southwest Section, Houston, TX, Dec 6, 1963.

A. T. Armstrong, S. P. McGlynn, "Electronic Structure and Spectrum of Ferrocene", Symposium on Molecular Structure and Spectroscopy, Ohio State University, Columbus, Ohio, Sept. 5-9, 1966.

A. T. Armstrong, F. H. Watson and S. P. McGlynn, "Assignments of the Ultraviolet Mystery Band in Methyl Substituted Ethylenes", American Chemical Society, Southwest Section, Austin, Texas Dec. 4, 1968.

A. T. Armstrong, M. R. Whitbeck, "$^{13}$C Chemical Shifts and $^{13}$C-H Spin Constants of Chloromethane". SE-SW Regional ACS, New Orleans, La., Dec. 2, 1970.

A. T. Armstrong, J. D. Pickle, "Study of Charge Transfer Complexes Benzene, Thiophene, Furan", TCNE SE-SW Regional, New Orleans, La., Dec. 2, 1970.

A. T. Armstrong, "Deuterium Exchange in Methyl Ethyl Ketone by NMR", Texas Academy of Science, San Marcos, Texas, March 21, 1972.

A. T. Armstrong, J. B. King, "Pseudo First Order Deuterium Exchange by NMR, an Undergraduate Experience", SW Regional ACS Meeting Baton Rouge, La., Dec. 8, 1972.

A. T. Armstrong, Undergraduate Research: "The Development of New Experiments for Physical Chemistry and Instrumental Analysis", Third Biennial Conference on Chemical Education and "Second Centennial of Chemistry" Celebration. Pennsylvania State University, University Park, Penn., August 1, 1974.

A. T. Armstrong, "The Development of New Experiments for Physical and Instrumental Analysis", SW Reg. ACS, Houston, Texas Dec. 9, 1974.

A. T. Armstrong and G. Pate, "A Rapid Qualitative Identification of Gasoline Samples via the Combined Use of Capillary Column Gas Chromatography, Kovats Indices and Computer Analysis", American Academy of Forensic Sciences, Washington, D.C., Feb. 17, 1976.

2

Vita - Andrew T. Armstrong, Ph.D.

## LECTURES AND PAPERS

A. T. Armstrong, "Arson, Analytical Chemistry of Fire Cause Analysis", Chem. Dept., Southern Methodist University, March 3, 1976.

A. T. Armstrong, "Forensic Science, A Teaching Tool", Texas Junior College Teacher's Assoc. Annual Meeting, Dallas, Texas, March 6, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", LSU, Shreveport, La., March 15, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Ranger Junior College, Ranger, TX, Oct. 12, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Tarleton State University, Stephenville, Texas, Oct. 19, 1976.

A. T. Armstrong, "Arson Accelerants-Recovery and Identification", Forensic Science Symposium, SW Reg. ACS, Ft. Worth, TX, Dec. 1, 1976.

A. T. Armstrong and J. Brown, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of Magnesium Silicate", East Texas State University, April 15, 1977.

A. T. Armstrong, O. A. Battista, J. Brown, D. Martin, M. Willoughby, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of a Magnesium Silicate", National ACS, Chicago, Illinois, September, 1977.

A. T. Armstrong, O. A. Battista, S. Radchenko, "Novel Derivatives of Cellulose Microcrystals", Nat. ACS, Anaheim, California, March, 1978.

A. T. Armstrong, R. S. Wittkower, "Identification of Accelerants in Fire Residues by Capillary Column Gas Chromatography", American Academy of Forensic Sciences, February 14-16, 1978, Atlanta, Georgia.

A. T. Armstrong, John Corn, "Trinity River Bottom Sediment Reconnaissance Study", National ACS, Honolulu, Hawaii, April, 1979.

A. T. Armstrong, "Identification of Water Soluble Accelerants in Fire Residues", American Academy of Forensic Science, New Orleans, La., Feb. 20-23, 1980.

A. T. Armstrong, "A Chemist's View of Arson", Bishop College, Dallas, Texas, November, 1981.

A. T. Armstrong, "Analytical Procedure for Accelerant Identification", Mary Hardin Baylor University, Belton, Texas, April, 1982.

A. T. Armstrong, "Laboratory Aids to the Investigation of Arson", Texas Fire and Arson Investigators Seminar, Austin, Tx., March 15, 1984.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Bureau of Alcohol, Tobacco and Fire Arms, Symposium on Recent Advances in Arson Analysis and Detection, Las Vegas, Nevada  February 12, 1985.

A. T. Armstrong, Neil Johansen, Michael Armstrong, "Automated Identification of Flammable Liquids in Suspected Arson Samples", American Academy of Forensic Science 37th Annual Meeting, Las Vegas, Nevada  February 14, 1985.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Combined Forensic Science Meeting, Lexington, KY, May 28, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", New Mexico Chapter, International Association of Arson Investigators, Inc. Annual Seminar, Albuquerque, New Mexico, September 23, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", A Texas Advisory Council on Arson and Texas Board of Insurance Seminar, Austin, TX, March, 1987.

A. T. Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Seminar for Insurance Representatives and Fire Investigators, Arlington, TX, October 16, 1987.

A. T. Armstrong, John M. Corn, Michael Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Second International Symposium on Recent Advances in Arson Analysis & Detection, American Academy of Forensic Science and Bureau of Alcohol, Tobacco and Firearms, Philadelphia, PA, February 15, 1988.

Vita - Andrew T. Armstrong, Ph.D.

## LECTURES AND PAPERS

A. T. Armstrong, Instructor at the Texas Engineering Extension Service of Texas A&M University System, Fire Protection Training Division, 6th Annual Central/East Texas Arson Investigators Seminar, Longview, Texas, November, 1989.

A. T. Armstrong, John M. Corn, Andrew D. Kocher and Michael A. Armstrong, "Identification of Complex Mixtures via GC/MS/DS", presented at the 3rd International Symposium on Recent Advances in Arson Analysis and Detection, National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

A. T. Armstrong, John M. Corn, Andrew D. Kocher and Michael A. Armstrong, "Identification of Complex Mixtures via GC/MS/DS", presented at the 3rd International Symposium on Recent Advances in Arson Analysis and Detection, National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

W. T. Lowry, A. T. Armstrong, John M. Corn, B. Ganse, L. Juarez, J. L. McDowell, Roger Owens, "Toxicological Investigation of LP Gas Explosion", presented at the National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

A. T. Armstrong, "Interpretation of Laboratory Reports", 61st Texas Fireman's Training School, Texas Engineering Extension Service. Texas A&M University, July 23, 1990.

A. T. Armstrong, "Fire Chemistry, Collection to Report", Recertification of the K-9 accelerant detection dogs program, Central Valley Arson Investigator's Association, Clovis, CA, Nov. 5th, 1998.

### SPONSORED RESEARCH

Charge Transfer Studios of 5-Membered Heterocycles. Organized Research Funds, 1969-1970.
Molecular Spectroscopy Studies of Oxyanion Salts: R. A. Welch Foundation, 1970-71.
Trinity River Bottom Sediment Reconnaissance Study, Fort Worth District Corps of Engineers. DACW 63-76-C-0140, 1976-1978.

## SUPERVISED THESIS

New Method for Study of Charge Transfer Complexes. Benzenethiophene Furan-Tetracyano-ethylene, J. D. Pickle, 1970.

Molecular Spectroscopy Studies of Oxyanion Salts. G. F. Thomas, December 1973.

Identification of Hydrocarbon Mixtures by Gas Chromatography through Retention Indexes. G. Pate, December, 1974.

Identification of Trace Pesticides in Trinity River Muds, John Corn, August, 1978.

## REGIONAL SHORT COURSES ORGANIZED

| | |
|---|---|
| Atomic Absorption | September, 1975 |
| High Pressure Liquid Chromatography | November, 1975 |
| Gas Chromatography | April, 1976 |
| Infrared Spectroscopy | October, 1976 |
| Carbon-13 Nuclear Magnetic Resonance | November, 1976 |
| Digital Processing for the Scientific | June, 1977 |
| Advanced Gas Chromatography | November, 1977 |
| Infrared Spectroscopy | October, 1978 |
| pH and Ion Selection Instrumentation | October, 1980 |
| Gas Chromatography/Mass Spectrometry | April, 1981 |
| Thermal Analysis | March, 1983 |
| Laboratory Automation | April, 1984 |
| Gas Chromatography | April, 1991 |

4

Vita - Andrew T. Armstrong, Ph.D.

## LEARNED AND HONORED SOCIETIES

Phi Lambda Upsilon
American Chemical Society, Treasurer FW-D Sec., 1972-1973
Education Comm., Chairman 1976-1984
Alpha Chi Sigma President, Beta Eta Chapter, 1956-57
Coblentz Society
American Industrial Hygiene Association
American Institute of Chemists, Fellow
American Academy of Forensic Sciences, Fellow
American Board of Criminalistics, Fellow
International Association of Arson Investigators
      Member, Forensic Science Committee, 1990 - present.
North Texas Association of Arson Investigators
A Texas Advisory Council on Arson
Tarrant County Advisory Council on Arson, Board Member, 1981-1987
Tarrant County Advisory Council on Arson, Treasurer, 1985-1987
American Society of Testing Materials
      Member, E-30 Forensic Science Committee
      Task Force on Gas Chromatography/Mass Spectrometry in Fire
      Residue Analysis, 1990 - present.
National Fire Protection Association

## CONSULTANT WORK

Primary Consultant of Armstrong Forensic Laboratory, Inc., a private laboratory providing specialized testing on product formulation, analytical processing, product liabilities, environmental monitoring and the detection and identification of flammable liquids in suspect fire debris.

## FIELDS OF INTEREST

Physical-Analytical Chemistry
Instrumentation
Industrial Hygiene

## AWARDS AND HONORS

Outstanding Teacher, College of Science, 1976
Honorary Member, Arlington Fire Department, 1977
White Helmet Award (Highest Civilian Award) Arlington Fire Department, 1977
Doherty Award, Fort Worth Dallas Section, American Chemical Society,
      1982 for Outstanding Contribution to Education.
President's Award, Houston Fire Fighters Association, October, 1989, for Exemplary
      Standards and Professionalism in Forensic Chemistry.
Honorary Fire Chief, City of Houston Fire Department, October 1, 1992, In Recognition
      and Appreciation for Contribution, Service and Support to the Fire Service.
Recognition of Service to the Fire Training Academy, City of Denison Fire Department,
      December, 1994.

5

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 10 of 41

Vita - Andrew T. Armstrong, Ph.D.

## PROFESSIONAL CERTIFICATION

Recognized as a Certified Professional Chemist by the American Institute of Chemistry.

Recognized as a Fellow by the American Institute of Chemists.

Recognized as a Fellow by the American Academy of Forensic Science.

Recognized as a Fellow of the American Board of Criminalistics, specializing in Fire Debris.

Recognized as an Accredited Laboratory by the American Industrial Hygiene Association.

40 Hour Waste Site Worker Certification, 29CFR 1910.120, August, 1995.

Recognized as an Expert Witness in Criminal and Civil Courts in Texas, Colorado, New Mexico, Kansas, Washington, Louisiana, Arkansas, Alabama, Oklahoma, Tennessee, California, Alaska, Nevada, Kentucky, Oregon, Arizona, Puerto Rico and Honduras

Vita - ata

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 11 of 41

# DEPOSITION - COURT RECORD
## for
## ANDREW T. ARMSTRONG
November, 1999

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 84FR858 | Melvin Troy Cloudy and Rhonda Gail Cloudy vs. State Farm Fire and Casualty Company | In the 258th Judicial District Court of of Polk County, TX | 10,203 | Trial 9/20/95 |
| 88FR535 | Sammie Lott, et al vs. Marion Lebon et al; consolidated Constitution State Insurance Company v. Marquette, et al | Civil District Court for the Parish of Orleans State of Louisiana | 89-6776 89-7049 | Trial 10/10/95 |
| 88FR1113 | Dan & Jan Saunders, Jr. vs. Commonwealth Lloyds Ins. | District Court 150th Judicial District Bexar County, Texas | 93-CI-11839 | Trial 10/18/94 |
| 88FR1222 | Steven R. Blair vs. Great American Ins. Company a.k.a. Great American West Inc. d.b.a. Great American Ins. | Superior Court of Washington for Benton County | 90-2-00840-9 | Depo. 02/07/94 |
| 89FR218 | United States vs. Earles & Papajohn | Northen District Court of Iowa, Cedar Rapids, IA | CR-91-4016 | Trial 05/10/95 |
| 90FR093 | State of Arizona vs. Charles Adearior Blewer | Superior Court of the State Arizona in & for the County of Pinal | CR16893 | Trial 02/28/95 |
| 90FR2329 | State Farm Lloyds vs. Kenneth Young | In the Bowie County District Court 202nd District Court New Boston, TX | D202CV 911259 | Depo. Trial 10/94 |
| 91FR674 | Carlos Reyna, Jr. and Dorothea Reyna et al et. al. vs. Pittway Corporation, Oscar Barrera, Individually and d.b.a. True Value Hardware Store and Central Power & Light Company | The District Court, 332nd Judicial District. Hidalgo County, TX | C-1259-92F | Depo. |
| 91FR1570 | State Farm Lloyds vs. Joe Espinoza, et ux | In the District Court Travis County, TX 147th Judicial District | 92-06709 | Depo. 7/95 |
| 91GA3307 | Midwest Specialties, Inc. et al vs. Westfield Ins. Co. | The Court of Common Pleas Montgomery County, OH | 92-2987 | Depo 2/96 |
| 91GA3871 | Bonnie Kay Dudley, indv. and as next friend of Jennifer Lynn Dudley a minor child vs. Faberge USA, Inc.; The Gillette Co. and Marino | In the District Court for District of South Dakota Southern Division | 92-4138 | Depo. |

/w/non/Court records/Court appearances/Court-ATA.doc

Case 1:98-cv-00186  Document 66  Filed in TXSD on 11/30/1999  Page 12 of 41

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 92FR322 | Farm Bureau Mutual Insurance Company vs. Steven W. Mildfelt, Sr. | District Court, Clay County, Kansas | 93 C 1 | Trial |
| 92FR414 | Metropolitan Property & Casualty Insurance Company vs. Elfreda Hash, Joe Hash & Peoples State Bank of Clyde, TX | The 259th Judicial District Court of Shackelford County, TX | 92019 | Court |
| 92FR715/ 92FR1512 | General Accident Ins. Co. vs. Keith Eloif & wife Allyson Eloif | In the District Court of Gonzales County, TX 25th Judicial Court | 18,016 | Depo. 7/95 Trial 12/95 |
| 92FR1307 | Warehouse Depot, Inc. an Oklahoma corporation; Bob Sneed, Lester Skinner, vs. Liberty National Fire Insurance Co.; Sheffield Ins Corporation; INS Investigations Bureau, Inc.; Harold Crise; and Ken Elliot | State of Oklahoma, County District Court; Payne, OK | C 93082 | Depo. 10/19/95 |
| 92FR1652 | Shipley Co., Inc. vs. E.I. du Pont De Nemours & Co. vs. Pine Bluff Warehouse Company, Inc. | Commonwealth of Massachusetts Superior Court | 93-2612 | Depo. 04/07/95 |
| 92FR2909 | Louise Benedict Tabb et al vs. Conrad Industries, Inc. | Sixteenth Judicial District Court Parish of St. Mary State of Louisiana | 88,465-C | Depo. 06/21/95 |
| 92FR3123 | St. Paul Insurance vs. Marvin O'Dell | In the Superior Court of State of Arizona In & for the County of Pina | CV292865 | Trial 01/13/95 |
| 92FR3695 | State of Iowa vs. Stephen Shawn Keyes | In the Iowa District Court for Line County | CRF13514 | Depo. |
| 92GA4108 | Leroy & Lorene Wilklife vs. The Sherwin-Williams Co. Llyod Charles & Vestige, Inc. d.b.a. Western Specialty Coating Company | 18th Judicial District, Johnson County, Texas | 265-92 | Depo. |
| 93FR885 | United States of America vs. James Carey Vandiver | Little Rock, Arkansas | LR-CR-95-60 | Trial 2/26/96 |
| 93FR1212 | Mt. Carmel Investigations Branch Davidian Site, Waco, TX | San Antonio, TX | | Trial 2/9/94 |
| 93GA1990 | Stripling Blake Lumber Co. vs. Tascon et al | 53rd District Court Travis County, TX | 91-13787 | Depo. 03/07/95 |

11/30/1999  11:24   817-275-1983                ARMSTRONG FORENSIC                        PAGE  04

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 93GA2189 | FIBA Testing Gulf, Inc. vs. The Rectorseal Corporation | U. S. District Court Western Dist. of Louisiana Lafayette-Opelousas District | CV92-0835 | Depo. 06/24/94 |
| 93GA2701 | Enrique Castillo et al vs. Anil T. Bangale, MD d.b.a. Anil T. Bangale, MD, P.A. and Joe M. Avila R. PhD d.b.a. Avila's Pharmacy & Avila's Pharmacy, Inc. | In the District Court of Tarrant County 153rd Judicial District | 153-150960-93 | Depo. 5/95 |
| 93GA3304 | Driver Music Company, Inc. vs. Commercial Union Insurance Company & U.S.A. vs. Kenneth W. Pickett | U. S. District Court, Western District of Oklahoma | CR93-193-T | Trial 09/16/94 |
| 93GA3375 | Cherie Rohrscheib Tullos for Herself and Next of kin for Her Minor Son Ryan Rohrscheib vs. Nat. Safety Assoc. Inc., Newell Operation Company Bernzomatic Division | U. S. District Court Eastern District of Arkansas Western Division | LR-C-93-861 | Depo. 07/27/94 Trial 09/07/94 |
| 94GA275 | Marilyn Edwards, et al vs. Monarch Paint Company | In the District Court of Denton County, Texas 158th Judicial District | 93-20549-158 | Trial 10/29/94 Depo. |
| 94FR0408 | Grimes v. State Farm Fire and Casualty Company | Circuit Court of Pope County, Russellville, Arkansas | | Court 3/9/98 |
| 94GA483 | Alice D. Shannon et al vs. Edwin Burton Flooring et al consolidated with Donna T. Bourg et al vs. Steve Burton et al consolidated with State Farm Fire & Casualty Co. et al vs. Steve Burton et al | Division A 16th Judicial Division B District Court Division D Parish of St. Mary, State of Louisiana Franklin, LA | 91,890 92.096 92,150 | Depo. 6/30/95 Trial 7/96 |
| 94GA0629 | Kenneth Richey vs Betty Mitchell, Warden | United States District Ct. District of Texas, Northern District | 1:98CV1418 | Depo 6/28/99 |
| 94GA1204 | Commonwealth Insurance Co. and KFC National vs. The Delfield Company | Florida Court | | Trial 11/04/94 |
| 94FR1261 | Walter Acker vs. Timberline Insulation, Inc., and Ganser, Inc. | Montana Eighteenth Judicial District Court Gallatin County | DV-92-872 | Depo 11/1/96 |
| 94GA1282 | State of New Mexico vs. Malers | The District Court of Otero County, 12th Judicial District, New Mexico | 93363 | Depo. 09/08/94 |
| 94FR1542 | Allstate Insurance Co. vs. Subhash & Shobhana Madan | United States District Court Los Angeles, CA | CV944414JGD | Depo. 12/13/94 |

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 94GA1547 | Waldrop Construction Co, Inc. & Weldon Wilson Electric, Inc. vs. Hector Lomas d.b.a. Key City Painting and Kelly-Moore Paint Company, Inc. | Brown County, TX | 94-08-417 | Depo 2/29/96 |
| 94GA1818 | Ninfa Flores vs. Dap Products, Inc., McCoy Corporation Montgomery Wards & Co., Inc. and White Consolidated Ind. | In the 92nd District Court of Hidalgo County, TX | C-4117-94-A | Depo. 8/95 |
| 94FR2002 | State of Texas vs. CharlesPitts | Criminal District Court Austin Cnty, Texas | 94R095 | Court 02/02/96 |
| 94GA2095 | Rodger Spradlin vs. USAA Insurance Co. | District Court 148th Judical District, Nueces County, TX | 93-3128-E | Depo. 07/15/94 |
| 94GA2717 | State of Texas vs. Johnny Dwayne Staten | 372nd District Court Tarrant County, Texas | 0401225D | Trial 08/23/95 |
| 94GA3473 95FR1523 | Carole A. Cardenas vs. Oxford Boulevard Garden Center & Danos Nursery Industries, Inc. | 2nd Judicial Court Federal Court New Orleans, LA County of Bernalillo State of New Mexico | CV-96-05412 | Depo Court 12/16/97 3/19/98 |
| 95GA162 | Darren J. Casale, et.al. vs Anthony Industries, Inc. | 380 Judicial District Collin County, TX | 380-00487-96 | Depo 12/11/97 |
| 95GA178 | Estate of Brian Fischer, And Ruth Fisher vs. Ruben Grazon Velacruz; Chalet Vegas Homeowners Association; Century 21 Today's Realty Corporation; Banda Plumbing and Does I. | District Court, Clark County Nevada | A327819 | Depo. 11/1/95 |
| 95FR216 | Robert Hatfield vs. Hartford Underwriters Insurance | Kansas City, MO | CV95-17624 | Depo 3/27/97 |
| 95FR0757 | Abdussalam M. Alkhatib dba Stop-N-Save vs. American Indemnity Group | 141st Judicial District Court of Tarrant Co. | 141-165522-96 | Depo 7/7/97 |
| 95GA853 | Stuart Lee Russell vs. Rainbow International Carpet Dyeing and Cleaning | 30th Judicial District Wichita Cnty, TX | 134,548-A | Depo 12/28/95 |
| 95GA1127 | Ivan Donaldson | Fort Worth, TX | 0527436 | Trial 04/03/95 |
| 95FR1369 | Continental Casualty Co vs City of Lake Charles and Fiber Master, Inc. | US District Court Western District of Louisiana | CV95-0755 | Depo 6/98 |
| 95GA1425 | Brighton Lane Partnership and Fred Haas, as Trustee vs. Higbie | 268th District Court Ft. Bend County, TX Roth, | No 96,334 | Depo 5/5/99  Inc |

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 95FR1965 | Eric J. And Rita B. Brumm vs. Metropolitan | St. Louis, MO | 942-00086 | Depo 2/27/97 |
| 95FR1966 | Carla Rollins v. Farmers Insurance Company, Inc. | Sebastian County/ Greenwood District Circuit Court | CIV 95-163-G | Court 5/1/98 |
| 95GA2285 | State Farm Fire and Casualty vs. Earthnet Laboratories | 3rd District Ct. Lincoln Parish, Louisiana | No: 43,210 | Depo 5/1/98 |
| 95FR2441 | Kenneth W. Bush and Sharon Bush, husband and wife, Plaintiffs vs. Ampro Industries, Inc., a Michigan corporation | First Judicial District State of Idaho Shoshone County | CV-96-32893 | Depo 1/10/97 |
| 95FR2586& 95FR2598 | Anderson Hawkins and Alice Hawkins v. Jim Wood d/b/a State Farm Insurance and State Farm Fire and Casualty | 13th Judicial District Court of Navarro County, Texas | 96-00-06470-CV | Court 4/3/98 |
| 95GA2797 | Keith Henderson and Linda Henderson, Plaintiffs, vs. Central Power & Light Company, Defendant | 36th Judicial District San Patricio, Texas | S-94-5778CV-A | Depo 01/04/96 |
| 95FR2827 | East Kentucky Floral Wholesale vs. Grange Mutual Casualty | Commonwealth of Kentucky, Floyd CCT, Div II | 97-CI-00468 | Depo 4/21/99 |
| 95FR3263 | State of Texas vs. Boone Edward Lyons | Dallas, Texas | F9503382-Q | Trial 3/7/96 |
| 95GA4343 | Andrews Metals Tech Corp. vs Amerisure Insurance Co. | US District Court Eastern District of Texas | 96CV01516CDP | Depo 7/15/97 |
| 95FR4597 | John D. Miles, Plaintiff vs Kentucky Farm Bureau Mutual Insurance Company | Commonwealth of Kentucky 11th Judicial Circuit Marion Circuit Court | Civil Action No 96-CI-237 | Depo 8/6/99 |
| 96GA0171 | Rodger Spradlin, plaintiff vs. Sutherland Lumber & Home Center, Inc., and W.M. Barr & Co., Inc. | Corpus Christi, TX | C.A.No. C-94-166 | Depo 2/16/96 |
| 96GA0365 | The Continental Ins. Co. vs. Laneco Construction USDC System, Inc. | New Orleans, LA | 94-3338(5) | Trial 7/96 |
| 96FR0525 | United States of America v. Charles Nathaniel Thomas | U.S. District Court Fort Worth, TX | 4:96-CR-080-E | Court 1/13/97 |
| 96FR0637 | Texas Pacific Indemnity Co. vs. GAF Corporation, et al | Houston, Texas | 94-35307 | Depo 3/13/96 |
| 96FR0865 | Donald G. and Joyce McGarity v. State Farm Fire & Casualty and Mike Sinks | County Circuit Court Monroe County No | CIV-96-68 | Court 8/4/98 |

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 96FR0948 | Maxwell v. Safeco | | | 2/99 Court |
| 96GA1049 | Forrest Patterson , Ind., and and Administrator of the Estate of Belinda Ann Patterson vs Conopco, Inc., Chesebrough-Ponds & CCL Custom Manufact. | Wichita, Kansas | 95-C12 | Depo 7/15/96 |
| 96GA1049 | Forest Patterson, et al. vs. Conopco, Inc. et al. | 18th Judicial District Sedgewick, KA | 97-1120-WEB | Court 4/15/98 |
| 96GA1142 | Royal Insurance Company vs Hussey Copper, LTD and Hussey Marine Alloys, LTD | US District Court Western District of Pennsylvania | 96-644 | Depo 11/14/97 |
| 96GA1779 | Mike Hampton Contstruction vs David and Joe Duran, et. al. | Overland Park, KS | | Depo 5/25/99 |
| 96FR2072 | Colleen O'Brien vs. State Farm Lloyds, et al | 80th Judicial District Court of Harris County Texas | 96-36093 | Depo 9/14/98 Trial 2/3/99 |
| 96GA2553 | Baltazar Samaniego, et.al, v Excel Corporation, et. al. | 357th District Court Cameron County, TX | 95-03-1634-C | Depo 6/17/98 |
| 96GA4269 | The Celotex Corporation, et al vs Debtors | US Bankruptcy Court Middle District of Florida Tampa Division | 90-10016-8B1 90-10017-8B1 | Depo 8/98 |
| 96FR4283 | Doris Baker vs State Farm Ins. Co. | Circuit Court of Pulaski Cnty Arkansas | | Court 4/24/98 |
| 96GA4608 | IQ Products Company vs Radiator Specialty Co. | US District Court for the Southern District of Texas Houston division | H-95-0576 | Depo 10/17/97 |
| 96GA4613 | Jose Angel Guerrero, Jr. and Claudia Karina Guerro vs. Oil Patch Fuel & Supply | 107th Judicial District Cameron County, TX | 96-02-548-A | Depo 12/8/97 |
| 96GA5232 | Michael Trinidad vs Asphalt Custom Coatings | District Court of the Fourth Judicial District of the State of Idaho, Ada County | CV PI 9800059D | Depo 7/14/99 |
| 97GA0278 | Beth Larson vs. Thermogas Co. of Pocahontas, Iowa and Larson Laboratory and Mid-American Pipeline | District Court, Webster Co. Fort Dodge, Iowa | C3879-0195 | Depo 7/17/97 |
| 97FR0995 | State of Washington vs. Thomas Biss | Superior Court of Washington, County of Lincoln Davenport, WA | 98-1-00006-3 | 4/5/99 Court |

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 17 of 41

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 97GA1681 | Chief Supply Corp and Reservoir Capital Corp. vs. Lexington Ins. Co. | District Court of Wagoner County, State of Oklahoma | CJ-98-21 | Depo 11/23/98 |
| 97GA2224 | Gaylord Container Corp & Garlord Chemical Corp vs CNA Insurance Co., et. al. | 22nd Judicial District Ct. Parish of Washington State of Louisiana | 73,381 Div. C | Depo 11/19/98 |
| 97GA3096 | Pamela D. Ashburn vs. Norfolk Mutual Ins. Co. | District Court of Madison County, Nebraska | C1 97 160 E | Depo 11/20/98 Court 2/22/98 |
| 97GA3219 | Copenhagen Reinsurance Co vs. Baja's, a Texas Grill | Houston, Texas SDOT | H-98-2918 | Depo 7/99 |
| 97GA3960 | Guevara v. Manteca Trailer & Camper, Inc. & Hydro Flame Corporation | State of California County of Stanislaus | 111571 | Depo 10/14/97 |
| 97GA4176 | Three Birds Property Company and Eagle Lincoln Mercury, Inc. vs. Texas Instruments, Inc. and Raytheon TI System, Inc. | 162nd Judicial District Court Dallas County, TX | 96-13374 | Depo 12/17/98 |
| 97FR4258 | Zylstra Marine & Sport, Inc. | Sioux Falls, SD | | 2/2/99 Court |
| 97GA4613 | Jose Angel Guerrero, jr. and Claudia Karina Guerrero vs vs Oil Patch Fuel & Supply | 107th Judicial District Ct. Cameron County, TX | 96-02-548-A | Depo 12/8/97 |
| 97FR4711 | Jannise Laquann Nathaniel by Carl Nathaniel, His Father and Next of Best Friend vs. Midwest Mutual Insurance dba Preferred Risk | Iowa District Court Wapello County | LA 101902 | Depo 7/99 |
| 98FR0138 | Duplechain vs Redman, et. al. | | | Depo 10/8/99 |
| 98GA0678 | Indiana Glass Company and Lancaster Colony Corp., v. Interpack & Partitions, Inc. | U.S. District Court in the Northern District of Oklahoma | 97CV665K(J) | Depo 6/10/98 |
| 98GA1499 | Belle Joseph v. International Processing Corp and Darling International, Inc. | 288th Judicial District Ct. Bexar County, TX | 97-CI-01697 | Depo 7/9/98 |
| 98GA1654 | Norman Schuessler, et. al. Minnesota Mining and Manufacturing Co. | State Court of Georgia Fulton County, GA | 97-VS-0126969 | Depo 11/12/98 |

| Lab file Number | Parties or Style | Court | Cause Number | Trial or Deposition & Date |
|---|---|---|---|---|
| 98GA3215 | Offshore Logistics, Inc., and | United States District Ct | CV98-1323 | Depo |
| 99GA0629 | Lori Del Rosario vs. Mitsubishi International Corporation, et. al. And Curt B. Stene and Tana A. Stene, dba Stene Sprary Systems and Flexible Products Company | Circuit Court of The 3rd Circuit State of Hawaii | Civil No. 96-031 | Depo 9/21/99 |
| 99GA0646 | Petroleum Helicopters, Inc. vs. Eurocopter Deutschland and ZF Luftfahrttechnik | Western District of Louisiana | | 6/2/99 |
| 99GA2471 | Patricia Nail, as Adminstratrix or the Estate of Michael Andrew Nail, deceased, Plaintiff, vs Sears Roebuck and Co, et. al. | Circuit Court for Jefferson County, Alabama | Civil Action No: 97-3220 | Depo 9/99 |
| 99GA2789 | Board of Education of Haywood Public Schools, District D-88 vs. Galaxy Steel, Inc.; Lawrence Construction Company; and Ronnie Lawrence, d/b/a Lawrence Construction Company | District Court of Pittsburg County, State of Oklahoma | Cause No: C-93-1082 | Depo 11/15/99 |
| 99GA2815 | Dobey Doyle & Elaine D. Attkisson, Plaintiffs, vs. Whirlpool Corp | United States District Ct Northern District of Texas Fort Worth Division | CV4:98-CV 0115-Y | Depo 8/26/99 |

CMPDF - www.texiss.com

# *Andrew Thurman Armstrong, Ph.D.*                                    *Vita*

**CURRENT ADDRESS**            Armstrong Forensic Laboratory, Inc.
                               330 Loch'n Green Trail
                               Arlington, Texas  76012
                               Telephone:  817-275-2691


**BIRTHDATE**     May 26, 1935        **CITIZENSHIP**     USA


**EDUCATION**     Louisiana State University      1961-66    Ph.D.    1967
                  North Texas State University    1958-59    M.S.     1959
                  North Texas State University    1953-58    B.S.     1958


## ACADEMIC EXPERIENCE

| | | |
|---|---|---|
| West Texas State University | Instructor | 1959-61 |
| Louisiana State University | Instructor | 1963-66 |
| University of California, LA | Post Grad Res | 1966-67 |
| Louisiana State University | Visiting Asst. Prof. | 1967-68 |
| University of Texas at Arlington | Assistant Prof. | 1968-72 |
| | Associate Prof. | 1972-84 |


## PUBLICATIONS

1. Biphotonic Processes, S. P. McGlynn, L. Azarraga, T. Azumi, F. Watson, and A. T. Armstrong. In Physical Processes in Radiation Biology, L. Augenstein, Ed., Academic Press, 1964.
2. Energy of Excimer Luminescence, II.  Configuration Interaction between Molecular Exciton and Charge Resonance States, T. Azumi, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys., 41, 3839 (1964).
3. Interaction of Molecular Exciton, Charge Resonance States and Excimer Luminescence, S. P. McGlynn, T. Azumi, and A. T. Armstrong, in Modern Quantum Chemistry, Part III, Action of Light and Organic Crystals, O. Sinanoglu, Ed., Academic Press, 1965.
4. Energy of Excimer Luminescence, V. Excimer Fluorescence of Naphthalene and Methylnaphthalenes, F. J. Smith, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 442 (1966).
5. Semiempirical Molecular Orbital Calculations, I. The Electronic Structure of $H_2O$ and $H_2S$, D. G. Carroll, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 1965 (1966).
6. Semiempirical Molecular Orbital Calculation, IV. Some Metallocenes, A. T. Armstrong, D. G. Carroll, and S. P. McGlynn, J. Chem. Phys., 47, 1104 (1967).
7. Semiempirical Molecular Orbital Calculations (for) Ferrocene, A. T. Armstrong, Diss. Abstr. B 28, 1873 (1967), Univ. Microfilms, Order No. 67-13, 972.
8. Electronic Absorption Spectrum of Ferrocene, A. T. Armstrong, F. Smith, E. Elder, and S. P. McGlynn, J. Chem. Phys., 46, 4321 (1967).
9. Spin Polarization and Spin-Lattice Relaxation in the Lowest Triplet State of Pyrazine at 1.6°K, M. A. El-Sayed, L. Hall, A. T. Armstrong, and W. R. Moomaw, in Exciton, Magnons and Phonons, A. B. Zahlan, Ed., Cambridge University Press, 1968.
10. Spin-Lattice Relaxation and the Decay of Pyrazine Phosphorescence at Low Temperature, L. Hall, A. T. Armstrong and W. R. Moomaw and M. A. El-Sayed, J. Chem. Phys., 48, 1395 (1968).

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 20 of 41



**Unified
Engineering
Inc.**

78 Eisenhower Lane North
Lombard, Illinois 60148

Phone: 630/261-3031
Fax: 630/261-9279

Writer's direct dial: 630/261-9074

# Lori A. Streit, Ph.D.
## Chemical and Environmental Science

Dr. Streit is a scientist with education and experience in the areas of surface analysis, microanalysis, materials characterization, chemistry, chemical analysis, material flammability, environmental science, and chemical safety and health. She has experience in the analysis and characterization of many substances, some of which are chemicals, metals, alloys, semiconductors, plastic, rubber, glass, ceramics, polymers, paper, textiles, minerals, composites, soot, soil, water, and air.

## Employment
| | |
|---|---|
| 1995-Present | Principal, Unified Engineering, Inc., Lombard, IL |
| 1990-1995 | Manager, Chemical and Environmental Science, Packer Engineering, Inc., Naperville, IL |
| 1990-1995 | Safety Director, Packer Engineering, Inc. Naperville, IL |
| 1987-1990 | Research Scientist, McCrone Associates, Inc., Westmont, IL |
| 1988 | Adjunct Professor of Chemistry, Elmhurst College, Elmhurst, IL |
| 1985-1987 | Research Assistant, Arizona State University, Tempe, AZ |
| 1983-1985 | Teaching Assistant, Arizona State University, Tempe, AZ |
| 1982-1983 | Research Technician, FMC Corp., Princeton, NJ |
| 1982 | Research Technician, Mobil Oil Corp., Trenton, NJ |

## Education
| | |
|---|---|
| 1987 | Ph.D. in Analytical Chemistry/Surface Analysis, Arizona State University, Tempe, AZ |
| 1983 | B.S. in Chemistry, Trenton State College, Trenton, NJ |

## Continuing Education
| | |
|---|---|
| 1996 | OSHA 10-hour Occupational Safety & Health Course |
| 1993 | ASM Material Testing Methods |
| 1990, 1991 | Asbestos Worker Certification |
| 1990 | Fire Investigation Techniques, SIAAI |
| 1987 | Polarized Light Microscopy, McCrone Research Institute |

## Professional Societies
American Chemical Society: Analytical Chemistry Division, Chemical Safety Division
American Society of Materials International (ASM)
Microbeam Analysis Society (MAS)
National Environmental Health Association (NEHA)
National Fire Protection Association (NFPA)

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 21 of 41

**Associations**

| | |
|---|---|
| 1993-1997 | Arizona State University Alumni Association Board of Directors |
| 1992-Present | Illinois School District 203, Business/Education Advisory Board |
| 1991-1998 | Congressman Fawell's Education Advisory Committee |
| 1994-1995 | Packer Engineering, Inc. Board of Directors |
| 1991-1993 | American Vacuum Society, Illinois Chapter, Board of Directors |

**Awards**

| | |
|---|---|
| 1987 | J. Kocoyanakis Analytical Chemistry Award, ASU |
| 1987 | AVS Arizona Chapter Student Poster Award |
| 1986 | AVS National Student Award |
| 1986 | MAS Distinguished Scholar Award |
| 1986 | ASU Superior Teaching Assistant Award |
| 1985 | Arizona Board of Regents Graduate Academic Scholarship |

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 22 of 41

**Publications**

"Quantitative analysis using sputtered neutrals in a secondary ion microanalyzer", P. Williams and L.A. Streit, Nucl. Instrum. Methods. B15 (1986) 159-164.

"Effect of microstructure on the arsenic profile in implanted silicon", W.A. Coughlan, M.H. Rhee, J.M. Williams, L.A. Streit, and P. Williams, Nucl. Instrum. Methods. B16 (1986) 171-176.

"Quantitative SIMS microanalysis of trace elements in geological samples using *in situ* ion-implanted standards", L.A. Streit, R.L. Hervig, and P. Williams, M.A.S. 22nd National Meeting, Albuquerque, 1986; M.A.S. Conf. Proc. (1986) 91-94.

"Quantitative analysis of chemical vapor deposited refractory metal silicides", L.A. Streit and P. Williams, A.V.S. 33rd National Meeting, Baltimore, 1986; J. Vac. Sci. Technol. A5(4) (1987) 1979-1983.

"Limits of sensitivity in secondary ion mass spectrometry", P. Williams, L.A. Streit, and R.T. Lareau, J. Mass Spec. and Ion Proc. (1987).

"A hollow cathode ion source for SIMS / *in situ* ion implantation of metals", L.A. Streit and P. Williams, SIMS VI International Conference, Paris, 1987; Secondary Ion Mass Spectrometry, SIMS VI (1988) 201-204.

"Development of quantitative analytical methods for secondary ion mass spectrometry", L.A. Streit, thesis, 1987.

"SIMS / *in situ* ion implantation of metals and semiconductors generated by a hollow cathode ion source", L.A. Streit and P. Williams, Anal. Chem. 1988.

"XPS / AES study of contact surface contamination", L.A. Streit and S.L. Maher, Applied Surface Science Meeting, Denver, 1988.

"Factors affecting trace determination of hydrogen by secondary ion mass spectrometry", L.A. Streit and C. Bowers, SIMS VII, Montery, 1989.

"SIMS image analysis of light element distributions in carbon composite material", L.A. Streit, SIMS VII, Montery, 1989.

"Investigations of a Black Soot Phenomenon in Florida Residential Structures Associated with New Installation of Central Heating and Air Conditioning Systems", J.D. Krause, K.K. Al-Ahmady, and L.A. Streit, Proceedings of the Engineering Conference on Air and Waste Management, North Carolina, July, 1997.

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 23 of 41

# Lori A. Streit

## Testimony List

**Ronald Klatz vs. Western States Insurance Company**
12/95
Circuit Court of Cook County, IL

**Ronald Klatz vs. Western States Insurance Company**
1/96 - Trial
Circuit Court of Cook County, IL

**Ramachi vs. T-Fal Corporation**
11/96
Circuit Court For Macomb County, MI

**Warren vs. Sakurai**
5/1999
US District Court for the Northern District of Illinois

**Ayala vs. BRK Brands, Inc.**
8/1999
District Court of Cameron County, TX
107th Judicial District



**Unified Engineering Inc.**

78 Eisenhower Lane N
Lombard, Illinois 60
phone: 630/261-
fax: 630/261-
http://www.unified-eng.c

# Directory of Services

Unified Engineering offers its clients engineering and scientific analyses of the highest quality. These analyses cover the fields of:

*Mechanical engineering*, including stress analysis, dynamics and vibration analysis, heat transfer, hydraulics, fluid mechanics, and finite element analysis.

*Civil engineering*, including soil mechanics and the analysis of constructed facilities in steel, concrete, masonry and timber.

*Accident reconstruction*, including automotive, railroad, agricultural, industrial, residential and commercial construction, photogrammetry, and cause and origin determination.

*Engineering mechanics*, including fatigue analysis, fracture mechanics, and experimental mechanics.

*Agricultural engineering*, including farm and garden machinery analysis.

*Chemistry*, including organic and inorganic analysis, surface analysis, micro-analysis, and chemical and material flaw ity analysis.

*Chemical health and safety*, including personal chemical exposure analysis, safety audits, and development of safety programs.

*Environmental science*, including sampling, chemical anal, and contaminant and particulate identification.

*Reliability engineering*, including fault-tree analysis, event tree analysis, and failure modes, effects and criticality anal

*Safety engineering*, including human factors analysis and warnings and instruction design.

## Personnel

The five principals of Unified Engineering are:

*William R. Borghoff, P.E.*
Mr. Borghoff has over 30 years experience in designing, testing, developing, manufacturing, and analyzing off-highway machines, components, manuals, and labeling. He has performed many accident investigations involving agricultural, construction, and industrial equipment.

*Michael J. Clemens, P.E.*
Mr. Clemens has over 25 years experience in consulting, designing, analyzing, and testing of mechanical systems. He specializes in applied mechanics relating to structural analysis (finite element methods), linear and torsional vibrations, computer-aided engineering, and mechanical testing.

*David E. Dix, P.E.*
Mr. Dix has over 17 years consulting experience in the analysis, testing, and inspection of mechanical systems. The scope of his projects has included stress analysis, fluid mechanics, heat transfer, accident reconstruction/failure analysis, dynamic and static testing, and durability testing.

*Mark A. Lawrence, Ph.D., P.E.*
Dr. Lawrence has over 14 years of experience in teaching, research, and engineering consulting. With a background in both civil and mechanical engineering, Dr. Lawrence provides broad expertise in engineering mechanics and reliability as applied to constructed facilities, construction equipment, and industrial machinery.

*Lori A. Streit, Ph.D.*
Dr. Streit has over 12 years of experience in scientific consulting. Her areas of specialization include materials characterization, microanalysis, surface analysis, chemistry and chemical analysis, chemical health and safety, and environmental science.

## Fee Schedule

In most cases, Unified Engineering projects can be catego in one of two ways:

*Fixed-price projects*

For projects with a well-defined scope of work, Unified's services can be rendered for a fixed price agreed upon bef the work commences.

Fixed price projects will be billed upon completion unless other arrangements are made in advance.

*Time-and-expense projects*

For more open-ended projects, Unified will charge for the of its professional staff according to the following schedule

| | |
|---|---|
| William R. Borghoff | $160/hour |
| Michael J. Clemens | $160/hour |
| David E. Dix | $160/hour |
| Mark A. Lawrence | $180/hour |
| Lori A. Streit | $175/hour |

Expenses incurred for travel, meals, lodging, photographic videographic supplies and processing, as well as other and services required for project work will be charged to client with no additional fees attached. Usage fees for computer, videographic, and laboratory equipment will charged. Normal office expenses for photocopies, faxes, telephone calls and the like will not be charged to the clien

Time-and-expense projects will be billed monthly or upon completion of project milestones. Unified operates on a n thirty day term for payment of invoices unless other arrang ments are made in advance.

Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 25 of 41

# CURRICULUM VITAE

**NAME:**                                    ROBERT C. BUX, M.D.

**OFFICE:**                                  Bexar County Forensic Science Center
7337 Louis Pasteur
San Antonio, TX  78229-4565
(210) 335-4054

**DATE OF BIRTH:**                           May 22, 1948

**PLACE OF BIRTH:**                          Columbus, Kansas

## EDUCATION

College                                      University of Washington, Seattle, WA,
Bachelor of Science in Zoology,
1966-1970

Medical School                               Universidad Autonoma de Guadalajara,
Guadalajara, Jalisco, Mexico,
1970-1974

Rotating Internship                          The Moncton Hospital, Moncton, New
Brunswick, Canada, July 1974 -
June 1975

Residency in Pathology                       Brooke Army Medical Center
San Antonio, TX, July 1978 - June 1982
Anatomic and Clinical Pathology

Fellowship                                   Bexar County Forensic Science Center
San Antonio, TX, August 1984 -
July 1985, Forensic Pathology

## BOARD CERTIFICATION

American Board of Pathology                  ANATOMICAL PATHOLOGY, 1982

American Board of Pathology                  CLINICAL PATHOLOGY, 1982

American Board of Pathology                  FORENSIC PATHOLOGY, 1985

## LICENSURE AND CERTIFICATIONS

Licensure                              New Mexico, 1976
                                       Texas, 1978
                                       California, 1980
                                       Colorado, 1982

## PRESENT POSITION

Deputy Chief Medical Examiner          Bexar County Forensic Science Center
                                       San Antonio, TX - June 1992 to present

## PAST POSITIONS

Staff Medical Examiner                 Bexar County Forensic Science Center
                                       San Antonio, TX - August 1985-May 1992

Chief Dept. of Pathology               U.S. Army Hospital, Fort Carson, CO
                                       March - September 1984

Assistant Chief Dept. of Pathology     U.S. Army Hospital, Fort Carson, CO
                                       July 1982 - March 1984

Part-Time Emergency Room Physician     EPA and TEXEM
                                       October 1978 - January 1991

## MILITARY SERVICE AND AWARDS

Major, Medical Corps, United States Army Reserve, October 1971 - Present

United States Army Commendation Medal, Fort Ord, CA, 1978; Fort Carson, CO, 1984

Meritorious Service Medal, Fort Carson, CO, 1984

## MEDICAL SOCIETY MEMBERSHIPS

Bexar County Medical Society, San Antonio, TX, 1980 - present

Texas Medical Association, 1981 - present

American Medical Association, 1981 - present

College of American Pathologists, 1980 - present (Fellow - 1983)

National Association of Medical Examiners

American Academy of Forensic Sciences 1989 - present (Fellow - 1998)

## OTHER PROFESSIONAL OFFICES AND APPOINTMENTS

Board of Directors, San Antonio Chapter, National Sudden Infant Death Foundation 1987-1997
Advisor - 1997 to present

Instructor in Intubation for EMS Paramedics 1988-98

Faculty, Southwest Symposium on Forensic Dentistry, 1986, 1988, 1990, 1992, 1994, 1996,
1998 - University of Texas Health Science Center School of Dentistry

Member, Texas Multidisciplinary Task Force on Children's Justice 1993-1995

Member, Child Fatality Death Review for Bexar County - 1993 to present

Member, Child Fatality Death Review for State of Texas - Original member 1994 and helped
write Legislation in 1994 which was adopted by the State Legislature in 1995

Board of Editors, The American Journal of Forensic Medicine and Pathology - 1997 to present

Clinical Assistant Professor of Pathology UTHSC San Antonio, Texas - 1998 to present

## INTERNATIONAL PROFESSIONAL ACTIVITIES

1.  United Nations International War Crimes Tribunal for the former Yugoslavia
    Participated in exhumation of mass graves, September 21 - October 5, 1996 near Tuzla,
    Bosnia under the direction of Physicians for Human Rights

2.  Guest Lecturer - Forensic Science Conference "Forensics for the 21" Century"  Sponsored
    by Procuraduria General de Justicia del Distrito Federal, Mexico, DF August 4-7, 1997

3.  Organization of American States Court of Inter-American Human Rights, San Jose, Costa
    Rica - Testified for the Inter-American Commission on Human Rights of the
    Organization of American States in the case of "Panel Blanca", the case of Elizabeth
    Panniagua, et al, vs Guatemala

4.  Participant in exhumation of Archbishop Juan Jose Gerardi, appointed Forensic Medical
    Expert for the Archdiocese of Guatemala in Guatemala City, Guatemala - September 16-
    18, 1998

5.  Organization of American States Court of Inter-American Human Rights, San Jose Costa
    Rica - January 20-29, 1999 - Testified as Forensic Expert appointed by the Court of
    Inter-American Rights in the case of Villagran Morales, et al, vs Guatemala (11.383)

6.  Exhumation of Julian Cho, Mayan Cultural Leader in Punta Gorda, Belize for Physicians
    for Human Rights - January 31-February 2, 1999

Case 1:98-cv-00186  Document 66  Filed in TXSD on 11/30/1999  Page 28 of 41

## PUBLICATIONS

1. DiMaio, V.J.M,. Dana, S.E. and Bux, R.C.  "Deaths Caused by Restraint Vest", JAMA 255:905, 1986.

2. Bick, D., Curry, C.J., McGill, J.R., Schordent, D.F., Bux, R.C. and Moore, C., "Male Infant with Ichthyosis, Kallman Syndrome Chondrodysplasia Punctata, and an $X_p$ Chromosome Deletion" AM. J. Med. Genet 33 (1): 100-7, May 1989.

3. DiMaio, V.J.M., Dana, S.E., and Bux, R.C., "Sudden Cardiac Death" (Letter), NEJM 322:271, January 1990.

4. Taylor, R., Bux, R.C. and Kirk, D.,  Forensic Pathology In Homicide Cases, 40 AM Jur Trials, 501-627, 1990.

5. Taylor, R., Bux, R.C. and Kirk, D.,  Self Defense in Homicide Cases, 42 Am Jur Trials, 151-312, 1991.

6. Bux, R.C. and McDowell, J., "Death Due To Attack From Chow Dog", AM J. of Forensic Med and Path, 13(4):305-8, December 1992.

7. Drenner, D., Bux, R.C., Muscat, P., Ratner, R. & Saldivar, V., "Sudden Death Following Attempted Removal of an Indwelling Central Venous Catheter: A Case Report", In preparation for publication.

CitiPDF - www.fesisi.com

## RICHARD J. ROBY, P.E., Ph.D., Technical Director

**Education:**

Ph.D., Mechanical Engineering, Stanford University, Palo Alto, CA, Jan. 1988.
M.S., Mechanical Engineering, Cornell University, Ithaca, NY, May 1980.
B.S., Chemical Engineering, Cornell University, Ithaca, NY, May 1977.
A.B., Chemistry, Cornell University, Ithaca, NY, May 1977.

**Professional Experience:**

President and Technical Director, Combustion Science & Engineering, Columbia, MD, 1998 to
present. Responsible for day-to day operations of the company and for overseeing
technical content of all research and development projects. Project manager for a variety
of experimental and analytical combustion and fire science research and development
programs.

Adjunct Professor, Mechanical Engineering Department, Virginia Polytechnic Institute & State
University, Blacksburg, VA, 1992 - present. Advisor for one Master's student and Co-
Advisor for two Doctoral and one Master's student. Principal Investigator on an
experimental study of NO to $NO_2$ conversion at super-atmospheric pressures. Co-Principal
Investigator on an experimental research project on soot formation in mixed-mode
combustion. Co-Principal investigator on an on-going experimental research project on
CO generation and transport in compartment fires. Continuing member of several
graduate thesis committees.

Director of Combustion Research, Hughes Associates, Inc., Baltimore, MD, 1992 to 1998.
Responsible for determining scope and content of combustion research and development.
Project manager for a variety of combustion and fire science research and development
programs. Combustion-related projects included NOx control with high amounts of water
addition; catalytic reformation of natural gas for ultra-lean combustion; reduction of soot
formation in methane arcjet thrusters; advanced fire detection using multiple detection
techniques; determination of compression ratio effects on aldehyde-NOx emissions trade-
offs in spark ignition engines; and, development of optical combustion diagnostics for gas
turbine engines. Managed a number of fire-related R&D programs and provided litigation
support and expert witness testimony. Fire-related projects included small and large-scale
fire testing, fire reconstruction, studies into the formation and spread of CO, multi-sensor
fire detection, code and code equivalency analyses, fire hazard analysis and fire modeling.

Associate Professor, Mechanical Engineering Department, Virginia Polytechnic Institute & State
University, Blacksburg, VA, 1992 (Assistant Professor, 1986 - 1992). Responsible for
teaching both undergraduate and graduate courses in the thermal-fluid sciences including
Combustion, Thermodynamics, Internal Combustion Engines, Experimental Methods in
Thermal-Fluid Sciences and Heat Transfer. Advised thesis research for MS and PhD
students. Research in combustion generated pollutant formation and control, especially
NOx and soot; combustion diagnostics; compartment fire dynamics, particularly toxic
species generation. Applications included spark ignition and diesel engines and aero and
stationary gas turbines.

Research Assistant, Mechanical Engineering Department, Stanford University, Palo Alto, CA,
1983-1986.



**Combustion**
Science & Engineering, Inc.

Research Engineer, Fuels and Lubricants Department, Ford Motor Company, Scientific Research Labs, Dearborn, Michigan, 1979 - 1983.

Research Assistant, Mechanical and Aerospace Engineering Department, Cornell University, Ithaca, NY, 1977-1979.

**Membership in Professional Organizations and Honor Societies:**

Member, The Combustion Institute
Member, The Society of Automotive Engineers
Member, International Association for Fire Safety Science
Member, National Fire Protection Association
Member, Society of Fire Protection Engineers
Member, The American Institute for Aeronautics and Astronautics
Member, The American Society of Mechanical Engineers
Member, The Planetary Society
Member, Sigma Xi, The Scientific Research Society

**Professional Registration:**

Registered Professional Engineer, Mechanical Engineering, License Number M 024534 (California 1986).

**Fire Department Experience:**

Member, Belleville Volunteer Fire Department, Belleville, MI, 1980-1981

Member, Ithaca Fire Department, Ithaca, NY, 1973-1979
        Lieutenant, Neriton Fire Company No. 9, 1976-1979
        Department Instructor, 1976-1979

**Patents:**

Roby, R. J., Gottuk, D. T., and Beyler, C. L., "Multi-Signature Fire Detector," U.S. Patent No. 5,691,703, Issued November 25, 1997.

**Selected Publications:**

Lattimer, B.Y., U. Vandsburger, and R.J. Roby, "Carbon Monoxide Levels in Structure Fires: Effects of Wood in the Upper Layer of a Post-Flashover Compartment Fire," *Fire Technology*, Vol. 34, No. 4, 1998.

Roby, R.J., J.E. Reaney, and E.L. Johnsson, "Detection of Temperature and Equivalence Ratio in Turbulent Premixed Flames using Chemiluminescence," presented at ASME International Joint Power Generation Conference, Baltimore, MD, August 23-26, 1998.



Hamer, A.J., Roby, R.J., and Klassen, M.S., "Comparison of Reduced Chemical Kinetics Mechanisms for Pollutant Emissions Predictions in Gas Turbines," presented at the ASME International Joint Power Generation Conference, Baltimore, MD, August 23-26, 1998.

Nicol, D. G., Malte, P. C., Hamer, A. J., Roby, R. J. and Steele, R. C., "Development of a Five-Step Methane Oxidation-NO Formation Mechanism for Lean-Premixed Gas Turbine Combustion," Paper No. 98-GT-185, ASME/IGTI Turbo Expo, Stockholm, Sweden, June 1998.

Hamer, A.J. and Roby, R.J., "CFD Modeling of a Gas Turbine Combustor Using Reduced Chemical Kinetic Mechanisms", Paper No. 97-3242, 33rd AIAA/ASME/SAE/ASEE Joint Propulsion Conference, Seattle, WA, July, 1997.

Lattimer, B.Y., U. Vandsburger, and R.J. Roby, "The Transport of Carbon Monoxide from a Burning Compartment Located on the Side of a Hallway," *26th Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, PA, 1997.

Hunderup, J.W., and R.J. Roby, "An Experimental Investigation of the Conversion of NO to NO$_2$ at High Pressure," Paper No. 95-GT-306, presented at the IGTI meeting of ASME, Houston, TX, June 5-8, 1995 (accepted for publication in *ASME Journal of Engineering for Gas Turbines and Power*).

Blevins, L.G., and R.J. Roby, "An Experimental Study of NO$_x$ Reduction in Laminar Diffusion Flames by Addition of High Levels of Steam," Paper No. 95-GT-327, presented at the IGTI meeting of ASME, Houston, TX, June 5-8, 1995.

Gottuk, D.T., and Roby, R.J., "Effect of Combustion Conditions on Species Production," Section 2/Chapter 7, *The SFPE Handbook of Fire Protection Engineering*, P.J. DiNenno (ed.), Second Edition, National Fire Protection Association, Quincy, MA, June 1995.

Roby, R.J., A.J. Hamer, E.L. Johnsson, S.A. Tilstra, and T.J. Burt, "Improved Method for Flame Detection in Combustion Turbines," *ASME Journal of Engineering for Gas Turbines and Power*, **117** (2), 1995.

Gottuk, D.T., R.J. Roby, and C.L. Beyler, "The Role of Temperature on Carbon Monoxide Production in Compartment Fires," *Fire Safety Journal*, **24** (4), 1995.

Lattimer, B.Y., D.S. Ewens, U. Vandsburger, and R.J. Roby, "Transport and Oxidation of Compartment Fire Exhaust Gases in an Adjacent Corridor," *Journal of Fire Protection Engineering*, **6** (4), 1994, pp. 163-181.

Becker, W.J., R.J. Roby, W.F. O'Brien and G.K. Bensing, "Dynamic Turbine Blade Temperature Measurement," *Journal of Propulsion and Power*, **10** (1), 1994, also AIAA Paper #89-2689, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.



Foss, D.T., R.J. Roby, and W.F. O'Brien, "Development of a Dual-frequency Microwave Burn-rate Measurement for Solid Rocket Propellant," *Journal of Propulsion and Power*, **9** (4), 1993, pp. 497-498.

Ewens, D.S., U. Vandsburger, and R.J. Roby, "Oxidation of Exhaust Gases from a Burning Compartment in a Remote Location," Paper No. 69, presented at the Eastern States Section Meeting of The Combustion Institute, Princeton, NJ, October 1993.

Aftel, R., U. Vandsburger, and R.J. Roby, "Soot Formation in Dual-mode Counterflow Flames," Paper No. 61, presented at the Eastern States Section Meeting of The Combustion Institute, Princeton, NJ, October 1993.

Blevins, L.G., and R.J. Roby, "Effects of High Levels of Steam Addition on $NO_x$ Reduction in Laminar Opposed Flow Diffusion Flames," WSS/CI Paper No. 92-16, presented at the Western States Section Meeting of The Combustion Institute, Corvallis, OR, March 1992.

Gottuk, D.T., Roby, R.J. and Beyler, C.L., "A Study of Carbon Monoxide and Smoke Yields from Compartment Fires," *Twenty-Fourth Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, PA., 1993.

Gottuk, D.T., R.J. Roby, M.J. Peatross, and C.L. Beyler, "Carbon Monoxide Production in Compartment Fires," *J. Fire Protection Engineering*, 4 (4), 1992, pp. 133-150.

Gottuk, D.T., Roby, R.J. and C.L. Beyler, "The Effect of External Burning on Carbon Monoxide and Smoke Yields from Hexane-Fueled Compartment Fires," paper no. 87, Presented at the Eastern States Section Meeting of the Combustion Institute, Ithaca, New York, 1991.

Skelly, M.J., R.J. Roby, and C.L. Beyler, "Window Breakage in Compartment Fires," *J. Fire Protection Engineering*, 3 (1), 1991, pp. 25-34.

Gottuk, D.T., Roby, R.J. and C.L. Beyler, "Carbon Monoxide Yields from Hexane-Fueled Compartment Fires," paper no. 65, presented at the Eastern States Section Meeting of the Combustion Institute, Orlando, FL, December 1990.

Roby, R.J., "Review of Principles of Fire Protection Chemistry," *Fire Technology*, May 1990.

Tobin, K.W., M.R. Cates, D.L. Beshears, J.D. Muhs, G.J. Capps, D.B. Smith, W.D. Turley, W. Lewis, B.W. Noel, H.M. Borella, W.F. O'Brien, R.J. Roby and T.T. Anderson, "Engine Testing of Thermographic Phosphors," Oak Ridge National Laboratory Report #ORNL/ATD-31, 1990.

Wirth, D.A. and R.J. Roby, "Soot Formation in Staged Combustion," paper no. 61, presented at the Eastern States Section Meeting of the Combustion Institute, Albany, NY, October 1989.



Foss, D.T., R.J. Roby and W.F. O'Brien, "A Dual-Frequency Microwave Burn-Rate Measurement System for Solid Rocket Motors," AIAA Paper #89-2530, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.

Stouffer, S.D., R.J. Roby, and W.F. O'Brien, "Improved Plasma Torch for Ignition and Flame Holding in Supersonic Combustion," AIAA Paper #89-2945, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.

Roby, R.J. and C.T. Bowman, "Formation of $N_2O$ in Laminar, Premixed, Fuel-Rich Flames," *Combustion and Flame*, **70**, 119-123, 1987.

Roby, R.J. and C.T. Bowman, "Effects of Hydrocarbons on NO Removal in Rich, Premixed Hydrogen-Oxygen Flames," WSS/CI Paper 86-42, 24p., Presented at the Joint Meeting of the Western States and Canadian Sections of the Combustion Institute, Banff, Alberta, Canada, April 1986.

Freeman, L.E., G.K. Chui, D. Crowl and R.J. Roby, "A Comparative Study of the Effects of Fuel Properties of Non-Petroleum Fuels on Diesel Engine Combustion and Emissions," *Transactions SAE*, Vol 93, Paper #841334, pp 35-50 of SP-587, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Baltimore, Maryland, October 1984.

Otto, C. and R.J. Roby, "Nitric Oxide Formation from Fuel Nitrogen Studied with a Pulse-Flame Combustor," *J.A.P.C.A.*, Vol. 34, No. 1, pp 38-41, January 1984.

Freeman, L.E., R.J. Roby and G.K. Chui, "Performance and Emissions of Non-Petroleum Fuels in A Direct-Injection, Stratified-Charge, SI Engine," published in *Fuel Alternatives for the 80's*, SAE, Warrendale, PA (1982), SAE Paper #821198, pp 89-100 of SP-527, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Toronto, Canada, November 1982.

Freeman, L.E. and R.J. Roby, "Synthetic Fuels from Coal for Automotive Use," Proceedings of the 54th Annual National Technical Association Convention, Baltimore, Maryland, August 1982.

Roby, R.J., L.E. Freeman, J.A. Harrington, G.K. Chui and W.A. Tallent, "Operation of a Direct-Injection, Stratified-Charge, SI Engine on Alcohols," *Proceedings of the Fifth International Symposium on Alcohol Fuels Technology*, Auckland, New Zealand, May 1982.

Roby, R.J., G.K. Chui, L.E. Freeman, J.A. Harrington and W.A. Tallent, "Evaluation of Coal Liquids in a Single Cylinder PROCO Engine," SAE Paper #811223, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Tulsa, Oklahoma, October 1981.



**Combustion**
Science & Engineering, Inc.

Roby, R.J. and J.A. Harrington, "Organic Nitrites in Aged Exhaust from Alcohol-Fueled Vehicles", *J.A.P.C.A.*, Vol. 31, No. 9, pp 995-996, September, 1981.

Harrington, J.A., R.J. Roby and J.A. Cavolowsky, "Fuel Vaporization for Fast Cold Starting of Ethanol-Fueled Vehicles", *Proceedings of the Fourth International Symposium on Alcohol Fuels Technology*, Sao Paulo, Brazil, October, 1980.

DeStefano, A.J., R.J. Roby and R.F. Porter, "A Thermodynamic Study of H-D Exchange in the Hydrogen-Diflouroborane System," *Thermochimica Acta*, 16, 236-239, 1976.

12/98



Trial Testimony:

*Nationwide Mutual Fire Insurance Co. v. Black and Decker*
Superior Court, State of Connecticut, Hartford District
July 9, 1998.

*State of Maryland v. Theodore S. Smith*
Circuit Court for Somerset County, Maryland
January 23, 1996.

*IFC Nonwovens, Inc. et al. v. Premier Corporation, et al.,*
U. S. District Court, Western District of Tennessee, No. 90-1025
August 3, 1995.

*State of Maryland v. Theodore S. Smith*
Circuit Court for Somerset County, Maryland
April 11-14, 1995.

*David W. Maxwell v. W. David Turner d/b/a Wythe Sheet Metal Co.*
Circuit Court for Wythe County, Virginia
August 1993.


Deposition Testimony:

*In Re Cotton Picker Fire Products Liability Litigation*
United States Distric Court, Eastern District of Arkansas, Pine Bluff Division
August 27, 1999.

*Warf v. Simon-Telelect, Inc. and Eusco, Inc.*
Circuit Court of Davidson County, State of Tennessee at Nashville
September 17, 1998.

*Nationwide Mutual Fire Insurance Co. v. Black and Decker*
Superior Court, State of Connecticut, Hartford District
May 27, 1998.

*Moore-Dandridge et al. v. Washington Gas Light Co. et al.*
Superior Court of the District of Columbia
October 29, 1997.

*Baldwin and Baldwin v. State Farm*
United States District Court
Western District of Virginia
Spetember 9, 1997.

*Asselin, et al. v. Amigo Mobility International et al.*
State of Connecticut: Superior Court
Judicial District of New Haven at Meriden
July 18, 1997.



**Combustion**
Science & Engineering, Inc.

*Bethlehem Steel Corp., v. Bridgewater Protective Coatings, Inc. et al.*
United States District Court, Northern District of Maryland
January 30, 1997.

*Daniel J. Hartnett, et ux. v. Globe Firefighter Suits, Inc., et al.*
United States District Court, Southern District of Maryland
November 22, 1996.

*Jeremy Ward et al. v. Clement Weber et al.*
Vanderburgh Superior Court, State of Indiana
October 1996

*Spencer v. Deauville Assoc. Ltd. Partnership, et al.*
Superior Court for the District of Columbia
August 31, 1995

*William Lethco et al. v. W. David Turner d/b/a Wythe Sheet Metal Co.*
Circuit Court for Wythe County, Virginia
May 1995.

*William W. Monsson at al. v. Frank J. Whitecavage, et al.*
Circuit Court for Cecil County, Maryland, Civil Action No. 92190L
November 22, 1995.

*IFC Nonwovens, Inc. et al. v. Premier Corporation, et al.*
U. S. District Court, Western District of Tennessee, No. 90-1025
July 12-13, 1994 and October 4-5, 1994.

*Cooper, v. National Health Care Foundation for the Deaf, Inc.*
District of Columbia: Civil Action No. 93-CA10452
July 28, 1994.

*Burns Construction Company v. E. D. Etnyre & Co., et al.,*
*Philip Clark v. E. D. Etnyre & Co., et al.*
Virginia: In The Circuit Court of The City of Richmond
December 13, 1993.

*American National Fire Insurance Co. v. Hitchcock Company, Inc. v. Becker & Son*
*Sheet Metal, Inc., f/k/a Becker Sheet Metal, Inc. and Lennox Furnaces, Inc.*
United States District Court, District of Connecticut
December 9, 1993.

*David W. Maxwell v. W. David Turner d/b/a Wythe Sheet Metal Co.*
Virginia: In the Circuit Court for Wythe County,
February 19, 1993.



Case 1:98-cv-00186   Document 66   Filed in TXSD on 11/30/1999   Page 37 of 41



# Combustion
## Science & Engineering, Inc.

9160 Rumsey Road • Suite B1 • Columbia • MD • 21045-1997 • Tel: 410/884-3266 • Fax: 410/884-3267

## RETAINER AGREEMENT

**PROFESSIONAL RATES:**

Rates for consultation, evaluation, analysis, report preparation, deposition and trial appearance:

| | |
|---|---|
| Richard J. Roby, P.E., Ph.D. | $175.00 per hour |
| John L. Battaglioli, MSME | $150.00 per hour |
| Michael S. Klassen, Ph.D., P.E. | $125.00 per hour |
| Douglas J. Carpenter, MScFPE | $125.00 per hour |
| Senior Engineer/ Scientist | $125.00 per hour |
| Staff Engineer/Scientist | $100.00 per hour |
| Technician/Draftsperson/word processor | $ 60.00 per hour |

Travel:
Travel time is billed on a portal to portal basis at applicable rates.

Expenses:
Travel, lodging, meals, and expenses are billed at actual cost as incurred.

**RETAINER FEE:**

Except for an initial consultation requiring less than one hour of work, an advance payment of $ 5000 is required for work to proceed. This **non-refundable retainer** is applied to the final statement. <u>The retainer should be made payable to: **Combustion Science & Engineering, Inc.**</u>

**BILLING SCHEDULE AND PAYMENTS:**
Professional labor and expenses will be billed on a monthly basis. Payment is due upon receipt of the statement. Any balances that are more than 30 day past due will be subject to a one and one half percent (1.5%) per month service charge.

**PLEASE SIGN AND RETURN THIS AGREEMENT TO** *COMBUSTION SCIENCE & ENGINEERING, INC.* **WITH THE RETAINER.**

I confirm that, in retaining the professional services of Combustion Science & Engineering, Inc., the firm named below is solely responsible for any and all charges incurred and the timely payment thereof.

Case Name:

Client:

Name of Firm:
Address:

Client's Signature: _____        Date: _____



# Combustion
## Science & Engineering, Inc.

9160 Rumsey Road • Suite B1 • Columbia • MD • 21045-1997 • Tel: 410/884-3266 • Fax: 410/884-3267

## MICHAEL S. KLASSEN, Ph.D., P.E.

### EDUCATION:

Ph.D., Mechanical Engineering, University of Maryland, 1992.
M.S., Mechanical Engineering, University of Maryland, 1990.
B.S., Mechanical Engineering, University of Maryland, 1987.

### PROFESSIONAL EXPERIENCE:

**Vice President and Principal Research Engineer, Combustion Science & Engineering, Inc., Columbia, MD, 1998 to present.**
Responsible for the design and execution of experimental and analytical projects in fire and combustion research.

**Staff Engineer, Hughes Associates, Inc., Baltimore, MD, 1996-1997.**
Designed and conducted experimental fire and combustion research. Involved in the testing and modeling of fire-suppression systems.

**Visiting Asst. Professor/Postdoctoral Researcher, Purdue University, 1992- 1996.**
Developed laser and optical diagnostic techniques for use in combustion applications. Utilized these techniques to investigate the formation of combustion species and pollutants in laminar and turbulent flames. Conducted experiments into the effect of pressure on nitric oxide (NO) formation in flames at pressures ranging from 1 to 15 atm. Local NO concentration measurements were made in laminar flames using laser-induced fluorescence (LIF) and used to evaluate the ability of current chemical kinetic mechanisms to predict NO formation in high-pressure flames. Instantaneous, local NO concentrations were also measured in premixed, turbulent jet flames which gave insights into the regions of NO formation in this type of flame and provided data for model validation. Further research involved the use of picosecond time-resolved laser-induced fluorescence (PITLIF) to the determine instantaneous, quantitative concentration of minor species in turbulent flames. This study involved the application of ultra-fast spectroscopic techniques (resolution on the order of nanoseconds) in order to make time-series measurements of minor species concentrations in turbulent reacting flows. Lectured on introductory engineering thermodynamics.

**Graduate Research Assistant, University of Maryland, 1989-1992.**
Research involved the study of radiation properties and the flame structure of liquid-fuel pool flames. This work included measurements of the total radiative output, fuel burning rate and flame height for a variety of burner diameters (5 cm- 1 m). A new technique to measure radiative heat transfer from the flame to the fuel surface was developed. Instantaneous and simultaneous measurements of temperature, intensity and soot volume fraction were made using an optical pyrometric technique. Stochastic simulations using the measured instantaneous flame properties were employed for predictions of radiative output from the flame and the fuel burning rate.

**Guest Researcher, National Institute of Standards and Technology, Center for Building and Fire Research, 1989 -1992.**

**Guest Researcher, Fire Research Institute, Department of Home Ministry, Tokyo, Japan, 1991.**

**Michael S. Klassen, Ph.D., P.E.**

**Graduate Research Assistant, University of Maryland, 1988-1989.**
Conducted research which investigated the transient cooling of hot surfaces by dropwise evaporation for use in fire suppression models.  An infrared thermographic technique was developed to monitor the response of a heated low-conductivity surface to an impinging water droplet.  Digital image processing techniques were utilized to extract the extent of cooling of the surface by the droplet and the transient surface temperature from the infrared data.

## PROFESSIONAL REGISTRATION:

Registered Professional Engineer, Mechanical Engineering, License Number Pending (Maryland 1998).

## PROFESSIONAL STANDING:

Member, The American Society of Mechanical Engineers
Member, The Combustion Institute
Member, AIAA

## SELECTED PUBLICATIONS:

Klassen, M. S., D. D. Thomsen, J. R. Reisel, N. M. Laurendeau, "Laser-Induced Fluorescence Measurements of NO formation in High-Pressure Methane Flames", *Combustion Science and Technology* 110-111,229-247 (1996).

Reichardt, T. A., M. S. Klassen, G. B. King and N. M. Laurendeau, "Measurements of Hydroxyl Concentrations and Lifetimes in Laminar Flames using Picosecond Time-resolved Laser-induced Fluorescence", *Applied Optics*, in press (1996).

Partridge, W. P. Jr., M. S. Klassen, D. D. Thomsen, N. M. Laurendeau, "Experimental Assessment of $O_2$ Interferences on LIF Measurements of NO in High-Pressure Lean Premixed Flames using Narrow-band and Broad-band Detection", *Applied Optics*, in press (1996).

Reichardt, T. A., M. S. Klassen, G. B. King, and N. M. Laurendeau, "Real-time Acquisition of Laser-Induced Fluorescence Decays", *Applied Optics* 34, 973-976 (1995).

Klassen, M. S., B. D. Thompson, T. A. Reichardt, G. B. King and N. M. Laurendeau, "Flame Concentration Measurements using Pico-second Time-Resolved Laser-Induced Fluorescence", *Combustion Science and Technology* 97, 391- 403 (1994).

Hamins, A., S. J. Fischer, T. Kashiwagi, M. Klassen, and J. P. Gore, "Measurement of Heat Feedback to the Fuel Surface in Pool Fires", *Combustion Science and Technology* 97, 37-62 (1994).

Klassen, M. and J. P. Gore, "Temperature and Soot Volume Fraction Statistics in Toluene-Fired Pool Fires", *Combustion and Flame*, 93, 270 - 278 (1993).

Klassen M., J. P. Gore, A. Hamins, T. Kashiwagi, "Radiative Heat Feedback in a Toluene Pool Fire", *24th Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, 1713- 1719 (1992).

Klassen, M., M. diMarzo, and J. Sirkis, "Infrared Thermography of Dropwise Evaporative Cooling", *Experimental Thermal and Fluid Science* 5, 136-141 (1992).

Klassen, M., J. P. Gore, and Y. R. Sivathanu, "Simultaneous Emission- Absorption Measurements in Toluene - Fueled Pool Flames: Mean and RMS Properties", *Combustion and Flame* 90, 34 - 44 (1992).

Hamins, A., M. Klassen, J. Gore, and T. Kashiwagi, "Estimate of Flame Radiance via a Single Location Measurement in Liquid Pool Flames", *Combustion and Flame* 86, 223-228 (1991).


**Combustion**
Science & Engineering, Inc.

**Michael S. Klassen, Ph.D., P.E.**

Gore, J. P., M. Klassen, A. Hamins, and T. Kashiwagi,"Fuel Property Effects on Burning Rate and Radiative Transfer from Liquid Pool Flames", *Third International Symposium on Fire Safety Science*, Edinburgh, Scotland, 395 (1991).

**Combustion**
Science & Engineering, Inc.



## Combustion
### Science & Engineering, Inc.

9160 Rumsey Road • Suite 81 • Columbia • MD • 21045-1997 • Tel: 410/864-3266 • Fax: 410/864-3267

# RETAINER AGREEMENT

**PROFESSIONAL RATES:**

Rates for consultation, evaluation, analysis, report preparation, deposition and trial appearance:

| | |
|---|---|
| Richard J. Roby, P.E., Ph.D. | $175.00 per hour |
| John L. Battaglioli, MSME | $160.00 per hour |
| Michael S. Klassen, Ph.D., P.E. | $125.00 per hour |
| Douglas J. Carpenter, MScFPE | $125.00 per hour |
| Senior Engineer/ Scientist | $125.00 per hour |
| Staff Engineer/Scientist | $100.00 per hour |
| Technician/Draftsperson/word processor | $ 50.00 per hour |

**Travel:**

Travel time is billed on a portal to portal basis at applicable rates.

**Expenses:**

Travel, lodging, meals, and expenses are billed at actual cost as incurred.

**RETAINER FEE:**

Except for an initial consultation requiring less than one hour of work, an advance payment of $ 5000 is required for work to proceed. This non-refundable retainer is applied to the final statement. The retainer should be made payable to: Combustion Science & Engineering, Inc.

**BILLING SCHEDULE AND PAYMENTS:**

Professional labor and expenses will be billed on a monthly basis. Payment is due upon receipt of the statement. Any balances that are more than 30 day past due will be subject to a one and one half percent (1.5%) per month service charge.

**PLEASE SIGN AND RETURN THIS AGREEMENT TO** *COMBUSTION SCIENCE & ENGINEERING, INC.* **WITH THE RETAINER.**

I confirm that, in retaining the professional services of Combustion Science & Engineering, Inc., the firm named below is solely responsible for any and all charges incurred and the timely payment thereof.

**Case Name:**

**Client:**

**Name of Firm:**
**Address:**

**Client's Signature:** _____     **Date:** _____