68

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

DEC 13 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX as Next Friend of BRITTANY COX | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | § § § | |

# DEFENDANT'S FIRST AMENDED INITIAL DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files this its First Amended Initial Designation of Experts pursuant to Federal Rules of Civil Procedure, Rule 26, as follows:

1-A. Andrew T. Armstrong, Ph.D.
     Armstrong Forensic Laboratory, Inc.
     330 Loch'n Green Trail
     Arlington,, Texas 7612
     Telephone: (817) 275-2691

1-B. Report to be supplemented.

   Qualifications including publications and testifying list are attached.

   Fees:     Consulting and General Analysis:     $225 per hour
             Court or deposition:                 $300 per hour
             Video Deposition:                    $500 per hour

We anticipate Dr. Armstrong will provide testimony about the general properties, installation, use and operation of the space heater.

2-A  Lori A. Streit, PhD.
     Unified Engineering Inc.
     78 Eisenhower Lane North
     Lombard, Illinois 60148
     Telephone: (630) 261-3031

2-B. Report to be supplemented.

   Qualifications including publications and testifying list are attached.

   See fees attached.

We anticipate Dr. Streit will provide testimony about the properties, installation, use and operation of the smoke detector and battery in question.

3-A  Dr. Robert C. Bux
     Bexar County
     Forensic Science Center
     7337 Louis Pasteur
     San Antonio, Texas 78229-4565
     Telephone: (210) 335-4054

3-B  Report to be supplemented.
     Curriculum Vitae and publications attached.
     Testifying list will be supplemented.

   Fees:   Review:             $   175.00 per hour
           Depositions:        $   300.00 per hour
           Court Appearance:   $ 1,200.00 per day.

We anticipate that Dr. Bux will provide testimony regarding the cause and origin of Manuel Cruz's death, analysis of the autopsy, and the properties and effect of carbon monoxide/alcohol and their manifestations on the human body.

4-A  Richard J. Roby, P.E., Ph.D.
     Combustion Science & Engineering, Inc.
     9160 Rumsey Road, suite 81
     Columbia, Maryland 21045-1997
     Telephone: (410) 884-3266

4-B. Report to be supplemented.

   Qualifications including publications and testifying list are attached.

   Fees are attached.

We anticipate that Dr. Roby will provide testimony about the operation of the space heater, the products of combustion produced by the space heater, and the impact on the atmosphere within Mr. Cruz' home.

5-A  Michael Klassen Ph.D., P.E.
     Combustion Science & Engineering, Inc.
     9160 Rumsey Road, suite 81
     Columbia, Maryland 21045-1997
     Telephone: (410) 884-3266

5-B. Report to be supplemented.

   Qualifications including publications and testifying list are attached.

   Fees are attached.

We anticipate that Dr. Roby will provide testimony about the operation of the space heater, the products of combustion produced by the space heater, and the impact on the atmosphere within Mr. Cruz' home.


6-A. Carlos H. Cascos
     Pattillo, Brown & Hill, L.L.P.
     765 E. Seventh Street
     Brownsville, Texas 78520
     Telephone: (956) 544-7778

6-B. Report to be supplemented.

   Qualifications including publications and testifying list are attached.

   Fees are attached.

We anticipate that Dr. Cascos will provide testimony about Manuel Cruz's economical damages.




                              Respectfully submitted,

                              **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                              855 W. Price Road, Suite 9
                              Brownsville, Texas  78520
                              Telephone: (956) 542-5666
                              Telecopier: (956) 542-0016

                              Counsel for Defendant BRK Brands, Inc

                              BY: _____
                                  Elizabeth G. Neally
                                  State Bar No. 14840400
                                  Federal Bar No. 8044


**DEFENDANT'S FIRST AMENDED DESIGNATION OF EXPERTS**                              **PAGE 3**

```
                    Rene O. Oliveira
                    State Bar No. 15254700
                    Federal Bar No. 4033

                    OF COUNSEL:
                    Terry Henry
```
**COZEN & O'CONNER**
```
                    The Atrium
                    1900 Market Street
                    Philadelphia, PA 19103
                    Telephone: (215) 665-2000
                    Facsimile: (215) 523-2900
```

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing *Defendant's First Amended Initial Disclosures of Experts* has been forwarded to the attorney for Plaintiffs, as follows:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

Mr. Ray Marchan
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX 78520

on this 13th day of December, 1999.

_____
ELIZABETH G. NEALLY

**DEFENDANT'S FIRST AMENDED DESIGNATION OF EXPERTS**                              **PAGE 4**

ClibPDF - www.fastio.com

# CARLOS H. CASCOS
*Curriculum Vitae*

**Professional Affiliations:** Member of the American Institute, Texas Society & Rio Grande Valley Chapter of Certified Public Accountants, Member of the Association of Government Accountants, Member of the American College of Forensic Examiners

**Education:** B.A. Political Science, University of Texas @ Austin
Minimum of forty hours of continuing education annually by either the AICPA, TSCPA or LBJ School of Public Affairs in areas of accounting, taxation, consulting, litigation support and issues related to governmental entities

**Certifications:**
1985- Certified Public Accountant - # 38638
1996- Certified Government Financial Manager - # 7500
1997- Diplomat of the American Board of Forensic
    Accounting - # 12084

**Employment:** Partner in the firm of Pattillo, Brown & Hill, LLP - (July '95 to present)
Self employed – work included write-up services, tax, management advisory services and litigation support services - (September '87 to June '95)
Controller for private company and its' related entities - (September '84 to March '94)
Employed by large and medium sized accounting firms. Work included audits, reviews, compilations, tax and various accounting services for financial institutions, closely held companies and governmental entities - (September '76 to August '84)

**Other data:** Cameron County Commissioner, 1991 to present, current or past board member of the United Way of Southern Cameron County, Rotary Club, Leadership Brownsville, Cameron Appraisal District, Brownsville Economic Development Council, and other numerous civic organizations

**Partial Listing of Cases in Which Carlos H. Cascos, CPA, CGFM, DABFA Has Been Engaged to Testify as an Expert Witness at Deposition and/or Trial from 1991-1998**

Cause No: 98-03-939-C, Rolando Gonzalez vs. Texas International Oil Field Tools, Inc. et al in State District Court in Cameron County

Cause No: C-1715-95-G; Boarder to Boarder Trucking Inc. vs. William D. Shipley and NAFTA Motor Freight, Inc. in State District Court in Hidalgo County

Cause No: 96-02-436-C; RY-BO Holdings, Inc. vs. Reliable Distributing Company, Inc. in State District Court in Cameron County

Cause No: 95-03-1638-B; Guadalupe Alcantara Rojas vs. Castex Export, Inc. Et Al in State District Court in Cameron County

Cause No: 95-08-3987-B; Xiaoying Li vs. Statia Terminals Southwest, Inc. in State District Court in Cameron County

Cause No: 93-02-957-C; Las Dos Americas Unidas, Inc. vs. Mercantile Bank d/b/a Mbank vs. FirstBank Los Fresnos, NA in State District Court in Cameron County

Cause No: C-220-92-C; Richard A. Martin vs. Enchanted Valley Ranch, Inc. Et Al in State District Court in Hidalgo County

Cause No: 91-10-6577-C; Peter T. Conner vs. Eaton Corp. in State District Court in Cameron County

**Compensation**

Our fees for professional services will be at our standard hourly rate of $150 per hour for partner time and $60 per hour for professional staff. Any out of pocket costs, such as long distance telecommunications, travel costs etc. are billed separately. Our compensation is not contingent on the outcome of this litigation.

ClibPDF - www.fastio.com