69

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

DEC 16 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the ESTATE | § | |
| OF MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA COX | § | |
| as Next Friend of BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

## DEFENDANT'S SECOND AMENDED INITIAL DESIGNATION OF EXPERTS



TO THE HONORABLE JUDGE OF SAID COURT:

   **NOW COMES,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files this its Second Amended Initial Designation of Experts pursuant to Federal Rules of Civil Procedure, Rule 26, as follows:

1-A. Andrew T. Armstrong, Ph.D.
     Armstrong Forensic Laboratory, Inc.
     330 Loch'n Green Trail
     Arlington,, Texas 7612
     Telephone: (817) 275-2691

1-B. Report to be supplemented.

     Qualifications including publications and testifying list are attached.

     Fees:     Consulting and General Analysis:   $225 per hour
               Court or deposition:                $300 per hour
               Video Deposition:                   $500 per hour

We anticipate Dr. Armstrong will provide testimony about the general properties, installation, use and operation of the space heater.

---

**DEFENDANT'S SECOND AMENDED DESIGNATION OF EXPERTS**                    **PAGE 1**

2-A  Lori A. Streit, PhD.
     Unified Engineering Inc.
     78 Eisenhower Lane North
     Lombard, Illinois 60148
     Telephone: (630) 261-3031

2-B. Report to be supplemented.

     Qualifications including publications and testifying list are
     attached.

     See fees attached.

We anticipate Dr. Streit will provide testimony about the
properties, installation, use and operation of the smoke detector
and battery in question.

3-A  Dr. Robert C. Bux
     Bexar County
     Forensic Science Center
     7337 Louis Pasteur
     San Antonio, Texas 78229-4565
     Telephone: (210) 335-4054

3-B  Report to be supplemented.
     Curriculum Vitae and publications attached.
     Testifying list will be supplemented.

     Fees:      Review:           $  175.00 per hour
                Depositions:      $  300.00 per hour
                Court Appearance: $1,200.00 per day.

We anticipate that Dr. Bux will provide testimony regarding the
cause and origin of Manuel Cruz's death, analysis of the autopsy,
and the properties and effect of carbon monoxide/alcohol and their
manifestations on the human body.


4-A  Richard J. Roby, P.E., Ph.D.
     Combustion Science & Engineering, Inc.
     9160 Rumsey Road, suite 81
     Columbia, Maryland 21045-1997
     Telephone: (410) 884-3266

4-B. Report to be supplemented.

     Qualifications including publications and testifying list are
     attached.

     Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.

5-A   Michael Klassen Ph.D., P.E.
      Combustion Science & Engineering, Inc.
      9160 Rumsey Road, suite 81
      Columbia, Maryland 21045-1997
      Telephone: (410) 884-3266

5-B.  Report to be supplemented.

      Qualifications including publications and testifying list are
      attached.

      Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.


6-A.  Carlos H. Cascos
      Pattillo, Brown & Hill, L.L.P.
      765 E. Seventh Street
      Brownsville, Texas 78520
      Telephone: (956) 544-7778

6-B.  Report to be supplemented.

      Qualifications including publications and testifying list are
      attached.

      Fees are attached.

We anticipate that Dr. Cascos will provide testimony about Manuel
Cruz's economical damages.


7-A.  Richard Custer
      Custer Powell, Inc.
      160 East Main Street
      P. O. Box 1432
      Westborough, Massachusetts 01581
      Telephone: (508) 616-9990

7-B.  Report to be supplemented.

      Qualifications including publications and testifying list are
      attached.

      Fees are attached.

We anticipate that Richard Custer will provide testimony regarding
the operations of the ionization of the smoke detector.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Counsel for Defendant BRK Brands, Inc

BY: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

Rene O. Oliveira
State Bar No. 15254700
Federal Bar No. 4033

OF COUNSEL:
Terry Henry
**COZEN & O'CONNER**
The Atrium
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 523-2900

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct
copy of the above and foregoing *Defendant's First Amended Initial
Disclosures of Experts* has been forwarded to the attorney for
Plaintiffs, as follows:

Shiree Salinas                    Mr. Ray Marchan
**LAW OFFICES OF MARK CANTU**     **HARRIS & WATTS**
The Atrium, Suite 400             1926 E. Elizabeth
1300 North Tenth Street           Brownsville, TX   78520
McAllen, TX 78501

on this 15th day of December, 1999.

_____
ELIZABETH G. NEALLY

Case 1:98-cv-00186   Document 69   Filed in TXSD on 12/16/1999   Page 5 of 26



**CUSTER**
**POWELL**
**INCORPORATED**

FIRESAFETY CONSULTING SERVICES

http://www.cpi-fire.com

+ 508.616.9990
FAX + 508.616.9991
160 East Main Street
P.O. Box 1432
Westborough, Massachusetts 01581

# Fee and Billing Schedule

The hourly rates* for CPI personnel are as follows:

Senior Professionals . . . . . $110.00 to $225.00

Associates . . . . . . $70.00 to $175.00

Technical Support . . . . . . $40.00 to $95.00

*Travel time is billed at one-half the hourly rate.

Expenses are billed with a 10% handling fee. Expenses include, but are not limited to: airfare; food and lodging; limo, taxi, and car rental; parking and tolls; gasoline; express and shipping; fax; copying; contract testing services.

A deposit of $3,500 is customarily required prior to initiating work. Large projects, such as research or testing, involving a significant cash outlay will be supported by a budget proposal and require an appropriate deposit.

Clients receive detailed invoices on a monthly basis. Unless otherwise specified, invoices are due and payable in 30 days.

•••••••••

Staff Assignment:

    Richard L. P. Custer, MSc, FSFPE      $225.00 per hour

    Christopher B. Wood, MScFPE, JD      $135.00 per hour

Federal Tax ID Number (TIN): 04-3126669

28 September 1998

• HAZARD & RISK ASSESSMENT •
• CODES & STANDARDS EVALUATION •
• FIRE RECONSTRUCTION, TESTING & FAILURE ANALYSIS •
• CUSTOMIZED EMPLOYEE TRAINING PROGRAMS •

CNsPDF - www.fenlo.com



CUSTER
POWELL
INCORPORATED

FIRESAFETY CONSULTING SERVICES
http://www.cpi-fire.com

✦ 508.616.9990
FAX ✦ 508.616.9991
160 East Main Street
P.O. Box 1432
Westborough. Massachusetts 01581

## Richard L. P. Custer, M.S.

### Highlights of Qualifications

More than 30 years experience in fire protection

Full-time faculty in undergraduate and graduate fire protection engineering education for over 14 years

More than 25 years experience in fire research and testing

Fellow, Society of Fire Protection Engineers

Former Chairman, and present Secretary, National Fire Protection Association Technical Committee on Fire Investigations

Former Chairman, National Fire Protection Association Technical Committee on Electrical Fires

Member, Forensic Science Committee, International Association of Arson Investigators

Certified Fire and Explosion Investigator, National Association of Fire Investigators

Institution of Fire Engineers, Diploma in Fire Science and Investigation

Former Associate Director, Center for Firesafety Studies, Worcester Polytechnic Institute

Former Associate Director, Center for Fire Research, National Bureau of Standards

Author, "Fire Loss Investigation," in the *Fire Protection Handbook*, 17th Edition. National Fire Protection Association. 1991.

Editor, "Design Calculations" Section in the *SFPE Handbook of Fire Protection Engineering*. First Edition, National Fire Protection Association, 1988, and Second Edition, 1995.

Author of more than 125 papers and presentations.

• HAZARD & RISK ASSESSMENT •
• CODES & STANDARDS EVALUATION •
• FIRE RECONSTRUCTION, TESTING & FAILURE ANALYSIS •
• CUSTOMIZED EMPLOYEE TRAINING PROGRAMS •



2

### Details of Experience

**1998-Present Technical Director and Chair, Research Supervisory Committee, under contract to the Fire Code Reform Centre, Ltd.,** (Sydney Australia). The position involves planning and management of a multi-year fire safety engineering research program and implementation of results as recommended changes to the Building Code of Australia.

**1991-Present President, Custer Powell, Inc.** (Westborough, Massachusetts). Consultants in fire reconstruction, fire testing, and failure analysis; hazard and risk assessment; employee training and the development of customized training materials. Projects are very similar to those undertaken as Richard L.P. Custer and Company.

**1981-1991    President, Richard L.P. Custer and Company** (Rockville, Maryland, and Wrentham, Massachusetts). Consultants in fire protection, fire testing, and fire research. Projects included reconstruction and failure analysis, fire hazard and risk assessment for products and processes, interpretation of codes and standards, and employee fire training.

**1990-Present Adjunct Associate Professor, Center for Firesafety Studies, Worcester Polytechnic Institute.** Thesis advising for graduate students, faculty for Fire Failure Analysis.

**1982-1990    Associate Professor of Fire Protection and Mechanical Engineering and Associate Director, Center for Firesafety Studies, Worcester Polytechnic Institute** (Worcester, Massachusetts). Professor in the first program leading to a master's degree in fire protection engineering in the United States. Taught courses in fire detection and suppression and fire protection analysis. Conducted sponsored research and advised master's degree candidates.

**1981-1982    Executive Director, National Center for Technology in Law, Inc.** (Rockville, Maryland), a company formed as a clearinghouse for technical information used in personal injury litigation.

**1979-1980    Recipient of U.S. Department of Commerce Science and Technology Fellowship,** (Washington, DC.) Served as Energy Aide on staff of U.S. Senator John C. Culver.

**1970-1981    Employed in a variety of capacities at the Center for Fire Research (formerly the Office of Fire Research and Safety) at the U.S. Department of Commerce National Bureau of Standards.** (Gaithersburg, Maryland) Activities included fire testing, smoke detector and sprinkler research, evaluation of fire protection equipment, and participation in national and international standards-making, and technical management. Positions included fire prevention engineer, Chief of the Fire Detection and Control Systems Program, Chief of the Fire Performance Evaluation Division (Acting), and Associate Director of the Center for Fire Research.



3

**1967-1971    Lecturer, Department of Fire Protection Engineering, University of Maryland** (College Park, Maryland).  Taught undergraduate courses in principles of fire protection, building codes, fire department operations, and special fire protection problems.

**1966-1967    Engineering Geologist, North Carolina Highway Department** (Raleigh, North Carolina).  Conducted field studies of soil and rock conditions associated with proposed highways alignments.  Work consisted of surface and sub-surface investigations, soil sampling, and measurements of load-bearing capacity.

### Additional Experience

**1997         Visiting Lecturer,** Graduate Program in Firesafety Engineering, Civil Engineering Department, Canterbury University, Christchurch, New Zealand, July-August, 1997.

**1993-1998    Faculty for review course for the Fire Protection Professional Engineer Registration Examination.** This course is offered annually by Northeastern University, Boston, MA.

**1983-1993    Serve as faculty for annual six-week review course for the Fire Protection Professional Engineer Registration Examination.** The course was sponsored by the New England Chapter, Society of Fire Protection Engineers.

**1980-1981    Faculty, Building Construction for the Fire Service,** Montgomery College (Rockville, Maryland).

**1968-1969    Safety Officer and Fire Prevention Engineer, U.S. Veterans Administration** (Washington, DC.). Conducted inspections, reviewed plans and specifications, and carried out special projects (summers).

**1969-1970    Participated as faculty member in a project to teach the fundamentals of the National Fire Protection Association Life Safety Code at NASA facilities throughout the country.**

**1962-1973    Volunteer firefighter and fire officer in Pennsylvania, North Carolina, and Maryland.**  Held positions as firefighter, Fire Captain, Training Officer, and Fire Marshal. Completed numerous courses in topics such as hazardous materials, firefighting tactics, fire investigation, and emergency medical technology.

### Education

Bachelor of Arts in Geology, University of Pennsylvania (Philadelphia, Pennsylvania), 1964



4

Master of Science in Geological Engineering, North Carolina State University (Raleigh, North Carolina), 1966

Short Course (4-days) on Probabilistic Risk Assessment, International Conference on Probabilistic Safety Assessment and Management, Beverly Hills, CA, February, 1991

Institution of Fire Engineers, Diploma in Fire Science and Investigation, 1992

Professional Development Course in Forensic Engineering, University of Glasgow, 26 March-30 March 1996

Fire Engineering Strategies for Complex Buildings, Mid Career College, London, UK, 18 June, 1997

FPEtool - FASTlite: What's Right for You?, Short Course (2-day), Society of Fire Protection Engineers, Cincinnati, OH, 14 - 15 May 1998

## Current Professional Appointments

Member Advisory Council, National Fire Protection Association, 1998.

Principal Member and Secretary, National Fire Protection Association Technical Committee on Fire Investigations (1996-Present) and Past Chair (1984 - 1996).

Member, National Fire Protection Association, Committee on Telecommunications (1997 - Present)

Chair NFPA Fire Technology Educators' Section (1995-Present)

Member, National Fire Protection Association, Committee on Laser Fire Protection (1991-Present) Editor, "Design Calculations" Section, *Society of Fire Protection Engineers Handbook of Fire Protection Engineering* (1983-Present)

Chair, Education Committee, Society of Fire Protection Engineers (Member 1983-Present) (1995-Present)

Member, Engineering Committee, International Association of Arson Investigators, (1993 - Present)

Member, Forensic Science Committee, International Association of Arson Investigators, (1993 - Present)

Member, ASTM E-30 Committee on Forensic Sciences (1998-Present)



5

## Current Professional Affiliations

American Society for Testing and Materials (ASTM)

International Association of Fire Safety Science  (Charter Member)

International Association of Arson Investigators

National Association of Fire Investigators (Certified Fire and Explosion Investigator)

National Fire Protection Association

Fellow, Society of Fire Protection Engineers (Certificate No. 5018)


## Previous Appointments

Member, National Fire Protection Association Technical Committee on Automatic Sprinklers

Member, National Fire Protection Association Sub-Committee on Residential Sprinkler Systems

Member, National Fire Protection Association Life Safety Code Sub-Committee on Suppression Systems

Member, U.S. Delegation, International Standards Organization, Committee on Fire Suppression Equipment and Systems

Chairman, National Fire Protection Association Technical Committee on Automatic Sprinklers, Special Sub-Committee on Fire Loading

Chairman, Fire Science Advisory Committee, Montgomery College (Rockville, Maryland)

Member of Advisory Board, Foundation for Fire Safety

Chairman, Subcommittee on continuing Professional Education for fire Protection Engineers, Society of fire Protection Engineers (1993-1994)

Member, American Society for Testing and Materials, E05 Fire Test Committee (1984-1995)

Member, Governor's Commission on Firesafety, Combustion Toxicity, and Combustibility (1987-1990)



6

Member, Massachusetts Board of Fire Prevention Regulations Committee on Flammable Decorations (1987-1995)

### Honors

Salamander Honorary Fire Protection Engineering Society

Sigma Xi Research Society

Directors' Award, Society of Fire Protection Engineers, "For special and outstanding contributions as a section editor" *SFPE Handbook of Fire Protection Engineering*

Herrick A. Drake Commemorative Award, Worcester Polytechnic Institute, "For leadership and service in higher education in fire protection."

1991 NAFI Man of the Year, presented by the National Association of Fire Investigators to NAFI members serving on the National Fire Protection Association Technical Committee on Fire Investigations

1994 Hat's Off Award, Society of Fire Protection Engineers, in recognition of outstanding contributions as developer and faculty for the course *Performance-Based Design of Detection and Signaling Systems: A Tutorial for Engineers*

1997 Harold E. Nelson Service Award, Society of Fire Protection Engineers, for dedicated and inspired service to the ideals and goals of the Society.

1998 NFPA Standards Council Committee Service Award for distinguished service in the development of Codes and Standards

### Publications and Presentations

1.  "Beach Sand Analysis, Island Beach State Park, Seaside Heights, NJ", *Jour. Elisha Mitchell Sci. Soc.*, Vol. 81, No. 2, 1965.

2.  "Paleocurrents of the Durham Triassic Basin", *Jour. Elisha Mitchell Sci. Soc.*, Vol. 82, No. 2, 1967. (Also presented at Southeastern Section, GSA.)

3.  "Occurrence of Limestones in the Durham Triassic Basin", *Journ. Elisha Mitchell Sci. Soc.*, Vol. 83, No. 3, 1967.

Case 1:98-cv-00186   Document 69   Filed in TXSD on 12/16/1999   Page 12 of 26



4.    Hood and Custer, "Use of the Frantz Isodynamic Separator for Semiquantitative Analysis of Iron in Trioctahedral Micas," 1 *Jour. Elisha Mitchell Sci. Soc.,* Vol. 83, 1967.

5.    Hood and Custer, "Mass Magnetic Susceptibility of Some Trioctahedral Micas," *American Mineralogist,* Vol. 52, pp. 1643-1648, 1967.

6.    "Ignition and Combustion Phenomena, 1970". Conference on the Fire Protection of Steel, American Iron and Steel Institute.

7.    "Egress and Exits -- Design Considerations with the NFPA *Life Safety Code,*" series of lectures at NASA Field Installations or Facilities Personnel, 1970-1971.

8.    "Principles of Industrial Fire Protection," Industrial Fire Protection Management Seminar, University of Maryland, May 1971.

9.    "Test Burn and Failure Mode Analysis of an Air-Supported Structure," *Fire Technology,* Vol. 8, No. 1, February 1972.

10.   "Open Windows and Thermal Inversions May Complicate a Fire Investigation," *Fire and Arson Investigator,* April-June, 1972.

11.   "Oxidation is Only the Beginning," *Fire Engineering,* Vol. 125, No. 7, July 1972.

12.   "Ignition Source and Fire Cause -- The Keys to Plant Fire Protection," American Institute of Plant Engineers, February 1973.

13.   "Overview of Automatic Sprinkler Systems," Center for Fire Research Seminar, May 1974.

14.   R. Custer, and R. Bright, *Fire Detection: The State of the Art,* National Bureau of Standards Technical Note 839 (NASA CR-134642), June 1974.

15.   "National Bureau of Standards Sprinkler Research Activities," American Society of Plumbing Engineers, June 1974.

16.   "Corridor Sprinkler Research," Copper Development Association, June 1974.

17.   *Detector Actuated Automatic Sprinkler Systems -- A Preliminary Evaluation,* National Bureau of Standards Technical Note 836, July 1974.

18.   "Smoke Detection Principles and National Bureau of Standards Research Efforts," HUD Field Engineers, October 1974.



8

19.   "Research in Automatic Suppression," Fire Protection Engineering Students, University of Maryland, October 1974.

20.   "Fire Detection and Suppression Systems," Fire Science Students, Prince George's County Community College, October 1974.

21.   "NFPA 13-D Sprinkler Installation in One- and Two-Family Dwellings and Mobile Homes," Center for Fire Research Seminar, June 1975.

22.   "Fire Protection in Health Care Facilities -- The Researcher's Viewpoint," Seminar on Health Care Facilities, Chesapeake Chapter, Society of Fire Protection Engineers, June 1975.

23.   "R&D Leading to a Total Design Concept for Sprinkler Protection," Carolinas Chapter, Society of Fire Protection Engineers, September 1975.

24.   R. Custer, and K. Wahle, *Distribution of Water through a Vertical Plane from Automatic Sprinkler Heads*, National Bureau of Standards Interim Report 75-920, December 11975.

25.   "Detector Actuated Automatic Sprinklers for Health Care Facilities," *Building Official and Code Administrator*, Vol. 10, No. 1, January 1976.

26.   "Smoke Detectors and Home Fire Prevention," Interview on WGAY Radio (Washington, DC.), June 1976.

27.   "Automatic Sprinkler Systems Design -- A Look into the Future," Chicago Chapter, Society of Fire Protection Engineers, July 1976.

28.   "Systematic Selection of Fire Extinguishing Systems," (Talk Show), National Fire Protection Association Fall Meeting, October 1976.

29.   "Smoke Movement and Control in Buildings -- An International Overview," National Fire Protection Association Annual Meeting, Washington, DC, May 1977.

30.   "Water Distribution Data as an Input to Sprinkler System Design," Society of Fire Protection Engineers Annual Meeting, Washington, DC., May 1977.

31.   W. Hayes, and R. Custer, *Evaluation of Light Duty Pipe Hangers for Automatic Sprinklers in Residential and Care Type Occupancies*, National Bureau of Standards Interim Report 77-1282.

32.   Bukowski, R.W., Custer, R., and Bright, R., "Fire Alarm Communications", *Handbook of Building Security Planning and Design*, McGraw-Hill, New York, March 1979.



9

33. *Fire Test Methods for Use in Fire Investigations*, pamphlet prepared by the Center for Fire Research, National Bureau of Standards, for meeting of the International Association of Fire Chiefs, Miami, Florida, September 1980.

34. "Combustibility of Furniture: The Role in Fire Investigation," Maryland Arson Seminar, University of Maryland, Fire Training Center, College Park, Maryland, Fall 1980.

35. "Unequal Fire Protection Under Law: The Persistence of Outdated Codes and Standards," Conference on The Art of Applying Technology in Personal Injury Lawsuits, Hunt Valley, Maryland, June 1981.

36. Custer, R. and Kitzes, W., *The Cliffside Report: Results of the Needs Assessment Workshop of the Foundation for Fire Safety, October 1 and 2, 1981*, Richard L.P. Custer and Company, October 1981.

37. Custer, R. and Moore, W., "Applications of Detection Technology," two-day workshop presented by the Center for Firesafety Studies, Worcester Polytechnic Institute, Worcester, Massachusetts, September 1982.

38. "Fire Engineering and the Fire Officer," New England Fire Training Officers/International Society of Fire Service Instructors, Hyannis, Massachusetts, June 1983.

39. "Applications of Fire Dynamics to Fire Reconstruction," Massachusetts Chapter, International Association of Arson Investigators, Shrewsbury, Massachusetts, January 1984.

40. "Relationship of Fuel Type and Room Geometry to Fire Investigation,"New Hampshire Fire Prevention Society and New Hampshire Chapter, International Association of Arson Investigators, Manchester, New Hampshire, March 1984.

41. "Systems Approach to Residential Firesafety," Partnerships Against Fire Conference, U.S. Fire Administration, Arlington, Virginia, February 1985.

42. "Smoke Control Systems," Annual Meeting of the Massachusetts Safety Council, Littleton, Massachusetts, April 1985.

43. "Fire Dynamics for Training Fire Inspectors," National Fire Protection Association Annual Meeting, Chicago, Illinois, May 1985.

44. "Fire Research and Fire Service Applications," Georgia Building Firesafety Seminar, Athens, Georgia, July 1985.

45. Levy, J. and Custer, R., "Guide to Available Codes, Standards, and Reference Material," *Handbook of Energy Systems*, John Wiley & Sons, New York, 1985.



10

46.     "Fire Loss Investigation," *Fire Protection Handbook*, 16th Edition, National Fire Protection Association, Quincy, Massachusetts, 1986.

47.     "*Fire Power: Making the Movie*," *Fire Journal*, Vol. 80, No. 6, November 1986.

48.     "Data and Research Needs for Fire Reconstruction and Failure Analysis," National Bureau of Standards, Center for Fire Research, Gaithersburg, Maryland, March 1987.

49.     "Using *Fire Power* in Basic Fire Science Courses," National Fire Protection Association Annual Meeting, Cincinnati, Ohio, May 1987.

50.     "Firesafety Problems Associated with the Commercial Development of Space," Annual Conference of the New Technologies Safety and Health Institute, Worcester, Massachusetts, May 1987.

51.     "Using a Different Approach to Accident Investigation: A Review of STEP," *Fire Journal*, Vol. 81, No. 4, July 1987.

52.     "A Note from the Technical Advisor," *Fire Journal*, Vol. 81, No. 5, September 1987.

53.     "Basic Fire Dynamics for Fire Fighters," Massachusetts Association of Fire Instructors, Stoughton, Massachusetts, January 1988.

54.     Noonan, F. and Custer, R., *Probability Risk Assessment Methodology for Submarine Fires*, submitted to Electric Boat Division of General Dynamics, Groton, Connecticut, January 1988.

55      "Dynamics of Fire Spread and Growth," Seminar for CIGNA Insurance Company Loss Prevention Engineers, April 1988.

56.     "The Use of Fire Dynamics in Fire and Arson Investigation," AEtna Regional Fire Investigators, Hartford, Connecticut, April 1988.

57.     "Advances in Fire Science and Fire Investigation," Annual St. Anselm College Arson Seminar, Manchester, New Hampshire, June 1988.

58.     Editor, "Design Calculations" (section of nine chapters) *SFPE Handbook of Fire Protection Engineering*, National Fire Protection Association, Quincy, Massachusetts, September 1988.

59.     Bloomberg, R., Bishop, E., Hamilton, J., and Custer, R., *Technology Assessment for Aircraft Command in Emergency Situations*, FAA Contract DTFA033-87-C-00020, U.S. Department of Transportation, FAA Technical Center, Atlantic City, New Jersey, September 1988.

Case 1:98-cv-00186  Document 69  Filed in TXSD on 12/16/1999  Page 16 of 26



11

60.   "Fire Growth and Development in Structural Fires," presented to Massachusetts Chapter,
International Association of Arson Investigators, Shrewsbury, Massachusetts, November
1988.

61.   Jumper, G. and Custer, R., "Ignition in Micro-gravity", American Institute for Aeronautics
and Astronautics Paper 89-0180, AIAA 27th Aerospace Sciences Meeting, Reno, Nevada,
January 1989.

62.   Jumper, G., Custer, R., Madden, K., Erskine, A., and Enos, J., "NASA/USRA Space Design
Project -- Ignition in Micro gravity", American Society for Engineering Education, Lincoln,
Nebraska, June 1989.

63.   Fitzgerald, R. and Custer, R., *Evaluation of Building Firesafety*, a one week course presented
at the Center for Firesafety Studies, Worcester Polytechnic Institute, Worcester,
Massachusetts, October 1989.

64.   "Environmental Aspects of Fire Protection of Chlorine Chemicals and Flammable Liquid
Storage," Society of Fire Protection Engineers Engineering Seminar on Fire Protection and
the Environment, Seattle, Washington, November 1989.

65.   "Developments in Fire Investigation Technology," International Conference on Fire
Investigation Education, New Orleans, Louisiana, January 1990.

66.   "Instructional Methods for Introducing Fire Science in the Fire Investigation Course,"
International Conference on Fire Investigation Education, New Orleans, Louisiana, January
1990.

67.   "Fire Protection and the Environment," Connecticut Valley Chapter, Society of Fire
Protection Engineers, Hartford, Connecticut, January 1990.

68.   "Failure Analysis in Fire Investigation," Federal Fire Forum, National Institute for Standards
and Technology, Gaithersburg, Maryland, April 1990.

69.   Custer, R. and Powell, P., *Firesafety at NYNEX: Your Piece of the Action* (Text and 2 day
course for telephone company employees), Center for Firesafety Studies, Worcester
Polytechnic Institute, and NYNEX Service Company, August 1990.

70.   "Fire Failure Analysis: An Engineering Approach to Going Beyond Cause and Origin,"
Society of Fire Protection Engineers Engineering Seminar on Engineering Methods in Fire
Investigation and Reconstruction, Miami, Florida, November 1990.



12

71. Custer, R., Bloomberg, R., Bishop, E. and Hamilton, J., "Expert Systems Response to Fires in Aircraft," International Conference on Probabilistic Safety and Management (PSAM), Hollywood, CA, February 1991.

72. Custer, R., Demerest, D., Dobson, P. and Donahue, J., "Detecting and Minimizing Potential Impacts from HVDC Valve Hall Fires," *IEEE Transactions on Power Delivery*, Vol. 7, Issue 1, January/February 1991.

73. Custer, R., "Large Scale Testing for the Support of Computer Modeling in Fire Reconstruction," Summer Meeting of the Boston Area Computer Fire Model Users' Group, June, 1991.

74. "Fire Loss Investigation," *Fire Protection Handbook*, 17th Edition, National Fire Protection Association, Quincy, Massachusetts, 1991.

75. "Fire Dynamics and Computer Modeling for Fire Investigators," Arizona Chapter, International Association of Arson Investigators, Prescott, Arizona, July 1991.

76. "The Use of Heat Release Rate Data in Firesafety Design," Society of Fire Protection Engineers Seminar on Engineering Methods in Building Firesafety Design, Montreal, Canada, November, 1991.

77. "The Effect of NFPA 921, Guide for Fire and Explosion Investigation on Fire Science Curricula," Fire Technology Educators' Section, National Fire Protection Association Annual Meeting, New Orleans, LA, May, 1992.

78. "Failure Analysis in Fire Investigation," National Association of Fire Investigators' Annual Training Seminar, Chicago, IL, July, 1992.

79. "Fire Dynamics for Public Fire Educators," Annual Public Education Conference, Oklahoma State University, Tulsa, OK, August, 1992.

80. "Use of Full Scale Testing in Fire Reconstruction - A Case Study," Course on Fire Science and Investigation, Institution of Fire Engineers, University of Edinburgh, Edinburgh, Scotland, September, 1992.

81. "Origin of Fire Patterns," New York  State Academy of Fire Science, Montour Falls, NY, November, 1992.

82. "Overview of NFPA 921, *Guide for Fire and Explosion Investigation*" and "The NFPA Standards-Making Process," Massachusetts Chapter, International Association of Arson Investigators, Sturbridge, MA, January, 1993.

Case 1:98-cv-00186   Document 69   Filed in TXSD on 12/16/1999   Page 18 of 26



13

83. "Introduction to Fire Dynamics and Computer Modeling for the Fire Service." Winter Fire School Fire and Rescue Training Institute, University of Missouri, Columbia, MO, February, 1993.

84. "Performance-Based Fire Detection and Signaling Systems: A Tutorial for Engineers," Oakland, CA, March 1993 and Atlanta, Georgia, September 1993. Co-author and faculty for two-day course conducted by the Society of Fire Protection Engineers.

85. "Fire Investigation: A Revolution in Technology Transfer," *Proceedings , inFIRE Annual Conference* (Society of Fire Protection Engineers), April 1993, Norwood, MA.

86. "Computer Applications in Fire Failure Analysis," *Proceedings of the Symposium on Computer Applications in Fire Protection Engineering*, Society of Fire Protection Engineers and Worcester Polytechnic Institute, June 28-29, 1993, Worcester, MA.

87. "Flashover: Its Role in Burn Pattern Development," *The National Fire and Arson Report*, Vol. 11, No. 4/5, 1993.

88. "Overview of Detection Technologies," Halon Alternative Technology Symposium, (NFPA, Halon Alternatives Research Corporation, and SFPE), Phoenix, AZ , November 12, 1993.

89. Custer, R. and. Stroup, D.W, "Use of *FPETool* in Fire Science and Technology Education," NFPA Fire Science and Technology Educators Section, Phoenix, AZ, November 1993.

90. "Selection and Specification of the 'Design Fire' for Performance-Based Fire Protection Design," *Proceedings, SFPE Engineering Seminar, Phoenix*, November 15, 1993.

91. Alipour-fard, M, Mayer, J.A., and Custer, R., "Detection of Occlusion and Wall Piping Degradation in Fire Protection Piping Systems Using Non-Invasive Gamma-Ray Techniques, *Journal of Fire Protection Engineering*, Vol. 5, No. 4, 1993.

92. "Progress on Computer Modeling and Performance-Based Detection System Design in the United States," Proceedings,  European Society for Automatic Alarm Systems, Duisberg, Germany, January 14, 1994.

93. Custer, R., Meacham, B.,  and Wood, C. "Performance-Based Design Techniques for Detection and Special Suppression Applications," *Proceedings of the SFPE Engineering Seminars on Advances in Detection and Suppression Technology*, San Francisco, May 18, 1994.

94. "NFPA 921 in the Court Room," a 3 hour presentation to the Rhode Island Chapter, International Association of Arson Investigators, November 10, 1994.



14

95.   "Overview of Fire Science and Introduction to NFPA 921, *Guide on Fire and Explosion Investigation*," an 8 hour course segment presented to Underwriting Engineers from AXA Uni-Europe (French Insurance Company), at the National Fire Protection Association, Quincy, MA, November 28, 1994.

96.   "Short Course on the 1995 Edition of NFPA 921, *Guide to Fire and Explosion Investigation*," a two-day course presented to the Oakland Country Association of Fire and Arson Investigators, Troy, MI, April 7 & 8, 1995.

97.   "Introduction to Performance-Based Design for fire Protection Engineers," a 2-day short course, Denver, CO, May 18-19, 1995.

98.   Schifiliti, R.P., Meacham, B.J. and Custer, R.L.P., "Design of Detection Systems", *SFPE Handbook of Fire Protection Engineering*, 2nd Edition, National Fire Protection Association, Quincy, MA, June 1995

99.   "Introduction to the Use of Fire Dynamics in Performance-Based Design." *Proceedings, Technical Symposium: Applications of Fire Dynamics*, Society of Fire Protection Engineers and the University of British Columbia, Vancouver, CN, 10-11 July 1995

100.  "Considerations for Arson Investigation in NFPA 921 - *Guide for Fire and Explosion Investigations*," presented at the International Symposium on the Forensic Aspects of Arson Investigations, Forensic Science Training Unit, Laboratory Division, Federal Bureau of Investigation, George Mason University, July 31, 1995 (Proceedings in press).

101.  "Performance Criteria for an Intelligent Fire Detection Systems for Telecommunications Facilities," Research Report Prepared for the National Fire Laboratory, National Research Council Canada, October 17, 1995

102.  "Origin and Interpretation of Fire Patterns," presented to Tenth Annual Seminar, Connecticut Chapter, International Association of Arson Investigators, Hartford, CT, October 26, 1995

103.  "Overview of the 1995 Edition of NFPA 921," presented to Tenth Annual Seminar, Connecticut Chapter, International Association of Arson Investigators, Hartford, CT, October 26, 1995.

104.  "Photography in Reconstruction and Court Presentations - A Case Study," presented to Tenth Annual Seminar, Connecticut Chapter, International Association of Arson Investigators, Hartford, CT, October 27, 1995.

105.  "Facing NFPA 921 in the Court Room," presented to Tenth Annual Seminar, Connecticut Chapter, International Association of Arson Investigators, Hartford, CT, October 27, 1995.

DEC.15'1999 15:28 215 665 2013
12/14/1999 13:37 5086169991

COZEN & O CONNOR
CUSTER POWELL, INC.

#1889 P.018/024
PAGE 22



15

106. "Introduction to Performance-Based Design for Fire Protection Engineers," a 2-day short course, Chicago, IL, November 9-10, 1995.

107. "Overview of the Performance-Based Design Process in Fire Protection," presented at the "Build Boston" Workshops, Boston Society of Architects, Boston, MA, November 16, 1995.

108. "Using NFPA 921 to Prepare for Court," presented to the Massachusetts Chapter, International Association of Arson Investigators, Auburn, MA, November 16, 1995.

109. Brozovsky, E., Motevalli, V. and Custer, R., "A First Approximation Method for Smoke Detector Placement Based on Design Fire Size and Detector Aerosol Entry Time," *Fire Technology*, Vol. 31, No. 4, November 1995, p. 336.

110. Meacham, B.J. and Custer, R., "Performance-Based Fire Safety Engineering: An Introduction of Basic Concepts," *Journal of Fire Protection Engineering*, Vol. 7, number 2, 1995, pp 35-54.

111. "Introduction to *NFPA 921 - Guide to Fire and Explosion Investigation*," A Two-day course presented to the Maryland Association of Arson Investigators, Maryland Fire and Rescue Institute, Berwyn Heights, MD, 7-8 May 1996.

112. "History and Development of *"NFPA 921 - Guide to Fire and Explosion Investigation*," presented to Connecticut and Arson Investigators Prosecutors, CT Firefighting Academy, 9 May 1996.

113. "Case Studies in Fire Science and Investigation," Course on Fire Science and Investigation University of British Columbia, Vancouver, BC, 14 May 1996.

114. "Role of Fire Protection Engineers in Forensic Engineering," presented to the Vancouver Chapter of the Society of Fire Protection Engineers, Vancouver, BC 13 May 1996.

115. "Introduction to Performance-Based Design for fire Protection Engineers," a 2-day short course, Boston, MA, May 16-17, 1996.

116. Custer, R. and Davis, R., "How to Study for the New PE Exam," Society of Fire Protection Engineers, Boston, MA, 21 May 1996.

117. "History and Development of Building Codes," Chubb Insurance Engineers Seminar, Worcester Polytechnic Institute, Worcester, MA, 29 May 1996.

118. "Fire Dynamics, Ovens and Furnaces, and Tank Venting," Class Unit in PE Review Course, Northeastern University, Dedham, MA, 5 September 1996.



16

119.   Custer, R. and Wood, C.B., "A Performance-Based Method for Fire Safety Analysis
       of Existing Hotels-A Case Study," CIB-SFPE International Conference on Performance-
       Based Design, Ottawa, CN, 25 September 1996.

120.   "Application of NFPA 921 on the Fire Scene and in Court Testimony," presented to the
       Vermont Chapter, International Association of Arson Investigators, Randolph, VT, 18
       October 1996.

121.   "Introduction to Performance-Based Design for Fire Protection Engineers," a 2-day
       short course, Society of Fire Protection Engineers, Nashville, TN, 14-15 November 1996.

122.   "Fire Dynamics without Tears and Computer Modeling for AHJs," presented at a one day
       seminar on Introduction to Performance Based Design for AHJs, Society of Fire Protection
       Engineers, Nashville, TN, 16 November 1996.

123.   "Dynamics of Compartment Fire Growth," Fire Protection Handbook, National Fire
       Protection Association, Quincy, MA, February, 1997.

124.   "Fire and Arson Investigation," *Fire Protection Handbook*, National Fire Protection
       Association, Quincy, MA, February, 1997.

125.   Nelson, H. E. and Custer, R. L. P., "Applying Models to Fire Protection Engineering and Fire
       Investigation," *Fire Protection Handbook*, National Fire Protection Association, Quincy,
       MA, February, 1997.

126.   "Forensic Engineering Field Methodology," Lecture in the Annual Forensic Engineering
       Course, University of Glasgow, Glasgow, Scotland, April 1997.

127.   "Forensic Fire Engineering and Computer Fire Modeling," Lecture in the Annual
       Forensic Engineering Course, University of Glasgow, Glasgow, Scotland, April 1997.

128.   Custer, R. L. P. and Meacham, B. J., *Introduction to Performance-based Fire Safety*,
       National Fire Protection Association, Quincy, MA, June 1997.

129.   "Forensic Fire Engineering and Failure Analysis," a two-day short-course, Society of Fire
       Protection Engineers, Los Angeles, CA, 15-16 May 1997.

130.   How to Study for Fire Protection PE Exam, 1-day course, Society of Fire Protection
       Engineers, Los Angeles, CA, 17 May 1997.

131.   "Fire Dynamics without Tears and Computer Modeling for AHJs," presented at a one day
       seminar on Introduction to Performance Based Design for AHJs, Society of Fire Protection
       Engineers, Nashville, TN, 17 May 1997.



17

132.   Introduction to Performance-Based Firesafety Design and Case Studies, a one-term MSEng
       Course, Graduate Program in Firesafety Engineering, Civil Engineering Department,
       Canterbury University, Christchurch, New Zealand. July-August, 1997.

133.   "Introduction to NFPA 921, Guide for Fire and Explosion Investigation," 1-day Course
       offered by the New Zealand Fire Service and the New Zealand Chapter, Society of Fire
       Protection Engineers, Auckland, NZ, 27 August 1997.

134.   "Forensic Fire Engineering and Failure Analysis," a two-day short-course, Society of Fire
       Protection Engineers, Kansas City, Kansas 13-14 November 1997.

135.   "Role of Material Properties and Fire Testing in Performance Based Firesafety Codes." Fire
       and Materials '98, San Antonio, TX, 23 February 1998.

136.   Performance-Based Design and Computer Fire Modeling, 3-hour Course presented to the
       California Fire Prevention Institute, Annual Workshop, Monterey, California, 25 March 1998.

137.   Large Scale Fire Testing in Fire Investigation, Proceedings of the SFPE Symposium on
       Applications of Testing in Fire Protection Enginering Practice, Fairfax, Virgina 12-13 March
       1998.

138.   Performance-Based Design and Computer Fire Modeling, 2-day training course for
       instructors in the International Conference of Building Officials seminar program, Los Vegas,
       Nevada, 9-10 April 1998.

139.   NFPA 921 on the Fire Scene and in the Courtroom - presented at a fire investigation course
       for fire investigators and prosecutors, Connecticut Fire Academy, 11 May 1998.

140.   Concepts of Performance-Based Firesafety *Design*, presented to Fire Marshals Association
       of North America, NFPE Annual Meeting, Cincinnati, OH, 19 May 1998.

141.   How to Study for Fire Protection PE Exam, 1-day course, Society of Fire Protection
       Engineers, Cincinnati, OH 16 May 1998.

142.   "Forensic and Insurance Considerations in Investigation of Large Loss Fires," Technology,
       Law and Insurance, 1998 3, 1-6.

143.   Powell, P.A. and Custer, R.L.P., "Fire and Life Safety Education: Bridging the Gap between
       Human Behavior Research and Performance-Based Design," accepted for presentation at the
       First International Workshop on Human Behaviour and Fire, University of Ulster, Newtown
       Abbey, Northern Ireland, August 1998.

Case 1:98-cv-00186   Document 69   Filed in TXSD on 12/16/1999   Page 23 of 26



# CUSTER POWELL, INC.
# CORPORATE CAPABILITIES

## ABOUT CUSTER POWELL, INC.

CUSTER POWELL, INC., provides a wide range of firesafety consulting services to an international client base. These clients include: cities, manufacturers, public utilities, the hospitality industry, health care facilities, insurance companies, and the legal community. Our international client base includes municipalities, state and federal government agencies, corporations, law firms, insurance companies and non-profit organizations.

Firesafety consulting services are available in four broad areas:

- Performance-based fire protection
    - Hazard and risk assessment
    - Design analysis
    - Fire tests
    - Protection for unusual structures or situations

- Forensic fire science and investigation
    - Fire reconstruction and failure analysis
    - Rapid response service available
    - Codes and Standards analysis
    - Evidence preservation
    - Litigation support

- Computer fire modeling
    - Fire growth and spread
    - Detector response
    - Egress calculations

- Training
    - Forensic fire investigation
    - Introduction to Performance Based Design and Analysis
    - Basic Computer Fire Modeling
    - Fundamentals of Crowd Management

CUSTER POWELL, INC., specializes in solving unique fire protection problems -- the kind of problems for which there is often no "cookbook solution" from codes and standards.

The firm is a leader in the evolving field of performance-based fire protection. CUSTER POWELL, INC., helped develop and teach the Society of Fire Protection Engineers' courses in *Performance-Based Fire Detection and Signaling Systems, Introduction to Performance-Based Design for Fire Protection Engineers, Applications of FPEtool* and *FASTlite Computer Fire Modeling Tools for Fire Protection Engineers* and *Forensic Fire Engineering and Failure Analysis*. Our activities have included on-site hazard and risk assessment for and public utilities, as well as fire protection analyses for high-voltage transformer facilities and historic buildings.

In our forensic fire activities, we have investigated many types of fires and provided litigation support to legal and insurance clients in civil and criminal matters. These activities have included origin and cause determination, analysis of fire spread and growth, evaluation of the performance of fire protection measures and analysis of applicable codes and standards. Experience in fire fighting, the use of state-of-the art computer modeling techniques, and the design, management, and analysis of small- and large-scale fire tests support these varied activities. On-staff legal qualifications can assist clients with discovery and liability theory issues and the like.

We have helped manufacturers reduce their product liability by pinpointing hidden risks and suggesting specific, viable alternatives. The firm has also conducted research on intelligent fire detection systems for aircraft and telecommunications facilities

CPI has created and delivered extensive training and educational programs for audiences ranging from the fire service and practicing fire protection engineers and code authorities and university students. We have also developed "train-the-trainer" programs including manuals, training materials, and handouts for hand off programs. Training experience includes specialized sessions for federal, high-rise, public utility, and hospital employees in a variety of fire safety subjects.

# PROJECT LEADERSHIP

Richard L. P. Custer, M.Sc., and Christopher B. Wood, M.Sc.-FPE, Juris Doctorate, provide technical and management leadership for the firm's projects. They personally oversee the efforts of other staff and associates who work with the firm on a project basis.

Mr. Custer has more than 35 years experience in all facets of fire protection. He is the former Deputy Director of the Center for Fire Research at the National Bureau of Standards (now the Building and Fire Research Laboratory at the National Institute of Standards and Technology) and former Associate Professor and Associate Director of the Center for Firesafety Studies at Worcester Polytechnic Institute. He has published and presented widely. Mr. Custer's particular areas of interest include hazard and risk assessment, performance-based design analysis, and forensic fire reconstruction, fire testing, and failure analysis. He is the principal author of the *Introduction to Performance-Based Fire Safety*, published by the Society of Fire Protection Engineers and the National Fire Protection Association.

He is a Fellow of the Society of Fire Protection Engineers, immediate past chairman and current secretary of the National Fire Protection Association Technical Committee on Fire Investigation, and a Certified Fire and Explosion Investigator. Mr. Custer is a section editor of the *SFPE Handbook of Fire Protection Engineering* and a member of the ASTM Forensic Science Committee. He earned a diploma in Fire Science and Fire Investigation from the Institution of Fire Engineers (UK). He is a member of the Salamander Fire Protection Honorary Society. His extensive practical experience includes service as a volunteer fire fighter, fire marshal, and fire service training officer.

Mr. Wood holds a Bachelor of Science degree in management/electrical engineering from Worcester Polytechnic Institute and a Master of Science in fire protection engineering from the same institution. He is a *cum laude* graduate of Suffolk University Law School and a member of the Massachusetts and federal bars. A Certified Fire and Explosion Investigator, he is a member of the Salamander Fire Protection Honorary Society and an Associate Member of the Society of Fire Protection Engineers. In addition, he is an Alternate Member of the National Fire Protection Association Technical Committee on Fire Investigations.

He has broad experience in computer fire modeling that includes development and delivery of training courses to practicing fire protection engineers and code officials. He also has experience in origin and cause determination, fire loss and failure analysis and applications of computer modeling in both small and major large loss fire incidents. His other experience includes operations research and risk and failure analysis, design and management of large computer database systems, experimental design and instrumentation, electro-mechanical testing and data analysis.

## TECHNICAL SUPPORT

Reflecting its commitment to the highest quality technical support, Custer Powell, Inc., maintains an extensive and computerized fire and safety library, and further extends its access to fire information through membership in the international network for Fire Information and Reference Exchange, called inFIRE, a worldwide consortium of fire libraries.

Custer Powell, Inc. maintains a close relationship with the nearby Center for Firesafety Studies at Worcester Polytechnic Institute where small and intermediate scale fire testing can be carried out.

Many firesafety projects require an interdisciplinary focus. Custer Powell, Inc., can provide a coordinated team approach to problem solving and forensic analysis through our network of consulting associates that includes:

- Chemical, civil, electrical, and mechanical engineers
- Risk managers
- Human factors specialists
- Textile chemists
- Industrial hygienists.

## CLIENTS



Our varied client list has included such diverse organizations as New England Power Service Company, Edwards System Technology, National Research Council of Canada, Los Angeles Department of Water and Power, NYNEX, Town of Hubbardston (Massachusetts), AT&T, ITT Sheraton, the U.S. General Services Administration, *Discover* magazine, the National Fire Protection Association, GCA Laser, Oklahoma State University, the National Christmas Tree Association, The Fire Code Reform Centre (Sydney, Australia), and *Colliers Encyclopedia.*

## FOR MORE INFORMATION

To learn more about our services and capabilities -- or to discuss your specific project needs -- please contact us at:

CUSTER POWELL, INC.
FIRESAFETY CONSULTING SERVICES
160 East Main Street, *Suite A*
P.O. Box 1432
Westborough, MA 01581-6432
Tel: 5078-6156-9990
Fax: 508-616-9991

www.cpi-fire.com
rcuster@cpi-fire.com
cwood@cpi-fire.com

13 October 1999