```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

DEC 21 1999

Michael N. Milby
Clerk of Court

JOSE GARCIA, Individually and §
as Representative of the §
ESTATE OF MANUEL CRUZ; §
IDALIA GARCIA, Individually; and § CIVIL ACTION NO. B-98-186
CYNTHIA GARCIA §
 §
vs. §
 §
BRK BRANDS, INC. §

# DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S MOTION TO COMPEL INSPECTION AND TESTING OF EVIDENCE AND MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** BRK BRANDS, INC. the Defendant in the above-styled and numbered lawsuit, and files this its Notice of Withdrawing Defendant's Motion to Compel Inspection and Testing of Evidence but requests its Motion to Extend Deadline for Expert Reports be considered, and would show unto the court the following:

I.

1. Defendant filed its Motion to Compel Inspection and Testing of Evidence and Motion to Extend Deadline for Expert Reports after failed attempts to have Plaintiff Garcias agree to such inspection and testing, and also for extension of expert reports.

DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S
MOTION TO COMPEL INSPECTION AND TESTING OF EVIDENCE AND
MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS

PAGE 1

21410 - Notice Withdraw Mtn Compel

## II.

2. Defendant now withdraws said Motion to Compel Inspection and Testing, in that the parties have reached an agreement.

3. The heater and smoke alarm were transported on December 13, 1999, to Dallas, Texas to Armstrong Laboratories for inspection by the experts.

4. All parties have now agreed to extend Defendant's deadline of December 30, 1999, to January 15, 1999, for Defendants to file their reports from experts Richard J. Roby, P.E., Ph.D. and Michael Klassen, Ph.D., P.E., in order to allow viewing of pictures of the propane tank in question and the regulator, if available.

5. If is further agreed Plaintiff Garcias will produce to Defendants pictures of the propane tank and pictures of the regulator, if any exists, used by the deceased, Manuel Cruz by December 30, 1999, per the attached Rule 29 Agreement.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests that its Motion to Compel Inspection and Testing of Evidence be withdrawn, and that the Defendant's Motion to Extend Deadline for Expert Reports be allowed as indicated, and that said extensions be granted.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for BRK Brands, Inc.

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S
MOTION TO COMPEL INSPECTION AND TESTING OF EVIDENCE AND
MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS

PAGE 2

21410 - Notice Withdraw Mtn Compel

OF COUNSEL:

Terry M. Henry
James Heller
**COZEN AND O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (956) 665-2000
Facsimile: (956) 665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the *Notice Withdrawing Motion to Compel Inspection and testing of Evidence and Motion to Extend Deadline for Expert Reports* has been served upon all counsel via facsimile, to with:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

Mr. Ray Marchan
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

on the 21 day of December, 1999.

_Elizabeth G. Neally_

**DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S
MOTION TO COMPEL INSPECTION AND TESTING OF EVIDENCE AND
MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS**

PAGE 3

21410 - Notice Withdraw Mtn Compel

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

**Partners**
Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira
Adolph Guerra, Jr.
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

*Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
853 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

**Associates**
Lucila Alvarado*
Jesus Quezada, Jr.
Rosemary Conrad-Sandoval*
Liza M. Vasquez*
John J. Jordan

21,410
File No.

December 15, 1999

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts                                    Via Facsimile
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

Ms. Shiree Salinas                                 Via Facsimile
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Re:  **Garcia, et al vs. BRK Brands, Inc.**
     U.S. District Court, Souther Division at Brownsville, TX
     Civil Action No. B-98-186;

### FRCP 29 Agreement

Dear Shiree and Ray:

Pursuant to our conversations, the following is understood and agreed by the parties:

1) Plaintiffs agree that Defendant BRK has until January 15, 2000, to produce reports by experts Richard J. Roby, P.E., Ph.D., and Michael Klassen Ph.D., P.E.;

2) By December 30, 1999, Defendant Garcias will produce to Defendant BRK Brands, Inc. pictures of the propane tank from all sides and pictures of the regulator, if any exists, used by the deceased, Manuel Cruz on the night in question. If there is any writing on either, please take close up photos of the writing so it is readable.

**Roerig, Oliveira & Fisher, L.L.P.**

Mr. Ray Marchan
Ms. Shiree Salinas
December 15, 1999
Page 2

3) As of December 16, 1999, neither the Garcias nor the Coxes or anyone to their knowledge has possession or knowledge regarding the condition or location of the regulator used to fuel the heater on the night in question.

Please indicate below your agreement to the terms outlined above. Your agreement qualifies as a Rule 29 Agreement under the Federal Rules of Civil Procedure, and is enforceable in a court of law.

Please fax your signed agreement to me today. If you are not going to agree to this, please let me know immediately.

Should you have any comments or concerns, please contact the undersigned.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb
cc: Terry Henry (Via Facsimile)

**AGREED TO AND ACCEPTED:**

Ray R. Marchan

Shiree Salinas

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Partners
Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*
David G. Oliveira
Adolph Guerra, Jr.
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander

*Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization
ºBoard Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Associates
Lucila Alvarado*
Jesus Quezada, Jr.
Rosemary Conrad-Sandoval*
Liza M. Vasquez*
John J. Jordan

21,410
File No.:

December 15, 1999

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

Via Facsimile

Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Via Facsimile

Re:  **Garcia, et al vs. BRK Brands, Inc.**
     U.S. District Court, Souther Division at Brownsville, TX
     Civil Action No. B-98-186;

### FRCP 29 Agreement

Dear Shiree and Ray:

   Pursuant to our conversations, the following is understood and agreed by the parties:

   1) Plaintiffs agree that Defendant BRK has until January 15, 2000, to produce reports by experts Richard J. Roby, P.E., Ph.D., and Michael Klassen Ph.D., P.E.;

   2) By December 30, 1999, Defendant Garcias will produce to Defendant BRK Brands, Inc. pictures of the propane tank from all sides and pictures of the regulator, if any exists, used by the deceased, Manuel Cruz on the night in question. If there is any writing on either, please take close up photos of the writing so it is readable.

**Roerig, Oliveira & Fisher, L.L.P.**

Mr. Ray Marchan
Ms. Shiree Salinas
December 15, 1999
Page 2

   3) As of December 16, 1999, neither the Garcias nor the Coxes or anyone to their knowledge has possession or knowledge regarding the condition or location of the regulator used to fuel the heater on the night in question.

Please indicate below your agreement to the terms outlined above. Your agreement qualifies as a Rule 29 Agreement under the Federal Rules of Civil Procedure, and is enforceable in a court of law.

Please fax your signed agreement to me today. If you are not going to agree to this, please let me know immediately.

Should you have any comments or concerns, please contact the undersigned.

                Sincerely,

                ROERIG, OLIVEIRA & FISHER, LLP

                Elizabeth G. Neally

EGN:cjb
cc: Terry Henry (Via Facsimile)

**AGREED TO AND ACCEPTED:**

_[signature]_ as to N Cox.

Ray R. Marchan

_____

Shiree Salinas