71

United States District Court
Southern District of Texas
FILED

DEC 3 0 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the ESTATE | § | |
| OF MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA COX | § | |
| as Next Friend of BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

## DEFENDANT'S THIRD AMENDED DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files this its Third Amended Designation of Experts pursuant to Federal Rules of Civil Procedure, Rule 26, as follows:

1-A.  Andrew T. Armstrong, Ph.D.
      Armstrong Forensic Laboratory, Inc.
      330 Loch'n Green Trail
      Arlington,, Texas 7612
      Telephone: (817) 275-2691

1-B.  Report attached hereto.

Qualifications including publications and testifying list are attached.

Fees:     Consulting and General Analysis:  $225 per hour
          Court or deposition:              $300 per hour
          Video Deposition:                 $500 per hour

We anticipate Dr. Armstrong will provide testimony about the general properties, installation, use and operation of the space heater.

2-A   Lori A. Streit, PhD.
      Unified Engineering Inc.
      78 Eisenhower Lane North
      Lombard, Illinois 60148
      Telephone: (630) 261-3031

2-B.  Report attached.

      Qualifications including publications and testifying list are
      attached.

      See fees attached.

We anticipate Dr. Streit will provide testimony about the
properties, installation, use and operation of the smoke detector
and battery in question.

3-A   Dr. Robert C. Bux
      Bexar County
      Forensic Science Center
      7337 Louis Pasteur
      San Antonio, Texas 78229-4565
      Telephone: (210) 335-4054

3-B   Report attached hereto.
      Curriculum Vitae and publications attached.
      Testifying list will be supplemented.

      Fees:     Review:            $   175.00 per hour
                Depositions:       $   300.00 per hour
                Court Appearance:  $ 1,200.00 per day.

We anticipate that Dr. Bux will provide testimony regarding the
cause and origin of Manuel Cruz's death, analysis of the autopsy,
and the properties and effect of carbon monoxide/alcohol and their
manifestations on the human body.

4-A   Richard J. Roby, P.E., Ph.D.
      Combustion Science & Engineering, Inc.
      9160 Rumsey Road, suite 81
      Columbia, Maryland 21045-1997
      Telephone: (410) 884-3266

4-B.  Report to be supplemented per Rule 29 Agreement attached
      hereto.

      Qualifications including publications and testifying list are
      attached.

      Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.

5-A  Michael Klassen Ph.D., P.E.
     Combustion Science & Engineering, Inc.
     9160 Rumsey Road, suite 81
     Columbia, Maryland 21045-1997
     Telephone: (410) 884-3266

5-B. Report to be supplemented per attached Rule 29 Agreement.

     Qualifications including publications and testifying list are
     attached.

     Fees are attached.

We anticipate that Dr. Roby will provide testimony about the
operation of the space heater, the products of combustion produced
by the space heater, and the impact on the atmosphere within Mr.
Cruz' home.


6-A. Carlos H. Cascos
     Pattillo, Brown & Hill, L.L.P.
     765 E. Seventh Street
     Brownsville, Texas 78520
     Telephone: (956) 544-7778

6-B. Report attached.

     Qualifications including publications and testifying list are
     attached.

     Fees are attached.

We anticipate that Dr. Cascos will provide testimony about Manuel
Cruz's economical damages.


7-A. Richard Custer
     Custer Powell, Inc.
     160 East Main Street
     P. O. Box 1432
     Westborough, Massachusetts 01581
     Telephone: (508) 616-9990

7-B. Report to be supplemented per attached Rule 29 Agreement.

     Qualifications including publications and testifying list are
     attached.

     Fees are attached.

We anticipate that Richard Custer will provide testimony regarding
the operations of the ionization of the smoke detector.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Counsel for Defendant BRK Brands,Inc

BY: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

Rene O. Oliveira
State Bar No. 15254700
Federal Bar No. 4033

OF COUNSEL:
Terry Henry
**COZEN & O'CONNER**
The Atrium
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 523-2900

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing *Defendant's Third Amended Initial Disclosures of Experts* has been forwarded to the attorney for Plaintiffs, as follows:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

Mr. Ray Marchan
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

on this ___30___ day of December, 1999.

_____
ELIZABETH G. NEALLY

CbMPDF – www.fenito.com

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 5 of 89

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

**Partners**

Jeffrey D. Roerig**
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz**
David G. Oliveira
Adolph Guerra, Jr.
D. Alan Erwin Jr.
Michael A. Zanca*
D. Wilkes Alexander

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

*Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

**Main Office**
858 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5868    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

**Associates**

Lucila Alvarado*
Jesus Quezada, Jr.
Rosemary Conrad-Sandoval*
Liza M. Vasquez*
John J. Jordan

21,410
File No..

December 15, 1999

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts                                    Via Facsimile
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX   78520

Ms. Shiree Salinas                                 Via Facsimile
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Re:  **Garcia, et al vs. BRK Brands, Inc.**
     U.S. District Court, Souther Division at Brownsville, TX
     Civil Action No. B-98-186;

## FRCP 29 Agreement

Dear Shiree and Ray:

   Pursuant to our conversations, the following is understood and agreed by the parties:

1) Plaintiffs agree that Defendant BRK has until January 15, 2000, to produce reports by experts Richard J. Roby, P.E., Ph.D., and Michael Klassen Ph.D., P.E.;

2) By December 30, 1999, Defendant Garcias will produce to Defendant BRK Brands, Inc. pictures of the propane tank from all sides and pictures of the regulator, if any exists, used by the deceased, Manuel Cruz on the night in question.  If there is any writing on either, please take close up photos of the writing so it is readable.

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 6 of 89

## Roerig, Oliveira & Fisher, L.L.P.

Mr. Ray Marchan
Ms. Shiree Salinas
December 15, 1999
Page 2

        3)    As of December 16, 1999, neither the Garcias nor
              the  Coxes  or  anyone  to  their  knowledge  has
              possession or knowledge regarding the condition or
              location of the regulator used to fuel the heater
              on the night in question.

        Please indicate below your agreement to the terms outlined
above.  Your agreement qualifies as a Rule 29 Agreement under the
Federal Rules of Civil Procedure, and is enforceable in a court of
law.

        Please fax your signed agreement to me today.  If you are not
going to agree to this, please let me know immediately.

        Should you have any comments or concerns, please contact the
undersigned.

                              Sincerely,

                              ROERIG, OLIVEIRA & FISHER, LLP


                              Elizabeth G. Neally

EGN:cjb
cc:  Terry Henry (Via Facsimile)


## AGREED TO AND ACCEPTED:


Ray R. Marchan


Shiree Salinas

Case 1:98-cv-00186  Document 71  Filed in TXSD on 12/30/1999  Page 7 of 89

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Partners
Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Geerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*
David G. Oliveira
Adolph Guerra, Jr.
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander

*Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization
*Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
865 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Associates
Lucila Alvarado*
Jesus Quesada, Jr.
Rosemary Conrad-Sandoval*
Liza M. Vasquez*
John J. Jordan

21,410
File No.:

December 15, 1999

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts                                    Via Facsimile
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX    78520

Ms. Shiree Salinas                                 Via Facsimile
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Re:  **Garcia, et al vs. BRK Brands, Inc.**
     U.S. District Court, Souther Division at Brownsville, TX
     Civil Action No. B-98-186;

## FRCP 29 Agreement

Dear Shiree and Ray:

Pursuant to our conversations, the following is understood and agreed by the parties:

1)   Plaintiffs agree that Defendant BRK has until January 15, 2000, to produce reports by experts Richard J. Roby, P.E., Ph.D., and Michael Klassen Ph.D., P.E.;

2)   By December 30, 1999, Defendant Garcias will produce to Defendant BRK Brands, Inc. pictures of the propane tank from all sides and pictures of the regulator, if any exists, used by the deceased, Manuel Cruz on the night in question. If there is any writing on either, please take close up photos of the writing so it is readable.

C2xPDF - www.texis.com

# Roerig, Oliveira & Fisher, L.L.P.

Mr. Ray Marchan
Ms. Shiree Salinas
December 15, 1999
Page 2

    3)    As of December 16, 1999, neither the Garcias nor the Coxes or anyone to their knowledge has possession or knowledge regarding the condition or location of the regulator used to fuel the heater on the night in question.

Please indicate below your agreement to the terms outlined above. Your agreement qualifies as a Rule 29 Agreement under the Federal Rules of Civil Procedure, and is enforceable in a court of law.

Please fax your signed agreement to me today. If you are not going to agree to this, please let me know immediately.

Should you have any comments or concerns, please contact the undersigned.

                Sincerely,

                ROERIG, OLIVEIRA & FISHER, LLP

                Elizabeth G. Neally

EGN:cjb
cc: Terry Henry (Via Facsimile)

**AGREED TO AND ACCEPTED:**

_as to N Cox._

Ray R. Marchan

_____

Shiree Salinas

Case 1:98-cv-00186  Document 71  Filed in TXSD on 12/30/1999  Page 9 of 89

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

**Partners**

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinala*†
David G. Oliveira
Adolph Guerra, Jr.
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

*Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

—Associates
Lucila Alvarado*
Jesus Quesada, Jr.
Rosemary Conrad-Sandoval*
Liza M. Vasquez*
John J. Jordan

21,410
File No.:

December 29, 1999

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts                                    Via Facsimile
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, TX    78520

Ms. Shiree Salinas                                 Via Facsimile
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Re:  **Garcia, et al vs. BRK Brands, Inc.**
     U.S. District Court, Souther Division at Brownsville, TX
     Civil Action No. B-98-186;

## FRCP 29 Agreement

Dear Shiree and Ray:

I was unable to reach either of you to request an extension of time until Jan 15, 2000 to file the report of Richard Custer, one of our previously named experts. Mr. Custer has informed us that he needs to review the reports prepared by Roby & Klausen prior to finalizing his report. As you know, we require further information regarding the propane tank in order for our experts to prepare their reports.

Roby and Klausen's reports are not due until January 15 2000. Therefore we are requesting an extension to file Mr. Custer's report until January 15 2000. I am sure, based on our prior cooperation, that this will not be a problem.

Please indicate below your agreement to the terms outlined above. Your agreement qualifies as a Rule 29 Agreement under the Federal Rules of Civil Procedure, and is enforceable in a court of law.

CitaPDF.com — www.texto.com

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 10 of 89

# Roerig, Oliveira & Fisher, L.L.P.

Mr. Ray Marchan
Ms. Shiree Salinas
December 29, 1999
Page 2

Please fax your signed agreement to me today.  If you are not going to agree to this, please let me know immediately.  If you have any questions, please call me at 618-524-4518.  Thank you for your cooperation.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb
cc:  Terry Henry (Via Facsimile)


**AGREED TO AND ACCEPTED AS TO
FORM AND SUBSTANCE:**


_____
Ray R. Marchan


_____
Shiree Salinas

# Armstrong
## Forensic Laboratory

330 Loch'n Green Trail  Arlington, Texas  76012
817-275-2691   Fax: 817-275-1883

Andrew T Armstrong, PhD
John M. Corn, MS, RS
Marion K. Armstrong, MSPH, CIH

December 22, 1999

Mr. Terry M. Henry
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103

Re:     Garcia vs. BRK Brands
File:     77262

### LABORATORY REPORT: 99GA1585

Following is the result of the investigation of Armstrong Forensic Laboratory, Inc.  The vitae for both Dr. Armstrong and Dr. Riley are provided.   Dr. Armstrong has over twenty years of experience in the area of Forensic Science.   Dr. Riley has just completed a Doctorate in Chemistry and brings with him eight years of experience in Industrial Chemistry.

Armstrong Forensic Laboratory, Inc. is a full service laboratory specializing in Forensic Investigations.  The laboratory was begun in 1978 and incorporated in 1981 and is accredited by the American Industrial Hygiene Association for conducting analytical investigations for OSHA compliance. The laboratory is recognized by the EPA through the TNRCC for environmental studies and is AIHA-ELLAP accredited for lead investigations.  The laboratory holds a Drug License through DEA for both precursers and analyses.   The laboratory is a leading investigator in Fire Debris Analyses and Dr. Armstrong has been recognized as an expert in both State and Federal Court for both civil and criminal actions in many states and foreign countries.

The results of this investigation establish that the stove, as manufactured, did not malfunction and but was improperly installed.  The stove was connected to the wrong fuel source, per its manufacturer's recommendations.  The installer could have easily changed the orifice, or had the propane supplier change the orifice to accommodate propane as a fuel source.   The supplier of the propane should have inquired as to the type of appliances present at the home prior to marketing the propane.   The installer should have properly vented the combustion gases prior to the use of the stove, as required by the manufacturer. The stove, when fueled with propane, produced significant quantities of carbon monoxide under fully oxygenated conditions. The stove, when fueled with propane, produced significant soot in reduced oxygen conditions.

---

*Providing a World of Services*

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 12 of 89

*Initial Investigation:*

On July 23, 1999, Dr. Andrew Armstrong of Armstrong Forensic Laboratory, Inc. inspected a small house near Brownsville, Texas, and a heater which was released by the Sheriff's Department. The heater, as shown in Photographs 1, 2, 3, 4, 5, 6, and 7, is a Martin Industries Model V24301MS-2. The unit identification plate is shown in Photograph 5. This data are provided in Table I.

| Table I - Identification Plate | |
|---|---|
| Design complies with ANSI Z21.11.lb - 1976 Vented Heater | |
| MODEL NO. | V24301MS-2 |
| SERIAL NO. | 046029 |
| INPUT          BTU/HR. | 30,000 |
| MIN. INPUT     BTU/HR. | |
| OUTPUT         BTU/HR. | 21,000 |
| GAS TYPE | NAT |
| MAN. PRESS. | 3.5          IWC |
| MAY USE BLOWER | B2400 |
| CONNECT TO FLUE | |

The unit was inspected by Dr. Armstrong while in the custody of the Sheriff's department. Inspection revealed an extraordinary quantity of soot in the interior, as shown in Photographs 6 and 7. The air valve to the venturi mixing chamber, Photograph 4, did not appear to have been moved after the incident. The supply hose was attached to the stove. The hose is a $^3/_8$" ID, $^5/_{32}$" wall, $^{11}/_{16}$" OD, and is 35¼ " long. The hose bore a General Electric name and logo imprint with a WH near the logo. No other identifiers were noted on the hose.

The fuel inlet orifice size was not determined, during the initial inspection. The removal of the valve assembly was required for the determination and was not allowed by the attorneys of various parties at the time of the initial inspection. On November 17, 1999, Dr. Scott Riley of Armstrong Forensic Laboratory, Inc. determined the orifice size of the gas jet by physical measurement. The diameter of the orifice was determined to be 0.082 inches. The standard orifice capacity for natural gas uses a 0.082" orifice at 3.5 IWC which provides 17,072 BTU/hour. This size orifice, when used with liquefied petroleum gas (propane) produces 216,969 BTU/hour.

The house was inspected and photographed. A floor plan of the house is provided as Figure 1. The heater was located within 36" of the propane gas supply based on the length of the hose on the heater. The gas was supplied by a ½" flexible copper tube connected to the external supply tank under the living area, near the front center support. The exterior of the house is

CMaPDF - www.verypdf.com

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 13 of 89

depicted in Photographs 8, 9, 10, 11, 12 and 13. The propane tank location was adjacent to the center post on the west side, based on the length and location of the ½ inch copper tubing attached to the gas outlet. The interior of the house is depicted in Photographs 14, 15 and 16. Photograph 14 is the area above the gas valve and the hall entrance. Photograph 15 depicts the smoke detection location. Photograph 16 depicts the door facing and header from the hall into the bedroom.

*Laboratory Evaluations:*

The laboratory conducted several evaluations of the heater from December 14, 1999, through December 20, 1999, for the production of soot, carbon monoxide and carbon dioxide, as well as an evaluation for oxygen depletion and unburned fuel.

The Martin Industries' heater was manufactured for use with natural gas. The low heating value per cubic foot of natural gas, primarily methane ($CH_4$), is typically 1025 BTU/ft³ and requires a large diameter orifice to deliver the necessary volume of fuel at the rated fuel pressure of 3.5 inches water column. A higher pressure for the natural gas supply will cause an increase in the gas flow and a change in the fuel air ratio. The complete combustion of methane is shown in Equation I, indicating two volumes of oxygen for each volume of methane consumed.

$$CH_4 + 2O_2 \longrightarrow CO_2 + 2H_2O + Heat$$

Equation I

The quantity of air (oxygen) which is mixed with the fuel is controlled by the design of the burner and the velocity of the fuel. The fuel:air ratio will control the efficiency and nature of the combustion process. Propane ($C_3H_8$) has a much larger heat of combustion, 2,500 BTU/ft³, and requires a much larger volume of oxygen for complete combustion for each volume of propane consumed.

$$C_3H_8 + 5O_2 \longrightarrow 3CO_2 + 4H_2O$$

Equation II

The orifice size present on the stove will produce a fuel rich system when used with propane. This will produce significant levels of carbon monoxide (CO) and with minimal soot production under free burn conditions. The recommended orifice size for use with propane on this unit would have a diameter of 0.052 inches which would produce 18,888 BTU/hour. The large orifice present on this heater when used with propane is the primary cause for the production of the high carbon monoxide level which occurred in this incident.

As the fuel:air ratio is controlled by the design of the burner and velocity of the fuel, it is critical to have the proper orifice diameter for the fuel type and the appropriate pressure of the fuel supply. Incomplete combustion will produce significant levels of carbon monoxide before the available oxygen is depleted which then results in the production of soot.



Armstrong Forensic La'   ratory, Inc.
Report No: 99GA1585
Page 5 of 5

The failure to provide a proper vent for the combustion gases insured that carbon monoxide and other combustion gases would accumulate in the dwelling. The toxic effects of carbon monoxide are well known. Additionally, carbon dioxide, at elevated concentrations, will cause oxygen deprivation which can result in death. In addition, the loss of oxygen from its consumption by the stove, in the poorly ventilated house, would have been significant even if the combustion gases had been properly ventilated. The reduction of oxygen to less than 19% is considered by Occupational, Safety and Health Administration (OSHA) to be extremely hazardous.

The laboratory conducted a series of evaluations to document the production of CO, $CO_2$ and soot from the Martin Industries' Model V24301MS-2 heater, as configured for natural gas. The evaluation set-up and data are provided in Appendix B. Based on known combustion processes, the chemical nature of the propane fuel, the absence of proper ventilation for the stove, the analytical data obtained and the training and experience of the investigators, the following professional opinions are provided.

Based on scientific evaluations and investigations and the professional training and experience, the following opinions are given:

1) The stove, as manufactured, did not malfunction.

2) The stove was improperly installed.

3) The stove was connected to the wrong fuel source, per its manufacture.

4) The installer could have easily changed the orifice, or had the propane supplier change the orifice to accommodate propane.

5) The supplier of propane should have inquired as to the type of appliances present prior to marketing the propane.

6) The installer should have properly vented the combustion gases prior to the use of the stove, as required by the manufacturer.

7) The stove, when fueled with propane, produced significant quantities of carbon monoxide under fully oxygenated conditions.

8) The stove, when fueled with propane, produced significant soot in reduced oxygen conditions.

Respectfully submitted,
*ARMSTRONG FORENSIC LABORATORY, INC.*

Andrew T. Armstrong, PhD, CPC
Fellow, American Board of Criminalistics
AIHA Accreditation No: 363
/99-1585.doc/sn

Scott Jamieson Riley, D.CHEM
Industrial Chemist
AIHA ELLAP Accredited

ATTACHMENTS

CVisPDF - www.fesisx.com

Case 1:98-cv-00186    Document 71    Filed in TXSD on 12/30/1999    Page 17 of 89

| Photo | Photographs |
|---|---|
| | Description |
| 1 | Heater - Front view |
| 2 | Heater - Side view |
| 3 | Heater - Back view |
| 4 | Heater - View of valve |
| 5 | Heater - View of ID plate |
| 6 | Heater - Soot deposit |
| 7 | Heater - Soot deposit |
| 8 | West side (Street side) |
| 9 | South side |
| 10 | East side (View 1) |
| 11 | East side (View 2) |
| 12 | North side |
| 13 | North side and West side |
| 14 | Area above gas valve |
| 15 | Smoke detector location |
| 16 | Door into bedroom from hall |
| 17 | Door into hall from bedroom |
| 18 | Kitchen view from living room |
| 19 | Hallway, bath door and bedroom from dining room |
| 20 | Bedroom from hallway door |

CRAPDF - www.fastio.com

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 18 of 89



Photograph 19



Photograph 20

Armstrong Forensic Laboratory, Inc
Report No. 99GA1585
Photograph Page 2 of 11



Photograph 1



Photograph 2

Armstrong Forensic Laboratory, Inc
Report No. 99GA1588
Photograph Page 3 of 11



Photograph 3



Photograph 4

Armstrong Forensic Laboratory, Inc
Report No. 99GA1585
Photograph Page 4 of 11




Photograph 5



Photograph 6

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 22 of 89



Photograph 7



Photograph 8

Armstrong Forensic Laboratory, Inc.
Report No. 99GA1535
Photograph Page 6 of 11



Photograph 9



Photograph 10

Armstrong Forensic Laboratory, Inc
Report No. 99GA1585
Photograph Page 7 of 11



Photograph 11



Photograph 12

Armstrong Forensic Laboratory, Inc
Report No. 99GA1585
Photograph Page 6 of 11



Photograph 13



Photograph 14

Armstrong Forensic Laboratory, Inc
Report No  99GA1585
Photograph Page 9 of 11



Photograph 15



Photograph 16

Armstrong Forensic Laboratory, Inc
Report No. 99GA1535
Photograph Page 10 of 11



Photograph 17



Photograph 18

## AFL FILE: 99GA1585
## APPENDIX B

The Martin Industries' heater unit was delivered to the laboratory on December 14, 1999, for evaluation by Dr. Mike Klassen, Dr. Scott Riley, and Mr. Wayne McCain, P.E. The evaluations conducted by the laboratory were witnessed by attorneys Elizabeth Nealy and Ray Marchan and Armstrong Forensic Laboratory personnel.   The initial evaluation was to establish a relationship of the relative production of CO to soot, using natural gas and propane as fuels. The heater was connected to a propane supply at 12.0 inches water column, IWC, and ignited at full valve opening.

The preliminarily witnessed evaluations were documented as Tests 1 through 10. These evaluations utilized various setting for the propane fuel supply and visual observation for the production of soot.  Attempts were made to collect data for the CO, $CO_2$, $O_2$ and LEL of the combustion gas exhaust.  The instrumentation (TMX 412) over-ranged due to the high level of carbon monoxide and no useful analytical data were obtained.

Mr. Ray Marchan, attorney and Mr. McCain, P.E., left after the initial tests.  Further evaluations were conducted using Tedlar bag sampling with analysis by gas chromatography. The analytical gas chromatographic results from Test 11, propane (full on stove valve) are given in Table 1, Figures 1, 2 and 3. No soot production was observed with fully oxygenated flame using propane as the fuel. Tests 12, 13 and 14 were conducted in a similar, fully oxygenated manner with natural gas as the fuel.  The fuel was at 4.21 IWC with a full on stove valve.  The analytical results were recorded with an ATX 620 data logger for CO, $CO_2$, $O_2$ and LEL.  The ATX 620 did not over-range with natural gas as the fuel.  The data are given in Table 2 and shown in Figures 4, 5 and 6.  The data from the three evaluations are reproducible, subject to sample probe location in the vent of the Martin Industries' Stove.  The LEL detector did not indicate any detectable level of unburned hydrocarbons from natural gas, in the fully oxygenated system.

Fully oxygenated propane flames from four valve settings were evaluated for CO, $CO_2$, $O_2$ and hydrocarbons, utilizing a state of Texas automobile exhaust analyzer manufactured by Behr. The inlet propane was set at 12.0 IWC. The stove control valve was set at 25%, 22 ½°, 50%, 45°, 75%, 67 ½° and full on 90°, to demonstrate various gas flow conditions. The data are given in Table 3 and Figures 7, 8, 9 and 10.

Three vitiated tests of this heater using propane for fuel were conducted in a box which was 88.25" deep x 88" wide x 96 " tall (431.4ft³).  The box contained one door and four windows. The box was constructed on a wooden frame with gypsum wallboard. All joints were taped and bedded.  The walls were sealed to the floor by caulk.  The heater was placed 27" from the wall, opposite the door, and 31.25" from the wall to the right of the door. The heater was fueled from the propane tank, used in previous experiments. The propane tank and regulator were placed outside of the box for control purposes and the gas heater hose was fed through a hole in the wall.  Soot was collected on pre-tared filters, using a vacuum pump for each filter located outside the room and connected by plastic hose line.  The filters were hung by their hoses 12" down from the ceiling in a line 5.5" from the wall.  The effluent gas sampler tube was located on the back wall, directly behind the heater and 6" from the ceiling.  Tedlar gas bags were used to collect samples at timed intervals for gas chromatographic studies.  The tests were run for 45 minutes.  Soot and gas samples were collected at varying intervals during the tests.  Between each test, the room was purged of gases with air, cooled to below 70°F and the windows wiped of soot.  Test 15 was conducted without sealing the door.  Tests 16 and 17 were conducted with the door sealed with duct tape, immediately after ignition of the heater.

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 29 of 89

The analytical data for Test 15 are given in Table 4 and presented in Figures 11, 12, 13 and 14. Trace amounts of visible soot were observed emanating from the heater at 10min and 37sec into the experiment. There was no soot collected on the filter after 1 minute and only a light gray coating was visible on the five minute filter. The amount of soot on the five minute filter was too low for quantitative analysis. Production of soot significantly increased after 15 minutes of vitiation.

Tests 16 and 17 were both performed with the door sealed with duct tape immediately after ignition of the heater. In Tests 16 and 17 the $CO_2$ level reached approximately 30,000ppm where in Test 15 it only reached 24,000ppm. The visible soot production, under these conditions, appeared to be very low up to 15 minutes and grew steadily as the supply of oxygen was depleted. It is noted that after 10 minutes the CO concentration was nearly 1% in the box.

These tests establish the heater was configured to burn natural gas in an efficient manner, producing only small concentrations of carbon monoxide in the effluent gases. These tests also establish that fueling this heater with propane produced an immediate and significant production of carbon monoxide in the effluent gases. High levels of CO with no soot production was observed in tests conducted with a fully oxygenated flame fueled by propane. It was also observed that significant quantities of CO were produced in the box after one minute while measurable soot production did not occur until after five minutes under the vitiated test conditions.

### Propane- Hood Test, Fully Oxygenated Flame

| Time (min) | $CO_2$ ppm | CO ppm | $O_2$ % | $N_2$ % | Methane ppm | Ethane ppm | Propane ppm | Pentane ppm |
|---|---|---|---|---|---|---|---|---|
| 0 | <10 | <10 | 21.1 | 79.8 | <10 | <10 | <10 | <10 |
| 1 | 60300 | 14300 | 9.87 | 85.1 | 10 | <10 | <10 | <10 |
| 2.5 | 67700 | 26500 | 8.22 | 85.1 | 138 | <10 | <10 | <10 |
| 5 | 59800 | 43000 | 8.81 | 83.8 | 282 | <10 | <10 | <10 |
| 7.5 | 58600 | 40400 | 8.96 | 83.9 | 386 | <10 | 394 | <10 |
| 10 | 49400 | 26900 | 10 | 83.8 | 356 | <10 | 374 | <10 |
| 12.5 | 56900 | 31900 | 9.34 | 84.5 | 394 | <10 | 401 | <10 |

Table I

CPPDF - www.fenio.com

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 30 of 89

## Natural Gas- Hood Test for $CO_2$, $CO$, $O_2$ and Total Hydrocarbons
## ATX 620

| Test 12 | A-$CO_2$ % | A-CO ppm | A-$O_2$ % | A-THC ppm | B-$CO_2$ % | B-CO ppm | B-$O_2$ % | B-THC ppm |
|---|---|---|---|---|---|---|---|---|
| | 0.03 | <1 | 21.1 | <10 | 0.03 | <1 | 21.1 | <10 |
| | 1.34 | 18 | 18.2 | <10 | 1.32 | 21 | 19.1 | <10 |
| | 1.39 | 19 | 19.2 | <10 | 1.21 | 21 | 19.2 | <10 |
| | 1.34 | 17 | 19.4 | <10 | 1.23 | 17 | 19.3 | <10 |
| | 1.3 | 14 | 19.4 | <10 | 1.17 | 15 | 19.3 | <10 |
| | 1.29 | 15 | 19.4 | <10 | 1.18 | 15 | 19.4 | <10 |
| Test 13 | A-$CO_2$ % | A-CO ppm | A-$O_2$ % | A-THC ppm | B-$CO_2$ % | B-CO ppm | B-$O_2$ % | B-THC ppm |
| | 0.05 | <1 | 21.1 | <10 | 0.04 | <1 | 21.1 | <10 |
| | 3.97 | 14 | 15.4 | <10 | 3.42 | 15 | 15.4 | <10 |
| | 3.91 | 7 | 15.8 | <10 | 3.32 | 9 | 15.7 | <10 |
| | 3.87 | 6 | 15.8 | <10 | 3.29 | 8 | 15.7 | <10 |
| | 3.79 | 8 | 15.8 | <10 | 3.33 | 8 | 15.6 | <10 |
| | 3.83 | 5 | 15.8 | <10 | 3.34 | 7 | 15.8 | <10 |
| Test 14 | A-$CO_2$ % | A-CO ppm | A-$O_2$ % | A-THC ppm | B-$CO_2$ % | B-CO ppm | B-$O_2$ % | B-THC ppm |
| | 0.05 | <1 | 21 | <10 | 0.03 | <1 | 21 | <10 |
| | 4.13 | 11 | 15.1 | <10 | 3.55 | 10 | 15.7 | <10 |
| | 4.03 | 10 | 15.7 | <10 | 3.3 | 10 | 15.6 | <10 |
| | 3.38 | 7 | 15.6 | <10 | 3.33 | 7 | 15.7 | <10 |
| | 3.38 | 6 | 15.8 | <10 | 3.27 | 6 | 15.8 | <10 |
| | 3.77 | 9 | 15.7 | <10 | 3.23 | 9 | 15.7 | <10 |

Table 2

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 31 of 89

## Behr 4 Gas Analyzer Test - Propane - Fully Oxygenated Flame

| Min | CO$_2$ 25% | CO$_2$ 50% | CO$_2$ 75% | CO$_2$ 100% | CO 25% | CO 50% | CO 75% | CO 100% | O$_2$ 25% | O$_2$ 50% | O$_2$ 75% | O$_2$ 100% | HC 25% | HC 50% | HC 75% | HC 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 21.1 | 21.1 | 21.1 | 21.1 | 0 | 0 | 0 | 0 |
| 1 | 2.7 | 10.9 | 9.7 | 10.8 | 0.01 | 0.31 | 2.68 | 2.42 | 17.2 | 4.2 | 3.9 | 2.5 | 9 | 9 | 66 | 9 |
| 2 | 2.6 | 10.1 | 8.8 | 9.2 | 0.00 | 0.94 | 2.98 | 2.75 | 17.4 | 4.5 | 4.5 | 3.9 | 5 | 15 | 39 | 71 |
| 3 | 2.5 | 10.6 | 9.0 | 9.2 | 0.00 | 0.37 | 2.59 | 3.33 | 17.4 | 4.5 | 4.5 | 3.7 | 4 | 8 | 74 | 19 |
| 4 | 2.6 | 10.9 | 8.8 | 8.8 | 0.00 | 0.28 | 2.65 | 3.23 | 17.4 | 4.0 | 5.6 | 4.7 | 8 | 7 | 53 | 22 |
| 5 | 2.5 | 9.7 | 8.0 | 7.6 | 0.00 | 1.64 | 2.95 | 3.32 | 17.4 | 5.2 | 6.4 | 6.6 | 6 | 35 | 78 | 108 |
| 6 | 2.5 | 9.3 | 7.9 | 7.4 | 0.01 | 1.26 | 3.05 | 3.25 | 17.5 | 5.7 | 6.7 | 5.9 | 6 | 69 | 142 | 124 |
| 7 | 2.5 | 9.0 | 7.7 | 8.3 | 0.01 | 0.63 | 2.59 | 3.33 | 17.5 | 5.9 | 6.9 | 5.1 | 8 | 479 | 19 | 83 |
| 8 | | 10.3 | 7.5 | 8.1 | | 0.40 | 2.54 | 3.52 | | 4.7 | 7.4 | 5.1 | | 9 | 98 | 46 |
| 9 | | 10.3 | 7.6 | 7.7 | | 1.09 | 2.48 | 2.54 | | 4.9 | 6.6 | 6.2 | | 9 | 59 | 140 |
| 10 | | 9.2 | 8.2 | 7.9 | | | 2.29 | 3.21 | | 5.4 | 6.2 | 5.6 | | 36 | 92 | 77 |
| 11 | | | | 8 | | | | 2.88 | | | | 6.1 | | | | 80 |
| 12 | | | | 7.6 | | | | 3.26 | | | | 6.4 | | | | 62 |
| 13 | | | | 7.7 | | | | 2.97 | | | | 6.1 | | | | 49 |
| 14 | | | | 7.8 | | | | 2.82 | | | | 6.1 | | | | 55 |
| 15 | | | | 7.6 | | | | 3.05 | | | | 5.7 | | | | 56 |

Table 3

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 32 of 89

### Vitiated Propane Test 15, Door UnSealed- Gas Analysis

| Time (min) | CO$_2$ ppm | CO ppm | O$_2$ % | N$_2$ % | Propane ppm | Pentane ppm | Methane ppm | Ethane ppm |
|---|---|---|---|---|---|---|---|---|
| 0 | 500 | <10 | 21.1 | 79.8 | <10 | <10 | <10 | <10 |
| 5 | 9560 | 9280 | 16.8 | 81.8 | 161 | 10 | 106 | <10 |
| 10 | 15000 | 6930 | 15.9 | 82.3 | 388 | 10 | 395 | <10 |
| 15 | 17800 | 9030 | 15.4 | 82.5 | 525 | 10 | 691 | <10 |
| 20 | 20800 | 11400 | 14.8 | 81.8 | 673 | 11 | 1120 | <10 |
| 25 | 18500 | 9900 | 15.4 | 82.4 | 678 | 13.4 | 1170 | <10 |
| 30 | 23300 | 13400 | 14.4 | 82.2 | 810 | 19.7 | 1730 | 13 |
| 35 | 24000 | 14000 | 14.4 | 82 | 867 | 25.1 | 2050 | 19.6 |
| 40 | 24400 | 14400 | 14.3 | 81.7 | 877 | 27.7 | 2210 | 26.2 |
| 45 | 21300 | 11900 | 12.6 | 70.9 | 829 | 28.7 | 2030 | 29.1 |

Table 4

### Vitiated Propane Test 15, Door UnSealed- Soot Analysis

| Time (min) | Total mg Soot |
|---|---|
| 0 | <0.01 |
| 1 | <0.01 |
| 5 | <0.01 |
| 10 | 0.12 |
| 15 | 0.18 |
| 20 | 0.63 |
| 30 | 1.65 |

Table 4A

Case 1:98-cv-00186    Document 71    Filed in TXSD on 12/30/1999    Page 33 of 89

### Vitiated Propane Test 16, Door Sealed- Gas Analysis

| Time (min) | $CO_2$ ppm | CO ppm | $O_2$ % | $N_2$ % | Methane ppm | Ethane ppm | Propane ppm | Pentane ppm |
|---|---|---|---|---|---|---|---|---|
| 0 | 500 | <10 | 21.1 | 78.9 | <10 | <10 | <10 | <10 |
| 1 | 3620 | <10 | 18 | 83.2 | <10 | <10 | <10 | <10 |
| 5 | 9540 | 3240 | 17 | 82.8 | 117 | <10 | 206 | <10 |
| 10 | 14600 | 6550 | 16 | 82.7 | 408 | <10 | 423 | <10 |
| 20 | 22400 | 12600 | 14.6 | 82.8 | 1390 | 11.6 | 771 | 14.3 |
| 30 | 27200 | 16500 | 13.9 | 79.5 | 2600 | 74.3 | 930 | 32.3 |
| 40 | 28800 | 16600 | 13.9 | 79.1 | 3270 | 157 | 992 | 45 |
| 45 | 31700 | 19400 | 13.4 | 79.6 | 3940 | 198 | 1060 | 52.8 |

Table 5

### Vitiated Propane Test 16, Door Sealed- Soot Analysis

| Time (min) | Total Soot (mg) |
|---|---|
| 0 | 0.01 |
| 1 | 0.01 |
| 5 | 0.01 |
| 10 | 0.02 |
| 15 | 0.24 |
| 20 | 1.14 |
| 40 | 2.46 |

Table 5A

Case 1:98-cv-00186   Document 71   Filed in TXSD on 12/30/1999   Page 34 of 89

## Vitiated Propane Test 17, Door Sealed- Gas Analysis

| Time (min) | $CO_2$ ppm | CO ppm | $O_2$ % | $N_2$ % | Methane ppm | Ethane ppm | Propane ppm | Pentane ppm |
|---|---|---|---|---|---|---|---|---|
| 0 | <10 | <10 | 21.1 | 78.9 | <10 | <10 | <10 | <10 |
| 1 | 3490 | 576 | 18 | 81.9 | 15.7 | 40 | 10 | 10 |
| 5 | 9530 | 2960 | 17 | 82.4 | 112 | 40 | 185 | 10 |
| 10 | 15100 | 6690 | 15.8 | 81.8 | 472 | 40 | 442 | 10 |
| 15 | 18500 | 8940 | 15.3 | 82 | 821 | 40 | 632 | 10 |
| 20 | 16400 | 7500 | 15.8 | 78.1 | 898 | 40 | 625 | 11 |
| 30 | 26500 | 15300 | 14 | 82.2 | 2380 | 34.1 | 925 | 31.5 |
| 40 | 27000 | 14800 | 14.1 | 81.8 | 2910 | 97.7 | 965 | 46.9 |
| 45 | 29400 | 16700 | 13.7 | 81 | 3470 | 132 | 1000 | 54 |

Table 6

## Vitiated Propane Test 17, Door Sealed- Soot Analysis

| Time (min) | Total Soot (mg) |
|---|---|
| 0 | 0.01 |
| 1 | 0.01 |
| 5 | 0.01 |
| 10 | 0.12 |
| 15 | 0.17 |
| 25 | 1.28 |
| 40 | 3.19 |
| 45 | 3.68 |

Table 6A

CMxPDF – www.fassoc.com



Figure 1) Propane - Hood Test CO2 and CO

Fully Oxygenated Flame

Sample Rate =4L/min

Test 11



Figure 3) Propane - Hood Test
Methane, Ethane, Propane and Pentane

Fully Oxygenated Flame

Legend:
- Methane
- Ethane
- Propane
- Pentane

Test 11

Sample Rate = 4L/min



Figure 4) Natural Gas - Hood Test CO2

Fully Oxygenated Flame



CVisPDF - www.fesko.com





Figure 7) Propane - Behr Analysis for CO2

Fully Oxygenated Flame

CVid/PDF - www.textio.com



Figure 8) Propane - Behr Analysis for CO

Fully Oxygenated Flame

CVisPDF - www.taxisa.com



Figure 9) Propane - Behr Analysis for O2

Fully Oxygenated Flame



Figue 10) Propane - Behr Analysis
Total Hydrocarbons
Fully Oxygenated Flame



Figure 11) Vitiated Propane CO2 and CO



Figure 12) Vitiated Propane O2 and N2



Figure 13) Viated Propane
Methane, Ethane, Propane and Pentane

CMXPDF – www.twiss.com



Figure 14) Vitiated Propane
Total mg of Soot/Total Exposure Time

CVISPDF – www.fastio.com



Figure 15) Vitiated Propane CO2 and CO



Figure 16) Vitiated Propane
O2 and N2

O2
N2

Sample Rate = 4L/min

Door Sealed, T16

Time (min)

Percetnage (5)



Figure 17) Vitiated Propane
Methane, Ethane, Propane and Pentane



Figure 18) Vitiated Propane
Total mg of Soot/Total Exposure Time

CVisPDF – www.fasoo.com



Figure 19) Vitiated Propane CO2 and CO

CutePDF - www.fastio.com



Figrue 20) Vitiated Propane O2 and N2



Figure 21) Vitiated Propane
Methane, Ethane, Propane and Pentane



Figure 22) Vitiated Propane
Total mg of Soot/Total Exposure Time

Door Sealed, T17

Sample Rate = 1L/min

# *Andrew Thurman Armstrong, Ph.D.*                    *Vita*

**CURRENT ADDRESS**          Armstrong Forensic Laboratory, Inc.
                             330 Loch'n Green Trail
                             Arlington, Texas  76012
                             Telephone:  817-275-2691

**BIRTHDATE**     May 26, 1935            **CITIZENSHIP**     USA

**EDUCATION**     Louisiana State University       1961-66    Ph.D.    1967
                  North Texas State University     1958-59    M.S.     1959
                  North Texas State University     1953-58    B.S.     1958

**ACADEMIC EXPERIENCE**

| | | |
|---|---|---|
| West Texas State University | Instructor | 1959-61 |
| Louisiana State University | Instructor | 1963-66 |
| University of California, LA | Post Grad Res | 1966-67 |
| Louisiana State University | Visiting Asst. Prof. | 1967-68 |
| University of Texas at Arlington | Assistant Prof. | 1968-72 |
| | Associate Prof. | 1972-84 |

**PUBLICATIONS**

1. Biphotonic Processes, S. P. McGlynn, L. Azarraga, T. Azumi, F. Watson, and A. T. Armstrong, In Physical Processes in Radiation Biology, L. Augenstein, Ed., Academic Press, 1964.
2. Energy of Excimer Luminescence, II.  Configuration Interaction between Molecular Exciton and Charge Resonance States, T. Azumi, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys., 41, 3839 (1964).
3. Interaction of Molecular Exciton, Charge Resonance States and Excimer Luminescence, S. P. McGlynn, T. Azumi, and A. T. Armstrong, in Modern Quantum Chemistry, Part III, Action of Light and Organic Crystals, O. Sinanoglu, Ed., Academic Press, 1965.
4. Energy of Excimer Luminescence, V. Excimer Fluorescence of Naphthalene and Methylnaphthalenes, F. J. Smith, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 442 (1966).
5. Semiempirical Molecular Orbital Calculations, I. The Electronic Structure of $H_2O$ and $H_2S$, D. G. Carroll, A. T. Armstrong, and S. P. McGlynn, J. Chem. Phys., 44, 1965 (1966).
6. Semiempirical Molecular Orbital Calculation, IV.  Some Metallocenes, A. T. Armstrong, D. G. Carroll, and S. P. McGlynn, J. Chem. Phys., 47, 1104 (1967).
7. Semiempirical Molecular Orbital Calculations (for) Ferrocene, A. T. Armstrong, Diss. Abstr. B 28, 1873 (1967), Univ. Microfilms, Order No. 67-13, 972.
8. Electronic Absorption Spectrum of Ferrocene, A. T. Armstrong, F. Smith, E. Elder, and S. P. McGlynn, J. Chem. Phys., 46, 4321 (1967).
9. Spin Polarization and Spin-Lattice Relaxation in the Lowest Triplet State of Pyrazine at 1.6°K, M. A. El-Sayed, L. Hall, A. T. Armstrong, and W. R. Moomaw, in Exciton, Magnons and Phonons, A. B. Zahlan, Ed., Cambridge University Press, 1968.
10. Spin-Lattice Relaxation and the Decay of Pyrazine Phosphorescence at Low Temperature, L. Hall, A. T. Armstrong and W. R. Moomaw and M. A. El-Sayed, J. Chem. Phys., 48, 1395 (1968).

Vita - Andrew T. Armstrong, P    D.

## PUBLICATIONS

11. Semiempirical Molecular Orbital Calculation, VII. Separability in Mulliken-Wolfsberg-Helmholtz Approach, A. T. Armstrong, B. Bertus, and S. P. McGlynn, Spectroscopy Letters, 1, 1968).

12. Luminescence of Inorganic Nitrite Salts, H. J. Maria, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys., 48, 4649 (1968).

13. Spin Polarization in the Triplet State of Silver Nitrate, H. J. Maria, A. T. Armstrong and S. P. McGlynn, J. Chem. Phys, 50, 2777(1969).

14. ElectronicTransitions in Mono-Olefinic Hydrocarbons, Part I. Computational Results, F. H. Watson, A. T. Armstrong and S. P. McGlynn, Theoret, Chem. Acta (Berl.) 16, 75-95 (1970).

15. Did Arson Cause That Plant Fire?, A. T. Armstrong, G. Gilmore and A. Broodo, Hydrocarbon Processing, Feb. 1976.

16. Identification of Accelerants in Fire Residue by Capillary Column Gas Chromatography, A. T. Armstrong, R. S. Wittkower, The Journal of Forensic Science, 23, 4, 662-671(1978)

17. Trinity River Bottom Sediment Reconnaissance Study. Report to Fort Worth District Corps of Engineers, Fort Worth, TX. Contract No. DACW63-76-C-0140, with S. R. Qasim.

18. Quality of Water and Bottom Sediments in the Trinity River, A. T. Armstrong and S. R. Qasim, J. Corn and B. L. Jordon, Water Resources Bulletin, 16, 3, 533-531, (1980).

19. Toxicological Investigation of Liquid Petroleum Gas Explosion: Human Model for Propane/Ethyl Mercaptan Exposure., A. T. Armstrong, W. T. Lowry, B. Gamse, J. M. Corn, L. Juarez, J. L. McDowell, and R. Owens, J. Forensic Sciences, JFSCA, Vol. 36, No.2, March 1991, pp 386-396.

20. Comparison of the Eluting Efficiency of Carbon Disulfide with Diethyl Ether: The Case for Laboratory Safety, J. J. Lentini and A. T. Armstrong, The Journal of Forensic Science, 24, 2, 307-311, (1997).


## LECTURES AND PAPERS

A. T. Armstrong, S. P. McGlynn, "The Electronic Structure of Some Cyclopentadienyl Metal Complexes", American Chemical Society Meeting, Southwest Section, Houston, TX, Dec 6, 1963.

A. T. Armstrong, S. P. McGlynn, "Electronic Structure and Spectrum of Ferrocene", Symposium on Molecular Structure and Spectroscopy, Ohio State University, Columbus, Ohio, Sept. 5-9, 1966.

A. T. Armstrong, F. H. Watson and S. P. McGlynn, "Assignments of the Ultraviolet Mystery Band in Methyl Substituted Ethylenes", American Chemical Society, Southwest Section, Austin, Texas Dec. 4, 1968.

A. T. Armstrong, M. R. Whitbeck, "$^{13}C$ Chemical Shifts and $^{13}$C-H Spin Constants of Chloromethane". SE-SW Regional ACS, New Orleans, La., Dec. 2, 1970.

A. T. Armstrong, J. D. Pickle, "Study of Charge Transfer Complexes Benzene, Thiophene, Furan", TCNE SE-SW Regional, New Orleans, La., Dec. 2, 1970.

A. T. Armstrong, "Deuterium Exchange in Methyl Ethyl Ketone by NMR", Texas Academy of Science, San Marcos, Texas, March 21, 1972.

A. T. Armstrong, J. B. King, "Pseudo First Order Deuterium Exchange by NMR, an Undergraduate Experience", SW Regional ACS Meeting Baton Rouge, La., Dec. 8, 1972.

A. T. Armstrong, Undergraduate Research: "The Development of New Experiments for Physical Chemistry and Instrumental Analysis", Third Biennial Conference on Chemical Education and "Second Centennial of Chemistry" Celebration. Pennsylvania State University, University Park, Penn., August 1, 1974.

A. T. Armstrong, "The Development of New Experiments for Physical and Instrumental Analysis", SW Reg. ACS, Houston, Texas Dec. 9, 1974.

A. T. Armstrong and G. Pate, "A Rapid Qualitative Identification of Gasoline Samples via the Combined Use of Capillary Column Gas Chromatography, Kovats Indices and Computer Analysis", American Academy of Forensic Sciences, Washington, D. C., Feb. 17, 1976.

CVisPDF - www.fnsio.com

Case 1:98-cv-00186  Document 71  Filed in TXSD on 12/30/1999  Page 59 of 89

## LECTURES AND PAPERS

A. T. Armstrong, "Arson, Analytical Chemistry of Fire Cause Analysis", Chem. Dept., Southern Methodist University, March 3, 1976.

A. T. Armstrong, "Forensic Science, A Teaching Tool", Texas Junior College Teacher's Assoc. Annual Meeting, Dallas, Texas, March 6, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", LSU, Shreveport, La., March 15, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Ranger Junior College, Ranger, TX, Oct. 12, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Tarleton State University, Stephenville, Texas, Oct. 19, 1976.

A. T. Armstrong, "Arson Accelerants-Recovery and Identification", Forensic Science Symposium, SW Reg. ACS, Ft. Worth, TX, Dec. 1, 1976.

A. T. Armstrong and J. Brown, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of Magnesium Silicate", East Texas State University, April 15, 1977.

A. T. Armstrong, O. A. Battista, J. Brown, D. Martin, M. Willoughby, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of a Magnesium Silicate", National ACS, Chicago, Illinois, September, 1977.

A. T. Armstrong, O. A. Battista, S. Radchenko, "Novel Derivatives of Cellulose Microcrystals", Nat. ACS, Anaheim, California, March, 1978.

A. T. Armstrong, R. S. Wittkower, "Identification of Accelerants in Fire Residues by Capillary Column Gas Chromatography", American Academy of Forensic Sciences, February 14-16, 1978, Atlanta, Georgia.

A. T. Armstrong, John Corn, "Trinity River Bottom Sediment Reconnaissance Study", National ACS, Honolulu, Hawaii, April, 1979.

A. T. Armstrong, "Identification of Water Soluble Accelerants in Fire Residues", American Academy of Forensic Science, New Orleans, La., Feb. 20-23, 1980.

A. T. Armstrong, "A Chemist's View of Arson", Bishop College, Dallas, Texas, November, 1981.

A. T. Armstrong, "Analytical Procedure for Accelerant Identification", Mary Hardin Baylor University, Belton, Texas, April, 1982.

A. T. Armstrong, "Laboratory Aids to the Investigation of Arson", Texas Fire and Arson Investigators Seminar, Austin, Tx., March 15, 1984.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Bureau of Alcohol, Tobacco and Fire Arms, Symposium on Recent Advances in Arson Analysis and Detection, Las Vegas, Nevada  February 12, 1985.

A. T. Armstrong, Neil Johansen, Michael Armstrong, "Automated Identification of Flammable Liquids in Suspected Arson Samples", American Academy of Forensic Science 37th Annual Meeting, Las Vegas, Nevada  February 14, 1985.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Combined Forensic Science Meeting, Lexington, KY, May 28, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", New Mexico Chapter, International Association of Arson Investigators, Inc. Annual Seminar, Albuquerque, New Mexico, September 23, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", A Texas Advisory Council on Arson and Texas Board of Insurance Seminar, Austin, TX, March, 1987.

A. T. Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Seminar for Insurance Representatives and Fire Investigators, Arlington, TX, October 16, 1987.

A. T. Armstrong, John M. Corn, Michael Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Second International Symposium on Recent Advances in Arson Analysis & Detection, American Academy of Forensic Science and Bureau of Alcohol, Tobacco and Firearms, Philadelphia, PA, February 15, 1988.

CIAPDF - www.fesisi.com

Vita - Andrew T. Armstrong, Ph.D.

## LECTURES AND PAPERS

A. T. Armstrong, "Arson, Analytical Chemistry of Fire Cause Analysis", Chem. Dept., Southern Methodist University, March 3, 1976.

A. T. Armstrong, "Forensic Science, A Teaching Tool", Texas Junior College Teacher's Assoc. Annual Meeting, Dallas, Texas, March 6, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", LSU, Shreveport, La., March 15, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Ranger Junior College, Ranger, TX, Oct. 12, 1976.

A. T. Armstrong, "Analytical Chemistry of Fire Cause Analysis", Tarleton State University, Stephenville, Texas, Oct. 19, 1976.

A. T. Armstrong, "Arson Accelerants-Recovery and Identification", Forensic Science Symposium, SW Reg. ACS, Ft. Worth, TX, Dec. 1, 1976.

A. T. Armstrong and J. Brown, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of Magnesium Silicate", East Texas State University, April 15, 1977.

A. T. Armstrong, O. A. Battista, J. Brown, D. Martin, M. Willoughby, "The Variation of Chemical and Physical Properties Corresponding to the Progressive HCl Leaching of a Magnesium Silicate", National ACS, Chicago, Illinois, September, 1977.

A. T. Armstrong, O. A. Battista, S. Radchenko, "Novel Derivatives of Cellulose Microcrystals", Nat. ACS, Anaheim, California, March, 1978.

A. T. Armstrong, R. S. Wittkower, "Identification of Accelerants in Fire Residues by Capillary Column Gas Chromatography", American Academy of Forensic Sciences, February 14-16, 1978, Atlanta, Georgia.

A. T. Armstrong, John Corn, "Trinity River Bottom Sediment Reconnaissance Study", National ACS, Honolulu, Hawaii, April, 1979.

A. T. Armstrong, "Identification of Water Soluble Accelerants in Fire Residues", American Academy of Forensic Science, New Orleans, La., Feb. 20-23, 1980.

A. T. Armstrong, "A Chemist's View of Arson", Bishop College, Dallas, Texas, November, 1981.

A. T. Armstrong, "Analytical Procedure for Accelerant Identification", Mary Hardin Baylor University, Belton, Texas, April, 1982.

A. T. Armstrong, "Laboratory Aids to the Investigation of Arson", Texas Fire and Arson Investigators Seminar, Austin, Tx., March 15, 1984.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Bureau of Alcohol, Tobacco and Fire Arms, Symposium on Recent Advances in Arson Analysis and Detection, Las Vegas, Nevada  February 12, 1985.

A. T. Armstrong, Neil Johansen, Michael Armstrong, "Automated Identification of Flammable Liquids in Suspected Arson Samples", American Academy of Forensic Science 37th Annual Meeting, Las Vegas, Nevada  February 14, 1985.

A. T. Armstrong, "Arson Laboratory Automated Report Management System, ALARMS", Combined Forensic Science Meeting, Lexington, KY, May 28, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", New Mexico Chapter, International Association of Arson Investigators, Inc. Annual Seminar, Albuquerque, New Mexico, September 23, 1986.

A. T. Armstrong, "Understanding the Laboratory Report of Flammable Liquid Recovery and Identification", A Texas Advisory Council on Arson and Texas Board of Insurance Seminar, Austin, TX, March, 1987.

A. T. Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Seminar for Insurance Representatives and Fire Investigators, Arlington, TX, October 16, 1987.

A. T. Armstrong, John M. Corn, Michael Armstrong, "Oil Analysis to Establish Motive in Vehicle Fires", Second International Symposium on Recent Advances in Arson Analysis & Detection, American Academy of Forensic Science and Bureau of Alcohol, Tobacco and Firearms, Philadelphia, PA, February 15, 1988.

Vita - Andrew T. Armstrong, Ph D.

## LECTURES AND PAPERS

A. T. Armstrong, Instructor at the Texas Engineering Extension Service of Texas A&M University System, Fire Protection Training Division, 6th Annual Central/East Texas Arson Investigators Seminar, Longview, Texas, November, 1989.

A. T. Armstrong, John M. Corn, Andrew D. Kocher and Michael A. Armstrong, "Identification of Complex Mixtures via GC/MS/DS", presented at the 3rd International Symposium on Recent Advances in Arson Analysis and Detection, National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

A. T. Armstrong, John M. Corn, Andrew D. Kocher and Michael A. Armstrong, "Identification of Complex Mixtures via GC/MS/DS", presented at the 3rd International Symposium on Recent Advances in Arson Analysis and Detection, National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

W. T. Lowry, A. T. Armstrong, John M. Corn, B. Ganse, L. Juarez, J. L. McDowell, Roger Owens, "Toxicological Investigation of LP Gas Explosion", presented at the National Meeting of the American Academy of Forensic Sciences, Cincinnati, OH, February, 1990.

A. T. Armstrong, "Interpretation of Laboratory Reports", 61st Texas Fireman's Training School, Texas Engineering Extension Service, Texas A&M University, July 23, 1990.

A. T. Armstrong, "Fire Chemistry, Collection to Report", Recertification of the K-9 accelerant detection dogs program, Central Valley Arson Investigator's Association, Clovis, CA, Nov. 5th, 1998.

## SPONSORED RESEARCH

Charge Transfer Studies of 5-Membered Heterocycles. Organized Research Funds, 1969-1970.
Molecular Spectroscopy Studies of Oxyanion Salts. R. A. Welch Foundation, 1970-74.
Trinity River Bottom Sediment Reconnaissance Study, Fort Worth District Corps of Engineers, DACW 63-76-C-0140, 1976-1978.

## SUPERVISED THESIS

New Method for Study of Charge Transfer Complexes. Benzenethiophene Furan-Tetracyano-ethylene, J. D. Pickle, 1970.
Molecular Spectroscopy Studies of Oxyanion Salts. G. F. Thomas, December 1973.
Identification of Hydrocarbon Mixtures by Gas Chromatography through Retention Indexes. G. Pate, December, 1974.
Identification of Trace Pesticides in Trinity River Muds, John Corn, August, 1978.

## REGIONAL SHORT COURSES ORGANIZED

| | |
|---|---|
| Atomic Absorption | September, 1975 |
| High Pressure Liquid Chromatography | November, 1975 |
| Gas Chromatography | April, 1976 |
| Infrared Spectroscopy | October, 1976 |
| Carbon-13 Nuclear Magnetic Resonance | November, 1976 |
| Digital Processing for the Scientific | June, 1977 |
| Advanced Gas Chromatography | November, 1977 |
| Infrared Spectroscopy | October, 1978 |
| pH and Ion Selection Instrumentation | October, 1980 |
| Gas Chromatography/Mass Spectrometry | April, 1981 |
| Thermal Analysis | March, 1983 |
| Laboratory Automation | April, 1984 |
| Gas chromatography | April, 1991 |

CVWPDF - www.fesku.com

Vita - Andrew T. Armstrong, Ph.D.

## LEARNED AND HONORED SOCIETIES

Phi Lambda Upsilon
American Chemical Society, Treasurer FW-D Sec., 1972-1973
Education Comm., Chairman  1976-1984
Alpha Chi Sigma President, Beta Eta Chapter, 1956-57
Coblentz Society
American Industrial Hygiene Association
American Institute of Chemists, Fellow
American Academy of Forensic Sciences, Fellow
American Board of Criminalistics, Fellow
International Association of Arson Investigators
    Member, Forensic Science Committee, 1990 - present.
North Texas Association of Arson Investigators
A Texas Advisory Council on Arson
Tarrant County Advisory Council on Arson, Board Member, 1981-1987
Tarrant County Advisory Council on Arson, Treasurer, 1985-1987
American Society of Testing Materials
    Member, E-30 Forensic Science Committee
    Task Force on Gas Chromatography/Mass Spectrometry in Fire
    Residue Analysis, 1990 - present.
National Fire Protection Association

## CONSULTANT WORK

Primary Consultant of Armstrong Forensic Laboratory, Inc., a private laboratory providing specialized testing on product formulation, analytical processing, product liabilities, environmental monitoring and the detection and identification of flammable liquids in suspect fire debris.

## FIELDS OF INTEREST

Physical-Analytical Chemistry
Instrumentation
Industrial Hygiene

## AWARDS AND HONORS

Outstanding Teacher, College of Science, 1976
Honorary Member, Arlington Fire Department, 1977
White Helmet Award (Highest Civilian Award) Arlington Fire Department, 1977
Doherty Award, Fort Worth-Dallas Section, American Chemical Society,
    1982 for Outstanding Contribution to Education.
President's Award, Houston Fire Fighters Association, October, 1989, for Exemplary
    Standards and Professionalism in Forensic Chemistry.
Honorary Fire Chief, City of Houston Fire Department, October 1, 1992, In Recognition
    and Appreciation for Contribution, Service and Support to the Fire Service.
Recognition of Service to the Fire Training Academy, City of Denison Fire Department,
    December, 1994.

Vita - Andrew T. Armstrong, Ph D.

## PROFESSIONAL CERTIFICATION

Recognized as a Certified Professional Chemist by the American Institute of Chemistry.

Recognized as a Fellow by the American Institute of Chemists.

Recognized as a Fellow by the American Academy of Forensic Science.

Recognized as a Fellow of the American Board of Criminalistics, specializing in Fire Debris.

Recognized as an Accredited Laboratory by the American Industrial Hygiene Association.

40 Hour Waste Site Worker Certification, 29CFR 1910.120, August, 1995, 1996, 1997, 1998, 1999.

Recognized as an Expert Witness in Criminal and Civil Courts in Texas, Colorado, New Mexico, Kansas, Washington, Louisiana, Arkansas, Alabama, Oklahoma, Tennessee, California, Alaska, Nevada, Kentucky, Montana, Ohio, Oregon, Arizona, Canada, Puerto Rico and Honduras.

Vita - ata

*Scott Riley, D.Chm.*                                                        *Vita*

**CURRENT ADDRESS**           Armstrong Forensic Laboratory, Inc.
                              330 Loch'n Green Trail
                              Arlington, Texas  76012
                              Telephone:  817-275-2691

**BIRTHDATE**    September 23, 1952          **CITIZENSHIP**    USA

**EDUCATION**    University of Texas at Dallas     D.Chm.    1999
                 University of Texas at Dallas     M.S.      1994
                 University of Texas at Dallas     B.S.      1991
                 Sam Houston State University      B.A.      1975

**ACADEMIC EXPERIENCE**

          University of Texas at Dallas     Graduate Research Assistant  1992-97
                                            Graduate Teaching Assistant

**WORK EXPERIENCE**

          Energetic Solutions, Mansfield, TX        1997-1999
          Product Development Scientist

          Texas Instruments Inc., Richardson, TX    1994-1995
          Industrial Intern

          ARCO Oil and Gas, Plano, TX               1989-1991
          Research Technologist

**PUBLICATIONS**

1. Synthesis and *ab initio* structure determination of $AlPO_4.H_2O$-H4 from powder diffraction data. Poojray, D.M.; Balkus, K.J., Riley, S.J., Gnade B.E., and Clearfield,A.; Microporous Materials, 2 (1994)245-250.
2. Molecular sieve based chemical sensors. Balkus, K.J.; Sottile, L.J.; Nguyen, H.; Riley, S.J.; and Gnade B.E. Materials Research Society Symposium proceedings, V372, 1994 p437-442.
3. Molecular sieve thin films via laser ablation. Balkus, K.J.; Riley, S.J.; and Gnade B.E. Materials Research Society Symposium proceedings, V351 1994 p437-442.
4. Molecular sieve based chemical sensors. Sottile, L.J.; Balkus, K.J.; Riley, S.J.; and Gnade B.E. Materials Research Society Symposium proceedings, V372, 1994 p263-268.
5. The preparation and characterization of $AlPO_4$ thin films via laser ablation of $AlPO_4$-H4. Balkus, K.J.; Sottile, L.J.; Riley, S.J.; and Gnade B.E.  Thin Solid Films. V260 (1995) p4-9.
6. Method of forming a Capacitance Type Gaseous Sensing Device and Apparatus Thereof, US Patent.
7. Determination of the triplet energies of 2,3-diphenylnorbornene and 2 phenylnorbornene by photo acoustic calorimetry, Caldwell, R.A.; Riley, S.J.; Gorman,A.A.; McNeeney, S.P.; and Unett, D.J. Journal of the American Chemical Society 114(11) (1992) p4424-6.
8. Poly(3-dodecylthiophene) membranes for gas separations, Musselman, I.H.; Washmon, L.; Varadarajan, D.; Riley, S.J.; Hmyene, M.; Ferraris, J.P.; and Balkus, K.J.Jr.; Journal of Membrane Science, V182, (1998) 1-18.
9. US Patent, Buffered Emulsion Blasting Agent, US Patent Application 09/093,948, Villamagna, F., Francelj, T., Riley, S.J. and Link, K., 1999.

Vita - Scott J. Riley, D.Chm.

## CONSULTANT WORK

Consultant of Armstrong Forensic Laboratory, Inc., a private laboratory providing specialized testing on product formulation, analytical processing, product liabilities, environmental monitoring and the detection and identification of flammable liquids in suspect fire debris.

## AWARDS AND HONORS
Cum Laude
ACS Undergraduate Award in Chemistry (1990)

<u>Note</u>
No court activity in the past 4 years.

# *Armstrong Fore~sic Laboratory, Inc.*

## 1999 *Schedule of Services*
### CONSULTING

| Description of Service | Cost | Unit |
|---|---|---|

## CONSULTING

### Andrew T. Armstrong, Ph.D., C.P.C.

| | | | |
|---|---|---|---|
| Consultation, Travel, and Phone | 1 | $225.00 | Hour |
| Court Presentation and Deposition | 1 | $300.00 | Hour |
| Video Deposition | 1 | $500.00 | Hour |

### John M. Corn, M.S., M.B.A.

| | | | |
|---|---|---|---|
| Consultation, Travel, and Phone | 1 | $125.00 | Hour |
| Court Presentation and Deposition | 1 | $200.00 | Hour |
| Video Deposition | 1 | $250.00 | Hour |

### Marion Armstrong, M.S.P.H., C.I.H.

| | | | |
|---|---|---|---|
| Consultation, Travel, and Phone | 1 | $125.00 | Hour |
| Court Presentation and Deposition | 1 | $200.00 | Hour |
| Video Deposition | 1 | $250.00 | Hour |

### Scott J. Riley, D.Chm.

| | | | |
|---|---|---|---|
| Consultation, Travel, and Phone | 1 | $185.00 | Hour |
| Court Presentation and Deposition | 1 | $250.00 | Hour |
| Video Deposition | 1 | $350.00 | Hour |

## OTHER SERVICES

| | | | |
|---|---|---|---|
| Technician (In-house or Field) | 2 | $50.00 | Hour |
| Laboratory Equipment | 3 | $50.00 | Hour |
| Video Taping and Production | 2 | $75.00 | Hour |
| Field Collection of Sample | 2 | $35.00 | Hour |
| Computer Services (e.g.: Auto-CAD Work) | 3 | $50.00 | Hour |
| Fax Transmissions | | $1.00 | Page |
| Court Production, Records Copy | 3 | $50.00 | Hour |
| Sample pickup/delivery within DFW Metroplex | 4 | $15.00 | Each |

## HEALTH AND SAFETY PROGRAM SUPPORT

Compliance Program Development ..... 6

(Hazardous Waste Operations and Emergency Response Site Specific Health and Safety Plan, Hazard Communication, Respiratory Protection Program, Air Monitoring Program, Confined Space Entry Program)

Other Program Development Available: Please call the lab for your specific need.

Training Courses Available ..... 6

(Hazardous Waste Operations and Emergency Response Initial 40-Hour, 16-Hour, 8-Hour Supervisor and Annual 8-Hour Refresher Courses, Hazard Communication (Client Site Specific), Confined Space Entry: Entrant, Attendant, and Supervisor Courses, Respiratory Protection Use and Fit-Test Certification)

Other Courses Available: Please call the lab for your specific need.

## Notes:

(1) One-Quarter (0.25) Hour increments.

(2) One-Half Hour Minimum and One-Quarter (0.25) Hour increments.

(3) One Hour Minimum and One-Quarter (0.25) Hour increments.

(4) Outside DFW Metroplex: Time & Mileage Charges will apply. Time Based on the One-Quarter (0.25) Hour increment. Mileage charges are based on actual miles traveled at a rate of $0.30 per mile

(5) AFL Rental Agreement Terms and Conditions Apply.

CSItPDF - www.fsviss.com

# ROBERT C. BUX, M.D.
**19901 Encino Ridge**
**San Antonio, Texas  78259**
**(210) 497-3271**

December 29, 1999

Elizabeth G. Neally
Roerig, Oliveira and Fisher
855 West Price Road, Suite 9
Brownsville, Texas   78520-8786

Dear Ms. Neally:

Thank you for sending me the case of Garcia et al. vs BRK Brands Inc.  I have reviewed the various scene photographs of the residence, the autopsy report performed on Manuel Cruz and the laboratory report compiled by Armstrong Forensic Laboratory.  I have also reviewed a selection of articles regarding carbon monoxide exposure to humans.  My medical opinions in this case are based upon these documents as well as my training and experience as a board certified forensic pathologist. My  CV,  list of testimonies and rates are also attached.

In my medical opinion, Mr. Cruz died as the result of carbon monoxide intoxication.  It is further my opinion within a reasonable degree of medical certainty that the time of death most likely occurred in the early a.m. hours of December 15th, 1997.  Neither soot nor smoke inhalation played any role in this man's death.  As more information becomes available, additional opinions may be given or existing opinions may be modified.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Robert C. Bux, M.D., FCAP

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | ROBERT C. BUX, M.D. |
| **OFFICE:** | Bexar County Forensic Science Center<br>7337 Louis Pasteur<br>San Antonio, TX  78229-4565<br>(210) 335-4054 |
| **DATE OF BIRTH:** | May 22, 1948 |
| **PLACE OF BIRTH:** | Columbus, Kansas |

## EDUCATION

| | |
|---|---|
| College | University of Washington, Seattle, WA,<br>Bachelor of Science in Zoology,<br>1966-1970 |
| Medical School | Universidad Autonoma de Guadalajara,<br>Guadalajara, Jalisco, Mexico,<br>1970-1974 |
| Rotating Internship | The Moncton Hospital, Moncton, New<br>Brunswick, Canada, July 1974 -<br>June 1975 |
| Residency in Pathology | Brooke Army Medical Center<br>San Antonio, TX, July 1978 - June 1982<br>Anatomic and  Clinical Pathology |
| Fellowship | Bexar County Forensic Science Center<br>San Antonio, TX, August 1984 -<br>July 1985, Forensic Pathology |

## BOARD CERTIFICATION

| | |
|---|---|
| American Board of Pathology | ANATOMICAL PATHOLOGY, 1982 |
| American Board of Pathology | CLINICAL PATHOLOGY, 1982 |
| American Board of Pathology | FORENSIC PATHOLOGY, 1985 |

## LICENSURE AND CERTIFICATIONS

Licensure                                            New Mexico, 1976
                                                     Texas, 1978
                                                     California, 1980
                                                     Colorado, 1982

## PRESENT POSITION

Deputy Chief Medical Examiner                        Bexar County Forensic Science Center
                                                     San Antonio, TX - June 1992 to present

## PAST POSITIONS

Staff Medical Examiner                               Bexar County Forensic Science Center
                                                     San Antonio, TX - August 1985-May 1992

Chief Dept. of Pathology                             U.S. Army Hospital, Fort Carson, CO
                                                     March - September 1984

Assistant Chief Dept. of Pathology                   U.S. Army Hospital, Fort Carson, CO
                                                     July 1982 - March 1984

Part-Time Emergency Room Physician                   EPA and TEXEM
                                                     October 1978 - January 1991

## MILITARY SERVICE AND AWARDS

Major, Medical Corps, United States Army Reserve, October 1971 - Present

United States Army Commendation Medal, Fort Ord, CA, 1978; Fort Carson, CO, 1984

Meritorious Service Medal, Fort Carson, CO, 1984

## MEDICAL SOCIETY MEMBERSHIPS

Bexar County Medical Society, San Antonio, TX, 1980 - present

Texas Medical Association, 1981 - present

American Medical Association, 1981 - present

College of American Pathologists, 1980 - present (Fellow - 1983)

National Association of Medical Examiners

American Academy of Forensic Sciences 1989 - present (Fellow - 1998)

## OTHER PROFESSIONAL OFFICES AND APPOINTMENTS

Board of Directors, San Antonio Chapter, National Sudden Infant Death Foundation 1987-1997
Advisor - 1997 to present

Instructor in Intubation for EMS Paramedics 1988-98

Faculty, Southwest Symposium on Forensic Dentistry, 1986, 1988, 1990, 1992, 1994, 1996,
1998 - University of Texas Health Science Center School of Dentistry

Member, Texas Multidisciplinary Task Force on Children's Justice 1993-1995

Member, Child Fatality Death Review for Bexar County - 1993 to present

Member, Child Fatality Death Review for State of Texas - Original member 1994 and helped
write Legislation in 1994 which was adopted by the State Legislature in 1995

Board of Editors, The American Journal of Forensic Medicine and Pathology - 1997 to present

Clinical Assistant Professor of Pathology UTHSC San Antonio, Texas - 1998 to present

## INTERNATIONAL PROFESSIONAL ACTIVITIES

1.   United Nations International War Crimes Tribunal for the former Yugoslavia
     Participated in exhumation of mass graves, September 21 - October 5, 1996 near Tuzla,
     Bosnia under the direction of Physicians for Human Rights

2.   Guest Lecturer - Forensic Science Conference "Forensics for the 21st Century" Sponsored
     by Procuraduria General de Justicia del Distrito Federal, Mexico, DF August 4-7, 1997

3.   Organization of American States Court of Inter-American Human Rights, San Jose, Costa
     Rica - Testified for the Inter-American Commission on Human Rights of the
     Organization of American States in the case of "Panel Blanca", the case of Elizabeth
     Panniagua, et al, vs Guatemala

4.   Participant in exhumation of Archbishop Juan Jose Gerardi, appointed Forensic Medical
     Expert for the Archdiocese of Guatemala in Guatemala City, Guatemala - September 16-
     18, 1998

5.   Organization of American States Court of Inter-American Human Rights, San Jose Costa
     Rica - January 20-29, 1999 - Testified as Forensic Expert appointed by the Court of
     Inter-American Rights in the case of Villagran Morales, et al, vs Guatemala (11.383)

6.   Exhumation of Julian Cho, Mayan Cultural Leader in Punta Gorda, Belize for Physicians
     for Human Rights - January 31-February 2, 1999

## PUBLICATIONS

1. DiMaio, V.J.M,. Dana, S.E. and Bux, R.C. "Deaths Caused by Restraint Vest", JAMA 255:905, 1986.

2. Bick, D., Curry, C.J., McGill, J.R., Schordent, D.F., Bux, R.C. and Moore, C., "Male Infant with Ichthyosis, Kallman Syndrome Chondrodysplasia Punctata, and an $X_p$ Chromosome Deletion" AM. J. Med. Genet 33 (1): 100-7, May 1989.

3. DiMaio, V.J.M., Dana, S.E., and Bux, R.C., "Sudden Cardiac Death" (Letter), NEJM 322:271, January 1990.

4. Taylor, R., Bux, R.C. and Kirk, D., Forensic Pathology In Homicide Cases, 40 AM Jur Trials, 501-627, 1990.

5. Taylor, R., Bux, R.C. and Kirk, D., Self Defense in Homicide Cases, 42 Am Jur Trials, 151-312, 1991.

6. Bux, R.C. and McDowell, J., "Death Due To Attack From Chow Dog", AM J. of Forensic Med and Path, 13(4):305-8, December 1992.

7. Drenner, D., Bux, R.C., Muscat, P., Ratner, R. & Saldivar, V., "Sudden Death Following Attempted Removal of an Indwelling Central Venous Catheter: A Case Report", In preparation for publication.



**Unified Engineering Inc.**

78 Eisenhower Lane North
Lombard, Illinois  60148

Phone: 630/261-3031
Fax: 630/261-9279

http://www.unified-eng.com

Writer's direct dial: 630/261-9074
e-mail: streit@unified-eng.com

December 30, 1999                                    Fax & US Mail

Mr. Terry Henry
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103

Re:     Garcia vs. BRK Brands, Inc.
        Unified Engineering, Inc. File No. 1693

Dear Mr. Henry:

Enclosed is a summary of my opinions to date of the subject smoke detector in the above-captioned matter.  I am presently employed by Unified Engineering, Inc. as a chemist and materials analyst.  As a scientist, I have been educated and have experience in the areas of, among other things, surface analysis, microanalysis, material characterization, chemistry, chemical analysis, and material flammability.  My current *curriculum vite,* testimony list, and rate sheet are attached.

As part of my training, education and work experience, I have been extensively involved in the examination, analysis and testing of consumer products including, specifically, smoke detectors.  I am also experienced in the examination, analysis and testing of consumer products that have been involved in fires and exposed to products of combustion.  As part of my duties and responsibilities as a chemist and materials analyst, I routinely examine, analyze and test various consumer products, specifically smoke detectors, to determine the manner in which the product operated when exposed to combustion products.

In summary, my opinions in this matter are as follows:

1.      The battery supplied with the subject unit during my inspections could not have been in the detector at the time of the incident.

2.      There is conflicting evidence regarding placement of the battery within the subject smoke detector during the incident.

3.      No battery was connected to the circuit board terminals during the event.

4.      There is no evidence of sonic deposition present to suggest that the detector sounded its alarm.

5.      That the detector may not have sounded an alarm would be consistent with the conclusion that no battery was connected.

On April 20, 1999 and December 14, 1999, I, Dr. Lori Streit, Unified Engineering, examined the remains of a smoke detector that was alleged to have been present in the dwelling of Manuel Cruz at the time of his carbon monoxide poisoning death that occurred on December 16, 1997.  During these inspections of the subject detector, I performed a visual examination and also used a 10X magnifier, mirrors, and an 8X-40X stereo-optical microscope to examine various areas of the detector and to photographically document the detector.  In addition to those inspections, I have reviewed:

1.      Plaintiffs' Original Petition
2.      Original Answer of Defendant, BRK Brands, Inc.
3.      Certificate of Death
4.      Cameron County Sheriff's Department Case Report dated 12/16/97
5.      Pathology Report of DeWitt S. Davenport, MD
6.      Interview of Kenya Sosa dated 2/5/99
7.      Interview of Kenya Sosa dated 2/16/99
8.      Smoke Detector Examination, Report of Opinions by E. Wayne McCain, PE dated September 28, 1999
9.      Interim Report of Investigation and Analysis by Michael J. Schulz dated October 29, 1999
10.     Preliminary Report of B. Don Russell, Ph.D., P.E. dated September 28, 1999
11.     Site Visit Report of Mr. Reed (Mac) McClintock dated July 29, 1999
12.     Preliminary Report of Doug Holmes dated October 15, 1999
13.     Sheriff's Photographs

Based on my education, experience, review of the above, and examination of the subject smoke detector, my opinions in regard to this matter are as follows:

1.      There are facts that indicate that the smoke detector was mis-handled and evidence spoliated both prior to my first inspection on April 20, 1999 and again before my second inspection on December 14, 1999.

    A.      Fingerprint alterations of soot deposits on the p-horn outer surfaces and in the p-horn central opening are evidence that soot on the p-horn plastic housing had been disturbed prior to this investigators inspection. This alteration of the artifact made interpretation of sonic deposition difficult.
    B.      Soot patterns on the detector had been disturbed after examination by Unified Engineering, Inc. on April 20, 1999 but before the second examination by Unified Engineering, Inc. on December 14, 1999.
    C.      Marks on the battery were created after examination by Unified Engineering, Inc. on April 20, 1999 but before the second examination by Unified Engineering, Inc. on December 14, 1999.

2.      The battery housing is too clean compared to the rest of the detector.

2

A.   No accumulation of soot is present on surfaces of the battery.  The white printing is bright, not dulled by a layer of soot.  No soot patterns are present where the battery surfaces would have been protected by the plastic retention arms of the subject unit, yet the plastic arms contain a significant amount of soot.

B.   No soot is collected in crevices and edges on the bottom of the battery, the area of the battery that would have been exposed to the direction that most of the soot was entering the chamber if it had been connected to the terminal contacts.

C.   No soot has collected in the crevice where the battery case joins together on the positive terminal side.  Yet, there is a heavy soot layer on the plastic retention arm at that location.

D.   The red top of the battery where the terminals are located is too clean.  No soot layer was observed on this surface.  Other components in the detector near where one would expect to find a properly installed battery are significantly sooted; most notably the circuit board, base, p-horn, board clips, ionization chamber.

E.   No fingerprints were observed on the battery housing as were observed on the detector surfaces.  These fingerprints were found in close proximity to the battery compartment.  These fingerprints indicate disturbance of the soot layer.  There were no fingerprints on the battery because there was no soot layer to disturb.

F.   Soot particles are present on the surface of the circuit board battery terminals that would have been protected had a battery been connected.  No soot layer was observed on terminals located on the battery.

3.   Evidence that any battery was in the detector during the event is conflicting.

A.   Some areas appear to have been protected by a battery (base between the contact arms) while others that should have also been covered by a battery were sooted (inside the retention arms and areas of the base adjacent to the retention arms).

B.   The presence of soot on the battery terminals located on the circuit board is evidence that a battery was not connected to them, otherwise those areas would have been in contact with the battery and would have been clean.

4.   When powered by the battery presented with the subject detector, the unit sounds an alarm when the test button is depressed.

5.   There is no evidence of sonic deposition observed on the p-horn.  This may mean that the horn did not sound.

6.   No visible thermal damage was evident to the detector housing.

Based on my findings and for reasons stated above, it is my opinion, to a reasonable degree of scientific certainty, that the battery supplied with the subject unit during my

3

inspections could not have been in the detector at the time of the incident. There is conflicting evidence regarding placement of a battery within the detector during the incident. However, no battery was connected to the circuit board terminals. There is no evidence of sonic deposition present to suggest that the detector sounded during the event. That the detector did not sound its alarm would be consistent with the conclusion that no battery was connected.

I reserve the right to amend my opinions should additional information become available.

Respectfully submitted,

Lori A. Streit, Ph.D.
Principal
Chemical and Environmental Science

4



**Unified Engineering Inc.**

78 Eisenhower Lane North
Lombard, Illinois 60148

Phone: 630/261-3031
Fax: 630/261-9279

Writer's direct dial: 630/261-9074

# Lori A. Streit, Ph.D.
## Chemical and Environmental Science

Dr. Streit is a scientist with education and experience in the areas of surface analysis, microanalysis, materials characterization, chemistry, chemical analysis, material flammability, environmental science, and chemical safety and health. She has experience in the analysis and characterization of many substances, some of which are chemicals, metals, alloys, semiconductors, plastic, rubber, glass, ceramics, polymers, paper, textiles, minerals, composites, soot, soil, water, and air.

## Employment

| | |
|---|---|
| 1995-Present | Principal, Unified Engineering, Inc., Lombard, IL |
| 1990-1995 | Manager, Chemical and Environmental Science, Packer Engineering, Inc., Naperville, IL |
| 1990-1995 | Safety Director, Packer Engineering, Inc. Naperville, IL |
| 1987-1990 | Research Scientist, McCrone Associates, Inc., Westmont, IL |
| 1988 | Adjunct Professor of Chemistry, Elmhurst College, Elmhurst, IL |
| 1985-1987 | Research Assistant, Arizona State University, Tempe, AZ |
| 1983-1985 | Teaching Assistant, Arizona State University, Tempe, AZ |
| 1982-1983 | Research Technician, FMC Corp., Princeton, NJ |
| 1982 | Research Technician, Mobil Oil Corp., Trenton, NJ |

## Education

| | |
|---|---|
| 1987 | Ph.D. in Analytical Chemistry/Surface Analysis, Arizona State University, Tempe, AZ |
| 1983 | B.S. in Chemistry, Trenton State College, Trenton, NJ |

## Continuing Education

| | |
|---|---|
| 1996 | OSHA 10-hour Occupational Safety & Health Course |
| 1993 | ASM Material Testing Methods |
| 1990, 1991 | Asbestos Worker Certification |
| 1990 | Fire Investigation Techniques, SIAAI |
| 1987 | Polarized Light Microscopy, McCrone Research Institute |

## Professional Societies

American Chemical Society: Analytical Chemistry Division, Chemical Safety Division
American Society of Materials International (ASM)
Microbeam Analysis Society (MAS)
National Environmental Health Association (NEHA)
National Fire Protection Association (NFPA)

## Associations

| | |
|---|---|
| 1993-1997 | Arizona State University Alumni Association Board of Directors |
| 1992-Present | Illinois School District 203, Business/Education Advisory Board |
| 1991-1998 | Congressman Fawell's Education Advisory Committee |
| 1994-1995 | Packer Engineering, Inc. Board of Directors |
| 1991-1993 | American Vacuum Society, Illinois Chapter, Board of Directors |

## Awards

| | |
|---|---|
| 1987 | J. Kocoyanakis Analytical Chemistry Award, ASU |
| 1987 | AVS Arizona Chapter Student Poster Award |
| 1986 | AVS National Student Award |
| 1986 | MAS Distinguished Scholar Award |
| 1986 | ASU Superior Teaching Assistant Award |
| 1985 | Arizona Board of Regents Graduate Academic Scholarship |

## Publications

"Quantitative analysis using sputtered neutrals in a secondary ion microanalyzer", P. Williams and L.A. Streit, Nucl. Instrum. Methods. B15 (1986) 159-164.

"Effect of microstructure on the arsenic profile in implanted silicon", W.A. Coughlan, M.H. Rhee, J.M. Williams, L.A. Streit, and P. Williams, Nucl. Instrum. Methods. B16 (1986) 171-176.

"Quantitative SIMS microanalysis of trace elements in geological samples using *in situ* ion-implanted standards", L.A. Streit, R.L. Hervig, and P. Williams, M.A.S. 22nd National Meeting, Albuquerque, 1986; M.A.S. Conf. Proc. (1986) 91-94.

"Quantitative analysis of chemical vapor deposited refractory metal silicides", L.A. Streit and P. Williams, A.V.S. 33rd National Meeting, Baltimore, 1986; J. Vac. Sci. Technol. A5(4) (1987) 1979-1983.

"Limits of sensitivity in secondary ion mass spectrometry", P. Williams, L.A. Streit, and R.T. Lareau, J. Mass Spec. and Ion Proc. (1987).

"A hollow cathode ion source for SIMS / *in situ* ion implantation of metals", L.A. Streit and P. Williams, SIMS VI International Conference, Paris, 1987; Secondary Ion Mass Spectrometry, SIMS VI (1988) 201-204.

"Development of quantitative analytical methods for secondary ion mass spectrometry", L.A. Streit, thesis, 1987.

"SIMS / *in situ* ion implantation of metals and semiconductors generated by a hollow cathode ion source", L.A. Streit and P. Williams, Anal. Chem. 1988.

"XPS / AES study of contact surface contamination", L.A. Streit and S.L. Maher, Applied Surface Science Meeting, Denver, 1988.

"Factors affecting trace determination of hydrogen by secondary ion mass spectrometry", L.A. Streit and C. Bowers, SIMS VII, Montery, 1989.

"SIMS image analysis of light element distributions in carbon composite material", L.A. Streit, SIMS VII, Montery, 1989.

"Investigations of a Black Soot Phenomenon in Florida Residential Structures Associated with New Installation of Central Heating and Air Conditioning Systems", J.D. Krause, K.K. Al-Ahmady, and L.A. Streit, Proceedings of the Engineering Conference on Air and Waste Management, North Carolina, July, 1997.



# Unified Engineering Inc.

78 Eisenhower Lane North
Lombard, Illinois 60148
phone: 630/261-3031
fax: 630/261-9279
http://www.unified-eng.com

# Directory of Services

Unified Engineering offers its clients engineering and scientific analyses of the highest quality. These analyses cover the fields of:

*Mechanical engineering*, including stress analysis, dynamics and vibration analysis, heat transfer, hydraulics, fluid mechanics, and finite element analysis.

*Civil engineering*, including soil mechanics and the analysis of constructed facilities in steel, concrete, masonry and timber.

*Accident reconstruction*, including automotive, railroad, agricultural, industrial, residential and commercial construction, photogrammetry, and cause and origin determination.

*Engineering mechanics*, including fatigue analysis, fracture mechanics, and experimental mechanics.

*Agricultural engineering*, including farm and garden machinery analysis.

*Chemistry*, including organic and inorganic analysis, surface analysis, micro-analysis, and chemical and material flammability analysis.

*Chemical health and safety*, including personal chemical exposure analysis, safety audits, and development of safety programs.

*Environmental science*, including sampling, chemical analysis, and contaminant and particulate identification.

*Reliability engineering*, including fault-tree analysis, event-tree analysis, and failure modes, effects and criticality analysis.

*Safety engineering*, including human factors analysis and warnings and instruction design.

## Personnel

The five principals of Unified Engineering are:

*William R. Borghoff, P.E.*
Mr. Borghoff has over 30 years experience in designing, testing, developing, manufacturing, and analyzing off-highway machines, components, manuals, and labeling. He has performed many accident investigations involving agricultural, construction, and industrial equipment.

*Michael J. Clemens, P.E.*
Mr. Clemens has over 25 years experience in consulting, designing, analyzing, and testing of mechanical systems. He specializes in applied mechanics relating to structural analysis (finite element methods), linear and torsional vibrations, computer-aided engineering, and mechanical testing.

*David E. Dix, P.E.*
Mr. Dix has over 17 years consulting experience in the analysis, testing, and inspection of mechanical systems. The scope of his projects has included stress analysis, fluid mechanics, heat transfer, accident reconstruction/failure analysis, dynamic and static testing, and durability testing.

*Mark A. Lawrence, Ph.D., P.E.*
Dr. Lawrence has over 14 years of experience in teaching, research, and engineering consulting. With a background in both civil and mechanical engineering, Dr. Lawrence provides broad expertise in engineering mechanics and reliability as applied to constructed facilities, construction equipment, and industrial machinery.

*Lori A. Streit, Ph.D.*
Dr. Streit has over 12 years of experience in scientific consulting. Her areas of specialization include materials characterization, microanalysis, surface analysis, chemistry and chemical analysis, chemical health and safety, and environmental science.

## Fee Schedule

In most cases, Unified Engineering projects can be categorized in one of two ways:

*Fixed -price projects*

For projects with a well-defined scope of work, Unified's services can be rendered for a fixed price agreed upon before the work commences.
Fixed price projects will be billed upon completion unless other arrangements are made in advance.

*Time-and-expense projects*

For more open-ended projects, Unified will charge for the time of its professional staff according to the following schedule:

| | |
|---|---|
| William R. Borghoff | $160/hour |
| Michael J. Clemens | $160/hour |
| David E. Dix | $160/hour |
| Mark A. Lawrence | $180/hour |
| Lori A. Streit | $175/hour |

Expenses incurred for travel, meals, lodging, photographic and videographic supplies and processing, as well as other items and services required for project work will be charged to the client with no additional fees attached. Usage fees for certain computer, videographic, and laboratory equipment will also be charged. Normal office expenses for photocopies, faxes, telephone calls and the like will not be charged to the client.

Time-and-expense projects will be billed monthly or upon the completion of project milestones. Unified operates on a net thirty day term for payment of invoices unless other arrangements are made in advance.

*January, 1999*

# Jose Garcia, et al
# vs.
# BRK Brands, Inc.

# Projected Economic Damages
# of Manuel Cruz

# December 28, 1999

ChkPDF - www.fastio.com

TABLE OF CONTENTS

Page

Accountants' Report.............................................................   1-3

Summary of the Net Present Value of Projected Future
Earnings, Fringe Benefits, Lost Household Services and
Personal Consumption Expenses...............................................   4

Worklife Estimates Table...........................…...………………....   5

Consumption Costs for Adults as Percent of Income......................   6

Partial Listing of Cases of Testimony of Carlos H. Cascos..............   7

Compensation.................................................................   7

Curriculum Vitae of Carlos H. Cascos......................................   8

# PB&H

## PATTILLO, BROWN & HILL, L.L.P.
### CERTIFIED PUBLIC ACCOUNTANTS ■ BUSINESS CONSULTANTS

December 28, 1999

Ms. Elizabeth G. Neally, Esq.
Roerig, Oliveira & Fisher, LLP
855 W. Price Rd.
Brownsville, Texas 78520

*Re: Garcia, et al vs. BRK Brands, Inc.,*
U. S. District Court, Southern District at
Brownsville
Civil Action No.B-98-186

Dear Ms. Neally,

Pursuant to your request, I have computed the net present value (NPV) of the projected economic damages as a result of Manuel Cruz's death. As outlined in my curriculum vitae which is attached to this report, I am a member of the American Institute, Texas Society and Rio Grande Valley Chapter of Certified Public Accountants. In addition, I am a member of the Association of Government Accountants and the American College of Forensic Examiners. I have been providing litigation services for approximately ten years. These services have included computing economic damages, valuations of businesses and determining lost or impaired earning capacity for individuals.

I am one of four partners in the accounting firm of Pattillo, Brown & Hill, LLP. Pattillo, Brown & Hill, LLP is a regional accounting firm with offices in Waco, Hillsboro & Brownsville, Texas and in Albuquerque, New Mexico. We currently employ approximately 100 professionals. Our services include governmental and commercial audits, tax services, employee benefit plans and litigation support.

Although the future cannot be predicted, estimated economic damages can be projected by relying on certain economic and societal factors such as historical financial trends, work life expectancies, costs of living and inflation rates. Economic damages can be calculated by projecting future financial benefits and discounting those financial benefits to present value dollars. These economic damages are contingent on certain conditions existing now and the assumptions made regarding the future. A summary of the projected economic damages, assumptions used and information relied upon to compute the net present value of the projected economic damages sustained as a result of Mr. Manuel Cruz's death is as follows:

*Projected Economic Damages of Manuel Cruz Will Include the Following:*

1. NPV of earnings he may have earned during his work life expectancy.
2. NPV of the fringe benefits related to his earnings.
3. NPV of lost household services.

The NPV of the projected earnings & related fringe benefits have been reduced by the NPV of personal consumption expenses. Mr. Cruz's child support obligations are not included as part of the economic damages. To compute child support lost in addition to the earnings lost is inappropriate in that child support payments are paid from the income earned. Therefore child support payments should not be added to the income stream.

*Assumptions Used in Arriving at the Projected Economic Damages of Manuel Cruz:*

1. Date of birth was June 7, 1968.
2. Date of death was December 16, 1997.
3. At the time of death, Mr. Cruz was divorced and paying child support to one child, Brittany Cox, whose date of birth is July 19, 1995.
4. Mr. Cruz had a high school education and some college.

5. At the time of death Mr. Cruz was unemployed. However, he had been employed as a police officer with the City of Port Isabel, with annual earnings of $17,400.
6. Mr. Cruz had a work life expectancy of 30.6 years.
7. Although no evidence has been provided supporting that Mr. Cruz had been receiving a 3% increase in compensation during his employment, for purposes of this report a 3% increase in annual compensation through his retirement was assumed.
8. Fringe benefits were estimated to be 12% annually. These were also subject to the 3% annual increase mentioned above. Fringe benefits may include items such as fica/medicare, health insurance, workman's compensation and unemployment compensation. Again, no evidence has been provided that would indicate whether this percentage is accurate, however, in my opinion, it is reasonable.
9. No evidence has been presented that supports any loss of household services, however, for purposes of this report, lost household services were calculated assuming 5 hours per week at the federal minimum wage rate of $5.15 per hour. A 3% increase per year in this rate was also assumed.
10. I assumed an annual discount rate of 6%.
11. No other increases in compensation, such as bonuses, vacation pay, sick leave or merit pay increases, in excess of the 3%, were considered in my calculations.
12. He would have been employed as a police officer or in a comparable position throughout his work life expectancy.

## Information Obtained, Reviewed and/or Relied Upon:

1. Information obtained through correspondence dated November 30, 1999 from Ms. Elizabeth G. Neally, defense attorney.
2. Plaintiff's first amended original complaint.
3. Amended answer of defendant.
4. Evaluation of Economic Damages, prepared by Everett G. Dillman, PhD.
5. Practitioner's Publishing Co.'s Guide to Economic Damages.

## Procedures & Methodology

1. Determined the decedent's age at time of death and his work life expectancy utilizing the Bureau of Labor Statistics Work–life Estimates, which indicated that the work life expectancy was 30.6 years.
2. Began with a base salary of $17,400 and fringe benefits of 12%, and increased that salary and fringe benefits by 3% per year through the end of his work life expectancy.
3. Utilizing the Bureau of Labor Statistics Expenditure Survey, 1994-95, determined the average personal consumption costs for one person, using the projected earnings as the family income bracket. The percentages used based on level of income are as follows:

| Salary Range | % Used |
|---|---|
| $15,000 - $19,999 | 90.50% |
| $20,000 - $29,999 | 76.00% |
| $30,000 - $39,999 | 65.50% |
| $40,000 - $49,999 | 55.00% |

4. Lost household services was computed by applying the current federal minimum wage rate of $5.15 per hour and increasing that amount by 3% annually, and applying that to 5 hours per week.
5. The personal consumption expenses was deducted from the projected earnings & fringe benefits.
6. A discount rate of 6% was applied to the projected earnings, fringe benefits, personal consumption expenses and lost household services to arrive at the net present value of those amounts.

Based on the computations outlined on Schedule A, the net present value of the projected economic damages through December 31, 2027 is summarized as follows:

| | | |
|---|---|---|
| NPV of Projected Earnings | $ | 363,002 |
| NPV of Fringe Benefits | | 43,562 |
| NPV of Lost Household Services | | 27,222 |
| NPV of Personal Consumption Expenses | | (310,841) |
| Totals | $ | 122,945 |

Pattillo, Brown & Hill, LLP reserves the right to supplement or change this report if new information is provided and becomes available.

Should you have any questions or if additional information is needed, please do not hesitate to contact me.

Sincerely,

Carlos H. Cascos, CPA, CGFM, DABFA

CutePDF - www.texisx.com

**Schedule A**

Garcia, et al vs. BRK Brands, Inc.
Summary of the Net Present Value of Projected
Future Earnings, Fringe Benefits, Lost Household Services
and Personal Consumption Expenses of Manuel Cruz
December 17, 1997 thru December 31, 2027
Utilizing a Discount Factor of 6%

| | | ECONOMIC DAMAGES | | | | | |
|---|---|---|---|---|---|---|---|
| Age | Employment Dates | Projected Earnings | NPV of Projected Earnings | FB at 12% of Earnings | NPV of FB | NPV of PCE | NPV of LHS |
| 29 | Dec 17, 1997 thru Dec 31, 1997 | $ 667 | $ 667 | $ 80 | $ 80 | $ 676 | $ 52 |
| 30 | Calendar year 1998 | 17,400 | 17,400 | 2,088 | 2,088 | 17,637 | 1,339 |
| 31 | Calendar year 1999 | 17,922 | 17,922 | 2,151 | 2,151 | 18,166 | 1,339 |
| 32 | Calendar year 2000 | 18,460 | 17,415 | 2,215 | 2,090 | 17,652 | 1,301 |
| 33 | Calendar year 2001 | 19,013 | 16,922 | 2,282 | 2,031 | 17,152 | 1,265 |
| 34 | Calendar year 2002 | 19,584 | 16,443 | 2,350 | 1,973 | 16,667 | 1,228 |
| 35 | Calendar year 2003 | 20,171 | 15,978 | 2,421 | 1,917 | 13,600 | 1,194 |
| 36 | Calendar year 2004 | 20,777 | 15,525 | 2,493 | 1,863 | 13,215 | 1,160 |
| 37 | Calendar year 2005 | 21,400 | 15,086 | 2,568 | 1,810 | 12,841 | 1,127 |
| 38 | Calendar year 2006 | 22,042 | 14,659 | 2,645 | 1,759 | 12,478 | 1,095 |
| 39 | Calendar year 2007 | 22,703 | 13,438 | 2,724 | 1,613 | 11,438 | 1,064 |
| 40 | Calendar year 2008 | 23,384 | 13,058 | 2,806 | 1,567 | 11,115 | 976 |
| 41 | Calendar year 2009 | 24,086 | 12,688 | 2,890 | 1,523 | 10,800 | 948 |
| 42 | Calendar year 2010 | 24,808 | 12,329 | 2,977 | 1,479 | 10,494 | 921 |
| 43 | Calendar year 2011 | 25,552 | 11,980 | 3,066 | 1,438 | 10,197 | 895 |
| 44 | Calendar year 2012 | 26,319 | 11,641 | 3,158 | 1,397 | 9,909 | 870 |
| 45 | Calendar year 2013 | 27,109 | 11,311 | 3,253 | 1,357 | 9,628 | 845 |
| 46 | Calendar year 2014 | 27,922 | 10,991 | 3,351 | 1,319 | 9,356 | 821 |
| 47 | Calendar year 2015 | 28,760 | 10,680 | 3,451 | 1,282 | 9,091 | 798 |
| 48 | Calendar year 2016 | 29,622 | 10,378 | 3,555 | 1,245 | 8,834 | 775 |
| 49 | Calendar year 2017 | 30,511 | 10,084 | 3,661 | 1,210 | 7,398 | 753 |
| 50 | Calendar year 2018 | 31,426 | 9,799 | 3,771 | 1,176 | 7,188 | 732 |
| 51 | Calendar year 2019 | 32,369 | 9,522 | 3,884 | 1,143 | 6,985 | 711 |
| 52 | Calendar year 2020 | 33,340 | 9,252 | 4,001 | 1,110 | 6,787 | 691 |
| 53 | Calendar year 2021 | 34,340 | 8,990 | 4,121 | 1,079 | 6,595 | 672 |
| 54 | Calendar year 2022 | 35,371 | 8,736 | 4,244 | 1,048 | 6,409 | 653 |
| 55 | Calendar year 2023 | 36,432 | 8,489 | 4,372 | 1,019 | 6,227 | 634 |
| 56 | Calendar year 2024 | 37,525 | 8,248 | 4,503 | 990 | 6,051 | 616 |
| 57 | Calendar year 2025 | 38,650 | 8,015 | 4,638 | 962 | 5,880 | 599 |
| 58 | Calendar year 2026 | 39,810 | 7,788 | 4,777 | 935 | 5,713 | 582 |
| 59 | Calendar year 2027 | 41,004 | 7,568 | 4,921 | 908 | 4,662 | 565 |
| | TOTALS | $828,479 | $363,002 | $ 99,417 | $43,562 | $310,841 | $ 27,222 |

-4-

## EXHIBIT 4-6

## Excerpt from *Worklife Estimates: Effects of Race and Education*

Table A-3. Worklife expectancies for men by schooling completed, 1979-80.

(Average years remaining)

| Age | Life expectancy [1] | Less than high school | | | High school to 14 years | | | 15 years or more of schooling | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Currently active | Currently inactive | Total | Currently active | Currently inactive | Total | Currently active | Currently inactive |
| $x$ | $_x e^a_x$ | $_x e^a_x$ | $_a e^a_x$ | $_i e^a_x$ | $_x e^a_x$ | $_a e^a_x$ | $_i e^a_x$ | $_x e^a_x$ | $_a e^a_x$ | $_i e^a_x$ |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 16 | 55.5 | 34.8 | 35.6 | 34.0 | - | - | - | - | - | - |
| 17 | 54.6 | 34.3 | 35.0 | 33.4 | - | - | - | - | - | - |
| 18 | 53.7 | 33.8 | 34.5 | 32.8 | 38.9 | 39.5 | 37.9 | - | - | - |
| 19 | 52.8 | 33.2 | 33.9 | 32.1 | 38.3 | 38.8 | 37.2 | - | - | - |
| 20 | 51.8 | 32.6 | 33.3 | 31.5 | 37.6 | 38.1 | 36.5 | 39.5 | 40.2 | 38.5 |
| 21 | 50.9 | 32.0 | 32.6 | 30.9 | 36.9 | 37.3 | 35.7 | 38.9 | 39.6 | 37.8 |
| 22 | 50.0 | 31.4 | 32.0 | 30.0 | 36.1 | 36.6 | 34.9 | 38.3 | 38.9 | 37.1 |
| 23 | 49.1 | 30.7 | 31.2 | 29.3 | 35.4 | 35.8 | 34.1 | 37.6 | 38.2 | 36.4 |
| 24 | 48.2 | 30.0 | 30.5 | 28.4 | 34.6 | 34.9 | 33.3 | 36.9 | 37.4 | 35.6 |
| 25 | 47.3 | 29.2 | 29.8 | 27.6 | 33.8 | 34.1 | 32.4 | 36.1 | 36.6 | 34.8 |
| 26 | 46.4 | 28.5 | 29.0 | 26.8 | 32.9 | 33.2 | 31.5 | 35.3 | 35.8 | 34.0 |
| 27 | 45.5 | 27.7 | 28.2 | 26.0 | 32.1 | 32.4 | 30.5 | 34.5 | 34.9 | 33.1 |
| 28 | 44.6 | 26.9 | 27.5 | 25.1 | 31.2 | 31.5 | 29.6 | 33.6 | 34.0 | 32.2 |
| 29 | 43.7 | 26.2 | 26.7 | 24.1 | 30.3 | 30.6 | 28.7 | 32.8 | 33.2 | 31.3 |
| 30 | 42.9 | 25.4 | 25.9 | 23.0 | 29.4 | 29.7 | 27.7 | 31.9 | 32.3 | 30.4 |
| 31 | 41.9 | 24.6 | 25.2 | 22.1 | 28.5 | 28.9 | 26.7 | 31.0 | 31.4 | 29.5 |
| 32 | 40.9 | 23.8 | 24.4 | 21.1 | 27.7 | 28.0 | 25.7 | 30.1 | 30.5 | 28.6 |
| 33 | 40.0 | 23.0 | 23.6 | 20.3 | 26.8 | 27.1 | 24.7 | 29.2 | 29.6 | 27.7 |
| 34 | 39.1 | 22.2 | 22.8 | 19.4 | 25.9 | 26.2 | 23.6 | 28.3 | 28.7 | 26.8 |
| 35 | 38.2 | 21.3 | 22.0 | 18.5 | 25.0 | 25.4 | 22.6 | 27.4 | 27.7 | 25.9 |
| 36 | 37.3 | 20.5 | 21.2 | 17.5 | 24.1 | 24.5 | 21.6 | 26.5 | 26.8 | 24.9 |
| 37 | 36.3 | 19.7 | 20.4 | 16.6 | 23.2 | 23.6 | 20.5 | 25.6 | 25.9 | 23.9 |
| 38 | 35.4 | 18.9 | 19.5 | 15.8 | 22.3 | 22.8 | 19.4 | 24.6 | 25.0 | 22.9 |
| 39 | 34.5 | 18.1 | 18.9 | 14.9 | 21.5 | 21.9 | 18.4 | 23.7 | 24.1 | 21.9 |
| 40 | 33.6 | 17.3 | 18.1 | 14.0 | 20.6 | 21.0 | 17.3 | 22.8 | 23.2 | 20.9 |
| 41 | 32.7 | 16.5 | 17.3 | 13.1 | 19.7 | 20.2 | 16.3 | 21.9 | 22.3 | 19.8 |
| 42 | 31.8 | 15.7 | 16.6 | 12.2 | 18.8 | 19.3 | 15.4 | 21.0 | 21.4 | 18.8 |
| 43 | 30.9 | 15.0 | 15.8 | 11.3 | 18.0 | 18.5 | 14.5 | 20.1 | 20.5 | 17.6 |
| 44 | 30.1 | 14.2 | 15.1 | 10.3 | 17.1 | 17.6 | 13.5 | 19.2 | 19.7 | 16.5 |
| 45 | 29.2 | 13.4 | 14.3 | 9.5 | 16.3 | 16.8 | 12.6 | 18.4 | 18.8 | 15.5 |
| 46 | 28.3 | 12.6 | 13.6 | 8.7 | 15.4 | 16.0 | 11.7 | 17.5 | 17.9 | 14.5 |
| 47 | 27.5 | 11.9 | 12.9 | 7.9 | 14.6 | 15.1 | 10.9 | 16.6 | 17.1 | 13.5 |
| 48 | 26.6 | 11.1 | 12.1 | 7.1 | 13.7 | 14.3 | 10.1 | 15.8 | 16.2 | 12.5 |
| 49 | 25.8 | 10.4 | 11.4 | 6.4 | 12.9 | 13.5 | 9.3 | 14.9 | 15.4 | 11.5 |
| 50 | 25.0 | 9.6 | 10.7 | 5.7 | 12.1 | 12.6 | 8.5 | 14.1 | 14.6 | 10.5 |
| 51 | 24.2 | 8.9 | 10.1 | 5.1 | 11.3 | 12.0 | 7.7 | 13.3 | 13.8 | 9.6 |
| 52 | 23.4 | 8.2 | 9.4 | 4.5 | 10.5 | 11.2 | 6.9 | 12.4 | 13.0 | 8.7 |
| 53 | 22.6 | 7.5 | 8.7 | 4.0 | 9.7 | 10.5 | 6.1 | 11.5 | 12.2 | 7.9 |
| 54 | 21.8 | 6.8 | 8.1 | 3.6 | 9.0 | 9.7 | 5.3 | 10.8 | 11.5 | 7.0 |
| 55 | 21.1 | 6.2 | 7.5 | 3.2 | 8.2 | 9.0 | 4.7 | 10.0 | 10.7 | 6.2 |
| 56 | 20.3 | 5.5 | 6.9 | 2.8 | 7.5 | 8.3 | 4.0 | 9.2 | 10.0 | 5.4 |
| 57 | 19.6 | 4.3 | 6.3 | 2.5 | 6.7 | 7.6 | 3.5 | 8.5 | 9.3 | 4.7 |
| 58 | 18.9 | 4.4 | 5.8 | 2.2 | 6.0 | 7.0 | 3.0 | 7.7 | 8.6 | 4.0 |
| 59 | 18.2 | 3.8 | 5.3 | 2.0 | 5.3 | 6.4 | 2.6 | 7.0 | 8.0 | 3.5 |
| 60 | 17.5 | 3.2 | 4.9 | 1.8 | 4.7 | 5.9 | 2.3 | 6.3 | 7+ | 3.1 |
| 61 | 16.8 | 2.9 | 4.5 | 1.6 | 4.1 | 5.5 | 2.0 | 5.6 | 7.0 | 2.7 |
| 62 | 16.1 | 2.6 | 4.2 | 1.4 | 3.6 | 5.1 | 1.8 | 5.0 | 6.5 | 2.4 |
| 63 | 15.5 | 2.2 | 3.9 | 1.3 | 3.2 | 4.8 | 1.5 | 4.5 | 6.1 | 2.2 |
| 64 | 14.9 | 2.0 | 3.7 | 1.1 | 2.8 | 4.5 | 1.4 | 4.0 | 5.7 | 1.9 |
| 65 | 14.2 | 1.8 | 3.6 | 1.0 | 2.4 | 4.3 | 1.2 | 3.6 | 5.4 | 1.7 |
| 66 | 13.6 | 1.6 | 3.4 | .8 | 2.2 | 4.1 | 1.0 | 3.2 | 5.1 | 1.4 |
| 67 | 13.0 | 1.4 | 3.2 | .7 | 1.9 | 3.9 | .9 | 2.8 | 4.9 | 1.2 |
| 68 | 12.5 | 1.2 | 3.0 | .6 | 1.7 | 3.7 | .7 | 2.5 | 4.6 | .9 |
| 69 | 11.9 | 1.1 | 3.1 | .5 | 1.5 | 3.6 | .6 | 2.2 | 4.4 | .7 |
| 70 | 11.4 | 1.0 | 2.9 | .4 | 1.3 | 3.4 | .4 | 1.9 | 4+ | .5 |
| 71 | 10.9 | .9 | 2.8 | .3 | 1.0 | 3.2 | .3 | 1.7 | 3.9 | .3 |
| 72 | 10.4 | .8 | 2.6 | .2 | 1.0 | 3.0 | .2 | 1.4 | 3.6 | .2 |
| 73 | 9.9 | .7 | 2.3 | .1 | .7 | 2.7 | .1 | 1.2 | 2.7 | .1 |
| 74 | 9.4 | .6 | 2.0 | .1 | .7 | 2.3 | .1 | 1.0 | 2.7 | .0 |
| 75 | 9.0 | .5 | 1.6 | 0 | .7 | 1.8 | 0 | .9 | 2.2 | 0 |

[1] Mortality rates used are those of the general male population.

Notes:

[a] Legend

e = expected value    x = age    a = active worker at the time of the injury    i = inactive worker at the time of the injury

[b] The expert generally should use the "currently active" column for worklife expectancies. The "currently inactive" column should be used when the injured person was unemployed at the time of injury.

[SOURCE *Worklife Estimates: Effects of Race and Education* (U.S. Department of Labor, Bureau of Labor Statistics, 1986)]

402.43

## EXHIBIT 4-8

## Patton-Nelson Personal Consumption Table

Table 2 (Updated)

Consumption Costs for Adults as Percent of Income From Analysis of BLS Consumer Expenditure Survey, 1994-95

| Family Size | Family Income Bracket | | | | | | |
|---|---|---|---|---|---|---|---|
| | $10,000 to $14,999 | $15,000 to $19,999 | $20,000 to $29,999 | $30,000 to $39,999 | $40,000 to $49,999 | $50,000 to $69,999 | $70,000 and over |
| **One Person** | | | | | | | |
| Average Income | $12,213 | $17,212 | $24,503 | $34,158 | $43,965 | $58,276 | $117,676 |
| Male Consumption | 123.5%-112.8% | 102.3%-99.5% | 58.0%-70.0% | 74.6%-66.5% | 65.4%-55.0% | 65.4%-57.3% | 39.0%-33.8% |
| Female Consumption | 123.5%-112.8% | 102.3%-99.5% | 88.0%-70.0% | 74.5%-65.5% | 65.4%-55.0% | 65.4%-57.3% | 39.0%-33.8% |
| **Two Person** | | | | | | | |
| Average Income | $12,437 | $17,311 | $24,712 | $34,626 | $44,328 | $58,598 | $106,618 |
| Male Consumption | 49.7% | 45.0% | 35.8% | 27.8% | 24.6% | 20.8% | 14.9% |
| Female Consumption | 50.6% | 45.2% | 36.4% | 28.2% | 25.6% | 21.4% | 15.6% |
| **Three Person** | | | | | | | |
| Average Income | $12,475 | $17,256 | $24,703 | $34,278 | $44,719 | $58,671 | $106,617 |
| Male Consumption | 37.9% | 32.7% | 28.4% | 23.4% | 19.7% | 16.8% | 12.4% |
| Female Consumption | 38.5% | 34.9% | 29.0% | 23.6% | 20.9% | 17.4% | 13.0% |
| **Four Person** | | | | | | | |
| Average Income | $12,616 | $17,500 | $24,578 | $34,735 | $44,436 | $58,494 | $106,363 |
| Male Consumption | 31.2% | 31.6% | 25.0% | 19.3% | 17.1% | 16.5% | 11.2% |
| Female Consumption | 31.3% | 32.6% | 25.8% | 19.9% | 17.5% | 16.9% | 11.6% |
| **Five or More Persons** | | | | | | | |
| Average Income | $12,691 | $17,316 | $25,059 | $34,892 | $44,611 | $58,633 | $107,211 |
| Male Consumption | 22.7% | 21.9% | 21.1% | 17.2% | 16.0% | 13.2% | 9.4% |
| Female Consumption | 23.9% | 22.2% | 21.4% | 17.3% | 16.6% | 13.6% | 9.7% |

[SOURCE  Included in the publication  "Patton-Nelson Personal Consumption Tables Updated " by Robert T. Patton, David M. Nelson, and Walter Gerdan. The article was first published in *The Journal of Forensic Economics* (11 (1) 1998  p  3-7). Reprinted with permission.]

**Partial Listing of Cases in Which Carlos H. Cascos, CPA, CGFM, DABFA
Has Been Engaged to Testify as an Expert Witness at
Deposition and/or Trial from 1991-1998**


Cause No: 98-03-939-C, Rolando Gonzalez vs. Texas International Oil Field Tools, Inc.
et al in State District Court in Cameron County

Cause No:  C-1715-95-G; Boarder to Boarder Trucking Inc. vs. William D. Shipley and
NAFTA Motor Freight, Inc. in State District Court in Hidalgo County

Cause No:  96-02-436-C; RY-BO Holdings, Inc. vs. Reliable Distributing Company, Inc.
in State District Court in Cameron County

Cause No:  95-03-1638-B; Guadalupe Alcantara Rojas vs. Castex Export, Inc. Et Al in
State District Court in Cameron County

Cause No:  95-08-3987-B; Xiaoying Li vs. Statia Terminals Southwest, Inc. in State
District Court in Cameron County

Cause No:  93-02-957-C; Las Dos Americas Unidas, Inc. vs. Mercantile Bank d/b/a
Mbank vs. FirstBank Los Fresnos, NA in State District Court in Cameron County

Cause No:  C-220-92-C; Richard A. Martin vs. Enchanted Valley Ranch, Inc. Et Al in
State District Court in Hidalgo County

Cause No:  91-10-6577-C; Peter T. Conner vs. Eaton Corp. in State District Court in
Cameron County


**Compensation**

Our fees for professional services will be at our standard hourly rate of $150 per hour for
partner time and $60 per hour for professional staff. Any out of pocket costs, such as
long distance telecommunications, travel costs etc. are billed separately. Our
compensation is not contingent on the outcome of this litigation.

# CARLOS H. CASCOS
*Curriculum Vitae*

Professional Affiliations: Member of the American Institute, Texas Society & Rio Grande Valley Chapter of Certified Public Accountants, Member of the Association of Government Accountants, Member of the American College of Forensic Examiners

Education: B.A. Political Science, University of Texas @ Austin
Minimum of forty hours of continuing education annually by either the AICPA, TSCPA or LBJ School of Public Affairs in areas of accounting, taxation, consulting, litigation support and issues related to governmental entities

Certifications: 1985- Certified Public Accountant - # 38638
1996- Certified Government Financial Manager - # 7500
1997- Diplomat of the American Board of Forensic Accounting - # 12084

Employment: Partner in the firm of Pattillo, Brown & Hill, LLP - (July '95 to present)
Self employed – work included write-up services, tax, management advisory services and litigation support services - (September '87 to June '95)
Controller for private company and its' related entities - (September '84 to March '94)
Employed by large and medium sized accounting firms. Work included audits, reviews, compilations, tax and various accounting services for financial institutions, closely held companies and governmental entities - (September '76 to August '84)

Other data: Cameron County Commissioner, 1991 to present, current or past board member of the United Way of Southern Cameron County, Rotary Club, Leadership Brownsville, Cameron Appraisal District, Brownsville Economic Development Council, and other numerous civic organizations