United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA | § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

# ORDER GRANTING EXTENSION FOR FILING EXPERT REPORTS

**BE IT REMEMBERED** that on this day came on to be considered Motion To Extend Deadline to File Experts' Reports, and the Court, after reviewing the pleadings in this case and hearing argument of counsel, is of the opinion that said Motion to Extend Deadline to File Experts' Reports is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs will produce to Defendants pictures of the propane tank and regulator, if any exists, used by the deceased, Manuel Cruz by December 30, 1999;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant file the reports of its experts Richard J. Roby, P.E., Ph.D. and Michael Klassen, Ph.D., P.E by January 15, 2000;

SIGNED FOR ENTRY this 3RD day of JANUARY 2000.

_____
JUDGE PRESIDING

DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S
MOTION TO COMPEL INSPECTION AND TESTING OF EVIDENCE AND
MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS

PAGE 4

21410 - Notice Withdraw Mtn Compel