*73*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the ESTATE | § | |
| OF MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA COX | § | |
| as Next Friend of BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

## SUPPLEMENTAL PRODUCTION OF REPORTS TO DEFENDANT'S DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files report of Richard J. Roby, P.D., Ph.D., and Michael Klassen Ph.D., P.E. attached hereto.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Counsel for Defendant BRK Brands, Inc

BY: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

Rene O. Oliveira
State Bar No. 15254700
Federal Bar No. 4033

OF COUNSEL:
Terry Henry
**COZEN & O'CONNER**
The Atrium
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 523-2900

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing *Supplemental Production of Reports to Defendant's Disclosures of Experts* has been forwarded to the attorney for Plaintiffs, as follows:

Shiree Salinas                      Mr. Ray Marchan
**LAW OFFICES OF MARK CANTU**       **HARRIS & WATTS**
The Atrium, Suite 400               1926 E. Elizabeth
1300 North Tenth Street             Brownsville, TX    78520
McAllen, TX 78501

on this ____ day of January, 2000.

ELIZABETH G. NEALLY

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 3 of 46



# Combustion
## Science & Engineering, Inc.

9160 Rumsey Road • Suite 81 • Columbia • MD • 21045-1997 • Tel: 410/884-3266 • Fax: 410/884-3267

January 14, 2000

Mr. Terry Henry, Esq.
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Re: Garcia vs. BRK

Dear Mr. Henry,
      Enclosed find our expert report for *Garcia vs. BRK*. If you have any questions, please do not hesitate to contact Rick Roby or myself at (410) 884-3266. I can also be reached via email at mklassen@csefire.com.

Sincerely,

*Michael Klassen*

Michael Klassen, Ph.D., P. E.
Principal Research Engineer

Attachments

CC: Elizabeth G. Neally, Esq.

1

CSitPDF - www.tesito.com

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 4 of 46

# ANALYSIS OF SMOKE DETECTOR ACTIVATION DUE TO SOOT FROM A MISFUELED GAS-FIRED SPACE HEATER

*Garcia*
*v.*
*BRK Brands, Inc.*

by

Richard J. Roby, P.E., Ph.D.
Technical Director
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045

Michael S. Klassen, Ph.D., P.E.
Principal Research Engineer
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045

Submitted to
Mr. Terry Henry, Esq.
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

January 14, 2000


**Combustion**
Science & Engineering, Inc.

CltdPDF - www.fastio.com

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 5 of 46

This analysis of the time for smoke detector activation due to soot generation by a propane-fired space heater owned by Manuel Cruz is prepared pursuant to Rule 26 of the Federal Rules of Civil Procedure. It is intended to serve as a disclosure of our expert opinions concerning this incident. This analysis is based on our review of documents, evidence and information concerning the carbon monoxide poisoning death of Mr. Cruz. A list of the material reviewed is given as Appendix A.

In developing our analysis and opinions, we have relied heavily on our knowledge of Combustion and Fire Science, Mechanical Engineering, and Fire Cause and Origin Investigations, including our experience as a Teachers and Researchers in Combustion and Mechanical Engineering. Additional information on our experience and training is provided in the Resumes and List of Publications that are given as Appendix B.

The fee for preparation of this report as well as that for testimony by deposition or in court is $200/hour for Dr. Roby and $150/hour for Dr. Klassen.

The analysis and opinions expressed in this report are based on our knowledge of facts and information reviewed to date. If our opinions (or the bases for them) as expressed below change as a result of additional information which becomes available, we will amend or supplement our opinions appropriately.

## BACKGROUND

Combustion Science & Engineering Inc. was retained to examine and analyze the production of carbon monoxide (CO) and soot created by the space heater owned by Manuel Cruz.

Ms. Kenya Elizabeth Sosa found Mr. Cruz dead in the bedroom of his house (190 Thomae, San Bonito, TX) at approximately 11:27 p.m. on Tuesday, December 16, 1997. Mr. Cruz was found in his bed. The subsequent autopsy found that Mr. Cruz died of carbon monoxide poisoning (49.1 %COHb). Mr. Cruz was also found to have a blood alcohol level of 0.055 g/dl.

Ms. Sosa stated to police investigators that she had last spoken to Mr. Cruz on the previous Sunday (December 14, 1997) at approximately 11 p.m. Mr. Joe Garcia and Mr. Cruz had spent Sunday evening with Ms. Sosa and a friend of hers. They had arrived back at Mr.Cruz's house about 10:30 p.m. According to Mr. Henry, Mr. Joe Garcia, a friend of Mr.


Combustion
Science & Engineering, Inc.

Case 1:98-cv-00186  Document 73  Filed in TXSD on 01/18/2000  Page 6 of 46

Cruz, last spoke with the deceased at approximately 4 a.m. on Monday morning. This is the last known contact with Mr. Cruz before his death. Mr. Garcia fell asleep on a couch in the living room, but left approximately 2 hours after he last spoke with Mr. Cruz to go to work. A sleeping bag was found on the couch at the time Mr. Cruz was found. Additionally, the window over the couch was found to be open a few inches after the discovery of Mr. Cruz's body. The door to Mr. Cruz's bedroom was shut when Mr. Garcia left and was found in the same condition when Ms. Sosa entered the house on December 16, 1997.

Mr. Cruz purchased a used Martin Industries Model V24301MS-2 space heater approximately one week before his death. This space heater was found at the junction between the living room and the hallway that leads to Mr. Cruz's bedroom. The exhaust vent opening on the heater was pointing toward the bedroom so that the exhaust gases from the burner were venting to the hallway (there was no indication that any attempt had been made to vent the heater outside the house). At the time that Mr. Cruz was found, the space heater was not operating; however, it was operating when Mr. Cruz and Mr. Garcia went to bed early on Monday morning.

The identification plate on the space heater indicates that the space heater was designed for use with natural gas and that the heater should be connected to a flue and vented. The space heater was purchased used and was originally manufactured in 1976. Subsequent inspection found that the orifices that control both air and fuel intake into the heater were sized for use with natural gas. Mr. Cruz had installed this heater with a connection to a propane fuel tank and was burning propane with this heater at the time of his death.

A smoke detector (BRK Brand SA67D) was located on the wall of the hallway, very near the entrance into the living room. At the time of discovery, a noticeable amount of soot deposition was found in the hallway near the smoke detector and in the kitchen.

## ANALYSIS

The question in this incident centers whether a smoke detector would alarm to the presence of soot particles generated by the space heater. If it is determined that soot produced by a space heater would cause a smoke detector to alarm, under what conditions does it occur and were those conditions reached in this case before Mr. Cruz was incapacitated and unable to respond to the alarm.

3



Combustion
Science & Engineering, Inc.

The cause of Mr. Cruz's death has been definitively determined as carbon monoxide poisoning. Hence, in order for the smoke alarm to have had any impact on the outcome of this incident, it would have had to sound before an **incapacitating** level of COHb built up in the blood stream of Mr. Cruz. Therefore, the timeline of CO concentration in Mr. Cruz's bedroom and the timeline of soot production in the hallway outside the bedroom must be determined.

Mr. Cruz used the incorrect fuel when installing and operating this heater in his house. By design (i.e. by sizing of the orifices), this heater should produce a fuel-lean natural gas flame. In tests performed at Armstrong Laboratory (Arlington, TX), natural gas, at the recommended operating pressure, was burned in this heater. In a well-ventilated test area, a short, blue, non-sooting flame was obtained in this configuration. This indicated that the fuel and air were mixing quickly and that all the fuel was being consumed within the combustion chamber. Measurements under these conditions indicated that less than 25 ppm of CO were produced by this burner. Even so, the manufacturer recommended that the burner exhaust be vented to the exterior of the house. Additionally, no soot was visually observed in the exhaust stream of the space heater during this operation.

By using propane in a heater designed for natural gas, Mr. Cruz created a situation where the heater burned fuel rich, since propane requires 2.5 times as much oxygen as methane for complete combustion. In the fuel-rich configuration, there is not enough air in the combustion chamber to consume all the fuel. Hence, only partial oxidation of the fuel takes place resulting in much higher levels of CO and unburned hydrocarbons (UHC) in the exhaust. Tests were performed with this space heater in well-ventilated conditions burning propane. Since at the time of these tests, the regulator had not been identified, a standard propane regulator (approximately 12" w.c.) was purchased and used. The resulting flame was much different in character than the natural gas flame. The propane flame had a yellow color, indicating soot production, and was much larger than the natural gas flame. These tests found CO levels of well-over 40,000 ppm in the exhaust plume. However, under well-ventilated conditions, no soot was visually observed in the exhaust stream. Furthermore, exhaust samples, drawn for one minute (at 1 Liter/min) through a fine pore filter paper, did not produce visual evidence of soot on the paper. This indicated that under well-ventilated conditions the soot was destroyed (i.e. 'burned out') in the flame, before it could be released into the exhaust. It is very unlikely that a smoke detector would activate under these conditions.



However, in most modern house construction, the exhaust from the space heater will cause the environment within the house to become oxygen depleted, or vitiated. Over time, as the propane burns, the exhaust gases, such as CO2, CO, and UHC, replace the oxygen in the house. Much research was conducted in the 1970's and 1980's to look at the effect of vitiation on gas-burning household appliances (see for example references [1,2,3]). These studies show that CO production increases dramatically as the oxygen level in the surrounding environment decreases. Under conditions where windows and/or doors are being opened periodically, some of the exhaust gases will be vented and outside air will refresh the oxygen content. However, during the periods where there is little activity in the house, the exhaust from the heater will continually replace the oxygen in the house. Hence the greatest danger to the house occupants would be at night when people are sleeping. This is the situation in which Mr. Cruz died.

Very little research has been conducted on the effect of vitiated conditions on smoke or soot production. Researchers at the National Institute of Standards and Technology studied smoke and CO production from solid fuels (i.e. wood and plastics) under vitiated conditions [4] and found that CO production increased dramatically under these conditions, however smoke production was insensitive to oxygen content.

To better understand the effect of vitiation on smoke and CO production by the space heater involved in this incident, vitiated tests were performed at Armstrong Forensic Laboratory inside an 8' x 8' x8' (approximate dimensions) box. The space heater was placed inside the box, which was tightly sealed. After ignition, gas samples were collected approximately every 5 minutes for 45 minutes. For approximately the first 4 minutes of the test, no visible soot emissions were observed from the heater. However, after the oxygen content in the room dropped to approximately 17% (vol), the space heater was observed to produce visible smoke in the exhaust gases. Soot measurements also indicated that no measurable soot was produced by the heater until between 5 and 10 minutes of burning, which indicates that sooting did not begin until the oxygen content dropped to between 16 and 17%. This test was repeated three times and very similar results were obtained for each test.

The data obtained from this testing was combined with a computer model to determine the timelines for the CO and smoke concentrations in the Cruz house. The computer modeling was performed using the computer fire model FAST developed at the National Institute of Standards and Technology (NIST) [5]. This computer program can be used to calculate the time-



temperature and time-concentration histories in a house for a specified fire. In this case the
"specified fire" was the propane–fired burner in the heater.

The heat release rate of the space heater burning propane was obtained by creating a
separate model of the box tests conducted at Armstrong Laboratory. A room with the exact
dimensions of this box was created in FAST. The heat release rate of the space heater was
adjusted until predicted CO2 concentrations matched the measured values. The heat release rate
found from this calibration was approximately 6 kW. A heat release rate can also be estimated
based on the mass flow rate of propane into the space heater. Assuming all the propane entering
the heater burned completely, approximately 9 kW would be generated. However, since much of
the fuel is being converted to CO and UHC, the heat release rate should be lower than the ideal.
Therefore, the predicted heat release rate of 6 kW is in good agreement with the estimated value
of 9 kW based on the propane flow rate.

The same combustion process, that was calibrated in the small box, was used in the
model of Mr. Cruz's house. CO generation rates for the space heater, as a function of O2
concentration, were determined from the measurements made in the vitiation tests. Based on
both visible observation and soot measurements, soot generation was assumed not to begin until
the oxygen concentration in the room containing the heater dropped to 17%. The door to the
bedroom where Mr. Cruz was found was assumed to be closed based on the statements of Ms.
Sosa. Standard leakage was assumed around the door [6]. All the remaining doors in the
apartment were assumed to be open. The window in the living room was assumed to have a two-
inch opening. Furthermore, leakage of outside air into the house was modeled using the data
detailed in Klote and Milke [6]. The building construction was assumed to have 'average'
looseness. Predictions of CO and smoke production and distribution in the house assuming a
'loose' construction quality are also included in Appendix C.

Using these parameters, CO and soot production from this heater were predicted in the
Cruz house. For these predictions, the house environment was assumed to be 'clean' at the
beginning of the simulation and the only exchange of outside air occurred through building gaps
and the partially open window. This assumption will lead to the longest time to fatal CO
poisoning since it neglects any CO accumulation in Mr. Cruz' blood prior to going to bed.

Results from the FAST model are included in Appendix C. As can be seen in these
figures, the oxygen content in the living room slowly decreases with time, reaching 17% after

6


Combustion
Science & Engineering, Inc.

approximately 6.5 hours (23,000 seconds). Hence, we would not expect any visible soot production from the space heater until this level of O2 is reached. Using the results from FAST, it is estimated that the minimum soot concentration necessary to activate the alarm (10% per foot based on UL 217) would be reached in approximately 7.75 hours (27,900 seconds). As a point of reference, a minimal level of obscuration (1% per foot) was reached in 6.9 hours (25,000 seconds).

CO levels in Mr. Cruz's bedroom increase gradually from the onset of the simulation reaching 1000 ppm at approximately 6 hours (22,000 seconds). Given a time-concentration history for CO exposure, COHb levels in the blood can be estimated using the Coburn-Forster-Kane (CFK) equation [7,8]. Assuming a resting heart and breathing rate, the COHb levels in Mr. Cruz's blood stream were calculated from the CFK equation based on the predicted CO concentration at the height of his bed. These calculations show that Mr. Cruz would have a 30% COHb (generally taken as incapacitating [9]) after approximately 3.5 hours and would reach 49% COHb after approximately 4 hours. **These results clearly show that Mr. Cruz died of CO poisoning well before sufficient soot would have been produced to activate a properly functioning ionization detector. Thus, a properly operating smoke detector was incapable of alerting Mr. Cruz to the dangerous condition caused by the misfueled and improperly installed space heater.**

The results of the model also indicate that Mr. Garcia would have had a COHB level of approximately 18% when he left for work on Monday morning. This result is in good agreement with Mr. Garcia's statement that he had a severe headache when he left the house that morning. UL 2034 states that the onset of a headache due to CO poisoning occurs at approximately 15% COHb. A figure taken from UL 2034 is included in Appendix C which indicates symptoms of various stages of CO poisoning. This results further verifies the validity of the computer model that was used to assess Mr. Cruz' time to death based on CO poisoning.

Based on the model, it should be noted that if a properly operating CO detector (which complied with UL 2034) had been installed in the hallway of Mr. Cruz' house, it would have alarmed approximately 1.25 hours after Mr. Cruz and Mr. Garcia went to bed. This is well before the time at which Mr. Garcia awoke and left the house. An alarm from the CO detector would have alerted both Mr. Cruz and Mr. Garcia well before incapacitating levels of COHb would have been reached. This analysis also assumes no CO exposure before Mr. Cruz and Mr.

**Combustion**
Science & Engineering, Inc.

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 11 of 46

Garcia went to bed. In fact, since the space heater was operating for several hours before they went to bed, sufficient CO would have been generated to cause a CO detector to alarm before they went to bed.

## SUMMARY OF OPINIONS

• Mr. Cruz died of CO poisoning as a result of CO generated by the misfueled burner and vented into the house by the improperly installed space heater.

• This CO poisoning resulted entirely from the actions of Mr. Cruz in that he used an inappropriate fuel for the heater and failed to properly install the heater with a vent to the outside.

• A properly operating smoke detector was incapable of providing any warning for this incident since lethal levels of CO were generated by the heater long before sufficient smoke was generated to activate a detector.

• Regardless of the construction quality of the house (loose or tight), the misfueled space heater would produce high quantities of CO before any soot was produced. Hence, a death due to CO poisoning would always proceed smoke alarm activation.

• A properly operating CO detector, which meets the UL 2034 standard, would have alarmed long before lethal CO levels occurred in the house. In fact, a CO detector would likely have alarmed well before Mr. Cruz and Mr. Garcia went to bed.

## REFERENCES

1. Bromly, J.H, F. J. Barnes, R.C. R. Johnston, L. H. Little, 'The effect of vitiation on trace pollutants from domestic gas appliances', J. Inst. Energy, pp. 188-196, 1985.

2. Ryan, P., B, J. D. Spengler, R. Letz, "The Effects of Kerosene Heaters on Indoor Pollutant Concentrations: A Monitoring and Modeling Study", Atmos. Environ. 17, pp. 1339-1345, 1983.

3. Traynor, G. W., J. R. Allen, M. G. Apte, J. R., Girman, C. D. Hollowell, "Pollutant Emissions from Portable Kerosene-Fired Space Heaters', Environ. Sci. Technol. 17, pp. 369-371, 1983.


Combustion
Science & Engineering, Inc.

4.      Mulholland, G., S. Yusa, M. Janssens, W. Twilley, and V. Babrauskas, "The Effect of Oxygen Concentration on CO and Smoke Produced by Flames", Fire Safety Science – Proceedings of the Third International Symposium, Elsevier Applied Science, New York, pp. 585-594, 1991.

5.      FAST Computer Fire Model, National Institute of Standards and Technology, Building and Fire Research Laboratory, 1998.

6.      Klote, J. H. and J. A. Milke, "Design of Smoke Management Systems", American Society of heating, Refrigeration and Air-Conditioning Engineers, Inc, Atlanta, GA, pp. 46-47, 1992.

7.      Coburn, R. F., R. E. Forster, P. B. Kane, J. Clin. Invest., 44, 1899, 1965.

8.      Peterson, J. E. and R. D. Stewart, J. Appl. Physiol., 39, 633, 1975.

9.      D. A. Purser, "Toxicity Assessment of Combustion Products," Section 2/Chapter 8, *The SFPE Handbook of Fire Protection Engineering, 2nd ed.*, P. J. DiNenno et al. (eds.), National Fire Protection Association, Quincy, MA, June 1995.

9

**Combustion**
Science & Engineering, Inc.

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 13 of 46

# APPENDIX A

## Material Reviewed



1. Letter Report of Dr. Andrew Armstrong, December 24, 1999.

2. Mulholland, G., Yusa, S., Janssens, M., and Twilley, W., Babrauskas, V., "The Effect of Oxygen Concentration on CO and Smoke Produced by Flames", *Fire Safety Science-Proceedings of the Third International Symposium*, 585-593.

3. Girman, J. R., Apte, M. G., Traynor, G. W., Allen, J. R., and Hollowell, C. D., "Pollutant Emission Fates from Indoor Combustion Appliances and Sidestream Cigarette Smoke", *Environ. Int.* 8, 213-221, 1982.

4. Morehart, J. H., Zukoski, E. E., and Kubota, T., "Characteristics of Large Diffusion Flames Burning in a Vitiated Atmosphere", *Fire Safety Science-Proceedings of the Third Int. Symposium*, 575-583.

5. Puri, R. and Santoro, R. J., "The Role of Soot Particle Formation on the Production of Carbon Monoxide in Fires", *Fire Safety Science-Proceedings of the Third Int. Symposium*, 595-604.

6. Zukoski, E. E., Morehart, J. H., Kubota, T., and Toner, S. J., "Species Production and Heat Release Rates in Two-Layered Natural Gas Fires", *Combustion and Flames.* 83, 325-332, 1991.

7. Bromly, J. H., Barnes, F. J., Johnston, R. C. R., and Little, L. H., "The Effect on Vitiation on Trace Pollutants from Domestic Gas Appliances", *Journal of the Instit. of Energy*, 188-196, 1985.

8. Ryan, P. B., Spengler, J. D., and Letz, R., "The Effects of Kerosene Heaters on Indoor Pollutant Concentrations: A Monitoring and Modeling Study", *Atmospheric Environment*, 17, 1339-1345, 1983.



9. Traynor, G. W., Allen, J. R., Apte, M. G., Girman, J. R., and Hollowell, C. D., "Pollutant Emissions from Portable Kerosene-Fired Space Heaters", *Environ. Sci. Technol.* **17**, 369-371, 1983.

10. Cameron County Sheriff's Department Case Report: Manual Cruz.

11. Pathology Report for Manuel Cruz, D. S Davenport, M.D., pathologist.

12. Interview of Kenya E. Sosa on February 16, 1999, interviewed by William J. McMillon, Garcia v. BRK Brands, Inc., File no. 77262.

13. Memorandum and Site Visit Report, Reed McClintock of McClintock Associates, Inc.

14. Affidavit of Kenya Elizabeth Sosa, State of Louisiana, Parish of East Baton Rouge.

15. Report of Opinions, E. W. McCain, P.E.

16. Letter of Opinion regarding Manual Cruz, R. J. Ross, P.E.

17. Preliminary Fire Dynamics Report, Introspect.

18. House Layout.

19. Preliminary Report, B. D. Russell, Ph.D., P.E.

20. Plantiffs' Amended Initial Expert Disclosure, S. D. Salinas.

21. Interview of Kenya E. Sosa on Febrauary 5, 1999, interviewed by William J. McMillon, Garcia v. BRK Brands, Inc., File no. 77262.

22. Affidavit of Morris F. Cranmer, Ph.D.

23. Interim Report of Investigation and Analysis, John A. Kennedy & Associates, Inc.

**Combustion**
Science & Engineering, Inc.

Appendix B

Resumes

13



Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 17 of 46



# Combustion
## Science & Engineering, Inc.

9160 Rumsey Road • Suite 81 • Columbia • MD • 21045-1997 • Tel: 410/884-3266 • Fax: 410/884-3267

## RICHARD J. ROBY, P.E., Ph.D.

### EDUCATION:

Ph.D., Mechanical Engineering, Stanford University, Palo Alto, CA, Jan. 1988.
M.S., Mechanical Engineering, Cornell University, Ithaca, NY, May 1980.
B.S., Chemical Engineering, Cornell University, Ithaca, NY, May 1977.
A.B., Chemistry, Cornell University, Ithaca, NY, May 1977.

### PROFESSIONAL EXPERIENCE:

**President and Technical Director, Combustion Science & Engineering, Columbia, MD, 1998 to present.**
Responsible for day-to day operations of the company and for overseeing technical content of all research and development projects. Project manager for a variety of combustion and fire science research and development programs. Actively involved in fire litigation support and providing expert witness testimony.

**Director of Combustion Research, Hughes Associates, Inc., Baltimore, MD, 1992 to 1997.**
Responsible for determining scope and content of combustion research and development. Project manager for a variety of combustion and fire science research and development programs. Combustion-related projects included NOx control with high amounts of water addition; catalytic reformation of natural gas for ultra-lean combustion; reduction of soot formation in methane arcjet thrusters; advanced fire detection using multiple detection techniques; determination of compression ratio effects on aldehyde-NOx emissions trade-offs in spark ignition engines; and, development of optical combustion diagnostics for gas turbine engines. Managed a number of fire-related R&D programs and provided litigation support and expert witness testimony. Fire-related projects included small and large-scale fire testing, fire reconstruction, studies into the formation and spread of CO, multi-sensor fire detection, code and code equivalency analyses, fire hazard analysis and fire modeling.

**Adjunct Professor, Mechanical Engineering Department, Virginia Polytechnic Institute & State University, Blacksburg, VA, 1992 - present.**
Advisor for one Master's student and Co-Advisor for two Doctoral and one Master's student. Principal Investigator on an experimental study of NO to $NO_2$ conversion at super-atmospheric pressures. Co-Principal Investigator on two experimental research projects, one on soot formation in mixed-mode combustion and the other on CO generation and transport in compartment fires.

**Associate Professor, Mechanical Engineering Department, Virginia Polytechnic Institute & State University, Blacksburg, VA, 1992 (Assistant Professor, 1986 - 1992).**
Responsible for teaching both undergraduate and graduate courses in the thermal-fluid sciences including Combustion, Thermodynamics, Internal Combustion Engines, Experimental Methods in Thermal-Fluid Sciences and Heat Transfer. Advised thesis research for MS and PhD students. Research in combustion generated pollutant formation and control, especially NOx and soot; combustion diagnostics; compartment fire dynamics, particularly toxic species generation. Applications included spark ignition and diesel engines, aero and stationary gas turbines.

CSNPDF - www.fesko.com

**Research Assistant, Mechanical Engineering Department, Stanford University, Palo Alto, CA, 1983-1986.**

**Research Engineer, Fuels and Lubricants Department, Ford Motor Company, Scientific Research Labs, Dearborn, Michigan, 1979 - 1983.**

**Research Assistant, Mechanical and Aerospace Engineering Department, Cornell University, Ithaca, NY, 1977-1979.**

## FIRE DEPARTMENT EXPERIENCE:

Member, Belleville Volunteer Fire Department, Belleville, MI, 1980-1981

Member, Ithaca Fire Department, Ithaca, NY, 1973-1979
    Lieutenant, Neriton Fire Company No. 9, 1976-1979
    Department Instructor, 1976-1979

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS AND HONOR SOCIETIES:

Member, The Combustion Institute
Member, The Society of Automotive Engineers
Member, International Association for Fire Safety Science
Member, Society of Fire Protection Engineers
Member, The American Institute for Aeronautics and Astronautics
Member, The American Society of Mechanical Engineers
Member, The Planetary Society
Member, Sigma Xi, The Scientific Research Society

## PROFESSIONAL REGISTRATION:

Registered Professional Engineer, Mechanical Engineering, License Number M 024534 (California 1986).

## PATENTS:

Roby, R. J., Gottuk, D. T., and Beyler, C. L., "Multi-Signature Fire Detector," U.S. Patent No. 5,691,703, Issued November 25, 1997.



## SELECTED PUBLICATIONS:

Phillips, J.N., and R.J. Roby, "Enhanced Gas Turbine Combustor Performance Using $H_2$-Enriched Natural Gas," Paper No. 99-GT-115, presented at the IGTI meeting of ASME, Indianapolis, IN, June 7-10, 1999.

Nicol, D.G. Malte, P.C., Hamer, A.J., Roby, R.J., and Steele, R. C., "Development of a Five-Step Global Methane Oxidation – NO Formation Mechanism for Lean-Premixed Gas Turbine Combustion", ASME 98-GT-185 International Gas Turbine & Aeroengine Congress & Exhibition, Stockholm, Sweden, June, 1998. Accepted for publication in *ASME Journal of Engineering for Gas Turbines and Power*.

Hamer, A.J., Roby, R.J., and Klassen, M.J., "Comparison of Reduced Chemical Kinetic Mechanisms for Pollutant Emissions Predictions in Gas Turbines", ASME IJPGC Conference, Baltimore, MD, August, 1998. Submitted for publication in *ASME Journal of Engineering for Gas Turbines and Power*.

Roby, R.J., Reaney, J.E., and Johnsson, E.L., "Detection of Temperature and Equivalence Ratio in Turbulent Pre-mixed Flames Using Chemiluminescence", ASME IJPGC Conference, Baltimore, MD, August, 1998. Submitted for publication in *ASME Journal of Engineering for Gas Turbines and Power*.

Hamer, A.J. and Roby, R.J., "CFD Modeling of a Gas Turbine Combustor Using Reduced Chemical Kinetic Mechanisms", Paper No. 97-3242, 33rd AIAA/ASME/SAE/ASEE Joint Propulsion Conference, Seattle, WA, July, 1997.

Lattimer, B.Y., U. Vandsburger, and R.J. Roby, "The Transport of Carbon Monoxide from a Burning Compartment Located on the Side of a Hallway," accepted for publication and presentation at the *26th Symposium (International) on Combustion*, Naples, Italy, July 1996.

Hunderup, J.W., and R.J. Roby, "An Experimental Investigation of the Conversion of NO to $NO_2$ at High Pressure," Paper No. 95-GT-306, presented at the IGTI meeting of ASME, Houston, TX, June 5-8, 1995 (accepted for publication in *ASME Journal of Engineering for Gas Turbines and Power*).

Blevins, L.G., and R.J. Roby, "An Experimental Study of $NO_x$ Reduction in Laminar Diffusion Flames by Addition of High Levels of Steam," Paper No. 95-GT-327, presented at the IGTI meeting of ASME, Houston, TX, June 5-8, 1995.

Gottuk, D.T., and Roby, R.J., "Effect of Combustion Conditions on Species Production," Section 2/Chapter 7, *The SFPE Handbook of Fire Protection Engineering*, P.J. DiNenno (ed.), Second Edition, National Fire Protection Association, Quincy, MA, June 1995.

Roby, R.J., A.J. Hamer, E.L. Johnsson, S.A. Tilstra, and T.J. Burt, "Improved Method for Flame Detection in Combustion Turbines," *ASME Journal of Engineering for Gas Turbines and Power*, 117 (2), 1995.

Gottuk, D.T., R.J. Roby, and C.L. Beyler, "The Role of Temperature on Carbon Monoxide Production in Compartment Fires," *Fire Safety Journal*, 24 (4), 1995.

Lattimer, B.Y., D.S. Ewens, U. Vandsburger, and R.J. Roby, "Transport and Oxidation of Compartment Fire Exhaust Gases in an Adjacent Corridor," *Journal of Fire Protection Engineering*, 6 (4), 1994, pp. 163-181.



Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 20 of 46

Becker, W.J., R.J. Roby, W.F. O'Brien and G.K. Bensing, "Dynamic Turbine Blade Temperature Measurement," *Journal of Propulsion and Power*, **10** (1), 1994, also AIAA Paper #89-2689, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.

Foss, D.T., R.J. Roby, and W.F. O'Brien, "Development of a Dual-frequency Microwave Burn-rate Measurement for Solid Rocket Propellant," *Journal of Propulsion and Power*, **9** (4), 1993, pp. 497-498.

Ewens, D.S., U. Vandsburger, and R.J. Roby, "Oxidation of Exhaust Gases from a Burning Compartment in a Remote Location," Paper No. 69, presented at the Eastern States Section Meeting of The Combustion Institute, Princeton, NJ, October 1993.

Aftel, R., U. Vandsburger, and R.J. Roby, "Soot Formation in Dual-mode Counterflow Flames," Paper No. 61, presented at the Eastern States Section Meeting of The Combustion Institute, Princeton, NJ, October 1993.

Blevins, L.G., and R.J. Roby, "Effects of High Levels of Steam Addition on $NO_x$ Reduction in Laminar Opposed Flow Diffusion Flames," WSS/CI Paper No. 92-16, presented at the Western States Section Meeting of The Combustion Institute, Corvallis, OR, March 1992.

Gottuk, D.T., Roby, R.J. and Beyler, C.L., "A Study of Carbon Monoxide and Smoke Yields from Compartment Fires," *Twenty-Fourth Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, PA., 1993.

Gottuk, D.T., R.J. Roby, M.J. Peatross, and C.L. Beyler, "Carbon Monoxide Production in Compartment Fires," *J. Fire Protection Engineering*, 4 (4), 1992, pp. 133-150.

Gottuk, D.T., Roby, R.J. and C.L. Beyler, "The Effect of External Burning on Carbon Monoxide and Smoke Yields from Hexane-Fueled Compartment Fires," paper no. 87, Presented at the Eastern States Section Meeting of the Combustion Institute, Ithaca, New York, 1991.

Skelly, M.J., R.J. Roby, and C.L. Beyler, "Window Breakage in Compartment Fires," *J. Fire Protection Engineering*, 3 (1), 1991, pp. 25-34.

Gottuk, D.T., Roby, R.J. and C.L. Beyler, "Carbon Monoxide Yields from Hexane-Fueled Compartment Fires," paper no. 65, presented at the Eastern States Section Meeting of the Combustion Institute, Orlando, FL, December 1990.

Roby, R.J., "Review of Principles of Fire Protection Chemistry," *Fire Technology*, May 1990.

Tobin, K.W., M.R. Cates, D.L. Beshears, J.D. Muhs, G.J. Capps, D.B. Smith, W.D. Turley, W. Lewis, B.W. Noel, H.M. Borella, W.F. O'Brien, R.J. Roby and T.T. Anderson, "Engine Testing of Thermographic Phosphors," Oak Ridge National Laboratory Report #ORNL/ATD-31, 1990.

Wirth, D.A. and R.J. Roby, "Soot Formation in Staged Combustion," paper no. 61, presented at the Eastern States Section Meeting of the Combustion Institute, Albany, NY, October 1989.

Foss, D.T., R.J. Roby and W.F. O'Brien, "A Dual-Frequency Microwave Burn-Rate Measurement System for Solid Rocket Motors," AIAA Paper #89-2530, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.

Stouffer, S.D., R.J. Roby, and W.F. O'Brien, "Improved Plasma Torch for Ignition and Flame Holding in Supersonic Combustion," AIAA Paper #89-2945, presented at the AIAA/SAE/ASME/ASEE 25th Joint Propulsion Conference, Monterey, CA, July 1989.


**Combustion**
Science & Engineering, Inc.

Roby, R.J. and C.T. Bowman, "Formation of $N_2O$ in Laminar, Premixed, Fuel-Rich Flames," *Combustion and Flame*, 70, 119-123, 1987.

Roby, R.J. and C.T. Bowman, "Effects of Hydrocarbons on NO Removal in Rich, Premixed Hydrogen-Oxygen Flames," WSS/CI Paper 86-42, 24p., Presented at the Joint Meeting of the Western States and Canadian Sections of the Combustion Institute, Banff, Alberta, Canada, April 1986.

Freeman, L.E., G.K. Chui, D. Crowl and R.J. Roby, "A Comparative Study of the Effects of Fuel Properties of Non-Petroleum Fuels on Diesel Engine Combustion and Emissions," *Transactions SAE*, Vol 93, Paper #841334, pp 35-50 of SP-587, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Baltimore, Maryland, October 1984.

Otto, C. and R.J. Roby, "Nitric Oxide Formation from Fuel Nitrogen Studied with a Pulse-Flame Combustor," *J.A.P.C.A.*, Vol. 34, No. 1, pp 38-41, January 1984.

Freeman, L.E., R.J. Roby and G.K. Chui, "Performance and Emissions of Non-Petroleum Fuels in A Direct-Injection, Stratified-Charge, SI Engine," published in *Fuel Alternatives for the 80's*, SAE, Warrendale, PA (1982), SAE Paper #821198, pp 89-100 of SP-527, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Toronto, Canada, November 1982.

Freeman, L.E. and R.J. Roby, "Synthetic Fuels from Coal for Automotive Use," Proceedings of the 54th Annual National Technical Association Convention, Baltimore, Maryland, August 1982.

Roby, R.J., L.E. Freeman, J.A. Harrington, G.K. Chui and W.A. Tallent, "Operation of a Direct-Injection, Stratified-Charge, SI Engine on Alcohols," *Proceedings of the Fifth International Symposium on Alcohol Fuels Technology*, Auckland, New Zealand, May 1982.

Roby, R.J., G.K. Chui, L.E. Freeman, J.A. Harrington and W.A. Tallent, "Evaluation of Coal Liquids in a Single Cylinder PROCO Engine," SAE Paper #811223, also presented at the Fall Meeting of the Fuels and Lubricants Section of the Society of Automotive Engineers, Tulsa, Oklahoma, October 1981.

Roby, R.J. and J.A. Harrington, "Organic Nitrites in Aged Exhaust from Alcohol-Fueled Vehicles", *J.A.P.C.A.*, Vol. 31, No. 9, pp 995-996, September, 1981.

Harrington, J.A., R.J. Roby and J.A. Cavolowsky, "Fuel Vaporization for Fast Cold Starting of Ethanol-Fueled Vehicles", *Proceedings of the Fourth International Symposium on Alcohol Fuels Technology*, Sao Paulo, Brazil, October, 1980.

DeStefano, A.J., R.J. Roby and R.F. Porter, "A Thermodynamic Study of H-D Exchange in the Hydrogen-Diflouroborane System," *Thermochimica Acta*, 16, 236-239, 1976.



Combustion
Science & Engineering, Inc.

CVàPDF - www.tavisa.com



# Combustion
## Science & Engineering, Inc.

9160 Rumsey Road • Suite B1 • Columbia • MD • 21045-1997 • Tel· 410/884-3266 • Fax· 410/884-3267

## MICHAEL S. KLASSEN, Ph.D., P.E.

### EDUCATION:

Ph.D., Mechanical Engineering, University of Maryland, 1992.
M.S., Mechanical Engineering, University of Maryland, 1990.
B.S., Mechanical Engineering, University of Maryland, 1987.

### PROFESSIONAL EXPERIENCE:

**Vice President and Principal Research Engineer, Combustion Science & Engineering, Inc., Columbia, MD, 1998 to present.**
Responsible for the design and execution of experimental and analytical projects in fire and combustion research.

**Staff Engineer, Hughes Associates, Inc., Baltimore, MD, 1996-1997.**
Designed and conducted experimental fire and combustion research. Involved in the testing and modeling of fire-suppression systems.

**Visiting Asst. Professor/Postdoctoral Researcher, Purdue University, 1992- 1996.**
Developed laser and optical diagnostic techniques for use in combustion applications. Utilized these techniques to investigate the formation of minor combustion species and pollutants in laminar and turbulent flames. Conducted experiments into the effect of pressure on nitric oxide (NO) formation in flames at pressures ranging from 1 to 15 atm. Local NO concentration measurements were made in laminar flames using laser-induced fluorescence (LIF) and used to evaluate the ability of current chemical kinetic mechanisms to predict NO formation in high-pressure flames. Instantaneous, local NO concentrations were also measured in premixed, turbulent jet flames which gave insights into the regions of NO formation in this type of flame and provided data for model validation. Further research involved the use of picosecond time-resolved laser-induced fluorescence (PITLIF) to the determine instantaneous, quantitative concentration of minor species in turbulent flames. This study involved the application of ultra-fast spectroscopic techniques (resolution on the order of nanoseconds) in order to make time-series measurements of minor species concentrations in turbulent reacting flows. Lectured on introductory engineering thermodynamics.

**Graduate Research Assistant, University of Maryland, 1989-1992.**
Research involved the study of radiation properties and the flame structure of liquid-fuel pool flames. This work included measurements of the total radiative output, fuel burning rate and flame height for a variety of burner diameters (5 cm- 1 m). A new technique to measure radiative heat transfer from the flame to the fuel surface was developed. Instantaneous and simultaneous measurements of temperature, intensity and soot volume fraction were made using an optical pyrometric technique. Stochastic simulations using the measured instantaneous flame properties were employed for predictions of radiative output from the flame and the fuel burning rate.

**Guest Researcher, National Institute of Standards and Technology, Center for Building and Fire Research, 1989-1992.**

**Guest Researcher, Fire Research Institute, Department of Home Ministry, Tokyo, Japan, 1991.**

CWsPDF - www.fanfa.com

**Michael S. Klassen, Ph.D., P.E.**

**Graduate Research Assistant, University of Maryland, 1988-1989.**
Conducted research which investigated the transient cooling of hot surfaces by dropwise evaporation for use in fire suppression models. An infrared thermographic technique was developed to monitor the response of a heated low-conductivity surface to an impinging water droplet. Digital image processing techniques were utilized to extract the extent of cooling of the surface by the droplet and the transient surface temperature from the infrared data.

## PROFESSIONAL REGISTRATION:

Registered Professional Engineer, Mechanical Engineering, License Number Pending (Maryland 1998).

## PROFESSIONAL STANDING:

Member, The American Society of Mechanical Engineers
Member, The Combustion Institute
Member, AIAA

## SELECTED PUBLICATIONS:

Klassen, M. S., D. D. Thomsen, J. R. Reisel, N. M. Laurendeau, "Laser-Induced Fluorescence Measurements of NO formation in High-Pressure Methane Flames", *Combustion Science and Technology* 110-111,229-247 (1996).

Reichardt, T. A., M. S. Klassen, G. B. King, and N. M. Laurendeau, "Measurements of Hydroxyl Concentrations and Lifetimesin Laminar Flames using Picosecond Time-resolved Laser-induced Fluorescence", *Applied Optics*, in press (1996).

Partridge, W. P. Jr., M. S. Klassen, D. D. Thomsen, N. M. Laurendeau, "Experimental Assessment of $O_2$ Interferences on LIF Measurements of NO in High-Pressure Lean Premixed Flames using Narrow-band and Broad-band Detection", *Applied Optics*, in press (1996).

Reichardt, T. A., M. S. Klassen, G. B. King, and N. M. Laurendeau, "Real-time Acquisition of Laser-Induced Fluorescence Decays", *Applied Optics* 34, 973-976 (1995).

Klassen, M. S., B. D. Thompson, T. A. Reichardt, G. B. King and N. M. Laurendeau, "Flame Concentration Measurements using Pico-second Time-Resolved Laser-Induced Fluorescence", *Combustion Science and Technology* 97, 391- 403 (1994).

Hamins, A., S. J Fischer, T. Kashiwagi, M. Klassen, and J. P. Gore, "Measurement of Heat Feedback to the Fuel Surface in Pool Fires", *Combustion Science and Technology* 97, 37-62 (1994).

Klassen, M. and J. P. Gore, "Temperature and Soot Volume Fraction Statistics in Toluene-Fired Pool Fires", *Combustion and Flame,* 93, 270 - 278 (1993).

Klassen M., J. P. Gore, A. Hamins, T. Kashiwagi, "Radiative Heat Feedback in a Toluene Pool Fire", *24th Symposium (International) on Combustion,* The Combustion Institute, Pittsburgh, 1713- 1719 (1992).

Klassen, M., M. diMarzo, and J. Sirkis, "Infrared Thermography of Dropwise Evaporative Cooling", *Experimental Thermal and Fluid Science* 5, 136-141 (1992).

Klassen, M., J. P. Gore, and Y. R. Sivathanu, "Simultaneous Emission- Absorption Measurements in Toluene - Fueled Pool Flames: Mean and RMS Properties", *Combustion and Flame* 90, 34 - 44 (1992).

Hamins, A., M. Klassen, J. Gore, and T. Kashiwagi, "Estimate of Flame Radiance via a Single Location Measurement in Liquid Pool Flames", *Combustion and Flame* 86, 223-228 (1991).



Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 24 of 46

**Michael S. Klassen, Ph.D., P.E.**

Gore, J. P., M. Klassen, A. Hamins, and T. Kashiwagi,"Fuel Property Effects on Burning Rate and Radiative Transfer from Liquid Pool Flames", *Third International Symposium on Fire Safety Science*, Edinburgh, Scotland, 395 (1991).



**Combustion**
Science & Engineering, Inc.

Appendix C

Modeling Results

and

Referenced Graphs







**Upper CO Cruz Bedroom
Average Building Leakage**

CO Conc. (ppm) vs Time (s)

CutePDF - www.fastio.com

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 28 of 46



**Upper $O_2$ Living Area**
**Average Building Leakage**

Case 1:98-cv-00186　Document 73　Filed in TXSD on 01/18/2000　Page 29 of 46



**Upper OD Hallway**
**Average Building Leakage**

Case 1:98-cv-00186    Document 73    Filed in TXSD on 01/18/2000    Page 30 of 46



**Layer Height Living Area**
**Average Building Leakage**

CtrlPDF - www.fastio.com

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 31 of 46



**Upper CO Living Area**
**Average Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 32 of 46



**Upper O₂ Cruz Bedroom**
**Average Building Leakage**

Case 1:98-cv-00186    Document 73    Filed in TXSD on 01/18/2000    Page 33 of 46



Cruz Bedroom COHb %
Average Building Leakage

COHb (%)

Time (min)

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 34 of 46





Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 36 of 46





**Layer Height Living Area**
**Loose Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 38 of 46



**Layer Height Cruz Bedroom**
**Loose Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 39 of 46



Upper CO Living Area
Loose Building Leakage



**Upper CO Cruz Bedroom**
**Loose Building Leakage**



**Upper O₂ Living Area**
**Loose Building Leakage**



**Upper O₂ Cruz Bedroom**
**Loose Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 43 of 46



**Cruz Living Area COHb%**
**Loose Building Leakage**

Case 1:98-cv-00186    Document 73    Filed in TXSD on 01/18/2000    Page 44 of 46



**Cruz Bedroom COHb %**
**Loose Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 45 of 46



**Upper OD Hallway**
**Loose Building Leakage**

Case 1:98-cv-00186   Document 73   Filed in TXSD on 01/18/2000   Page 46 of 46

**Figure 38.1**
**Carbon monoxide concentration (ppm CO) versus time (minutes)**



Carbon Monoxide Concentration
PPM CO VS. MINUTES

A — 60% COHb (Permanent Brain Damage — Death)

B — 45% COHb (Coma and Permanent Brain Damage)

C — 40% COHb (Collapse)

D — 35% COHb (Vomiting)

E — 30% COHb (Drowsy)

F — 25% COHb (Headache and Nausea)

G — 20% COHb (Headache)

H — 15% COHb (Slight Headache)

I — 10% COHb (None)

J — 5% COHb (None)

S3506

Equation For determining estimated percent COHb in blood[a]

$$\%COHb_t = \%COHb_0[e^{-(t/23888)}] + 218[1-e^{-(t/23888)}][0.0003 + (ppm\ CO/1316)]$$

in which:

$\%COHb_t$ is the percentage of COHb at time t.

$\%COHb_0$ is the percentage of COHb in the blood at time 0.

t is the time in minutes, and

B is 0.0404 (work effort).

[a] A proposal for evaluating human exposure to carbon monoxide contamination in military vehicles. Steinberg, Nielson. March 1977, AMCMS Code 572716.H700011;  Coburn, R.F., Forster, R.E., & Kane, P.G.  Considerations  for the physiological variables that determine the blood carboxyhemoglobin concentration in man. Journal of Clinical Investigation. 1965, 44 1899-1910.