United States District Court
Southern District of Texas
FILED

FEB 01 2000

Michael N. Milby
Clerk of Court

74

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and<br>IDALIA GARCIA, Individually And<br>as Representative of the Estate<br>of MANUEL CRUZ, Deceased | :<br>:<br>:<br>: | CIVIL ACTION |
| CYNTHIA COX as Next Friend of<br>BRITTANY COX, | :<br>:<br>: | NO. B-98-186 |
| v. | :<br>: | |
| BRK BRANDS, INC. | :<br>: | |

# MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND EXTENSION OF ALL OTHER DEADLINES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** the Defendant in the above entitled and numbered cause of action, and request that this Court grant it an extension of time to conduct discovery, and to extend all other current deadlines, and would show the Court as follows:

**I.**

1. The following are the current discovery deadline, pursuant to the court's scheduling order (Docket # 24):

   a) All discovery in this case must be completed by **March 3, 2000**. If additional time is required, a motion requesting such extension must be filed no later than **February 11, 2000**. Failure to file such motion shall preclude further discovery.

Extension to these deadlines are necessary, and would show the Court as follows:

## II.

2. Defendant's Motion to Dismiss, pursuant to FRCP 12(b)(6) was filed on June 18, 1999, and is currently under consideration by the Court.

3. At the hearing on October 12, 1999, when Defendant's 12(b)(6) motion was argued, the court indicated that no further discovery should proceed; however, the parties' expert reports and designations should be followed. All parties have complied by providing their experts' names and reports.

4. The parties have intentionally not taken any depositions or filed written discovery pursuant to the Court's directives at the hearing on October 12, 1999.

## III.

5. The Defendant now requests that the Court enter a new deadline for discovery extending the deadline by 60 days, and that new deadlines for other matters be set by the court in line with the new deadline set for discovery.

## IV.

6. Plaintiffs and Defendant are in agreement to said continuance as to discovery and extending deadlines. Counsel for Cynthia Cox is opposed to the trial being continued. This continuance is not for delay, but so justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendant, pray that an extension of time to conduct discovery and extension of all other deadlines be granted as indicated above and for such other relief as allowed by law and equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that Shiree Salinas and Ray Marchan was contacted by telephone on February 1, 2000, regarding filing a motion to grant extension of time for discovery, and extension on all other deadlines. Ms. Salinas and Mr. Marchan are both unopposed to discovery and other deadlines being continued. Mr. Marchan is opposed to the trial date being continued.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND EXTENSION OF OF ALL OTHER DEADLINES** by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the ___1___ day of February, 2000.

_____
Elizabeth G. Neally

**JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY**   **PAGE 3**

21410 - Mtn Ext (Discovery)