IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | : | |
| as Representative of the Estate | : | CIVIL ACTION |
| of MANUEL CRUZ, IDALIA GARCIA, | : | |
| Individually; and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

**ORDER GRANTING EXTENSION OF DISCOVERY COMPLETION
AND ALL OTHER DEADLINES**

On this the _11_ day of _FEBRUARY_, 2000, there came on to be considered the Motion For Extension of Time to Conduct Discovery and Extension on All Other Deadlines and it appearing to the Court that the motion should be **GRANTED**;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the Joint Motion For Extension of Time to Conduct Discovery and Extension on All Other Deadlines is hereby Granted.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED,** that:

(1) Daubert Motions and Dispositive Motions must be filed by April 3, 2000.

(2) All discovery in this case must be completed by May 3, 2000. If additional time is required, a motion requesting such extension must be filed no later than April 11, 2000. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than _AUGUST 17, 2000_ .

(4)   A final pretrial and settlement conference is set for _AuGuST 17_ , 2000, at _2_:_00_ _p_.m.

(5)   Final Pretrial is set for _AuGuST 31_ , 2000 at _8_: _30_ _a_.m. before Judge Filemon B. Vela;

(6)   Jury selection is set for _SEPTEMBER 1_, 2000 at 8:30 a.m.

(7)   Trial on the merits is set for _SEPTEMBER_ 2000.


DONE at Brownsville, Texas, on this _11th_ day of February, 2000.

_____
PRESIDING JUDGE