76

United States District Court
Southern District of Texas
FILED

FEB 1 1 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DAUBERT MOTION AND DISPOSITIVE MOTIONS

CIVIL ACTION NO. B-98-186

DATE & TIME: 02-11-00 AT 10:00 AM.

JOSE GARCIA, ET AL.

PLAINTIFF(S) SHIREE SALINAS
COUNSEL       RAY MARCHAN
              MIKAL WATTS
              BRYAN HARRIS

VS.

BRK BRANDS, INC.

DEFENDANT(S)
              RENE OLIVEIRA
              ELIZABETH NEALLY
              BRAD GAHM
              JAMES H. HELLER
              TERRY HENRY
              FRANCISCO MARTINEZ
              ROBERT HAYES

----------

Attorneys Ray Marchan and Elizabeth Neally appeared.

The following rulings were made:

Docket No. 19-1 is Moot.
Docket No. 53-1 is Granted, answer is due March 13, 2000.
Docket No. 74-1 is Moot.