IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and IDALIA GARCIA, Individually And as Representative of the Estate of MANUEL CRUZ, Deceased | CIVIL ACTION |
| CYNTHIA COX as Next Friend of BRITTANY COX, | NO. B-98-186 |
| BRK BRANDS, INC. | |

# MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND TO EXTEND DEADLINE TO FILE DAUBERT AND DISPOSITIVE MOTIONS

## TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** the Defendant in the above entitled and numbered cause of action, and requests that this Court grant it an extension of time to conduct discovery, and to extend the deadline to file Daubert and dispositive motions, and does not request an extension of the trial date, and would show the Court as follows:

I.

1. The following are the current deadlines for discovery and Daubert and dispositive motions, pursuant to the Court's February 14, 2000 Order Granting Extension of Discovery Completion and All Other Deadlines:

    (1) Daubert Motions and Dispositive Motions must be filed by April 3, 2000.

(2) All discovery in this case must be completed by May 3, 2000. If additional time is required, a motion requesting such extension must be filed no later than April 11, 2000. Failure to file such motion shall preclude further discovery.

Extension of these deadlines are necessary, and we would show the Court as follows:

## II.

2. Subsequent to the Court's recent hearing at which time all of the above deadlines were ordered, by the attached correspondence dated February 15, 2000, counsel for BRK attempted to set dates for the depositions of Plaintiffs' nine designated experts. Shiree Salinas responded with the attached letter (Exhibit "2"). Mr. Marchan's office advised in several telephone calls that they were working on it. To date, Mr. Marchan's office has not provided any dates. See also, recent correspondence dated March 1, 2000, to Plaintiffs (Exhibit "3") wherein Defendant again requested expert deposition dates. In the absence of the requested expert discovery, defendant will be severally prejudiced in its ability to prepare its Daubert or dispositive motions.

3. Further, pursuant to the Court's recent Order, the parties are attempting to schedule a mediation in late March or early April and would like to avoid the undue litigation costs of mediating the case and simultaneously preparing Daubert and dispositive motions.

4. Defendant's FRCP 12(b)(6) Motion to Dismiss was filed on June 18, 1999, and is currently under consideration by the Court.

Defendant is hopeful and anticipates that the court will rule on its motion prior to the arrival of the deadline for filing Daubert and dispositive motions.

## III.

5. The Defendant now requests that the Court extend the discovery deadline to August 4, 2000, and the Daubert and dispositive motions deadline until July 3, 2000. Defendant further requests that Plaintiffs be required to produce their experts for depositions by May 20, 2000, and that Defendant be required to produce its experts by June 20, 2000. All other deadlines, including the trial date, shall remain the same.

## IV.

6. Plaintiffs and Defendant are in agreement to said continuance as to discovery but not as to extending the Daubert and dispositive motions deadlines. Ms. Cox' agreement to an extension of time for discovery, but not for filing Daubert and dispositive motions is inconsistent and appears insincere. Clearly, plaintiff Cynthia Cox recognizes the need for fact and expert discovery in this case, but has been uncooperative in efforts to schedule that discovery.

7. This request for a continuance is not for delay, but so justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs and Defendant, pray that an extension of time to conduct discovery and extension of time to file Daubert and dispositive motions be granted as indicated above and for such other relief as allowed by law and equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND EXTENSION OF DAUBERT AND DISPOSITIVE MOTIONS** by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the 7 day of March, 2000.

_____
Elizabeth G. Neally

## CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that correspondence attached hereto was forwarded to counsel of record regarding Defendant's request to extend the deadlines for discovery and filing of Daubert and dispositive motions.

I further certify that Shiree Salinas and Ray Marchan were contacted by telephone, regarding Defendant's filing a motion to grant extension of time for discovery, and extension on Daubert and Dispositive Motions.

Ms. Salinas is in agreement to the extension of deadlines. Mr. Marchan is in agreement as to the extension of discovery, however is opposed to the extension of Daubert and dispositive motions

_____
Elizabeth G. Neally

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

**Partners**
Jeffrey D. Roerig†♦
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira
Adolph Guerra, Jr.†

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

♦Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

**Partners**
D. Alan Erwin, Jr
Michael A. Zanca*
D Wilkes Alexander
Rosemary Conrad-Sandoval*
Lucila Alvarado*

**Associates**
Jesus Quezada, Jr.
Lize M Vasquez*

21,410

File No.

February 15, 2000

Ms. Shiree Salinas                                             Via Facsimile
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

Mr. Ray Marchan                                                Via Facsimile
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX    78520

      Re:  <u>Garcia, et al vs. BRK Brands, Inc.</u>

Dear Shiree and Ray:

      Pursuant to the court's recent orders, we would like to start scheduling depositions as quickly as possible. First of all, we need deposition dates and places from you for the depositions of all of your experts. At this point, our records indicate that you have 1) Michael Shultz, 2) Douglas Holmes, 3) Don Russell, 4) Morris Cranmer, 5) Reed McClintock, 6) Robert Ross, 7) Jesse Aronstein, and 8) Everett Dilman listed as experts. Please provide us with dates and places when we may take those depositions as soon as possible.

      In addition, we need to know dates for the taking of the depositions of Jose Garcia (witness) Idalia and Jose Garcia (parents), and Cynthia Cox, and Kenya Sosa. Ms. Sosa's deposition will need to be taken in Louisiana or wherever she is now residing. If I do not hear back from you by February 22, 2000, I will notice the depositions on dates and locations convenient to us.

      Finally, we need to know dates for mediation and mediators that you would like to use. I would suggest that we use Leo Salzman, Leonel Alejandro, or Steven Fieldcamp. Further, we

Exhibit "1"

## Roerig, Oliveira & Fisher, L.L.P.

Ms. Shiree Salinas
Mr. Ray Marchan
February 15, 2000
Page 2
_____

request that the mediation take place in either Houston or Dallas, Texas, depending on your preferability. We would like to mediate the case as quickly as possible, and are available for many dates in March, and request that you provide me with dates in March when you are also available.

    Please get back with me as quickly as possible. As you know, we are on a tight schedule to complete depositions and Daubert motions.

    Should you have any questions, please do not hesitate to contact the undersigned.

                                 Sincerely,

                                 ROERIG, OLIVEIRA & FISHER, LLP

                                 Elizabeth G. Neally

EGN:cjb
cc: Terry Henry
    Rene O. Oliveira

<br>



# MARK A. CANTU
### ATTORNEY AT LAW

**SHIREE D. SALINAS**
ASSOCIATE

February 18, 2000

**VIA TELEFAX: (956)542-0016**

Elizabeth G. Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520

RE: U.S. District Court, Southern District at Brownsville
Civil Action No. 98-186

Dear Elizabeth:

I am in receipt of your letter dated February 15, 2000 regarding the above reference cause. I noticed that your letter did not include Mr. Wayne McCain as an expert. I am sure that you agree that he should also be deposed in this case.

Next, regarding your request for dates of availability for deposition, please schedule the depositions at your convenience as well as Mr. Marchans'. Mr. Cantu or I will make ourselves available on the dates that you have selected.

Additionally, Idalia and Jose Garcia are available for deposition at your convenience.

Finally, Mr. Leo Salzman is acceptable as a mediator to the Plaintiffs Garcia. However, we request that the mediation occur in the Valley.

Should you have any question, please feel free to call.

Sincerely,
LAW OFFICE OF MARK A. CANTU

Shiree D. Salinas
Attorney at Law

SDS:baa

cc: Ray R. Marchan, Via Telefax: 956/541-0255

**Exhibit 2**

THE ATRIUM • 1300 N. 10th ST. • SUITE 400 • McALLEN, TEXAS 78501
PHONE: (956) 687-8181 • FAX: (956) 687-8868

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

**Partners**
Jeffrey D. Roerig†●
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz●*
David G. Oliveira
Adolph Guerra, Jr.†

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

●Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Main Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

**Partners**
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander
Rosemary Conrad-Sandoval*
Lucila Alvarado*

**Associates**
Jesus Quezada, Jr.
Liza M. Vasquez*

21,410

File No.

March 1, 2000

Ms. Shiree Salinas                                    Via Facsimle
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

Mr. Ray Marchan                                       Via Facsimile
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

    Re:  <u>Garcia, et al vs. BRK Brands, Inc.</u>

Dear Shiree and Ray:

    I have not heard back from you, but I am going to assume that Leo Salzman is agreed upon as a mediator and that the mediation will take place in Houston or Dallas with BRK paying for Mr. Salzman's traveling expenses. We prefer Dallas since one of the insurance companies involved is there. Also we have offices available for the mediation.

    I will have Mr. Salzman's office contact you to set up a mediation. We suggest April 14 or 25, 2000.

    We still have not received dates for expert depositions. Because of this, we have a problem proceeding with filing our Daubert motions and would like an agreed motion to extend that deadline.

    Please advise if you are opposed to moving the deadlines as follows:

**Plaintiff produces all experts for depositions by May 20, 2000.**

Exhibit 3

ClibPDF - www.fastio.com

**Roerig, Oliveira & Fisher, L.L.P.**

Ms. Shiree Salinas
Mr. Ray Marchan
March 1, 2000
Page 2

Defendant produces all experts for depositions by June 20, 2000;

Daubert motions/dispositive motions deadline is July 3, 2000;

Discovery deadline is August 4, 2000,

All other deadlines including trial remain the same.

Please get back with me by March 6, 2000 regarding mediation and our Motion to Extend.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb
cc: Terry Henry
    Rene O. Oliveira