Case 1:98-cv-00186   Document 79   Filed in TXSD on 03/13/2000   Page 1 of 3

7C
I

United States District Court
Southern District of Texas
FILED

MAR 1 3 2000

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE  SOUTHWESTERN DISTRICT OF TEXAS
## BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND | § | |
| IDALIA GARCIA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF MANUEL CRUZ | § | |
|     Plaintiffs | § | |
| | § | |
| CYNTHIA COX, INDIVIDUALLY AND | § | |
| AS NEXT FRIEND OF BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
|     Defendant | § | |

### MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Shiree D. Salinas, attorney for Jose Garcia, Individually and Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Plaintiffs in the above numbered cause and respectfully shows the Court as follows:

1.     On Friday March 10, 2000, undersigned counsel received an Order Setting Hearing on Defendants' Motion for Extension of Discovery Completion and Daubert and Dispositive Motion to be heard at 2:00 p.m. on Monday March 13, 2000.

2.     Shiree D. Salinas and Mark A. Cantu will be involved in a trial commencing on Monday March 13, 2000,  in cause no. C-3953-98-E of Hidalgo County, Texas and as a consequence will be unable to attend the hearing.

1

**WHEREFORE, PREMISES CONSIDERED,** undersigned counsel requests

that this Court enter an Order Continuing this case until _____.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
The Atrium
McAllen, Texas  78501
Tel:  956/687-8181
Fax:  956/687-8868


SHIREE D. SALINAS
State Bar No. 17537000
Federal I. D. No. 22613
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND IDALIA GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF MANUEL CRUZ

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was

delivered via hand delivery, telefax, certified mail return receipt requested and/or regular

mail to the following counsel of record on this the 13th day March of 2000.

Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Ray R. Marchan
**EDDINGTON & ASSOCIATES, L. L. P.**
1926 East Elizabeth
Brownsville, Texas  78520

SHIREE D. SALINAS