80

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

MAR 1 3 2000

HEARING

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-186        DATE & TIME: 03-13-00 AT 2:00 P.M.

JOSE GARCIA, ET AL.              PLAINTIFF(S)  SHIREE SALINAS
                                 COUNSEL       RAY MARCHAN
                                               MIKAL WATTS
                                               BRYAN HARRIS

VS.

BRK BRANDS, INC.                 DEFENDANT(S)
                                               RENE OLIVEIRA
                                               ELIZABETH NEALLY
                                               BRAD GAHM
                                               JAMES H. HELLER
                                               TERRY HENRY
                                               FRANCISCO MARTINEZ
                                               ROBERT HAYES

------------------------------------------------------------------------

A hearing on Defendant's Motion for Extension of Discovery Completion and Daubert and Dispositive Motions were heard. Attorneys Ray Marchan and Elizabeth Neally were present. ERO was Irma Soto.

Attorneys presented an Agreed Order for the Extension of Discovery Completion.