*81*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

## ORDER

Pending before the court are Defendant BRK Brands, Inc.'s Motions to dismiss Plaintiffs' First Amended Complaint (Dockets Nos. 40 and 63).

IT IS **ORDERED** that these Motions are **MOOT**.

IT IS FURTHER **ORDERED** that, should it be deemed appropriate by the Defendant, these Motions may be reurged.

DONE at Brownsville, Texas, this 13th day of March, 2000.

John Wm. Black
United States Magistrate Judge