82

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | CIVIL ACTION<br><br>NO. B-98-186 |
| vs. | |
| BRK BRANDS, INC. | |

**ORDER SETTING HEARING**
**DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY COMPLETION**
**AND DAUBERT AND DISPOSITIVE MOTIONS**

Defendant's Motion For Extension of Discovery Completion and Daubert and Dispositive Motions, is hereby set to be heard before this Court on the 13 day of MARCH, 2000, at 2 o'clock P.m.

**SIGNED** this 10 day of March, 2000.

JUDGE PRESIDING