183

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 7 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, ET AL | § | CASE NO. CA-B-98-186 |
| | § | |
| | § | BROWNSVILLE, TEXAS |
| VERSUS | § | |
| | § | MAY 15, 2002 |
| | § | 9:12 A.M. TO 11:59 A.M. |
| BRK BRANDS, INC. | § | 2:25 P.M. TO  4:08 P.M. |

<u>DAUBERT HEARING</u>

BEFORE THE HONORABLE JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES</u>:

For the Plaintiff:                                SEE NEXT PAGE

For the Defendant:                                SEE NEXT PAGE

Court Recorder:                                   Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675

713.697.4718 (office)  ●  713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.