84

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | : : : : : : | CIVIL ACTION NO. B-98-186 |
| vs. | : : | |
| BRK BRANDS, INC. | : | |

**AGREED ORDER GRANTING EXTENSION OF DISCOVERY COMPLETION
AND DAUBERT AND DISPOSITIVE MOTIONS**

On this the 13th day of March, 2000, there came on to be considered the Motion For Extension of Time to Conduct Discovery and Extension on Daubert and Dispositive Motions (DOCKET NO. 78-1) and it appearing that the parties are in agreement to said extensions, and the Court is of the opinion that said motion should be **GRANTED**;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED,** that the Motion For Extension of Time to Conduct Discovery and Daubert and Dispositive Motions is hereby Granted.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED,** that:

(1) Plaintiffs to produce their experts for depositions by May 20, 2000; Defendant to produce its experts for deposition by June 20, 2000.

(1) Daubert Motions and Dispositive Motions must be filed by July 3, 2000.

(2) All discovery in this case must be completed by August 4, 2000. If additional time is required, a motion requesting such extension must be filed no later than July 4, 2000. Failure to file such motion shall preclude further discovery.

All other dates previously ordered by the court, remain the same.

DONE at Brownsville, Texas, on this 13 day of MARCH, 2000.

_____
PRESIDING JUDGE

**AGREED TO:**

**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501
Telephone: (956) 687-8181
Facsimile: (956) 687-8868

*Attorneys for Plaintiffs*
*Idalia and Jose Garcia*
*Estate of Manuel Cruz*

By: _____
Shiree D. Salinas
State Bar No. 17537000
Federal Bar No. 22613

**HARRIS & WATTS**
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 546-0333
Facsimile: (956) 541-0255

*Attorneys for Plaintiff*
*Cynthia Cox as Next Friend*
*of Brittany Cox*

By: _____
Ray R. Marchan
State Bar No. 12969050
Federal Bar No. 9522

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

*Attorneys for Defendant BRK*

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044