

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been **PASSED:**

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 17, 2000 AT 1:30 P.M.**

/JOHN WM. BLACK, U S. MAGISTRATE JUDGE

DATE:   MARCH 15, 2000

TO:   MR. MARK CANTU/MS. SHIREE SALINAS
      MR. RAY MARCHAN
      MR. MIKAL WATTS/MR. BRYAN HARRIS
      MR. RENE O. OLIVEIRA/MS. ELIZABETH NEALLY
      MR. BRAD N. GAHM/MR. JAMES H. HELLER/MR. TERRY HENRY
      MR. FRANCISCO J. MARTINEZ