United States District Court
Southern District of Texas
FILED

MAR 1 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX<br><br>vs.<br><br>BRK BRANDS, INC. | §<br>§<br>§<br>§  CIVIL ACTION NO. B-98-186<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT BRK BRANDS, INC.'S NOTICE OF INTENTION
TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM
OF EXPERT ROBERT J. ROSS, P.E.**

TO:  CYNTHIA COX, Plaintiff
     By and Through Her Attorney of Record
     RAY R. MARCHAN
     Mr. Brian Harris
     Mr. Mikal Watts
     **HARRIS & WATTS, P.C**
     1926 E. Elizabeth
     Brownsville, TX   78520

     JOSE GARCIA and
     IDALIA GARCIA, Plaintiffs
     By and Through Their Attorney of Record
     Ms. Shiree Salinas
     **LAW OFFICES OF MARK CANTU**
     1300 North Tenth Street, Suite 400
     McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **10:30 a.m. on Thursday, April 6, 2000,** and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of ROBERT J. ROSS, P.E., whose last known address is 516 Rua de Matta, San Antonio, Texas 78232.

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF ROBERT J. ROSS

PAGE 1
21410 - Depo - ROSS

Said deposition will be taken at the offices of **COMPEX LEGAL SERVICES, 3300 Nacogdoches, Suite 220, San Antonio, Texas 78217** (Telephone: 800-969-6424), pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Compex Legal Services.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

**SUBPOENA DUCES TECUM**

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **ROBERT J. ROSS, P.E.**, is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas   78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
Federal Bar No. 8044

RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF ROBERT J. ROSS

PAGE 2
21410 - Depo - ROSS

COZEN AND O'CONNOR
JAMES HELLER
TERRY M. HENRY
1900  Market Street
Philadelphia, PA   19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of Robert J. Ross, P.E.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

on the 15 Day of March, 2000.

_____
Elizabeth G. Neally

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF ROBERT J. ROSS

PAGE 3
21410 - Depo - ROSS

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, IDALIA GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ and CYNTHIA COX as Next Best Friend of Brittany Cox, | CIVIL ACTION<br><br>NO. B-98-186 |
| vs. | |
| BRK BRANDS, INC. | |

**EXHIBIT "A" TO SUBPOENA *DUCES TECUM*
SERVED UPON ROBERT ROSS**

1. Any and all reports, including drafts, that you have prepared for or on behalf of plaintiffs in this matter pursuant to Fed.R.Civ.P. 26.

2. In regard to the documents[1], materials and information upon which you relied in preparing your opinion and report or developed by you as part of your investigation of the incident, please produce the following:

(a) Any and all materials you received from plaintiffs' counsels, Ray Marchan, Shiree Salinas or any other person working with or in their respective offices.

(b) Your notes, photographs, video tape and/or any other record of your inspection of 190 Thomae Lane, San Benito, Texas or your inspection and/or examination of physical evidence remained from decedent's residence.

(c) Your notes and any other record of interviews you conducted regarding the carbon monoxide poisoning death of Manuel Cruz, including, but not limited to, audio recordings, written statements, affidavits or transcripts of recorded statements.

3. All documents that support or tend to support any opinions, assumptions or conclusions that are held by you.

4. All documents that support or tend to support your opinion that the space heater may or may not have a defect that contributed to the carbon monoxide poisoning death of Manuel Cruz.

5. All documents which support or tend to support any basis or reasons for the opinions, which you hold.

6. All documents that reflect any activity performed by you in this matter, including but not limited to, any examinations or inspections which you performed of the premises, space heater, smoke detector(s) or carbon monoxide detector, at 190 Thomae Lane, San Benito, Texas, or any other physical evidence obtained from the premises.

7. All documents that relate in any way to information which you received or obtained concerning the observations made by witnesses or investigation conducted by the Cameron County Sheriff's Office.

8. All literature relied on by you as a basis for forming your opinions.

9. All documents and/or material that relate to any experience you have had involving carbon monoxide poisoning or the operation of space heaters that relates to the formation of your opinions.

10. All documents that reflect your knowledge and understanding of the number, types and orientation of the space heater located in decedent's residence at the time of his carbon monoxide poisoning death.

11. All photographs and diagrams that you possess regarding this matter.

12. All documents that you have received in this matter that relate to any report, carbon monoxide production profile, soot or smoke production profile, assumption, conclusion, calculation, summary or other document prepared by any other person in this matter.

13. Your curriculum vitae.

2

14. All correspondence from any party or their counsel that you received or reviewed relating to this case, including correspondence requesting you to perform any work or form any opinions about the carbon monoxide poisoning death of Manuel Cruz at 190 Thomae Lane, San Benito, Texas, and/or about any manufacturing, marketing or design defect in any product designed and/or manufactured by the defendants, or the space heater.

15. All correspondence from any person, organization or entity, including non-parties, you received or reviewed relating to this case, including correspondence about any manufacturing, marketing or design defect in any product designed and/or manufactured by the defendants, or the space heater.

16. All documents known to you which criticize and/or disagree with the opinions, methodology, protocol and/or procedures that you hold or have applied in this matter.

17. Your entire file pertaining to this case, including your notes, invoices, timesheets, bills, statements, telephone logs, message slips, etc.

18. Any letters, memoranda or reports, in draft form or otherwise, you have prepared giving your opinions regarding this case.

19. All documents which contain the agreement retaining the performance of your services in this matter, including any retainer agreements, compensation agreements or other documents which contain your charges and costs and the agreement of any person that pays same.

20. A list of all cases/litigation in which you have given testimony as an expert at trial or by deposition within the proceeding four years, including the caption of the case, the court in which it was pending, the names of the attorneys for the parties and the case number.

21. All publications that you have authored within the preceding ten years.

22. All documents regarding or containing any information as to any studies or tests in which you are currently engaged, or in which you have previously been engaged, including those related to this matter, concerning space heaters, smoke detectors and/or carbon monoxide detectors, including but not limited to:

3

(a)  the protocol and all drafts of such protocol;

(b)  receipts, invoices, etc. as to the funding for each such study, including information showing the source of all funds utilized for such study;

(c)  video and audio tapes of the actual tests;

(d)  any documents identifying the individuals involved in the study and the equipment utilized in the study;

(e)  a detailed description of all materials used the study (i.e., fuels burned) including their location within the facility;

(f)  a detailed description of the fuel load, if any, for all tests;

(g)  a diagram of the facility for all tests showing, among other things, the complete HVAC system, the location of all vents, air returns and air ducts, the size and dimensions of all rooms, and the location of all smoke detectors, monitoring/measuring equipment, doors and windows, walls, furniture, etc.

(h)  a detailed description of and the data for the gases and other products of combustion produced by the heater or combustion source used.

23. Any documents relating to or constituting any communications, requests or proposals made by you, and any response thereto, to any governmental agency, standards organization or code promulgation entity (such as NFPA, UL, CPSC, etc.) regarding space heaters, smoke detectors and/or carbon monoxide detectors.

---

[1]  As used herein, the term "documents" means any printed, typewritten, handwritten or tangible item of any nature, containing, constituting, indexing or referring to information or other documents, including, but not limited to, letters; memoranda; handwritten notes; agreements; purchase orders; deeds; contracts, promissory notes; books; pamphlets; brochures; newspapers; magazines; periodicals; catalogs; price lists; checks; cancelled checks; invoices; sales receipts; charge receipts; personal receipts; bank records; tapes and tape recordings; computer printouts; data cards; programs or other input or output of data processing systems; other electronic data compilations from which information can be obtained, translated, if necessary, by respondent through detection devices into reasonably usable form; photographs (positive print or negative); transcripts of interviews or testimony before any person, officer or

4

body, whether sworn or unsworn; written statements or notes of interview of testimony; diaries; calendars; logs, expense records or other financial data; charts; time logs; graphs; maps; drawings or other representational depiction; telephone records; electronic mail; telegrams; phonograph records; magnetic tape, drum or disc records; motion picture film; microfilm or microfiche.

# Elizabeth Neally

**From:** Henry, Terry M. <THenry@COZEN.com>
**To:** Elizabeth Neally (E-mail) <eneally@rofllp.com>
**Sent:** Wednesday, March 15, 2000 2:46 PM
**Attach:** Exhibit A to Holmes .doc; Exhibit A to McCain .doc
**Subject:** Exhibit A's to subpoenas

Elizabeth:

Here are the Exhibits "A" for the subpoenas to be served upon Wayne McCain and Douglas Holmes. Let me know if you have any questions.

<<Exhibit A to Holmes .doc>>  <<Exhibit A to McCain .doc>>

03/15/2000