Case 1:98-cv-00186 Document 89 Filed in TXSD on 03/23/2000 Page 1 of 13

89

United States District Court
Southern District of Texas
FILED

MAR 2 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | § § | |
| BRK BRANDS, INC. | § § | |

**DEFENDANTS OBJECTIONS AND CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX 78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

Defendant hereby objects to Plaintiff's Notice of Intention to Take Deposition by Written Questions, and files these cross-questions. More specifically, Defendant objects to Question No. 10 to the Direct Questions to the Custodian of Pathology and Medical Records at Valley Baptist Medical Center, Question No. 11 to the Custodian of Billing Records for Valley Baptist Medical Center; and Nos. 11, 12, and 13 to the City of Los Fresnos Emergency Medical

ClibPDF - www.fastio.com

Services and to Harlingen Emergency Services, on the basis that the questions call for an expert opinion which the witness is not qualified to provide. Specifically, these witnesses are not qualified to provide an opinion as to whether the charges incurred for medical services provided to the Plaintiff were reasonable and necessary.

Additionally, this Defendant propounds cross-questions to the following, which are attached hereto:

1. Custodian of Medical Records
   Valley Baptist Medical Center

2. Custodian of Pathology Records
   Valley Baptist Medical Center

3. Custodian of Billing Records
   Valley Baptist Medical Center

4. Custodian of Medial and Billing Records for
   Harlingen Emergency Medical Services

5. Custodian of Medical and Billing Records for
   Los Fresnos Emergency Medical Services.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant

By: ______________________
Elizabeth G. Neally
State Bar No. 14840400

DEFENDANT'S OBJECTION AND CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS **PAGE 2**

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing ***Defendant's Objections and Cross-questions to Plaintiff's Notice of Intention to Take Deposition by Written Questions*** was served, via United States Postal Service, certified mail, return receipt requested on this 23 day of March, 2000, to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX 78520

Elizabeth G. Neally

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § | CIVIL ACTION NO. B-98-186 |
| vs. | § | |
| BRK BRANDS, INC. | § | |

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR VALLEY BAPTIST MEDICAL CENTER, MEDICAL RECORDS DEPARTMENT**

1. Is it true that you are not licensed to practice medicine in the State of Texas?

___

2. Although you may have a lay person's opinion, isn't it also true that due to your lack of training as a physician you are unable to give opinions based upon usual and customary charges made for medical services?

___

3. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

___

4. Is it true that due to your lack of training as a physician you are unable to state that any of the charges were necessary for the proper care and treatment of Manuel Cruz?

___

ClibPDF - www.fastio.com

5. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

_______________________________________________

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR VALLEY BAPTIST MEDICAL CENTER, MEDICAL RECORDS DEPARTMENT**

**PAGE 2**

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § | CIVIL ACTION NO. B-98-186 |
| vs. | § | |
| BRK BRANDS, INC. | § | |

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF PATHOLOGY RECORDS FOR VALLEY BAPTIST MEDICAL CENTER**

1. Is it true that you are not licensed to practice medicine in the State of Texas?

_______________________________________________

2. Although you may have a lay person's opinion, isn't it also true that due to your lack of training as a physician you are unable to give opinions based upon usual and customary charges made for medical services?

_______________________________________________

3. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

_______________________________________________

4. Is it true that due to your lack of training as a physician you are unable to state that any of the charges were necessary for the proper care and treatment of Manuel Cruz?

_______________________________________________

ClibPDF - www.fastio.com

5. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________________________

6. Is it true that due to your lack of knowledge that you can not attest to the reasonableness of all of the charges incurred by the Pathology Department at Valley Baptist Medical Center?

______________________________________________

7. If your answer to the question above is “no” or in the negative, please state all information you have relied on in determining that the charges incurred were reasonable.

______________________________________________



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § | CIVIL ACTION NO. B-98-186 |
| vs. | § | |
| BRK BRANDS, INC. | § | |

**DEFENDANT'S CROSS-QUESTIONS TO**
**PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION**
**BY WRITTEN QUESTIONS TO**
**CUSTODIAN OF BILLING RECORDS FOR VALLEY BAPTIST MEDICAL CENTER**

1. Is it true that you are not licensed to practice medicine in the State of Texas?

_______________________________________________

2. Although you may have a lay person's opinion, isn't it also true that due to your lack of training as a physician you are unable to give opinions based upon usual and customary charges made for medical services?

_______________________________________________

3. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

_______________________________________________

4. Is it true that due to your lack of training as a physician you are unable to state that any of the charges were necessary for the proper care and treatment of Manuel Cruz?

_______________________________________________

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF BILLING RECORDS FOR VALLEY BAPTIST MEDICAL CENTER**

**PAGE 1**

ClibPDF - www.fastio.com

5. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________________________

6. Is it true that due to your lack of knowledge that you can not attest to the reasonableness of all of the charges incurred by the Valley Baptist Medical Center?

______________________________________________

7. If your answer to the question above is "no" or in the negative, please state all information you have relied on in determining that the charges incurred were reasonable.

______________________________________________

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF BILLING RECORDS FOR VALLEY BAPTIST MEDICAL CENTER**

**PAGE 2**

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § | CIVIL ACTION NO. B-98-186 |
| vs. | § | |
| BRK BRANDS, INC. | § | |

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR HARLINGEN EMERGENCY MEDICAL SERVICES**

1. Is it true that you are not licensed to practice medicine in the State of Texas?

______________________________

2. Although you may have a lay person's opinion, isn't it also true that due to your lack of training as a physician you are unable to give opinions based upon usual and customary charges made for medical services?

______________________________

3. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________

4. Is it true that due to your lack of training as a physician you are unable to state that any of the charges were necessary for the proper care and treatment of Manuel Cruz?

______________________________

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR HARLINGEN EMERGENCY MEDICAL SERVICES**

**PAGE 1**

ClibPDF - www.fastio.com

5. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________________________

6. Is it true that due to your lack of knowledge that you can not attest to the reasonableness of all of the charges incurred by the Harlingen Emergency Medical Services?

______________________________________________

7. If your answer to the question above is "no" or in the negative, please state all information you have relied on in determining that the charges incurred were reasonable.

______________________________________________

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR HARLINGEN EMERGENCY MEDICAL SERVICES**

**PAGE 2**

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, As Next Friend of BRITTANY COX, a Minor | § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | § § § | |
| BRK BRANDS, INC. | § | |

**DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR CITY OF LOS FRESNOS EMERGENCY MEDICAL SERVICES**

1. Is it true that you are not licensed to practice medicine in the State of Texas?

______________________________

2. Although you may have a lay person's opinion, isn't it also true that due to your lack of training as a physician you are unable to give opinions based upon usual and customary charges made for medical services?

______________________________

3. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________

4. Is it true that due to your lack of training as a physician you are unable to state that any of the charges were necessary for the proper care and treatment of Manuel Cruz?

______________________________

DEFENDANT'S CROSS-QUESTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE DEPOSITION BY WRITTEN QUESTIONS TO CUSTODIAN OF RECORDS FOR CITY OF LOS FRESNOS EMERGENCY MEDICAL SERVICES

PAGE 1

ClibPDF - www.fastio.com

5. If you have answered the preceding question other than "Yes, it is true," please list the dates of all of your medical training and the institutions where you received such medical training.

______________________________________________

6. Is it true that due to your lack of knowledge that you can not attest to the reasonableness of all of the charges incurred by the City of Los Fresnos Emergency Medical Services?

______________________________________________

7. If your answer to the question above is "no" or in the negative, please state all information you have relied on in determining that the charges incurred were reasonable.

______________________________________________

ClibPDF - www.fastio.com