

# MARK A. CANTU
### ATTORNEY AT LAW

**SHIREE D. SALINAS**
ASSOCIATE

April 4, 2000

**VIA TELEFAX: 956/542-5666**

Elizabeth G. Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520

   RE:   U.S. District Court, Southern District at Brownsville
           Civil Action No. 98-186

Dear Elizabeth:

    As per our conversation of today please allow this letter to serve as a Rule 11 Agreement to extend to the Plaintiffs in the above referenced cause, an extension in which to file Answers/Objections to Interrogatories and Responses/Objections to Requests for Production to BRK Brands, Inc. Said Discovery is now due on Wednesday the 19th day of April, 2000.

    If this is a reflection of our Agreement, please sign below and return via telefax as soon as is reasonably possible for filing with the Court.

    If you should have any questions, please do not hesitate to call.

                                       Sincerely,
                                       LAW OFFICE OF MARK A. CANTU

                                       Shiree D. Salinas
                                       Attorney at Law

SDS:rd

_____
ELIZABETH NEALLY



# MARK A. CANTU
ATTORNEY AT LAW

SHIREE D. SALINAS
ASSOCIATE

April 4, 2000

**VIA CORPORATE EXPRESS**

Mr. Michael N. Milby
**UNITED STATES DISTRICT CLERK**
**SOUTHERN DISTRICT OF TEXAS**
United States District Courthouse
600 E. Harrison, Suite 1158
Brownsville, Texas 78520

APR 0 5 2000

Michael N. Milby, Clerk of Court

RE: Civil Action No B-98-186
Jose Garcia, et al v BRK Brands, Inc

Dear Mr. Milby,

Please find enclosed herewith an original and two copies of the following document:

1. **Rule 11 Agreement**

Please file the original and a copy with the other pleadings in the above captioned cause. Additionally, I ask you stamp file the other copy and return for my file.

By copy of this letter, I am forwarding a copy of said document to all counsel of record.

Respectfully,
**LAW OFFICE OF MARK A. CANTU**

Shiree W. Salinas
Shiree D. Salinas

Signed for Ms Salinas in her absence to prevent delay in mailing

xc: Ms. Elizabeth Neally, **ROERIG, OLIVEIRA**, 855 W. Price Road, Suite 9, Brownsville, Texas
Mr Ray R Marchan, **HARRIS & WATTS, P.C.**, 1926 East Elizabeth, Brownsville, Texas