*97*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the | § | |
| ESTATE OF MANUEL CRUZ; | § | |
| IDALIA GARCIA, Individually; and | § | CIVIL ACTION NO. B-98-186 |
| CYNTHIA COX, as Next Friend of | § | |
| BRITTANY COX | § | |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

**DEFENDANT BRK BRANDS, INC.'S NOTICE OF INTENTION**
**TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM**
**OF EXPERT DEWITT DAVENPORT, M.D.**

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **1:30 p.m. on Tuesday,**
**May 16, 2000,** and continuing thereafter from day to day until
completed, BRK Brands, Inc. Defendant herein, will take the oral
and videotaped deposition of **DEWITT DAVENPORT, M.D.,** whose last
known address is Pathology Department, Valley Baptist Medical
Center, 2101 Pease Street, Harlingen, Texas 78521.

Said deposition will be taken at the offices of **Pathology Department, Valley Baptist Medical Center, 2101 Pease Street, Harlingen, Texas 78521**, pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Bryant & Stingley, Inc.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

## SUBPOENA DUCES TECUM

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **DEWITT DAVENPORT, M.D.**, is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
Federal Bar No. 8044

RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA   19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of Dewitt Davenport, M.D.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

on the 19 Day of April, 2000.

_____
Elizabeth G. Neally

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF B DEWITT DAVENPORT, M D  21410 - Depo - DAVENPORT

**PAGE 3**

**IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE GARCIA, IDALIA GARCIA, | : | |
| Individually and as Representative | : | CIVIL ACTION |
| of the Estate of MANUEL CRUZ  and | : | |
| CYNTHIA COX as Next Best Friend | : | |
| of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

**EXHIBIT "A" TO SUBPOENA *DUCES TECUM*
SERVED UPON DEWITT DAVENPORT, M.D.**

1.   All documents[1] that support or tend to support any opinions, assumptions or conclusions that are held by you.

2.   All documents, materials and information upon which you claim to have relied in preparing you opinion and report, including, but not limited to:

(a)   Preliminary Report

(b)   Final Report

(c)   Any and all notes, photographs, videotape and/or other information or record relating to the test, test protocol, test data and result of any and all tests performed by and/or upon which you rely in offer your opinion.

(d)   Any additional documents, photographs, statements, reports and/or information developed or reviewed by you or upon which you relied in forming you opinion.

3.   All documents which support or tend to support any bases or reasons for the opinions which you hold.

4.   All literature relied on by you as a basis for forming your opinions.

5.    All documents, which relate to any carbon monoxide poisoning experience that you have had that relates to the formation of your opinions.

6.    All photographs and diagrams that you possess regarding this matter.

7.    All documents that you have received in this matter that relate to any report, assumption, conclusion, calculation, summary or other document prepared by any other person in this matter.

8.    Your curriculum vitae.

9.    All correspondence from any party or their counsel that you received or reviewed relating to this case, including correspondence requesting you to perform any work or form any opinions about the carbon monoxide poisoning death of Manuel Cruz, and/or about any manufacturing, marketing or design defect in any product designed and/or manufactured by the defendants.

10.    All documents known to you which criticize and/or disagree with the opinions, methodology, protocol and/or procedures, which you hold or have applied in this matter.

11.    Your entire file pertaining to this case, including your notes, invoices, timesheets, bills, statements, telephone logs, message slips, etc.

12.    Any letters, memoranda or reports, in draft form or otherwise, you have prepared giving your opinions regarding this case.

13.    All documents which contain your agreement retaining the performance of your services in this matter, including any retainer agreements, compensation agreements or other documents which contain your charges and costs and the agreement of any person that pays same.

14.    A list of all cases/litigation in which you have given testimony as an expert at trial or by deposition within the proceeding four years, including the caption of the case, the court in which it was pending, the names of the attorneys for the parties and the case number.

15.  All publications that you have authored within the preceding ten years.

16.  Copies of any reports or other documents reflecting your opinions pertaining to any case in which you will be testifying or have previously testified relating to carbon monoxide poisoning issues or any other issue upon which you are providing an opinion in this matter.

17.  All documents regarding or containing any information as to any studies which you are currently engaged in, or have been engaged in the past, concerning carbon monoxide poisoning, including but not limited to:

     (a)  the protocol and all drafts of such protocol;

     (b)  receipts, invoices, etc. as to the funding for each such study, including information showing the source of all funds utilized for such study;

     (c)  video and audio tapes of the actual tests;

     (d)  any documents identifying the individuals involved in the study and the equipment utilized in the study;

---

[1] As used herein, the term "documents" means any printed, typewritten, handwritten or tangible item of any nature, containing, constituting, indexing or referring to information or other documents, including, but not limited to, letters; memoranda; handwritten notes; agreements; purchase orders; deeds; contracts, promissory notes; books; pamphlets; brochures; newspapers; magazines; periodicals; catalogs; price lists; checks; cancelled checks; invoices; sales receipts; charge receipts; personal receipts; bank records; tapes and tape recordings; computer printouts; data cards; programs or other input or output of data processing systems; other electronic data compilations from which information can be obtained, translated, if necessary, by respondent through detection devices into reasonably usable form; photographs (positive print or negative); transcripts of interviews or testimony before any person, officer or body, whether sworn or unsworn; written statements or notes of interview of testimony;

3

CitiPDF - www.fastio.com

diaries; calendars; logs, expense records or other financial data;
charts; time logs; graphs; maps; drawings or other representational
depiction; telephone records; electronic mail; telegrams;
phonograph records; magnetic tape, drum or disc records; motion
picture film; microfilm or microfiche.

4