

United States District Court
Southern District of Texas
FILED

APR 2 0 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX<br><br>vs.<br><br>BRK BRANDS, INC. | § § § § § § § § § § § CIVIL ACTION NO. B-98-186 |

### DEFENDANT BRK BRANDS, INC.'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF EXPERT B. DON RUSSELL, Ph.D, P.E.

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **9:00 a.m. on Wednesday, May 10, 2000,** and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of **B. DON RUSSELL, Ph.D, P.E.**, whose last known address is 3903 Cedar Ridge Drive, College Station, Texas 77845.

Said deposition will be taken at the offices of, **_Q & A Reporting, 2700 Post Oak Boulevard, Suite 1750, Houston, Texas 77056, [Telephone: (713) 439-7441)_**, pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Q & A Reporting.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

<u>**SUBPOENA DUCES TECUM**</u>

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **B. DON RUSSELL, Ph.D., P.E.**, is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

           Respectfully submitted,

           **ROERIG, OLIVEIRA & FISHER, L.L.P.**
           855 W. Price Road, Suite 9
           Brownsville, Texas   78520
           Telephone: (956) 542-5666
           Facsimile: (956) 542-0016

           Attorneys for Defendant

           By _[signature]_____
            Elizabeth G. Neally
           State Bar No. 14840400
           Cameron County I.D. No. 3506
           Federal Bar No. 8044

           RENE O. OLIVEIRA
           Texas State Bar No. 15254700
           Federal Bar No. 4033

           **COZEN AND O'CONNOR**

```
                    JAMES HELLER
                    TERRY M. HENRY
                    1900  Market Street
                    Philadelphia, PA    19103
                    Telephone: (215) 665-2000
                    Facsimile: (215) 665-2013
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of Don Russell.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

on the 19 Day of April, 2000.

_____
Elizabeth G. Neally