IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX | § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

United States District Court
Southern District of Texas
FILED

APR 20 2000

Michael N. Milby
Clerk of Court

**DEFENDANT BRK BRANDS, INC.'S FIRST AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF EXPERT MORRIS F. CRANMER, PH.D.**

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **9:00 a.m. on Tuesday, May 9, 2000**, and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of **MORRIS F. CRANMER, PH.D.**, whose last known employed with Cranmer and Associates, Inc., and lives in Little Rock, Arkansas.

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF MORIS F. CRANMER PHD. 21410 - Depo - CRANMER Amd-1

PAGE 1

Said deposition will be taken at the law offices of *Q & A Reporting, 2700 Post Oak Boulevard, Suite 1750, Houston, Texas 77056, [Telephone: (713) 439-7441]* pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Q & A Reporting.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

<u>**SUBPOENA DUCES TECUM**</u>

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **MORRIS F. CRANMER, PH.D.**, is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
Federal Bar No. 8044

RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

```
                            COZEN AND O'CONNOR
                            JAMES HELLER
                            TERRY M. HENRY
                            1900  Market Street
                            Philadelphia, PA   19103
                            Telephone: (215) 665-2000
                            Facsimile: (215) 665-2013
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.'s First Amended Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of Moris F. Cranmer, Ph.D.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

```
             Shiree Salinas
       LAW OFFICES OF MARK CANTU
        The Atrium, Suite 400
       1300 North Tenth Street
         McAllen, Texas 78501

           RAY R. MARCHAN
          Mr. Brian Harris
          Mr. Mikal Watts
          HARRIS & WATTS, P.C
         1926 E. Elizabeth
       Brownsville, TX   78520
```

on the 19 Day of April, 2000

_____
Elizabeth G. Neally