*100*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX<br><br>vs.<br><br>BRK BRANDS, INC. | §<br>§<br>§<br>§ CIVIL ACTION NO. B-98-186<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT BRK BRANDS, INC.'S FIRST AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF EXPERT MICHAEL J. SCHULZ**

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **9:00 a.m. on Monday, May 8, 2000**, and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of MICHAEL J. SCHULZ, whose last known address is 425 Helendale Drive, Brightlett, Illinois 60103.

DEFENDANT BRK BRANDS, INC'S FIRST AMENDED NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF MICHAEL J. SCHULZ     21410 - Depo - SCHULZ Amd-1

PAGE 1

Said deposition will be taken at the offices of *Q & A Reporting, 2700 Post Oak Boulevard, Suite 1750, Houston, Texas 77056 (Telephone: (713) 439-7441)*, pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Q & A Reporting.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

**SUBPOENA DUCES TECUM**

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **MICHAEL J. SCHULZ,** is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
Federal Bar No. 8044

RENE O. OLIVEIRA
Texas State Bar No. 15254700
Federal Bar No. 4033

DEFENDANT BRK BRANDS, INC'S FIRST AMENDED NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF MICHAEL J. SCHULZ

PAGE 2

21410 - Depo - SCHULZ Amd-1

COZEN AND O'CONNOR
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA   19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' First Amended Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of Michael J. Schulz.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX   78520

on the 19 Day of April, 2000.

_____
Elizabeth G. Neally

DEFENDANT BRK BRANDS, INC'S FIRST AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF MICHAEL J. SCHULZ    PAGE 3

21410 - Depo - SCHULZ Amd-1