IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 2 5 2000

Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX<br><br>vs.<br><br>BRK BRANDS, INC. | § § § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |

## DEFENDANT BRK BRANDS, INC.'S FIRST AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION SUBPOENA DUCES TECUM OF EXPERT E. WAYNE MCCAIN, P.E.

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX  78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **9:00 a.m. on Friday, May 12, 2000**, and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of E. WAYNE MCCAIN, P.E. whose last known address is 2000 McCain Parkway, Pelham, Alabama 35124.

Said deposition will be taken at the offices of, National Court Reporting, 505 20th Street, Suite 1425, Birmingham, Alabama [Telephone: (205) 252-6205], pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from National Court Reporting.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

## SUBPOENA DUCES TECUM

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **E. WAYNE MCCAIN, P.E.,** is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

    Respectfully submitted,

    **ROERIG, OLIVEIRA & FISHER, L.L.P.**
    855 W. Price Road, Suite 9
    Brownsville, Texas   78520
    Telephone: (956) 542-5666
    Facsimile: (956) 542-0016

    Attorneys for Defendant

    By_____
    Elizabeth G. Neally
    State Bar No. 14840400
    Cameron County I.D. No. 3506
    Federal Bar No. 8044

    RENE O. OLIVEIRA
    Texas State Bar No. 15254700
    Federal Bar No. 4033

ClibPDF - www.fastio.com

```
                    COZEN AND O'CONNOR
                    JAMES HELLER
                    TERRY M. HENRY
                    1900  Market Street
                    Philadelphia, PA    19103
                    Telephone: (215) 665-2000
                    Facsimile: (215) 665-2013
```

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.'s First Amended Notice of Intention to Take the Oral and Videotaped Deposition Subpoena Duces Tecum of E Wayne McCain, P.E.* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

```
                    Shiree Salinas
              LAW OFFICES OF MARK CANTU
              The Atrium, Suite 400
              1300 North Tenth Street
              McAllen, Texas 78501

                    RAY R. MARCHAN
                 Mr. Brian Harris
                 Mr. Mikal Watts
              HARRIS & WATTS, P.C
                1926 E. Elizabeth
              Brownsville, TX    78520
```

on the 25 Day of April, 2000.

_____
Elizabeth G. Neally