/64

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 0 1 2000

Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | § § § | |

**DEFENDANT BRK BRANDS, INC.'S SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF EXPERT REED (MAC) McCLINTOCK**

TO: CYNTHIA COX, Plaintiff
By and Through Her Attorney of Record
RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX  78520

JOSE GARCIA and
IDALIA GARCIA, Plaintiffs
By and Through Their Attorney of Record
Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

**PLEASE TAKE NOTICE** that commencing at **9:00 a.m. on Wednesday, May 17, 2000,** and continuing thereafter from day to day until completed, BRK Brands, Inc. Defendant herein, will take the oral and videotaped deposition of REED (MAC) McCLINTOCK, whose last known address is 28295 IH10 West PMB 4-211, Boerne, Texas 78006.

Said deposition will be taken at the offices of ***Q & A Reporting, 2700 Post Oak Boulevard, Suite 1750, Houston, Texas 77056 [Telephone: (713) 439-7441]***, pursuant to the Federal Rules of Civil Procedure before a duly authorized court reporter from Q & A Reporting.

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording.

<u>**SUBPOENA DUCES TECUM**</u>

**PLEASE TAKE FURTHER NOTICE** that, in connection with the taking of this deposition, **REED (MAC) McCLINTOCK** is to produce at the commencement of the taking of this deposition the items requested in Exhibit "A" attached hereto.

You are invited to attend and cross-examine the witness.

        Respectfully submitted,

        **ROERIG, OLIVEIRA & FISHER, L.L.P.**
        855 W. Price Road, Suite 9
        Brownsville, Texas  78520
        Telephone: (956) 542-5666
        Facsimile: (956) 542-0016

        Attorneys for Defendant

By _____
        Elizabeth G. Neally
        State Bar No. 14840400
        Cameron County I.D. No. 3506
        Federal Bar No. 8044

        RENE O. OLIVEIRA
        Texas State Bar No. 15254700
        Federal Bar No. 4033

DEFENDANT BRK BRANDS, INC'S NOTICE OF INTENTION TO TAKE
THE ORAL AND VIDEOTAPED DEPOSITION OF MAC MCCLINTOCK

PAGE 2
21410 - Depo - MCCLINTOCK

```
                    COZEN AND O'CONNOR
                    JAMES HELLER
                    TERRY M. HENRY
                    1900  Market Street
                    Philadelphia, PA    19103
                    Telephone: (215) 665-2000
                    Facsimile: (215) 665-2013
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant BRK Brand's Inc.' First Amended Notice of Intention to Take the Oral and Videotaped Deposition of MAC MCCLINTOCK* by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

```
             Shiree Salinas
         LAW OFFICES OF MARK CANTU
         The Atrium, Suite 400
         1300 North Tenth Street
         McAllen, Texas 78501

             RAY R. MARCHAN
             Mr. Brian Harris
             Mr. Mikal Watts
         HARRIS & WATTS, P.C
          1926 E. Elizabeth
         Brownsville, TX   78520
```

on the 28 Day of April, 2000.

_____
Elizabeth G. Neally