IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | : : : : : | CIVIL ACTION NO. B-98-186 |
| vs. | : : | |
| BRK BRANDS, INC. | : | |

## ORDER EXTENDING DEADLINES

On this the 5th day of May, 2000, there came on to be considered a verbal agreement of the parties to extend deadlines and it appearing to the Court that said verbal agreement should be **GRANTED**;

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED,** that:

(1) Plaintiffs to produce their experts for depositions by June 20, 2000; Defendant to produce its experts for deposition by July 20, 2000;

(2) Daubert Motions and Dispositive Motions must be filed by August 3, 2000;

(3) All discovery in this case must be completed by September 1, 2000. If additional time is required, a motion requesting such extension must be filed no later than August 4, 2000. Failure to file such motion shall preclude further discovery;

(4) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than September 17, 2000;

ORDER EXTENDING DEADLINES                                     PAGE 1
                                                21410 - Order - Scheduling Order

(6) A final pretrial and settlement conference is set for September 14, 2000, at 2:00 p.m;

(7) Final Pretrial is set for ~~September 26, 2000~~ **OCTOBER 5, 2000**, at 8:30 a.m. before Judge Filemon B. Vela;

(8) Jury selection is set for October ~~26~~ **6**, 2000 at 8:30 a.m.

(9) Trial on the merits is set for October, 2000.

DONE at Brownsville, Texas, on this **8TH** day of May, 2000.

_____
PRESIDING JUDGE