106

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
ENTERED
MAY 09 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA GARCIA § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | |
| BRK BRANDS, INC. | |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL CONFIDENTIALITY AGREEMENT AND STIPULATION

**BE IT REMEMBERED** that on the 8TH day of MAY, 2000, came on to be considered Defendant's Motion to Compel Confidentiality Agreement and Stipulation, and the Court, after reviewing the pleadings in this case and hearing argument of counsel, is of the opinion that said Motion to Compel is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs within twenty (20) days of the signing of this order and prior to Defendant's release of any responses to requests for production or interrogatories, sign the Confidentiality Agreement and Stipulation attached to Defendant's Motion to Compel and return the signed documents to the law offices of Roerig, Oliveira & Fisher, L.L.P., and further, attorneys for Plaintiffs shall ensure that all persons reviewing any confidential information supplied shall sign the attached Certification of Consent to Confidentiality prior to their being allowed to review any such confidential material.

**SIGNED FOR ENTRY** this 8TH day of MAY, 2000.

_____
JUDGE PRESIDING