*107*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS



| | |
|---|---|
| JOSE GARCIA, Individually §<br>and as Representative of the §<br>ESTATE OF MANUEL CRUZ; §<br>IDALIA GARCIA, Individually; §<br>and CYNTHIA COX As Next Friend §<br>BRITTANY COX § | CIVIL ACTION NO. B-98-186 |

JOSE GARCIA, Individually §
and as Representative of the §
ESTATE OF MANUEL CRUZ; §
IDALIA GARCIA, Individually; §
and CYNTHIA COX As Next Friend §
BRITTANY COX §    CIVIL ACTION NO. B-98-186
§
vs.                      §
§
BRK BRANDS, INC.         §
§

## ORDER ON DEFENDANT'S MOTION TO COMPEL AND
## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

**BE IT REMEMBERED** that on the 11th day of February, 2000, came

on to be considered Defendant's Motion to Compel and the Court,

after reviewing the pleadings in this case and hearing argument of

counsel, is of the opinion that said Motion to Compel is hereby

granted subject to Defendant's Motion for Confidentiality Agreement

and Stipulation;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant

shall supply responses to discovery requests propounded by

Plaintiff subject to objections. However, all of the information

contained in response to these discovery requests is deemed to be

confidential as containing trade secrets, confidential research,

development or other commercial information. Pursuant to the

Order Granting Motion To Compel Confidential Agreement and

Stipulation such information shall not be released except as

**PAGE 1**

indicated in the  Confidentiality Agreement and Stipulation signed

by the parties.

**SIGNED FOR ENTRY** this __10__ day of May, 2000.

_____
JUDGE PRESIDING

**PAGE 2**

ClibPDF - www.fastio.com