110

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-186 |
| § | |
| BRK BRANDS, INC. § | |

TYPE OF CASE:   __X__ CIVIL      ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON EMERGENCY MOTION OF DEFENDANT BRK BRANDS, INC. FOR SANCTIONS AND MOTION OF DEFENDANT BRK BRANDS, INC. FOR A PROTECTIVE ORDER

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET, #204**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 19, 2000 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 7, 2000

TO:   MS. SHIREE SALINAS
        MR. MIKAL WATTS/MR. BRYAN HARRIS
        MR. RAY MARCHAN
        MR. RENE O. OLIVEIRA/MS. ELIZABETH NEALLY
        MR. BRAD N. GAHM
        MR. JAMES H. HELLER/MR. TERRY HENRY
        MR. FRANCISCO MARTINEZ