IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA | ) ) ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | B-98-186 |
| BRK BRANDS, INC. | ) ) | |

United States District Court
Southern District of Texas
FILED

JUN 0 8 2000

Michael N. Milby
Clerk of Court

## PLAINTIFFS' SUPPLEMENTAL DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs by and through their attorneys of record, and respectfully file these their supplemental designation of experts as follows:

Jesse Aronstein
Consulting Engineer
Mechanical and Material Engineering
BME, MSME, Ph.D, N.Y.S., P.E. Lic. No. 39860
50 Pasture Lane
Poughkeepsie, NY  12603
(845) 462-6452

Expert regarding the accumulation of smoke and soot to such an extent that the smoke detector would have sounded an alarm. Such alarm should have triggered hours earlier than at the time of Mr. Cruz's demise. That such warning would have been effective in alerting Mr. Cruz hours before he was poisoned by carbon monoxide.
See attached expert report.

1

Respectfully submitted on this the ___8___ day of June, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas   78520
(956)  546-0333

_____
RAY R. MARCHAN
For the Firm; **Fed. I.D. No. 9522**
**State Bar No. 12969050**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___8___ day of June, 2000, a true and correct copy of the foregoing instrument was delivered to opposing counsel by hand-delivery, via fax or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

# J. ARONSTEIN

## CONSULTING ENGINEER

MECHANICAL AND MATERIALS ENGINEERING

BME, MSME, Ph.D., N.Y.S. P.E. LIC. NO. 39860

50 PASTURE LANE                                 POUGHKEEPSIE, N.Y. 12603

(845) 462-6452   (voice & FAX)

June 7, 2000

Re: Cynthia Cox, et al vs. BRK Brands, Inc.

Ray R. Marchan, Attorney
Harris & Watts
1926 E. Elizabeth Street
Brownsville, TX 78520

FAX to: 956-541-0255

Dear Mr. Marchan:

You have asked for my opinion as to whether a smoke alarm in the house occupied by Manuel Cruze at the time of his death in December 1997 was defective. My qualifications are provided in attachment "A", which is my CV. My fee is $175 per hour, plus expenses. Cases in which I have given testimony in trial and/or by deposition in at least the past four years are listed in attachment "B".

My knowledge of the incident come from information that you have provided for my review, including the official incident report, photographs taken by the Sheriff's Department, Statements of K.Sosa and am affidavit of B.Ochoa, photographs taken by M.Schulz, deposition of M.McClintock (with exhibits), deposition of D. Russell (with exhibits), and a video of a smoke alarm test (M.McClintock). I have requested that I be given the opportunity to examine the smoke alarm, but it has not yet been made available. It is my understanding that the smoke alarm has not been disassembled for analysis and is still intact. Examination and analysis of certain components is required to confirm certain construction and materials aspects related to known failure modes in the BRK battery-powered smoke alarms.

A gas heater was operating with a fuel-rich mixture, producing combustion products including excessive carbon monoxide and soot. The smoke alarm, located on the wall almost directly above the heater, did not sound from the abnormal combustion products being emitted by the heater. A significant amount of soot deposited on the wall and ceiling around the alarm unit itself. The battery was found to be properly connected inside the smoke alarm, and it contained sufficient energy to properly operate the alarm when the test button was pushed. Based on the condition of the battery and the soot deposits noted, it has been concluded that the smoke alarm horn did not sound as it should have for the duration of the long-term event.

Case 1:98-cv-00186   Document 111   Filed in TXSD on 06/08/2000   Page 4 of 10

R. Marchan          re: Cox vs. BRK          June 7, 2000                    p. 2

Given that the smoke alarm was properly powered, and that it did respond to its own test button, the most likely reasons for its not sounding are either excessive contact resistance at one or more horn disk contacts or lack of sufficient sensitivity of the detecting element and circuitry. Based on my training and experience, my opinion in this matter deals with the question of whether or not the smoke alarm in this event could have malfunctioned because of high contact resistance at one or more of the horn disk contacts.

Proper operation of the horn depends on maintaining adequate electrical contact between the horn driver circuit and the piezoelectric horn element. When energized by the driver circuit the piezoelectric element in the horn assembly vibrates to produce the alarm sound. The electrical connection between the driver circuit and the piezo disk in the BRK battery-powered smoke alarms is through a separable contact between silver plated pads on the disk and stainless steel spring contact arms that may or may not be tin plated. The specific parts of the subject smoke alarm have not be subjected to material analysis, and the materials mentioned are those commonly found in these units.

Excessive resistance at the horn contacts is known to be a problem in these smoke alarms. Studies conducted for the U.S. Consumer Product Safety Commission and others have clearly identified contact deterioration as a significant cause of failure to sound. The primary mechanism of the contact failure is a process known as "fretting", or "fretting corrosion", in which microscopic motions at the contact interface generate particulate debris, resulting in increasing resistance and erratic, or intermittent, operation. The erratic nature of horn contacts subject to deterioration due to fretting is the reason that a horn may not sound when called upon by an actual smoke detection event but may subsequently operate after a mechanical disturbance such as imparted by pushing its test button.

The combinations of materials used in the piezo horn contacts in the BRK battery-powered smoke alarms, including the Model SA67D, is not suited for the application, and this constitutes a design defect. On the basis of the information that I have been provided with, and assuming that the sensing element was sensitive enough to detect the combustion products from the heater, it is my conclusion that the smoke alarm's failure to sound was most likely due to high resistance at one or more of the contacts to the piezo disk.

Respectfully submitted,

*Jesse Aronstein*

Jesse Aronstein, Ph.D., P.E.

R. Marchan    re: Cox vs. BRK    June 7, 2000    p. 3

**Attachment "A"**

# J. ARONSTEIN

## CONSULTING ENGINEER

**MECHANICAL AND MATERIALS ENGINEERING**
BME, MSME, Ph.D., N.Y.S. P.E. LIC. NO. 39860
50 PASTURE LANE                    POUGHKEEPSIE, N.Y. 12603
(914) 462-6452

<u>CV</u>: Jesse Aronstein, Ph. D.

- EDUCATION:
    BME, CCNY, 1957
    MSME, RPI, 1962
    Ph.D., Materials Science, RPI, 1970
        (Research: Electrical Contact Phenomena, Dr. W.E. Campbell,
            thesis advisor.)

- INDUSTRIAL EXPERIENCE:

November '83 to present. Consultant: electrical equipment, connections, and contacts. (Performance evaluation, failure mechanism investigation, fire hazards resulting from electrical equipment and connection failure, and fire investigation.) Founder and President, Protune Corp. Development and manufacturing of microcomputer electronic instrumentation products.

Wright-Malta Corp., Apr. '74 to Nov. '83. Vice President, Special Engineering Projects. Research and testing, including investigation of aluminum wiring and connection problems, circuit breakers, and electrical safety hazards. Investigations of electrical fires. Responsible for development and engineering of special-purpose manufacturing and test equipment (including electrical and computer measurement and control systems) to customer requirements.

IBM Corp., Sept. '61 to Apr. '74. Engineering of automated manufacturing and test equipment for semiconductor products. Manager (1st-level), Chip Test Equipment Mechanical Engineering Dept. Manager (2nd level), Manufacturing Research Equipment Development, development of advanced semiconductor processing equipment, including responsibility for electrical and mechanical engineering departments. Senior Engineer/Manager (3rd level), System Architecture and Engineering, (including electrical control, power systems, and instrumentation departments) for development of advanced semiconductor production line.

General Electric Co., Jan. '57 to Sept. '61. Computer analysis of predictive accuracy of field design calculation methods for large hydro generators. Development of electrical/electronic particle brightness discrimination and precision counting apparatus. Engineering of combustion systems and test equipment for rocket and turboshaft engines.

- continued -

10/20/99

R. Marchan     re: Cox vs. BRK     June 7, 2000     p. 4

CV - J. Aronstein     p.2

## - EXPERIENCE RELATED TO ELECTRICAL CONTACTS AND ELECTRICAL FIRE IGNITION

### Testing Regarding Electrical Component Failures/Ignition Mechanisms

For U. S. Consumer Product Safety Commission: (at Wright-Malta Corp.), 1976 thru 1984, testing, research, and failure analysis on aluminum wiring and circuit breakers, and related fire ignition mechanisms.

For Citizens for Electrical Safety (Canada): testing of aluminum wiring, measurements of aluminum wiring systems in Canadian homes.

Special tests of copper-wired and aluminum-wired receptacles, wiring devices, circuit breakers, and other electrical system components associated with fire investigations and litigation.

Testing of receptacles, appliance connections, power cords, and wiring terminals, in support of recommendations for standards changes.

For U. S. Consumer Product Safety Commission: 1990 - '91, (safety evaluation and testing of portable oil-filled heater) and other projects 1996- '98.

### Electrical Fire Investigations

More than 300 investigations regarding fires believed to be related to failure of electrical systems or components, including wiring device terminations, contacts, heaters, appliances, self-regulating heat cable, and electronic devices.

### Related Standards and Fire-Safety Professional Activity

Submission of standards change proposals, related documentation and formal comments to Underwriters Laboratories Inc., National Electrical Code technical committees, and Canadian Standards Association.

Three petitions related to electrical fire safety submitted to CPSC.

Member of three ASTM task groups developing new standards for connectability and contact performance classification of conductor and connector materials.

- continued -

10/20/99

Case 1:98-cv-00186    Document 111    Filed in TXSD on 06/08/2000    Page 7 of 10

R. Marchan          re: Cox vs. BRK          June 7, 2000              p. 5

CV - J. Aronstein          p. 5

- AWARDS, HONORS, and PATENTS:

  - Member, Pi Tau Sigma, Mechanical Engineering Honor Fraternity
  - Member, Alpha Sigma Mu, Materials Engineering Honor Fraternity.
  - 15 patents issued, principally related to specialized testing and manufacturing equipment.
  - IBM Graduate Resident Fellowship, 1967
  - IBM Outstanding Invention Award, Divisional, 1965
  - (3) IBM Invention Achievement Awards, 1967, 1969, and 1973.
  - IBM Outstanding Invention Award, Corporate, 1967
  - IBM Outstanding Contribution Award, 1974

- MISCELLANEOUS:

  - Lecturer, University of Wisconsin - Extension: Electrical Fires, Professional Development Course, 1981, 1982, 1983, 1985.
  - Lecturer, University of Alabama at Birmingham: Electrical Fires, 1982
  - Lecturer, Hughes Institute for Professional Development, Electrical Fires, 1984, '85, '86, '87, '88, '90, '91
  - Lecturer, Hughes Institute for Professional Development, Basic Electricity for the Fire Investigator, 1990, '91
  - Licenced Professional Engineer (NY #39860)

  - Member, IEEE
  - Member, ASTM
  - Member, NFPA
  - More than 20 published technical papers, principally on electrical contact phenomena, contact and connection testing, and failure analysis.

- continued -

10/20/99

R. Marchan             re: Cox vs. BRK             June 7, 2000             p. 6

CV - J. Aronstein     p. 6

## PAPERS and PUBLICATIONS, ELECTRICAL CONTACT TECHNOLOGY

"Separable Contacts for Semiconductor Test Equipment", IBM Symposium on Electric Contacts, Endicott, NY, 1967.

"Separable Contacts for Semiconductor Chips", Eng. Seminar on Electric Contact Phenomena, Chicago, 1967.

"Contact Resistance and Material Transfer of Soft-Metal Microcontacts" (With W.E. Campbell), Holm Seminar on Elec. Contact Phenomena, Chicago, IL, 1969.

"Contact Resistance and Material Transfer of Soft-Metal Microcontacts, II" (with W.E. Campbell), Holm Seminar on Elec. Contact Phenom., Chicago, IL, 1970.

"Quantitative Measurement of Transferred Surface Material" (with G. Judd & W.E. Campbell), 5th National Conference on Electron Probe Analysis, NY, 1970.

"Microprobe Technique for Quantitative Measurement of Transferred Material" (with G. Judd & W. E. Campbell), ASLE Transactions, Vol. 14, No. 4, 1971.

"Friction at Small Displacement" (with W. E. Campbell), ASME/ASLE Int'l. Lubrication Conference, NY, 1972 (ASLE Transactions, Vol. 16, No. 4, 1973).

"Behavior of Overheating Aluminum Wired Branch Circuit Connections Under Normal Loads", 26th Annual Mtg., Holm Conf. on Elec. Contacts, Chicago, 1980

"Failure and Overheating of Aluminum-Wired Twist-On Connections" (with W. E. Campbell), IEEE Transactions, Vol. CHMT-5, No. 1, March 1982.

"Overheating Failures of Aluminum-Wired Special Service Connectors" (With W. E. Campbell), IEEE Transactions, Vol. CHMT-6, No. 1, March 1983.

"The Influence of Corrosion Inhibitor and Surface Abrasion on the Failure of Aluminum-Wired Twist-on Connections" (with W. E. Campbell), 29th Annual Holm Conf., Chicago, 1983. (IEEE Trans., Vol. CHMT-7, No. 1, March 1984)

"Evaluation of an Aluminum Conductor Material for Branch Circuit Applications", IEEE Transactions, Vol. CHMT-8, No. 1, March 1985

- continued -

10/20/99

R. Marchan          re: Cox vs. BRK          June 7, 2000                    p. 7


CV - J. Aronstein     p. 7


"Qualification Criteria for Aluminum Connections", 32nd IEEE Holm Conference on Electrical Contact Phenomena, Chicago, IL, 1986

"Evaluation of a Plated Aluminum Wire for Branch Circuit Applications", 33rd IEEE Holm Conference on Electrical Contacts, Chicago, IL, 1987

"Conduction Through Surface Films on Aluminum Wire", 34th IEEE Holm Conference on Electrical Contacts, San Francisco, 1988

"Conduction in Failing Aluminum Connections", IEEE Trans., Vol. CHMT-14 No. 1, March 1991

"Failure of Aluminum Connections in Residential Applications", 37th IEEE Holm Conference on Electrical Contacts, Chicago, 1991

"Environmental Deterioration of Aluminum-Aluminum Connections", 38th IEEE Holm Conference on Electrical Contacts, Philadelphia, 1992

"Evaluation of Receptacle Connections and Contacts", 39th IEEE Holm Conference on Electrical Contacts, Pittsburgh, 1993

"Electromigration Failure of Aluminum Contact Junctions", 41st IEEE Holm Conference on Electrical Contacts, Montreal, 1995

"AC and DC Electromigration in Aluminum Contact Junctions", 42nd IEEE Holm Conference on Electrical Contacts, Joint Conference with the 18th International Conference on Electrical Contacts, Chicago, 1996

"Evaluation of a Twist-On Connector for Aluminum Wire", 43rd IEEE Holm Conference on Electrical Contacts, Philadelphia, 1997

"Environment of Residential Electrical Connections", 44th IEEE Holm Conference on Electrical Contacts, Arlington, VA, 1998

"Analysis of Field Failures of Aluminum-Copper Pigtail Splices Made With Twist-on Connectors", 45th IEEE Holm Conference on Electrtical Contacts, Pittsburgh, PA, 1999

10/20/99

R. Marchan          re: Cox vs. BRK          June 7, 2000          p. 8

Attachment "B"

# J. ARONSTEIN
## CONSULTING ENGINEER
### MECHANICAL AND MATERIALS ENGINEERING
BME, MSME, Ph.D., N.Y.S. P.E. LIC. NO. 39860

50 PASTURE LANE                                POUGHKEEPSIE, N.Y. 12603

(914) 462-6452

Cases in Which Deposition or Trial testimony has been given within the past four years (and beyond)

Wadkins vs. BRK (Deposition) J.Leritz
R&R Diesel v. Jones (Trial) D.Coffey
Valley Video v. Broan (Trial) B. Summers
Spencer (Deposition & Trial) E.Rinaldi (thru Peterson)
Cherry (Deposition) K.Fletcher
Roman (Deposition) D. Rosenberg
Moore (Deposition) W. Hillman
Pincus v. Whirlpool (Deposition) J.M.Lewis
Morrell (Deposition) J.A. Stevens
Dort (Deposition & Trials) J. Berger T.Kelly
Lizotte (Deposition & Trial) W.Buckman (Vt. Publ. Defender)
Murdaugh v. Eagle (Trial) Murdaugh
Goldsmith v. Pittway (Deposition) J.Perloff
Am. Family Mutual v. M. Mazanz (Deposition) T.Booth
Keim Lumber (Deposition & trial) W.Machinga
State Farm vs. Colonial Cable (Deposition Trial) L. Condre
Curtain & Drapery Fabrics (Deposition) Golding-Meekins
SAC vs. Pioneer (Deposition) M. Small
Mercer (Deposition) Fetterly & Gordon
Hatala (Deposition & Trial) W.Miller
Hatala (Deposition & Trial) D.Williams
Hemmelgarn (Deposition) Waite-Schneider
Rollins (Deposition) S. Tober
Fairgrounds (Deposition) J. Rains

4/7/00
J.A.