114

United States District Court
Southern District of Texas
FILED

JUN 13 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF | § | |
| THE ESTATE OF MANUEL CRUZ; | § | |
| IDALIA GARCIA INDIVIDUALLY | § | |
| INDIVIDUALLY AND CYNTHIA | § | CIVIL ACTION NO. |
| COX AS NEXT FRIEND OF | § | |
| BRITTANY COX | § | B-98-186 |
| | § | |
| VS | § | |
| | § | |
| BRK BRANDS, INC. | § | |

**PLAINTIFFS' MOTION TO COMPEL SMOKE DETECTOR**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX by and through attorneys of record, Mr. Ray R. Marchan of Harris & Watts, P.C., 1926 E. Elizabeth, Brownsville, Texas 78520, and respectfully file this their motion to compel smoke detector, and in support thereof would respectfully show the court as follows:

I.

In a further attempt to conduct discovery in this case, Plaintiffs requested that the smoke detector be made available for inspection by Plaintiff's experts. Defendants denied plaintiffs' request for the first time even though plaintiffs have, on several occasions, provided the smoke detector for inspection upon Defendant's request. Plaintiff is

respectfully requesting that this Honorable Court enter an order compelling defendant to produce the said smoke detector for inspection by plaintiffs' experts as soon as possible.

### B. Argument and Authorities

Discovery may be obtained about any matter not privileged that is relevant to the subject matter of the case. Fed.R.Civ.P. 26(b). Information is discoverable if it appears "reasonably calculated to lead to the discovery of admissible evidence." **Id.**.

Defendant BRK Brands, Inc. have refused to comply with Plaintiffs' request even though all parties herein have stipulated that they would fully cooperate with the each other and permit that experts in this case inspect the smoke detector which is currently being held under joint custody of the parties. Defendant's noncompliance with the discovery requests thwarts plaintiffs' discovery efforts, prevents effective trial preparation and conceals relevant facts.

Plaintiffs respectfully request that this Honorable Court issue a court order compelling Defendants to produce the smoke detector as soon as possible.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs asks the court to set this motion for hearing and, after the hearing, compel Defendant to produce the smoke detector for plaintiffs' experts review and for such

other and further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Respectfully submitted this the ___13___ day of June, 2000.

> HARRIS & WATTS, P.C.
> 1926 E. Elizabeth
> Brownsville, Texas   78520
> (956) 546-0333
>
> _____/s/ Ray R. Marchan_____
> RAY R. MARCHAN
> Federal I.D. No. 9522
> State Bar No. 12969050
> Attorney for Plaintiffs Cynthia Cox ANF of Brittany Cox

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___13___ day of June, 2000, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail return receipt requested.

_____/s/ Ray R. Marchan_____
RAY R. MARCHAN

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF | § | |
| THE ESTATE OF MANUEL CRUZ; | § | |
| IDALIA GARCIA INDIVIDUALLY | § | |
| INDIVIDUALLY AND CYNTHIA | § | CIVIL ACTION NO. |
| COX AS NEXT FRIEND OF | § | |
| BRITTANY COX | § | B-98-186 |
| | § | |
| VS | § | |
| | § | |
| BRK BRANDS, INC. | § | |

## CERTIFICATE OF CONFERENCE

On this the ___13___ day of June, 2000, a telephone call was placed to Ms. Elizabeth Neally, local counsel for BRK Brands, Inc. to inform her of the filing of the foregoing Motion to Compel. Ms. Neally indicated that she was opposed to the said motion to compel.

Mr. Jim Heller of Cozen & O'Conner, lead counsel for BRK Brands, Inc. was informed of the foregoing Motion to Compel. Mr. Heller indicated that he is opposed to Plaintiff's Motion to Compel Smoke Detector.

Respectfully submitted this the ___13___ day of June, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
RAY R. MARCHAN
Fed. I.D. No. 9522
State Bar No. 12969050