United States District Court
Southern District of Texas
FILED

JUN 1 9 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON EMERGENCY MOTION OF DEFENDANT BRK BRANDS, INC. FOR
SANCTIONS AND MOTION OF DEFENDANT BRK BRANDS, INC.
FOR A PROTECTIVE ORDER

CIVIL ACTION NO. B-98-186            DATE & TIME:  06-19-00 AT 2:30 P.M.

JOSE GARCIA, ET AL.                  PLAINTIFF(S)   SHIREE SALINAS
                                     COUNSEL        RAY MARCHAN
                                                    MIKAL WATTS
                                                    BRYAN HARRIS
                                                    RAY MARCHAN

VS.

BRK BRANDS, INC.                     DEFENDANT(S)
                                                    RENE OLIVEIRA
                                                    ELIZABETH NEALLY
                                                    BRAD GAHM
                                                    JAMES H. HELLER
                                                    TERRY HENRY
                                                    FRANCISCO MARTINEZ

---

The following attorneys were present: for the Plaintiff-Ray Marchan and Shiree Salinas; for the Defendant-Rene Oliveira and Elizabeth Neally.

Judge will let Plaintiff develop new liability theory, but plaintiff will bear the burden of re-deposing the witnesses. Judge said at this point the Plaintiff only has to pay to re-depose Russell. The fees associated with redeposing the witness are only attorney fees/deposition costs-fees do not include the costs associated with defense experts re-evaluating the new theories submitted by plaintiff.

Judge did not impose sanctions on plaintiff's attorneys for any of the issues requested by the defense.

Smoke detector shall be given to both parties for inspection. No disassembly of the smoke detector allowed unless both parties agree to it.

If Mr. Holmes changes his views he must report them immediately to the defendant.

Trial date is to be pushed back, so parties need to submit a new scheduling order.

The next status conference will be on Sept. 8, 2000 at 2:30 pm.