117

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE GARCIA, ET AL.        §
                           §
VS.                        §        CIVIL ACTION NO. B-98-186
                           §
BRK BRANDS, INC.           §
                           §

TYPE OF CASE:        __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET, #204**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **SEPTEMBER 8, 2000 AT 2:30 P.M.**

                                                _____
                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 22, 2000

TO:     MS. SHIREE SALINAS
        MR. MIKAL WATTS/MR. BRYAN HARRIS
        MR. RAY MARCHAN
        MR. RENE O. OLIVEIRA/MS. ELIZABETH NEALLY
        MR. BRAD N. GAHM
        MR. JAMES H. HELLER/MR. TERRY HENRY
        MR. FRANCISCO MARTINEZ