118

United States District Court
Southern District of Texas
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | : : : : : : : | CIVIL ACTION<br><br>NO. B-98-186 |
| vs. | : : | |
| BRK BRANDS, INC. | : | |

### ORDER ON
### EMERGENCY MOTION OF DEFENDANT
### BRK BRANDS, INC. FOR SANCTIONS AND MOTION FOR CONTINUANCE

On this the 19th day of June, 2000, there came on to be considered the Emergency Motion of Defendant BRK Brands, Inc. for Sanctions and oral Motion for Continuance, and it appearing to the Court that said motions be granted as follows:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1. The testimony of Reed (Mac) McClintock at the trial of this matter shall be limited to the chain of custody of physical evidence, identification of exhibits and his personal, factual observations.

2. The testimony of Robert Ross at the trial of this matter shall be limited to his personal, factual observations made of the subject space heater on about July 23, 1999.

3. On or before July 30, 2000, Plaintiffs and Defendant will conduct a joint inspection and examination of the subject smoke detector, which shall be conducted only in the presence of authorized representatives of all parties. All parties shall agree to the location of said inspection and/or examination and any destructive testing, inspection or examination shall take place only in

accordance with a written protocol, agreed upon by all parties, for such testing, inspection and/or examination.

4. Plaintiffs are to pay BRK its fees and costs associated with the taking of Dr. B. Don Russell's continued deposition including its attorneys fees associated with the preparation, travel to and taking of Dr. Russell's deposition and costs associated with travel, lodging, meals and other associated expenses.

5. Plaintiffs shall present all of their experts for depositions on or before August 30, 2000.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the present schedule for all other deadlines and trial is void. A scheduling conference is hereby set for **September 8, 2000, at 2:30 p.m**. to set new deadlines including the deadlines for Defendant to produce its experts for depositions, Daubert and dispositive motions, discovery deadline, trial setting and jury selection.

**SIGNED FOR ENTRY** this _23rd_ day of JUNE, 2000.

_____
JUDGE PRESIDING