119

United States District Court
Southern District of Texas
FILED

JUL 0 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the ESTATE | § | |
| OF MANUEL CRUZ; IDALIA GARCIA, | § | |
| Individually; and CYNTHIA COX | § | |
| as Next Friend of BRITTANY COX | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| vs. | § | |
| | § | |
| BRK BRANDS, INC. | § | |
| | § | |

## DEFENDANT'S SUPPLEMENTAL DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, pursuant to the Court's Order and agreement of the parties, and files this its Supplemental Designation of Experts pursuant to Federal Rules of Civil Procedure, Rule 26, as follows:

8-A. Thomas Eagar
MIT Room 4-136
77 Massachusetts Avenue
Cambridge, Massachusetts 02139
Telephone: (617)253-3229

8-B. Report will be supplemented upon completion of inspection and depositions of Plaintiffs' experts.

Qualifications including publications list are attached.

Fees to be supplemented.

We anticipate Dr. Eagar will provide testimony regarding the general properties of the components of the subject smoke detector, their operation and interaction with other components and the environment, and the alleged defect of the subject smoke detector. Specifically, Dr. Eagar will provide testimony in response to the testimony of Plaintiffs' experts, Dr. Russell, Dr. Aronstein, Mr. Schulz and Mr. Holmes, and any other expert from whom Plaintiffs intend to solicit testimony regarding purported corrosion on the piezo horn contacts.

9-A  Alton Patton
     Associated Power Analysts, Inc.
     303 Anderson Street
     College Station, Texas 77840
     Telephone: (979) 693-1918

9-B. Report will be supplemented upon completion of inspection and
     depositions of Plaintiffs' experts.

     Qualifications including publications and consulting clients
     lists are attached.

     Fees to be supplemented.

We anticipate Dr. Patton will provide testimony regarding the
general properties of the components of the subject smoke detector,
their operation and interaction with other components and the
environment, and the alleged defect of the subject smoke detector.
Specifically, Dr. Patton will provide testimony in response to the
testimony of Plaintiffs' experts, Dr. Russell, Dr. Aronstein, Mr.
Schulz and Mr. Holmes, and any other expert from whom Plaintiffs
intend to solicit testimony regarding purported corrosion on the
piezo horn contacts.

                         Respectfully submitted,

                         **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                         855 W. Price Road, Suite 9
                         Brownsville, Texas  78520
                         Telephone: (956) 542-5666
                         Telecopier: (956) 542-0016

                         Counsel for Defendant BRK Brands,Inc

                         BY:_____
                         Elizabeth G. Neally
                         State Bar No. 14840400
                         Federal Bar No. 8044

                         Rene O. Oliveira
                         State Bar No. 15254700
                         Federal Bar No. 4033

                            OF COUNSEL:
                            Terry Henry
                            **COZEN & O'CONNER**
                            The Atrium
                            1900 Market Street
                            Philadelphia, PA 19103
                            Telephone: (215) 665-2000
                            Facsimile: (215) 523-2900

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing *Defendant's Supplemental Disclosures of Experts* has been forwarded to the attorney for Plaintiffs, as follows:

Shiree Salinas                          Mr. Ray Marchan
**LAW OFFICES OF MARK CANTU**           **HARRIS & WATTS**
The Atrium, Suite 400                   1926 E. Elizabeth
1300 North Tenth Street                 Brownsville, TX   78520
McAllen, TX 78501

on this ___ day of July, 2000.

_____
ELIZABETH G. NEALLY

# THOMAS W. EAGAR

MIT, Room 4-136
77 Massachusetts Ave
Cambridge, MA 02139
02478
Voice: (617) 253-3229
FAX: (617) 252-1773
tweagar@mit.edu

Home:
138 Claflin St.
Belmont, MA

(617) 484-0571

## PROFESSIONAL INTERESTS:

Materials processing and manufacturing; special interests in welding and joining of metals, ceramics and electronic materials; deformation processing; alternate manufacturing processes; manufacturing management; selection of materials and failure analysis.

## EDUCATION:

S.B.   Metallurgy and Materials Science,
         Massachusetts Institute of Technology, 1972
Sc.D.  Metallurgy, Massachusetts Institute of Technology, 1975
---      Business Administration, Lehigh University, 1975-76
---      Program for Senior Executives, Sloan School of Management,
         Massachusetts Institute of Technology, 1988

## EMPLOYMENT:

Bethlehem Steel Corporation
        Homer Research Laboratories
                Research Engineer, 1974-1976
Massachusetts Institute of Technology
        Department of Materials Science and Engineering
                Assistant Professor of Materials Engineering, 1976-1980
                Associate Professor of Materials Engineering, 1980-1987
US Office of Naval Research - Tokyo
                Liaison Scientist, 1984-1985
Massachusetts Institute of Technology
                Professor of Materials Engineering, 1987-
                Leaders for Manufacturing Professor, 1988-1993
                Department Head, Materials Science and Engineering (Acting), March 1989
                 –August, 1989
                Richard P. Simmons Professor of Materials Engineering, 1990-1993
                Director, Materials Processing Center, 1991-1993
                POSCO Professor of Materials Engineering, 1993-1999
                Co-Director, Leaders for Manufacturing Program, 1993-1995
                Department Head, Materials Science & Engineering, 1995-2000

1

## HONORS AND AWARDS:

International Junior Civitan of the Year, 1968
Dennison K. Bullens Scholarship, 1969-1971
Foundry Educational Foundation Scholarship, 1970-1971
Phi Lambda Upsilon, Member 1971
Tau Beta Pi, Member, 1971; Distinguished Service Award, 1980
National Science Foundation Graduate Fellowship, 1972-1974
Metallurgy and Materials Prize, Boston Section AIME, 1972
Adams Memorial Membership Award, American Welding Society, 1979-1983
Charles H. Jennings Memorial Medal, American Welding Society, 1983, 1991
Champion H. Mathewson Gold Medal, TMS-AIME, 1987
Henry Krumb Lecturer, TMS/SME-AIME, 1987
National Science Foundation Creativity Extension Award, 1988-1990
ASM International, Fellow, 1989
Houdremont Lecturer, International Institute of Welding, 1990
Richard P. Simmons Professorship, 1990-1993
Warren F. Savage Award, American Welding Society, 1990, 1996
William Spraragen Award, American Welding Society, 1990, 1993
Comfort A. Adams Lecturer, American Welding Society, 1992
Henry Marion Howe Medal, ASM International, 1992
William Irrgang Award, American Welding Society, 1993
POSCO Professorship, 1993-1999
American Welding Society, Fellow, 1994, Honorary Member, 1999
Nelson W. Taylor Lecturer, Pennsylvania State University, 1995
National Academy of Engineering, 1997


## ACTIVITIES:

National Academy of Engineering, Member
American Welding Society, Fellow; *Welding Journal*, Principal Reviewer; Awards
Committee
American Council of International Institute of Welding, Member
ASM International, Fellow
American Institute of Mining, Metallurgical and Petroleum Engineers,
        Member, Professional Registration Committee
Tau Beta Pi, Member, New England District Director (1977-1980), MIT
        Chapter Advisor, 1977-
American Academy for the Advancement of Science, Member
Society of Automotive Engineers, Member
American Ceramic Society, Member
Society of Manufacturing Engineers, Member

2

American Society of Mechanical Engineers, Member
American Society for Testing and Materials, Member
Materials Research Society, Member
Registered Professional Engineer, Massachusetts Certificate Number 29726
Navy Joining Center, Technical Advisory Board
Editorial Board, *Science and Technology of Welding and Joining*

## TEACHING EXPERIENCE:

| Undergraduate: | Graduate: | Professional: |
|---|---|---|
| Thermodynamics | Kinetics | Materials Selection |
| Chemical Metallurgy | Deformation Processing | Welding and Joining Processes |
| Physical Metallurgy | Welding and Joining | Failure Analysis |
| Materials Processing |    Processes | Non-destructive Testing |
| Solid State Chemistry |      Materials Selection | |
| Physical Chemistry | Product Design | |

## PUBLICATIONS:

1.  "Metallurgical Considerations for Optimizing the Superconducting Properties of $Nb_3Al$," J.G. Kohr, T.W. Eagar, and R.M. Rose, *Metall. Trans.*, *3(5),* 1177, 1972.

2.  "Preliminary Measurements of the Critical Current Density of $Nb_3Al_{0.8}Ge_{0.2}$ Ribbon", R. Loberg, T. W. Eagar, I. M. Puffer, R. M. Rose, in *Proc of Fourth Int. Conf. on Magnet Technology*, Brookhaven National Lab, 1972.

3.  "Fabrication and Jc(H,T) Measurements on $Nb_3Al_{.75}Ge_{.25}$ Ribbon," R. Loberg, T.W. Eagar, I.M. Puffer and R.M. Rose, *Appl. Phys. L.*, *22(2),* 69, l973.

4.  "Resistive Measurements on an Improved NbAlGe Superconducting Ribbon," T.W. Eagar and R.M. Rose, *IEEE Nucl. S.*, *NS-20 (3),* 742, 1973.

5.  "Improved Jc in Mechanically Fabricated $Nb_3Al$ Wires and Ribbons," T.W. Eagar and R.M. Rose, *IEEE Magnet.*, *Mag-11(2),* 214, 1975.

6.  "LNG Hull Steels with Improved High Heat Input Weldability," T.W. Eagar and J.C. Baker, ASM-ASTM-MPC Symposium on Low Temperature Properties of Ship Plate, 1976.

7.  "Sources of Weld Metal Oxygen Contamination During Submerged Arc Welding," T.W. Eagar, *Welding J.*, *57(3),* 76s, 1978.

3

8.      "Electromagnetically and Thermally Driven Flow Phenomena in Electroslag Welding," A.H. Dilawari, J. Szekely and T.W. Eagar, *Metall. Trans., 9B(9), 371, 1978.*

9.      "An Analysis of Heat and Fluid Flow Phenomena in Electroslag Welding," A.H. Dilawari, T.W. Eagar and J. Szekely, *Welding J., 57(1),* 24s, 1978.

10.     "A Mathematical Model of Heat and Fluid Flow Phenomena in Electroslag Welding," J. Szekely and T.W. Eagar, in *Proc. of IIW Coll. on Applications of Numerical Techniques in Welding*, Dublin, Ire., 1, 1978.

11.     "Oxygen and Nitrogen Contamination During Arc Welding" T.W. Eagar, in *Proc. of Welding-Physical Metallurgy and Failure Phenomena*, R.J. Cristoffel, ed., General Electric, Schenectady, NY, 31, 1979.

12.     "The Analysis of Magnetohydrodynamics and Plasma Dynamics in Metals Processing Operations," C.W. Chang, J. Szekely, and T.W. Eagar, in *Proc. of the Sagamore Conf. on Recent Advances in Metals Processing*, 1, 1977.

13.     "On the Micromechanics of Multifilamentary Superconducting Composites," S.F. Cogan, D.S. Holmes, I.M. Puffer, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 684, 1979.

14.     "Superconducting Cu-Nb$_3$Sn Composites Produced by Cold Extrusion of Fine Powders," R. Flukiger, S. Foner, E.J. McNiff Jr., B.B. Schwartz, J. Adams, S. Forman, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 689, 1979.

15.     "The Modelling of Gas Velocity Fields in Welding Arcs," C.W. Chang, T.W. Eagar and J. Szekely, *Arc Physics and Weld Pool Behavior*, The Welding Institute, Cambridge, Eng., 381, 1980.

16.     "Ductility of Stabilized Ferritic Stainless Steel Welds," G.B. Hunter and T.W. Eagar, *Metall. Trans., 11A(2),* 213, 1980.

17.     "The Effect of SAW Parameters on Weld Metal Chemistry," C.S. Chai and T.W. Eagar, *Welding J., 59(3),* 93s, 1980.

18.     "Heat Generation Patterns and Temperature Profiles in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Metall. Trans., 11B(12),* 593, 1980.

19.     "Temperature Profiles, the Size of the Heat Affected Zone and Dilution in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Mat. Sci. Eng., 56(2),* 181, 1982.

4

20. "Oxygen and Nitrogen Contamination During Submerged Arc Welding of Titanium," T.W. Eagar, in *Proc. of the Int. Conf. on Welding Research in the 1980's*, Osaka University, Osaka, Japan, 113, 1980.

21. "Slag-metal Equilibrium During Submerged Arc Welding," C.S. Chai and T.W. Eagar, *Metall. Trans., 12B(3),* 539, 1981.

22. "Automated Welding--Research Needs," T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 487, 1981.

23. "Mathematical Modeling of the Temperature Profiles and Weld Dilution in Electroslag Welding of Steel Plates," T. DebRoy, J. Szekely and T.W. Eagar, in *Modeling of Casting and Welding Processes,* AIME, Warrendale, PA, 197, 1981.

24. "Physics of Arc Welding," T.W. Eagar, in *AIP/AISI Conf. on Applications of Physics in the Steel Industry*, AIP, New York, 272, 1981.

25. "Slag-Metal Reactions in Binary CaF2-Metal Oxide Welding Fluxes," C.S. Chai and T.W. Eagar, *Welding J., 61(7),* 229s, 1982.

26. "The Effect of Electrical Resistance on Nugget Formation During Spot Welding," J.G. Kaiser, G.J. Dunn and T.W. Eagar, *Welding J., 61(6),* 167s, 1982.

27. "High Cycle Fatigue of Weld Repaired Cast Ti-6Al-4V," G.B. Hunter, F.S. Hodi and T.W. Eagar, *Metall. Trans., 13A(9),* 1589, 1982.

28. "A Parametric Study of the Electroslag Welding Process," W.S. Ricci and T.W. Eagar, *Welding J., 61(12)*, 397s, 1982.

29. "Selective Evaporation of Metals From Weld Pools," A. Block-Bolten and T.W. Eagar, *Trends in Welding Research in the United States*, S.A. David, ed., ASM International, Metals Park, OH, 53, 1982.

30. "Laser Welding of Aluminum and Aluminum Alloys," C.A. Huntington and T.W. Eagar, *Welding J., 62(4),* 105, 1983.

31. "Measurements of the Force Exerted by a Welding Arc," T.D. Burleigh and T.W. Eagar, *Metall. Trans., 14A(6),* 1223, 1983.

32. "Changes of Weld Pool Shape by Variations in the Distribution of Heat Source in Arc Welding," N.S. Tsai and T.W. Eagar, in *Modelling of Casting and Welding Processes II*, J.A. Dantzig and J.T. Berry, eds., AIME, New York, 317, 1984.

33. "Comparison of Theoretically Predicted and Experimentally Determined Submerged Arc Weld Deposit Compositions," U. Mitra, R.D. Sutton, and T.W. Eagar, *Metall. Trans., 14B(9),* 510, 1983.

34. "Slag Metal Reactions During Submerged Arc Welding of Alloy Steels," U. Mitra and T.W. Eagar, *Metall. Trans., 15A(1),* 217, 1983.

35. "Convection in Arc Weld Pools," G.M. Oreper, T.W. Eagar, and J. Szekely, *Welding J., 62(11),* 307, 1983.

36. "Temperature Fields Produced by Travelling Distributed Heat Sources," N.S. Tsai and T.W. Eagar, *Welding J., 62(12),* 346s, 1983.

37. "Influence of Surface Depression and Convection on Arc Weld Pool Geometry," M.L. Lin and T.W. Eagar, in *Transport Phenomena in Material Processing,* PED, Vol. 10/HTD, 29, M.M. Chen, J. Mazumder, and C.L. Tucker III, eds., ASME, New York, 63, 1983.

38. "Metal Vaporization From Weld Pools," A. Block-Bolten and T.W. Eagar, *Metall. Trans., 15B(3),* 461, 1984.

39. "Prediction of Weld Metal Composition During Flux Shielded Welding," C.S. Chai and T.W. Eagar, *J. Mat. Energy Sys.; 5(3),* 160, 1983.

40. "Selection of Processes for Welding Steel Rails," N.S. Tsai and T.W. Eagar, *Railroad Rail Welding,* Railway Systems and Management Assoc., Northfield, NJ, 421, 1985.

41. "Metallurgical and Process Variables Affecting The Resistance Spot Weldability of Galvanized Sheet Steels," S.A. Gedeon, D. Schrock, J. LaPointe, T.W. Eagar, SAE Technical Paper 840113, Warrendale, PA, 1984.

42. "Distribution of the Heat and Current Fluxes in Gas Tungsten Arcs," N.S. Tsai and T.W. Eagar, *Metall. Trans., 16B(4),* 841, 1985.

43. "The Size of the Sensitization Zone in 304 Stainless Steel Welds," N.S. Tsai and T.W. Eagar, *J. Mat. Energy Sys., 6(1),* 33, 1984.

44. "A Method of Filming Metal Transfer in Welding," C.D. Allemand, R. Schoeder, D.E. Ries and T.W. Eagar, *Welding J., 64(1),* 45, 1985.

45. "Influence of Arc Pressure on Weld Pool Geometry," M.L. Lin and T.W. Eagar, *Welding J., 64(6),* 163s, 1985.

CWPDF - www.texiss.com

46.   "Slag Metal Reactions During Submerged Arc Welding of Steel," U. Mitra and T.W. Eagar, in *Proc. of Int. Conf. on Quality and Reliability in Welding*, 2, Chinese Mech. Eng. Soc., Harbin, PRC, B.24.1, 1984.

47.   "An Improved Method of Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, in *Thermosense VII, Proc. SPIE 520*, SPIE, Bellingham, WA, 40, 1985.

48.   "Multiwavelength Pyrometry: An Improved Method," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 24(6),* 1081, 1985.

49.   "Electron Beam and Laser Materials Processing in Japan," T.W. Eagar, *Welding J., 65(7),* 19, 1986.

50.   "Pressures Produced by Gas Tungsten Arcs," M.L. Lin and T.W. Eagar, *Metall. Trans., 17B(9)*, 601, 1986.

51.   "Resistance Spot Welding of Galvanized Steel: Part I, Materials Variations and Process Modifications," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 879, 1986.

52.   "Resistance Spot Welding of Galvanized Steel: Part II, Mechanisms of Spot Weld Nugget Formation," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 887, 1986.

53.   "Measurement of Dynamic Electrical and Mechanical Properties of Resistance Spot Welds," S.A. Gedeon, C.D. Sorensen, K.T. Ulrich, and T.W. Eagar, *Welding J., 66(12),* 387s, 1987.

54.   "Metal Vapors in Gas Tungsten Arcs Part I: Spectroscopy and Monochromatic Photography," G.J. Dunn, C.D. Allemand, and T.W. Eagar, *Metall. Trans., 17A(10),* 1863, 1986.

55.   "Metal Vapors in Gas Tungsten Arcs Part II: Theoretical Calculations of Transport Properties," G.J. Dunn and T.W. Eagar, *Metall. Trans., 17A(10),* 1871, 1986.

56.   "Cinematography of Resistance Spot Welding of Galvanized Steel Sheet," C.T. Lane, C.D. Sorensen, G.B. Hunter, S.A. Gedeon, and T.W. Eagar, *Welding J., 66(9),* 260s, 1987.

57.   "Prototype Device for Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 25(11),* 1222, 1986.

58.   "The Role of Transient Convection in the Melting and Solidification in Arc Weldpools," G.M. Oreper, J. Szekely and T.W. Eagar, *Metall. Trans., 17B(4),* 735, 1986.

59.   "Effects of Surface Depression and Convection in GTA Welding," M.L. Lin and T.W.

7

Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 47, 1986.

60.   "Digital Signal Processing as a Diagnostic Tool for Gas Tungsten Arc Welding," C.D. Sorensen and T.W. Eagar, *Advances in Welding Science & Technology,* S.A. David, ed., ASM International, Metals Park, OH, 467, 1986.

61.   "The Physics and Chemistry of Welding Processes," T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 291, 1986.

62.   "Non-Uniform Current Distribution in Spot Welding," R. Bowers and T.W. Eagar, in *AWS Sheet Metal Welding Conference*, Detroit, MI, October, 1986.

63.   "Visible Light Emissions During Gas Tungsten Arc Welding and its Applications to Weld Image Improvement," E. Kim, C. Allemand and T.W. Eagar, *Welding J., 66(12),* 369s, 1987.

64.   "The Real Challenge in Materials Engineering," T.W. Eagar, *Technology Review, 90* (2), 24, 1987 (also published in Japanese in Berufu, 43, 1987).

65.   "Materials Science and Engineering in the US - Past, Present & Future," T.W. Eagar, *Bulletin of Japan Institute of Metals, 26(2),* 119, 1987 (Japanese).

66.   "The Promise of New Materials - Real or Imaginary," T.W. Eagar, *J. of Metals,* 20, 1987.

67.   "Transient Thermal Behavior in Resistance Spot Welding," E.Kim and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference III*, Southfield, MI, 1988.

68.   "Brazing Alloy Design for Metal/Ceramic Joints," R.R. Kapoor and T.W. Eagar, *Ceramic Engineering Science Proceedings, 10 (11-12)*, 1613, American Ceramic Society, Westerville, OH, 1989.

69.   "Parametric Analysis of Resistance Spot Welding Lobe Curve," E.W. Kim and T. W. Eagar, *SAE 1988 Transactions, J. of Materials, 97(2)*, 1989, SAE paper 880278.

70.   "Ceramic-Metal Bonding Research in Japan," T.W. Eagar, *Welding J., 66(11),* 35, 1987.

71.   "Slag-Metal Reactions During Welding - Part I: Evaluation and Reassessment of Existing Theories," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2), 65*, 1991.

72.   "Slag-Metal Reactions During Welding - Part II: Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 73, 1991.

CVisPDF - www.texisa.com

73. "Slag-Metal Reactions During Welding - Part III: Experimental Verification of the Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 83, 1991.

74. "Modelling of Oscillations in Partially Penetrated Weld Pools," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9),* 469, 1990.

75. "Measurement of Oscillations in Partially Penetrated Weld Pools Through Spectral Analysis," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9),* 463, 1990.

76. Electrode Geometry in Resistance Spot Welding," R.J. Bowers, C.D. Sorensen and T.W. Eagar, *Welding J., 69(2),* 45s, 1990.

77. "Assessing Hydrogen Assisted Cracking Fracture Modes in High Strength Steel Weldments," S.A. Gedeon and T.W. Eagar, *Welding J., 69(6),* 213s, 1990.

78. "Wettability of Silver Based Reactive Metal Brazing Alloys on Alumina," R.R. Kapoor, E.S. Podszus and T.W. Eagar, *Scripta Metallurgica, 22,* 1277, August 1988.

79. "Oxidation Behavior of Silver and Copper Based Brazing Filler Metals for Silicon Nitride/Metal Joints," R.R. Kapoor and T.W. Eagar, *J. of the American Ceramic Society, 72(3),* 448, 1989.

80. "Thermochemical Analysis of Hydrogen Absorption in Welding," S.A. Gedeon and T.W. Eagar, *Welding J., 69(7),* 264-s, 1990.

81. "Analyses of Electrode Heat Transfer in Gas Metal Arc Welding," Y-S. Kim, D. McEligot, T.W. Eagar, *Welding J., 70(1),* 20s, 1991.

82. "Enhancement of the Weldability in Resistance Welding," C.M. Calva and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference IV*, Southfield, MI, 1990.

83. "Modelling of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, in *Edison Welding Institute Annual North American Welding Research Seminar*, Columbus, OH, 1988.

84. "Modeling of Welding Distortion in Complex Structures," A. Moshaiov and T.W. Eagar, *Automation in the Design and Manufacture of Large Marine Systems*, C. Chryssostomidis, ed., Hemisphere Publishing Corporation, New York, 235, 1990.

85. "Measuring the Residual Ferrite Content of Rapidly Solidified Stainless Steel Alloys," J.W. Elmer and T.W. Eagar, *Welding J., 69(4),* 141s, 1990.

86.  "Measurement of Transient Temperature Response During Resistance Spot Welding,"
     E.W. Kim and T.W. Eagar, *Welding J., 60(8)*, 303s, 1989.

87.  "Microstructural Development During Solidification of Stainless Steel Alloys," J.W.
     Elmer, S.M. Allen and T.W. Eagar, *Metall. Trans., 20A(10)*, 2117, 1989.

88.  "Technology Transfer and Cooperative Research in Japan," T.W. Eagar, *Welding J.*, 39,
     1989.

89.  "Fundamental Aspects of Electroslag Welding of Titanium Alloys," T.W. Eagar, J.H.
     Devletian, S.J. Chen, W.E. Wood and I.L. Caplan, *Recent Trends in Welding Science and
     Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH,
     419, 1990.

90.  "The Influence of Cooling Rate on the Ferrite Content of Stainless Steel Alloys," J.W.
     Elmer, S.M. Allen and T.W. Eagar, *Recent Trends in Welding Science and Technology*,
     S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 165, 1990.

91.  "Non-Contact True Temperature Measurements for Process Diagnostics," M.A. Khan,
     C.D. Allemand and T.W. Eagar, in *Proc. of Materials Research Society Symposium on
     Process Diagnostics: Materials, Combustion, Fusion, 117*, 119, 1988.

92.  "Parametric Study of Heat Flow During Resistance Spot Welding," E.W. Kim and T.W.
     Eagar, *Modeling and Control of Casting and Welding Processes IV*, A.F. Giamei and G.J.
     Abbaschian, eds., TMS, Warrendale, PA, 1988.

93.  "An Iconoclast's View of the Physics of Welding - Rethinking Old Ideas," T.W. Eagar,
     *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds.,
     ASM International, Materials Park, OH, 341, 1990.

94.  "Temperature Distribution and Energy Balance in the Electrode During GMAW," Y-S.
     Kim and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and
     J.M. Vitek, eds., ASM International, Materials Park, OH, 13, 1990.

95.  "The Transition from Shallow to Deep Penetration During Electron Beam Welding,"
     J.Elmer, W.H. Giedt and T.W. Eagar, *Welding J., 69(5)*, 167s, 1990.

96.  "Characterization of Spatter in Low Current GMAW of Titanium Plate," S.T. Eickhoff
     and T.W. Eagar, *Welding J., 69(10)*, 382s, 1990.

97.  "Metal Transfer in Pulsed Current Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar,
     *Welding J.,72 (7)*, 279-s, 1993.

98.    "Improving the Calculation of Interdiffusion Coefficients," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 21A(12),* 3039, 1990.

99.    "Effect of Second Phase Particles on Direct Brazing of Alumina Dispersion Hardened Copper," A.A. McFayden, R.R. Kapoor and T.W. Eagar, *Welding J., 69(11),* 399s, 1990.

100.   "Tin-Based Reactive Solders for Ceramic/Metal Joints," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 20B(12),* 919, 1989.

101.   "Thermochemistry of Joining," T.W. Eagar, in *Elliott Symposium on Chemical Process* Metallurgy, P.J. Koros and G.R. St. Pierre, eds., Iron and Steel Society, Warrendale, PA, 197, 1991.

102.   "Challenges in Joining Emerging Materials," T.W. Eagar, in *Proc. of International Conference on Advances in Joining Newer Structural Materials,* Montreal, Canada, 1990, Pergamon Press, Oxford, 3, 1990. (English and French)

103.   "Physics of Arc Welding Processes," T.W. Eagar, *Advanced Joining Technologies,* T.H. North, ed., Chapman and Hall, London, U.K., 61, 1990.

104.   "Thermodynamic Data from Diffusion Couples - I," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2741, 1990.

105.   "Thermodynamic Data from Diffusion Couples - II," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2755, 1990.

106.   "Non-Contact Temperature Measurement - I:  Interpolation-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 392, 1991.

107.   "Non-Contact Temperature Measurement - II:  Least Squares-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 403, 1991.

108.   "Whither Advanced Materials," T.W. Eagar, *Advanced Materials & Processes, 139(6),* 25, 1991.

109.   "The Future of Metals," T.W. Eagar, *Welding J., 70(6),* 69, 1991.

110.   "Single-Phase Solidification During Rapid-Resolidification of Stainless Steel Alloys," J.W. Elmer, T.W. Eagar and S.M. Allen, in *Proc. of the Materials Weldability Symposium*, ASM International, Materials Park, OH, 143, 1990.

111.   "Analysis of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J. 4,* 269s-276s, 1993.

112. "Calculation of Electrical and Thermal Conductivities of Metallurgical Plasmas," G.J. Dunn and T.W. Eagar, *Welding Research Council Bulletin 357*, Welding Research Council, New York, 1, 1990.

113. "Joining of Aluminum Matrix Composites by Plasma Spraying," T. Itsukaichi, M. Umemoto, I. Okane, T.W. Eagar and K. Fukui, in *Proc. of the International Conference on New Advances in Welding and Allied Processes, Vol II*, International Academic Publishers, Beijing, China, May 1991.

114. "Plasma Spray Joining of Aluminum Matrix Composites Using Osprey Composite Powder," T. Itsukaichi, T.W. Eagar, M. Umemoto, and I. Okane, *Transactions of the Japan Welding Society, 10(2),* 309, 1992. (Japanese)

115. "Transient Liquid Phase Bonding Processes," W.D. MacDonald and T.W. Eagar, *The Metal Science of Joining*, M.J. Cieslak, J.H. Perepezko, S. Kang, M.E. Glicksman, eds., Metallurgical Society, Warrendale, PA, 93, 1991.

116. "Infrared Radiation from an Arc Plasma and Its Application to Plasma Diagnostics," T. Ohji and T.W. Eagar, *J. of Plasma Physics and Chemistry, 12(4)*, 403, 1992.

117. "Transient Liquid Phase Bonding," W.D. MacDonald and T.W. Eagar, *Annual Review of Materials Science, 22,* 23, 1992.

118. "Materials Manufacturing," T.W. Eagar, *MRS Bulletin, 4,* 27, 1992.

119. "Problems in Engineering and Science Education:  Why Do We Have a Weakness in Materials Synthesis and Processing?," T.W. Eagar, *MRS Bulletin, 9,* 36, 1992.

120. "Resistance Welding:  A Fast, Inexpensive and Deceptively Simple Process," T.W. Eagar, in *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park,OH, 347, 1992.

121. "Low Temperature Transient Liquid Phase Bonding of Ti-6Al-4V," W.D. MacDonald and T.W. Eagar, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1083, 1992.

122. "Investigations of Drop Detachment Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1009, 1992.

123. "Metal Transfer Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, in *Tenth Symposium on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, May, 1992.

CVisPDF - www.fenrir.com

124.   "Low Temperature Transient Liquid Phase (LTTLP) Bonding for Au/Cu and Cu/Cu Interconnections," M. Hou and T.W. Eagar, Trans. of ASME, *J. of Electronic Packaging, 114*, 443, 1992.

125.   "Low Stress Die Attach by Low Temperature Transient Liquid Phase Bonding," J.W. Roman and T.W. Eagar, in *1992 International Symposium on Microelectronics, 52,* (sponsored by the International Society for Hybrid Microelectronics, ISHM), San Francisco, CA, 81, 1992.

126.   "Characterization of Spatter in Low-Current GMAW of Titanium Alloy Plate," S.T. Eickhoff and T.W. Eagar, in *Proc. of the Technical Program from the 1990 TDA International Conference on Products and Applications*, Orlando, FL, October 1990.

127.   "High Energy Electron Beam Welding & Materials Processing," V.R. Dave, D.L. Goodman, T.W. Eagar, K.C. Russell, in *Proc. of AWS High Energy Electron Beam Welding & Materials Processing*, 156, 1993.

128.   "High Energy Electron Beam (HEEB) Processing of Advanced Materials," V.R. Dave, D.L. Goodman, M. Farnush, T.W. Eagar, K.C. Russell, in *Proc. of AWS-HEEB Processing of Advanced Materials*, Chicago, IL, 537, 1992.

129.   "Joining of 6061 Aluminum Matrix-Ceramic Particle Reinforced Composites," R. Klehn, T.W.Eagar, *WRC Bulletin 385,* 1, 1993.

130.   "In-Space Welding, Visions and Realities," D. Tamir, T. A. Siewert, K. Masubuchi, L. Flanigan, R. Su, and T.W. Eagar, in *Proc. of Thirtieth Space Congress: "Yesterday's Vision is Tomorrow's Reality", (4),* 1.9, Cocoa Beach, Florida, 1993.

131.   "Evolving Manufacturing Practices:  Lessons for the Quality Control Engineer," T.W. Eagar, *Materials Evaluation, 51(10)*, 1184, 1993.

132.   "Joining of Advanced Materials," T.W. Eagar, W.A. Baeslack, R. Kapoor, *Encyclopedia of Advanced Materials*, D.Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1207, 1994.

133.   "Advanced Joining Processes," T.W. Eagar, W.A. Baeslack, *Encyclopedia of Advanced Materials*, D. Bloor, M. Flemings, R. Brook, S. Mahajan, eds.,  Pergamon Press, Oxford, 1221, 1994.

134.   "Leaders for Manufacturing:  Educating for the Future," T.W. Eagar, *AAAS Science and Technology Policy Yearbook*, A.H. Teich, S.D. Nelson, C. McEnaney, eds., AAAS, 229, 1994.

135.  "Welding Process Decoupling for Improved Control," D.E. Hardt, T.W. Eagar, J.H. Lang and L. Jones in *Proc. of 11th Symp. on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, 287, 1993.

136.   "Heat and Metal Transfer in Gas Metal Arc Welding using Argon and Helium," P.G. Jonsson, T.W. Eagar and J. Szekeley, *Metall. Trans., 26B(4)*, 383, 1995.

137.  "The Only Constant is Change," T.W. Eagar,*Welding Journal, 74(12)*, 63, 1995.

138.  "Cleaning and Reflow of Pb-Sn-C4 Solder Bumps," C. Lee, D. Crafts, T.W, Eagar, Trans. of ASME, *J. of Electronic Packaging, 117(4)*, 277, 1995.

139.  "Redefining the University-Industry Relationship for Manufacturing Excellence," T.W. Eagar, W. C. Hanson, T.L. Magnanti and D.B. Rosenfield, in *Proc. of the 4th Annual Pittsburgh Manufacturing Systems Engineering Conf.*, 1993.

140.  "Bringing New Materials to Market," T.W. Eagar, *Technology Review,* 42, February/March, 1995.

141.  "Welding and Joining: Moving from Art to Science," *Welding Journal, 74(6)*, 49, 1995.

142.  "Evaluation Method for Electrochemical Migration Susceptibility in Pure Water," (Japanese), T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, in *Proc. of 1st Symposium on Microjoining and Assembly Technology in Electronics,* Japan Welding Society Committee of Microjoining, Tokyo, 105, 1995.

143.  "The Temporal Nature of Forces Acting on Metal Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *Trends in Welding Research*, H.B. Smartt, J.A. Johnson, S.A. David, eds., ASM International, Materials Park, OH, 365, 1996.

144.  "Plasma Spray Joining of Al-Matrix Particulate Reinforced Composites," T. Itsukaichi, T.W. Eagar, M. Umemoto and I. Okane, *Welding Journal, 75(9)*, 285s, 1996.

145.  "Abrasion Resistant Active Braze Alloys for Metal Single Layer Technology," R.K. Shiue, S.T. Buljan and T.W. Eagar, *Science and Technology of Welding and Joining 2(2),* 71, 1997.

146.  "Large Gap Joining of Ti-6Al-4V with Mixed Powder Interlayers," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining 2(4),* 139, 1997.

147.  "Diffusional Breakdown of Nickel Protective Coatings on Copper Substrate in Silver-Copper Eutectic Melts," W.D. Zhuang and T.W. Eagar, *Metall. Trans., 28A(4),* 969, 1997.

148. "Transient Liquid Phase (TLP) Bonding using Coated Metal Powders," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(4)*, 157s, 1997.

149. "High Temperature Brazing by Liquid Infiltration," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(12)*, 526s, 1997.

150. "A Systematic Strategy for Optimizing Manufacturing Operations," J. Kerkhoff, T.W. Eagar, and J. Utterback, *Production and Operations Management, (7)1*, 67, 1998.

151. "Isothermal Solidification Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, *Metall. Trans., 29A(1)*, 315, 1998.

152. "Magnetic Forces Acting on Molten Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D:  Applied Physics, 31(1)*, 93, 1998.

153. "A Dynamic Model of Drops Detaching from a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D:  Applied Physics 31(1)*, 107, 1998.

154. "Electrochemical Migration Tests of Solder Alloys in Pure Water," T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, *Corrosion Science, 39(8)*, 1415, 1997.

155. "Quiet Revolution in Materials Manufacturing and Production," T.W. Eagar, *Journal of Metals, 50(4)*, 19, 1998.

156. "The Recovery of Titanium Metal by Electrolysis of Titanate Slags," H.R. Larson and T.W. Eagar, *Journal of Metals, 50(9)*, 56, 1998.

157. "How Welding Fumes Affect the Welder," J.M. Antonini, G.G. Krishna Murthy, R.A. Rogers, R. Albert, T.W. Eagar, G.D. Ulrich, and J.D. Brain, *Welding Journal, 77(10)*, 55, 1998.

158. 'The Quiet Revolution in Materials Processing," T.W. Eagar, in *Proc. of Third Pacific Rim International Conference on Advanced Materials and Processing*, M.A. Imam, R. DeNale, S. Hanada, et al., eds.,TMS, Warrendale, PA, 1, 1998.

159. "In Search of the Perfect Weld," T.W. Eagar, *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 261, 1999.

160. "Study of Chromium in Gas Metal Arc Welding Fume," T.W. Eagar, P. Sreekanthan, N.T. Jenkins *et al.*,*Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 374, 1999.

15

161. "Magnitude Scaling of Free Surface Depression during High Current Arc Welding," P.F. Mendez and T.W. Eagar, *Trends in Welding Research,* , J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 13, 1999.

162. "Infiltration of Liquid Metal into Metal Powder Compacts: Part II. Experiments," W.D. Zhuang and T.W. Eagar, accepted by *Science and Technology of Welding and Joining.*

163. "Liquid Infiltrated Powder Interlayer Bonding (LIPIB) - A Process for Large Gap Joining," W.D. Zhuang and T.W. Eagar, submitted to *Science and Technology of Welding and Joining.*

164. "Dissolution Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, submitted to *Metall. Trans..*

165. "Infiltration of Liquid Metal into Metal Powder Compacts:  Part I. Infiltration Theory," W.D. Zhuang and T.W. Eagar, accepted by *Science and Technology of Welding and Joining.*

166. "Kinetics of Powder Interlayer Diffusion Brazing," W.D. MacDonald, W.D. Zhuang, X.-Y. Liu and T.W. Eagar, accepted by *Welding Journal.*

167. "Images of a Steel Electrode in Ar-2%O2 During Constant-Current Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, submitted to *Welding Journal.*

"Measurement of Molten Steel Surface Tension at the Tip of a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, submitted to *Journal of Colloid and Interface Science.*

"Estimation of the Characteristic Properties of the Weld Pool During High Productivity Arc Welding," P.F. Mendez and T.W. Eagar in 5th International Seminar "Numerical Analysis of Weldability," 1999.  Graz-Seggau, Austria.

"Order of Magnitude Scaling of the Cathode Region in an Axisymmetric Transferred Electric Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga, T.W. Eagar submitted to Metallurgical and Materials Transactions B, May, 2000.


## PATENTS:

1. "Method of Resistance Welding," T.W. Eagar, J.G. Kaiser, and G.J. Dunn, Patent No. 4,365,134, Dec. 21, 1982.

2. "Non-hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,512,822, April 23, 1985.

16

CutePDF - www.tesisv.com

3.    "Large Diameter Stud and Method and Apparatus for Welding Same," T.E. Shoup, D.J. Maykut, and T.W. Eagar, Patent No. 4,531,042, July 23, 1985.

4.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,557,768; December 10, 1985.

5.    "Laser Instrument," R.J. Cabrera, T.W. Eagar and J. Santangelo, Patent No. 4,580,558, April 8, 1986.

6.    "Laser Instrument," R.J. Cabrera and T.W. Eagar, Patent No. 4,646,734, March 3, 1987.

7.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,662,952, May 5, 1987.

8.    "Age-Hardenable Sterling Silver," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,810,308, March 7, 1989.

9.    "Emissivity Independent Multiwavelength Pyrometry," M.A. Khan, C.D. Allemand and T.W. Eagar, Patent No. 5,132,922, July 21, 1992.

10.   "Silver Alloys of Exceptional and Reversible Hardness," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,869,757, September 26, 1989.

11.   "Wear Resistant Bond for an Abrasive Tool," R.K. Shiue, R. Andrews, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 5,846,269, December 8, 1998.

12.   "Abrasive Tool Containing Coated Abrasive Grain,"R.K. Shiue, B. Miller, S.T. Buljan, E. Schulz and T.W. Eagar, Patent No. 5,855,314, January 5, 1999.

**PATENTS PENDING**

1.    "Removable Bond for an Abrasive Tool," R.K. Shiue, T.W. Eagar, B. Miller and S-T. Buljan, Patent Application No. 08/704190, Filed August 28, 1996.

Associated Power Analysts, Inc.
303 Anderson Street
College Station, TX 77840
Telephone: 979-696-0010
Fax: 979-696-0010
D. Patton home: 979-693-1918
D. Patton mobile: 979-574-8656
D. Patton email: adpatton@myriad.net

## BIOGRAPHICAL DATA

PATTON, Alton D.

President, Associated Power Analysts, Inc.
Birth date:      February 1, 1935
Citizenship:   U.S.
S. S. No.:       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
Birthplace:    Corpus Christi, Texas
Marital Status: Married, two children

EDUCATION:

Ph.D., Electrical Engineering, Texas A&M University, 1972
M. S., Electrical Engineering, University of Pittsburgh, 1961
B. S., Electrical Engineering, University of Texas, 1957

EXPERIENCE:

President, Associated Power Analysts, Inc., 1973-present

Head, Electrical Engineering Department, Texas A & M University, July 1992-July 1996

Director, Center for Space Power, Texas Engineering Experiment Station, October 1987 -
September 1992

Member, Management Advisory Board, Center for Space Power, September 1992-1996

Director, Electric Power Institute, Texas A&M University, 1976-1979, September 1985-July
1992

Assistant Professor, Electrical Engineering, Texas A&M University, 1965-1972

Associate Professor, Electrical Engineering, Texas A&M University, 1972-1977

1

Professor, Electrical Engineering, Texas A&M University, 1977-1979, 1983-2000

Adjunct Professor, Electrical Engineering, University of Texas at Arlington, 1982

Engineer, Electric Utility Engineering Department, Westinghouse Electric Corporation, 1957-1965

PROFESSIONAL LICENSES:

Registered Professional Engineer, Texas No. 25077

SOCIETY MEMBERSHIPS:

Institute of Electrical & Electronics Engineers
Eta Kappa Nu
Tau Beta Pi
Sigma Xi
C.I.G.R.E.
National Society of Professional Engineers
American College of Forensic Examiners

HONORS, AWARDS:

Life Fellow of the IEEE (Citation: For contributions to power system reliability
   analysis and assessment)
1994 Third Prize Paper, IEEE Industry Applications Society
1975 Prize Paper Award, Industrial and Commercial Power Systems Committee,
   IEEE Industry Applications Society
Outstanding Young Engineer of the Year, 1969-1970, Brazos Chapter, Texas
   Society of Professional Engineers
Who's Who in American Education
Who's Who in America
Who's Who In Science and Engineering
Texas Engineering Experiment Station Research Fellow, 1985-86
Brockett Professorship, 1986-87
Dresser Professorship, 1987-88
Diplomate, American Board of Forensic Engineering and Technology
Richard Harold Kaufmann Award, IEEE Industry Applications Society, 2000
   (Citation: For contributions to power system reliability analysis and its
   application to industrial power facilities)

## COMMITTEE MEMBERSHIPS:

Professional Societies

Reliability Subcommittee, Power Systems Engineering Committee, Industry Applications Society, IEEE (Past Chairman)

Power System Engineering Committee, Power Engineering Society, IEEE

Subcommittee on Application of Probability Methods, Power Engineering Society, IEEE (Past Chairman)

Working Group on Performance Records, APM Subcommittee, Power Engineering Society, IEEE

Working Group on Probability Applications in Power System Analysis, APM Subcommittee, Power Engineering Society, IEEE.

International Astronautical Federation, Space Power Committee

Aerospace R&D Policy Committee, IEEE U.S. Activities Board


Editorial Advisory Boards

*International Journal of Electrical Power & Energy Systems*
*Electric Machines and Power Systems*

National Research Council

Panel for Electronics and Electrical Engineering, Board on Assessment of NIST Programs, 1995-97, 1998-2000

Southwest Electrical Metering Association

Secretary and Treasurer, TAMU Representative, 1987-1997


University Service

1. Faculty Senate, May 1987 - April 1990
2. Tenure & Promotion Committee, E.E. Dept. - 1985, 1986, 1991, 1997
3. Tenure & Promotion Committee, College of Engineering - 1985, 1991
4. E.E. Dept. Head Search Committee - 1985
5. Awards Committee, E. E. Dept. - 1997

PUBLICATIONS:

Technical Journal & Conference Papers

"Distribution System Planning Through Optimized Design, III - Choice of Voltage Regulation Point in the System", American Institute of Electrical & Electronics Engineers., Summer General Mtg., Atlantic City, N. J., with R. F. Lawrence D. N. Reps, June 1960.

"Distribution System Planning Through Optimized Design I - Distribution Transformers and Secondaries", *Amer. Inst. of Electrical Engineers (Power Apparatus & Systems)*, 79:199-204, with R.F. Lawrence & D.N. Reps, June 1960.

"Using the Digital Computer in Industrial Power System Design", *Amer. Inst. Electrical Engineers Trans. III (Power Apparatus & Systems)*, 79:223-234, June 1960.

"Present-Worth Approach for Optimizing Distribution Transformer and Secondary Designs to Serve Growing Loads", *Trans. Amer. Inst. Electrical Engineers, III (Power Apparatus & Systems)*, 80:345-350, with R. P. Burandt, J. A. Hughes & D. N. Reps, August 1961.

"Building Loads and Energy Supply Simulation", *IEEE Trans. on P.A. & S.*, Special Supplement, pp. 801-817, with R.F. Cook & R.F. Lawrence, 1963.

"Automated Distribution System Planning", *IEEE Trans. on P.A. & S.*, 83:311-316, with R.F. Lawrence, F.E. Montmeat & D. Wappler, April 1964.

"Power System Reliability I - Measures of Reliability and Methods of Calculation", *IEEE Trans. of P.A. & S.*, 83:727-737, with D. P. Gaver and F.E. Montmeat, July 1964.

"Optimize Hawaiian Underground Distribution", *Electrical World* 162(6): 64-66, 166, with J.K. Richardson, C.Y.K. Chun & J. V. Kesser, August 10, 1964

"Power System Network Reliability", *Proceedings of American Power Conference*, XXVII: 1044-1050, with F.E. Montmeat, 1965.

"Distribution System Planning Automated", *Electrical World* 163(2): 82-84, 117, F.E. Montmeat, January 1965.

"Power System Reliability II - Applications and a Computer Program", *IEEE Trans. on P.A. & S.*, 84:636-743, with F. E. Montmeat, J. Zemkoski & D. J. Cumming, July 1965.

"Calculation of Power System Reliability", Power Distribution Conference., University of Texas, Austin, Texas, October 1965.

"Power System Network Reliability", *Transmission & Distribution*, pp. 22-27, with F.E. Montmeat, January 1966.

"Electric Power System Reliability", *Proceedings of Southwest Institute of Electrical & Electronics Engineers Conference & Exhibition*, 1967.

"Gathering Data for Reliability Studies", 20th Annual Conference of Protective Relay Engineers, Texas A&M University, April 1967.

"A Method for Evaluating Redundant Capacity in Substations", *Proceedings of Southwest Institute of Electrical & Electronics Engineers Conference & Exhibition*, 1968.

"Determination and Analysis of Data for Reliability Studies", *IEEE Trans. on Power Apparatus & Systems*, 87:84-100, January 1968.

"Reliability of Generation Supply", *IEEE Trans. on Power Apparatus & Systems*, PAS-87:1797-1803, with D.W. Holditch, September 1968.

4

CNVPDF · www.fanba.com

"Reliability Computations: Present and Future", Power Distribution Conference, University of Texas, October 1968.

"Probability - Definitions and Usage", 1968 Minnesota Power Systems Conference, October 1968.

"An Analysis of Substation Reliability", 22nd Annual Conference for Protective Relay Engineers, Texas A&M University, April 1969.

"Estimate Reliability of Your Substation", *Electric Light & Power*, pp. 82-92, October 1969.

"Short Term Reliability Calculation", *IEEE Trans. on P.A.&S.*, PAS-89: 509-513, April 1970.

"Evaluation and Comparison of Some Methods for Calculating Generating System Reliability", *IEEE Trans. on P.A. & S.*, PAS-89:537-544, with A. K. Ayoub and J. D. Guy, April 1970.

"Fundamentals of Power System Reliability Evaluation", presented at IEEE Industrial and Commercial Power Systems Technical Conference, May 1971.

"Optimal Thermal Generating Unit Commitment", *IEEE Trans. on P.A.&S.*, PAS-90:1752-1756, with A. K. Ayoub, July/August 1971.

"Transmission, Substation, and Distribution Reliability Evaluation", Transmission & Substation Design & Operation Symposium, University of Texas at Arlington, September 24, 1971.

"A Probability Method for Bulk Power System Security Assessment I - Basic Concepts", *IEEE Trans. on P.A. & S.*, PAS-91:54-61, January/February 1972.

1. "Comparison of Methods for Generator Maintenance Scheduling",with J. Ali, IEEE Paper C72-453-1 presented at IEEE 1972 Summer Power Meeting.

2. "Security Assessment and Control by Probability Methods", Fourth Power Systems Computation Conference, Grenoble, France, September 1972.

3. "Power Reliability Cost vs. Worth", R. B. Shipley, A. D. Patton, J. S. Denison, *IEEE Transactions on P.A. & S,* PAS-91:2204-2212, September/October 1972.

4. "A Probability Method for Bulk Power System Security Assessment II - Development of Probability Models for Normally-Operating Components", *IEEE Trans. on P.A. & S.,* PAS-91:2480-2485, November/December 1972.

5. "A Probability Method for Bulk Power System Security Assessment III - Models for Stand-By Generators and Field Data Collection and Analysis", *IEEE Trans. on P.A. & S.* Pas-9l: 2486-2493, Nov./Dec. 1972.

6. "Dynamic Optimal Dispatch of Real Power for Thermal Generating Units", *1973 Power Industry Computer Application Conference Proceedings*, pp.403-411, June 1973.

7. "Report on Reliability Survey of Industrial Plants, Part I - Reliability of Electrical Equipment", *IEEE Trans. on Industry Application*, pp. 213-235, with W.H. Dickinson, et al, March/April 1974.

8. "Report on Reliability Survey of Industrial Plants, Part II - Cost of Power Outages, Plant Restart Time, Critical Services Loss Duration, and Type of Loads Lost Versus Time of Power Outages", *Ibid*, pp. 236-241, March/April 1974.

9. "Report on Reliability Survey of Industrial Plants, Part III, Causes and Types of Failures of Electrical Equipment, Methods of Repair, and Urgency of Repair", *Ibid*, pp. 242-252, March/April 1974.

10. "Assessment of the Security of Operating Electric Power Systems Using Probability Methods", *Proceedings of the IEEE*, July 1974.

11. "Report on Reliability Survey of Industrial Plants, Part IV, Additional Detailed Tabulation of Some Data Previously Reported in the First Three Parts", *IEEE Transaction on Industry Applications*, pp. 456-462, with C. E. Becker, et al, July/August 1974.

12. "Report on Reliability Survey of Industrial Plants, Part V, Plant Climate, Atmosphere and Operating Schedule, the Average Age of Electrical Equipment, Percent Production Lost and the Method of Restoring Electrical Service After a Failure", *IEEE Transaction on Industry Applications*, pp. 463-466, with C. E. Becker, et al, July/August 1974.

13. "Report on Reliability Survey of Industrial Plants, Part VI, Maintenance Quality of Electrical Equipment", *IEEE Transaction on Industry Applications*, pp. 467-476, with C. E. Becker, et al, July/August 1974.

14. "Cost of Electrical Interruptions in Commercial Buildings", *Proceedings of the 1975 Industrial and Commercial Power Systems Technical Conference*, pp. 123-129, with P. E. Gannon, et al, May 1975.

15. "Variance and Approximate Confidence Limits on LOLP for a Single-Area System", *IEEE Transaction on P.A.& S.*, with A. Stasinos, July/August 1975, pp. 1326-1336.

16. "Practical Methods in the Computation of LOLP Variances and Confidence Limits", IEEE *Transaction on P.A. & S.,* with A. Stasinos, January/February 1976, pp. 287-290.

17. "Reliability Evaluation for Generation Capacity Planning", *Proceedings of Southeastcon 76*, April 1976, pp. 80-82.

18. "Fundamentals of Power System Reliability Evaluation", *Proceedings of the 1976 Industrial and Commercial Technical Conference*, May 1976, pp. 84-88.

19. "A Frequency and Duration Method for Generating System Reliability Evaluation", *IEEE Transaction on P.A.&S.,* with A. K. Ayoub, November/December 1976, pp. 1929-1933.

20. "Parameter Uncertainty in Generation Reliability Studies", *Proceedings of International Conference on Reliability of Power Supply System*, (IEE Conf. Pub. No. 148), with N. H. Tram, February 1977.

21. "Confidence Intervals on the Frequency and Duration of Cumulative Margin Events for A Single-Area System", IEEE Paper A 77 612-5 presented at IEEE Summer Power Meeting, 1977, with N. H. Tram.

22. "Economic Evaluation of Parallel Operation of Solar Systems and Electrical Utilities", *Proceedings of the International Symposium on Simulation, Modeling and Decision in Energy Systems*, with R. D.Chenoweth, June 1978, pp. 154-159.

23. "System Reliability Evaluation Considering Post Fault Switching and Incomplete Redundancy", *IEEE Trans. on Industry Applications*, July/August 1978, pp. 306-309.

24. "Sensitivity of Generation Reliability Indices to Generator Parameter Variations", *IEEE Trans. on P.A.&S.,* with N. H. Tram, July/August 1978, pp. 1337-1343.

25. "Operating Experiences Used In Reliability Evaluation for Power System Planning", *Proceedings of the International Symposium on System Reliability for Power Engineering*, Stockholm, August 1978.

26. "Operating Considerations in Reliability Evaluation" *Proceedings of the Sixth Power Systems Computation Conference*, A. D. Patton, G. L. Hogg and M. L. Spearman, August, 1978, pp. 212-217.

27. "Probability Distribution of Transmission and Distribution Reliability Performance Indices", *Proceedings of Sixth Annual Reliability Engineering Conference for the Electric Power Industry*, pp. 120-123, April 1979.

28. "Survey of Transmission Component Outage Data Needs", *Proceedings of Sixth Annual Reliability Engineering Conference for the Electric Power Industry*, pp. 30-35, April 1979.

29. "Power System Reliability Evaluation", *Electrical Power & Energy Systems*, Vol. l, No. 3, October 1979, pp. 139-150, with A. K. Ayoub and C. Singh.

30. "Reliability Evaluation in Distribution Systems", *Proceedings of the 1980 Reliability Conference for the Electric Power Industry*, pp. 132-137, April 1980, with C. Singh.

31. "Concepts for Calculating Frequency of System Failure", *IEEE Transactions on Reliability*, Vol. R-29, No. 4, pp. 336-338, October 1980, with C. Singh.

32. "Protection System Reliability Modeling: Unreadiness Probability and Mean Duration of Undetected Faults", *IEEE Transactions on Reliability*, Vol. R-29, No. 4, pp. 339-340, October 1980, with C. Singh.

33. "Models and Concepts for Power System Reliability Evaluation Including Protection System Failures", *Electrical Power & Energy Systems*, Vol. 2, No. 4, October 1980, pp. 161-168, with C. Singh.

34. "Operating Considerations in Generation Reliability Modeling - An Analytical Approach", *IEEE Transactions on Power Apparatus and Systems*, Vol. PAS-100, No. 5, May 1981, pp. 2656-2663, with C. Singh and M. Sahinoglu.

35. "Concepts and Techniques for Generation Reliability Modeling Including Operating Considerations", *Proceedings of PSCC VII*, Lausanne, Switzerland, July 1981, with A. K. Ayoub and C. Singh.

36. "A Simulation Model for Assessment of Large-Scale Power System Reliability", *AIIE Transactions*, 14, 1982, with J. H. Blackstone and G. L. Hogg.

37. "Reliability Evaluation of Emergency and Standby Power Systems", *IEEE Transactions on Industry Applications* (Vol. IA-21, No. 2, March/April 1985, pp. 476-480.), with C. Singh.

38. "Evaluation of Load Management Effects Using the OPCON Generation Reliability Model", *IEEE Transactions on Power Apparatus and Systems*, Vol. PAS-103, No. 11, pp. 3230-3238, Nov. 1984, with C. Singh.

39. "Improving Reliability Through Improved System Protective Schemes", *Power Distribution Conference Proceedings*, Austin, Texas, October, 1983.

40. "Improving the Assessment of Power Systems Reliability Through Simulation", *Simulation* (submitted for publication), with G. L. Hogg and J.H. Blackstone.

41. "Generation System Reliability Modeling With Transmission Constraints," 1985 Summer Computer Simulation Conference, Chicago, July l985, with J.H. Blackstone.

42. " Generation Expansion Planning Using the Simultaneous Assessment of Several Adequacy Indices," D. Ruiu, A. D. Patton, C. Singh, *Transactions of Canadian Electrical Association*, vol. 24, 1984-85.

43. "A Monte Carlo Simulation Approach to the Reliability Modeling of Interconnected Systems Recognizing Operating Considerations," A. D. Patton, J.H. Blackstone, N. J. Balu, *Proceedings of 9th Power Systems Computation Conference*, 1987.

44. "An Analytical Method for Including Operating Consideration in Reliability Modeling

7

CSInPDF - www.fesisa.com

of Interconnected System: the OPRINS Model," C. Singh, A. D. Patton, et al. *Proceedings of 9th Power Systems Computation Conference*, 1987.

45. "A Monte Carlo Simulation Approach to the Reliability Modeling of Generating Systems Recognizing Operating Considerations," A. D. Patton, J.H. Blackstone, N. J. Balu, *IEEE Trans. on Power Systems*, Aug. 1988, pp. 1174-1180.

46. "Reliability Models for Space Power Systems," C. Singh, A.D. Patton, Y. Kim, H. Wagner, 22nd Intersociety Energy Conversion Engineering Conference, Aug. 1987.

47. "Operating Considerations in Reliability Modeling of Interconnected Systems-An Analytical Approach," C. Singh, A. D. Patton, et al, *IEEE Trans. on Power Systems*, Aug. 1988, 1119-1126.

48. "A Comparison of Alternative Generating Unit Reliability Models", J. R. Soethe and A. D. Patton, IEEE Paper 88 WM 212-3, *IEEE Trans. on Power Systems*.

49. "A Simulation Model for Reliability Evaluation of Space Station Power Systems", C. Singh, A. D. Patton, M. Kumar, and H. Wagner, 23rd Intersociety Energy Conversion Engineering Conference, 1988.

50. "Modeling and Evaluation of the System Reliability Effects of Direct Load Control", H. Salehfar and A. D. Patton, IEEE Paper 89WM 188-4-PWRS, *IEEE Trans. on Power Systems*, Vol. 4, No. 3, August 1989, pp. 1024-1030..

51. "Production Costing with Explicit Recognition of Unit Duty Cycle Effects," S. H. Ansari and A. D. Patton, *IEEE Trans. on Power Systems*, Vol. 5, No. 3, August 1990, pp. 789-796.

52. "A New Markov Model for Base-Loaded Units for Use in Production Costing," S. H. Ansari and A. D. Patton, *IEEE Trans. on Power Systems*, Vol. 5, No. 3, August, 1990, pp. 797-284.

53. "A Production Costing Methodology for Evaluation of Direct Load Control," H. Salehfar and A. D. Patton, *IEEE Trans. on Power Systems*, Vol. 6, No. 1, Feb. 1991, pp. 797-796.

54. "Modeling and Evaluation of the System Reliability and Production Costing Effects of Direct Load Control," H. Salehfar and A. D. Patton, Proceedings of 10th Power Systems Computation Conference, Graz, Austria, August 1990.

55. "New Architecture for Space Power Systems," M. Ehsani, A. D. Patton, M. O. Bilgic, Paper IAF-90-218, XXXX1st International Astronautical Federation Congress, Dresden, GDR, October 1990.

56. "Reliability Evaluation of Space Station Power System," C. Singh and A. D. Patton, International Symposium on Reliability and Maintainability, Tokyo, Japan, June 1990.

57. "A Simulation Model of Reliability Evaluation of Space Station Power Systems," C. Singh, A. D. Patton, M. Kumar, W. Wagner, *IEEE Transactions on Industry Applications*, March/April 1991, pp. 331-334.

58. "Magnetically Inflatable SPS with Energy Storage Capability," M. Ehsani, M. O. Bilgic, A. D. Patton, Second International Symposium on Power from Space, Paris, August 1991.

59. "Impact of Energy Storage on Generating Unit Availability and System Reliability," H. Nasr and A. D. Patton, CIGRE Symposium on Electric Power Systems Reliability, Montreal, Sept. 1991.

60. "Multi-User Power Modules -- A Commercial Evaluation," K. Shockey, A. D. Patton, A. Parlos, Paper IAF-91-220, 42nd Congress of International Astonautical Federation, Montreal, Canada, Oct. 1991.

61. "A Transmission Network Model for Multi-Area Reliability Studies," A. D. Patton and S. K. Sung, *IEEE Trans. on Power Systems*, Vol. 8, No. 2, pp. 459-465, May 1993.

62. "Magnetically Inflatable SPS with Energy Storage Capability," M. Ehsani, M. O. Bilgic, A. D. Patton, *Space Power*, Vol. 10, Nos. 3 & 4, 1991, pp. 437-447.

63. "Effect of Energy Storage on Generating Unit Availability and System Capacity Requirements," A. D. Patton, *Applied Superconductivity*, Vol. 1, Nos. 7 - 9, pp. 1435-1441, 1993.

64. "Duty Cycle Effects on Generating Unit Availability," A. D. Patton, *IEEE Trans. on Industry Applications*, Vol. 29, No. 5, Sept./Oct. 1993, pp. 1018-1021.

65. "Long-term Electric Load Forecasting Using Dynamic Neural Network Architecture," A. G. Parlos and A. D. Patton, Athens Power Tech Conference, Sept. 1993.

66. "Empirical Modeling in Power Engineering Using the Recurrent Multi-layer Perceptron Network," Proceedings of Summer Workshop on Neural Network Computing for the Electric Power Industry, 1993.

67. "Modeling Car Batteries with Neural Networks," A. D. Patton, D. Swan, M. Ankara, *Machine Design*, Oct. 22, 1993, pp. 133-134.

68. "New Architectures for Space Power Systems," M. Ehsani, M. O. Bilgic, A. D. Patton and J. Mitra, IEEE Aerospace and Electronic Systems Society Magazine, August 1995, pp. 3-8.

69. "Magnetically Inflatable SPS with Energy Storage Capability," M. Ehsani, M. O. Bilgic, A. D. Patton and J. Mitra, IEEE Aerospace and Electronic Systems Society Magazine, Aug. 1995, pp. 9-14.

70. "Development of an Intelligent Long-Term Electric Load Forecasting System," A. G. Parlos, E. Oufi, J. Muthusam and A. D. Patton, International Conference on Intelligent System Applications to Power Systems, Jan. 1996.

71. "International Cooperation for the Acquisition of Space-Based Energy," R. B. Erb, A. D. Patton, et al., *Space Energy and Transportation*, Vol. 1, No. 3, 1996, pp. 195-204.

72. "Microwave Power Transmission Research at Texas A&M University," James McSpadden, Kai Chang and A. D. Patton, *Space Energy and Transportation*, Vol. 1, No. 4, 1996, pp. 368-393.

73. "Quickprop Alogorithm for Transfer Capability Calculations," X. Luo, A. D. Patton and C. Singh, *Proceedings of IEEEE Power Engineering Society*, 1999 Winter Meeting, January, 1999.

74. "Bus Voltage Sensitivity: An Instrument for Pricing Voltage Control Service," S. Subramanian and A. D. Patton, *Proceedings of IEEE Power Engineering Society*, 1999 Summer Meeting, July, 1999.

75. "Loss-of-Load State Identification Using Self-Organizing Map," X. Luo, C. Singh and A. D. Patton, *Proceedings of IEEE Power Engineering Society*, 1999 Summer Meeting, July 1999.

76. "Impacts of Deregulation on the Reliability of a Multi-Area Power Pool," A. D. Patton, C. Singh and D. G. Robinson, *Proceedings of 13th Power Systems Computation Conference*, Trondheim, Norway, June, 1999.

77. "Real Power Transfer Capability Calculations Using Multi-Layer Feed-Forward Neural Networks", X. Luo, C. Singh and A. D. Patton, *IEEE Transactions on Power Systems*, to be published

78. "Transmission Use Charges Including Reliability Costs", J. Yu and A. D. Patton, *Proceedings of IEEE Power Engineering Society*, 2000 Winter Meeting, January 2000.

79. "Power System Reliability Evaluation Using Self Organizing Map", X. Luo, C. Singh, A. D. Patton, *Proceedings of IEEE Power Engineering Society*, 2000 Winter Meeting, January 2000.

## Reports

"Buildings Load Simulation Computer Program", Electric Power Institute, Texas A&M University, H. Fossati, 1968.

"Methods of Bulk Power System Security Assessment (Probability Approach)" Final Report, Edison Electric Institute Project RP90-6, Research Foundation Project 649.

"Reliability Evaluation", Final Report of Research Foundation Contract No. 3184 for U.S. Energy Research and Development Administration, A. K. Ayoub, June 1975.

"Study of Solar System - Electric Utility System Interface", Final Report of Research Foundation Contract No. 3467 for Sandia Laboratories, R. D. Chenoweth, October 1977.

"Effect of operating Considerations on Reliability Indices Used for Generation Planning", EPRI Report EL-1102, Final Report of Project TPS 77-719, June 1979, with G. L. Hogg.

"Large-Scale System Effectiveness Analysis", Final Report of DOE Contract EC-77-S-01-5104, November 1979, with A. K. Ayoub, et al.

"Reliability Indices for Power Systems", Final Report of EPRI Project RP 1353-1, September 1980, with P.F. Albrecht, et al.

"Bulk Transmission System Component Outage Data Base", EPRI Report EL-1797, Final Report of RP 1283-1, April 1981, with P.F. Albrecht, et al.

"The National Electric Reliability Study: Final Report", DOE Report EP-0004, April 1981, with E. Masud, et al.

"Modeling of Unit Operating Considerations in Generating Capacity Reliability Evaluation", EPRI Report EL-2519, Vols. I and II, Final Report of RP 1534-1, July 1982.

"System Reliability", Conference on Research Needs for the Effective Integration of New Technologies into the Electric Utility, Oak Ridge National Laboratory, July 1982.

"Study of Effect of Load Management on Generating System Reliability", final report of EPRI project RP1955-3, EPRI Report EA-3575, July 1984, with C. Singh.

"Reliability Models of Interconnected Systems that Incorporate Operating Considerations," EPRI Report EL-4603, Vols I and II, (Final Report of EPRI Project RP1534-2), with J. H. Blackstone, C. Singh, et al., August 1986.

1. "Long-Term Forecasting Methods for Electric Utilities Using Neural Information

Processing Systems," Final Report to American Public Power Association; A. G. Parlos, E. Oufi, J. Muthusami, A. D. Patton, 1994.

2. "The Impact of Restructuring Policy Changes on Power Grid Reliability," Sandia National Labs Report 98-2178, A. D. Patton, C. Singh, D. G. Robinson, Oct. 1998.

Contributions to Books

*IEEE Recommended Practice for the Design of Reliable Industrial and Commercial Power Systems*, IEEE Std. 493, with C.R. Heising, et al.

*IEEE Recommended Practice for Industrial and Commercial Power Systems Analysis*, IEEE Std. 399, Chapter 11 - Reliability Studies.

Lectures and Presentations

"Bulk Power System Security Assessment", Edison Electric Institute Engineering Computer Forum, Baltimore, Maryland, September 29, 1971.

"Short Course on Modern Concepts in Power System Reliability Evaluation", Texas A&M University, October 11-15, 1971; October 2-13, 1972.

"Bulk Power System Security Assessment", presented at Short on System Theory and Computer Applications for Power Systems at Miss. State University, June 1971.

"State of the Art of Reliability Calculations for Distribution Systems", presented at Panel Session on Distribution System Reliability Design at IEEE 1972 Winter Power Meeting.

"Probability Methods for Short-Term Security Assessment in Electrical Power Systems", presented at 44th National Operations Research Society of America Meeting, San Diego, November 1973.

"Assessment of the Security of Operating Electric Power Systems Using Probability Methods", presented at U.S.A. - Romania seminar on Power System Computations, Bucharest, Romania, June 1974.

"Reliability Assessment for System Operations", presented at Short Course on Computer Techniques for Real-Time Control and Monitoring of Power Systems, University of Wisconsin - Madison, June 1975.

"Reliability Applications for Power System Planning and Operation", Center for Professional Advancement, Somerville, N. J.

"Fundamentals of Power System Reliability Evaluation", Fourth Reliability Engineering Conference for the Electric Power Industry, June 1977.

"Security Function in Power System Operation", International Symposium on System Reliability for Power Engineering, Stockholm, August 1978.

Testimony before U.S. House of Representatives, Subcommittees on Energy Development and Applications and Energy Research and Production, "Research on Methods for Estimating the Reliability Performance of Electric Power Systems", June 10, 1982.

"Reliability Modeling and Evaluation for Power System Planning and Design", short course for Middle South Utilities, New Orleans, LA, March 1984.

11

"Chairman, panel session on "Monte Carlo Simulation Applications in Planning", IEEE Winter Power Meeting, 1985.

"Generation Reliability Modeling and Evaluation," Electric Power Research Institute of the People's Republic of China, Beijing, June l985

"Research Needs in Power System Reliability Modeling," NSF Workshop on University Research for Electric Power Systems Engineering, Phoenix, AZ, April, 1987.

"Interconnected System Reliability Evaluation and Modeling", Electric Reliability Council of Texas, Austin, TX, June 1987.

"Space Power Commercialization", American Association for Defense Preparedness, San Diego, CA February 1989.

Chairman, session on Low-Earth Orbit Activities Second Beamed Space Power Workshop, NASA Langley Research Center, March 1989.

Chairman, panel on Production Costing Methods, IEEE Winter Power Meeting, Feb. 1991.

Chairman, Working Group on Uncertainty in Future Capacity Needs, NSF Workshop on Research Needs for Coping with Uncertainty in Power Systems, Norman, Oklahoma, July 1991.

Panelist, Invited Session on Space Power International Solar Energy Society, 1991 Solar World Congress, Denver, Colorado, August 1991.

"Load Forecasting with Neural Networks," Municipal Electric Power Conference, April 6, 1992, College Station, TX.

"Impact of Energy Storage on Generating Unit Availability and System Reliability," SMES Utility Interest Group, June 8, 1992, Buffalo, NY.

"Potential for Innovation in HTS Application," Superconducting Coordinating Committee for Electric Power, April 8, 1992, Houston, TX.

"Superconductivity Activities of NASA Centers for Commercial Development of Space," World Congress on Superconductivity, Munich, Germany, September 1992.

"Power System Reliability," Advanced School for Power System Engineers, Penn State University, October 1992-1998.

Chairman and Organizer, panel on Reliability in the Electrical Power Industry, International Symposium on Product Quality & Integrity, Jan. 1997.

"Impacts of Utility Deregulation on Service Reliability," IBEW Utility Conference, Austin, TX, Oct. 1997.

"Quality of Service Under Deregulation," Western Labor and Management Public Affairs Committee, Palm Springs, CA, March 1998.

"Power System Reliability," Short Course on Ensuring Critical Infrastructure Reliability, University of Wisconsin, Madison, WI, Aug. 1998.

"Impact of Utility Deregulation on Service Reliability," Bryan City Council, Bryan, TX.

"Impact of Restructuring Policy Changes on Power Grid Reliability", Public Utility Commission of Texas, Austin, TX, July 22, 1999

FUNDED RESEARCH PROJECTS (PI or Co-PI)

"Methods of Bulk Power System Security Assessment (Probability Approach)", Edison Electric Institute, Project RP 90-6, 1970.

"Assessment of Methods for Reliability Evaluation", U.S. Energy Research and Development Administration, Research Foundation Project 3184, 1975.

"Study of Solar System - Electric Utility System Interface", Sandia National Laboratory, Research Foundation Project 3467, 1977.

"Effect of Operating Considerations on Reliability Indices Used for Generation Planning", EPRI Project TPS 77-719, 1979.

"Large Scale System Effectiveness Analysis", U.S. DOE Contract EC-77-S-01-5104, 1979.

"Reliability Indices for Power systems", EPRI Project RP 1353-1 (Subcontractor to General Electric Co.), 1980.

"Bulk Transmission System Component Outage Data Base", EPRI Project RP 1283-1 (Subcontractor to General Electric Co.), 1981.

"The National Electric Reliability Study", U.S. DOE , 1981.

"Modeling of Unit Operating Considerations in Generating Capacity Reliability Evaluation", EPRI Project RP 1534-1, 1982.

"Assessment of System Reliability in the Integration of New Technologies into the Electric Utility", Oak Ridge National Laboratory, 1982.

"Study of Effect of Load Management on Generating System Reliability", EPRI Project RP 1955-3, 1984.

"Modeling of Unit Operating Considerations in the Reliability Evaluation of Interconnected Systems", EPRI Project RP 1534-2, 1983 - 1986.

"Reliability Study of Space Station Electrical Power Systems", NASA - Johnson Space Center, 1985-1986.

"Conceptual Design of Power Management and Distribution System for the Space Station", NASA - Johnson Space Center, 1985.

"Evaluation of Operational Benefits of SMES," Texas Utilities Co., 1986.

"Reliability Analysis of Space Electric Power Systems,"' NASA-JSC, 1987.

"Scholarly Research in Aerospace Power," U.S. Air Force, WPAFB, 1987.

"Reliability Modeling and Evaluation in Power Systems," U.S.--Yugoslav Joint Board on Scientific and Technical Cooperation, 1987-1989.

"Center for Commercial Development of Space Power Systems", NASA Office of Commercial Programs, 1987 (continuing).

"Long-Term Forecasting Methods for Electric Utilities Using Neural Information Processing Approach," with A. Parlos, American Public Power Association, 1992.

"Study of Effects of Deregulation on Reliability in the ERCOT Bulk Power System," Sandia National Labs, 1996-1998.

CVsPDF - www.fsvio.com