```
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE SOUTHERN DISTRICT OF TEXAS
 3                        BROWNSVILLE DIVISION
 4    JOSE A. GARCIA, ET AL        §   CASE NO. CA B-98-186
                                   §
 5    VERSUS                       §   BROWNSVILLE, TEXAS
                                   §   JUNE 19, 2000
 6    BRK BRANDS, INC.             §   2:30 P.M. TO 4:04 P.M.
 7
 8                             MOTION HEARING
 9
      BEFORE THE HON. JOHN WILLIAM BLACK, UNITED STATES MAGISTRATE JUDGE
10
11    APPEARANCES:
12
      For the Plaintiffs:          SEE NEXT PAGE
13
14
15    For the Defendant:           SEE NEXT PAGE
16
17
      Court Recorder:              Linda Garcia
18
19
20                                 PREPARED BY:
21                                 JUDICIAL TRANSCRIBERS OF TEXAS, INC.
                                   7135 West Tidwell
22                                 Building M, Suite 112A
                                   Houston, Texas 77092
23                                 (713) 462-6434
                                   (713) 462-3042 (fax)
24
      Proceedings recorded by electronic sound recording, transcript
25    produced by transcription service.
```

United States District Court
Southern District of Texas
FILED
JUN 29 2000
Michael N. Milby, Clerk of Court

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
Fax (713) 462-3042  •  Office (713) 462-6434