*121*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 04 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# ORDER

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

TYPE OF CASE:  ___X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET, #204**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 9, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 4, 2000

TO:     MS. SHIREE SALINAS
        MR. MIKAL WATTS/MR. BRYAN HARRIS
        MR. RAY MARCHAN
        MR. RENE O. OLIVEIRA/MS. ELIZABETH NEALLY
        MR. BRAD N. GAHM
        MR. JAMES H. HELLER/MR. TERRY HENRY
        MR. FRANCISCO MARTINEZ

ClibPDF - www.fastio.com