122

United States District Court
Southern District of Texas
FILED

AUG 0 9 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-98-186          DATE & TIME:     08-09-00 AT 1:30 P.M.

JOSE GARCIA, ET AL.                PLAINTIFF(S)    SHIREE SALINAS ✓
                                   COUNSEL         RAY MARCHAN ✓
                                                   MIKAL WATTS
                                                   BRYAN HARRIS
                                                   RAY MARCHAN

VS.

BRK BRANDS, INC.                   DEFENDANT(S)
                                                   RENE OLIVEIRA
                                                   ELIZABETH NEALLY ✓
                                                   BRAD GAHM
                                                   JAMES H. HELLER
                                                   TERRY HENRY
                                                   FRANCISCO MARTINEZ

---

> Trial date is suspended.
> Dr. Aronstein will visually inspect the smoke detector the week of Aug. 14, 2000. Defendant will ship the smoke detector to Dr. Aronstein.
> Dr. Aronstein will submit a testing protocol of the smoke detector to Defendant by August 21, 2000.
> Plaintiff and Defendant will conduct a joint inspection of the smoke detector the week of September 10, 2000.
> Deadline for taking Plaintiff's experts deposition is October 30, 2000.
> Deadline for taking Defendant's experts deposition is December 15, 2000.
> Scheduling conference will be on December 18, 2000.
> The hearing of September 8, 2000 is passed.