123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

## ORDER

The following dates have been set in this case:

1. Dr. Aronstein will conduct a visual inspection of the smoke detector the week of August 14, 2000. Further, the Defendant will ship the smoke detector to Dr. Aronstein for inspection.

2. Dr. Aronstein will furnish a testing protocol of the smoke detector to the Defendant by August 21, 2000.

3. The Plaintiff and the Defendant will conduct a joint inspection of the smoke detector the week of September 10, 2000.

4. The deadline to take depositions of the Plaintiff's experts is October 30, 2000.

5. The deadline to take depositions of the Defendant's experts is December 15, 2000.

6. A scheduling conference in this matter will take place on December 18, 2000 at 1:30pm.

7. The hearing on September 8, 2000 is passed.

DONE at Brownsville, Texas this 9th day of August, 2000.

John Wm. Black
United States Magistrate Judge