*124*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate MANUEL CRUZ, IDALIA GARCIA, individually and CYNTHIA GARCIA, Plaintiffs, | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC., Defendants. | § § § | |

## ORDER

Pending before this Court is Defendant's Motion of BRK Brands, Inc. To Dismiss the First Amended Original Complaints of Plaintiffs, Jose Garcia, Individually and Idalia Garcia, Individually, and as Representative of the Estate of Manuel Cruz; and Cynthia Cox as Next Friend of Brittany Cox. (Docket No. 92). After careful consideration of said matter, the Court is of the opinion that this motion should be DENIED.

DONE at Brownsville, Texas on this 10th day of August, 2000.

John Wm. Black
United States Magistrate Judge