125

United States District Court
Southern District of Texas
FILED

SEP 0 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE A. GARCIA, et al | § | CASE NO. CA B-98-186 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | AUGUST 9, 2000 |
| BRK BRANDS, INC. | § | 1:41 P.M. TO 2:02 P.M. |

## STATUS CONFERENCE

BEFORE THE HON. JOHN WILLIAM BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:       SEE NEXT PAGE

For the Defendant:        SEE NEXT PAGE

Court Recorder:           Linda Garcia

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.