/2b

United States District Court
Southern District of Texas
FILED

SEP 1 2 2000

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and IDALIA GARCIA, Individually And as Representative of the Estate of MANUEL CRUZ, Deceased | : : : : : | CIVIL ACTION |
| CYNTHIA COX as Next Friend of BRITTANY COX, | : : : | NO. B-98-186 |
| v. | : : | |
| BRK BRANDS, INC. | : | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED PETITIONS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** the Defendant in the above entitled and numbered cause of action, and requests that this Court grant it an extension of time to conduct discovery, and to extend all other current deadlines, and would show the Court as follows:

**I.**

1. Plaintiff Cox filed her First Amended Petition on May 26, 1999. Defendant filed its Motion to Dismiss the First Amended Original Complaint and the parties filed their responses and replies.

2. Plaintiffs, Idalia and Jose Garcia, requested of the court on June 28, 1999, leave of court to file their First Amended Original Petition. The court on November 8, 1999, granted Plaintiff's Motion for Leave to File First Amended Original

JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY  PAGE 1
21410 - Mtn Ext (Answer Petitions)

Complaint. Defendant filed on November 16, 1999, its Motion to Dismiss First Amended Original Complaint against Plaintiffs Jose and Idalia Garcia.

3. By the court's order (Docket No. 81) dated March 13, 2000, the motions of BRK Brands, Inc. to dismiss Plaintiffs' First Amended Complaint were ordered moot and that these motions may be re-urged.

4. On March 31, 2000, Defendant filed their Motion and Memorandum of Law to Dismiss First Amended Original Complaints of Plaintiffs Jose Garcia, Idalia Garcia and Cynthia Cox. Plaintiffs responded on April 19, and Defendant replied on May 1, 2000.

5. By Order of the court (Docket No. 124), dated August 10, 2000, Defendant's Motion to Dismiss Plaintiffs' First Amended Original Complaints were denied. Said order was received by counsel on August 23, 2000. Defendant believes that its Answer to Plaintiffs Complaints are due on September 12, 2000.

### III.

6. Defendant BRK Brands, Inc. hereby requests the court to grant it an extension of two weeks in which to file its Answers to Plaintiffs' First Amended Original Petitions. This continuance is not for delay, but so justice may be done.

7. Defendant has conferred with both Plaintiff's counsel. Shiree Salinas advised that she is unopposed. Ray Marchan did not return my telephone call.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that an extension of two weeks to Answer Plaintiffs' Petitions be granted as indicated above and for such other relief as allowed by law and equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA  19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

### CERTIFICATE OF CONSULTATION

I, Elizabeth G. Neally, certify that I attempted to contact Shiree Salinas and Ray Marchan by telephone on February 11, 2000, and faxed correspondence to each regarding my request for extension of time to Answer.

On September 12, 2000, Ms. Salinas stated that she is unopposed to the extension; and Mr. Marchan was still unavailable to consult regarding said extension.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED ORIGINAL PETITIONS** by U.S. Postal Service, Certified Mail, Return Receipt Requested, to counsel of record to wit:

Ray Marchan
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

on the 12 day of September, 2000.

_____
Elizabeth G. Neally