# MARK A. CANTU
### ATTORNEY AT LAW
United States District Court
Southern District of Texas
FILED
OCT 3 1 2000
Michael N. Milby
Clerk of Court

ASSOCIATES

SHIREE D. SALINAS
JAMES M. SAHADI

October 30, 2000

VIA TELEFAX: 956/542-0016

Elizabeth G. Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520

RE: U.S. District Court, Southern District at Brownsville
Civil Action No. 98-186

Dear Elizabeth:

This letter will serve to memorialize your agreement to allow us a 10 day extension in which to submit our responses and objections to Defendant's Second Request for Production of Documents. We will be filing our responses by Monday, November 6, 2000.

If this is an accurate reflection of our agreement, please sign where indicated below for filing with the Court.

Thank you for your courtesy.

Sincerely,
LAW OFFICE OF MARK A. CANTU

Shiree D. Salinas
Attorney at Law

xc: Ray Marchan                956/541-0255

AGREED TO:

BY: _____
Elizabeth Neally, Attorney for Defendant BRK Brands, Inc.

THE ATRIUM • 1300 N. 10th ST. • SUITE 400 • McALLEN, TEXAS 78501
PHONE: (956) 687-8181 • FAX: (956) 687-8868