130

THE HONORABLE JOHN WM. BLACK

SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 2 1 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-186          DATE & TIME: 12-18-00 AT 2:30 P.M.

JOSE GARCIA, ET AL.                 PLAINTIFF(S)   SHIREE SALINAS
                                    COUNSEL        RAY MARCHAN
                                                   MIKAL WATTS
                                                   BRYAN HARRIS

VS.

BRK BRANDS, INC.                    DEFENDANT(S)
                                                   RENE OLIVEIRA
                                                   ELIZABETH NEALLY
                                                   BRAD GAHM
                                                   JAMES H. HELLER
                                                   TERRY HENRY
                                                   FRANCISCO MARTINEZ

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

Attorneys for the Plaintiffs-Ray Marchan and Shiree Salinas; for the Defendant-Rene Oliveira and Elizabeth Neally appeared for the scheduling conference.

Plaintiffs witness, Mr. Russell, did not appear for scheduled deposition in Chicago. Plaintiffs are to pay Defendants $250.00 for lost deposit due to the non appearance of Mr. Russell. Defense to prepare Order.

Deposition of Mr. Russell must be held before January 31, 2001 or will be deleted as a witness.

Plaintiffs will pay to re-depose Mr. Schultz. Deposition is to include information from July 24, 2000, when the last deposition was taken, until December 5, 2000, when the report was received.

Plaintiffs ask that defense witness living in England be made available for deposition.

Parties to submit a scheduling order to the court.