# IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and IDALIA GARCIA, Individually And as Representative of the Estate of MANUEL CRUZ, Deceased | : : : : : |
| | : CIVIL ACTION NO. B-98-186 |
| CYNTHIA COX as Next Friend of BRITTANY COX, | : : : |
| vs. | : : |
| BRK BRANDS, INC. | : |

## ORDER

On this the 18th day of December, 2000, there came on to be heard a Scheduling Conference and other motions of the parties. The following deadlines are hereby extended as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

(1) Plaintiffs are to produce their experts, B. Don Russell and Michael J. Schulz for depositions by January 31, 2001. In the event they are not produced by January 31, 2001, these two experts shall be struck as witnesses and prevented from testifying. Further, Plaintiffs' experts shall produce no additional reports;

(2) All further depositions shall be completed by the parties by March 15, 2001, including the depositions of Defendant's expert witnesses by Plaintiffs;

(3) A scheduling hearing for the Daubert motions shall be held the first week of April 2001;

(4) Daubert Motions shall be filed by April 16, 2001. Responses to Daubert Motions shall be filed by April 30, 2001;

(5) A hearing on the Daubert motions shall be held the first week of May, 2001;

(6) All other dispositive motions shall be filed within 30 days of the court's ruling on the Daubert motions;

(7) A Joint Pretrial Order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than June 22, 2001;

(8) A final pretrial and settlement conference is set for June 22, 2001, at 1:30 p.m.;

(9) Final Pretrial is set for July 5, 2001 at 8:30 a.m.;

(10) Jury selection is set for July 6, 2001, at 8:30 a.m.; and

(11) Trial on the merits will be set by Judge Vela for July, 2001.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that regarding the costs:

(1) The Plaintiffs shall reimburse Defendant for all costs associated in the retaking of the deposition of Michael J. Schulz including costs for travel, hotel, meals, and attorneys' fees for the time conducting the deposition. Defendant's examination shall be limited to information and issues referenced in documents produced at Michael J. Schulz' deposition taken on December 5, 2000, including his supplemental report dated July 24, 2000; and

(2) Plaintiffs shall reimburse Defendant for $250.00 by January 15, 2001, for a hotel deposit paid in association with the deposition of B. Don Russell. that was cancelled.

**FURTHER,** the parties announced that Plaintiffs agreed to reimburse Defendant in the amount of $1,843.75 to be paid directly to Thomas W. Eager by January 15, 2001 as their share of the expenses of the Joint Inspection that occurred on September 15, 2000.

DONE at Brownsville, Texas, on this 2ND day of ~~December, 2000~~ JANUARY 2001.

_____
PRESIDING JUDGE

PAGE 3

ClibPDF - www.fastio.com