/32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE A. GARCIA, Individually § <br> and as Representative of the Estate § <br> of Manuel Cruz; IDALIA GARCIA § <br> Individually and CYNTHIA GARCIA COX § <br> Individually and as next friend of BRITTANY§ <br> COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | CAUSE NO. 98-CV-186 |

## MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

1. COMES NOW, Everardo Abrego, hereinafter Applicant, and files this Motion to Intervene and would respectfully show the Court as follows:

### I.

### PARTIES

2. Plaintiffs, Jose and Idalia Garcia, may be served with this Motion to Intervene through their attorneys of record, Mark A. Cantu, Attorney at Law, 1300 N. 10Th St, Suite 400, McAllen, Texas 78501.

3. Plaintiffs, Cynthia Garcia Cox, may be served with this Motion to Intervene through her attorneys of record, Ray R. Marchan, Harris & Watts, 1926 E. Elizabeth, Brownsville, Texas 78520.

4. Defendants, BRK Brands Inc., may be served with this Motion to Intervene through its attorneys of record, Rene O. Oliveira, Roertig, Oliveira & Fisher, 855 W. Price Rd, Suite 9, Brownsville, Texas 78520, and Brad N. Gahm, Cozen & O'Connor, 1717 Main St., Suite

2300, Dallas Texas 75201.

## II.

## GROUNDS

5. Applicant claims an interest relating to the contractual assignment interest in the subject matter of Plaintiffs' lawsuit. Applicant was the original attorney for all the named Plaintiffs and Applicant has the first contingency fee interest in the Plaintiffs' case.

6. Applicant has not filed this motion to unduly delay or prejudice the adjudication of the rights of the original parties but because the disposition of this action may impair or impede applicant's ability to protect his interest.

## IV.

## Prayer

7. Applicant prays that the Court grant this Motion to Intervene and for such other and further relief to which Applicant may be entitled, either at law or in equity.

Respectfully submitted,

By: _____
Norman Jolly
TBA#10856920
Mark A. Montgomery
TBA# 24005482
1018 Preston, 4th Floor
Houston, Texas 77002
(713) 237-8383
(713) 237-8385 fax
ATTORNEY FOR INTERVENOR

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was forwarded to all counsel of record, pursuant to the Texas Rules of Civil Procedure, on this the ___TH day of August, 2000.

Jan 2001

_____
Norman Jolly