/3=

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE A. GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

## ORDER

Pending before the Court is the Motion of Everard Abrego to Intervene (Docket No. 132).

This Motion does not comply with the Local Rules for the Southern District of Texas.

IT IS ORDERED **STRICKEN.**

DONE at Brownsville, Texas, this 16th day of January, 2001.

John Wm. Black
United States Magistrate Judge