United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, IDALIA GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ and\ CYNTHIA COX as Next Best Friend of Brittany Cox, <br><br> vs. <br><br> BRK BRANDS, INC. | CIVIL ACTION <br> NO. B-98-186 |

## NOTICE OF FILING BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** BRK BRANDS, INC., Defendant in the above-styled and numbered cause, and respectfully files this its Notice of Filing Bankruptcy suggesting to this Court that **BRK Brands, Inc**, has filed a petition for relief under the Bankruptcy Act in the United States Bankruptcy Court for the Southern District of New York, Cause No. 01-40252 on or about February 6, 2001,

Pursuant to Section 362 of Title 11 of the United States Code, the commencement or continuation of any proceeding against the debtor or the enforcement of any judgment is automatically stayed.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Defendant

By _____
    Elizabeth G. Neally
    State Bar No. 14840400
    Cameron County I.D. No. 3506
    Federal Bar No. 8044

    RENE O. OLIVEIRA
    Texas State Bar No. 15254700
    Federal Bar No. 4033

**COZEN AND O'CONNOR**
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Notice of Bankruptcy* has been served upon counsel of record by facsimile and Certified Mail, Return Receipt Requested, to wit:

Shiree Salinas
**LAW OFFICES OF MARK CANTU**
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

RAY R. MARCHAN
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX 78520

on this 16 day of February, 2001

_____
Elizabeth G. Neally

NOTICE OF BANKRUPTCY      PAGE 2
21410 - Notice of Bnkrptcy