135

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE A. GARCIA, Individually and as Representative of the Estate of Manuel Cruz; Idalia Garcia, Individually and Cynthia Garcia, Et Al | § § § § § § | |
| VS. | § § | C.A. NO. B-98-186 |
| BRK BRANDS, INC. | § § | |

## ORDER DISMISSING CASE ADMINISTRATIVELY

On February 16, 2001, Notice of Filing of Bankruptcy was filed by BRK Brands, Inc., Defendant in the above-entitled cause of action.

This cause of action is hereby DISMISSED ADMINISTRATIVELY, without prejudiced. The Clerk is ordered to close this file.

The parties shall submit a status report to the Court every six (6) months regarding the bankruptcy proceedings.

SIGNED at Brownsville, Texas, this 25th day of April, 2001.

_____
Filemon B. Vela
United Sates District Judge