

# IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | : CIVIL ACTION : : : NO. B-98-186 |
| vs. | : |
| BRK BRANDS, INC. | : |

## DEFENSE COUNSEL'S STATUS REPORT

The undersigned counsel for Defendant, BRK Brands, Inc., pursuant to this Court's April 25, 2001 Order, hereby submits their status report concerning the bankruptcy proceedings of defendant BRK Brands, Inc. As of this date, BRK Brands, Inc. is continuing to pursue reorganization under Chapter 11 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of New York. It is believed and therefore averred that within the next six months, the time within which the next status report is due to this Court, that the United States Bankruptcy Court for the Southern District of New York will hold a hearing to approve the plan of reorganization for BRK Brands, Inc. Counsel for BRK Brands, Inc. will

supplement this status report as necessary or in 6 months pursuant to this Court's April 25, 2001 Order.

                Respectfully submitted,

                COZEN AND O'CONNOR

BY: _____
      JAMES HELLER
      TERRY M. HENRY
      1900 Market Street
      Philadelphia, PA 19103
      Tel: 215/665-2000
      Fax: 215/665-2013

**ROERIG, OLIVEIRA & FISHER**

      Rene O. Oliveira
      State Bar No. 15254700
      Cameron County I.D. No. 3507
      Elizabeth G. Neally
      State Bar No. 14840400
      Cameron County I.D. No. 3506
      855 West Price Road, Suite 9
      Brownsville, TX 78520
      Tel: 956/542-5666
      Fax: 956/542-0016

PHILA1\1520494\1 077262.000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of Defense Counsel's Status Report has been served upon counsel of record by U.S. Postal Service on this 25th day of October, 2001, to wit:

Ms. Shiree Salinas
LAW OFFICES OF MARK CANTU
The Atrium, Suite 400
1300 North Tenth Street
McAllen, TX 78501

Mr. Terry Henry
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Elizabeth G. Neally

ClibPDF - www.fastio.com