COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| CYTHIA COX AS NEXT FRIEND | § | | |
| OF BRITTANY COX, ET AL | § | | |
| | § | CIVIL ACTION | |
| VS. | § | | |
| | § | NO. B-98-186 | |
| BRK BRANDS, INC. | § | | |

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

## MOTION FOR TRIAL SETTING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, CYNTHIA COX AS NEXT FRIEND OF BRITTANY COX, ET AL, Plaintiffs in the above styled and numbered cause and respectfully moves the Court to set their cause of action and as grounds therefore would respectfully show the court as follows:

I.

The Bankruptcy Court has entered a Stipulation and Order Modifying the Automatic Stay to Permit, Among others, Jose Garcia, to Liquidate their Claims against BRK Brands, Inc.  See attached Exhibit "A."  Therefore, the above described action is now ready to proceed in federal court and plaintiffs are requesting that this Honorable Court set this case for a status conference so that this case be set for trial at the earliest possible date and to set deadlines including discovery and expert designation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court set this motion for setting at the earliest possible date.

Respectfully submitted on this the _3⁰_ day of  October, 2001.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
(956)  544-0500
(956) 541-0255   FAX


RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522


## CERTIFICATE OF SERVICE


I hereby certify that on this the _____ day of October, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel by hand-delivery or by Certified Mail, Return Receipt Requested.


RAY R. MARCHAN


## CERTIFICATE OF CONFERENCE


On this the 30th day of October, 2001, a telephone call was placed to Ms. Elizabeth Neally, counsel for defendant BRK Brands, Inc. to inform her of the filing of the foregoing motion.  Ms. Neally indicated that to the extent that this order was granted by the bankruptcy judge, that she would have no objections to having a status conference to set this case for trial.


RAY R. MARCHAN
State Bar No. 12969050
Fed. I.D. No. 9522

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Harvey R. Miller (HM 6078)
George A. Davis (GD 2761)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Cases Nos.
                                            :
AI REALTY MARKETING OF NEW YORK,            :      01-40252 (AJG) through
INC., LASER ACQUISITION CORP., DDG I,       :      01-40290 (AJG)
INC., SUNBEAM AMERICAS HOLDINGS,            :
LTD., et al.,                               :
                                            :
                        Debtors.            :      (Jointly Administered)
                                            :
-------------------------------------------------------x

## STIPULATION AND ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT, AMONG OTHERS, JOSE GARCIA, TO LIQUIDATE THEIR CLAIMS AGAINST BRK BRANDS, INC.

## RECITALS

A.      On May 10, 1999 and May 25, 1999, Jose Garcia, individually and as

representative of the estate of Manuel Cruz, Idalia Garcia and Cynthia Cox (the

"Movants"), filed their notice of appearance and amended complaint, respectively,

naming BRK Brands, Inc. ("BRK") as a defendant in a personal injury action in the

United States District Court for the Southern District of Texas, Brownsville Division,

Case No. B-98-186 (JWB) (the "Action").

B.      On February 6, 2001 (the "Commencement Date"), Sunbeam Corporation

and substantially all of its direct and indirect domestic operating subsidiaries, including

BRK (the "Subsidiaries" and together with Sunbeam Corporation, the "Debtors"),

Exhibit "A"

commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The chapter 11 cases of the Subsidiaries are being administered separately from the chapter 11 case of Sunbeam Corporation. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

C.     Upon the commencement of the Subsidiaries' chapter 11 cases, the right of the Movants to liquidate their claims was stayed pursuant to section 362(a) of the Bankruptcy Code.

D.     On June 27, 2001, the Movants filed an emergency motion in the Sunbeam Corporation chapter 11 case to lift the automatic stay and proceed against Sunbeam Corporation's insurance coverage. As a result of the Subsidiaries' chapter 11 cases being administered separately from the chapter 11 case of Sunbeam Corporation, the motion to lift the automatic stay was filed in the chapter 11 case of a non-defendant to the Action.

E.     Movants have indicated that absent this Stipulation they intend to file a similar motion for relief from the automatic stay in BRK's chapter 11 case. In light of the foregoing, BRK has agreed to a modification of the automatic stay upon the terms and conditions set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Stipulation and Order, through their undersigned counsel, that:

1.     Upon approval of this Stipulation by the Court, the automatic stay shall be modified solely to the extent necessary to permit the Movants to liquidate their claims against BRK in the Action, subject to any claims or defenses of BRK.

2.      The Action shall be permitted to go forward to its conclusion, provided, however, if a judgment is obtained by Movants or any of their affiliates, no action shall be taken to execute on such judgment, including the attachment of any liens on the property of, or assertion of claims against any insurer of, BRK or any of its affiliates without further order of this Court.

3.      Nothing contained herein shall constitute or operate as a waiver or modification of the automatic stay so as to permit the prosecution of any claims against any of the Debtors by any person or entity, other than as contemplated by paragraphs 1 and 2 herein.

4.      Nothing contained herein shall constitute an acknowledgement by BRK or any of its affiliates or this Court of the existence of a claim against BRK or any of its affiliates.

5.      This Stipulation is subject to the approval of the Court and shall be of no force and effect unless and until an order approving same has been entered.  If this Stipulation is not approved by the Court, it shall be null and void and shall not be referred to or used for any purpose by any of the parties hereto or any of the parties to the Action.

6.      Except as expressly provided for herein, the parties reserve all of their respective rights, claims and defenses.

7.      Upon approval of the Court, this Stipulation shall be binding on BRK, the Movants, and their respective successors and assigns.

8.      This Stipulation may only be amended by the written consent of the parties.

A:\1061348 V1. GARCIA.STIP.ORDER.DOC                                3

TOTAL P.05.

9.    Dated:  New York, New York          /s/ George A. Davis
          August 7, 2001                       Harvey R. Miller (HM 6078)
                                              George A. Davis (GD 2761)
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York  10153
                                              (212) 310-8000
                                              Attorneys for BRK Brands, Inc.


      Dated:  New York, New York          /s/ Ray R. Marchan
          July 30, 2001                       Ray R. Marchan
                                              WATTS & HEARD, L.L.P.
                                              1926 E. Elizabeth
                                              Brownsville, Texas 78520
                                              (956) 544-0500
                                              Attorneys for the Movants


**SO ORDERED**


**s/Arthur J. Gonzalez     8/28/2001**
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE

P.05
SEP-25-2001  15:54

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYTHIA COX AS NEXT FRIEND | § | |
| OF BRITTANY COX, ET AL | § | |
| | § | CIVIL ACTION |
| VS. | § | |
| | § | NO. B-98-186 |
| BRK BRANDS, INC. | § | |

## ORDER SETTING HEARING

BE IT REMEMBERED, that on this day came to be considered the foregoing Motion for Trial Setting including discovery and expert designation deadlines, and the Court after considering the same is of the opinion that it should be granted.

IT IS THEREFORE ORDERED, that the Motion for Trial Setting including the setting of discovery and expert designation deadlines be and the same is hereby set for a hearing on the _____ day of November, 2001, at _____ o'clock ___.m. in the U.,S. District Courtroom in Brownsville, Texas.

Signed this the ___ day of October, 2001.

_____
JUDGE PRESIDING