Case 1:98-cv-00186   Document 138   Filed in TXSD on 11/01/2001   Page 1 of 6

United States District Court 38
Southern District of Texas
FILED

NOV 0 1 2001

Michael N. Milby
Clerk of Court

# COPY

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE GARCIA, Individually and      :
as Representative of the Estate      :
of MANUEL CRUZ, IDALIA GARCIA,      :
Individually; and CYNTHIA COX as      :
Next Best Friend of Brittany Cox,      :      CIVIL ACTION No. B-98-186
     :
vs.      :
     :
BRK BRANDS, INC.      :

---

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

---

TO THE HONORABLE JUDGE OF SAID COURT:

     **COMES NOW** BRK Brands, Inc. Defendant herein, and respectfully files and serves this its Motion for Status Conference and would show unto the court as follows:

     1.      This action arises out of the December 1997 carbon monoxide poisoning death of Manuel Cruz. Mr. Cruz died when a space heater, improperly fueled with propane gas and not vented to the outside of the house, produced fatal levels of carbon monoxide. Plaintiffs, representatives and heirs of Mr. Cruz, seek to impose liability upon BRK Brands, Inc. for Mr. Cruz' death by alleging that a BRK smoke detector failed to alarm in sufficient time to warn Mr. Cruz of the dangerous levels of carbon monoxide in his house.

     2.      At the very outset of this product liability case, this Court expressed its concern that plaintiffs would be unable to sustain their burden of proof in that the autopsy report indicated Mr. Cruz died of carbon monoxide poisoning. The Court also desired an early resolution of Daubert

---

issues, bearing in mind that plaintiffs would have the burden of finding competent expert witness testimony to meet the Fifth Circuit's stringent standard for expert testimony. For this reason, the Court set an expert disclosure schedule so that the parties would have any opportunity to examine and move to preclude, well in advance of trial, the testimony of those experts each side deemed unqualified.

3.     On February 6, 2001, Sunbeam Corporation and substantially all of its direct and indirect domestic operating subsidiaries, including BRK Brands, Inc., commenced cases under Chapter 11 of Title 11 of the United States Code.

4.     At the time BRK Brands initiated its bankruptcy proceedings, plaintiffs had intended to begin deposing defendants' expert witnesses. Additionally, there remained fact witnesses that BRK desired to depose.

5.     At the time of BRK's bankruptcy, Daubert motions were to be filed by April 16, 2001 with a Daubert hearing to be held the week of April 30, 2001.

6.     In light of the above, BRK respectfully requests this Honorable Court convene a scheduling conference to reschedule Daubert motion deadlines, a Daubert hearing schedule, dispositive motion filing deadlines and a trial date. BRK also requests that this Court retain an independent expert at the expense of the parties for the purposes of the Daubert hearings.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, TX 78520
Telephone (956) 542-5666
Facsimile: (956) 542-0016

BY: _____
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506

**COZEN O'CONNOR**

JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA  19103
Tel: 215/665-2000
Fax: 215/665-2013

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I have contacted counsel for Plaintiffs, Ray Marchan and Shiree Salinas on the 1st day of November regarding our filing of this Motion for Status Conference. Both Mr. Marchan and Ms. Salinas are unopposed to our filing of such motion.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR STATUS CONFERENCE** has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this _1_ day of November, 2001, to wit:

Ms. Shiree Salinas
**LAW OFFICES OF MARK CANTU**
1300 North Tenth Street, Suite 400
McAllen, Texas 78501

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX  78520

_____
Elizabeth G. Neally

# IN THE U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | : | |
| as Representative of the Estate | : | |
| of MANUEL CRUZ, IDALIA GARCIA, | : | |
| Individually; and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | CIVIL ACTION No. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |
| | : | |

## ORDER SETTING STATUS CONFERENCE

Defendant's Motion For Status Conference, is hereby set to be heard before this Court on the

_____ day of _____, 2001, at _____ o'clock ____.m.

**SIGNED** this _____ day of November, 2001.

_____
**JUDGE PRESIDING**

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | : | |
| as Representative of the Estate | : | |
| of MANUEL CRUZ, IDALIA GARCIA, | : | |
| Individually; and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | CIVIL ACTION No. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |
| | : | |

## AMENDED SCHEDULING ORDER

On this the _____ day of _____, 2001, there came on to be heard a Scheduling

Conference and other motions of the parties. The following deadlines are hereby set as follows:

(1)     All further depositions shall be completed by the parties by _____ including

the depositions of Defendant's expert witnesses by Plaintiffs;

(2)     Daubert Motions shall be filed by _____. Responses to Daubert Motions

shall be filed by _____;

(3)     A scheduling hearing for the Daubert motions shall be held on _____ 200__.

(4)     A hearing on the Daubert motions shall be held on _____, 200__;

(5)     All other dispositive motions shall be filed within 30 days of the court 's ruling on

the Daubert motions;

(6)     A Joint Pretrial Order, which conforms to the requirements of Appendix B Local

Rules for the United States District Court for the Southern District of Texas shall be filed no later

than _____.

(7)     A final pretrial and settlement conference is set for _____, 2002, at

_____ \_\_.m.;

    (8)    Final Pretrial is set for _____, 2002 at _____.m.;

    (9)    Jury selection is set for _____, 2002, at _____.m.

    (10)    Trial on the merits is set for _____, 2002.

    DONE at Brownsville, Texas, on this_____ day of _____, 2001.


_____
JUDGE  PRESIDING