

139

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

| | |
|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, : vs. : BRK BRANDS, INC. | NOV 0 1 2001  Michael N. Milby Clerk of Court  CIVIL ACTION No. B-98-186 |

## DEFENSE COUNSEL'S AMENDED STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel for Defendant, BRK Brands, Inc., pursuant to this Court's April 25, 2001 Order, hereby submits this Amended Status Report concerning the bankruptcy proceedings of defendant BRK Brands, Inc. On October 31, 2001 counsel for BRK Brands learned that a Stipulation and Order was entered by the Honorable Arthur J. Gonzales, United States Bankruptcy Judge on August 28, 2001 (a true and correct copy of the Stipulation and Order modifying the automatic stay is attached hereto as Exhibit A.) Consequently, although BRK Brands, Inc. is continuing to pursue reorganization under Chapter 11 of the United States Bankruptcy Code before the United States Bankruptcy Court in the Southern District of New York, the automatic stay attendant to those bankruptcy proceedings has been lifted in regard to this matter.

Contemporaneous with the filing of this amended status report, BRK Brands will move this Honorable Court for a status and scheduling conference.

Respectfully submitted,
**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, TX 78520
Telephone (956) 542-5666
Facsimile: (956) 542-0016

BY: _____
    Rene O. Oliveira
    State Bar No. 15254700
    Cameron County I.D. No. 3507
    Elizabeth G. Neally
    State Bar No. 14840400
    Cameron County I.D. No. 3506

**COZEN O'CONNOR**

JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **DEFENSE COUNSEL'S AMENDED STATUS REPORT** has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this 1 day of November, 2001, to wit:

| | |
|---|---|
| Ms. Shiree Salinas | Mr. Ray Marchan |
| **LAW OFFICES OF MARK CANTU** | Mr. Brian Harris |
| 1300 North Tenth Street, Suite 400 | Mr. Mikal Watts |
| McAllen, Texas 78501 | **HARRIS & WATTS, P.C** |
| | 1926 E. Elizabeth |
| | Brownsville, TX 78520 |

_____
Elizabeth G. Neally