140

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

NOV 16 2001

Michael N. Milby,
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS, INC. | § § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

PLACE.

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 29, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U S. MAGISTRATE JUDGE

DATE.   NOVEMBER 15, 2001

TO:     MS  SHIREE SALINAS
        MR. MIKAL WATTS/MR. BRYAN HARRIS
        MR. RAY MARCHAN
        MR RENE O. OLIVEIRA/MS  ELIZABETH NEALLY
        MR  BRAD N  GAHM
        MR  JAMES H. HELLER/MR  TERRY HENRY/MR. ROBERT HAYES
        MR. FRANCISCO MARTINEZ
        MR  NORMAN JOLLY, JR