THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 2 9 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-98-186        DATE & TIME: 11-29-01 AT 1:30 P.M.

JOSE GARCIA, ET AL.        PLAINTIFF(S)   SHIREE SALINAS
                           COUNSEL        RAY MARCHAN
                                          MIKAL WATTS
                                          BRYAN HARRIS

VS.

BRK BRANDS, INC.           DEFENDANT(S)
                                          RENE OLIVEIRA
                                          ELIZABETH NEALLY
                                          BRAD GAHM
                                          JAMES H. HELLER
                                          TERRY HENRY
                                          ROBERT HAYES
                                          FRANCISCO MARTINEZ

---

ERO: Gabriel Mendieta
CSO: Richard Harrelson

    Attorneys Shiree Salinas and Ray Marchan appeared for plaintiffs, attorneys Elizabeth Neally and Terry Henry appeared for defendants.

    Parties will agree on dates and file a scheduling order with the court with the stipulation that no continuation will be granted.

    Daubert hearing will be held as scheduled in May, 2002.