*14*

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE GARCIA, Individually and :
IDALIA GARCIA, Individually And :
as Representative of the Estate :
of MANUEL CRUZ, Deceased :
: CIVIL ACTION NO. B-98-186
CYNTHIA COX as Next Friend of :
BRITTANY COX, :
:
vs. :
:
BRK BRANDS, INC. :

## SCHEDULING ORDER

On this the 29th day of November, 2001, there came on to be heard a Scheduling Conference and other motions of the parties. The following deadlines are hereby extended as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

(1) All depositions shall be completed by the parties by March 15, 2002, including the depositions of Defendant's expert witnesses by Plaintiffs;

(2) A scheduling hearing for the Daubert motions shall be held ~~the first week of April 2002~~ APRIL 3, 2002 AT 2:00 P.M.

(3) Daubert Motions shall be filed by April 16, 2002. Responses to Daubert Motions shall be filed by April 30, 2002;

(4) A hearing on the Daubert motions shall be held the first week of May, 2002;

Dates will not be changed except under extraordinary circumstances as determined by the court.

PAGE 1

DONE at Brownsville, Texas, on this __7TH__ day of __JANUARY__, 2002

_____
PRESIDING JUDGE