*143*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | ) | |
| as Representative of the Estate | ) | |
| MANUEL CRUZ, IDALIA GARCIA, | ) | |
| individually and CYNTHIA GARCIA | ) | CIVIL ACTION NO. |
| and CYNTHIA COX AS NEXT FRIEND OF | ) | |
| BRITTANY COX | ) | |
| | ) | |
| VS. | ) | B-98-186 |
| | ) | |
| BRK BRANDS, INC. | ) | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOSE GARCIA, Individually and as Representative of the Estate
of Manuel Cruz, Idalia Garcia, Individually and Cynthia Garcia, and Cynthia Cox as
Next Friend of Brittany Cox, Plaintiffs in the above styled and numbered cause, by and
through their attorney of record, RAY R. MARCHAN, 1926 E. Elizabeth, Brownsville,
Texas, and files this their Unopposed Motion to Extend Discovery Deadline and in
support thereof would respectfully show the court as follows:

The Court imposed a discovery deadline of March 15, 2001. See attached Exhibit
"A." Plaintiffs requested via letter the depositions of all remaining defendants experts as
well as three non-party witnesses. On February 25, 2002, defendants' counsel faxed a
letter stating that they would contact their experts for availability. See attached Exhibit
"B." Even though defendants have attempted to schedule their experts prior to the
discovery deadline of March 15, 2002, they will be unavailable to produce their experts
prior to the discovery deadline. See attached Exhibit "C."

The following depositions are scheduled to take place in Chicago on Friday,
March 8, 2002: Lori Streit (defense expert), Fred Conforti and Nick Bellavia

Plaintiffs are requesting permission without opposition by Defendants to conduct discovery beyond the discovery deadline of March 15, 2002 in order to be able to continue taking depositions on this case. Plaintiffs are not, however, requesting that any other deadline be moved or that trial in this case be moved.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that this court allow them permission to continue discovery on this case and for such other and further relief, at law or in equity, to which they may show themselves to become justly entitled to receive.

Respectfully submitted this the _____ 5 _____ day of March, 2002.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX


Ray R. Marchan
State Bar No. 12969050
Federal I.D. No. 9522
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___5___ day of March, 2002, a true and correct

copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-

delivery or by certified mail, return receipt requested.

_____
Ray R. Marchan

FILE COPY

## IN THE U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 0 8 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and | : |
| IDALIA GARCIA, Individually And | : |
| as Representative of the Estate | : |
| of MANUEL CRUZ, Deceased | : |
| | : |
| CYNTHIA COX as Next Friend of | : |
| BRITTANY COX, | : |
| | : |
| vs. | : |
| | : |
| BRK BRANDS, INC. | : |

CIVIL ACTION NO. B-98-186

### SCHEDULING ORDER

On this the 29th day of November, 2001, there came on to be heard a Scheduling Conference and other motions of the parties. The following deadlines are hereby extended as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

(1)  All depositions shall be completed by the parties by March 15, 2002, including the depositions of Defendant's expert witnesses by Plaintiffs;

(2)  A scheduling hearing for the Daubert motions shall be held ~~the first week of April 2002~~; APRIL 3, 2002 AT 2:00 P.M.

(3)  Daubert Motions shall be filed by April 16, 2002. Responses to Daubert Motions shall be filed by April 30, 2002;

(4)  A hearing on the Daubert motions shall be held the first week of May, 2002;

Dates will not be changed except under extraordinary circumstances as determined by the court.

**PAGE 1**

Exhibit "A"

DONE at Brownsville, Texas, on this __7<u>TH</u>__ day of __January__, 2002.

_____
PRESIDING JUDGE

**PAGE 2**



## WATTS & HEARD LLP

*Attorneys at Law*

Ray R. Marchan
Attorney at Law

Telephone: (956) 546-0333
Facsimile: (956) 541-0255

February 21, 2002

Mr. James Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA  19103

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher
855 W. Price Rd., Ste 9
Brownsville, TX  78520

Re:    **Garcia vs. BRK Brands, Inc.**

Dear Mr. Heller and Ms. Neally:

We need to set aside some dates in which to conduct the depositions which were not taken back in January and February of last year.  My review indicates that the following need to be scheduled at this time:

1.     Mark Devine
2.     Fred Conforti (non-party witness)
3.     Nick Bellavia (non-party witness)
4.     George Shoenfelter (non-party witness)
5.     Dr. Robey — expert
6.     Dr. Klaussen - expert
7.     Tom Eager - expert
8.     Lory Straight - expert
9.     All remaining defendant's experts

Mr. Marchan is available for depositions on this case on the following dates:

March 4, March 7, March 8, March 11, March 12, March 13, March 22 and the week of March 25th.  Please let me know if any of these dates work.

Exhibit "B"

Ms. Elizabeth Neally & Mr. Terry Henry
February 21, 2002
Page Two


Thank you for usual courtesies.

Yours truly,

WATTS & HEARD, L.L.P.

Leticia Fierros-Garza,
Legal Assistant to Ray R. Marchan

lety
Encs.
cc:     Ms. Shiree Salinas

# WATTS & HEARD, L.L.P.

**1926 E. Elizabeth**
Brownsville, Texas  78520
Tel:  (956) 544-0500
Fax:  (956) 541-0255

## TELECOPY TRANSMITTAL COVER SHEET

## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended only for the use of the individual or entity named below.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.

DATE:      2/21/02

TO:        Mr. Terry Henry/James Heller
FAX:       (215) 701-2189

TO:        Elizabeth Neally
FAX:       542-0016

TO:        Shiree Salinas
FAX:       (956) 687-8868

RE:        Cox vs. BRK Brands


NUMBER OF PAGES (INCLUDING COVER PAGE):   3

COMMENTS:


If there are any problems, please call 956/544-0500 and ask for Letty.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            4720
CONNECTION TEL              12157012189#
SUBADDRESS
CONNECTION ID
ST. TIME           02/21 14:20
USAGE T            01'11
PGS.               3
RESULT             OK
```

1926 East Elizabeth Street • Brownsville, Texas 78520 • Email: rmarchan@watts-heard.com

Houston • Corpus Christi • San Antonio • Brownsville • McAllen

Mr. James Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher
855 W. Price Rd., Ste 9
Brownsville, TX 78520

Re:        Garcia vs. BRK Brands, Inc.

Dear Mr. Heller and Ms. Neally:

We need to set aside some dates in which to conduct the depositions which were not taken back in January and February of last year. My review indicates that the following need to be scheduled at this time:

1.   Mark Devine
2.   Fred Conforti (non-party witness)
3.   Nick Bellavia (non-party witness)
4.   George Shoenfelter (non-party witness)
5.   Dr. Robey -- expert
6.   Dr. Klaussen - expert
7.   Tom Eager - expert
8.   Lory Straight - expert
9.   All remaining defendant's experts

Mr. Marchan is available for depositions on this case on the following dates:

March 4, March 7, March 8, March 11, March 12, March 13, March 22 and the week of March 25th.  Please let me know if any of these dates work.

```
**********************
***   TX REPORT   ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4721 |
| CONNECTION TEL | 19566878868# |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 02/21 14:22 |
| USAGE T | 00'58 |
| PGS. | 3 |
| RESULT | OK |



# WATTS & HEARD LLP

*Attorneys at Law*

Ray R. Marchan
Attorney at Law

Telephone: (956) 546-0333
Facsimile: (956) 541-0255

February 21, 2002

Mr. James Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher
855 W. Price Rd., Ste 9
Brownsville, TX 78520

Re:   Garcia vs. BRK Brands, Inc.

Dear Mr. Heller and Ms. Neally:

We need to set aside some dates in which to conduct the depositions which were not taken back in January and February of last year. My review indicates that the following need to be scheduled at this time:

1. Mark Devine
2. Fred Conforti (non-party witness)
3. Nick Bellavia (non-party witness)
4. George Shoenfelter (non-party witness)
5. Dr. Robey — expert
6. Dr. Klaussen - expert
7. Tom Eager - expert
8. Lory Straight - expert
9. All remaining defendant's experts

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              4722
CONNECTION TEL                5420016#
SUBADDRESS
CONNECTION ID
ST. TIME             02/21 14:23
USAGE T              01'11
PGS.                    3
RESULT               OK
```



# WATTS & HEARD LLP

*Attorneys at Law*

Ray R. Marchan
Attorney at Law

Telephone: (956) 546-0333
Facsimile: (956) 541-0255

February 21, 2002

Mr. James Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher
855 W. Price Rd., Ste 9
Brownsville, TX 78520

Re:    Garcia vs. BRK Brands, Inc.

Dear Mr. Heller and Ms. Neally:

We need to set aside some dates in which to conduct the depositions which were not taken back in January and February of last year. My review indicates that the following need to be scheduled at this time:

1.    Mark Devine
2.    Fred Conforti (non-party witness)
3.    Nick Bellavia (non-party witness)
4.    George Shoenfelter (non-party witness)
5.    Dr. Robey — expert
6.    Dr. Klaussen - expert
7.    Tom Eager - expert
8.    Lory Straight - expert

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig*†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road · Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.*
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander, A.I.A
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quesada, Jr.
Adrian R. Martinez*

Liza M. Vasquez*

Board Certified ·
Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified ·
Civil Trial Law
Texas Board of Legal Specialization

March 1, 2002

File No.21,410

Mr. Ray Marchan
Mr. Brian Harris
Mr. Mikal Watts
**HARRIS & WATTS, P.C**
1926 E. Elizabeth
Brownsville, TX  78520

Via Facsimile

Re:   *Garcia, et al vs. BRK Brands, Inc.*

Dear Ray:

As you know, the discovery deadline is March 15, 2002. At the hearing regarding our trial date and discovery, the court indicated that we were to select a date for ending discovery, which was not going to be extended. We received for the first time your request to conduct discovery of our experts on February 21, 2002. We have conferred with our experts and only one of them is available prior to the March 15, 2002, discovery deadline, and that is Lori Streit on March 8, 2002.

We are not opposed to extending the deadline on the condition that your motion advises the court  that the delay in requesting our experts availability was your sole responsibility.

At this point, provided the court grants an extension to discovery, our experts are available as follows:

| | |
|---|---|
| Lori Steit (In Chicago) | March 8, 19, week of April 8-26 |
| Mark Devine (factual witness) (In Chicago) | March 19 most days in April |
| Klausen, Roby, Eagar, & Custer (In Philadelphia) | April 24, 25 |

Exhibit "C"

# Roerig, Oliveira & Fisher, L.L.P.

Mr. Ray Marchan
March 1, 2002
Page 2

| | |
|---|---|
| Armstrong, Patton & Bux (In Dallas) | Week of April 29 - May 3 |
| Carlos Cascos (In Brownsville) | Almost anytime after March 18 (except Tuesdays) |

It is imperative that we set these depositions immediately as these experts have other clients and their dates rapidly fill up. We will reserve those dates once you have filed your motion for extension of time. However, we ask that you request an expedited ruling on the motion prior to the depositions taking place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

cc:   Shiree Salinas
      Terry Henry
      Jim Heller

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE GARCIA, Individually and** | ) | |
| **as Representative of the Estate** | ) | |
| **MANUEL CRUZ, IDALIA GARCIA,** | ) | **CIVIL ACTION NO.** |
| **individually and CYNTHIA GARCIA** | ) | |
| **and CYNTHIA COX AS NEXT FRIEND OF** | ) | |
| **BRITTANY COX** | ) | |
| | ) | |
| **VS.** | ) | **B-98-186** |
| | ) | |
| **BRK BRANDS, INC.** | ) | |

## CERTIFICATE OF CONFERENCE

I hereby certify that a telephone call was placed to Elizabeth Neally, local counsel

for Defendants.  Ms. Neally was advised of the foregoing motion to extend discovery and

Ms. Neally indicated that she was unopposed to the extension of discovery.

Respectfully submitted this the _____5_____ day of March, 2002.

> WATTS & HEARD, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas  78520
> (956) 544-0500
> (956) 541-0255  FAX
>
>
> _____
> Ray R. Marchan
> State Bar No. 12969050
> Federal I.D. No. 9522
> Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE GARCIA, Individually and** | ) | |
| **as Representative of the Estate** | ) | |
| **MANUEL CRUZ, IDALIA GARCIA,** | ) | |
| **individually and CYNTHIA GARCIA** | ) | **CIVIL ACTION NO.** |
| **and CYNTHIA COX AS NEXT FRIEND OF** | ) | |
| **BRITTANY COX** | ) | |
| | ) | |
| **VS.** | ) | **B-98-186** |
| | ) | |
| **BRK BRANDS, INC.** | ) | |

## ORDER SETTING HEARING

On this the _____ day of March, 2002, came on to be considered the foregoing

Motion for Extension of Discovery Deadline and the court is of the opinion that the same

should be set for an oral hearing;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that an oral

hearing be and the same is hereby set for the _____ day of March, 2002, at

_____ o'clock _____.m. in the U.S District Courtroom for the Southern District of

Texas.

Signed this the _____ day of March, 2002.


_____

                                             JUDGE PRESIDING