*144*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE A. GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Extend Discovery Deadline.

This Motion does not comply with the Local Rules for the Southern District of Texas.

IT IS THEREFORE **DENIED**.

DONE at Brownsville, Texas, this 6th day of March, 2002.

John Wm. Black
United States Magistrate Judge