*146*

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | ) | |
| as Representative of the Estate | ) | |
| MANUEL CRUZ, IDALIA GARCIA, | ) | |
| individually and CYNTHIA GARCIA | ) | **CIVIL ACTION NO.** |
| and CYNTHIA COX AS NEXT FRIEND OF | ) | |
| BRITTANY COX | ) | |
| | ) | |
| VS. | ) | **B-98-186** |
| | ) | |
| BRK BRANDS, INC. | ) | |

### ORDER GRANTING UNOPPOSED
### MOTION TO EXTEND DISCOVERY DEADLINE

On this the _12TH_ day of March, 2002, came on to be considered the foregoing
(DOCKET NO. 145)
Unopposed Motion for Extension of Discovery Deadline and the court is of the opinion

that the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs'

Unopposed Motion to Extend Discovery Deadline be and the same is hereby in all things

granted.

Signed this the ___12___ day of March, 2002.

_____
JUDGE PRESIDING