United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ; IDALIA GARCIA, INDIVIDUALLY; AND CYNTHIA COX; INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX | § § § § § § § |
| v. | § § |
| BRK BRANDS, INC. | § § |

CIVIL ACTION NO. B-98-186

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUAL CRUZ AND IDALIA GARCIA, INDIVIDUALLY**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually, Plaintiffs in the above styled and numbered cause, and make and file this Motion for Substitution of Counsel and for such would show:

I.

Shiree D. Salinas ceased to be employed by the Law Office of Mark Cantu as of January 31, 2002. Consequently, it became necessary for Ms. Salinas to withdraw as counsel of record for Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually in this matter. Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually, request that Juan A. Gonzalez of the Law Office of Glenn D. Romero, P.C., The Atrium, 1300 North 10th St., Suite 400, McAllen, Texas 78501, substitute as counsel of record. This Motion for Substitution of Counsel is not sought for purposes of delay, nor will new counsel seek any delays or continuance of deadlines or trial

delays based upon said motion.

II.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually, pray and respectfully request that this Honorable Court grant their Unopposed Motion for Substitution of Counsel and grant to it such other and further relief, at law or in equity, as it may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICE OF GLENN D. ROMERO, P.C.**
The Atrium
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
Juan A. Gonzalez
State Bar No. 08129310

**LAW OFFICES OF SHIREE D. SALINAS**
5401 N. 10th, Suite 215
McAllen, Texas 78504
Tel: 956/971-8556
Fax: 956-971-9984

_____
Shiree D. Salinas
State Bar No. 17537000
Federal I.D. No. 22613
ATTORNEY FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ AND
IDALIA GARCIA, INDIVIDUALLY

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the ____2____ day April 2002.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER**
855 West Price Rd, Suite 9
Brownsville, Texas 78520


Terry M. Henry
James Heller
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103


Ray R. Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth
Brownsville, Texas 78520

_____
Juan A. Gonzalez