IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MANUEL CRUZ; IDALIA § <br> GARCIA, INDIVIDUALLY; AND CYNTHIA § <br> COX; INDIVIDUALLY AND AS NEXT § <br> FRIEND OF BRITTANY COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | CIVIL ACTION NO. B-98-186 |

## ORDER GRANTING JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ AND IDALIA GARCIA, INDIVIDUALLY'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

CAME ON this day Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually's Unopposed Motion for Substitution of Counsel, and the Court, after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED. IT IS, THEREFORE,

ORDERED that Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually's Unopposed Motion for Substitution of Counsel be GRANTED.

IT IS FURTHER ORDERED that Juan A. Gonzalez, LAW OFFICE OF GLENN D. ROMERO, P.C., The Atrium, 1300 North 10th St., Suite 400, McAllen, Texas 78501, (956) 687-8181 substitute for Shiree D. Salinas, 5401 N. 10th, Suite 215, McAllen, Texas 78504, as attorney of record for Plaintiffs, Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz and Idalia Garcia, Individually.

4

SIGNED this 3RD day of APRIL, 2002.

_____
HONORABLE JUDGE PRESIDING

CC: Rene Oliveira
     Elizabeth Neally
     Ray Marchan
     Terry M. Henry
     James Heller

5