THE HONORABLE JOHN WM. BLACK

EVIDENTIARY HEARING

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-98-186__         DATE & TIME: __04-03-02 AT 2:00 P.M.__

JOSE GARCIA, ET AL.          PLAINTIFF(S)   SHIREE SALINAS
                             COUNSEL        RAY MARCHAN
                                            MIKAL WATTS
                                            BRYAN HARRIS
VS.

BRK BRANDS, INC.             DEFENDANT(S)   RENE OLIVEIRA
                             COUNSEL        ELIZABETH NEALLY
                                            BRAD GAHM
                                            JAMES H. HELLER
                                            TERRY HENRY
                                            ROBERT HAYES
                                            FRANCISCO MARTINEZ

ERO- Linda Garcia

Attorney Juan Gonzalez, substituting for Shiree Salinas, was present on behalf of plaintiffs, Jose Garcia and Idalia Garcia. Attorneys Elizabeth Neally and Terry Henry were present on behalf of defendant. No other attorneys were present.

Plaintiffs' attorney requested extension of time to file Daubert motions. Court denied request.

Defendant's attorneys addressed plaintiffs' claims and issues to be raised in Daubert motions and at Daubert hearing.

Daubert hearing set for May 14, 2002. It is expected this hearing will take two days.