

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
**ENTERED**

**APR 0 4 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as | § | |
| Representative of the Estate of | § | |
| MANUEL CRUZ, IDALIA GARCIA, | § | |
| Individually and CYNTHIA GARCIA, | § | |
| and CYNTHIA COX AS NEXT | § | |
| FRIEND OF BRITTANY COX, | § | CIVIL ACTION NO. B-98-186 |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| BRK BRANDS, INC., | § | |
| Defendant. | § | |

## ORDER SETTING DAUBERT HEARING

On the 3rd day of April, 2002, a scheduling hearing was held in the above-entitled and number cause. Attorney Juan Gonzalez, substituting for attorney Shiree Salinas, was present on behalf of the plaintiffs Jose Garcia and Idalia Garcia. Attorneys Elizabeth Neally and Terry Henry were present on behalf of the defendant. No other attorneys were present.

It is ORDERED, ADJUDGED, and DECREED that a hearing on Daubert motions shall be held the 14th day of May, 2002.

DONE at Brownsville, Texas, this 4th day of April, 2002.

John Wm. Black
United States Magistrate Judge