/51/

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually, | : | |
| IDALIA GARCIA, Individually and | : | CIVIL ACTION |
| as Representative of the Estate of | : | |
| MANUEL CRUZ and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

## MOTION OF DEFENDANT BRK BRANDS, INC. TO EXCLUDE PLAINTIFFS' EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, DEFENDANT, BRK BRANDS, INC., and files this its Motion to Exclude Plaintiffs' Experts pursuant to Federal Rules of Evidence 702 and 403, and in support of said motion incorporates by reference, as though fully set forth herein, the Brief of BRK Brands, Inc. in Support of its Motion to Exclude Plaintiffs' Experts.

**WHEREFORE, PREMISES CONSIDERED, DEFENDANT, BRK BRANDS, INC.,** respectfully prays that this motion be set for a hearing commencing on May 14, 2002, and that, upon final hearing of its Motion to Exclude Plaintiffs' experts, this Honorable Court will preclude plaintiffs' experts from offering testimony or evidence at the trial of this matter, and for such other relief, at law or in equity, to which Defendant may show itself justly entitled to receive.

DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' EXPERTS                                                                Page 1

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

BY: /s/ Rene O. Oliveira
    Rene O. Oliveira
    Federal Bar No. 4033
    State Bar No. 15254700
    Elizabeth G. Neally
    Federal Bar No. 8044
    State Bar No. 14840400

**COZEN O'CONNOR**
    ROBERT W. HAYES
    JAMES HELLER
    TERRY M. HENRY
    1900 Market Street
    Philadelphia, PA   19103
    Tel: 215/665-2000
    Fax: 215/665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of Defendant's Motion to Exclude Plaintiffs' Experts, Brief in Support thereof and Appendixes Volume 1 and II has been forwarded via certified mail, return receipt requested to the attorneys for Plaintiffs, as follows:

| | |
|---|---|
| Juan Gonzalez, Esq.<br>The Atrium, Suite 400<br>1300 North Tenth Street<br>McAllen, TX 78501<br>[CM/RRR # 7160 3901 9844 5410-6802] | Ray Marchan, Esq.<br>**EDDINGTON & ASSOCIATES, L.L.P.**<br>1926 E. Elizabeth<br>Brownsville, TX  78520<br>[CM/RRR # 7160 3901 9844 5410 6802 |

on this 16th day of April, 2002.

/s/ Rene O. Oliveira
Rene O. Oliveira
Elizabeth G. Neally