156

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE GARCIA, Individually and : | |
| IDALIA GARCIA, Individually And : | |
| as Representative of the Estate : | |
| of MANUEL CRUZ, Deceased : | |
| : | CIVIL ACTION NO. B-98-186 |
| CYNTHIA COX as Next Friend of : | |
| BRITTANY COX, : | |
| : | |
| vs. : | |
| : | |
| BRK BRANDS, INC. : | |

**FIRST AMENDED ORDER SETTING DAUBERT HEARING**

Based on the Agreement of the parties, it is ORDERED, ADJUDGED, and DECREED that a hearing on Daubert motions shall be held the 15th of May, 2002. at 9:00 a.m.

DONE at Brownsville, Texas, on this __7th__ day of __May__, 2002.

_____
PRESIDING JUDGE

PAGE 1