*157*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYTHIA COX AS NEXT FRIEND | § | |
| OF BRITTANY COX, ET AL | § | |
| | § | CIVIL ACTION |
| VS. | § | |
| | § | NO. B-98-186 |
| BRK BRANDS, INC. | § | |

## SUPPLEMENTAL RESPONSE TO MOTION TO EXCLUDE PLAINTIFFS' EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Plaintiffs and Intervenors and file this their supplemental response to Defendant's Motion to Exclude Plaintiffs' Experts and in support thereof would respectfully show the court as follows:

I.

In further support that Michael Schulz's testimony is reliable, he provides a compilation of First Alert (BRK) User's Manuals for the company's line of single station detectors. He also provides an informational brochure that was downloaded from Firstalert.com. Each manual specifically instructs the end user not to place the detector in specific locations that will result in its activation under conditions that do not involve actual hostile fire incidents. As such manuals provide, in order to avoid "nuisance alarms", the units should not be installed:

"Where combustion particles are produced. Combustion particles form when something burns. Areas to avoid include poorly ventilated kitchens, garages, and furnace rooms. Keep units at least 20 feet (6 meters) from the sources of combustion

1

particles (stove, furnace, water heater, space heater) if possible.  Ventilate these areas as much as possible;

In air streams near kitchens.  Air currents can draw cooking smoke into the sensing chamber of a smoke alarm near the kitchen; and,

In very damp, humid or steamy areas, or directly near bathrooms with showers.  Keep units at least 10 feet (3 meters) away from showers, saunas, dishwashers, etc."

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Intervenors herein pray that this Honorable Court deny Defendant's Motion to Exclude Plaintiffs' Experts and for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Respectfully submitted this the ___*13*___ day of May, 2002.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 544-0500
(956) 541-0255  FAX

_____
Ray R. Marchan
Attorney for Plaintiff Cynthia Cox, et al
State Bar No. 12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the ___/3___ day of May, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

## AFFIDAVIT OF AUTHENTICITY

STATE OF TEXAS      )

                       )

COUNTY OF CAMERON )

BEFORE ME, the undersigned Notary Public, on this day personally appeared RAY R. MARCHAN, known to me, and first being by me duly sworn according to law upon his oath deposed and stated as follows:

"My name is RAY R. MARCHAN, I am a licensed attorney engaged in the general practice of law in Brownsville, Cameron County, Texas. I am attorney with Watts & Heard, L.L.P., 1926 E. Elizabeth, Brownsville, Texas. The law firm of Watts & Heard, L.L.P., has been retained by Plaintiffs Cynthia Cox as next friend of Brittany Cox in connection with the above-referenced lawsuit.

I am of sound mind, capable of making this affidavit, and I have personal knowledge of each and every statement stated below.

I hereby certify that the copies attached as Exhibit "6" is an authentic true and correct copies of the originals."

Further affiant sayeth not.

RAY R. MARCHAN

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said RAY R. MARCHAN, on the __13__ day of May, 2002, to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS



Leticia Fierros Garza
Notary Public
State of Texas
My Commission Expires
July 26, 2004

4

STATE OF TEXAS )
)
COUNTY OF CAMERON )

On this the ___/3 day of ~~April~~ May, 2002, came before me, the undersigned authority, appeared RAY R. MARCHAN, who after being duly sworn upon his oath stated and deposed as follows:

"My name is Ray R. Marchan. I am over the age of 18 years and am fully competent and not disqualified by law to make this affidavit. I am the attorney for the Plaintiffs Cynthia Cox as next friend of Brittany Cox . I hereby certify that all of the facts stated in the foregoing Supplemental Response to Motion to Exclude Plaintiffs' Experts are true and correct to my knowledge."

Signed this the ___/3 day of May 2002.

_____
RAY R. MARCHAN

SWORN TO AND SUBSCRIBED on this the ___/3 day of May, 2002.

_____
NOTARY PUBLIC, STATE OF TEXAS

Leticia Fierros Garza
Notary Public
State of Texas
My Commission Expires
July 26, 2004

5



# MAKE SURE YOUR FAMILY IS SAFE

ISN'T TEN YEARS OF PROTECTION
WORTH TEN MINUTES OF YOUR TIME?

## First Alert





## The Facts

Consider this: A fire department responds to a fire somewhere in the U.S. every 18 seconds. A residential fire occurs every 74 seconds. To protect your family, you should understand the nature of fire.

Fire is dark. In television and movies, fire is often portrayed as a bright light, but fire is actually pitch black. You must memorize escape plans. Alarm models with an escape light can help light a pathway.

Smoke from fire kills. Fire victims typically succumb to smoke inhalation before flames reach them. More fire deaths occur when people are sleeping—between 2 a.m. and 6 a.m. Many people believe—falsely—that they would awaken in a fire. But toxic gases actually put people into a deeper sleep.

Fire is intensely hot. This might seem obvious, but few understand that fire can cause the temperature to rise several hundred degrees in seconds. That degree of heat can prompt the human body to stop functioning and lose consciousness, making escape impossible.

Fire is fast. A home can be completely consumed by fire in less than five minutes.

## Being Prepared Can Save Your Life

Discuss these important issues with your family today.

Create two escape plans from each room. Rehearse exiting each room quickly.

Young children often panic in fires, hiding in closets or under beds. Teach them to get out of a burning house immediately!

Choose a meeting place outside of your home to make it easy to account for all family members.

Never ignore an alarm! If it sounds, there's a reason.

Feel a door before you open it. If the doorknob or door is hot, don't open it. Use another escape route.

Close doors behind you to stall the fire.

Stay low. Smoke and heat rise.

Get outside immediately! Call the Fire Department from a neighbor's home. Give your address and full name. Stay on the line to make sure the operator has all the information.

Never go back inside a burning building for any reason!

This is the first step today—Family fire safety is our main concern at First Alert, but we need your help. Plan ahead. Install enough smoke alarms and other fire safety equipment like the kitchen fire extinguishers. Develop and practice a family escape plan. Take these important first steps to protect your family.



## ...SMOKE ALARMS VS. OLD SMOKE...

Remember buying your last car or replacing your TV? What about buying your last smoke alarm? Even though statistics show smoke alarms help save lives every year, most of us take them for granted.

But like your TV or your car, smoke alarms can't last forever. Regular maintenance and frequent testing help ensure optimal performance, but after 10 years, organizations like the International Association of Fire Chiefs, the U.S. Fire Administration, and the National Fire Protection Association recommend that you replace your smoke alarm. Installing new smoke alarms at least every 10 years helps protect your family, and lets you take the advantage of constant improvements in smoke alarm technology.

First Alert® studies estimate that 77 million smoke alarms are at least 10 years old, and that number is growing by 5 million every year. Is it time to replace your smoke alarm?

### NEW AND IMPROVED TECHNOLOGY

Thanks to advances in technology, replacing old smoke alarms also means upgrading your protection. These are just a few of the innovative safety and convenience features added to smoke alarms over the last 10 years...

 **Silencer Feature:** Dinner a little too "well-done?" No problem! The silencer feature quiets the alarm for 3 minutes then returns to normal operation. No need to remove the batteries. If the amount of smoke suggests something more serious, the alarm will let you know.

 **Escape Light® Feature:** When the alarm sounds, this light shines to help you find your way to safety. It's ideal for hallways and stairways.

 **Remote Flashlight Test:** Time to test your smoke alarm? Don't reach for a chair—reach for a flashlight! The remote flashlight sensor is the easiest way to test your smoke alarm, especially if it's mounted in stairwells or on a high ceiling.

While all smoke alarms are designed to detect fires as soon as possible— different sensors may be more effective at sensing different types of fires. The two basic types of sensors are ionization and photoelectric. For maximum protection, install both types on each level of your home.

 **Ionization Smoke Alarms:** These are generally more effective against fast-flaming fires—fires which consume materials rapidly and spread quickly. Sources of these fires might include paper burning in a wastebasket or kitchen grease fires.

 **Photoelectric Smoke Alarms:** These are generally more effective against slow smoldering fires—fires which smolder for hours before bursting into flame. Sources of these fires include cigarettes burning in couches or bedding.

 **Double Sensor™ Smoke Alarm:** Combo units can provide early warning of both types of fires. A cigarette, for example, may produce a slow smoldering fire if dropped on a sofa or chair. That same cigarette in a wastebasket full of paper may produce a fast flaming fire.

When choosing your replacement or additional smoke alarms, consider where they will be installed, and what type of fire risks you may have in your home. See the First Alert® display at your local store for more details on the different smoke alarms available to meet your specific needs.

### SAFETY IN NUMBERS

Picture your home. If you stood in one place, would you know what's going on in every room on every floor? Relying on just one smoke alarm is like trying to be in too many places at once.

A smoke alarm can only sound when the smoke reaches its sensor. In a three-level home that means smoke from a basement fire would not trigger an alarm until fire spread up two floors—which may not give you enough time for a safe escape.

Early warning is why it's so important to have smoke alarms on every level of your home, and one in each bedroom and bedroom hallway. In a fire there is little time to get your family to safety. The earlier the warning, the better your chances of a safe escape.

The National Fire Protection Association experts suggest installing smoke alarms:

- on each level of your home
- in every bedroom
- in corridors outside the bedrooms
- above stairwells

Every home should have at least two smoke alarms. The larger your home, the more smoke alarms you must install for adequate protection.

### LOCATION...

For best performance, follow these installation guidelines.

- Mount smoke alarms in the middle of the ceiling if possible. If not, mount them on the wall at least three feet from any corner, and four to six inches from the ceiling.
- Do not install smoke alarms where drafts from fans or air ducts can reach them. The moving air can blow smoke away from the alarm's sensor.
- To avoid "nuisance alarms" (like those caused by cooking smoke), keep smoke alarms at least ten feet from stoves and steamy showers.

### PROPER CARE...WORKS...KID

According to the NFPA, the main reason for non-operational smoke alarms is dead or missing batteries. Caring for smoke alarms is fast and easy!

- Test smoke alarms every week.
- Replace batteries annually, at the same time each year before the low battery signal begins.
- Vacuum the outside cover regularly to remove dust and dirt particles.
- Be Safe...Replace! Smoke alarms that are ten or more years old should be replaced.







## MAKE SURE YOU HAVE SMOKE ALARMS WITH WORKING BATTERIES ON EVERY LEVEL OF YOUR HOME.

## OTHER FEATURES OF SMOKE ALARMS

**Battery (DC) operated smoke alarms:** Provide protection even when electricity fails, provided the batteries are fresh and correctly installed. Units are easy to install, and do not require professional installation.

**AC powered smoke alarms:** Can be interconnected so if one unit senses smoke, all units alarm. They do not operate if electricity fails. Units must be installed by a qualified electrician.

**AC/DC powered smoke alarms:** (AC with battery back-up): Can be interconnected so if one unit senses smoke, all units alarm. They will operate if electricity fails, provided the batteries are fresh and correctly installed. Units must be installed by a qualified electrician.

**Smoke alarms for the hearing impaired:** Special purpose smoke alarms should be installed for the hearing impaired. These are on an active alarm only: they do not meet the requirements of the Americans With Disabilities Act. These units can be interconnected so if one unit senses smoke, all units alarm. They do not operate if electricity fails. Units must be installed by a qualified electrician. First Alert® smoke alarm model SA100B is an AC powered unit that has an 85 decibel alarm and a 177 candela strobe light, which flashes rapidly when the unit is in alarm.

All these units are designed to provide early warning of fires if located, installed and cared for as described in the user's manual, and if smoke reaches them. If you are unsure which type of unit to install, refer to Chapter 2 of the National Fire Protection Association (NFPA) Standard 72 (National Fire Alarm Code) and NFPA 101 (Life Safety Code). National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Local building codes may also require specific units in new construction in different areas of the home.

## SPECIAL COMPLIANCE CONSIDERATIONS

This smoke alarm alone is not a suitable substitute for complete fire detection systems in places housing many people—like apartment buildings, condominiums, hotels, motels, dormitories, hospitals, long-term health care facilities, nursing homes, day care facilities, or group homes of any kind—even if they were once single-family homes. It is not a suitable substitute for complete fire protection systems in warehouses, industrial facilities, commercial buildings, and special-purpose non-residential buildings which require industrial or commercial fire detection systems. Depending on the building codes in your area, this smoke alarm may be used to provide additional protection in these facilities.

The following information applies to all four types of buildings listed below: In new construction, most building codes require the use of AC or AC/DC powered smoke alarms only. In existing construction, AC, AC/DC, or DC powered smoke alarms can be used as specified by local building codes. Refer to NFPA 72 (National Fire Alarm Code) or NFPA 101 (Life Safety Code), local building codes, or consult your Fire Department for detailed fire protection requirements in buildings not defined as "households."

**1. Single-Family Residence:** Single family home, townhouse, or condominium. It is recommended smoke alarms be installed on every level of the home, in every bedroom, and in each bedroom hallway.

**2. Multi-Family or Mixed Occupant Residence:** Apartment building, condominium. This smoke alarm is suitable for use in individual apartments or condos, provided a primary fire detection system already exists to meet the detection requirements in common areas like lobbies, hallways, or porches. Using this smoke alarm in common areas may not provide sufficient warning to all residents or meet local fire protection ordinances/regulations.

**3. Institutions:** Hospitals, dry care facilities, long-term health care facilities. This smoke alarm is suitable for use in individual patient sleeping/resident rooms, provided a primary fire detection system already exists to meet the detection requirements in common areas like lobbies, hallways, or porches. Using this smoke alarm in common areas may not provide sufficient warning to all residents or meet local fire protection ordinances/regulations.

**4. Hotels and Motels:** Also boarding houses and dormitories. This smoke alarm is suitable for use inside individual sleeping/resident rooms, provided a primary fire detection system already exists to meet fire detection requirements in common areas like lobbies, hallways, or porches. Using this smoke alarm in common areas may not provide sufficient warning to all residents or meet local fire protection ordinances/regulations.

## LIMITATIONS OF SMOKE ALARMS

Smoke alarms have played a key role in reducing deaths resulting from home fires worldwide. However, fire and warning device, smoke alarms can only work if they are properly located, installed, and maintained, and if smoke reaches them. They are not foolproof.

Smoke alarms cannot work without power. Battery operated units cannot work if the batteries are missing, disconnected or dead, or if the wrong kind of batteries are used. AC powered units cannot work if the AC power is cut off for any reason, such as an electrical fire that starts in a wall and cuts off power to the unit. AC/DC units cannot work if the AC power is cut off for any reason (an open fuse or circuit breaker, failure along a power line or at a power station, electrical fire that burns the electrical wires, etc.). If you are concerned about the limitations of battery or AC power, install both types of units.

Smoke alarms cannot detect fires if the smoke does not reach them. Smoke from fires in chimneys or walls, on roofs, or on the other side of closed doors may not reach the sensing chamber and set off the alarm. That is why one unit should be installed inside each bedroom or sleeping area—especially if bedroom doors are closed at night—on the inside of the hallway, near the bedrooms.

Smoke alarms may not detect fire on another floor or area of the home. For example, a second-floor unit may not detect smoke from a basement fire until the fire spreads. This may not give you enough time to escape safely. That is why minimum protection is at least one unit in every sleeping area, and every bedroom on every level of your home. Even with a unit on every floor, stand-alone units may not provide as much protection as interconnected units, especially if the fire starts in a remote area. Some safety experts recommend interconnected smoke alarms. Of course, interconnected units require professional installation, as do most fire detection systems, so if one unit senses smoke, all units alarm. Interconnected units may provide earlier warning than stand-alone units since all units alarm when one detects smoke.



## First Alert®
### User's Manual
### General Use Smoke Alarm
Cat. SA87C, SA87B

Ionization smoke alarms are generally more effective at detecting flaming fires which consume combustible materials rapidly and spread quickly. Sources of these fires may include paper burning in a wastebasket, or a grease fire in the kitchen.

Photoelectric smoke alarms are generally more effective at detecting smoldering fires which smolder for hours before bursting into flame. Sources of these fires may include cigarettes burning in couches or bedding.

For maximum protection, use both types of smoke alarms on each level of your home.

Model
SA87B

## INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**

This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

**THIS USER'S MANUAL HAS BEEN RESIZED TO PRINT OUT ON 8-1/2 x 11" PAGES.**
**BLACK** page numbers reference the original printed document.
**RED** page numbers reference this web version.

Other Features Of Smoke Alarms ..................... 1
Special Compliance Considerations ................. 1
Limitations of Smoke Alarms ......................... 1
Where To Install Smoke Alarms ...................... 2
Where Not To Install Smoke Alarms ................. 2
Protecting Your Family From Fire .................... 2
Inset To Do In Case Of Fire .......................... 3
How To Install This Smoke Alarm ................... 3
If You Need Help Installing This Smoke Alarm .... 3
How To Test This Smoke Alarm ...................... 4
How To Tell This Smoke Alarm ...................... 4
Weekly Testing ....................................... 4
Regular Maintenance ................................. 4/5
If This Smoke Alarm Does Into Alarm ............... 4
If The Smoke Alarm Is Not Working Properly ...... 4/5
10-Year Limited Warranty ............................ 4/6

All Rights Reserved. ©1999 BRK Brands, Inc.
BRK Brands, Inc., 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday-Friday 7:30am-5pm (Central Time); (800) 323-9005 • Internet: www.firstalert.com

M08-2003-035 9/99

1

## AGENCY PLACEMENT RECOMMENDATIONS

### IMPORTANT!

This equipment should be installed in accordance with the National Fire Protection Association's Standard 72, National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Additional local building and regulatory codes may apply in your area. Always check compliance requirements before beginning any installation.

### NFPA Standard 72 Section 2-2.1.1.1

2-2.1.1.1 Smoke alarms shall be installed outside of each separate sleeping area in the immediate vicinity of the bedrooms and on each additional story of the family living unit, including basements and excluding crawl spaces and unfinished attics. In new construction a smoke alarm also shall be installed in each sleeping room. (Chapter 2 also reads as follows: 2-2.2.1: In new construction, where more than one smoke alarm is required by 2-2.1, it shall be arranged so that operation of any one alarm shall cause the operation of all alarms within the dwelling.) A-2.5.2.1 Smoke Detection-Are More Smoke Alarms Desirable? The required number of smoke alarms might not provide reliable early warning protection for those areas separated by a door from the areas protected by the required smoke alarms. For this reason, it is recommended that the householder consider the use of additional smoke alarms for those areas for increased protection. The additional areas include the basement, bedrooms, dining room, furnace room, utility room, and hallways not protected by the required smoke alarms. The installation of smoke alarms in kitchens, attics (finished or unfinished), or garages is not normally recommended, as these locations occasionally experience conditions that can result in improper operation.

### California State Fire Marshall

Early warning detection is best achieved by the installation of fire detection equipment in all rooms and areas of the household as follows: A smoke alarm installed in each separate sleeping area in the vicinity, but outside bedrooms, and heat or smoke alarms in the living rooms, dining rooms, bedrooms, kitchens, hallways, finished attics, furnace rooms, closets, utility and storage rooms, basements, and attached garages.

## WHERE NOT TO INSTALL SMOKE ALARMS

For best performance, do not install the unit:

- Where combustion particles are produced. Combustion particles form when something burns. Areas to avoid include kitchens and other cooking appliance areas, garages, and furnace rooms. Keep units at least 20 feet (6 meters) from the sources of combustion particles (stove, furnace, water heater, space heater) if possible. Ventilate these areas as much as possible.

- In streams near kitchens. Air currents can draw cooking smoke into the sensing chamber of a smoke alarm near the kitchen.

- In very damp, humid or steamy areas, or directly near bathrooms with showers. Keep units at least 10 feet (3 meters) away from bathrooms with showers, saunas, dishwashers, etc.

- Where the temperatures are regularly below 40° F (4°C) or above 100° F (38° C) including unheated buildings, outdoor rooms, porches, or unfinished attics or basements.

- In very dusty, dirty, or greasy areas. Do not install a smoke alarm directly over the stove or range. Clean a laundry room unit frequently to keep it free of dust or lint.

- Near fresh air vents, ceiling fans, or in very drafty areas. Drafts can blow smoke away from the unit, preventing it from reaching the sensing chamber.

- In insect infested areas. Insects can clog openings to the sensing chamber and cause unwanted alarms.

- Less than 12 inches (305 mm) away from fluorescent lights. Electrical "noise" can interfere with the sensor.

- In "dead air" spaces (see "Avoiding Dead Air Spaces" below).





AVOIDING DEAD AIR SPACES

"Dead air" spaces may prevent smoke from reaching the smoke alarm. To avoid dead air spaces, follow the installation recommendations below.

On ceilings, install smoke alarms as close to the center of the ceiling as possible. If this is not possible, install the smoke alarm at least 4 inches (102 mm) from the wall or corner.

For wall mounting (if allowed by building codes), the top edge of smoke alarms should be placed between 4 inches (102 mm) and 12 inches (305 mm) from the wall/ceiling line, below typical "dead air" space.

On a peaked, gabled, or cathedral ceiling, install the first smoke alarm within 3 feet (0.9 meters) of the peak of the ceiling, measured horizontally. Additional smoke alarms may be required depending on the length, etc. of the ceiling's slope. Refer to NFPA 72 for details on requirements for sloped or peaked ceilings.

---

Smoke alarms may not be heard. Though the alarm horn in this unit meets or exceeds current standards, it may not be heard if: 1) the unit is located outside the bedroom or on a different floor; 2) residents are hearing impaired; 3) residents are heavy sleepers or have taken drugs or alcohol; 4) the alarm is muffled out by noises from stereo, TV, traffic, air conditioner or other appliances; 4) residents are hearing impaired or sound sleepers. Special purpose units, like those with visual and audible alarms, should be installed for hearing impaired residents.

Smoke alarms may not have time to alarm before the fire itself causes damage, injury, or death, since smoke from some fires may not reach the unit immediately. Examples of this include persons smoking in bed, children playing with matches, or fires caused by violent explosions resulting from escaping gas.

Smoke alarms are not foolproof. Like any electronic device, smoke alarms are made of components that can wear out or fail at any time. You must test your unit weekly to make sure it is working properly. Smoke alarms cannot prevent or extinguish fires. They are not a substitute for insurance.

Smoke alarms have a limited life. The unit should be replaced immediately if it is not operating properly. It is recommended you replace a smoke alarm after 10 years from date of manufacture. See back of smoke alarm for manufacture date.

## WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES

The National Fire Protection Association (NFPA), recommends one smoke alarm on every floor, in every sleeping area, and in every bedroom. In new construction, the smoke alarms are AC powered and interconnected. See "Agency Placement Recommendations" for details. For additional coverage, it is recommended that you install a smoke alarm in all rooms, halls, storage areas, finished attics, and basements, where temperatures normally remain between 40°F (4°C) and 100°F (38°C). Make sure no door or other obstruction could keep smoke from reaching the smoke alarms.



KEY:
- ● REQUIRED TO MEET NFPA RECOMMENDATIONS
- ○ RECOMMENDED FOR ADDITIONAL PROTECTION
- ◐ SMOKE ALARMS WITH SILENCE FEATURES RECOMMENDED FOR ADDITIONAL PROTECTION

SINGLE-STORY RESIDENCE, APARTMENT, MOBILE HOME

MULTI-STORY RESIDENCE

EXISTING HOMES

More specifically, install smoke alarms:

- On every level of your home, including finished attics and basements.
- Inside every bedroom, especially if people sleep with the door partly or completely closed.
- In the hall near every sleeping area. If your home has multiple sleeping areas, install a unit in each.
- If a hall is more than 40 feet long (12 meters), install a unit at each end.
- At the top of the first-to-second floor stairway, and at the bottom of the basement stairway.

### IMPORTANT!

Specific requirements for smoke alarm installation vary from state to state and from region to region. Check with your local Fire Department for current requirements in your area. If you install AC or AC/DC units, it is recommended they be interconnected for added protection.

### INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS



KEY:
- ● REQUIRED TO MEET NFPA RECOMMENDATIONS
- ○ RECOMMENDED FOR ADDITIONAL PROTECTION
- ◐ SMOKE ALARMS WITH SILENCE FEATURES RECOMMENDED FOR ADDITIONAL PROTECTION
- - - INTERCONNECTED AC OR AC/DC SMOKE ALARMS

SINGLE-STORY RESIDENCE, APARTMENT, MOBILE HOME

MULTI-STORY RESIDENCE

NEW CONSTRUCTION

### ⚠ WARNING!

Test units once a week. In RVs after the vehicle has been in storage, before every trip, and once a week while in use. Failure to test units in RVs as described may remove your protection.

For minimum security install one smoke alarm as close to each sleeping area as possible. For more security, install one unit in each room. Many older mobile homes (especially those built before 1978) have little or no insulation. If your mobile home is not well insulated, or if you are unsure of the amount of insulation, it is important to install units on inside walls only. Smoke alarms should be installed where temperatures normally remain between 40F (4°C) and 100F (38°C).

## PROTECTING YOUR FAMILY FROM FIRE

Putting up smoke alarms is one step in protecting your home from fires. You must also reduce the chance a fire will start in the first place, and have an escape plan for escaping safely if one does. To have a good fire safety program, you must:

Develop a family escape plan and practice it with everyone in your family, including small children. 1) Draw a floor plan of your home and identify at least two exits from each room and one way to get out of each bedroom without opening the door; 2) Decide on a meeting place a safe distance from your home, where everyone knows to wait there; 3) Know where to go to call the Fire Department from outside the home; 4) Make sure everyone—including all children—knows what the alarm signal means and to react to it. Teach them they must be prepared to leave the home by themselves if needed; 5) Hold fire drills every 6 months and practice how to escape safely. Show children how to check if doors are hot before opening them. Show them how to use an alternate exit if a door is hot and shouldn't be opened. Teach them to stay close to the floor and crawl if necessary.

Install at least one smoke alarm on every level of your home, in every bedroom, and in every sleeping area. Keep alarms clean, and test them weekly. Replace smoke alarms immediately if they are not working properly. Smoke alarms that do not work cannot alert you to a fire.

Keep matches and working fire extinguisher on every floor, and an additional one in the kitchen. Have fire escape ladders or other reliable means of escape from an upper floor in case stairs are blocked.

Follow safety rules, and prevent hazardous situations: 1) Use smoking materials properly. Never smoke in bed. 2) Keep matches or lighters away from children; 3) Store flammable materials in proper containers; 4) Keep electrical appliances grease- and lint-free and don't overload electrical circuits; 5) Keep stoves, barbecue grills, fireplaces and chimneys grease- and soot-free. Never leave anything cooking on the stove unattended; 6) Keep portable heaters and open flames, like candles, away from flammable materials; 6) Don't let rubbish accumulate.

## WHAT TO DO IN CASE OF FIRE

- Don't panic; stay calm. Follow your family escape plan. Your safe escape may depend on thinking clearly and knowing what to do when you have practiced.
- Get out of the house as quickly as possible. Don't stop to get dressed or collect anything.
- Feel doors with the back of your hand before opening them to see if they are hot. If a door is cool, open it slowly. Don't open a hot door—use an alternate escape route.
- Cover your nose and mouth with a cloth (preferably wet). Take short, shallow breaths.
- Keep doors and windows closed, unless you need to escape through them.
- Meet at your planned meeting place outside your home, and do a head count to make sure everybody got out safely.
- Call the Fire Department as soon as possible from outside. Give your address, then your name.
- Never go back inside a burning building for any reason.
- Contact your Fire Department for ideas on making your home safer and on creating your own family escape plan.

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

Read "Where To Install Smoke Alarms" and "Where Not To Install Smoke Alarms" before beginning. This unit monitors the air and when smoke reaches its sensing chamber it alarms. It can give you time to escape before the fire spreads. This unit can ONLY give an early warning of developing fires if it is installed, maintained and located where smoke can reach it, and where all residents can hear it as described in this manual. This unit will not sense gas, heat, or flame. It cannot prevent or extinguish fires.

**⚠ WARNING!**
- This unit will not alert hearing impaired residents. It is recommended that you install special units which use devices like flashing strobe lights to alert hearing impaired residents.
- Do not connect this unit to any other alarm or auxiliary device. It is a single-station unit that cannot be linked to other devices. Connecting anything else to this unit may prevent it from working properly.

**⚠ CAUTION!**
- Do not install this unit over an electrical junction box. Air currents around junction boxes can prevent smoke from reaching the sensing chamber and prevent the unit from alarming. Only AC powered units are intended for installation over junction boxes.
- Do not stand too close to the unit when the alarm is sounding. It is loud to wake you in an emergency. Exposure too close to the horn at close range may harm your hearing. When testing the unit, step back when the horn starts sounding.
- Do not paint over the unit. Paint may clog the openings to the sensing chamber and prevent the unit from operating properly.

## HOW TO INSTALL THIS SMOKE ALARM

**⚠ WARNING!**
- The battery was shipped "backwards" in the smoke alarm to keep it fresh. The smoke alarm cannot work until you remove the battery and reinstall it in the correct position (Follow polarity markings in the battery compartment).
- This smoke alarm has a battery guard which prevents it from closing unless a battery is installed. This warns you the unit will not operate without a battery.





| Parts of the Smoke Alarm (Cover Closed) | |
|---|---|
| 1 | "OPEN HERE" tab |
| 2 | Cover hinge |
| 3 | Test button and power/alarm indicator |

| Parts of the Smoke Alarm (Cover Open) | | | |
|---|---|---|---|
| 1 | "OPEN HERE" tab | 4 | Smoke alarm base |
| 2 | Test button and power/alarm indicator | 5 | Mounting slots |
| 3 | Sensor chamber | 6 | Install 9V battery here |

3

## To install this smoke alarm, follow these steps:

This unit is designed to be mounted on the ceiling, or on the wall if necessary.

**Tools you will need:**
- Pencil
- Drill with 3/16" (5 mm) drill bit
- Standard/Flathead screwdriver
- Hammer




1. Hold base firmly and pull up on cover tab marked "OPEN HERE." This will open the hinged cover. The cover may unsnap from the base if it's opened too far. This will not damage the unit—the cover hinge snaps back into place easily.



2. Hold the smoke alarm base against the ceiling (or wall) and make a mark at the center of each of the mounting slots with a pencil.

3. Put the unit where it won't get covered with dust when you drill the mounting holes.



4. Using a 3/16" (5 mm) drill bit, drill a hole through each pencil mark.

5. Insert the plastic screw anchors (in the plastic bag with screws) into the holes. Tap the screw anchors gently with a hammer, if necessary, until they are flush with the ceiling or wall.





6. Tighten the screws (provided) into the screw anchors, then loosen them two turns.

7. Fit the smoke alarm cover over the screw heads as shown. Close cover.

8. If the smoke alarm cover does not line up the way you want it, rotate the base and re-tighten the screws.







9. Activate the battery. With the cover open, remove and reinsert the battery so the terminals on the battery match the terminals on the smoke alarm. Match "+" to "+" and "-" to "-." Push the battery in until it snaps in securely and cannot be shaken loose. If the battery is not snapped in completely, the unit cannot receive battery power. The smoke alarm may beep briefly when you install the battery—this is normal.

Once the battery is installed, the red power indicator light (behind the test button) will flash once a minute to show you the smoke alarm is working.

10. Close the cover all the way.

11. Test the smoke alarm. Press and hold the test button on the cover of the unit for 5-20 seconds, or until the alarm sounds (the unit may continue to alarm for a few seconds after you release the button). During testing, you will hear a loud, repeating horn pattern: 3 beeps, pause, 3 beeps, pause.

---



⚠ **WARNING!**

NEVER use an open flame of any kind to test this unit. You might accidentally damage or set fire to the unit or to your home. The built-in test switch accurately tests the unit's operation as required by Underwriters Laboratories, Inc. (UL). If you choose to use an aerosol smoke product to test the smoke alarm, be certain to use one that has been listed by Underwriters Laboratories, Inc. Safety Standards, and use it only as directed. Use of non-UL Listed products or improper use of UL Listed products may affect the smoke alarm's sensitivity.

It is important to test this unit every week to make sure it is working properly. Using the test button is the recommended way to test this smoke alarm. Press and hold the test button on the cover of the unit for 5-20 seconds, or until the alarm sounds (the unit may continue to alarm for a few seconds after you release the button). If it still does not alarm, replace it immediately. During testing you will hear a loud, repeating horn pattern: 3 beeps, pause, 3 beeps, pause.

## REGULAR MAINTENANCE

This unit has been designed to be as maintenance free as possible, but there are a few simple things you must do to keep it working properly.

- Test it at least once a week.
- Test units used in RVs after the vehicle has been in storage, before every trip, and once a week while in use. Failure to test units used in RVs as described may remove your protection.
- Clean the smoke alarm at least once a month; gently vacuum off any dust using your household vacuum's soft brush attachment. 1. Open the cover and disconnect the battery. 2. GENTLY vacuum the inside of the cover and the sensor chamber. 3. Reconnect the battery. 4. Close the smoke alarm, and vacuum the outside of the cover. 5. Test the smoke alarm. Never use water, cleaners or solvents since they may damage the unit.
- Relocate the unit if it sounds frequent unwanted alarms. See "Where Not To Install Smoke Alarms."
- When the battery becomes weak, the smoke alarm unit will "chirp" about once a minute (the low battery warning). You should replace the battery immediately. This low battery warning should last for 30 days, but you should replace the battery immediately to continue your protection.

## Choosing a replacement battery:

⚠ **WARNING!**

Use only the replacement batteries listed below. The unit may not operate properly with other batteries. Never use rechargeable batteries since they may not provide a constant charge.

Your smoke alarm requires one standard 9V battery. The following batteries are acceptable as replacements: Eveready #216, Energizer #522, #1222; Duracell #MN1604; Gold Peak #1604P, #1604S; Rayovac 1604, D1604. You may also use a Lithium battery like the Ultralife U9VL-J for longer service life between battery changes. These batteries are available at many local retail stores.

**IMPORTANT!**

Most carbon zinc batteries have an average service life of 1 year; most alkaline batteries have an average service life of 1-2 years; most Lithium batteries have an average service life of 6-10 years. Actual service life depends on the smoke alarm and the environment in which it is installed. All the batteries specified above are acceptable replacement batteries for this unit. Regardless of the manufacturer's suggested battery life, you MUST replace the battery immediately once the unit starts "chirping" (the "low battery warning").

# IF THIS SMOKE ALARM GOES INTO ALARM

**⚠ WARNING!**
If the unit alarms and you are not testing the unit, it is warning you of a potentially dangerous situation that requires your immediate attention. NEVER ignore any alarm. Ignoring the alarm may result in injury or death. If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately.

Never remove the batteries from a battery operated smoke alarm to stop an unwanted alarm (caused by cooking smoke, etc.). Removing the batteries disables the alarm so it cannot sense smoke, and removes your protection. Instead open a window or fan the smoke away from the unit. The alarm will reset automatically.

## Responding To An Alarm

During an alarm, you will hear a loud, repeating horn pattern: 3 beeps, pause, 3 beeps, pause.

If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately. Stay calm and follow your family escape plan. Get as low to the ground as possible, and cover your mouth with a wet cloth. Never open a door before testing it to see if it is hot. Call the Fire Department from outside, and give them your address then name. Read "What To Do In Case Of Fire" for more information.

If the unit alarms and you are certain that the source of smoke is not a fire—cooking smoke or an extremely dusty furnace, for example—open a nearby window or door and fan the smoke away from the unit. This will silence the alarm, and once the smoke clears the unit will reset automatically.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**
Smoke alarms may not operate properly because of dead, missing or weak batteries, a build-up of dirt, dust or grease on the smoke alarm cover, or installation in an improper location. Clean the smoke alarm as described in "Regular Maintenance," and install a fresh battery, then test this smoke alarm again. If it fails to test properly when you use the test button, or if the problem persists, replace the smoke alarm immediately.

| Problem... | You should try... |
|---|---|
| Smoke alarm goes into alarm when no smoke is visible. | • Clean the smoke alarm. (See "Regular Maintenance.")<br>• Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms (that is in response to cooking smoke). | • Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | • Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.")<br>• Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.")<br>• Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | • Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | • Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.") |

If the smoke alarm is still not operating properly, and it is still under warranty, send it, shipping prepaid, along with a note describing what is wrong with the unit, to: BRK Brands, Inc., Attn: Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8132. Enclose a note in the package describing what is wrong with the unit.

**⚠ WARNING!**
Do not try to fix the unit yourself—this will void your warranty!

# 10-YEAR LIMITED WARRANTY

**Coverage:** BRK Brands, Inc. warrants its enclosed smoke alarm to be free from defects in materials and workmanship under normal use and service for a period of ten years from the date of purchase. During the first year after the date of purchase, BRK Brands, Inc. will replace any defective smoke alarm without charge. During the next nine years, BRK Brands, Inc. will replace any defective smoke alarm at a charge to you not to exceed BRK Brands, Inc.'s cost. This is your exclusive warranty.

This warranty is valid for the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. Dealers, service centers, or retail stores selling this product do not have the right to alter, modify or any way change the terms and conditions of this warranty. In new construction, if your smoke alarm was installed by a contractor, this warranty is valid for the homeowner at the time of installation from the date of original installation and is not transferable.

This warranty does not cover normal wear of parts or damage resulting from any of the following: negligent use or misuse of the product, use on improper voltage, current or battery, use contrary to the operating instructions, disassembly, repair or alteration by anyone other than BRK Brands, Inc. Further, the warranty does not cover acts of God, such as fire, flood, hurricanes and tornadoes.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Except to the extent prohibited by applicable law, any implied warranty of merchantability or fitness for a particular purpose is limited in duration for 10 years. Some states, provinces, or jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state, or province to province.

**Service:** Units under warranty and in need of repair should be returned, shipping prepaid, to BRK Brands, Inc., Attn: Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8132.

**Warranty:** BRK Brands, Inc. makes no warranty, express or implied, written or oral, including that of merchantability or fitness for any particular purpose, with respect to the battery.

5





# First Alert®

## User's Manual
### AC Powered Ionization Smoke Alarm for the Hearing Impaired
Cat. SA100B, ESBA1

Input: 120V AC 60Hz, .053 A Standby, .490 A Alarm
Device: 177 candela minimum





UL Listed

Ionization smoke alarms are generally more effective at detecting fast flaming fires, which consume combustible material rapidly and spread quickly. Sources of these fires may include paper burning in a wastebasket, or a grease fire in the kitchen.

Photoelectric smoke alarms are generally more effective at detecting slow smoldering fires which may smolder for hours before bursting into flame. Sources of these fires may include cigarettes burning in couches or bedding.

For maximum protection, use both types of smoke alarms on each level of your home.

M08-0301-000 6/99

## INSIDE THIS MANUAL

IMPORTANT! PLEASE READ CAREFULLY AND SAVE.
This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

THIS USER'S MANUAL HAS BEEN INTENDED TO PRINT OUT ON 8-1/2 x 11" PAPER.
BLACK page numbers reference this work version.

Other Features of Smoke Alarms ..................... 1
Special Compliance Considerations ................. 1
Limitations of Smoke Alarms ........................ 1
Where This Smoke Alarm ............................. 2
Where This Smoke Alarm Can Go ..................... 2
Where This Smoke Alarm Should Not Go .............. 2
Where to Install Smoke Alarms ...................... 3
Finding The Best Location ........................... 3
What To Do In Case of Fire .......................... 4
Weekly Testing ...................................... 4
How To Install This Smoke Alarm .................... 4
How To Test This Smoke Alarm ....................... 5
Weekly Testing ...................................... 5
Regular Maintenance ................................. 5
If The Smoke Alarm Does Not Work ................... 5
In This Smoke Alarm Goes Into Alarm ............... 6
How To Keep This Smoke Alarm Working Properly ..... 6
Limited Warranty .................................... 6

All Rights Reserved. ©1999 BRK Brands, Inc.
Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8122
Customer Service: Monday–Friday, 7:30am–5pm Central Time: (800) 323-9005 • Internet: www.firstalert.com

## OTHER FEATURES OF SMOKE ALARMS

Battery (DC) operated smoke alarms: Provide protection even when electricity fails, provided the batteries are fresh and correctly installed. Units are easy to install and do not require professional installation.

AC powered smoke alarms: Can be interconnected so if one unit senses smoke, all units alarm. They do not operate if electricity fails, but can be backed up by a battery.

AC/DC powered smoke alarms (AC with battery backup): Can be interconnected so if one unit senses smoke, all units alarm. They will continue to provide protection in a power failure, provided the batteries are fresh and correctly installed. Units must be properly installed by a qualified electrician.

Smoke alarms for the hearing impaired: Special purpose smoke alarms should be installed for the hearing impaired. These units have a strobe light that flashes, and sound the horn, when smoke is sensed. They should be interconnected with standard smoke alarms.

These units are designed to provide early warning of fires if they are located, installed, and maintained as described in this manual, and if smoke from a fire reaches the unit. It can provide early warning only if it is installed in accordance with Chapter 2 of the National Fire Protection Association (NFPA) Standard 72 (National Fire Alarm Code) and NFPA 101 (Life Safety Code, National Fire Protection Association). One smoke alarm per level, Cat. SA100B and ESBA1, is not always enough. A smoke alarm should be specific unit is low on construction or in different areas of the home.

## SPECIAL COMPLIANCE CONSIDERATIONS

This smoke alarm is not a suitable substitute for complete detection systems in places housing many people, such as hotels or motels, unless a smoke alarm is provided for each guest room, hotel room, dormitory, suite, and each residential unit in apartment houses, condominiums, and dormitories. This is not a substitute for complete fire detection systems in places where many people work or live, such as hotels, motels, dormitories, hospitals, nursing homes, and boarding houses. Smoke alarms are also not a substitute for fire detection and alarm systems. Depending on the building codes in your area, this smoke alarm may be used to provide additional protection. In new construction, AC/DC, or AC/DC with battery backup smoke alarms are required in new building construction.

The following information applies to all types of buildings covered by codes. In most jurisdictions, smoke alarms are required in new construction. Interconnected AC, AC/DC, or DC powered smoke alarms can be used as specified by local building codes. Refer to NFPA 72 (National Fire Alarm Code), or NFPA 101 (Life Safety Code), local building codes, or consult your Fire Department for detailed fire protection requirements in any home. This applies to "locations":

1. Single-family Residences. Single family home, townhouse. It is recommended one smoke alarm be installed on every level of the home, in every bedroom, and in each hallway leading to bedrooms.

2. Multi-family, or Mobile Homes. Apartment, condominium, townhouse, etc. The smoke alarm is suitable for use in individual apartments or condos, provided a primary fire detection system exists to meet the detection requirements in common areas (lobbies, hallways, or porches). This smoke alarm is not intended to provide sufficient warning at all sections. In common areas which exist fire protection systems/regulations.

3. Hotels and Motels (commercial or industrial buildings, rest rooms, provided a primary fire detection system already exists to meet the detection requirements in common areas (lobbies, hallways, or porches). This smoke alarm is not intended to provide warning in areas outside of the individual rooms. This smoke alarm is not intended to provide warning to other areas of the buildings such as common areas within hotels, motels, dormitories, or offices. Using this smoke alarm in common areas may provide sufficient warning for individuals/areas to escape but may not always provide sufficient warning in individual offices or other areas which exist fire protection systems/regulations.

4. Hotels and Motels. Also housing houses and dormitories. This smoke alarm is suitable for use inside individual sleeping rooms, provided a primary fire detection system already exists to meet the detection requirements in common areas. Using this smoke alarm in common areas may provide sufficient warning for individuals in those areas to escape but may not always provide sufficient warning in common areas and may not provide sufficient warning to individuals in the building.

## LIMITATIONS OF SMOKE ALARMS

Smoke alarms have played a key role in reducing deaths resulting from home fires worldwide. However, the key warning they provide, and the peace of mind that comes with it, cannot be realized if the alarms are not installed, maintained, and used properly. Here are some things to keep in mind:

Smoke alarms are only effective if properly located and installed. Follow the installation instructions in this booklet carefully.

Smoke alarms cannot work without power. AC powered, AC/DC powered (with battery backup), and battery powered smoke alarms will not work if the power supply is cut off for any reason. If you are concerned about the limitations of battery or AC power, install both types.

Smoke alarms cannot provide an alarm if smoke does not reach the alarm. Smoke from fires in chimneys, in walls, on roofs, or on the other side of closed doors may not reach the sensing chamber and set off the alarm. That is why you should install smoke alarms in each room or area that may be occupied—especially if bedroom or sleeping area—and have all doors are closed at night—and in the hallway between them.

Smoke alarms may not be heard. For example, a sound smoke unit on the second floor of a home may not alert a sound sleeper on the first floor. They may not wake a person who has consumed drugs or alcohol. That is why it is very important to have smoke alarms and interconnect all smoke alarms in the sleeping area. Even a person who is asleep may not hear the alarm if the bedroom door is closed. For these reasons, we strongly recommend that at least one smoke alarm be installed on every level of the home and in every bedroom. Some safety experts recommend installing an interconnected AC powered units with battery backup because of the limitations of battery or AC power. An interconnected AC powered (or professional installation) may be best.

1

# INSTALLING SMOKE ALARMS IN MOBILE HOMES

**IMPORTANT!**

## AGENCY PLACEMENT RECOMMENDATIONS

**NFPA Standard 72 Section 2-2.1.1.1**

**California State Fire Marshal**

# WHERE TO INSTALL SMOKE ALARMS

## STROBE LIGHT OUTPUT FOR WALL AND CEILING MOUNTING



# INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES



**IMPORTANT!**

2

## WHERE NOT TO INSTALL SMOKE ALARMS

For best performance, do not install this unit:

- Where combustion particles form when something burns. Areas to avoid include poorly ventilated kitchens, garages, and furnace rooms. Keep units at least 20 feet (6 meters) from the sources of combustion particles (stove, furnace, water heater, space heater) if possible. Ventilate these areas as much as possible.
- In air currents near kitchens. Air currents can draw cooking smoke into the sensing chamber of a smoke alarm near the kitchen.
- In very damp, humid or steamy areas, or directly near bathrooms with showers. Keep units at least 10 feet (3 meters) away from bathrooms.
- Where the temperatures are regularly below 40°F (4°C) or above 100°F (38°C) including unheated buildings, outdoor rooms, porches, or unfinished attics or garages.
- In very dusty, dirty, or greasy areas. Do not install a smoke alarm directly over the stove or range. Clean a kitchen unit frequently to keep it free of dust or dirt.
- Near fresh air vents, ceiling fans, or in very drafty areas. Drafts can blow smoke away from the unit, preventing it from reaching the sensing chamber.
- In insect infested areas. Insects can clog openings in the smoke alarm and cause unwanted alarms.
- Less than 12 inches (305 mm) away from fluorescent lights. Electrical "noise" can interfere with the sensor.
- In "peak air" spaces (see "Avoiding Dead Air Spaces" below).

"Dead air" spaces may prevent smoke from reaching the smoke alarm. To avoid dead air spaces, follow the installation recommendations below.

On ceilings, install smoke alarms as close to the center of the ceiling as possible. If this is not possible, install the unit no closer than 4 inches (102 mm) from the wall or corner.

For wall mounting (if allowed by building codes), the top edge of smoke alarms should be placed between 4 inches (102 mm) and 12 inches (305 mm) from the ceiling.

On a peaked, gabled, or cathedral ceiling, install the first smoke alarm within 3 feet (0.9 meters) of the peak of the ceiling, measured horizontally.

## PROTECTING YOUR FAMILY FROM FIRE

Putting up smoke alarms is one step in protecting your family from fire...

[image content: installation diagrams]

## WHAT TO DO IN CASE OF FIRE

- Don't panic; stay calm. Follow your family escape plan. Your safe escape may depend on thinking clearly and remembering what you have practiced.
- Get out of the house as quickly as possible. Don't stop to get dressed or collect anything.
- Feel doors with the back of your hand before opening them to see if they are hot. If they are hot, use an alternate escape route.
- Cover your nose and mouth with a cloth (preferably wet). Take short, shallow breaths.
- Keep close to the floor when escaping through smoke.
- Meet at your planned meeting place outside your home, and do a head count to make sure everybody got out safely.
- Call the Fire Department as soon as possible from outside. Give your address, then your name.
- Never go back inside a burning building for any reason.
- Contact your Fire Department for ideas on making your home safer and on creating your own family escape plan.

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

Test "Where To Install Smoke Alarms" and "Where Not To Install Smoke Alarms" before beginning...

**⚠ DANGER:**
ELECTRICAL SHOCK HAZARD. Turn off power to the area where you will install this unit at the circuit breaker...

**⚠ WARNING:**
...

**⚠ CAUTION:**
...

3

## HOW TO INSTALL THIS SMOKE ALARM

This unit is designed to be mounted on any standard utility junction box up to a 4-inch diagonal size, on either Standard/Featured Smoke Alarms" and "When to Test" and "Where to Install Smoke Alarms" before you begin installation.

**Important Installation Parts**

| | The Mounting Bracket | The Front Gasket | The Power Connector |
|---|---|---|---|

The mounting bracket fastens onto the junction box. The variety of screw slots is to fit most junction boxes. A screw slot is either already a fit — just match the right screw slots or the copper tabs. To mount the mounting bracket, use the mounting screws provided. Hold the smoke alarm base, lining it up with the mounting bracket, and twist.

The front gasket prevents air currents from entering through the junction box into the smoke alarm.



The power connector plugs into a power input block on the smoke alarm.

- The black wire is "hot."
- The white wire is neutral.
- The orange wire is for interconnect.

If you need to remove the power connector, insert the plug and pull the connector out. Do not pull on the wires. Grasp the connector body and pull the connector free.

| 1 | Mounting slot and screw (1 of 2) |
|---|---|
| 2 | Junction box |
| 3 | Mounting bracket |
| 4 | Aluminum Arrow On Mounting Bracket |
| 5 | Mounting slot and screw (1 of 2) |
| 6 | Wire strip gauge |
| 7 | Neutral (white) AC wire |
| 8 | Hot (black) AC wire |
| 9 | Interconnect wire |
| 10 | Foam gasket |
| 11 | Alignment Tab On Alarm |
| 12 | Turn to attach to bracket |

## Installing This Smoke Alarm:

The basic installation of this smoke alarm is the similar whether you want to install one smoke alarm, or interconnect more than one. If you plan to interconnect several smoke alarms, you MUST read "Special Requirements For Interconnected Smoke Alarms" (shown below) before you begin installation.

1. Remove the mounting bracket from the base. Install the mounting bracket to the junction box.
2. Set the foam gasket against the back of the smoke alarm.
3. Using wire nuts, connect the power connector to the household wiring.

| FOR SINGLE-ALARM SMOKE ALARM ONLY | INTERCONNECTED SMOKE ALARM ONLY |
|---|---|
| Connect the white wire on the power connector to the neutral wire in the junction box.<br><br>Connect the black wire on the power connector to the hot wire in the junction box.<br><br>Tuck the orange wire inside the junction box.<br>It is used for interconnect only | Strip all wires 1/2" of the plastic insulation on ends.<br><br>Connect the white wire on the power connector to the neutral wire in the junction box.<br><br>Connect the black wire on the power connector to the hot wire in the junction box.<br><br>Connect the orange wire on the power connector to the interconnect wire in the junction box. Repeat for each pair of wires that need interconnecting. Never connect the hot or neutral wires to the orange interconnect wire. |

4. Plug the power connector into the back of the unit. It will only fit one way. After the connector snaps into place, tug on it gently to make sure it is secure. If you need to remove the power connector, insert the plug and pull the connector out. Slide the power connector and the security tab inside the power input block. Gently pry the tab back and pull the connector free.

5. Line up the alignment tab on the base with the alignment tab on the mounting bracket. Turn the unit clockwise (right) until you hear the unit snap into place.

6. Check all connections.

| FOR SINGLE-ALARM SMOKE ALARM ONLY | INTERCONNECTED SMOKE ALARM ONLY |
|---|---|
| Restore power to the junction box. | If you are interconnecting smoke alarms, restore power to the junction box and test each interconnected smoke alarm. Restore power to the junction box. |

**⚠ DANGER!**
ELECTRICAL SHOCK HAZARD. Do not restore power until all electrical connections are complete. Failure to disconnect power before installation could result in electrical shock, personal injury, or death.

7. Make sure the smoke alarm is receiving AC power. Under normal operation, the power indicator light will shine continuously. If the power indicator light does not light, TURN OFF POWER TO THE JUNCTION BOX and restore the power, the unit should be replaced immediately.

8. Test the smoke alarm. Press and hold the test button on the cover until the alarm sounds (the unit may continue to sound for a few seconds after you release the button). During testing, you will hear a loud, repeating horn pattern (3 beeps, pause, 3 beeps, pause, in an interconnected series), you must test each smoke alarm individually. The sound/light should flash every time you test the smoke alarm.

**IMPORTANT!**
If the smoke alarm does not alarm, TURN OFF POWER and recheck connections. If any smoke alarm still does not alarm when you test it after restoring power, replace it immediately.

## Special Requirements For Interconnected Smoke Alarms

**⚠ WARNING!**
Failure to meet any of the requirements for interconnecting smoke alarms could damage the units, and cause them to malfunction, removing your protection.

AC and AC/DC smoke alarms can be interconnected. Under AC power, all units will alarm when one smoke alarms senses smoke. When power is interrupted, AC/DC units in the series will be sensitive to smoke and provide signals. AC powered smoke alarms will not alarm.

**IMPORTANT!**
Interconnected units can provide earlier warning of fire than stand-alone units, especially if the alarm is in a remote area of the home. In some applications, all units will alarm, and you will be unable to tell which smoke alarm senses smoke, siren, alarm, and you may not be able to determine smoke alarm sensed smoke, siren, alarm, etc. You should not use interconnected smoke alarms. Use smoke, siren, alarm, and heat alarm models.

**IMPORTANT!**
Interconnect wires within a single family residence only. Otherwise at households with interconnected unwanted alarms when you may call to be safe. Interconnected units will only work if they are wired to compatible units and all requirements are met.

Interconnected units must meet ALL of the following requirements:

- A maximum of 18 units total may be interconnected (Maximum of 12 smoke alarms).
- The same type or circuit breaker must power all interconnected smoke alarms.
- The total length of wires interconnecting units should be less than 1000 feet (304.8 meters). The interconnect wire should be #18 gauge or larger, rated at least 300V. If an interconnect wire is not already part of your household wiring, you will need to install one. This type of wire is commonly available at hardware and electrical supply stores.
- All wiring must conform to all local electrical codes and Article 760 of the National Electrical Code (NEC). Refer to NFPA 72, Chapter 2 and/or your local building codes for further connection requirements.

**IMPORTANT!**
Interconnected smoke alarms in an interconnected series, you must test each unit individually. Make sure all units shown when each unit is tested. The smoke light on all units should flash on each individual smoke alarm is tested.



| 1 | Smoke alarm | 3 | Power connector | 5 | Junction box | 7 | Interconnect wire |
|---|---|---|---|---|---|---|---|
| 2 | Ceiling or wall | 4 | Wire nut | 6 | Neutral (white) AC wire | 8 | Hot (black) AC wire |

## WEEKLY TESTING

**⚠ WARNING!**
NEVER use an open flame of any kind to test this unit. You might accidentally damage or set fire to the unit, or to your home. The built-in test switch accurately tests the unit's operation as required by Underwriters Laboratories, Inc. (UL). If you choose to test with smoke, a smoke substitute product to test the alarm, you may use Smoke Detector Tester. Listed products are recommended for all Smoke Detector Tester, a UL Classified product, use UL Listed. When tested only as directed. Use of non-UL Listed products improper use of UL Listed products may affect the smoke alarm's sensitivity.

**IMPORTANT!**
Test your smoke alarm once a week by pressing the test button until the alarm sounds. During the test, you should hear the smoke alarm sound. To stop the alarm, release the test button.

It is important to test this unit every week to make sure it is working properly. Using the test button is the recommended way to test this smoke alarm. Press and hold the test button until the alarm sounds. Using the test button activates all of the smoke alarm's circuits, testing the smoke alarm and the battery. During testing, if the unit does not alarm, it needs service. If it is battery operated, the battery may be dead. Replace immediately. During testing, you will hear a loud, repeating horn pattern. If you don't hear it, check that the unit is receiving AC power and the battery is installed properly, and install a new battery and test again.

## REGULAR MAINTENANCE

This unit has been designed to be as maintenance free as possible, but there are a few simple things you must do to keep it working properly.

- Test it at least once a week.
- Clean the smoke alarm at least once a month; gently vacuum off any dust using your household vacuum's soft brush attachment. Never use water, cleaners or solvents since they may damage the unit.
- Relocate the unit if it sounds frequent unwanted alarms. See "Where To Install Smoke Alarms."

**⚠ CAUTION!**
If the alarm has been loose or broken, the unit should be replaced immediately. Never remove the smoke light bulb for any reason. Doing so can permanently damage the unit and will void your warranty.

## IF THIS SMOKE ALARM GOES INTO ALARM

**⚠ WARNING!**
If the smoke alarm and you are sounding the unit, it is warning you of a potentially dangerous situation. Don't ignore fire! Immediate evacuation, NEVER ignore any alarm. If the alarm is sounding and you are not expecting a fire, it could mean a real fire. Investigate the cause of the alarm, and get everyone out of the home immediately.

Never disconnect the AC power to quiet an unwanted alarm. Disconnecting the power disables the alarm so it cannot warn you in a smoke or fire. This will remove your protection. Instead open a window or fan the smoke away from the unit. The alarm will reset automatically.

**⚠ DANGER!**
ELECTRICAL SHOCK HAZARD! Attempting to disconnect the power connector from the unit when the power is on may result in electrical shock, serious injury or death.

**IMPORTANT!**
When an interconnected system of AC powered units is in alarm, the alarm indicator light on the unit that initiated the alarm will blink rapidly, it will remain OFF on the remaining units.

### Responding To An Alarm

During an alarm, you will hear a loud, repeating horn pattern: 3 beeps, pause, 3 beeps, pause.

If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately. Stay calm and follow your family escape plan. Every minute counts, so don't waste time getting dressed or gathering valuables. As you leave the home, feel doors with the back of your hand. If the door is hot, use another way out. Never open a door that is hot. Call your local fire department from outside, and give them your name and address. If it is safe to do so, fight the fire yourself, and never go back inside a burning building for any reason.

If the unit alarms and you are certain that the source of smoke is not a fire—cooking smoke or an extremely dusty furnace—open a nearby window or door and fan the smoke away from the unit. This will silence the alarm, and once the smoke clears the unit will reset automatically.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

If the unit is not working properly, there are a few simple things you should check before returning or replacing the unit.

- Make sure it is clean as described in "Regular Maintenance." A build-up of dirt, dust or grease can affect the performance.
- Make sure the unit is installed in a proper location. If you experience frequent unwanted alarms, try relocating the unit. See "Where To Install Smoke Alarms" for details.
- Make sure it is receiving AC power from the household current.

**⚠ CAUTION!**
Always disconnect the branch circuit before working on AC or AC/DC smoke alarm. First, turn off the AC power. Finally, at the breaker box, turn the switch to the off position until the alarm sounds with battery back-up. If the unit is not working properly and the AC power is on, the unit needs service.

If the unit is still not operating properly, send it, shipping prepaid, to BRK Brands, Inc., Attn: Consumer Service, Aurora, Illinois 60504-2495. Enclose a note in the package describing what's wrong with the unit. See warranty information in the end of this manual.

5



## 10-YEAR LIMITED WARRANTY

Coverage: BRK Brands, Inc. warrants to the original retail purchaser that its enclosed smoke alarm be free from defects in materials and workmanship under normal use for a period of ten years from the date of purchase. During the first year of that ten year of purchase, BRK Brands, Inc. will repair or replace any defective smoke alarm without charge. During the next nine years of that ten year period, BRK Brands, Inc. will replace any defective smoke alarm at a charge to you not to exceed BRK Brands, Inc.'s cost. This is your exclusive warranty.

This warranty is valid for the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. Dealers, service centers, or the original seller are not authorized to extend or modify the terms and conditions of this warranty. In the event of defect, if your smoke alarm were installed in accordance with this warranty is valid for the manufacturer at time of installation and that is not transferable.

This warranty does not cover normal wear of parts or damage resulting from any of the following: negligent use or misuse of the product, use on improper voltage of current, use contrary to the operating instructions, disassembly, repair or alteration by anyone other than BRK Brands, Inc. Further, the warranty does not cover Acts of God, such as fire, flood, hurricanes and tornadoes.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Except to the extent prohibited by applicable law, any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of the 10 year. Some states, provinces, or jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state, or province to province.

How to obtain warranty service: In need of repair should be returned, shipping prepaid, to BRK Brands, Inc., Attn.: Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8122.









# First Alert

## User's Manual

Ionization Smoke Alarm
With "Sine-Wave"
Non-Replaceable
Lithium Power Cells
Cat. SA101TK

IMPORTANT! PLEASE READ CAREFULLY AND SAVE.
This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

**INSIDE THIS MANUAL**

THIS USER'S MANUAL HAS BEEN DESIGNED TO PRINT OUT ON 8-1/2 x 11" PAPER. BLACK page numbers reference the original printed document. RED page numbers reference this web version.

Other Features of Smoke Alarms .................................................. 1
Limitations of Smoke Alarms ........................................................ 1
Special Compliance Considerations ............................................. 1

Model
SA101TK

## OTHER FEATURES OF SMOKE ALARMS

## SPECIAL COMPLIANCE CONSIDERATIONS

## LIMITATIONS OF SMOKE ALARMS

All Rights Reserved. ©1999 BRK Brands, Inc. • 3901 Liberty Street Road, Aurora, IL 60504-8122

## AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**
This equipment should be installed in accordance with the National Fire Protection Association's Standard 72, National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Additional local building code and jurisdictional requirements apply in your area. The smoke alarm's local compliance requirements before beginning any installation.

**NFPA Standard 72 Section 2-2.1.1.1**

2-2.1.1.1 Smoke detectors shall be installed in each separate sleeping area in the immediate vicinity of the bedrooms and on each additional story of the family unit, including basements and excluding crawl spaces and unfinished attics. In new construction, a smoke detector also shall be installed in each sleeping room. Split level arrangements shall be equipped as follows: 2-2.1.1 In new construction, where more than one smoke alarm is required by 2-2.1.1 alarms shall be so arranged, 2-2.2.1 Smoke detectors/Fire Smoke Alarm Detection? The required number of smoke alarms might not provide adequate early warning. For this reason, it is recommended that the householder consider the use of additional smoke alarms for those areas for increased protection. The additional areas include the basement, bedrooms, dining room, furnace room, utility room and hallways. The installation of smoke alarms in kitchens, attics (finished or unfinished), or garages is not normally recommended, as these locations occasionally experience conditions that can result in improper operation.

**California State Fire Marshal**

Early warning detection is best achieved by the installation of fire detection equipment in all rooms and areas of the household as follows: A smoke alarm installed in each separate sleeping area (in the vicinity, but outside the bedrooms), and heat or smoke alarms in the living rooms, dining rooms, bedrooms, kitchens, hallways, finished attics, furnace rooms, closets, utility and storage rooms, basements, and attached garages.

## WHERE NOT TO INSTALL SMOKE ALARMS

For best performance, do not install the units:

- Where combustion particles are produced. Combustion particles form when something burns. Areas to avoid include poorly ventilated kitchens, garages, and furnace rooms. Keep units at least 20 feet (6 m) away from the sources of combustion particles (stove, furnace, water heater, space heater) if possible. In areas where a 20-foot (6 m) distance is not possible, in rooms that might contain a source of combustion particles, the smoke alarm should be placed as far away from these as possible, preferably on the ceiling.
- In air streams near kitchens. Air currents can draw cooking smoke into the sensing chamber of a smoke alarm near the kitchen.
- In very damp, humid or steamy areas, or directly near bathrooms with showers. Keep units at least 10 feet (3 meters) away from showers, saunas, dishwashers, etc.
- In very cold or very hot areas, including unheated buildings or outdoor rooms. If the temperature goes above or below the operating range of the smoke alarm, it will not function properly.
- In very dusty, dirty, or insect-infested areas. Dirt and dust can accumulate on the alarm's sensing chamber, and make it too sensitive. Additionally, insects can clog openings in the sensing chamber and cause unwanted alarms.
- Near fresh air vents or very drafty areas. Air conditioners, heaters, fans, and fresh air vents and registers can drive smoke away from smoke alarms.
- In dead air spaces. Dead air spaces may prevent smoke from reaching a smoke alarm. Refer to the mounting information to avoid dead air spaces. Drafts can blow smoke away from the unit, in the top of peaked "A" frame type ceilings. The dead air at the top may prevent smoke from reaching the unit in time to alarm. Do not install smoke alarms in this area. A smoke alarm located in a corner must be installed in "dead air" spaces. Electrical "noise" can interfere with the sensor.

• "Dead Air" spaces (see "Avoiding Dead Air Spaces" below).



2

---

It may not be heard if: 1) the unit is located outside a closed or partially closed door; 2) occupants recently consumed alcohol or drugs; 3) the alarm is drowned out by noises from stereos, TV, traffic, air conditioner, or other appliances.
4) occupants are hearing impaired or sound sleepers. Special purpose units, like those with visual and audible alarms, should be installed for hearing impaired residents.

This alarm may not have time to warn before the smoke causes damage, injury or death, since smoke some fires may not reach out each the unit immediately. Examples of this include persons smoking in bed, children playing with matches, or fires caused by violent explosions resulting from escaping gas.

This alarm is not a substitute for property or life insurance. Though smoke alarms are made of components that can wear out or fail at any time. You must test the unit weekly to be sure it is operating properly. Smoke alarms cannot last forever. The unit, and every part of it, should be replaced 10 years after installation.

Smoke alarms have a limited life. The unit should be replaced immediately if it is not operating properly. It is recommended you replace a smoke alarm after 10 years from date of manufacture. See back of smoke alarm for manufacture mark.

## WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES

The National Fire Protection Association (NFPA) recommends one smoke alarm on every floor, in every sleeping area, and in every bedroom. In new construction, the smoke alarms must be AC powered and interconnected. See Agency Placement Recommendations for details. For additional coverage, it is recommended that you install a smoke alarm in all rooms, halls, storage areas, finished attics, and basements, where temperatures normally remain between 40°F (4°C) and 100°F (38°C). Make sure no door or other obstruction could keep smoke from reaching the smoke alarms.



More specifically, install smoke alarms:

- On every level of your home, including finished attics and basements.
- In every bedroom (so people sleep with the door partly or completely closed.)
- In the hall near every sleeping area. If your home has multiple sleeping areas, install a unit in each. If a hall is more than 40 feet (12 meters), install a unit at each end.
- At the top of the first-to-second floor stairway, and at the bottom of the basement stairway.

**IMPORTANT!**
Check with your local Fire Department for current requirements in your area. It is recommended that AC or AC/DC units be interconnected for added protection.

### INSTALLING SMOKE ALARMS IN MOBILE HOMES

For modern mobile homes, install smoke alarms as noted above. For minimum security, put at least one smoke alarm as close to each sleeping area as possible. For more security, install a unit in each room. For minimum security in older mobile homes, install a unit in each room.

For additional security, install one smoke alarm as close to each sleeping area as possible. For older mobile homes that are not well insulated, avoid installing smoke alarms near the outside walls and roof. In many older mobile homes (especially if they are not well insulated), the amount of insulation makes it important to install units on inside walls only. Smoke alarms should be installed where temperatures normally remain between 40°F (4°C) and 100°F (38°C).

## PROTECTING YOUR FAMILY FROM FIRE

Putting smoke alarms in one room is probably your family from fires. You must also reduce the chance a fire will start in your home, and have a plan of escaping to safety if a fire does. To have a good fire safety program, you must know how a fire and family at least ten reasons in your home, including small children, 1) Draw a floor plan of your home and family, at least ten reasons to your home and escaping in the event of each fire. 2) Decide on a safe meeting place outside away from your home, and make sure everyone knows where to go to meet at the Fire Department from outside the home, if there is a fire, everyone knows to escape. 3) Practice escape routes and meeting at least twice a year, and at least once a year at night. 4) Install the smoke detector every room if necessary.

Install at least one smoke alarm on every level of your home, in every bedroom, and in every sleeping area. Keep alarm in the hall and bedroom in every bedroom. Replace the alarm immediately if they are not working properly. Smoke alarms that do not work cannot alert you to a fire.

Keep at least one working fire extinguisher on your floor, and an additional one in the kitchen. Have the escape ladders or other stable mounting escape from an upper floor in case exits are blocked.

Follow safety rules, and prevent hazardous situations: 1) Use smoking materials properly. Never smoke in bed. 2) Keep matches and lighters away from children. 3) Store flammable liquids properly. 4) Keep electrical appliances in good condition and don't overload electrical circuits. 5) Keep stoves, furnaces and areas clean, away from flammable materials. 6) Don't let ashes accumulate.

## WHAT TO DO IN CASE OF FIRE

- Don't panic, stay calm. Follow your family escape plan. Your safe escape may depend on thinking clearly and remembering what you have practiced.
- Get out of the house as quickly as possible. Don't stop to get dressed or collect anything.
- Feel doors with the back of your hand before opening them to see if they are hot. If a door is cool, open it slowly. Don't open it if it feels hot — use your alternate escape route.
- Cover your nose and mouth with a cloth (preferably wet). Take short, shallow breaths.
- Keep close to the floor where the air is cleaner, and crawl to escape through smoke.
- Meet at your planned meeting place outside your home, and do a head count to make sure everybody got out.
- Call the Fire Department as soon as possible from outside. Give your address, then your name. Never go back inside a burning building for any reason.

Contact your Fire Department for advice on making your home safer and on creating your own family escape plan.

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

Read "Where To Install Smoke Alarms" and "Where Not To Install Smoke Alarms" before beginning. This unit monitors the air at the detector and sounds an alarm only if the amount of smoke reaches the alarm set point. It does not sense gas, heat or flames. This unit does NOT protect against the possibility of developing fire if it is installed, maintained and located where smoke can reach it, and where the alarm can be heard. This unit will not warn you, hear, or harm, if it cannot prevent or extinguish fire.

⚠ **WARNING!**
- This unit will not alert hearing impaired individuals. An alarm sounded around families home. Special smoke detectors for the hearing impaired are available, and should be used by those with any hearing loss.
- Only AC powered units are intended for installation over junction boxes. Do not connect this unit to any other device. Connecting anything else to this unit may prevent it from working properly.

⚠ **CAUTION!**
- Do not install this unit over an electrical junction box, or warranty around junction boxes and other devices. Do not test the unit or the alarm with an open flame. Doing so may damage the unit and cause a fire. To test, use the test button only. Do not paint over this unit. Paint may clog the holes of this unit and prevent it from working properly. Warn children to never play with or near the smoke alarm unit. Replacing the batteries in the unit may affect the unit's performance.

## HOW TO INSTALL THIS SMOKE ALARM

⚠ **WARNING!**
This product is battery operated, detects smoke until you activate it. You must activate this unit for it to provide power from the power cells. Failure to activate the unit will prevent the alarm from providing protection in case of fire.

To activate this unit with current, simply reach the end of their service life, you must install a new smoke alarm. The unit before disposing of it.










**The Parts of the Smoke Alarm Cover**

| | |
|---|---|
| 1 | Clear test button |
| 2 | Blue "Push To Silence" button |

**The Parts Of the Smoke Alarm**

| | |
|---|---|
| 1 | Mounting bracket |
| 2 | Keyhole Shaped Mounting Slot "RROR" |
| 3 | Keyhole Shaped Mounting Slot "FOR" |
| 4 | Alignment Arrow On Mounting Bracket |
| 5 | Raised Activation Tab |
| 6 | Deactivation Tab (located under label) |
| 7 | Alignment Tab On Alarm |
| 8 | Turn to attach to bracket |
| 9 | Turn this way to remove from bracket |

**To install this smoke alarm, follow these steps:**

This unit is designed to be mounted on the ceiling, or on the wall if necessary.

Tools you will need: • Pencil • Drill with 3/16" (5 mm) drill bit • Standard/Philips™ slotted screwdriver • Hammer

**Install the mounting bracket:**

1. Locate the mounting bracket and find the two keyhole shaped slots marked "RROR" and "FOR".

2. Place the bracket on the wall or ceiling where you want to mount the alarm.

3. Hold the mounting bracket against the ceiling (or wall) and trace around the inside of the two keyhole slots labeled "RROR" and "FOR". (Fig. 1)

4. Make a pencil mark inside each outline for the mounting holes, one with the letter "F" in the slot marked "FOR", and the other with the letter "R" in the slot marked "RROR". You will then drill the holes so correctly and make it easier to attach the mounting bracket. (Fig. 2)

5. Using a 3/16-inch (5 mm) drill bit, drill a hole through each pencil mark.

6. If the screw anchors partly with a hammer, if necessary, until they are flush with the ceiling wall.

7. Tighten the screw (provided) into the screw anchors, then loosen them 2 turns.

8. Hold the mounting bracket against the ceiling or wall at the large end of slot, "RROR" slides over the mounting screw. Line the screw lines up with the letter "R" printed on the bracket. Turn the bracket so the screw head so the letter "F" slides into the narrow end of the keyhole slot. You will notice the screw lines up with the letter "F" printed on the bracket.

9. Rotate the mounting bracket so the right unit is firmly in the unit until the second screw head. Then insert the bracket so the narrow end of the second screw lines up with the "F" printed on the bracket.

10. Tighten both screws all the way.




## Activate the Power Cells

⚠️ **WARNING**

You must activate the power cells before attaching the smoke alarm to the bracket.

1. Peel the relief tab on the bottom of the alarm.

2. Insert a large coin in the slot. Turn clockwise by the right 1/2 turn until the unit clicks. This activates the power cell. If you have trouble activating the unit, Call Customer Service at 1-800-323-9005 for assistance.

3. You may hear a "beep" when you remove the activation tab. This indicates the power cells have been activated correctly, but you must still test the unit using the test button to make sure it is working properly.

4. Test the smoke alarm. Press and hold the test button on the cover of the unit for 5-20 seconds, or until the alarm sounds. If you continue to alarm for a few seconds after you release the button. During testing, the unit should sound a horn pattern 3 beeps, pause, 3 beeps, pause. If the unit does not alarm during testing, call Customer Service for assistance.

## Attach the Smoke Alarm to the Mounting Bracket

1. Line up the alignment tab on the unit with the alignment tab on the mounting bracket. Push the unit toward the bracket, and turn it clockwise until the unit snaps into place.

2. Test the unit again. Press and hold the test button for 5-20 seconds until the horn begins sounding. During testing, you will hear a horn, repeating horn patterns 3 beeps, pause, 3 beeps.

## WEEKLY TESTING

⚠️ **WARNING**

It is important to test this unit every week to make sure it is working properly. Using the test button is the recommended way to test this unit. Press and hold the test button on the cover of the unit for 5-20 seconds until the unit alarms. If you continue to alarm for a few seconds after you release the button. During testing, the unit should sound a horn pattern 3 beeps, pause, 3 beeps, pause.

## REGULAR MAINTENANCE

This unit has been designed to be as maintenance free as possible, but there are a few simple things you must do to keep it working properly.

• Clean the smoke alarm at least once a month, gently vacuum off dust using your household vacuum's soft brush attachment. Never use water, cleaners or solvents since these may damage the unit.

• Relocate the unit if it sounds frequent unwanted alarms. See "Where To Put Smoke Alarms."

When the power cells become weak, the smoke alarm will tell "chirp" about once a minute (the low battery warning "chirp"). If this occurs, replace the smoke Alarm immediately to continue your protection. (To make sure you are buying the correct power cell, replace the old power cells by carefully removing the unit and test the unit for the silence feature, wait at least 30 minutes before deactivating the unit.)

## TO DEACTIVATE THE SMOKE ALARM

⚠️ **WARNING**

The power cells in this unit are not replaceable. Once they reach the end of their service life, or after 10 years, replace the entire alarm—you must install a new smoke alarm.

**NOTE:**
The low power warning permits the low resistor "chirp" for the first minute. When you activate the unit by turning on the power cells, or when you test the unit, or when you interrupt the unit to silence it for 15 minutes as recommended. To make sure you are buying the correct power cell, the low power warning and not the resistor for the silence feature, wait at least 30 minutes before deactivating the unit.

**After 10 years or after the "low power warning" sounds (chirp every minute):**

1. Remove the label on the bottom of the unit and locate the flat metal tab.

2. Insert a flathead screwdriver into the slot and turn clockwise by the right until the tab to come out. This will discharge the power cells and deactivate the unit.

3. Once you discharge the unit, it will not detect smoke or alarm. It cannot be used for smoke alarm protection.

4. Install a new smoke alarm immediately.

## IF THIS SMOKE ALARM GOES INTO ALARM

⚠️ **WARNING**

If the unit alarms and you are not testing the unit, it is warning you of a potentially dangerous situation that requires your immediate attention. NEVER ignore any alarm. Ignoring the alarm may result in injury or death. If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately.

Never remove the power cells from a properly working smoke alarm to stop an unwanted alarm (caused by cooking smoke, etc.). Removing the power cells disables your alarm so it cannot sense smoke, and leaves you without protection. Instead, open a window or fan the smoke away from the unit. The alarm will reset automatically.

## Responding To An Alarm

During an alarm, you will hear a loud, repeating horn pattern 3 beeps, pause, 3 beeps, pause.

If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately. The "T4 Time" horn pattern of smoke alarm warns you to leave your home. If you are in doubt, if the unit alarms and you can't see the source of the smoke, leave immediately. Read "What To Do In Case Of Fire" for more information.

If the unit alarms and you are certain that the source of smoke is from a non-cooking source or a flre—cooking smoke or other similarly dangerous situation, for example—use the silence feature, press and hold the silence button or door and fan the smoke away from the unit. The unit alarms the alarm, and once the smoke clears the unit will reset automatically.

## Using The Silence Feature

The silence feature on this unit can temporarily quiet an unwanted alarm for several minutes. To use this feature, press the "Push To Silence" button on the cover. Once you activate it, you will hear a number "chirp" about once a minute for up to 15 minutes. The unit will remain in a reduced sensitivity state to re-alarm. If you still hear "chirp" and the unit is not in silence mode, re-sense the source of the smoke. The silence mode may re-silence quickly. If you do not limit the source of the smoke, do not assume it is an unwanted alarm. Hold, responding to a fire can result in property loss, injury or death.

⚠️ **CAUTION**

The silence feature should never disable the unit—it makes it temporarily less sensitive to smoke. For your protection, the unit is designed so it cannot be accidentally set into "silence" mode. Continuous smoke, it will return to alarm if smoke is present, or if too dense, the unit alarm in fire conditions. You should be able to silence the alarm in non-fire conditions. If you do not limit the source of the smoke, do not assume it is an unwanted alarm. Hold, responding to a fire can result in property loss, injury or death.



## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**

Smoke alarms may not operate properly because of dead power cells, a build-up of dirt, dust or grease on the smoke alarm vents, or an incorrect location. In the event your smoke alarm fails to operate properly, consult the following troubleshooting guide. Be sure to read the "Regular Maintenance" section that says the smoke alarm needs. If it fails to test properly when you use the test button, or if the problem persists, replace the smoke alarm immediately.

| Problem... | You noticed... |
|---|---|
| Smoke alarm goes into alarm when no smoke is visible. | • Clean the smoke alarm. (See "Regular Maintenance.") <br> • Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms (this is known as cooking problem). | • Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Alarm horn won't silence when you push the Silence button. | • Do not ignore the alarm! The smoke present may be actual smoke, indicating an emergency situation. |
| Smoke alarm "chirps" about once a minute (for longer than 30 minutes). | • Replace the unit. (See "Regular Maintenance.") <br> This is the low power cell warning. |
| Alarm horn no longer sounds during testing. | • Replace the unit if it is more than 10 years old and cannot be replaced during testing, or the power cells are at the end of their service life. (See "Regular Maintenance.") |

If the smoke alarm is not operating properly, send it, with your warranty, send it, shipping prepaid, along with original purchase receipt (or write down date purchased), to: BRK Brands, Inc., Attn: Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8132. Enclose a note in the package describing what is wrong with the unit.

⚠ **WARNING!**
Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY

Coverage. BRK Brands, Inc. warrants to the original purchaser that the first time device is materials and workmanship under normal use and service for a period of ten years from the date of purchase. During the first year after purchase, BRK Brands, Inc. will replace any defective smoke alarm without charge. During the next nine years, BRK Brands, Inc. will replace any defective smoke alarm at a charge to you not to exceed BRK Brands, Inc.'s cost. This is your exclusive warranty.

This warranty is valid to the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. BRK Brands, Inc. warranty obligations, at retail stores selling this product, do not have the right to alter, modify or any way change the terms and conditions of this warranty. This warranty does not cover normal wear of parts or damage resulting from any of the following: negligent use or misuse of the product, use of voltage currents other than as specified on the product, accident, neglect, abuse, alteration, misapplication, improper installation or tampering. This warranty is valid for the original purchaser at the time of installation from the date of original installation and is not transferable.

This warranty does not cover normal wear of parts or damage resulting from any of the following: improper use or misuse of the product, accident, neglect, abuse, alteration, misapplication, improper installation or tampering. This warranty is limited to repair or replacement of this product as described above. It does not warrant a "trouble-free" product.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. This warranty is in lieu of all other obligations or liabilities on our part. In no event shall BRK Brands, Inc. be liable for any loss or damage of any kind, including special, incidental or consequential damages, whether in contract, tort or otherwise, except those liabilities which BRK Brands, Inc. cannot lawfully limit or exclude. This is your exclusive remedy and we will not be liable for any special, incidental or consequential damages resulting from the use of this product or the breach of this warranty.

Service. If the unit under warranty is in need of repair, should be returned, shipping prepaid to BRK Brands, Inc., Attn: Consumer Affairs, 3920 Enterprise Court, Aurora, IL 60504-8132.

This smoke alarm is designed to operate for 10 years, and is backed by a 10-year limited warranty. To date, the actual alarm, however, has not been tested for 10 years. The power cells in this alarm are not replaceable. When you reach the end of their service life, you must replace the entire alarm to continue your protection.

## First Alert® User's Manual

Smoke, Flashlight First Smoke Alarm
Cat. SA90C, SA98C

Smoke, Flashlight First Smoke Alarm
With Escape Light® Feature
Cat. SA90B, SA150C








M08-0030-000

### INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**
This manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

THIS USER'S MANUAL HAS BEEN INSERTED TO PRINT OUT ON 8-1/2 x 11" PAPER.

BLACK page numbers reference the original printed document.
RED page numbers reference this web version.

Other Features of Smoke Alarms ...............................
Special Compliance Considerations ...........................
Limitations of Smoke Alarms .....................................
Where This Smoke Alarm Should Be Installed ..............
Where This Alarm Should Not Be Installed ...................
Properly, In Your Family Fire .....................................
Testing & Maintaining This Smoke Alarm ....................
About Smoke Alarms ...............................................
General Maintenance ...............................................
If Your Alarm Sounds .............................................
Mounting This Smoke Alarm ....................................
Troubleshooting ....................................................
Limited Warranty ..................................................
How to Reach Us ..................................................

All First Alert® brand items from BRK Brands, Inc.
Address: 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday-Friday, 7:30am-4pm Central Time: (800) 323-9005 • Internet: www.firstalert.com

### OTHER FEATURES OF SMOKE ALARMS

Battery DC-operated smoke alarms: Provide protection even when electricity fails, provided the batteries are fresh and correctly installed. Units are easy to install, and do not require professional installation.

AC-powered smoke alarms: Must be installed by a qualified electrician.

AC/DC powered smoke alarms (AC with battery backup): Can be interconnected so if one unit senses smoke, all units will sound. They are also AC-powered, meaning they are easy to install, and do not require professional installation.

### SPECIAL COMPLIANCE CONSIDERATIONS

### LIMITATIONS OF SMOKE ALARMS

Smoke alarms may not be heard. Though the alarm horn in this unit meets or exceeds current standards, there is no guarantee that the alarm will be heard or awaken a sleeper in all circumstances. If located outside the bedroom or on a different floor, hearing of the alarm may be less likely under some conditions, such as closed doors, a person who has taken drugs, or recently consumed alcohol or drugs. Smoke alarms may not be heard if the alarm is located on a different floor, or if it is located too far from the bedrooms, or if the doors of the bedrooms are closed, or for persons with hearing impaired members.

Smoke alarms may not have time to alarm before the fire itself causes damage, injury or death, or before occupants can escape. Smoke alarms also have a limited life. Smoke alarms should be tested weekly since they could fail to operate at any time. Batteries can be discharged or removed. If you fail to check and replace batteries, this could cause the alarm not to operate. Smoke alarms cannot prevent injury or death from explosions or escaping gas.

## WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES



## AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**
Smoke alarms should be installed in accordance with the National Fire Protection Association's Standard 72, National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Additional local building and fire codes may apply in your area. Always check compliance requirements before beginning any installation.

**NFPA Standard 72 Section 2-2.1.1.1**

## WHERE NOT TO INSTALL SMOKE ALARMS

## INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS

## HOW TO INSTALL THIS SMOKE ALARM

⚠ CAUTION

## PROTECTING YOUR FAMILY FROM FIRE

## WHAT TO DO IN CASE OF FIRE

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

⚠ WARNING!

⚠ CAUTION

















## IF THIS SMOKE ALARM GOES INTO ALARM

⚠ **WARNING!**

• If you exit alarms and you are not testing the unit, it is warning you of a potentially dangerous situation which requires your immediate attention. Actuation of your alarm indicates the presence of smoke which can indicate a fire. If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately.

Responding To An Alarm

During an alarm, you will hear a loud, repeating horn pattern 3 beeps, pause, 3 beeps, pause.

If an exit alarm and you are not testing, get everyone out of the house immediately.

If your smoke alarm goes into alarm, and you are not testing the unit.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**

| Problem: | You should: |
|---|---|
| Smoke alarm goes into alarm when no smoke is visible. | Clean the smoke alarm. (See "Regular Maintenance.") Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms. | Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | Check to see if the battery is low, working properly. (See "How to Install The Smoke Alarm" and "Testing.") Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is installed correctly and is working properly. (See "How to Install The Smoke Alarm" and "Testing.") |
| Alarm doesn't sound when trying the Remote Flashlight Test Feature | Make sure your flashlight has a strong enough beam. Test features should only be used during testing. |
| Models SA76RFA/SA76SC Only: Escape Light does not light during testing. | Make sure 9VDC batteries have been installed correctly. |

⚠ **WARNING!**

Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY

BRK Brands, Inc. shall not be liable for any damages.

This warranty shall not extend to the benefit of any person or entity.








# First Alert® User's Manual

Ionization Sensor™ Smoke Alarm
Cat. SA301B, SA301CU

Photoelectric/Io Sensor™ Smoke Alarm
Cat. SA350B, SA350CU

M05-0913-008 9/99

### IMPORTANT! PLEASE READ CAREFULLY AND SAVE.

This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

### INSIDE THIS MANUAL

Other Features Of Smoke Alarms ........................ 1
Special Compliance Considerations ...................... 1
Limitations Of Smoke Alarms .......................... 1
Where This Smoke Alarm Should Be Located .............. 2
Where This Smoke Alarm Should Not Be Located .......... 3
How To Install This Smoke Alarm ....................... 4
Testing And Maintaining Your Smoke Alarm .............. 5
Preparing Your Family For Fire ........................ 6
If The Smoke Alarm Sounds .......................... 7
General Maintenance Guidelines ....................... 8
Good Safety Habits ................................ 9
If The Smoke Alarm Does Not Work .................... 10
In Case Of Emergency ............................. 11
Limited Warranty ................................ 12







## OTHER FEATURES OF SMOKE ALARMS

## SPECIAL COMPLIANCE CONSIDERATIONS

## LIMITATIONS OF SMOKE ALARMS





## WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES

### INSTALLING SMOKE ALARMS IN MOBILE HOMES

### AGENCY PLACEMENT RECOMMENDATIONS

### NFPA Standard 72 Section 2-2.1.1.1

### California State Fire Marshal

### WHERE NOT TO INSTALL SMOKE ALARMS

**IMPORTANT!**

## PROTECTING YOUR FAMILY FROM FIRE

Putting smoke alarms is one step in protecting your family from fires. You must also reduce the chance a fire will start in your home, and have a plan for escaping safely if one does. To have a good fire safety program, you must:

Develop a family escape plan and practice it with everyone in your household. Draw a floor plan of your home and identify two escape routes from each room, especially bedrooms. If one escape route is blocked by smoke or fire, you and your family members should know another way out. Mark the location of each smoke alarm. Agree on a meeting place outside the home where everyone will gather to be counted. Step 2, Decide in advance who will help the young, old, or disabled escape safely. Step 3, Know where to go and call the Fire Department from outside the home. 4) Make sure everyone—including children—knows the alarm signal and how to react to it. 5) Teach them how to escape. 6) Practice the fire drill at least twice a year. 7) If the only way out of a room is through a window, make sure everyone knows how to open it. 8) Install the escape ladder if necessary.

Install at least one smoke alarm on every level of your home, in every bedroom, and in every sleeping area. Keep alarm clean, and test them weekly. Replace smoke alarms immediately if they are not working properly. Smoke alarms that are not working cannot protect you.

Keep at least one working fire extinguisher on every floor, and an additional one in the kitchen. Have fire escape ladders or other reliable means of escape from an upper floor in case stairs are blocked.

Practice safety rules and prevent hazardous situations: 1) Use smoking materials properly. Never smoke in bed. 2) Keep matches or lighters away from children. 3) Store flammable materials in proper containers. 4) Keep electrical appliances in good condition and don't overload electrical circuits. 5) Keep stove, barbecue grills, fireplaces and chimneys clean. 6) Use caution when using portable heaters and space heaters. Allow space around heaters for air circulation. 7) Keep portable heaters and open flames away from flammable materials. 8) Don't let rubbish accumulate.

### WHAT TO DO IN CASE OF FIRE

• Don't panic; stay calm. Follow your family escape plan. Your safe escape may depend on thinking clearly and remembering what you have practiced.
• Get out of the house as quickly as possible. Don't stop to get dressed or collect anything.
• Feel doors with the back of your hand before opening them to see if they are hot. If a door is cool, open it slowly. Don't open it if it feels hot—use an alternate escape route.
• Cover your nose and mouth with a cloth (preferably wet). Take short, shallow breaths.
• Keep doors and windows closed unless you need to escape through them.
• Meet at your agreed meeting place outside and do a head count to make sure everybody got out safely.
• Call the Fire Department as soon as possible from outside. Give your address, then your name.
• Never go back inside a burning building for any reason.

Contact your Fire Department for ideas on making your home safer and on creating your own family escape plan.

### IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

Read "Where To Install Smoke Alarms" and "Where Not To Install Smoke Alarms" before beginning. This unit monitors the air and, when it senses abnormally high levels of smoke or combustion products, the alarm sounds a warning. This unit can ONLY give you an early warning of developing fires if it is installed, maintained and located where smoke can reach it. When the alarm sounds, you have precious time, and do not ignore any hint, as described in this manual. This unit will not sense gas, heat, or flame. It cannot prevent or extinguish fires.

⚠ WARNING
• This unit will not alert hearing impaired residents. It is recommended that you install special signal alarms which emit a distinct light when the unit sounds.
• Do not connect this unit to any other alarm or auxiliary device. It is a single-station unit that cannot be linked to other devices. Connecting anything else to this unit may prevent it from working properly.

⚠ CAUTION
• Do not install this unit over an abandoned junction box. An opening around the junction box may allow drafts to pass under the smoke alarm, preventing the smoke from entering the alarm.
• Only AC powered units are intended for installation over a junction box.
• Do not mount this unit in the path of incoming or outgoing air. When drafts around this unit are too strong, the smoke may not reach the sensing chamber.
• In an emergency, exposure to the front of the unit can prevent the smoke from reaching the sensing chamber and prevent the unit from operating properly.

## HOW TO INSTALL THIS SMOKE ALARM

⚠ CAUTION
The battery was shipped "backwards" in the smoke alarm to keep it fresh. The smoke alarm cannot work properly until you reverse the battery and reinstall it in the correct position (follow polarity markings in the battery compartment).
The smoke alarm has a battery (not) which prevents it from attaching to the mounting bracket unless a battery is installed. This warning you's that will not operate without a battery.



**Other Models BA891B and BA891C**
| | |
|---|---|
| 1 | Clear test button (Photoelectric sensor) and power indicator light |



**Other Models BA890B and BA890C**
| | |
|---|---|
| 1 | Test button |
| 2 | Power indicator light |
| 3 | Sensing chamber opening |



### Parts of Smoke Alarm

| | |
|---|---|
| 1 | Mounting bracket |
| 2 | Raised "dome" in bracket center |
| 3 | Plastic screw anchors |
| 4 | Break-off tamper-resistant tab |
| 5 | Mounting screw and slot (1 of 2) |
| 6 | Mounting post |
| 7 | Install 9V battery here |
| 8 | "Missing battery" guard |
| 9 | Turn this way to remove from bracket |
| 10 | Turn this way to attach to bracket |

3



## To install this smoke alarm, follow these steps:

This unit is designed to be mounted on the ceiling or on the wall, if necessary.

Tools you will need:
- Drill with 3/16" (5 mm) drill bit.
- Standard/Phillips screwdriver.
- Hammer.
- Pencil.
- Anti-tamper optional "tamper-resistant" feature)

1. Hold base firmly and twist the mounting bracket (counterclockwise) to separate it from the base.

2. Hold the mounting bracket against the ceiling (or wall) and trace around the inside of the mounting bracket.

3. Put the unit where it won't get covered with dust when you drill the mounting holes.

4. Using a 3/16" (5 mm) drill bit, drill a hole through the center of the two outlines.

5. Insert the plastic screw anchors in the plaster. Tap with screwdriver into the holes. Tap the screw anchors gently with a hammer, if necessary, until they are flush with the ceiling or wall.

6. OPTIONAL: To make the smoke alarm "tamper-resistant".

7. Activate the battery before you attach the alarm.

8. Test the smoke alarm. See "Weekly Testing."

9. Attach the smoke alarm to the bracket. Line up the slots on the smoke alarm with the mounting bracket tabs. When the pad is in the hole, turn the base clockwise.

The smoke alarm detaches from the bracket:
Units without "Tamper-resistant" feature activated.
Units without "Tamper-resistant" feature activated. Turn the alarm base counterclockwise (left).

WEEKLY TESTING

WEEKLY TESTING

Models SA301B and SA303C

Models SA301B and SA301C

REGULAR MAINTENANCE

Choosing a replacement battery.

IMPORTANT!

## IF THIS SMOKE ALARM GOES INTO ALARM

⚠ **WARNING!**

The unit will alarm, and you are not testing it, it is warning you of a potentially dangerous situation that requires your immediate attention. NEVER ignore any alarm. Ignoring the alarm may result in injury or death. If the alarm sounds and you are not absolutely certain of the source of the smoke, get everyone out of the house immediately.

- Never remove the batteries from a battery operated smoke alarm to stop an unwanted alarm. Instead, press the silence button (if available), open a window or fan the smoke, and remove your protection. The alarm will reset automatically.

### Responding To An Alarm

During an alarm, you will hear a loud, repeating horn pattern (3 beeps, pause, 3 beeps, pause, 3 beeps, pause). If the unit alarms and you are not absolutely certain of the source of the smoke, get everyone out of the home immediately. Stay calm and follow your family escape plan. Every second counts, so don't waste time getting dressed or gathering valuables. As you leave the home, don't open any inside doors without first feeling their surface. If hot, or if you see smoke seeping through cracks, don't open that door! Instead, use your alternate exit. If the door is cool, open it carefully. If you have any doubt about the safety of an exit route, use an alternate exit. For example, the second-floor room you're in may have a window or door and the smoke may from the unit, and smoke and the smoke alarms the unit will reset automatically.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**

Smoke alarms may not operate properly because of dirt, relating of smoke batteries, a buildup of dirt, dust or grease on the smoke alarm cover, or installation in an improper location. Clean the smoke alarm as described in "Regular Maintenance," and install it fresh battery, then test the smoke alarm again. If it fails to test properly when you use the test button, or if a problem persists, replace the smoke alarm immediately.

| Problem... | You should... |
|---|---|
| Smoke alarm alarms when no smoke is visible. | Clean the smoke alarm. (See "Regular Maintenance.")<br>Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms (due to improper cooking smoke). | Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | Check that the battery is installed properly and is working properly. (See "How to Install This Smoke Alarm.")<br>Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.")<br>Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm.") |

If the smoke alarm is not operating properly, and is still under warranty, send it, shipping prepaid to BRK Brands, Inc., Attn. Consumer Affairs, 3900 Enterprise Court, Aurora, IL 60504-8122. Enclose a note in the package describing the trouble you're having with the unit.

⚠ **WARNING!**

Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY

BRK Brands, Inc. warrants to the original purchaser that its enclosed smoke alarm will be free from defects in material and workmanship under normal use and service for a period of ten years from the date of purchase. During this period, if the product proves to be defective, BRK Brands, Inc. will at its option repair or replace it at no charge.

This warranty does not apply to smoke alarm batteries. This warranty applies only to defects in workmanship and materials. This warranty does not cover damage resulting from improper care, accident, misuse, or abuse.

This warranty is valid for the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. Dealers, service centers, or retail stores selling BRK Brands, Inc. products do not have the right to alter, modify or in any way change the terms and conditions of this warranty. If the warranty is void, the warranty is void and the warranty is not transferable.

This warranty does not cover removal or reinstallation costs, and does not apply to the following products by BRK Brands, Inc. to the breach of any express or implied warranty, condition or covenant with respect to this product, except for the obligation, liability and remedies, whether in contract, tort, or otherwise under this warranty.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Except to the extent prohibited by applicable law, any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of the warranty. Some states, provinces, or jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state.

Services liability agreement, the terms of which, should be obtained, shipping prepaid, to BRK Brands, Inc., Consumer Affairs, 3900 Enterprise Court, Aurora, IL 60504-8122.

Warranty: BRK Brands, Inc. makes no warranties, express or implied, written or oral, including that of merchantability or fitness for any particular purpose, with respect to the battery.

5








# First Alert

## User's Manual
### Smoke Alarms

AC Powered Smoke Alarm
with Battery Back-up and
Silence Feature
Cat. SA4115C, SA4115B
Type: 120V AC, 60Hz, 0.5A

AC Powered Installation Smoke Alarm
with Battery Back-up
Cat. SA4119C, SA4119B
Type: 120V AC, 60Hz, 0.5A






M08-0017.C/03 9/00

**INSIDE THIS MANUAL**

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**
This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

**THIS USER'S MANUAL HAS BEEN REVISED TO POINT OUT, ON 9-1/2 x 11" PAPER, BLACK INK.** KEEP page numbers references this user's manual.

Other Features of Smoke Alarms ................................ 1
Special Compliance Considerations .......................... 1
Limitations of Smoke Alarms ..................................... 1

All Rights Reserved. ©2000 BRK Brands, Inc.
BRK Brands, Inc., 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday–Friday, 7:30am–5pm Central Time: (800) 323-9005 • Internet: www.firstalert.com

## OTHER FEATURES OF SMOKE ALARMS

## SPECIAL COMPLIANCE CONSIDERATIONS

## LIMITATIONS OF SMOKE ALARMS






## AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**

**NFPA Standard 72 Section 2-2.1.1.1**

**California State Fire Marshall**

## WHERE NOT TO INSTALL SMOKE ALARMS

## WHERE TO INSTALL SMOKE ALARMS

## INSTALLING SMOKE ALARMS IN SINGLE-/FAMILY RESIDENCES

**IMPORTANT!**

## INSTALLING SMOKE ALARMS IN MOBILE HOMES

## PROTECTING YOUR FAMILY FROM FIRE

## WHAT TO DO IN CASE OF FIRE

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

**⚠ DANGER!**

**ELECTRICAL SHOCK HAZARD.** Turn off power at the area where you will install this unit at the circuit breaker or fuse box before installation. Failure to turn off the power before installation may result in serious electrical shock, injury or death.

**⚠ WARNING!**

## Understanding The Indicator Lights and Alarm Horn Patterns

| | Normal Operation | Test Condition | Alarm Condition* (Initiating Unit) |
|---|---|---|---|
| **AC Power** | Constant Red LED | Constant Green LED | Constant Green LED |
| **DC Power** | | | |



## WEEKLY TESTING

⚠ **WARNING!**

## REGULAR MAINTENANCE

⚠ **WARNING!**

**IMPORTANT!**

## Choosing a replacement battery

⚠ **WARNING!**

**IMPORTANT!**

## IF THIS SMOKE ALARM SOUNDS

⚠ **WARNING!**

⚠ **DANGER!**

**IMPORTANT!**

### Responding To The Alarm

### Using The Silence Features

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

⚠ **CAUTION!**

⚠ **CAUTION!**

⚠ **CAUTION!**



# First Alert® User's Manual





Smoke Alarms With Silence Feature
Cat. SA87A, SA87C

Smoke Alarms With Silence Feature and Long-Life Lithium Power
Cat. SA87B, SA87C

M08-3008-008 9/99

## INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**

This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

THIS USER'S MANUAL CONTAINS IMPORTANT REFERENCES TO THE ORIGINAL PRINTED DOCUMENT.
**BLACK AND RED** CONSTITUTE REFERENCE TO THE ORIGINAL PRINTED DOCUMENT.

### THIS USER'S MANUAL HAS BEEN REDUCED TO PERMIT OUT ON 8-1/2 x 11" PAGES.

Other Features of Smoke Alarms .................................................. 1
Special Compliance Considerations ............................................. 1
Limitations of Smoke Alarms ...................................................... 1
Where To Install Smoke Alarms .................................................. 2/2
Where Not To Install Smoke Alarms ............................................ 2/2
Prepare To Install Smoke Alarms ................................................ 3
How To Install This Smoke Alarm ............................................... 3
What To Do In Case Of Fire ....................................................... 3
Weekly Testing ........................................................................ 4/4
To Install This Smoke Alarm ...................................................... 4/4
Regular Maintenance ................................................................ 4/4
If The Smoke Alarm Does Not Work ........................................... 4/4
If The Smoke Alarm Sounds Its Alarm ........................................ 4/4
10-Year Limited Warranty ......................................................... 4/4

BRK Brands, Inc. 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday–Friday, 7:30am–5pm Central Time: (800) 323-9005 • Internet: www.firstalert.com

## OTHER FEATURES OF SMOKE ALARMS

## SPECIAL COMPLIANCE CONSIDERATIONS

## LIMITATIONS OF SMOKE ALARMS

### WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES



**IMPORTANT**

### INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS

### AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT**

**NFPA Standard 72 Section 2-2.1.1.1**

**California State Fire Marshal**

### WHERE NOT TO INSTALL SMOKE ALARMS




2

## HOW TO INSTALL THIS SMOKE ALARM






### Cover of Smoke Alarm

| 1 | "Open Here" tab | 3 | Test button and power/alarm indicator |
|---|---|---|---|
| 2 | Cover hinge | 4 | Silence button |

### Parts of Smoke Alarm (Cover Open)

| 1 | "Open Here" tab |
|---|---|
| 2 | Test button and power/alarm indicator |
| 3 | Silence button |
| 4 | Smoke alarm face |
| 5 | Mounting slots |
| 6 | DO NOT install any battery here |
| 7 | Install 9V battery here |

**⚠ CAUTION!**

## PROTECTING YOUR FAMILY FROM FIRE

## WHAT TO DO IN CASE OF FIRE

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

**⚠ WARNING!**

**⚠ CAUTION!**

## To install this smoke alarm, follow these steps:

This unit is designed to be mounted on the ceiling, or on the wall if necessary.

Tools you will need:

- Pencil
- Drill with 3/16" (5 mm) drill bit
- Standard slotted screwdriver
- Hammer

1. Hold base firmly and pull up on cover tab marked "OPEN HERE". This will detach the cover from the base.

2. Hold the base over the location you want to install the smoke alarm.

3. Using a pencil, mark the two mounting holes.

4. Using a 3/16" (5 mm) drill bit, drill a hole through each panel mark.

5. Insert the plastic screw anchors in the plastic bag, tap them into the holes with a hammer.

6. Tighten the screws (provided) into the screw anchors.

7. If the smoke alarm over the screw heads as shown. Close the cover.

8. Activate the battery.

9. Once the cover is installed, the red power indicator light will flash once every minute to show you the smoke alarm is working.

10. Close the cover all the way.

11. Test the smoke alarm. See "Weekly Testing".

## WEEKLY TESTING






















## REGULAR MAINTENANCE

This unit has been designed to be as maintenance free as possible, but there are a few simple things you must do to keep it working properly.

- Test it at least once a week.
- Clean the unit at least once a month.

### Checking a replacement battery:

⚠ WARNING

### IMPORTANT!

Cat. Nos. SA87B and SA87C ONLY:

## IF THIS SMOKE ALARM GOES INTO ALARM

⚠ WARNING

⚠ WARNING

### Responding To An Alarm

Case 1:98-cv-00186    Document 157    Filed in TXSD on 05/13/2002    Page 44 of 59

## Using the Silence Feature

The alarm has a temporary silence feature. To use this feature, press the "Push to Silence" button on the cover. The alarm will "chirp" about once a minute for up to 15 minutes to remind you the alarm has been silenced. The "chirping" will stop when the unit returns to normal operation.

**WARNING!**

The silence feature does not disable the unit—it makes it temporarily less sensitive to smoke. For your safety, if smoke around the unit is dense enough to suggest a dangerous situation, it will stay in alarm or return to alarm mode quickly. If you do not understand why it is in unwanted alarm, then responding to an alarm may result in property loss, injury or death.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**
Smoke alarms may not operate properly because of dust, wiring or weak batteries, a build-up of dirt, dust or grease on the smoke alarm cover, or installation in an improper location. Clean the smoke alarm as described in "Regular Maintenance," and test it then again, if it fails to work properly, replace the smoke alarm immediately.

| Problem: | You should: |
|---|---|
| Smoke alarm alarms when no smoke is visible. | Check the smoke alarm. (See "Regular Maintenance.")<br>Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms (this is because of cooking smoke). | Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.")<br>Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.")<br>Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.") |
| Alarm horn will not silence when you push the Silence button. | Do not ignore the alarm! Smoke present may be too dense, indicating an emergency situation. |

If the smoke alarm is still not operating properly, and it is still under warranty, return it to the store where you purchased it with original purchase receipt for a refund or replacement. For BRK Brands, Inc., Attn: Consumer Affairs, 3901 Liberty Street Road, Aurora, IL 60504-8122. Enclose a note in the package describing what is wrong with the unit.

**WARNING!**
Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY

Coverage. BRK Brands, Inc. warrants to the original purchaser that its enclosed smoke alarm be free from defects in materials and workmanship under normal use and service for a period of ten years from the date of purchase. BRK Brands, Inc., at its option, will repair or replace this smoke alarm or any part thereof which is found to be defective during the warranty period. During the warranty period, BRK Brands, Inc. will replace any defective smoke alarm free of charge so you are not charged BRK Brands, Inc. is your exclusive warranty.

This warranty extends to the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. Dealers, service centers, or retail outlets selling this product do not have the right to alter, modify or any way change the terms and conditions of this warranty. In non-mechanism, if your smoke alarm was purchased by a contractor, the warranty is valid for the remainder of the initial installation from the date of original installation and is not transferable.

This warranty does not cover normal wear of parts or damage resulting from any of the following: misuse or abuse of this product, or use on improper voltage, current or battery; use contrary to the operating instructions, disassembly, repair or alteration by anyone other than BRK Brands, Inc. Further, the warranty does not cover acts of God, such as fire, flood, hurricanes and tornadoes.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Except to the extent prohibited by applicable law, any implied warranty of merchantability or fitness for a particular purpose is limited in duration to 10 years. Some states, provinces or jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state, province to province.

Service. If this product should become defective, shipping prepaid, to BRK Brands, Inc., Attn:
Consumer Affairs, 3901 Liberty Street Road, Aurora, IL 60504-8122.
Warranty. BRK Brands, Inc. makes no warranty, express or implied, written or oral, including that of merchantability or fitness for any particular purpose, with respect to this battery.








# First Alert® User's Manual

Battery Flashlight Test Smoke Alarm
With Silence Feature
Cat. SA88E, SA89C

Smoke Alarm / Flashlight Test Smoke Alarm
With Silence Feature
and 5-Year Extended Life Battery
Cat. SA88E, SA89C

M05-0011-006 9/99

## INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**

This User's Manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this Manual—or a copy of it—with the end user.

THIS USER'S MANUAL HAS BEEN REVISED TO INSERT PART 08-A-10 & 1/18 PANEL. R&D page numbers reference this web version.

Other Features of Smoke Alarms ........................... 1
Limitations of Smoke Alarms .............................. 1
Introduction ............................................. 2
Where to Install Smoke Alarms ............................ 2/3
Where This Alarm Should Be Installed ..................... 2/3
Where Not To Install Smoke Alarms ....................... 3
Proper Mounting of a Smoke Alarm ........................ 3
How To Install This Alarm ................................ 3/4
Regular Maintenance ..................................... 4
How to Operate This Smoke Alarm ......................... 4/5
If Your Alarm Sounds ..................................... 5
Weekly Testing .......................................... 5
What To Do When the Alarm Sounds ....................... 5/6
If The Smoke Alarm Does Not Operate ..................... 6
General Maintenance ...................................... 6
Limited Warranty ........................................ 6
5-Year Limited Warranty ................................. 6/7

All Rights Reserved. ©1999 BRK Brands, Inc.
BRK Brands, Inc. • 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday-Friday, 7:30am-5pm Central Time: (800) 323-9005 • Internet: www.firstalert.com

## OTHER FEATURES OF SMOKE ALARMS

Battery (DC) operated smoke alarms. Provide protection even when electricity fails, provided the batteries are fresh and correctly installed. Units are easy to install, and do not require professional installation.

AC powered smoke alarms. Can be interconnected so if one unit senses smoke, all units alarm. They do not operate if electricity fails. Units must be installed by a qualified electrician.

AC/DC powered smoke alarms (AC with battery back-up). Can be interconnected so if one unit senses smoke, all units alarm. They will operate if electricity fails, provided the batteries are fresh and correctly installed.

Smoke alarms are the hearing impaired. Special purpose smoke alarms should be installed for the hearing impaired. They include a visual alarm and an audible alarm horn, and meet the requirements of the Americans With Disabilities Act. These units are to be connected to AC or AC with battery back-up. If they are battery operated only, the battery must be replaced by a qualified electrician. First Alert smoke alarm model SA300B is a UL Listed smoke alarm for use by the hearing impaired, which features a xenon strobe light. Consult with local building codes for specific requirements in your area, and as described in Chapter 2 of the National Fire Protection Association (NFPA) Standard 72. National Fire Alarm Code and NFPA 101 (Life Safety Code), published by the National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Local building codes may also require specific units in some areas.

## SPECIAL COMPLIANCE CONSIDERATIONS

This smoke alarm is not a suitable substitute for complete fire detection systems in places having high concentrations of people (hotels, motels, dormitories, hospitals, nursing homes, etc.) unless there are also sufficient detection systems in bedrooms, hospitals, long-term health care, nursing homes, etc. For complete protection this smoke alarm is not intended for use in detection systems in warehouses, industrial facilities, commercial buildings, and special purpose non-residential buildings which require special detection and alarm systems. Depending on the building codes in your area, this smoke alarm may be used to provide additional protection in these facilities.

The following information applies to all other types of buildings. Read below. In non-commercial and single family residential buildings that use AC or AC/DC powered smoke alarms, in existing construction, AC, AC/DC, and AC/DC powered smoke alarms can be installed to meet the requirements for single-station smoke alarms required by NFPA 74, National Fire Alarm Code, local building codes, or consult your Fire Department for detailed information.

1. Single-Family Residences. Single family homes, townhouses & apartments should be installed on every level of the home, in every bedroom, and in each hallway.

2. Multi-Family or Commercial Residences. Advanced buildings, condominium. This smoke alarm is suitable for use in individual apartments or rooms, provided a primary fire detection system already exists in common areas that does not provide sufficient warning to all residents to meet local fire protection code/regulations.

## LIMITATIONS OF SMOKE ALARMS

Smoke alarms are only as good as their installation, maintenance, and the presence of working batteries. This smoke alarm is suitable for use in individual apartment, condominium, long-term health care facilities, townhouses, etc. provided a primary detection system already exists in common areas that does not provide sufficient warning to all residents to meet local fire protection code/regulations.

Smoke alarms have a limited lifespan. If you are concerned about the limitations of this smoke alarm, you should replace it every 10 years.

Smoke alarms will not work without power. Battery operated units cannot work if the batteries are missing, disconnected or dead. If the wiring type of batteries are used, or if the batteries are not installed correctly, AC units cannot work if the AC power has been cut off for any reason (power failure, blown fuse, cut wire, etc.). If you are concerned about the limitations of AC power, you should install units which have battery back-up.

Smoke alarms cannot detect fires if the smoke does not reach them. Smoke from fires in chimneys or walls, on roofs, or on the other side of a closed door may not reach the smoke alarm and set off the alarm. That is why units should be installed in every bedroom, and on every level of the home.

Smoke alarms may not always be heard. Although the alarm meets or exceeds current standards, the alarm horn may not wake up a sound sleeper or one who has recently used drugs or alcohol. For a sound sleeper, or if there is someone hard of hearing, or other conditions that may prevent your hearing the alarm, we recommend installing special units which include visual and vibrating alarm signals. The alarm may not be heard if it is installed outside the bedroom or on a different level of the home. Even persons who are awake may not hear an alarm if the sound is blocked by distance or closed doors, or is drowned out by other noises. This smoke alarm is designed to be as loud as we believe is safe. Installing multiple smoke alarms throughout the home, interconnected if possible, may provide better warning.

Smoke alarms may not be heard. Though the alarm horn in this unit meets or exceeds current standards.

## AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**

**NFPA Standard 72 Section 2-2.1.1.1**

**California State Fire Marshall**

## WHERE NOT TO INSTALL ALARMS



## WHERE TO INSTALL SMOKE ALARMS

## INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES

**IMPORTANT!**

## INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS

**⚠ WARNING!**

## PROTECTING YOUR FAMILY FROM FIRE

## WHAT TO DO IN CASE OF FIRE

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

**⚠ WARNING!**

**⚠ CAUTION!**

## HOW TO INSTALL THIS SMOKE ALARM

**⚠ CAUTION!**









| Order of Smoke Alarm | |
|---|---|
| 1 "Open Here" tab | 3 Test button/Hush/flashlight test button/sensor |
| 2 Cover hinge | 4 Silence button |

| Parts of Smoke Alarm (Cover Closed) | |
|---|---|
| 1 "Open Here" tab | |
| 2 Test button/flashlight sensor | |
| 3 Silence button | |
| 4 Smoke alarm base | |
| 5 Mounting area | |
| 6 DO NOT install any battery here | |
| 7 Install 9V battery here | |



**IF THIS SMOKE ALARM GOES INTO ALARM**

⚠ **WARNING!**

**Responding To An Alarm**

⚠ **WARNING!**

**Using the Silence Feature**

⚠ **WARNING!**

**IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY**

**IMPORTANT!**

| Problem | The alarm... |
| --- | --- |
| Smoke alarm alarms when no smoke is visible. | Clean the smoke alarm. (See "Regular Maintenance.") Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms due to cooking. | Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | Check that the battery is installed correctly and is working properly. (See "How to Install The Smoke Alarm," and "Weekly Testing.") Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is working properly. (See "How To Install The Smoke Alarm" and "Weekly Testing.") |
| Alarm horn will not silence when you push the Silence button. | Do not ignore the alarm! Smoke present may be too dense, indicating an emergency situation. |
| Alarm doesn't sound when trying to push the Silence button. | Make sure your flashlight test is giving enough beam. The beam of light must be on the sensor. If you have it pointed at grilled casting, you may have to slide the test button manually. See "Weekly Testing." |

**10-YEAR LIMITED WARRANTY**

⚠ **WARNING!**
Do not try to fix the unit yourself—this will void your warranty!

# First Alert® User's Manual





Smoke Flashlight Test Smoke Alarm
Cat. SA100, SA100C

Smoke Flashlight Test Smoke Alarm
With Escape Light® Feature
Cat. SA150®, SA150C

M08-0009-009 9/99

## INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**

This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual—or a copy of it—with the end user.

THIS USER'S MANUAL INDICATES WHERE TO PRINT OUT OR 8-1/2 x 11" PAPER. BLACK page numbers reference the original printed document. RED page numbers reference blue ink version.

Other Features of Smoke Alarms .................................................
Limited On/Off Smoke Considerations .........................................
Where To Install Smoke Alarms .................................................
Where Not To Install Smoke Alarms ...........................................
Protecting Your Family From Fire ..............................................
How Your Smoke Alarm Works ..................................................
Regular Maintenance ..........................................................
Important Smoke Alarm Indicators Including This Smoke Alarm ...........
Testing Smoke Alarm ..........................................................
If The Smoke Alarm Sounds .....................................................
Weekly Testing ................................................................
If The Smoke Alarm Does Not Work ...........................................
This Smoke Alarm's Not Working Properly ....................................

All Rights Reserved. ©1999 BRK Brands, Inc.
BRK Brands, Inc., 3901 Liberty Street Road, Aurora, IL 60504-8122
Consumer Affairs: Monday-Friday, 7:30am-5pm (Central Time): (800) 323-9005 • Internet: www.firstalert.com

UL Listed Model SA100 SA100C

## OTHER FEATURES OF SMOKE ALARMS

Battery (DC) operated smoke alarms: Provide protection even when electricity fails, provided the batteries are fresh and correctly installed. Units are easy to install, and do not require professional installation.

AC-powered smoke alarms: Can be interconnected so if one unit senses smoke, all units alarm. They do not operate if electricity fails. Units must be installed by a qualified electrician.

AC/DC-powered smoke alarms (AC with battery back-up): Can be interconnected so if one unit senses smoke, all units alarm. They operate if electricity fails, provided the batteries are fresh and correctly installed. Units must be installed by a qualified electrician.

Smoke alarms for the hearing impaired: Special purpose smoke alarms should be installed for the hearing impaired. They provide a louder alarm, as well as a strobe alarm horn, and meet the requirements of the National Fire Protection Association (NFPA) and local building codes.

## SPECIAL COMPLIANCE CONSIDERATIONS

This smoke alarm is not a suitable substitute for complete fire detection systems in places requiring very careful attention to fire sources. These include, for example, hospitals, hotels, long-term health care facilities, nursing homes, dormitories, apartments, hotels, motels, rooming houses.

## LIMITATIONS OF SMOKE ALARMS

Smoke alarms have played a key role in reducing deaths from home fires worldwide.

All Rights Reserved. ©1999 BRK Brands, Inc.

Smoke alarms may not be heard. Though the alarm horn is the unit meets or exceeds current standards, it may not be heard, if the unit is located outside a closed or partly closed door, if residents sound from television, radio, air conditioner, or other appliances, or if occupants are using alcohol or drugs. If the alarm is drowned out by noise from autos, TV, radio, air conditioner or other appliances, or if there is a hearing impairment, all should be heard for hearing impaired residents.

Smoke alarms may not have time to alarm before the fire itself causes injury or death, if a fire starts close to sleeping persons, or a person using alcohol or drugs.

Smoke alarms are not a substitute for insurance. Life and property insurance should be carried.

### WHERE TO INSTALL SMOKE ALARMS

### INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES

The National Fire Protection Association (NFPA) recommends one smoke alarm on every floor, in every sleeping area, and in every bedroom.

**More specifically, install smoke alarms:**

**IMPORTANT!**

⚠️ **WARNING!**

### INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS

---

### AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**

The equipment should be installed in accordance with the National Fire Protection Association's Standard 72, National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Additional local building and regulatory codes may apply to your area. Always check compliance requirements before beginning any installation.

**NFPA Standard 72: Section 2-2.1.1.1**

**California State Fire Marshall**

### WHERE NOT TO INSTALL SMOKE ALARMS



## HOW TO INSTALL THIS SMOKE ALARM

⚠ CAUTION



## PROTECTING YOUR FAMILY FROM FIRE

## WHAT TO DO IN CASE OF FIRE

## IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

⚠ WARNING!

⚠ CAUTION



## To Install this smoke alarm, follow these steps:

This unit is designed to be mounted to the ceiling, or on the wall if necessary.

Tools you will need:
- Pencil
- Drill with 3/16" (5 mm) drill bit.
- Standard/Phillips screwdriver
- Hammer

1. Hold the bracket and put up on ceiling and mark the holes.
2. Using a 3/16" (5 mm) drill bit, drill a hole through each panel.
3. Insert the plastic screw anchors in the plastic bag.
4. Tighten the screws provided into the screw anchors.
5. Put the unit where it won't get covered with dust.
6. If a smoke alarm keeps going off and the top the way you want it.
7. Activate the battery. With the cover open, remove and release the battery.
8. Models SA1680PC have two batteries.
9. Close the cover all the way.
10. Test the smoke alarm. See "Weekly Testing."

## WEEKLY TESTING

Using The Test Button

## Testing The Escape Light Feature (SA1680PC Only)

## Using The Remote Flashlight Test Feature

## REGULAR MAINTENANCE

## Choosing a replacement battery

### WARNING

Models SA168 and SA169 Only:

### IMPORTANT!



## IF THIS SMOKE ALARM GOES INTO ALARM

⚠ **WARNING!**

### Responding To An Alarm

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**

| Problem | You should... |
|---|---|
| Smoke alarm goes into alarm when no smoke is visible. | Clean the smoke alarm. (See "Regular Maintenance.")<br>Check the location of the smoke alarm. (See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms. | Check the location of the smoke alarm. (See "Where To Install This Smoke Alarm.") |
| Smoke alarm "chirps" intermittently. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.")<br>Check the location of the smoke alarm.<br>Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.") |
| Alarm doesn't sound when testing the Remote Test/Hush Test module. | Make sure your flashlight has a strong enough beam. |
| Models SA1500/SA150C Only:<br>Escape Light does not light during testing. | Make sure both batteries are fresh and installed correctly. |

⚠ **WARNING!**
Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY






# First Alert® User's Manual

Smoke Alarm With Silence Feature
Cat. SA87B, SA87C

⚠ Ionization smoke alarms are generally more effective at detecting fast flaming fires, which consume combustible materials rapidly and spread quickly. Sources of these fires may include paper burning in a wastebasket, or a grease fire in the kitchen.

⚠ Photoelectric smoke alarms are generally more effective at detecting smoldering fires, which may smolder for hours before bursting into flame. Sources of these fires may include cigarettes burning in couches or bedding.

For maximum protection, use both types of smoke alarms on each level of your home.

M08-0008-008 6/00

### INSIDE THIS MANUAL

**IMPORTANT! PLEASE READ CAREFULLY AND SAVE.**
This user's manual contains important information about your smoke alarm's operation. If you are installing this smoke alarm for use by others, you must leave this manual — or a copy of it — with the end user.

THIS USER'S MANUAL HAS BEEN REGISTERED TO PROTECT OUR 8-1/2 x 14" PAGES. BLACK page numbers reference the english printed document. RED page numbers reference this web version.

Other Features Of Smoke Alarms ............... 1
Limitations Of Smoke Alarms .................. 1
Where To Install Smoke Alarms ............... 2
Where Smoke Alarms Should Not Be Installed ... 3
Protecting Your Family From Fire .............. 4
What To Do If The Alarm Sounds .............. 5
Important Need Factors Regarding This Smoke Alarm 5
Weekly Testing ............................... 6
Regular Maintenance ......................... 6
What Your Smoke Alarm Is Not Working Properly ... 6
Good Safety Habits .......................... 6
Special Compliance Considerations ............ 1

All Rights Reserved. ©1998 BRK Brands, Inc.
BRK Brands, Inc. • 3901 Liberty Street Rd. • Aurora, IL 60504-8122
Consumer Affairs: Mailing Address: 7 State Fire, Aurora, IL 60504-8122 • Internet: www.firstalert.com

## OTHER FEATURES OF SMOKE ALARMS

**Battery DC operated smoke alarms.** Provide protection even when electricity fails, provided the batteries are fresh and correctly installed.

**AC powered smoke alarms.** Can be interconnected so that if one unit senses smoke, all units alarm. They do not operate if electricity fails. Units must be installed by a qualified electrician.

**AC/DC powered smoke alarms (AC with battery back-up).** Can be interconnected so if one unit senses smoke, all units alarm. They will operate if electricity fails, provided the batteries are fresh and correctly installed. Units must be installed by a qualified electrician.

**Smoke alarms that are hearing impaired.** Special purpose smoke alarms should be installed for the hearing impaired. They require a loud alarm and a flashing strobe horn, and meet the requirements of the Americans With Disabilities Act.

## SPECIAL COMPLIANCE CONSIDERATIONS

This smoke alarm alone is not a suitable substitute for complete fire detection systems in places housing many people unless each smoke alarm serves a room for single occupancy.

## LIMITATIONS OF SMOKE ALARMS

Smoke alarms have played a key role in reducing deaths resulting from fires worldwide. However, like any other device, smoke alarms can only work if they are properly located, installed, and maintained, and if smoke reaches them.

**Smoke alarms cannot work without power.** Battery operated units cannot work if the batteries are missing, disconnected or dead, if the wrong type of batteries are used, or if the batteries are not installed correctly. AC units cannot work if their AC power is cut off for any reason.

**Smoke alarms cannot detect fires if the smoke does not reach them.** Smoke from fires in chimneys or walls, on roofs, or on the other side of a closed door may not reach the smoke alarm.

## AGENCY PLACEMENT RECOMMENDATIONS

**IMPORTANT!**
This equipment should be installed in accordance with the National Fire Protection Association's Standard 72. National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269-9101. Additional local building and regulatory codes may apply to your area. Always check compliance requirements before beginning any installation.

**NFPA Standard 72 Section 2-2.1.1.1**

### WHERE TO INSTALL SMOKE ALARMS

### WHERE NOT TO INSTALL SMOKE ALARMS

For best performance, do not install the unit:



## WHERE TO INSTALL SMOKE ALARMS

## INSTALLING SMOKE ALARMS IN SINGLE-FAMILY RESIDENCES



**IMPORTANT!**

⚠ **WARNING!**

## INSTALLING SMOKE ALARMS IN MOBILE HOMES AND RVS

## HOW TO INSTALL THIS SMOKE ALARM



**Cover of Smoke Alarm**

| 1 | Cover Hinge | 3 | Silence button |
|---|---|---|---|
| 2 | "Open Here" tab | 4 | Test button and power/alarm indicator |

**⚠ CAUTION!**

The battery was shipped on "headsaver" in the possible alarm to keep it fresh. The possible alarm cannot work until you remove the battery pad and reinstall it in the correct position. Follow polarity markings in the battery compartment.

This smoke alarm has a battery guard which prevents it from closing unless a battery is installed. This warns you that you still are operating without a battery.



**Parts of Smoke Alarm (Cover Open)**

| 1 | "Open Here" tab |
| 2 | Test button and power/alarm indicator |
| 3 | Silence button |
| 4 | Smoke alarm base |
| 5 | Mounting slots |
| 6 | DO NOT install any battery here |
| 7 | Install 9V battery here |

### PROTECTING YOUR FAMILY FROM FIRE

### WHAT TO DO IN CASE OF FIRE

### IMPORTANT! READ BEFORE INSTALLING SMOKE ALARM

**⚠ WARNING!**

**⚠ CAUTION!**

**To install this smoke alarm, follow these steps.**

This unit is designed to be mounted on the ceiling, or on the wall if necessary.

Tools you will need:

- Pencil
- Drill with 3/16" (5 mm) drill bit
- Standard/Phillips-head screwdriver
- Hammer

1. Hold base firmly and pull up on cover of the base labeled "OPEN HERE." This will open the hinged cover. The cover may unsnap from the base if opened too far. This will not damage the unit—the cover hinge snaps back into place easily.

2. Hold the smoke alarm base against the ceiling (or wall) and make a mark at the center of each of the mounting slots with a pencil.

3. At the spot where it won't get covered with dust when you install the mounting base.

4. Using a 3/16" (5 mm) drill bit, drill a hole through each pencil mark.

5. Insert the plastic screw anchors into the holes. Tap the screw anchors gently with a hammer, if necessary, until they are flush with the ceiling or wall.

6. Tighten the screws (provided) into the screw anchors, but leave them a little loose.

7. Fit the smoke alarm over the screw heads as shown. Close the cover.

8. If the smoke alarm cover does not fit up the way you want it, rotate the base and re-tighten the screws.

9. Push the battery in until it snaps in securely and cannot be removed without a tool. Then replace the cover completely over the base. This smoke alarm may beep briefly when you close the cover; this is normal.

10. Close the cover of the unit.

11. Test the smoke alarm. See "Weekly Testing."

**WEEKLY TESTING**

⚠ **WARNING!**

Never use an open flame of any kind to test this unit. You might accidentally damage or set fire to the unit or your home. The built-in test switch accurately tests the unit's operation as required by Underwriters Laboratories (UL). This is the only proper way to test the unit. Never use an open flame to test the unit. Use of an open flame to test the unit may damage the unit and your home.

It is extremely important to test this unit every week, to make sure it is working properly. Using the test button in the recommended way to test this smoke alarm. Press and hold the test button on the cover of the unit for 5 seconds. You should hear a loud alarm horn sound for as long as you press the button. If the sound is weak or non-existent, replace the battery immediately. During testing, you will hear a loud, repeating horn pattern 3 beeps, pause, 3 beeps, pause.

**REGULAR MAINTENANCE**

This alarm has been designed to be as maintenance free as possible, but there are a few simple things you must do to keep it working properly.

- Test it at least once a week.
- The unit used in RVs after the return from storage, before every trip, and once a week while in use.
- Failure to test unit puts you at risk as described may remove your protection.
- Clean the unit at least once a month, gently vacuum off any dust using your household vacuum's soft brush attachment. 1. Open the cover and disconnect the battery. 2. GENTLY vacuum the inside and outside of the smoke chamber. 3. Reconnect the battery. 4. Close the cover and verify the smoke alarm is working properly by using the test button. 5. The smoke alarm is never water-resistant or submersible about dirty may damage the unit.
- When the battery becomes weak, the smoke alarm will "chirp" about once a minute (the low battery warning). This low battery warning should last for 30 days, but you should replace the battery immediately to continue your protection.

**Checking a replacement battery**

⚠ **WARNING!**

Use only the replacement batteries listed. The unit may not operate properly with other batteries. Never mix rechargeable batteries while they may not provide constant charge.

Your smoke alarm requires one standard 9V battery. The following batteries are acceptable as replacements: Energizer (#522, #122, #1604), Duracell Alkaline Gold Peak #1604F #1604S, Rayovac 1604, D1604. You may also use a Lithium battery Ultralife U9VL-J for longer service life between battery changes. These batteries are available at many local retail stores.

**IMPORTANT**

Most carbon zinc batteries have an average service life of 1 year; most alkaline batteries have an average service life of 1-2 years; most Lithium batteries have an average service life of 8-10 years. Actual service life depends on the smoke alarm and the environment in which it is installed. All the batteries specified above are acceptable replacement batteries for this unit. Regardless of the manufacturer's suggested battery life, you MUST replace the battery immediately when it starts to "chirp" (the "low battery warning").

**Cat. Nos. SA97B and SA97C ONLY.**

These models use either a 9V Lithium battery. When you replace the original battery, you must replace it with the same type. The Extended Life Lithium battery powers your smoke alarm for as long as 10 years. The smoke alarm will not need a battery change during the long-life power between battery changes.

**IF THIS SMOKE ALARM GOES INTO ALARM**

⚠ **WARNING!**

Never remove the batteries from a battery operated smoke alarm to stop an unwanted alarm situation that may require your immediate attention. NEVER borrow a battery from a smoke alarm to use for something else. Removing the battery disables the alarm, leaving you unprotected. If you remove the battery, you must immediately install a good, fresh battery or the smoke alarm cannot protect you. Instead use the silence feature, then open a window and fan the smoke away from the unit. The alarm will reset automatically.

**Responding To An Alarm**

During an alarm, you will hear a loud, repeating horn pattern 3 beeps, pause, 3 beeps, pause.

If the unit alarms and you are not absolutely certain of the source of the smoke, get out of the house. The built-in test switch accurately tests the unit's operation as required by Underwriters Laboratories (UL). Open the door of the room you are escaping from slowly and carefully. Never open a door that feels warm to the touch or feels hot. If it is too hot, use an alternate escape route.

If you are certain of the source of the alarm, and you can correct it (like cooking smoke or dust), fan the smoke away from the unit and it will reset automatically. If the source of smoke is not a cooking problem or if smoke is present in a nearby window or door and the fire is present, then fan it away but no harm and no harm is present, or it stays in the silence mode continuously ("chirps" for longer than 30 minutes), the unit should be replaced immediately.

## Using the Silence Features

The silence feature can temporarily quiet an unwanted alarm for several minutes. To use this feature, press the "Push to Silence" button on the cover. The alarm will "chirp" about once a minute for up to 15 minutes to remind you the alarm has been silenced. The "chirping" will stop when the unit returns to normal operation.

**WARNING!**

The silence feature does not eliminate the unit—it makes it temporarily less sensitive to smoke. If for your safety, if smoke is around the unit is found, and you do not know for sure the source of the smoke, do not assume it is any problem, or any no-alarm quickly. If you do not know for the source of the smoke, do not assume it is any unwanted alarm. Not responding to the alarm could result in property loss, injury or death.

## IF YOUR SMOKE ALARM IS NOT WORKING PROPERLY

**IMPORTANT!**

Smoke alarms may not operate properly because of dust, elderly or weak batteries, a build-up of dirt, dust or grease on the alarm cover, or installation in an improper location. Check the alarm as described in the chart below. If the smoke alarm is not working properly when you use the test button, or if the problem persists, replace the smoke alarm immediately.

| Problem... | You should... |
|---|---|
| Smoke alarm sounds when no smoke is visible. | Clean the smoke alarm. (See "Regular Maintenance.")<br>Check the location of the smoke alarm.<br>(See "Where To Install Smoke Alarms.") |
| You experience frequent unwanted alarms (this is in response to cooking smoke). | Check the location of the smoke alarm.<br>(See "Where To Install Smoke Alarms.") |
| Smoke alarm "chirps" intermittently. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.")<br>Check the location of the smoke alarm.<br>(See "Where To Install Smoke Alarms.")<br>Clean the smoke alarm. (See "Regular Maintenance.") |
| Smoke alarm "chirps" about once a minute. | Replace the battery. (See "Regular Maintenance.") |
| Alarm horn doesn't sound during testing. | Check that the battery is installed correctly and is working properly. (See "How to Install This Smoke Alarm" and "Weekly Testing.")<br>Be sure to press the alarm if smoke present, may be too dense, indicating an emergency situation. |
| Alarm horn will not silence when you push the Silence button. | |

If the smoke alarm is still not operating properly and it is still under warranty, send it, shipping prepaid, along with the original proof of purchase to BRK Brands, Inc., Consumer Affairs, 3900 Enterprise Court, Aurora, IL 60504-8122. Enclose a note in the package describing what is wrong with the unit.

**WARNING!**

Do not try to fix the unit yourself—this will void your warranty!

## 10-YEAR LIMITED WARRANTY

Coverage: BRK Brands, Inc. warrants to the original retail purchaser that the smoke alarm will be free from defects in materials and workmanship under normal use and service for a period of ten years from the date of purchase. During the first year after the date of purchase, BRK Brands, Inc. will replace any defective smoke alarm without charge to you not to exceed BRK Brands, Inc.'s cost. This is your exclusive warranty.

This warranty is valid for the original retail purchaser from the date of initial retail purchase and is not transferable. Keep the original sales receipt. Proof of purchase is required to obtain warranty performance. Retailers, service centers, or retail stores selling this product do not have the right to alter, modify or any way change the terms and conditions of this warranty. In new construction, if your smoke alarm was installed by a contractor, the warranty is valid for the homeowner at the time of installation from the date of original installation and is not transferable.

This warranty does not cover normal wear of parts or damage resulting from any of the following: negligent use or misuse of the product, use on improper voltage or current, use contrary to the operating instructions, disassembly, repair or alteration by anyone other than BRK Brands, Inc. Further, the warranty does not cover acts of God, such as fire, flood, hurricanes and tornadoes.

BRK Brands, Inc. shall not be liable for any incidental or consequential damages caused by the breach of any express or implied warranty. Except as provided by law, any implied warranty of merchantability or fitness for a particular purpose is limited in duration to 10 years. Some states, provinces, or jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights that vary from state to state, or province to province.

Service: Unit under warranty and in need of repair should be returned, shipping prepaid, to BRK Brands, Inc., Attn.: Consumer Affairs, 3900 Enterprise Court, Aurora, IL 60504-8122.

Warranty: BRK Brands, Inc. makes no warranty, express or implied, written or oral, including that of merchantability or fitness for any particular purpose, with respect to the battery.

5