*158*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYTHIA COX AS NEXT FRIEND | § | |
| OF BRITTANY COX, ET AL | § | |
| | § | CIVIL ACTION |
| VS. | § | |
| | § | NO. B-98-186 |
| BRK BRANDS, INC. | § | |

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

## SECOND SUPPLEMENTAL RESPONSE TO MOTION TO EXCLUDE
## PLAINTIFFS' EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Plaintiffs and Intervenors and file this their second supplemental response to Defendant's Motion to Exclude Plaintiffs' Experts and in support thereof would respectfully show the court as follows:

I.

In further support that Michael Schulz's testimony is reliable, he provides excerpts from the "National Fire Protection Association's Fire Protection Handbook." See attached Exhibit "7." He also provides Appendix A in its entirety and the title pages from National Fire Protection Association 72, entitled "National Fire Alarm Code." See attached Exhibit "8." Both of these sources address the installation of the detector in specific locations that will result in activation under conditions that do not involve actual hostile fire incidents.

Appendix A to NFPA 72 provides on page 72-116 and 72-117 the following information:

"A-2-3.6.1.2  Smoke detectors can be affected by electrical and mechanical influences and by aerosols and particulate matter found in protected spaces. The location of detectors should be such that in the influences of aerosols and particulate matters from sources such as those in Table A-2-3. 1.2(a) are minimized. Similarly, the influences of electrical and mechanical factors shown in Table A-2-3.6.1.2(b) should be minimized. While it might not be possible to isolate environmental factors totally, an awareness of these factors during system layout and design favorably affects detector performance."

**Table A-2-3.6.1.2(a)  Common Sources of Aerosols and Particulate Matter Moisture**

**Moisture**

Humid outside air
Humidifiers
Live stream
Showers
Slop sink
Stream tables
Water spray

**Combustion Products and Fumes**

Chemical fumes
Cleaning fluids
Cooking equipment
Curing
Cutting, welding, and brazing
Dryers
Exhaust hoods
Fireplaces
Machining
Ovens
Paint Spray

**Atmospheric Contaminants**

Corrosive atmospheres
Dust or lint
Excessive tobacco smoke
Heat treating
Linen and bedding handling

**Table A-2-3.6.1.2(a) Common Sources of Aerosols and Particulate Matter Moisture (*continued*)**

Pneumatic transport
Sawing, drilling, and grinding
Textile and agricultural processing

**Engine Exhaust**

Diesel trucks and locomotives
Engines not vented to the outside
Gasoline forklift trucks

**Heating Element with Abnormal Conditions**
Dusting accumulations
Improper exhaust
Incomplete combustion

This is also confirmed from the excerpts of 72-155 and 72-157, and 72-158 as

follows:

72-155:

"The installation of smoke detectors in kitchens, attics (finished or unfinished), or garages is not normally recommended, as these locations occasionally experience conditions that can results in improper operation."

72-157:

"Locating smoke alarms away from sources of nuisance alarms can minimize these problems. Photoelectric-type smoke alarms are less likely to alarm from normal cooking than are the ionization type and should be considered for installation on the floor containing the cooking facilities. Some smoke alarms have a temporary silencing means that can be activated during cooking to reduce nuisance alarms. The two types of smoke alarms are equally susceptible to stream from bathrooms but locating them at least 3 ft from the bathroom door should minimize such problems. Having both types of smoke alarms in a home is a good idea from the view-point of response to different types of fires, but

where interconnected it is important to make sure that the interconnect circuits are compatible."

72-158:

A-8-1.4.2  One of the common problems associated with residential smoke detectors is the nuisance alarms that are usually triggered by products of combustion from cooking, smoking, or other household particulates.  While an alarm for such a condition is anticipated and tolerated by the occupant of a dwelling unit through routine living experience, the alarm is not permitted where it also sounds alarms in other dwelling units or in common use spaces. Nuisance alarms caused by cooking are a very common occurrence, and inspection authorities should be aware of the possible ramifications where the coverage is extended beyond the limits of the dwelling unit."

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Intervenors herein pray that this Honorable Court deny Defendant's Motion to Exclude Plaintiffs' Experts and for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Respectfully submitted this the _____14_____ day of May, 2002.

WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 544-0500
(956) 541-0255  FAX

Ray R. Marchan
Attorney for Plaintiff Cynthia Cox, et al
State Bar No. 12969050
Federal I.D. No. 9522

<u>CERTIFICATE OF SERVICE</u>

On this the ____ /4 ____ day of May, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

RAY R. MARCHAN

## AFFIDAVIT OF AUTHENTICITY

STATE OF TEXAS          )
                        )
COUNTY OF CAMERON )

BEFORE ME, the undersigned Notary Public, on this day personally appeared RAY R. MARCHAN, known to me, and first being by me duly sworn according to law upon his oath deposed and stated as follows:

"My name is RAY R. MARCHAN, I am a licensed attorney engaged in the general practice of law in Brownsville, Cameron County, Texas. I am attorney with Watts & Heard, L.L.P., 1926 E. Elizabeth, Brownsville, Texas. The law firm of Watts & Heard, L.L.P., has been retained by Plaintiffs Cynthia Cox as next friend of Brittany Cox in connection with the above-referenced lawsuit.

I am of sound mind, capable of making this affidavit, and I have personal knowledge of each and every statement stated below.

I hereby certify that the copies attached as Exhibit "7" and Exhibit "8" are authentic true and correct copies of the originals."

Further affiant sayeth not.

RAY R. MARCHAN

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said RAY R. MARCHAN, on the ___14___ day of May, 2002, to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS



Leticia Fierros Garza
Notary Public
State of Texas
My Commission Expires
July 26, 2004

STATE OF TEXAS            )
                         )
COUNTY OF CAMERON )

On this the __14__ day of ~~April~~ *May*, 2002, came before me, the undersigned

authority, appeared RAY R. MARCHAN, who after being duly sworn upon his oath

stated and deposed as follows:

"My name is Ray R. Marchan. I am over the age of 18 years and am fully

competent and not disqualified by law to make this affidavit. I am the attorney for the

Plaintiffs Cynthia Cox as next friend of Brittany Cox . I hereby certify that all of the

facts stated in the foregoing Supplemental Response to Motion to Exclude Plaintiffs'

Experts are true and correct to my knowledge."

Signed this the __14__ day of May 2002.

_____
RAY R. MARCHAN

SWORN TO AND SUBSCRIBED on this the __14__ day of May, 2002.

_____
NOTARY PUBLIC, STATE OF TEXAS

Leticia Fierros Garza
Notary Public
State of Texas
My Commission Expires
July 26, 2004

# Michael J. Schulz

**_Fire and Explosion Analyst_**

May 13, 2002

<u>Via FedEx</u>

Mr. Ray R. Marchan
Watts & Heard., L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

RE:  **BRK Motion Hearing**

Dear Mr. Marchan:

Please find enclosed the title pages and an excerpt from the National Fire protection
Association's Fire Protection Handbook.  I have maked the applicable sections for your review.

I trust that this submission meets your current informational needs.  Should you have any
questions, please feel free to contact me.

Sincerely,

**Michael J. Schulz**
**Fire and Explosion Analyst**
**Fire and Safety Engineering Technologist**

PLAINTIFF'S
EXHIBIT

**_425 Hillandale Drive ● Bartlett, Illinois 60103_**
**_Telephone:  (630) 736-0747 ● Facsimile:  (630) 736-0881 ● www.mjschulz.com_**

# Fire Protection Handbook™

## Seventeenth Edition

Arthur E. Cote, P.E.
Editor-in-Chief

Jim L. Linville
Managing Editor



**National Fire Protection Association**
Quincy, Massachusetts

contains a rechargeable standby battery capable of operating the system for at least 24 hours. In addition, this system uses either smoke detectors of the system-connected type or single-station smoke detectors that contain alarm contacts. The fire warning system also could use heat detectors and manual fire alarm boxes, and has separate alarm indicating devices, such as bells, horns, or electronic sirens. The control unit also might have provision for connection to an automatic digital dialer, central station, or television cable to transmit the alarm to a point beyond the household. However, when a residential system is required to be connected to some other alarm point, the requirements of the other signaling system standard also must be met. Such standards include NFPA 71, *Installation, Maintenance, and Use of Signaling Systems for Central Station Service,* and NFPA 72, *Installation, Maintenance, and Use of Protective Signaling Systems.*



**FIG. 4-4D.  Typical household fire alarm system, with separate control panel.**

## Combination Systems

Both wired and wireless household systems often include a burglar alarm in addition to fire alarm functions. This could make the system more cost effective. In combined systems, the fire alarm signal must take precedence over the burglar alarm signal. The audible alarms are required to be distinctive so the homeowner can immediately discern the difference between a fire and a burglary. In addition, a system that provides for transmission of alarms to a point beyond the household by means of a digital dialer will sometimes have a medical alert feature that can be used to summon medical help.

## DETECTION SYSTEM COMPONENTS

### Smoke Detectors

A single-station smoke detector is a self-contained fire alarm device that consists of an assembly of electrical components, including a smoke sensing chamber, an alarm sounding appliance, and either integral batteries or provision for connection to a separate power supply source. Single- and multiple-station residential smoke detectors may be either of the ionization or photoelectric type.

Tests have shown that listed smoke detectors of either the ionization or photoelectric type should provide adequate warning to the occupants for most residential fires. It might be noted that, as a class, ionization detectors respond slightly faster to open flaming fires than photoelectric detectors. Conversely, the photoelectric detectors respond faster to smoldering fires. Since residential occupancies experience both flaming and smoldering fires, an extra margin of occupant safety might be achieved if the home is equipped with one detector of each type. However, both types of smoke detectors are subjected to, and must pass, the same test fires for listing by a testing laboratory. Typical test fires are described in ANSI/UL 217, *Safety Standard for Single- and Multiple-Station Smoke Detectors,* and ANSI/UL 268, *Safety Standard for Smoke Detectors for Fire Protective Signaling Systems.*

It is well known that compliance with strong smoke detector laws offers the potential of significant reduction in loss of life and property from fire. For uniformity, laws adopted statewide are preferable to local ordinances. Many states and communities now require residential units from single-family dwellings to hotels and motels to be equipped with smoke detectors.

### Sounding Devices (Appliances)

A single-station smoke detector sounds an audible alarm at the device itself. The sound level output must be at least 85 dBA at a distance of 10 ft (3.05 m). This should be sufficient to alert most sleeping people as long as the detector is located on the same floor and near those who are sleeping. A general rule of thumb is that a device should provide at least 15 dBA above the maximum ambient sound level at the ear of the sleeping person. (For comparison, conversational speech has been shown to register 65 dBA and traffic on an "average" street corner 75 dBA). In addition to background noise, the stage of sleep affects the volume necessary to wake a person.

Long distances between the detector and the bedroom, closed bedroom doors, a noisy appliance in the bedroom such as an air conditioner or humidifier, or impaired hearing could prevent an occupant from being awakened by the detector. In such cases, an alarm should sound in the bedroom and detectors should be interconnected so at least one member of the household will be awakened.

A wired or wireless household system normally has an alarm indicating device circuit for connection of various alarm signals, such as fire alarm bells, horns, or electronic sirens. These devices can produce higher sound levels and can be located independently of the detectors. They can be clearly audible throughout the house or even outside, where neighbors might hear the alarm.

The sound frequencies produced by the alarm horn should be considered when selecting a device. Regardless of the type of detector installed in the home, each alarm should be tested with someone in each bedroom. This can ensure that alarms can be heard from all bedrooms.

## INSTALLATION PRACTICES

### Detector Location Guidelines

Detectors should be located on the ceiling at least 4 in. (100 mm) from the wall; or on the side wall, 4 to 12 in. (100 to 300 mm) from the ceiling to the top of the detector. (See Figures 4-4E, 4-4F, and 4-4G.) On floors containing bedrooms, the ceiling of the hallway serving the

rooms is the usual detector location. On other floors, detectors should be located near the stairways to intercept smoke rising from lower floors.



FIG. 4-4E.  *Proper mounting of detectors.*



FIG. 4-4F.  *A smoke detector (indicated by cross) should be located on each story.*

Detectors should be located no closer than 3 ft (0.9 m) from heating vents so that air issuing from the vent will not blow the smoke away from the detector. Some smoke detectors are not suitable for location within kitchens, because of false alarms from cooking vapors. Also, some smoke detectors are not recommended for garages, where automobile exhaust might cause alarms, or for attics or other



FIG. 4-4G.  *A smoke detector (indicated by cross) should be located between the sleeping area and the rest of the family living unit.*

unheated spaces where extremes of temperature or humidity might affect their operation. Before a smoke detector is installed in any of these locations, its specifications should be checked to ensure it is appropriate for the intended area.

Another consideration is the temperature of the mounting surface. If a smoke detector is installed on a surface that can be even a few degrees warmer or cooler than the room temperature, its response may be delayed by the cold or warm air layer at the mounting surface. Smoke detectors should not be installed on uninsulated exterior walls, ceilings below uninsulated attics, or ceilings containing radiant heating coils. If the detector is colder than the air temperature and if the relative humidity is high, condensation of water vapor may occur in the detector and either produce a false alarm or put the detector to "sleep." Condensation, dust, and insects are the three most common things that lead to detector malfunction.

## Special Considerations for the Handicapped

In general, households with handicapped or elderly occupants need a higher level of protection to provide additional escape time. If the handicapped person could not escape without assistance, provisions should be made for someone to provide help. Detectors that signal to remote receivers could be used, for instance, to sound the alarm in a neighbor's home. For hearing-impaired occupants, some detectors can be connected to bed vibrators, flashing lights, or fans to provide tactile or visual as well as aural stimulation.

## MAINTENANCE

Household fire warning equipment should be maintained in accordance with the recommendations of the equipment manufacturer. In general, this means little more than keeping the equipment clean and free of dust, and replacing the batteries when needed. Detectors should never be disconnected due to nuisance alarms. If a detector is removed from its mounting bracket to stop a nuisance alarm caused by cooking, place the detector in an obvious location as a reminder to remount it. Most such nuisance alarms can be corrected either by moving the detector to another location, farther from the cooking source, or by replacing it with a smoke detector that is not as sensitive to cooking smoke. Also, unless the detector has a built-in sensitivity adjustment, an individual should never tamper with the factory-set sensitivity of a detector.

**Michael J. Schulz**
*Fire and Explosion Analyst*

May 13, 2002

<u>**Via FedEx**</u>

Mr. Ray R. Marchan
Watts & Heard., L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

RE:  **BRK Motion Hearing**

Dear Mr. Marchan:

Please find enclosed the title pages and Appendix A in its entirety from NFPA 72, entitled "National Fire Alarm Code."  I have maked the applicable sections for your review.

I trust that this submission meets your current informational needs.  Should you have any questions, please feel free to contact me.

Sincerely,

**Michael J. Schulz**
**Fire and Explosion Analyst**
**Fire and Safety Engineering Technologist**

PLAINTIFF'S
EXHIBIT

# NFPA 72
## National
## Fire
## Alarm
## Code®

## 1999 Edition



National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101
An International Codes and Standards Organization

**NFPA License Agreement**

This document is copyrighted by the National Fire Protection Association (NFPA), 1 Batterymarch Park, Quincy, MA 02269-9101 USA.
All rights reserved.

NFPA grants you a license as follows: The right to download an electronic file of this NFPA document for temporary storage on one computer
for purposes of viewing and/or printing one copy of the NFPA document for individual use. Neither the electronic file nor the hard copy print
may be reproduced in any way. In addition, the electronic file may not be distributed elsewhere over computer networks or otherwise. The
hard copy print may only be used personally or distributed to other employees for their internal use within your organization.

Copyright ©
NFPA
One Batterymarch Park
Quincy, Massachusetts 02269

## IMPORTANT NOTICE ABOUT THIS DOCUMENT

NFPA codes, standards, recommended practices, and guides, of which the document contained herein is one, are developed through a consensus standards development process approved by the American National Standards Institute. This process brings together volunteers representing varied viewpoints and interests to achieve consensus on fire and other safety issues. While the NFPA administers the process and establishes rules to promote fairness in the development of consensus, it does not independently test, evaluate, or verify the accuracy of any information or the soundness of any judgments contained in its codes and standards.

The NFPA disclaims liability for any personal injury, property or other damages of any nature whatsoever, whether special, indirect, consequential or compensatory, directly or indirectly resulting from the publication, use of, or reliance on this document. The NFPA also makes no guaranty or warranty as to the accuracy or completeness of any information published herein.

In issuing and making this document available, the NFPA is not undertaking to render professional or other services for or on behalf of any person or entity. Nor is the NFPA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances.

The NFPA has no power, nor does it undertake, to police or enforce compliance with the contents of this document. Nor does the NFPA list, certify, test or inspect products, designs, or installations for compliance with this document. Any certification or other statement of compliance with the requirements of this document shall not be attributable to the NFPA and is solely the responsibility of the certifier or maker of the statement.

*See inside back cover for additional important notices and information.*

## NOTICES

All questions or other communications relating to this document and all requests for information on NFPA procedures governing its codes and standards development process, including information on the procedures for requesting Formal Interpretations, for proposing Tentative Interim Amendments, and for proposing revisions to NFPA documents during regular revision cycles, should be sent to NFPA headquarters, addressed to the attention of the Secretary, Standards Council, National Fire Protection Association, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101.

Users of this document should be aware that this document may be amended from time to time through the issuance of Tentative Interim Amendments, and that an official NFPA document at any point in time consists of the current edition of the document together with any Tentative Interim Amendments then in effect. In order to determine whether this document is the current edition and whether it has been amended through the issuance of Tentative Interim Amendments, consult appropriate NFPA publications such as the *National Fire Codes*® Subscription Service, visit the NFPA website at www.nfpa.org, or contact the NFPA at the address listed above.

A statement, written or oral, that is not processed in accordance with Section 6 of the Regulations Governing Committee Projects shall not be considered the official position of NFPA or any of its Committees and shall not be considered to be, nor be relied upon as, a Formal Interpretation.

The NFPA does not take any position with respect to the validity of any patent rights asserted in connection with any items which are mentioned in or are the subject of this document, and the NFPA disclaims liability for the infringement of any patent resulting from the use of or reliance on this document. Users of this document are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, is entirely their own responsibility.

Users of this document should consult applicable federal, state, and local laws and regulations. NFPA does not, by the publication of this document, intend to urge action that is not in compliance with applicable laws, and this document may not be construed as doing so.

## Licensing Policy

This document is copyrighted by the National Fire Protection Association (NFPA). By making this document available for use and adoption by public authorities and others, the NFPA does not waive any rights in copyright to this document.

1. **Adoption by Reference**—Public authorities and others are urged to reference this document in laws, ordinances, regulations, administrative orders, or similar instruments. Any deletions, additions, and changes desired by the adopting authority must be noted separately. Those using this method are requested to notify the NFPA (Attention: Secretary, Standards Council) in writing of such use. The term "adoption by reference" means the citing of title and publishing information only.

2. **Adoption by Transcription**—A. Public authorities with lawmaking or rule-making powers only, upon written notice to the NFPA (Attention: Secretary, Standards Council), will be granted a royalty-free license to print and republish this document in whole or in part, with changes and additions, if any, noted separately, in laws, ordinances, regulations, administrative orders, or similar instruments having the force of law, provided that: (1) due notice of NFPA's copyright is contained in each law and in each copy thereof; and (2) that such printing and republication is limited to numbers sufficient to satisfy the jurisdiction's lawmaking or rule-making process. B. Once this NFPA Code or Standard has been adopted into law, all printings of this document by public authorities with lawmaking or rule-making powers or any other persons desiring to reproduce this document or its contents as adopted by the jurisdiction in whole or in part, in any form, upon written request to NFPA (Attention: Secretary, Standards Council), will be granted a nonexclusive license to print, republish, and vend this document in whole or in part, with changes and additions, if any, noted separately, provided that due notice of NFPA's copyright is contained in each copy. Such license shall be granted only upon agreement to pay NFPA a royalty. This royalty is required to provide funds for the research and development necessary to continue the work of NFPA and its volunteers in continually updating and revising NFPA standards. Under certain circumstances, public authorities with lawmaking or rule-making powers may apply for and may receive a special royalty where the public interest will be served thereby.

3. **Scope of License Grant**—The terms and conditions set forth above do not extend to the index of this document.

(For further explanation, see the Policy Concerning the Adoption, Printing, and Publication of NFPA Documents, which is available upon request from the NFPA.)

8/00

Copyright © 1999 NFPA, All Rights Reserved

NFPA 72

# National Fire Alarm Code®

## 1999 Edition

This edition of NFPA 72, *National Fire Alarm Code*®, was prepared by the Technical Committee on Fundamentals of Fire Alarm Systems, Household Fire Warning Equipment, Initiating Devices for Fire Alarm Systems, Notification Appliances for Fire Alarm Systems, Protected Premises Fire Alarm Systems, Public Fire Reporting Systems, Supervising Station Fire Alarm Systems, and Testing and Maintenance of Fire Alarm Systems; released by the Technical Correlating Committee on the National Fire Alarm Code; and acted on by the National Fire Protection Association, Inc., at its May Meeting held May 17–20, 1999, in Baltimore, MD. It was issued by the Standards Council on July 22, 1999, with an effective date of August 13, 1999, and supersedes all previous editions.

This edition of NFPA 72 was approved as an American National Standard on August 13, 1999.

## Origin and Development of NFPA 72

NFPA's signaling standards date back to 1898. The 1993 edition of NFPA 72 was a consolidation of the 1989 edition of NFPA 71, *Standard for the Installation, Maintenance, and Use of Signaling Systems for Central Station Service;* the 1990 edition of NFPA 72, *Standard for the Installation, Maintenance, and Use of Protective Signaling Systems;* the 1990 edition of NFPA 72E, *Standard on Automatic Fire Detectors;* the 1989 edition of NFPA 72G, *Guide for the Installation, Maintenance, and Use of Notification Appliances for Protective Signaling Systems;* the 1988 edition of NFPA 72H, *Guide for Testing Procedures for Local, Auxiliary, Remote Station, and Proprietary Protective Signaling Systems;* and the 1989 edition of NFPA 74, *Standard for the Installation, Maintenance, and Use of Household Fire Warning Equipment.* Many of the requirements of these standards were identical or very similar. The recommendations that were taken from the guides (NFPA 72G and NFPA 72H) were changed to mandatory requirements.

The 1996 edition of NFPA 72 incorporated many changes of a technical nature. These changes related to issues such as the Americans with Disabilities Act, software testing, fire modeling, and communications.

The 1999 edition represents a major change in code content and organization. Vertical rules are not shown because of the extensive nature of the revisions. The chapters have been arranged to facilitate user friendliness and provide a logical structure. A new chapter on public fire reporting was added, and many technical revisions were made. Appendix B was streamlined to facilitate ease of use, many unenforceable terms were removed, and Chapter 5 was reorganized to facilitate a more logical approach.

Prior editions of this document have been translated into languages other than English, including Spanish.

current edition as of the date of the NFPA issuance of this code. Some of these mandatory documents might also be referenced in this code for specific informational purposes and, therefore, are also listed in Appendix C.

**9-1.1 NFPA Publications.** National Fire Protection Association, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101.

NFPA 10, *Standard for Portable Fire Extinguishers*, 1998 edition.

NFPA 13, *Standard for the Installation of Sprinkler Systems*, 1999 edition.

NFPA 13D, *Standard for the Installation of Sprinkler Systems in One- and Two-Family Dwellings and Manufactured Homes*, 1999 edition.

NFPA 13R, *Standard for the Installation of Sprinkler Systems in Residential Occupancies up to and Including Four Stories in Height*, 1999 edition.

NFPA 20, *Standard for the Installation of Stationary Pumps for Fire Protection*, 1999 edition.

NFPA 25, *Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems*, 1998 edition.

NFPA 37, *Standard for the Installation and Use of Stationary Combustion Engines and Gas Turbines*, 1998 edition.

NFPA 54, *National Fuel Gas Code*, 1999 edition.

NFPA 58, *Liquefied Petroleum Gas Code*, 1998 edition.

NFPA 70, *National Electrical Code®*, 1999 edition.

NFPA 75, *Standard for the Protection of Electronic Computer/ Data Processing Equipment*, 1999 edition.

NFPA 90A, *Standard for the Installation of Air-Conditioning and Ventilating Systems*, 1999 edition.

NFPA 101®, *Life Safety Code®*, 1997 edition.

NFPA 110, *Standard for Emergency and Standby Power Systems*, 1999 edition.

NFPA 111, *Standard on Stored Electrical Energy Emergency and Standby Power Systems*, 1996 edition.

NFPA 601, *Standard for Security Services in Fire Loss Prevention*, 1996 edition.

NFPA 780, *Standard for the Installation of Lightning Protection Systems*, 1997 edition.

NFPA 1221, *Standard for the Installation, Maintenance, and Use of Emergency Services Communications Systems*, 1999 edition.

**9-1.2 Other Publications.**

**9-1.2.1 ANSI Publications.** American National Standards Institute, Inc., 11 West 42nd Street, 13th floor, New York, NY 10036.

ANSI A-58.1, *Building Code Requirements for Minimum Design Loads in Buildings and Other Structures*,

ANSI S1.4a, *Specifications for Sound Level Meters*, 1985.

ANSI S3.41, *Audible Emergency Evacuation Signal*, 1996.

ANSI/ASME A17.1, *Safety Code for Elevators and Escalators*, 1998.

ANSI/IEEE C2, *National Electrical Safety Code*, 1997.

ANSI/UL 217, *Standard for Safety Single and Multiple Station Smoke Alarms*, 1997.

ANSI/UL 268, *Standard for Safety Smoke Detectors for Fire Protective Signaling Systems*, 1999.

ANSI/UL 827, *Standard for Safety Central-Station for Watchman, Fire-Alarm and Supervisory Services*, 1997.

ANSI/UL 985, *Standard for Safety Household Fire Warning Control Units*, 1994.

ANSI/UL 1971, *Signaling Devices for Hearing Impaired*, 1995.

**9-1.2.2 EIA Publication.** Electronic Industries Alliance, 2500 Wilson Boulevard, Arlington, VA 22201-3834.

EIA Tr 41.3, *Telephones.*

**9-1.3 Additional Reference.**

International Municipal Signal Association, P.O. Box 539, Newark, NY 14513.

National Institute for Certification in Engineering Technologies, 1420 King Street, Alexandria, VA 22314-2794.

## Appendix A    Explanatory Material

*Appendix A is not a part of the requirements of this NFPA document but is included for informational purposes only. This appendix contains explanatory material, numbered to correspond with the applicable text paragraphs.*

**A-1-2.1** Fire alarm systems intended for life safety should be designed, installed, and maintained to provide indication and warning of abnormal fire conditions. The system should alert building occupants and summon appropriate aid in adequate time to allow for occupants to travel to a safe place and for rescue operations to occur. The fire alarm system should be part of a life safety plan that also includes a combination of prevention, protection, egress, and other features particular to that occupancy.

**A-1-4 Approved.** The National Fire Protection Association does not approve, inspect, or certify any installations, procedures, equipment, or materials; nor does it approve or evaluate testing laboratories. In determining the acceptability of installations, procedures, equipment, or materials, the authority having jurisdiction may base acceptance on compliance with NFPA or other appropriate standards. In the absence of such standards, said authority may require evidence of proper installation, procedure, or use. The authority having jurisdiction may also refer to the listings or labeling practices of an organization that is concerned with product evaluations and is thus in a position to determine compliance with appropriate standards for the current production of listed items.

**A-1-4 Authority Having Jurisdiction.** The phrase "authority having jurisdiction" is used in NFPA documents in a broad manner, since jurisdictions and approval agencies vary, as do their responsibilities. Where public safety is primary, the authority having jurisdiction may be a federal, state, local, or other regional department or individual such as a fire chief; fire marshal; chief of a fire prevention bureau, labor department, or health department; building official; electrical inspector; or others having statutory authority. For insurance purposes, an insurance inspection department, rating bureau, or other insurance company representative may be the authority having jurisdiction. In many circumstances, the property owner or his or her designated agent assumes the role of the authority having jurisdiction; at government installations, the commanding officer or departmental official may be the authority having jurisdiction.

**A-1-4 Certification of Personnel.** This definition of *certification of personnel* applies only to municipal fire alarm systems.

**A-1-4 Combination System.** Examples of non-fire systems are security, card access control, closed circuit television, sound reinforcement, background music, paging, sound masking, building automation, time, and attendance.

**A-1-4 Double Doorway.** Refer to Figure 2-10.6.5.3.1 for an illustration of detector location requirements for double doors.

72–106                                    NATIONAL FIRE ALARM CODE

**A-1-4 Ember.** Class A and Class D combustibles burn as embers under conditions where the flame typically associated with fire does not necessarily exist. This glowing combustion yields radiant emissions in parts of the radiant energy spectrum that are radically different from those parts affected by flaming combustion. Specialized detectors that are specifically designed to detect those emissions should be used in applications where this type of combustion is expected. In general, flame detectors are not intended for the detection of embers.

**A-1-4 Evacuation.** Evacuation does not include the relocation of occupants within a building.

**A-1-4 Fixed-Temperature Detector.** The difference between the operating temperature of a fixed-temperature device and the surrounding air temperature is proportional to the rate at which the temperature is rising. The rate is commonly referred to as *thermal lag.* The air temperature is always higher than the operating temperature of the device.

Typical examples of fixed-temperature sensing elements are as follows.

(a) *Bimetallic.* A sensing element comprised of two metals that have different coefficients of thermal expansion arranged so that the effect is deflection in one direction when heated and in the opposite direction when cooled.

(b) *Electrical Conductivity.* A line-type or spot-type sensing element in which resistance varies as a function of temperature.

(c) *Fusible Alloy.* A sensing element of a special composition metal (eutectic) that melts rapidly at the rated temperature.

(d) *Heat-Sensitive Cable.* A line-type device in which the sensing element comprises, in one type, two current-carrying wires separated by heat-sensitive insulation that softens at the rated temperature, thus allowing the wires to make electrical contact. In another type, a single wire is centered in a metallic tube, and the intervening space is filled with a substance that becomes conductive at a critical temperature, thus establishing electrical contact between the tube and the wire.

(e) *Liquid Expansion.* A sensing element comprising a liquid that is capable of marked expansion in volume in response to an increase in temperature.

**A-1-4 Flame Detector.** Flame detectors are categorized as ultraviolet, single wavelength infrared, ultraviolet infrared, or multiple wavelength infrared.

**A-1-4 Ionization Smoke Detection.** Ionization smoke detection is more responsive to invisible particles (smaller than 1 micron in size) produced by most flaming fires. It is somewhat less responsive to the larger particles typical of most smoldering fires. Smoke detectors that use the ionization principle are usually of the spot type.

**A-1-4 Listed.** The means for identifying listed equipment may vary for each organization concerned with product evaluation; some organizations do not recognize equipment as listed unless it is also labeled. The authority having jurisdiction should utilize the system employed by the listing organization to identify a listed product.

**A-1-4 Photoelectric Light Obscuration Smoke Detection.** The response of photoelectric light obscuration smoke detectors is usually not affected by the color of smoke.

Smoke detectors that use the light obscuration principle are usually of the line type. These detectors are commonly referred to as "projected beam smoke detectors."

**A-1-4 Photoelectric Light-Scattering Smoke Detection.** Photoelectric light-scattering smoke detection is more responsive to visible particles (larger than 1 micron in size) produced by most smoldering fires. It is somewhat less responsive to the smaller particles typical of most flaming fires. It is also less responsive to black smoke than to lighter colored smoke. Smoke detectors that use the light-scattering principle are usually of the spot type.

**A-1-4 Radio Channel.** The width of the channel depends on the type of transmissions and the tolerance for the frequency of emission. Channels normally are allocated for radio transmission in a specified type for service by a specified transmitter.

**A-1-4 Rate Compensation Detector.** A typical example of a rate compensation detector is a spot-type detector with a tubular casing of a metal that tends to expand lengthwise as it is heated and an associated contact mechanism that closes at a certain point in the elongation. A second metallic element inside the tube exerts an opposing force on the contacts, tending to hold them open. The forces are balanced in such a way that, on a slow rate-of-temperature rise, there is more time for heat to penetrate to the inner element, which inhibits contact closure until the total device has been heated to its rated temperature level. However, on a fast rate-of-temperature rise, there is not as much time for heat to penetrate to the inner element, which exerts less of an inhibiting effect so that contact closure is achieved when the total device has been heated to a lower temperature. This, in effect, compensates for thermal lag.

**A-1-4 Rate-of-Rise Detector.** Typical examples of rate-of-rise detectors are as follows.

(a) *Pneumatic Rate-of-Rise Tubing.* A line-type detector comprising small-diameter tubing, usually copper, that is installed on the ceiling or high on the walls throughout the protected area. The tubing is terminated in a detector unit that contains diaphragms and associated contacts set to actuate at a predetermined pressure. The system is sealed except for calibrated vents that compensate for normal changes in temperature.

(b) *Spot-Type Pneumatic Rate-of-Rise Detector.* A device consisting of an air chamber, a diaphragm, contacts, and a compensating vent in a single enclosure. The principle of operation is the same as that described for pneumatic rate-of-rise tubing.

(c) *Electrical Conductivity—Type Rate-of-Rise Detector.* A line-type or spot-type sensing element in which resistance changes due to a change in temperature. The rate of change of resistance is monitored by associated control equipment, and an alarm is initiated when the rate of temperature increase exceeds a preset value.

**A-1-4 Sloping Peaked-Type Ceiling.** Refer to Figure A-2-2.4.4.1 for an illustration of smoke or heat detector spacing on peaked-type sloped ceilings.

**A-1-4 Sloping Shed-Type Ceiling.** Refer to Figure A-2-2.4.4.2 for an illustration of smoke or heat detector spacing on shed-type sloped ceilings.

**A-1-4 Smooth Ceiling.** Open truss constructions are not considered to impede the flow of fire products unless the upper member, in continuous contact with the ceiling, projects below the ceiling more than 4 in. (100 mm).

**A-1-4 Spark.** The overwhelming majority of applications involving the detection of Class A and Class D combustibles with radiant energy-sensing detectors involve the transport of particulate solid materials through pneumatic conveyor ducts

or mechanical conveyors. It is common in the industries that include such hazards to refer to a moving piece of burning material as a *spark* and to systems for the detection of such fires as *spark detection systems*.

**A-1-4 Voice Intelligibility.** As used in this code, intelligibility and intelligible are both applied to the description of voice communications systems intended to reproduce human speech. When a human being can clearly distinguish and understand human speech reproduced by such a system, the system is said to be intelligible. Satisfactory intelligibility requires adequate audibility and adequate clarity. Clarity is defined as freedom from distortion of all kinds (IEC 60849, *Sound Systems for Emergency Purposes*, Section 3.6). The following are three kinds of distortion responsible for the reduction of speech clarity in an electroacoustic system:

(1) Amplitude distortion, due to non-linearity in electronic equipment and transducers

(2) Frequency distortion, due to non-uniform frequency response of transducers and selective absorption of various frequencies in acoustic transmission

(3) Time domain distortion, due to reflections and reverberation in the acoustic domain

Of these three kinds of distortion, frequency distortion is partially, and time domain distortion is totally, a function of the environment in which the system is installed (size, shape, and surface characteristics of walls, floors, and ceilings) and the character and placement of the loudspeakers (transducers).

**A-1-4 Wavelength.** The concept of wavelength is extremely important in selecting the proper detector for a particular application. There is a precise interrelation between the wavelength of light being emitted from a flame and the combustion chemistry producing the flame. Specific subatomic, atomic, and molecular events yield radiant energy of specific wavelengths. For example, ultraviolet photons are emitted as the result of the complete loss of electrons or very large changes in electron energy levels. During combustion, molecules are violently torn apart by the chemical reactivity of oxygen, and electrons are released in the process, recombining at drastically lower energy levels, thus giving rise to ultraviolet radiation. Visible radiation is generally the result of smaller changes in electron energy levels within the molecules of fuel, flame intermediates, and products of combustion. Infrared radiation comes from the vibration of molecules or parts of molecules when they are in the superheated state associated with combustion. Each chemical compound exhibits a group of wavelengths at which it is resonant. These wavelengths constitute the chemical's infrared spectrum, which is usually unique to that chemical.

This interrelationship between wavelength and combustion chemistry affects the relative performance of various types of detectors with respect to various fires.

**A-1-5.1.3** Examples of qualified personnel include individuals who can demonstrate experience on similar systems and have the following qualifications:

(1) Factory trained and certified in fire alarm system design

(2) National Institute of Certification in Engineering Technologies (NICET) fire alarm certified — minimum level III

(3) Licensed or certified by a state or local authority

**A-1-5.2.3** The term *fire alarm systems* includes all equipment, regardless of location, that requires power but does not receive all power directly from the main control unit. Examples of fire alarm equipment that require power include, but are not limited to, the following multiple control units, remote power supplies, amplifiers, transponders, and required computer equipment.

**A-1-5.2.7(c)** An engine-driven generator without standby battery supplement should not be assumed to be capable of a reliable power transfer within 30 seconds of a primary power loss.

**A-1-5.2.7(d)** UPS equipment often contains an internal bypass arrangement to supply the load directly from the line. These internal bypass arrangements are a potential source of failure. UPS equipment also requires periodic maintenance. It is, therefore, necessary to provide a means of promptly and safely bypassing and isolating the UPS equipment from all power sources while maintaining continuity of power supply to the equipment normally supplied by the UPS.

**A-1-5.2.9 Rechargeable-Type Batteries, or Storage Batteries.** The following newer types of rechargeable batteries are normally used in protected premises applications.

(a) *Vented Lead-Acid, Gelled, or Starved Electrolyte Battery.* This rechargeable-type battery is generally used in place of primary batteries in applications that have a relatively high current drain or that require the extended standby capability of much lower currents. The nominal voltage of a single cell is 2 volts, and the battery is available in multiples of 2 volts (e.g., 2, 4, 6, 12). Batteries should be stored according to the manufacturer's recommendations.

(b) *Nickel-Cadmium Battery.* The sealed-type nickel-cadmium battery generally used in applications where the battery current drain during a power outage is low to moderate (typically up to a few hundred milliamperes) and is fairly constant. Nickel-cadmium batteries are also available in much larger capacities for other applications. The nominal voltage per cell is 1.42 volts, with batteries available in multiples of 1.42 (e.g., 12.78, 25.56). Batteries in storage can be stored in any state of charge for indefinite periods. However, a battery in storage will lose capacity (will self-discharge), depending on storage time and temperature. Typically, batteries stored for more than 1 month require an 8-hour to 14-hour charge period to restore capacity. In service, the battery should receive a continuous, constant-charging current that is sufficient to keep it fully charged. (Typically, the charge rate equals $1/10$ to $1/20$ of the ampere-hour rating of the battery.) Because batteries are made up of individual cells connected in series, the possibility exists that, during deep discharge, one or more cells that are low in capacity will reach complete discharge prior to other cells. The cells with remaining life tend to charge the depleted cells, causing a polarity reversal resulting in permanent battery damage. This condition can be determined by measuring the open cell voltage of a fully charged battery (voltage should be a minimum of 1.28 volts per cell multiplied by the number of cells). Voltage depression effect is a minor change in discharge voltage level caused by constant current charging below the system discharge rate.

In some applications of nickel-cadmium batteries, for example, battery-powered shavers, a memory characteristic also exists. Specifically, if the battery is discharged daily for 1 minute, followed by a recharge, operation for 5 minutes will not result in the rated ampere-hour output because the battery has developed a 1-minute discharge memory.

(c) *Sealed Lead-Acid Battery.* In a sealed lead-acid battery, the electrolyte is totally absorbed by the separators, and no venting normally occurs. Gas evolved during recharge is internally recombined, resulting in minimal loss of capacity life. A

high-pressure vent, however, is provided to avoid damage under abnormal conditions.

**A-1-5.2.9.2.3** Batteries are trickle-charged if they are off-line and waiting to be put under load in the event of a loss of power.

Float-charged batteries are fully charged and connected across the output of the rectifiers to smooth the output and to serve as a standby source of power in the event of a loss of line power.

**A-1-5.4.1.2** It is not the intent of this paragraph to dictate the time frame for the local fire safety devices to complete their function, such as fan wind-down time, door closure time, or elevator travel time.

**A-1-5.4.2.1 Coded Alarm Signal Designations.** The recommended coded signal designations for buildings that have four floors and multiple basements are provided in Table A-1-5.4.2.1.

**Table A-1-5.4.2.1 Recommended Coded Signal Designations**

| Location | Coded Signal |
|----------|--------------|
| Fourth floor | 2–4 |
| Third floor | 2–3 |
| Second floor | 2–2 |
| First floor | 2–1 |
| Basement | 3–1 |
| Sub-basement | 3–2 |

**A-1-5.4.2.2** Actuation of an initiating device is usually the instant at which a complete digital signal is achieved at the device, such as a contact closure. For smoke detectors or other automatic initiating devices, which may involve signal processing and analysis of the signature of fire phenomena, actuation means the instant when the signal analysis requirements are completed by the device or control unit software.

A separate control unit contemplates a network of control units forming a single large system as defined in Section 3-8.

For some analog initiating devices, actuation is the moment that the fire alarm control unit interprets that the signal from an initiating device has exceeded the alarm threshold programmed into the control unit.

For smoke detectors working on a system with alarm verification, where the verification function is performed in the fire alarm control unit, the moment of actuation of smoke detectors is sometimes determined by the fire alarm control unit.

**A-1-5.4.5.2** The operability of controlled mechanical equipment (e.g., smoke and fire dampers, elevator recall arrangements, and door holders) should be verified by periodic testing. Failure to test and properly maintain controlled mechanical equipment can result in operational failure during an emergency, with potential consequences up to and including loss of life.

**A-1-5.4.6.3.3** The purposes for automatic trouble re-sound is to remind owners, or those responsible for the system, that the system remains in a fault condition. A secondary benefit is to possibly alert occupants of the building that the fire alarm system is in a fault condition.

**A-1-5.4.6.3.4** In large, campus-style arrangements with proprietary supervising stations monitoring protected premises systems, and in other situations where off-premises monitoring achieves the desired result, the authority having jurisdiction is permitted to allow the re-sound to occur only at the supervising station. Approval by the authority having jurisdiction is required so it can consider all fire safety issues and make a determination that there are procedures in place to ensure that the intent is met, in other words, someone is available to take action to correct the problem.

**A-1-5.4.7(b)** A valve supervisory, low-pressure switch or other device intended to cause a supervisory signal when actuated should not be connected in series with the end-of-line supervisory device of initiating device circuits, unless a distinctive signal, different from a trouble signal, is indicated.

**A-1-5.4.10** A system provided with an alarm verification feature as permitted by 3-8.3.2.3.1 is not considered a presignal system, since the delay in the signal produced is 60 seconds or less and requires no human intervention.

**A-1-5.4.11.4** The bypass means is intended to enable automatic or manual day and night and weekend operation.

**A-1-5.5.1(1)** The requirement of 1-5.5.1(1) does not preclude transfer to secondary supply at less than 85 percent of nominal primary voltage, provided the requirements of 1-5.2.5 are met.

**A-1-5.5.2.1** Fire alarm specifications can include some or all of the following:

(1) Address of the protected premises
(2) Owner of the protected premises
(3) Authority having jurisdiction
(4) Applicable codes, standards, and other design criteria to which the system is required to comply
(5) Type of building construction and occupancy
(6) Fire department response point(s) and annunciator location(s)
(7) Type of fire alarm system to be provided
(8) Calculations, for example, secondary supply and voltage drop calculations
(9) Type(s) of fire alarm-initiating devices, supervisory alarm-initiating devices, and evacuation notification appliances to be provided
(10) Intended area(s) of coverage
(11) Complete list of detection, evacuation signaling, and annunciator zones
(12) Complete list of fire safety control functions
(13) Complete sequence of operations detailing all inputs and outputs

**A-1-5.5.4** The installation of all fire alarm system wiring should take into account the fire alarm system manufacturer's published installation instructions and the limitations of the applicable product listings or approvals.

**A-1-5.6** The intent of 1-5.6 is to have the fire alarm system respond before it is incapacitated by fire. There have been several fatal fires where the origin and path of the fire resulted in destruction of the control unit before a detector responded.

**CAUTION**

The exception to 1-5.6 permits use of a heat detector if ambient conditions are not suitable for smoke detection. It is important to also evaluate whether the area is suitable for the control unit.

The code intends that only one smoke detector is required at the control unit even when the area of the room would require more than one detector if installed according to the spacing rules in Chapter 2.

A-1-5.7.1.2 Fire alarm system annunciation should, as a minimum, be sufficiently specific to identify the origin of a fire alarm signal in accordance with the following.

(a) If a floor exceeds 20,000 ft$^2$ (1860 m$^2$) in area, the floor should be subdivided into detection zones of 20,000 ft$^2$ (1860 m$^2$) or less, consistent with the existing smoke and fire barriers on the floor.

(b) If a floor exceeds 20,000 ft$^2$ (1860 m$^2$) in area and is undivided by smoke or fire barriers, detection zoning should be determined on a case-by-case basis in consultation with the authority having jurisdiction.

(c) Waterflow switches on sprinkler systems that serve multiple floors, areas exceeding 20,000 ft$^2$ (1860 m$^2$), or areas inconsistent with the established detection system zoning should be annunciated individually.

(d) In-duct smoke detectors on air-handling systems that serve multiple floors, areas exceeding 20,000 ft$^2$ (1860 m$^2$), or areas inconsistent with the established detection system zoning should be annunciated individually.

(e) If a floor area exceeds 20,000 ft$^2$ (1860 m$^2$), additional zoning should be provided. The length of any zone should not exceed 300 ft (91 m) in any direction. If the building is provided with automatic sprinklers throughout, the area of the alarm zone should be permitted to coincide with the allowable area of the sprinkler zone.

A-1-5.8.1 The provision of a double loop or other multiple path conductor or circuit to avoid electrical monitoring is not acceptable.

A-1-5.8.1 Exception No. 7 This code does not have jurisdiction over the monitoring integrity of conductors within equipment, devices, or appliances.

A-1-5.8.6.1 Backup amplifying and evacuation signal-generating equipment is recommended with automatic transfer upon primary equipment failure to ensure prompt restoration of service in the event of equipment failure.

A-1-5.8.7.2 Because digital alarm communicator systems establish communications channels between the protected premises and the central station via the public switched telephone network, the requirement to supervise circuits between the protected premises and the central station (refer to 1-5.8.1) is considered to be met if the communications channel is periodically tested in accordance with 5-5.3.2.1.10.

A-1-6.1.3 Protected premises fire alarm systems are often installed under construction or remodeling contracts and subsequently connected to a supervising station fire alarm system under a separate contract. All contractors should complete the portions of the record of completion form for the portions of the connected systems for which they are responsible. Several partially completed forms might be accepted by the authority having jurisdiction provided that all portions of the connected systems are covered in the set of forms.

A-1-6.2.1 The requirements of Chapter 7 should be used to perform the installation wiring and operational acceptance tests required when completing the record of completion.

The record of completion form shall be permitted to be used to record decisions reached prior to installation regarding intended system type(s), circuit designations, device types, notification appliance type, power sources, and the means of transmission to the supervising station.

A-1-6.2.2(1) The owner's manual should include the following:

(a) A detailed narrative description of the system inputs, evacuation signaling, ancillary functions, annunciation, intended sequence of operations, expansion capability, application considerations, and limitations

(b) Operator instructions for basic system operations, including alarm acknowledgment, system reset, interpretation of system output (LEDs, CRT display, and printout), operation of manual evacuation signaling and ancillary function controls, and change of printer paper

(c) A detailed description of routine maintenance and testing as required and recommended and as would be provided under a maintenance contract, including testing and maintenance instructions for each type of device installed. This information should include the following:

(1) Listing of the individual system components that require periodic testing and maintenance

(2) Step-by-step instructions detailing the requisite testing and maintenance procedures, and the intervals at which these procedures shall be performed, for each type of device installed

(3) A schedule that correlates the testing and maintenance procedures recommended by A-1-6.2.2(c)(2) with the listing recommended by A-1-6.2.2(c)(1)

(d) Detailed troubleshooting instructions for each trouble condition generated from the monitored field wiring, including opens, grounds, and loop failures [These instructions should include a list of all trouble signals annunciated by the system, a description of the condition(s) that causes such trouble signals, and step-by-step instructions describing how to isolate such problems and correct them (or how to call for service, as appropriate).]

(e) A service directory, including a list of names and telephone numbers of those who provide service for the system

A-2-1.3.4 The monitoring of circuit integrity relies on the interruption of the wiring continuity when the connection to the initiating device is lost. Terminals and leads, as illustrated in Figures A-2-1.3.4(a) and (b) monitor the presence of the device on the initiating device circuit.

Figure A-2-1.3.4(a)  Correct wiring methods — four-wire detectors with separate power supply.



Figure A-2-1.3.4(b)  Wiring arrangements for three- and four-wire detectors.



Illustrates four-wire smoke detector employing a three-wire connecting arrangement. One side of power supply is connected to one side of initiating device circuit. Wire run broken at each connection to smoke detector to provide supervision.



Illustrates four-wire smoke detector employing a four-wire connecting arrangement. Incoming and outgoing leads or terminals for both initiating device and power supply connections. Wire run broken at each connection to provide supervision.

D = Detector

**A-2-1.4.2** The requirement of 2-1.4.2 recognizes that there are several different types of detector coverage.

**A-2-1.4.2.2** If there are no detectors in the room or area of fire origin, the fire could exceed the design objectives before being detected by remotely located detectors.

**A-2-1.4.2.3** If there are no detectors in the room or area of fire origin, the fire could exceed the design objectives before being detected by remotely located detectors. The intent of selective coverage is to address a specific hazard only.

**A-2-1.4.2.4** The requirement of 2-1.4.2.4 recognizes there will be instances where, for example, a facility owner would want to apply detection to meet certain performance goals and to address a particular hazard or need, but that detection is not required. Once installed, of course, acceptance testing, annual testing, and ongoing maintenance in accordance with this code is anticipated.

**A-2-2.1.2** The linear space rating is the maximum allowable distance between heat detectors. The linear space rating is also a measure of the heat detector response time to a standard test fire where tested at the same distance. The higher the rating, the faster the response time. This code recognizes only those heat detectors with ratings of 50 ft (15 m) or more.

**A-2-2.1.3** In order to predict the response of a heat detector using current fire modeling programs and currently published equations describing plume dynamics, two parameters must be known: operating temperature and thermal response coefficient. The thermal response coefficient is the quantification of the rate of heat transfer from the ceiling jet to the detector sensing element per unit of time, expressed as a function of ceiling jet temperature, ceiling jet velocity, and time. Response time index is a commonly used thermal response coefficient for sprinklers.

**A-2-2.2.1** Figure A-2-2.2.1 illustrates the proper mounting placement for detectors.

Figure A-2-2.2.1 Example of proper mounting for detectors.



**A-2-2.3** Detectors should be selected to minimize this temperature difference in order to minimize response time. However, a heat detector with a temperature rating that is somewhat in excess of the highest normally expected ambient temperature is specified in order to avoid the possibility of premature operation of the heat detector to non-fire conditions.

**A-2-2.4** In addition to the special requirements for heat detectors that are installed on ceilings with exposed joists, reduced spacing also might be required due to other structural characteristics of the protected area, such as possible drafts or other conditions that could affect detector operation.

**A-2-2.4.1** Maximum linear spacings on smooth ceilings for spot-type heat detectors are determined by full-scale fire tests. *[See Figure A-2-2.4.1(c).]* These tests assume that the detectors are to be installed in a pattern of one or more squares, each side of which equals the maximum spacing as determined in the test, as illustrated in Figure A-2-2.4.1(a). The detector to be tested is placed at a corner of the square so that it is positioned at the farthest possible distance from the fire while remaining within the square. Thus, the distance from the detector to the fire is always the test spacing multiplied by 0.7 and can be calculated as shown in Table A-2-2.4.1.

**Table A-2-2.4.1 Test Spacing for Spot-Type Heat Detectors**

| Test Spacing | | Maximum Test Distance from Fire to Detector (0.7 × D) | |
|---|---|---|---|
| ft | m | ft | m |
| 50 × 50 | 15.24 × 15.24 | 35.0 | 10.67 |
| 40 × 40 | 12.19 × 12.19 | 28.0 | 8.53 |
| 30 × 30 | 9.10 × 9.10 | 21.0 | 6.40 |
| 25 × 25 | 7.62 × 7.62 | 17.5 | 5.33 |
| 20 × 20 | 6.10 × 6.10 | 14.0 | 4.27 |
| 15 × 15 | 4.57 × 4.57 | 10.5 | 3.20 |

Once the correct maximum test distance has been determined, it is valid to interchange the positions of the fire and the detector. The detector is now in the middle of the square, and the listing specifies that the detector is adequate to detect a fire that occurs anywhere within that square — even out to the farthest corner.

In laying out detector installations, designers work in terms of rectangles, as building areas are generally rectangular in shape. The pattern of heat spread from a fire source, however, is not rectangular in shape. On a smooth ceiling, heat spreads out in all directions in an ever-expanding circle. Thus, the coverage of a detector is not, in fact, a square, but rather a circle whose radius is the linear space spacing multiplied by 0.7.

This is graphically illustrated in Figure A-2-2.4.1(d). With the detector at the center, by rotating the square, an infinite number of squares can be laid out, the corners of which create the plot of a circle whose radius is 0.7 times the listed spacing. The detector will cover any of these squares and, consequently, any point within the confines of the circle.

So far this explanation has considered squares and circles. In practical applications, very few areas turn out to be exactly square, and circular areas are extremely rare. Designers deal generally with rectangles of odd dimensions and corners of rooms or areas formed by wall intercepts, where spacing to one wall is less than one-half the listed spacing. To simplify the rest of this explanation, the use of a detector with a listed spacing of 30 ft × 30 ft (9.1 m × 9.1 m) should be considered. The principles derived are equally applicable to other types.

Figure A-2-2.4.1(f) illustrates the derivation of this concept. In Figure A-2-2.4.1(f), a detector is placed in the center of a circle with a radius of 21 ft (0.7 × 30 ft) [6.4 m (0.7 × 9.1 m)]. A series of rectangles with one dimension less than the permitted maximum of 30 ft (9.1 m) is constructed within the circle. The following conclusions can be drawn.

(a) As the smaller dimension decreases, the longer dimension can be increased beyond the linear maximum spacing of the detector with no loss in detection efficiency.

(b) A single detector covers any area that fits within the circle. For a rectangle, a single, properly located detector may be permitted, provided the diagonal of the rectangle does not exceed the diameter of the circle.

(c) Relative detector efficiency actually is increased, because the area coverage in square feet is always less than the 900 ft² (83.6 m²) permitted if the full 30 ft × 30 ft (9.1 m × 9.1 m) square were to be utilized. The principle illustrated here allows equal linear spacing between the detector and the fire, with no recognition for the effect of reflection from walls or partitions, which in narrow rooms or corridors is of additional benefit. For detectors that are not centered, the longer dimension should always be used in laying out the radius of coverage.

Areas so large that they exceed the rectangular dimensions given in Figure A-2-2.4.1(f) require additional detectors. Often proper placement of detectors can be facilitated by breaking down the area into multiple rectangles of the dimensions that fit most appropriately. For example, refer to Figure A-2-2.4.1.2. A corridor 10 ft (3 m) wide and up to 82 ft (25 m) long can be covered with two 30-ft (9.1-m) spot-type detectors. An area 40 ft (12.2 m) wide and up to 74 ft (22.6 m) long can be covered with four spot-type detectors. Irregular areas need more careful planning to make certain that no spot on the ceiling is more than 21 ft (6.4 m) away from a detector. These points can be determined by striking arcs from the remote corner. Where any part of the area lies beyond the circle with a radius of 0.7 times the listed spacings, additional detectors are required.



Figure A-2-2.4.1(a)  Spot-type heat detectors.

ⓘ = Heat detector

S = Space between detectors



Figure A-2-2.4.1(b)  Line-type detectors — spacing layouts, smooth ceiling.

S = Space between detectors

APPENDIX A                                                                72–113

**Figure A-2-2.4.1(c)  Fire test layout.**



*F* = Test fire, denatured alcohol, 190 proof. Pan located approximately 3 ft (0.9 m) above floor.

*S* = Indicates normal sprinkler spacings on 10-ft (3.1-m) schedules.

= Indicates normal heat detector spacing on various spacing schedules.

**Figure A-2-2.4.1(d)  Detector covering any square laid out in the confines of a circle in which the radius is 0.7 times the listed spacing.**



**Figure A-2.2.4.1(e)  Typical rectangles for detector curves of 15 ft to 50 ft (4.57 m to 15.24 m).**





**Figure A-2-2.4.1(f)  Detector spacing, rectangular areas.**



Rectangles
*A* = 10 ft × 41 ft = 410 ft² (3.1 m × 12.5 m = 38.1 m²)
*B* = 15 ft × 39 ft = 585 ft² (4.6 m × 11.9 m = 54.3 m²)
*C* = 20 ft × 37 ft = 740 ft² (6.1 m × 11.3 m = 68.8 m²)
*D* = 25 ft × 34 ft = 850 ft² (7.6 m × 10.4 m = 78.9 m²)
Listed spacing = 30 ft × 30 ft = 900 ft² (9.1 m × 9.1 m = 83.6 m²)

**1999 Edition**

**A-2-2.4.1.2** Figure A-2-2.4.1.2 illustrates smoke or heat detector spacing layouts in irregular areas.

Figure A-2-2.4.1.2 Smoke or heat detector spacing layout in irregular areas.



● = Smoke detector or heat detector

**A-2-2.4.3** The location and spacing of heat detectors should consider beam depth, ceiling height, beam spacing, and fire size.

If the ratio of beam depth ($D$) to ceiling height ($H$), ($D/H$), is greater than 0.10 and the ratio of beam spacing ($W$) to ceiling height ($H$), ($W/H$), is greater than 0.40, heat detectors should be located in each beam pocket.

If either the ratio of beam depth to ceiling height ($D/H$) is less than 0.10 or the ratio of beam spacing to ceiling height ($W/H$) is less than 0.40, heat detectors should be installed on the bottom of the beams.

**A-2-2.4.4.1** Figure A-2-2.4.4.1 illustrates smoke or heat detector spacing for peaked-type sloped ceilings.

**A-2-2.4.4.2** Figure A-2-2.4.4.2 illustrates smoke or heat detector spacing for shed-type sloped ceilings.

**A-2-2.4.5.1** Both 2-2.4.5.1 and Table 2-2.4.5.1 are constructed to provide detector performance on higher ceilings [to 30 ft (9.1 m) high] that is essentially equivalent to that which would exist with detectors on a 10-ft (3-m) ceiling.

The Fire Detection Institute Fire Test Report (*refer to Appendix C*) is used as a basis for Table 2-2.4.5.1. The report does not include data on integration-type detectors. Pending development of such data, the manufacturer's recommendations will provide guidance. (*Refer to Figure A-2-2.4.5.1.*)

Table 2-2.4.5.1 provides for spacing modification to take into account different ceiling heights for generalized fire conditions. Information regarding a design method that allows the designer to take into account ceiling height, fire size, and ambient temperatures is provided in Appendix B.

Figure A-2-2.4.4.1 Smoke or heat detector spacing layout, sloped ceilings (peaked type).



$S$ = Space between detectors
● = Smoke detector or heat detector

Figure A-2-2.4.4.2 Smoke or heat detector spacing layout, sloped ceilings (shed type).



$S$ = Space between detectors
● = Smoke detector or heat detector

Figure A-2-2.4.5.1 Detector spacing layout, solid joist construction.



S = Space between detectors

**A-2-2.4.5.2** The width of uniform temperature of the plume when it impinges on the ceiling is approximately 0.4 times the height above the fire, so reducing spacing below this level will not increase response time. For example, a detector with a listed spacing of 15 ft (4.6 m) or 225 ft² (21 m²) need not be spaced closer than 12 ft (3.7 m) on a 30-ft (9.1-m) ceiling, even though Table 2-2.4.5.1 states that the spacing should be $0.34 \times 15$, which equals 5.1 ft (1.6 m).

**A-2-3.1.1** The addition of a heat detector to a smoke detector does not enhance its performance as an early warning device.

**A-2-3.2** The person designing an installation should keep in mind that in order for a smoke detector to respond the smoke has to travel from the point of origin to the detector. In evaluating any particular building or location, likely fire locations should be determined first. From each of these points of origin, paths of smoke travel should be determined. Wherever

practicable, actual field tests should be conducted. The most desired locations for smoke detectors are the common points of intersection of smoke travel from fire locations throughout the building.

> NOTE:   This is one of the reasons that specific spacing is not assigned to smoke detectors by the testing laboratories.

**A-2-3.3** Throughout this code, smoke detector sensitivity is referred to in terms of the percent obscuration required to alarm or produce a signal. Smoke detectors are tested using various smoke sources that have different characteristics (for example, color, particle size, number of particles, particle shape). Unless otherwise specified, this code, the manufacturers, and the listing agencies report and use the percent obscuration produced using a specific type of gray smoke. Actual detector response will vary when the characteristics of the smoke reaching the detector is different from the smoke used in testing and reporting detector sensitivity.

**A-2-3.4.1** For operation, all types of smoke detectors depend on smoke entering the sensing chamber or light beam. If sufficient concentration is present, operation is obtained. Since the detectors are usually mounted on the ceiling, response time depends on the nature of the fire. A hot fire rapidly drives the smoke up to the ceiling. A smoldering fire, such as in a sofa, produces little heat; therefore, the time for smoke to reach the detector is increased.

**A-2-3.4.3** In high-ceiling areas, such as atriums, where spot-type smoke detectors are not accessible for periodic maintenance and testing, projected beam–type or air sampling–type detectors should be considered where access can be provided.

**A-2-3.4.3.2** Figure A-2-3.4.3.2 illustrates under-floor mounting installations.

Figure A-2-3.4.3.2 Mounting installations permitted (top) and not permitted (bottom).



**A-2-3.4.5.1.2** This is useful in calculating locations in corridors or irregular areas *(refer to A-2-2.4.1 and Figure A-2-2.4.1.2).* For irregularly shaped areas, the spacing between detectors can be greater than the selected spacing, provided the maximum spacing from a detector to the farthest point of a sidewall or corner within its zone of protection is not greater than 0.7 times the selected spacing (0.7S).

**A-2-3.4.5.2** On smooth ceilings, a spacing of not more than 60 ft (18.3 m) between projected beams and not more than one-half that spacing between a projected beam and a sidewall (wall parallel to the beam travel) should be used as a guide. Other spacing should be determined based on ceiling height, airflow characteristics, and response requirements.

In some cases, the light beam projector is mounted on one end wall, with the light beam receiver mounted on the opposite wall. However, it is also permitted to suspend the projector and receiver from the ceiling at a distance from the end walls not exceeding one-quarter the selected spacing (S). *(Refer to Figure A-2-3.4.5.2.)*

**Figure A-2-3.4.5.2** Maximum distance at which ceiling-suspended light projector and receiver can be positioned from end wall is one-quarter selected spacing (S).



S = Selected detector spacing

**A-2-3.4.6** Detectors are placed at reduced spacings at right angles to joists or beams in an attempt to ensure that detection time is equivalent to that which would be experienced on a flat ceiling. It takes longer for the combustion products (smoke or heat) to travel at right angles to beams or joists because of the phenomenon wherein a plume from a relatively hot fire with significant thermal lift tends to fill the pocket between each beam or joist before moving to the next beam or joist.

Though it is true that this phenomenon might not be significant in a small smoldering fire where there is only enough thermal lift to cause stratification at the bottom of the joists, reduced spacing is still recommended to ensure that detection time is equivalent to that which would exist on a flat ceiling, even in the case of a hotter type of fire.

**A-2-3.4.6.1** The spacing guidelines in 2-3.4.6.1 are based on a detection design fire of 100 kW. For detection at a larger 1-MW fire and ceiling heights of 28 ft (8.53 m) or less,

smooth ceiling spacings should be used and the detectors may be located on the ceiling or the bottom of the beams.

**A-2-3.4.6.2** The spacing guidelines in 2-3.4.6.2 are based on a detection design fire of 100 kW. For detection at a larger 1-MW fire, the following spacings should be used.

(a) For beamed ceilings with beams running parallel to (up) the slope, with slopes 10 degrees or less, spacing for flat-beamed ceilings should be used. For ceilings with slopes greater that 10 degrees, twice the smooth ceiling spacing should be used in the direction parallel to (up) the slopes, and one-half the spacing should be used in the direction perpendicular to (across) the slope. For slopes greater than 10 degrees, the detectors located at a distance of one-half the spacing from the low end are not required. Spacing should be measured along the horizontal projection of the ceiling.

(b) For beamed ceilings with beams running perpendicular to (across) the slope, for any slope, smooth ceiling spacing should be used in the direction parallel to the beams (across the slope), and one-half the smooth ceiling spacing should be used in the direction perpendicular to the beams (up the slope).

**A-2-3.4.7** Refer to Figure A-2-2.4.4.1.

**A-2-3.4.8** Refer to Figure A-2-2.4.4.2.

**A-2-3.5.1** Detectors should not be located in a direct airflow nor closer than 3 ft (1 m) from an air supply diffuser or return air opening. Supply or return sources larger than those commonly found in residential and small commercial establishments can require greater clearance to smoke detectors. Similarly, smoke detectors should be located farther away from high velocity air supplies.

**A-2-3.5.2.2** Smoke might not be drawn into the duct or plenums when the ventilating system is shut down. Furthermore, when the ventilating system is operating, the detector(s) can be less responsive to a fire condition in the room of fire origin due to dilution by clean air.

**A-2-3.6.1.1** Product-listing standards include tests for temporary excursions beyond normal limits. In addition to temperature, humidity, and velocity variations, smoke detectors should operate reliably under such common environmental conditions as mechanical vibration, electrical interference, and other environmental influences. Tests for these conditions are also conducted by the testing laboratories in their listing program. In those cases in which environmental conditions approach the limits shown in Table A-2-3.6.1.1, the detector manufacturer should be consulted for additional information and recommendations.

**A-2-3.6.1.2** Smoke detectors can be affected by electrical and mechanical influences and by aerosols and particulate matter found in protected spaces. The location of detectors should be such that the influences of aerosols and particulate matter from sources such as those in Table A-2-3.6.1.2(a) are minimized. Similarly, the influences of electrical and mechanical factors shown in Table A-2-3.6.1.2(b) should be minimized. While it might not be possible to isolate environmental factors totally, an awareness of these factors during system layout and design favorably affects detector performance.

**Table A-2-3.6.1.1 Environmental Conditions That Influence Smoke Detector Response**

| Detection Protection | Air Velocity >300 ft (>91.44 m)/min | Altitude >3000 ft (>914.4 m) | Humidity >93% RH | Temp. <32°F >100°F (<0°C >37.8°C) | Color of Smoke |
|---|---|---|---|---|---|
| Ion | X | X | X | X | O |
| Photo | O | O | X | X | X |
| Beam | O | O | X | X | O |
| Air Sampling | O | O | X | X | O |

X = Can affect detector response.
O = Generally does not affect detector response.

**Table A-2-3.6.1.2(a) Common Sources of Aerosols and Particulate Matter Moisture**

**Moisture**

Humid outside air

Humidifiers

Live steam

Showers

Slop sink

Steam tables

Water spray

**Combustion Products and Fumes**

Chemical fumes

Cleaning fluids

Cooking equipment

Curing

Cutting, welding, and brazing

Dryers

Exhaust hoods

Fireplaces

Machining

Ovens

Paint spray

**Atmospheric Contaminants**

Corrosive atmospheres

Dust or lint

Excessive tobacco smoke

Heat treating

Linen and bedding handling

**Table A-2-3.6.1.2(a) Common Sources of Aerosols and Particulate Matter Moisture (Continued)**

Pneumatic transport

Sawing, drilling, and grinding

Textile and agricultural processing

**Engine Exhaust**

Diesel trucks and locomotives

Engines not vented to the outside

Gasoline forklift trucks

**Heating Element with Abnormal Conditions**

Dust accumulations

Improper exhaust

Incomplete combustion

**Table A-2-3.6.1.2(b) Sources of Electrical and Mechanical Influences on Smoke Detectors**

| Electrical Noise and Transients | Airflow |
|---|---|
| Vibration or shock | Gusts |
| Radiation | Excessive velocity |
| Radio frequency | |
| Intense light | |
| Lightning | |
| Electrostatic discharge | |
| Power supply | |

1999 Edition

**A-2-3.6.1.4** Stratification of air in a room can hinder air containing smoke particles or gaseous combustion products from reaching ceiling-mounted smoke detectors or fire-gas detectors.

Stratification occurs when air containing smoke particles or gaseous combustion products is heated by smoldering or burning material and, becoming less dense than the surrounding cooler air, rises until it reaches a level at which there is no longer a difference in temperature between it and the surrounding air.

Stratification also can occur when evaporative coolers are used, because moisture introduced by these devices can condense on smoke, causing it to fall toward the floor. Therefore, to ensure rapid response, it might be necessary to install smoke detectors on sidewalls or at locations below the ceiling.

In installations where detection of smoldering or small fires is desired and where the possibility of stratification exists, consideration should be given to mounting a portion of the detectors below the ceiling. In high-ceiling areas, projected beam-type or air sampling-type detectors at different levels also should be considered. *(Refer to Figure A-2-3.6.1.4.)*

**Figure A-2-3.6.1.4** Smoke detector layout accounting for stratification.



3-ft (0.9-m) minimum

High ceiling area     Cross section AA

**A-2-3.6.2.2** Airflow through holes in the rear of a smoke detector can interfere with smoke entry to the sensing chamber. Similarly, air from the conduit system can flow around the outside edges of the detector and interfere with smoke reaching the sensing chamber. Additionally, holes in the rear of a detector provide a means for entry of dust, dirt, and insects, each of which can adversely affect the detector's performance.

**A-2-3.6.3.2** Where the light path of a projected beam-type detector is abruptly interrupted or obscured, the unit should not initiate an alarm. It should give a trouble signal after verification of blockage.

**A-2-3.6.4.1** A single-pipe network has a shorter transport time than a multiple-pipe network of similar length pipe; however,

a multiple-pipe system provides a faster smoke transport time than a single-pipe system of the same total length. As the number of sampling holes in a pipe increases, the smoke transport time increases. Where practicable, pipe run lengths in a multiple-pipe system should be nearly equal, or the system should be otherwise pneumatically balanced.

**A-2-3.6.4.2** The air sampling-type detector system should be able to withstand dusty environments by either air filtering or electronic discrimination of particle size. The detector should be capable of providing optimal time delays of alarm outputs to eliminate nuisance alarms due to transient smoke conditions. The detector should also provide facilities for the connection of monitoring equipment for the recording of background smoke level information necessary in setting alert and alarm levels and delays.

**A-2-3.6.5** For the most effective detection of fire in high-rack storage areas, detectors should be located on the ceiling above each aisle and at intermediate levels in the racks. This is necessary to detect smoke that is trapped in the racks at an early stage of fire development when insufficient thermal energy is released to carry the smoke to the ceiling. Earliest detection of smoke is achieved by locating the intermediate level detectors adjacent to alternate pallet sections as shown in Figures A-2-3.6.5(a) and (b). The detector manufacturer's recommendations and engineering judgment should be followed for specific installations.

A projected beam-type detector can be permitted to be used in lieu of a single row of individual spot-type smoke detectors.

Sampling ports of an air sampling-type detector can be permitted to be located above each aisle to provide coverage that is equivalent to the location of spot-type detectors. The manufacturer's recommendations and engineering judgment should be followed for the specific installation.

**A-2-3.6.6.3** Smoke detector spacing depends on the movement of air within the room.

**A-2-4.1** For the purpose of this code, radiant energy includes the electromagnetic radiation emitted as a by-product of the combustion reaction, which obeys the laws of optics. This includes radiation in the ultraviolet, visible, and infrared portions of the spectrum emitted by flames or glowing embers. These portions of the spectrum are distinguished by wavelengths as shown in Table A-2-4.1.

**Table A-2-4.1  Spectrum Wavelength Ranges**

| Radiant Energy | $\mu m$ |
|---|---|
| Ultraviolet | 0.1–0.35 |
| Visible | 0.36–0.75 |
| Infrared | 0.76–220 |

Conversion Factors: 1.0 $\mu m$ = 1000 nM = 10,000 Å.

Figure A-2-3.6.5(a)  Detector location for solid storage (closed rack) in which transverse and longitudinal flue spaces are irregular or non-existent, as for slatted or solid shelved storage.

Figure A-2-3.6.5(b)  Detector location for palletized storage (open rack) or no shelved storage in which regular transverse and longitudinal flue spaces are maintained.





○ Detectors on ceiling
● Detectors on racks
   (upper intermediate level)
◑ Detectors on racks
   (lower intermediate level)

○ Detectors on ceiling
● Detectors in racks at upper
   intermediate level
◑ Detectors in racks at lower
   intermediate level

**A-2-4.2** Following are operating principles for two types of detectors.

(a) *Flame Detectors.* Ultraviolet flame detectors typically use a vacuum photodiode Geiger-Muller tube to detect the ultraviolet radiation that is produced by a flame. The photodiode allows a burst of current to flow for each ultraviolet photon that hits the active area of the tube. When the number of current bursts per unit time reaches a predetermined level, the detector initiates an alarm.

A single wavelength infrared flame detector uses one of several different photocell types to detect the infrared emissions in a single wavelength band that are produced by a flame. These detectors generally include provisions to minimize alarms from commonly occurring infrared sources such as incandescent lighting or sunlight.

An ultraviolet/infrared (UV/IR) flame detector senses ultraviolet radiation with a vacuum photodiode tube and a selected wavelength of infrared radiation with a photocell and uses the combined signal to indicate a fire. These detectors need exposure to both types of radiation before an alarm signal can be initiated.

A multiple wavelength infrared (IR/IR) flame detector senses radiation at two or more narrow bands of wavelengths in the infrared spectrum. These detectors electronically compare the emissions between the bands and initiate a signal where the relationship between the two bands indicates a fire.

(b) *Spark/Ember Detectors.* A spark/ember-sensing detector usually uses a solid state photodiode or phototransistor to sense the radiant energy emitted by embers, typically between 0.5 microns and 2.0 microns in normally dark environments. These detectors can be made extremely sensitive (microwatts), and their response times can be made very short (microseconds).

**A-2-4.2.1** The radiant energy from a flame or spark/ember is comprised of emissions in various bands of the ultraviolet, visible, and infrared portions of the spectrum. The relative quantities of radiation emitted in each part of the spectrum are determined by the fuel chemistry, the temperature, and the rate of combustion. The detector should be matched to the characteristics of the fire.

Almost all materials that participate in flaming combustion emit ultraviolet radiation to some degree during flaming combustion, whereas only carbon-containing fuels emit significant

radiation at the 4.35-micron (carbon dioxide) band used by many detector types to detect a flame. *(Refer to Figure A-2-4.2.1.)*

**Figure A-2-4.2.1 Spectrum of a typical flame (free-burning gasoline).**



The radiant energy emitted from an ember is determined primarily by the fuel temperature (Planck's Law Emissions) and the emissivity of the fuel. Radiant energy from an ember is primarily infrared and, to a lesser degree, visible in wavelength. In general, embers do not emit ultraviolet energy in significant quantities (0.1 percent of total emissions) until the ember achieves temperatures of 2000 K (1727°C or 3240°F). In most cases, the emissions are included in the band of 0.8 microns to 2.0 microns, corresponding to temperatures of approximately 750°F to 1830°F (398°C to 1000°C).

Most radiant energy detectors have some form of qualification circuitry within them that uses time to help distinguish between spurious, transient signals and legitimate fire alarms. These circuits become very important where the anticipated fire scenario and the ability of the detector to respond to that anticipated fire are considered. For example, a detector that uses an integration circuit or a timing circuit to respond to the flickering light from a fire might not respond well to a deflagration resulting from the ignition of accumulated combustible vapors and gases, or where the fire is a spark that is traveling up to 328 ft/sec (100 m/sec) past the detector. Under these circumstances, a detector that has a high-speed response capability is most appropriate. On the other hand, in applications where the development of the fire is slower, a detector that uses time for the confirmation of repetitive signals is appropriate. Consequently, the fire growth rate should be considered in selecting the detector. The detector performance should be selected to respond to the anticipated fire.

The radiant emissions are not the only criteria to be considered. The medium between the anticipated fire and the detector is also very important. Different wavelengths of radiant energy are absorbed with varying degrees of efficiency by materials that are suspended in the air or that accumulate on the optical surfaces of the detector. Generally, aerosols and surface deposits reduce the sensitivity of the detector. The detection technology used should take into account those normally occurring aerosols and surface deposits to minimize the reduction of system response between maintenance intervals. It should be noted that the smoke evolved from the combustion of middle and heavy fraction petroleum distillates is highly absorptive in the ultraviolet end of the spectrum. If using this type of detection, the system should be designed to minimize the effect of smoke interference on the response of the detection system.

The environment and ambient conditions anticipated in the area to be protected impact the choice of detector. All detectors have limitations on the range of ambient temperatures over which they will respond, consistent with their tested or approved sensitivities. The designer should make certain that the detector is compatible with the range of ambient temperatures anticipated in the area in which it is installed. In addition, rain, snow, and ice attenuate both ultraviolet and infrared radiation to varying degrees. Where anticipated, provisions should be made to protect the detector from accumulations of these materials on its optical surfaces.

**A-2-4.2.2** Normal radiant emissions that are not from a fire can be present in the hazard area. When selecting a detector for an area other potential sources of radiant emissions should be evaluated. Refer to A-2-4.2.1 for additional information.

**A-2-4.3.1.1** All optical detectors respond according to the following theoretical equation:

$$S = \frac{kpe^\zeta d}{d^2}$$

where:

| | | |
|---|---|---|
| $k$ | = | proportionality constant for the detector |
| $p$ | = | radiant power emitted by the fire |
| $e$ | = | Naperian logarithm base (2.7183) |
| $\zeta$ | = | extinction coefficient of air |
| $d$ | = | distance between the fire and the detector |
| $S$ | = | radiant power reaching the detector |

The sensitivity (S) typically is measured in nanowatts. This equation yields a family of curves similar to the one shown in Figure A-2-4.3.1.1.



Figure A-2-4.3.1.1 Normalized fire size vs. distance.

The curve defines the maximum distance at which the detector consistently detects a fire of defined size and fuel. Detectors should be employed only in the shaded area above the curve.

Under the best of conditions, with no atmospheric absorption, the radiant power reaching the detector is reduced by a factor of 4 if the distance between the detector and the fire is doubled. For the consumption of the atmospheric extinction, the exponential term *Zeta* ($\zeta$) is added to the equation. Zeta is a measure of the clarity of the air at the wavelength under consideration. Zeta is affected by humidity, dust, and any other contaminants in the air that are absorbent at the wavelength in question. Zeta generally has values between –0.001 and –0.1 for normal ambient air.

**A-2-4.3.2.1** The following are types of application for which flame detectors are suitable:

(1) High-ceiling, open-spaced buildings such as warehouses and aircraft hangers

(2) Outdoor or semioutdoor areas where winds or draughts can prevent smoke from reaching a heat or smoke detector

(3) Areas where rapidly developing flaming fires can occur, such as aircraft hangars, petrochemical production areas, storage and transfer areas, natural gas installations, paint shops, or solvent areas

(4) Areas needing high fire risk machinery or installations, often coupled with an automatic gas extinguishing system

(5) Environments that are unsuitable for other types of detectors

Some extraneous sources of radiant emissions that have been identified as interfering with the stability of flame detectors include the following:

(1) Sunlight
(2) Lightning
(3) X-rays
(4) Gamma rays
(5) Cosmic rays
(6) Ultraviolet radiation from arc welding
(7) Electromagnetic interference (EMI, RFI)
(8) Hot objects
(9) Artificial lighting

**A-2-4.3.2.3** The greater the angular displacement of the fire from the optical axis of the detector, the larger the fire must become before it is detected. This phenomenon establishes the field of view of the detector. Figure A-2-4.3.2.3 shows an example of the effective sensitivity versus angular displacement of a flame detector.

Figure A-2-4.3.2.3 Normalized sensitivity vs. angular displacement.



**A-2-4.3.2.4** Virtually all radiant energy-sensing detectors exhibit some kind of fuel specificity. If burned at uniform rates [J/sec (W)], different fuels emit different levels of radiant power in the ultraviolet, visible, and infrared portions of the spectrum. Under free-burn conditions, a fire of given surface area but of different fuels burns at different rates [J/sec (W)] and emits varying levels of radiation in each of the major portions of the spectrum. Most radiant energy detectors designed to detect flame are qualified based on a defined fire under specific conditions. If employing these detectors for fuels other than the defined fire, the designer should make certain that the appropriate adjustments to the maximum distance between the detector and the fire are made consistent with the fuel specificity of the detector.

**A-2-4.3.2.6** This requirement has been satisfied by the following means:

(1) Lens clarity monitoring and cleaning where a contaminated lens signal is rendered

(2) Lens air purge

The need to clean detector windows can be reduced by the provision of air purge devices. These devices are not foolproof, however, and are not a replacement for regular inspection and testing. Radiant energy-sensing detectors should not be placed in protective housings (for example, behind glass) to keep them clean, unless such housings are listed for the purpose. Some optical materials are absorptive at the wavelengths used by the detector.

**A-2-4.3.3.1** Spark/ember detectors are installed primarily to detect sparks and embers that could, if allowed to continue to burn, precipitate a much larger fire or explosion. Spark/ember detectors are typically mounted on some form of duct or conveyor, monitoring the fuel as it passes by. Usually, it is necessary to enclose the portion of the conveyor where the

detectors are located, as these devices generally require a dark environment. Extraneous sources of radiant emissions that have been identified as interfering with the stability of spark/ember detectors include the following:

(1) Ambient light
(2) Electromagnetic interference (EMI, RFI)
(3) Electrostatic discharge in the fuel stream

**A-2-4.3.3.2** There is a minimum ignition power (watts) for all combustible dusts. If the spark or ember is incapable of delivering that quantity of power to the adjacent combustible material (dust), an expanding dust fire cannot occur. The minimum ignition power is determined by the fuel chemistry, fuel particle size, fuel concentration in air, and ambient conditions such as temperature and humidity.

**A-2-4.3.3.4** As the distance between the fire and the detector increases, the radiant power reaching the detector decreases. Refer to A-2-4.3.1.1 for additional information.

**A-2-4.3.3.5** The greater the angular displacement of the fire from the optical axis of the detector, the larger the fire must become before it is detected. This phenomenon establishes the field of view of the detector. Figure A-2-4.3.2.3 shows an example of the effective sensitivity versus angular displacement of a flame detector.

**A-2-4.3.3.6** This requirement has been satisfied by the following means:

(1) Lens clarity monitoring and cleaning where a contaminated lens signal is rendered
(2) Lens air purge

**A-2-5.2** The performance characteristics of the detector and the area into which it is to be installed should be evaluated to minimize nuisance alarms or conditions that would interfere with operation.

**A-2-6.2** The waterflow device should be field adjusted so that an alarm is initiated no more than 90 seconds after a sustained flow of at least 10 gpm (40 L/min).

Features that should be investigated to minimize alarm response time include the following:

(1) Elimination of trapped air in the sprinkler system piping
(2) Use of an excess pressure pump
(3) Use of pressure drop alarm-initiating devices
(4) A combination thereof

Care should be used when choosing waterflow alarm-initiating devices for hydraulically calculated looped systems and those systems using small orifice sprinklers. Such systems might incorporate a single point flow of significantly less than 10 gpm (40 L/min). In such cases, additional waterflow alarm-initiating devices or the use of pressure drop-type waterflow alarm-initiating devices might be necessary.

Care should be used when choosing waterflow alarm-initiating devices for sprinkler systems that use on–off sprinklers to ensure that an alarm is initiated in the event of a waterflow condition. On–off sprinklers open at a predetermined temperature and close when the temperature reaches a predetermined lower temperature. With certain types of fires, waterflow might occur in a series of short bursts of a duration of 10 seconds to 30 seconds each. An alarm-initiating device with retard might not detect waterflow under these conditions. An excess pressure system or a system that operates on pressure drop should be considered to facilitate waterflow detection on sprinkler systems that use on–off sprinklers.

Excess pressure systems can be used with or without alarm valves. The following is a description of one type of excess pressure system with an alarm valve.

An excess pressure system with an alarm valve consists of an excess pressure pump with pressure switches to control the operation of the pump. The inlet of the pump is connected to the supply side of the alarm valve, and the outlet is connected to the sprinkler system. The pump control pressure switch is of the differential type, maintaining the sprinkler system pressure above the main pressure by a constant amount. Another switch monitors low sprinkler system pressure to initiate a supervisory signal in the event of a failure of the pump or other malfunction. An additional pressure switch can be used to stop pump operation in the event of a deficiency in water supply. Another pressure switch is connected to the alarm outlet of the alarm valve to initiate a waterflow alarm signal when waterflow exists. This type of system also inherently prevents false alarms due to water surges. The sprinkler retard chamber should be eliminated to enhance the detection capability of the system for short duration flows.

**A-2-7** Alarm initiation can be accomplished by devices that detect the following:

(1) Flow of water in foam systems
(2) Pump activation
(3) Differential pressure
(4) Pressure (for example, clean agent systems, carbon dioxide systems, and wet/dry chemical systems)
(5) Mechanical operation of a release mechanism

**A-2-8.2.4** It is not the intent of 2-8.2.4 to require manual fire alarm boxes to be attached to moveable partitions or to equipment, nor to require the installation of permanent structures for mounting purposes only.

**A-2-8.3** Recommended coded signal designations for buildings that have four floors and multiple basements are provided in Table A-2-8.3.

**Table A-2-8.3  Recommended Coded Signal Designations**

| Location | Coded Signal |
|---|---|
| Fourth floor | 2–4 |
| Third floor | 2–3 |
| Second floor | 2–2 |
| First floor | 2–1 |
| Basement | 3–1 |
| Sub-basement | 3–2 |

**A-2-10** Refer to NFPA 101®, Life Safety Code®, for the definition of smoke compartment; NFPA 90A, Standard for the Installation of Air Conditioning and Ventilating Systems, for the definition of duct systems; and NFPA 92A, Recommended Practice for Smoke-Control Systems, for the definition of smoke zone.

**A-2-10.1** Smoke detectors located in an open area(s) should be used rather than duct-type detectors because of the dilution effect in air ducts. Active smoke management systems installed in accordance with NFPA 92A, Recommended Practice for Smoke-Control Systems, or NFPA 92B, Guide for Smoke Manage-

*ment Systems in Malls, Atria, and Large Areas,* should be controlled by total coverage open area detection.

**A-2-10.2** Dilution of smoke-laden air by clean air from other parts of the building or dilution by outside air intakes can allow high densities of smoke in a single room with no appreciable smoke in the air duct at the detector location. Smoke might not be drawn from open areas if air-conditioning systems or ventilating systems are shut down.

**A-2-10.3** Smoke detectors can be applied in order to initiate control of smoke spread for the following purposes:

(1) Prevention of the recirculation of dangerous quantities of smoke within a building

(2) Selective operation of equipment to exhaust smoke from a building

(3) Selective operation of equipment to pressurize smoke compartments

(4) Operation of doors and dampers to close the openings in smoke compartments

**A-2-10.4.2** Smoke detectors are designed to sense the presence of particles of combustion, but depending on the sensing technology and other design factors, different detectors respond to different types of particles. Detectors based on ionization detection technology are most responsive to smaller, invisible sub-micron sized particles. Detectors based on photoelectric technology, by contrast, are most responsive to larger visible particles.

It is generally accepted that particle size distribution varies from sub-micron diameter particles predominant in the proximity of the flame of a flaming fire to particles one or more orders of magnitude larger, which are characteristic of smoke from a smoldering fire. The actual particle size distribution depends on a host of other variables including the fuel and its physical make-up, the availability of oxygen including air supply and fire gas discharge, and other ambient conditions, especially humidity. Moreover, the particle size distribution is not constant, but as the fire gases cool, the sub-micron particles agglomerate and the very large ones precipitate. In other words, as smoke travels away from the fire source, the particle size distribution shows a relative decrease in smaller particles. Water vapor, which is abundantly present in most fires, when cooled sufficiently will condense to form fog particles — an effect frequently seen above tall chimneys. Because water condensation is basically clear in color, when it is mixed with other smoke particles, it can be expected to lighten the color of the mixture.

In almost every fire scenario in an air-handling system, the point of detection will be some distance from the fire source, therefore, the smoke will be cooler and more visible because of the growth of sub-micron particles into larger particles due to agglomeration and recombination. For these reasons, photoelectric detection technology has advantages over ionization detection technology in air duct system applications.

**A-2-10.4.2.2** Detectors listed for the air velocity present can be permitted to be installed at the opening where the return air enters the common return air system. The detectors should be installed up to 12 in. (0.3 m) in front of or behind the opening and spaced according to the following opening dimensions *[refer to Figures A-2-10.4.2.2(a), (b), and (c)]:*

(a) *Width.*

(1) Up to 36 in. (914 mm) — One detector centered in opening

(2) Up to 72 in. (1829 mm) — Two detectors located at the one-quarter points of the opening

(3) Over 72 in. (1829 mm) — One additional detector for each full 24 in. (610 mm) of opening

(b) *Depth.* The number and spacing of the detector(s) in the depth (vertical) of the opening should be the same as those given for the width (horizontal) above.

(c) *Orientation.* Detectors should be oriented in the most favorable position for smoke entry with respect to the direction of airflow. The path of a projected beam-type detector across the return air openings should be considered equivalent in coverage to a row of individual detectors.

Figure A-2-10.4.2.2(a)  Location of a smoke detector(s) in return air system openings for selective operation of equipment.



$\{\boxed{\odot}\}$ = Smoke detector in duct

Figure A-2-10.4.2.2(b)  Location of a smoke detector(s) in return air systems for selective operation of equipment.



72–124                    NATIONAL FIRE ALARM CODE

**Figure A-2-10.4.2.2(c)  Detector location in a duct that passes through smoke compartments not served by the duct.**



**Figure A-2-10.5.2(a)  Pendant-mounted air duct installation.**



**Figure A-2-10.5.2(b)  Typical duct detector placement.**



**A-2-10.5.2** If duct detectors are used to initiate the operation of smoke dampers, they should be located so that the detector is between the last inlet or outlet upstream of the damper and the first inlet or outlet downstream of the damper.

In order to obtain a representative sample, stratification and dead air space should be avoided. Such conditions could be caused by return duct openings, sharp turns, or connections, as well as by long, uninterrupted straight runs. For this reason, duct smoke detectors should be located in the zone between 6 and 10 duct-equivalent diameters of straight, uninterrupted run. In return air systems, the requirements of 2-10.4.2.2 take precedence over these considerations. *[Refer to Figures A-2-10.5.2(a), (b), and (c).]*

**A-2-10.6.5.1.2** If the depth of wall section above the door is 60 in. (1520 mm) or greater, additional detectors might be required as indicated by an engineering evaluation.

**A-3-2.5.3** A commonly used method of protecting against unauthorized changes can be described as follows (in ascending levels of access):

(a) *Access level 1:* Access by persons who have a general responsibility for safety supervision, who might be expected to investigate and initially respond to a fire alarm or trouble signal

(b) *Access level 2:* Access by persons who have a specific responsibility for safety, and who are trained to operate the control unit

(c) *Access level 3:* Access by persons who are trained and authorized to do the following:

(1) Reconfigure the site specific data held within the control unit, or controlled by it

(2) Maintain the control unit in accordance with the manufacturer's published instructions and data

(d) *Access level 4:* Access by persons who are trained and authorized either to repair the control unit or to alter its site specific data or operating system program, thereby changing its basic mode of operation

**A-3-4.2** Class A circuits are considered to be more reliable than Class B circuits because they remain fully operational during the occurrence of a single open or a single ground fault, while Class B circuits remain operational only up to the location of an open fault. However, neither Class A nor Class B circuits remain operational during a wire-to-wire short.

**Figure A-2-10.5.2(c)  Inlet tube orientation.**



For both Class A and Class B initiating device circuits, a wire-to-wire short is permitted to cause an alarm on the system

transient conditions. They are not intended to compensate for design errors or lack of maintenance.

**A-3-8.3.3.1.2** Supervisory systems are not intended to provide indication of design, installation, or functional defects in the supervised systems or system components and are not a substitute for regular testing of those systems in accordance with the applicable standard.

Supervised conditions should include, but should not be limited to the following:

(1) Size of control valves [1¹/₂ in. (38.1 mm) or larger]
(2) Pressure, including dry-pipe system air, pressure tank air, pre-action system supervisory air, steam for flooding systems, and public water
(3) Water tanks, including water level and temperature
(4) Building temperature, including areas such as valve closet and fire pump house
(5) Electric fire pumps, including running (alarm or supervisory), power failure, and phase reversal
(6) Engine-driven fire pumps, including running (alarm or supervisory), failure to start, controller off "automatic," and trouble (for example, low oil, high temperature, overspeed)
(7) Steam turbine fire pumps, including running (alarm or supervisory), steam pressure, and steam control valves
(8) Fire suppression systems appropriate to the system employed

**A-3-8.3.3.1.3** Cancellation of the off-normal signal can be permitted as a restoration signal, unless separate recording of all changes of state is a specific requirement. *(Refer to Chapter 5.)*

**A-3-8.3.3.3.2** Sealing or locking such a valve in the open position, or removing the handle from the valve, does not meet the intent of the supervision requirement.

**A-3-8.4.1.1.3** Paragraph 3-8.4.1.1.3 requires that the equipment used operate in a certain manner during fault conditions. For example, it is necessary that a fault such as a short circuit does not open a fuse or damage components common to other circuits.

**A-3-8.4.1.1.4** Paragraph 3-8.4.1.1.4 requires the protection of circuits as they pass through fire areas other than the one served. This is to delay possible damage to the circuits from fires in areas other than those served by the circuits. This is done to increase the likelihood that circuits serving areas remote from the original fire will have the opportunity to be activated and serve their purpose. Note that the protection requirement would also apply to a signaling line circuit that extends from a master fire alarm control unit to another remote fire alarm control unit where notification appliance circuits might originate.

**A-3-8.4.1.2** Paragraph 1-5.4.7 requires that fire alarm signals be distinctive in sound from other signals and that this sound not be used for any other purpose. The use of the distinctive three-pulse temporal pattern fire alarm evacuation signal required by 3-8.4.1.2.2 became effective July 1, 1996, for new systems installed after that date. It had been previously recommended for this purpose by this code since 1979. It has since been adopted as both an American National Standard (ANSI S3.41, *Audible Emergency Evacuation Signal*) and an International Standard (ISO 8201, *Audible Emergency Evacuation Signal*).

Copies of both of these standards are available from the Standards Secretariat, Acoustical Society of America, 335 East 45th Street, New York, NY 10017-3483.

The standard fire alarm evacuation signal is a three-pulse temporal pattern using any appropriate sound. The pattern consists of the following in this order:

(a) An on phase lasting 0.5 seconds ± 10 percent

(b) An off phase lasting 0.5 seconds ± 10 percent, for three successive on periods

(c) An off phase lasting 1.5 seconds ± 10 percent *[refer to Figures A-3-8.4.1.2(a) and A-3-8.4.1.2(b)]*. The signal should be repeated for a period that is appropriate for the purposes of evacuation of the building, but for not less than 180 seconds. A single-stroke bell or chime sounded at "on" intervals lasting 1 second ± 10 percent, with a 2-second ± 10 percent "off" interval after each third "on" stroke, is permitted *[refer to Figure A-3-8.4.1.2(c)]*.

The minimum repetition time is permitted to be manually interrupted.

**Figure A-3-8.4.1.2(a)  Temporal pattern parameters.**



Key:
Phase (a) signal is on for 0.5 sec ± 10%
Phase (b) signal is off for 0.5 sec ± 10%
Phase (c) signal is off for 1.5 sec ± 10% [(c) = (a) + 2(b)]
Total cycle lasts for 4 sec ± 10%

**Figure A-3-8.4.1.2(b)  Temporal pattern imposed on audible notification appliances that otherwise emit a continuous signal while energized.**



**Figure A-3-8.4.1.2(c)  Temporal pattern imposed on a single-stroke bell or chime.**



**A-3-8.4.1.2.3** Coordination or synchronization of the audible signal within a notification zone is needed to preserve the temporal pattern. It is unlikely that the audible signal in one evacuation/notification zone will be heard in another at a level that will destroy the temporal pattern. Thus, it would not normally be necessary to provide coordination/synchronization for an entire system. Caution should be used in spaces such as atriums where the sounds produced in one notification zone can be sufficient to cause confusion regarding the temporal pattern.

**A-3-8.4.1.3.5.1** It is not the intention that emergency voice/alarm communications service be limited to English-speaking populations. Emergency messages should be provided in the language of the predominant building population. If there is a possibility of isolated groups that do not speak the predominant language, multilingual messages should be provided. It is expected that small groups of transients unfamiliar with the predominant language will be picked up in the traffic flow in the event of an emergency and are not likely to be in an isolated situation.

**A-3-8.4.1.3.5.5.1** The choice of the location(s) for the fire command center should also take into consideration the ability of the fire alarm system to operate and function during any probable single event.

**A-3-8.4.1.3.5.5.3** The operation of a fire command center in systems with multiple fire command centers should also consider visible indications at all locations to assist operators in understanding that manual system operation has been established by the fire command center in use.

**A-3-8.4.1.3.5.6.2** The design and layout of the loudspeaker audible notification appliances should be arranged such that they do not interfere with the operations of the emergency response personnel. Speakers located in the vicinity of the fire command center should be arranged so they do not cause audio feedback when the system microphone is used. Speakers installed in the area of two-way telephone stations should be arranged so that the sound pressure level emitted does not preclude the effective use of the two-way telephone system. Circuits for paging zones and telephone zones should be separated, shielded, or otherwise arranged to prevent audio cross-talk between circuits.

**A-3-8.4.1.3.6.1** Paragraph 3-8.4.1.3.6.1 does not prohibit the provision of multiple notification appliance circuits within an evacuation zone.

**A-3-8.4.1.3.7.3** Consideration should be given to the type of telephone handset that fire fighters use in areas where high ambient noise levels exist or areas where high noise levels could exist during a fire condition. Push-to-talk handsets, handsets that contain directional microphones, or handsets that contain other suitable noise-canceling features can be used.

**A-3-8.4.2** Embossed plastic tape, pencil, ink, or crayon should not be considered to be a permanently attached placard.

**A-3-8.4.3.6** Automatic fire suppression systems referred to in 3-8.4.3.6 include, but are not limited to, preaction and deluge sprinkler systems, carbon dioxide systems, halon systems, and dry chemical systems.

**A-3-9.3.1** In facilities without a building alarm system, dedicated fire alarm system control units are required by 3-9.3.1 for elevator recall in order that the elevator recall systems be monitored for integrity and have primary and secondary power meeting the requirements of this code.

The control unit used for this purpose should be located in an area that is normally occupied and should have audible and visible indicators to annunciate supervisory (elevator recall) and trouble conditions; however, no form of general occupant notification or evacuation signal is required or intended by 3-9.3.1.

**A-3-9.3.7** It is recommended that the installation be in accordance with Figures A-3-9.3.7(a) and (b). Figure A-3-9.3.7(a) should be used where the elevator is installed at the same time as the building fire alarm system. Figure A-3-9.3.7(b) should

be used where the elevator is installed after the building fire alarm system.

**Figure A-3-9.3.7(a)** Elevator zone — elevator and fire alarm system installed at same time.



**Figure A-3-9.3.7(b)** Elevator zone — elevator installed after fire alarm system.



**A-3-9.4.1** A lower response time index is intended to provide detector response prior to the sprinkler response, because a lower temperature rating alone might not provide earlier response. The listed spacing rating of the heat detector should be 25 ft (7.6 m) or greater.

**A-3-9.4.3** Care should be taken to ensure that elevator power cannot be interrupted due to water pressure surges in the sprinkler system. The intent of the code is to ensure that the switch and the system as a whole do not have the capability of introducing a time delay into the sequence. The use of a switch with a time delay mechanism set to zero does not meet the intent of the code, because it is possible to introduce a time delay after the system has been accepted. This might

occur in response to unwanted alarms caused by surges or water movement, rather than addressing the underlying cause of the surges or water movement (often due to air in the piping). Permanently disabling the delay in accordance with the manufacturer's printed instructions should be considered acceptable. Systems that have software that can introduce a delay in the sequence should be programmed to require a security password to make such a change.

**A-3-9.4.4** Figure A-3-9.4.4 illustrates one method of monitoring elevator shunt trip control power for integrity.

**Figure A-3-9.4.4 Typical method of providing elevator power shunt trip supervisory signal.**



**A-3-9.7.3** A problem could exist when batteries are used as a secondary power source if a control unit having 24 hours of standby operating power were to lose primary power and be operated for more than 24 hours from the secondary power source (batteries). It is possible that sufficient voltage would be available to keep the doors locked but not enough voltage available to operate the fire alarm system to release the locks. For systems requiring primary power that meets the requirements of 1-5.2.3, such as a hospital system, door locking would not be an issue even with batteries provided in the fire alarm control unit, because the primary power (emergency generator) would operate the fire alarm control unit and secondary power would not be required.

**A-3-10** The term *wireless* has been replaced with the term *low-power radio* to eliminate potential confusion with other transmission media such as optical fiber cables.

Low-power radio devices are required to comply with the applicable low-power requirements of Title 47, *Code of Federal Regulations*, Part 15.

**A-3-10.1** Equipment listed solely for dwelling unit use would not comply with this requirement.

**A-3-10.3.1** This requirement is not intended to preclude verification and local test intervals prior to alarm transmission.

**A-4-1** Notification appliances should be sufficient in quantity, audibility, intelligibility, and visibility so as to reliably convey the intended information to the intended building occupants in a fire emergency.

Notification appliances in conventional commercial and industrial applications should be installed in accordance with the specific requirements of Sections 4-3 and 4-4.

The code recognizes that it is not possible to identify specific criteria sufficient to ensure effective occupant notification in every conceivable application. If the specific criteria of Sections 4-3 and 4-4 are determined to be inadequate or inappropriate to provide the performance recommended above, approved alternative approaches or methods or are permitted to be used.

**A-4-2.3** Situations exist where supplemental enclosures are necessary to protect the physical integrity of a notification appliance. Protective enclosures should not interfere with the performance characteristics of the appliance. If the enclosure degrades the performance, methods should be detailed in the installation instructions of the enclosure that clearly identify the degradation. For example, where the appliance signal is attenuated, it might be necessary to adjust the appliance spacings or appliance output.

**A-4-2.5** For hardwired appliances, terminals or leads, as described in 4-2.5, are necessary to ensure that the wire run is broken and that the individual connections are made to the leads or other terminals for signaling and power.

A common terminal can be used for connection of incoming and outgoing wires. However, the design and construction of the terminal should not permit an uninsulated section of a single conductor to be looped around the terminal and to serve as two separate connections. For example, a notched clamping plate under a single securing screw is acceptable only if separate conductors of a notification circuit are intended to be inserted in each notch.

**A-4-3.1.1** The code does not require that all audible notification appliances within a building be of the same type. However, a mixture of different types of audible notification appliances within a space is not the desired method. Audible notification appliances that convey a similar audible signal are preferred. For example, a space that uses mechanical horns and bells might not be desirable. A space that is provided with mechanical horns and electronic horns with similar audible signal output is preferred.

However, the cost of replacing all existing appliances to match new appliances can impose substantial economic impact where other methods can be used to avoid occupant confusion of signals and signal content. Examples of other methods used to avoid confusion include, but are not limited to, training of occupants, signage, consistent use of temporal code signal pattern, and fire drills.

**A-4-3.1.4** In determining maximum ambient sound levels, it is not necessary to include temporary or abnormal sources. For example, in a typical office environment, sound sources that should be considered include air-handling equipment, office cleaning equipment (vacuum cleaners), and background music. Examples of temporary or abnormal sound sources that can be excluded would be sound from internal or external construction activities, that is, office rearrangements and construction equipment.

**A-4-4** The mounting height of the appliances affects the distribution pattern and level of illumination produced by an appliance on adjacent surfaces. It is this pattern, or effect, that provides occupant notification by visible appliances. If mounted too high, the pattern is larger, but at a lower level of illumination (measured in lumens per square foot or foot-candles). If mounted too low, the illumination is greater (brighter), but the pattern is smaller and might not overlap correctly with that of adjacent appliances.

A qualified designer could choose to present calculations to an authority having jurisdiction showing that it is possible to use a mounting height greater than 96 in. or less than 80 in. provided an equivalent level of illumination is achieved on the adjacent surfaces. This can be accomplished by using listed higher intensity appliances or closer spacing, or both.

Engineering calculations should be prepared by qualified persons and should be submitted to the authority having jurisdiction showing how the proposed variation achieves the same or greater level of illumination provided by the prescriptive requirements of Section 4-4.

The calculations require knowledge of calculation methods for high intensity strobes. In addition, the calculations require knowledge of the test standards used to evaluate and list the appliance.

**A-4-4.1** One method of determining compliance with Section 4-4 is that the product is listed in accordance with UL 1971, *Standard for Safety Signaling Devices for the Hearing Impaired.*

**A-4-4.2.2** Effective intensity is the conventional method of equating the brightness of a flashing light to that of a steady-burning light as seen by a human observer. The units of effective intensity are expressed in candelas (or candlepower, which is equivalent to candelas). For example, a flashing light that has an effective intensity of 15 cd has the same apparent brightness to an observer as a 15-cd steady-burning light source.

Measurement of effective intensity is usually done in a laboratory using specialized photometric equipment. Accurate field measurement of effective intensity is not practical. Other units of measure for the intensity of flashing lights, such as peak candela or flash energy, do not correlate directly to effective intensity and are not used in this standard.

**A-4-4.3** The prescriptive requirements of Section 4-4 assume the use of appliances having very specific characteristics of light color, intensity, distribution, and so on. The appliance and application requirements are based on extensive research. However, the research was limited to typical residential and commercial applications such as school classrooms, offices, hallways, and hotel rooms. While these specific appliances and applications will likely work in other spaces, their use might not be the most effective solution and might not be as reliable as other visible notification methods.

For example, in large warehouse spaces and large distribution spaces such as super stores, it is possible to provide visible signaling using the appliances and applications of this chapter. However, mounting strobe lights at a height of 80 in. to 96 in. along aisles with rack storage subjects the lights to frequent mechanical damage by fork lift trucks and stock. Also, the number of appliances required would be very high. It might be possible to use other appliances and applications not specifically addressed by this chapter at this time. Alternative applications must be carefully engineered for reliability and function and would require permission of the authority having jurisdiction.

Visible notification using the methods contained in 4-4.4.1 is achieved by indirect signaling. This means the viewer need not actually see the appliance, just the effect of the appliance. This can be achieved by producing minimum illumination on surfaces near the appliance such as the floor, walls, and desks. There must be a sufficient change in illumination to be noticeable. The tables and charts in Section 4-4 specify a certain candela effective light intensity for certain size spaces. The data were based on extensive research and testing. Appliances do not typically produce the same light intensity when measured off-axis. To ensure that the appliance produces the desired illumination (effect), it must have some distribution of light intensity to the areas surrounding the appliance. UL 1971, *Standard for Safety Signaling Devices for the Hearing Impaired,* specifies the distribution of light shown to provide effective notification by indirect visible signaling.

**A-4-4.4.1** Areas large enough to exceed the rectangular dimensions given in Figures A-4-4.4.1(a), (b), and (c) require additional appliances. Often, proper placement of appliances can be facilitated by breaking down the area into multiple squares and dimensions that fit most appropriately [*refer to Figures A-4-4.4.1(a), (b), (c), and (d)]*. An area that is 40 ft (12.2 m) wide and 74 ft (22.6 m) long can be covered with two 60-cd appliances. Irregular areas and areas with dividers or partitions need more careful planning to make certain that at least one 15-cd appliance is installed for each 20-ft × 20-ft (6.09-m × 6.09-m) area and that light from the appliance is not blocked.

**Figure A-4-4.4.1(a)** Irregular area spacing.



Note: Broken lines represent imaginary walls.

Figure A-4-4.4.1(b) Spacing of wall-mounted visible appliances in rooms.



Note: Broken lines represent imaginary walls.

Figure A-4-4.4.1(c) Room spacing allocation — correct.



Figure A-4-4.4.1(d) Room spacing allocation — incorrect.



**A-4-4.4.1.1(1)** A design that delivers a minimum illumination of 0.0375 lumens/ft² (footcandles) or 0.4037 lumens/m² (lux) to all occupiable spaces where visible notification is required is considered to meet the minimum light intensity requirements of 4-4.4.1.1(1). This level of illumination has been shown to alert people by indirect viewing (reflected light) in a large variety of rooms with a wide range of ambient lighting conditions.

The illumination from a visible notification appliance at a particular distance is equal to the effective intensity of the appliance divided by the distance squared (the inverse square law). Tables 4-4.4.1.1(a) and (b) are based on applying the inverse square law to provide an illumination of at least 0.0375 lumens/ft² throughout each room size. For example, a 60-cd effective intensity appliance in a 40-ft × 40-ft room produces 0.0375 lumens/ft² on the opposite wall 40 ft away (60 ÷ 40 ft²). This same 60-cd effective intensity appliance produces 0.0375 lumens/ft² on the adjacent wall 20 ft away (60 × 25% ÷ 20 ft²) where the minimum light output of the appliance at 90 degrees off-axis is 25 percent of rated output per ANSI/UL 1971, *Standard for Safety Signaling Devices for the Hearing Impaired.* Similarly, a 110-cd strobe will produce at least 0.0375 lumens/ft² in a 54-ft × 54-ft room. Calculated intensities in Tables 4-4.4.1.1(a) and (b) have been adjusted to standardize the intensity options of presently available products and take into account additional reflections in room corners and higher direct viewing probability when there is more than one appliance in a room.

The application of visible notification appliances in outdoor areas has not been tested and is not addressed in this standard. Visible appliances that are mounted outdoors should be listed for outdoor use (under ANSI/UL 1638, *Visual Signaling Appliances — Private Mode Emergency and General Utility Signaling,* for example) and should be located for direct viewing because reflected light will usually be greatly reduced.

**A-4-4.4.1.1(3)** The field of view is based on the focusing capability of the human eye specified as 120 degrees in the Illuminating Engineering Society (IES) *Lighting Handbook Reference and Application.* The apex of this angle is the viewer's eye. In order to ensure compliance with the requirements of 4-4.4.1.1, this angle should be increased to approximately 135 degrees.

Testing has shown that high flash rates of high intensity strobe lights can pose a potential risk of seizure to people with photosensitive epilepsy. To reduce this risk, more than two visible appliances are not permitted in any field of view unless they are separated by at least 55 ft (16.8 m) or unless their flashes are synchronized.

**A-4-4.4.2** See Figure A-4-4.4.2 for corridor and elevator spacing allocation.

**A-4-4.4.2.2** Visible appliances in corridors are permitted to be mounted on walls or on ceilings in accordance with 4-4.4.2.2. When there are more than two appliances in a field of view, they need to be at least 55 ft (16.8 m) apart or they need to be synchronized.

**A-4-4.4.3.2** For sleeping areas, the use of lights with other intensities at distances different than within 16 ft (4.9 m) has not been researched and is not addressed in this code.

**A-4-4.4.4** Examples of rooms where there are concentrated viewing areas include classrooms and theater stages.

Figure A-4-4.4.2 Corridor and elevator area spacing allocation.



A-4-7.1.2 The evacuation tone signal is used to evaluate the audibility produced by fire alarm speaker appliances because of the fluctuating sound pressure level of voice or recorded messages.

A-4-8 Textual visible appliances are selected and installed to provide temporary text, permanent text, or symbols. Textual visible appliances are most commonly used in the private mode. The use of microprocessors with computer monitors and printers has resulted in the ability to provide detailed fire alarm system information in the form of text and graphics to persons charged with directing emergency response and evacuation. Textual visible appliances are also used in the public mode to communicate emergency response and evacuation information directly to the occupants or inhabitants of the area protected by the fire alarm system. Because textual visible appliances do not necessarily have the ability to alert, they should only be used to supplement audible or visible notification appliances.

Textual visible information should be of a size and visual quality that is easily read. Many factors influence the readability of textual visible appliances, including the following:

(1) Size and color of the text or graphic
(2) Distance from the point of observation
(3) Observation time
(4) Contrast
(5) Background luminance
(6) Lighting
(7) Stray lighting (glare)
(8) Shadows
(9) Physiological factors

While many of these factors can be influenced by the fire alarm equipment manufacturer and by the building designers, there is no readily available method to measure legibility.

A-5-1 Table A-5-1 provides a tool for users of the code to easily and systematically lookup requirements for protected premises, central station service, remote supervising station, and proprietary supervising station fire alarm systems.

Table A-5-1 Supervising Station Performance Criteria

| System | Protected Premises | Central Station Service | Remote Supervising Station | Proprietary Supervising Station |
|---|---|---|---|---|
| Qualify | All fire alarm systems | Supervising station service provided by a prime contractor. There is a subscriber (*5-2.2.2 and 5-2.2.3*). | Where central station service is neither required nor elected, properties under various ownership monitored by a remote supervising station (*5-4.1*) | Supervising station service monitoring contiguous or non-contiguous properties under one ownership and responsible to the owner of the protected property (*5-3.2 et al*) |
| Listed | Equipment listed for the use intended (*1-5.1.2*) | Service listed or placarded as well as local equipment for intended use (*5-1.2.1 and 5-1.2.2*) | Equipment listed for use intended (*1-5.1.2*) | Equipment listed for use intended (*1-5.1.2*) |
| Design | According to code by experienced persons (*1-5.1.3*) | According to code by experienced persons (*1-5.1.3*) | According to code by experienced persons (*1-5.1.3*) | According to code by experienced persons (*1-5.1.3*) |
| Compatibility | Detector devices pulling power from initiating or signaling circuits listed for control panel (*1-5.3*) | Detector devices pulling power from initiating or signaling circuits listed for control panel (*1-5.3*) | Detector devices pulling power from initiating or signaling circuits listed for control panel (*1-5.3*) | Detector devices pulling power from initiating or signaling circuits listed for control panel (*1-5.3*) |

APPENDIX A                                                            72–133

**Table A-5-1 Supervising Station Performance Criteria** *(Continued)*

| System | Protected Premises | Central Station Service | Remote Supervising Station | Proprietary Supervising Station |
|---|---|---|---|---|
| Performance and Limitations | 85 percent and 110 percent of the nameplate rated input voltage, 32°F (0°C) and 120°F (49°C) ambient temperature, 85 percent relative humidity at 85°F (29.4°C) | 85 percent and 110 percent of the nameplate rated input voltage, 32°F (0°C) and 120°F (49°C) ambient temperature, 85 percent relative humidity at 85°F (29.4°C) | 85 percent and 110 percent of the nameplate rated input voltage, 32°F (0°C) and 120°F (49°C) ambient temperature, 85 percent relative humidity at 85°F (29.4°C) | 85 percent and 110 percent of the nameplate rated input voltage, 32°F (0°C) and 120°F (49°C) ambient temperature, 85 percent relative humidity at 85°F (29.4°C) |
| Documentation | Authority having jurisdiction notified of new or changed specifications, wiring diagrams, battery calculations. Floor plans approval statement from contractor meets manufacturer's specifications and NFPA requirements. Record of completion *(1-6.2.1 and 1-6.2.2).* Results of evaluation required in 3-4.3.3. | Authority having jurisdiction notified of new or changed specifications, wiring diagrams, battery calculations. Floor plans approval statement from contractor meets manufacturer's specifications and NFPA requirements. Record of completion *(1-6.2.1 and 1-6.2.2).* Results of evaluation required in 3-4.3.3. | Authority having jurisdiction notified of new or changed specifications, wiring diagrams, battery calculations. Floor plans approval statement from contractor meets manufacturer's specifications and NFPA requirements. Record of completion *(1-6.2.1 and 1-6.2.2).* Results of evaluation required in 3-4.3.3. | Authority having jurisdiction notified of new or changed specifications, wiring diagrams, battery calculations. Floor plans approval statement from contractor meets manufacturer's specifications and NFPA requirements. Record of completion *(1-6.2.1 and 1-6.2.2).* Results of evaluation required in 3-4.3.3. |
| Supervising Station Facilities | None | UL 827 compliant for both the supervising station and subsidiary station *(5-1.2.1 and 5-1.2.2)* | Access restricted, retransmit to public fire or governmental agency. Trouble and supervisory can be received elsewhere at a continuously attended station *(5-4.3 et al).* | Fire resistive, detached building or cut-off room not near or exposed to hazards. Access restricted, NFPA 10, 26-hour emergency lighting *(5-3.3 et al)* |
| Testing and Maintenance | Chapter 7 | Chapter 7 | Chapter 7 | Chapter 7 |
| Runner Service | No | Yes — Alarm arrive at the protected premises within 1 hour where equipment needs to be reset, guard signal — 30 minutes, supervisory — 1 hour, trouble — 4 hour *(5-2.6.1 et al)* | No | Yes — alarm — 1 hour, guard alarm — 30 minutes, supervisory — 1 hour, trouble — 1 hour *(5-3.6.6 et al)* |
| Operations and Management Requirements | None | Central station provides all but test, maintenance, installation and runner service provided by local alarm service. Local alarm service prime contractor provides above and central station provides remainder *(5-2.2.2)* | None | See Qualify |
| Staff | None | Minimum of two persons on duty at supervising station. Operation and supervision primary task *(5-2.5).* | Sufficient to receive alarms. Other duties permitted per the authority having jurisdiction. | Two operators of which one may be the runner, when runner is not in attendance at station contact not to exceed 15 minutes. Primary duties are monitoring alarms and operations of station *(5-3.5 et al).* |

72–134                                   NATIONAL FIRE ALARM CODE

Table A-5-1 Supervising Station Performance Criteria *(Continued)*

| System | Protected Premises | Central Station Service | Remote Supervising Station | Proprietary Supervising Station |
|---|---|---|---|---|
| Monitor Signals | Control unit, fire command center and supervising station if sent to supervising station (1-5.4.3.2.2) | Control unit, fire command center and supervising station if sent to supervising station (1-5.4.3.2.2) | Control unit, fire command center and supervising station if sent to supervising station (1-5.4.3.2.2) | Control unit, fire command center and supervising station if sent to supervising station (1-5.4.3.2.2) |
| Retransmission | None — Local | Alarm — public fire service communications center, subscriber, dispatch runner provide notice to subscriber and authority having jurisdiction if required. Supervisory, trouble, and guard service similar but not same (5-2.6.1.2 – 5-2.6.1.5). | (1) Alarm to fire department or governmental agency, if not available to another approved location. By dedicated phone circuit or one-way phone, private radio, or other methods acceptable. (2) Supervisory and trouble can go elsewhere (5-4.4.4). | Alarm — public fire department or plant brigade or other parties as required. Guard-protected premises, supervisory-designated person to find problem, others as required. Trouble-designated person to find problem and others as required (5-3.6.7.2 – 5-3.6.7.4). |
| Records | Current year and 1 year after (1-6.3) | Complete records of all signals received must be retained for at least 1 year. Reports provided of signals received to authority having jurisdiction in a form it finds acceptable (5-2.6.2). | At least 1 year (5-4.6.3). | Complete records of all signals received shall be retained for at least 1 year. Reports provided of signals received to authority having jurisdiction in a form it finds acceptable (5-3.6.7). |
| Alarm Type | Audible — fire zone. Audible and visual control unit and fire command center (1-5.7.1) | Audible — fire zone. Audible and visual control unit and fire command center (1-5.7.1) | Audible — fire zone. Audible and visual control unit and fire command center (1-5.7.1) | Audible — fire zone. Audible and visual control unit and fire command center (1-5.7.1) |
| Time/Retransmit | 20 seconds (1-5.4.2.2/None) | 20 seconds (1-5.4.2.2) Immediate — public fire "maximum" 90 seconds (5-2.6.1.1) | Same/immediate — public fire or owner designate (5-4.6.2) | 90 seconds (5-3.4.7) Immediate — public fire plant brigade or others (5-3.6.6.1) |
| Supervisory Type | Audible — covered zone. Audible and visual at the control panel and fire control center (1-5.7.1) | Audible — covered zone. Audible and visual at the control panel and fire control center (1-5.7.1) | Audible — covered zone. Audible and visual at the control panel and fire control center (1-5.7.1) | Audible — covered zone. Audible and visual at the control panel and fire control center (1-5.7.1) |
| Time/Retransmit | 20 seconds (1-5.4.2.2/None) | 20 seconds (1-5.4.2.2) Immediate person designated by subscriber maximum 4 minimum (5-2.6.1.3) | 20 seconds (1-5.4.2.2) Immediate — public fire or owner designate (5-4.6.2) | 90 seconds (5-3.4.7) Where required immediate person designated (5-3.6.6.3) |
| Trouble Type | Audible and visual at the control panel and fire control panel (1-5.7.1) | Audible and visual at the control panel and fire control panel (1-5.7.1) | Audible and visual at the control panel and fire control panel (1-5.7.1) | Audible and visual at the control panel and fire control panel (1-5.7.1) |
| Silence/Reset | Can be silenced, can be intermittent every 10 seconds for $1/2$ second, can have a switch secured. Re-sound every 24 hours if silenced, if restored and still silenced tone resounds (1-5.4.8). | Can be silenced, can be intermittent every 10 seconds for $1/2$ second, can have a switch secured. Re-sound every 24 hours if silenced, if restored and still silenced tone resounds (1-5.4.8). | Can be silenced, can be intermittent every 10 seconds for $1/2$ second, can have a switch secured. Re-sound every 24 hours if silenced, if restored and still silenced tone resounds (1-5.4.8). | Can be silenced, can be intermittent every 10 seconds for $1/2$ second, can have a switch secured. Re-sound every 24 hours if silenced, if restored and still silenced tone resounds (1-5.4.8). |

**Table A-5-1 Supervising Station Performance Criteria** *(Continued)*

| System | Protected Premises | Central Station Service | Remote Supervising Station | Proprietary Supervising Station |
|---|---|---|---|---|
| Time/Retransmit | 200 seconds *(1-5.4.6/ None)* | 200 seconds *(1-5.4.6)* Immediate — person designated by subscriber. Maximum 4 minutes *(5-2.6.1.4)* | 200 seconds *(1-5.4.6)* Immediate — public fire or owner designate *(5-4.6.2)* | 200 seconds *(5-3.4.7)* Where required immediate person designated *(5-3.6.6.4)* |
| Primary Source | Light and power service or engine-driven generator with trained operator *(1-5.2.4)*. Low-power radio and DACT increased. | Same low-power radio and DACT increased | Same low-power radio and DACT increased | Same low-power radio and DACT increased |
| Capacity | Direct-current voltages not to exceed 350 volts above earth ground *(1-5.2.3)* | Direct-current voltages not to exceed 350 volts above earth ground *(1-5.2.3)* | Direct-current voltages not to exceed 350 volts above earth ground *(1-5.2.3)* | Direct-current voltages not to exceed 350 volts above earth ground *(1-5.2.3)* |
| Duration | Constant | Constant | Constant | Constant |
| Type | 2-wire ac, 3-wire ac or dc with continuous unfused neutral conductor or polyphase ac with unfused neutral, dedicated branch circuits marked and overcurrent protection *(1-5.2.4)* | 2-wire ac, 3-wire ac or dc with continuous unfused neutral conductor or polyphase ac with unfused neutral, dedicated branch circuits marked and overcurrent protection *(1-5.2.4)* | 2-wire ac, 3-wire ac or dc with continuous unfused neutral conductor or polyphase ac with unfused neutral, dedicated branch circuits marked and overcurrent protection *(1-5.2.4)* | 2-wire ac, 3-wire ac or dc with continuous unfused neutral conductor or polyphase ac with unfused neutral, dedicated branch circuits marked and overcurrent protection *(1-5.2.4)* |
| Secondary | (1) Storage battery. (2) Auto-starting engine generator and storage batteries with 4-hour capacity. (3) Multiple engine-driven generators, one auto starting and capable of largest generator being out of service. Does not cause loss of signal *(1-5.2.5)* | (1) Storage battery. (2) Auto-starting engine generator and storage batteries with 4-hour capacity. (3) Multiple engine-driven generators, one auto starting and capable of largest generator being out of service. Does not cause loss of signal *(1-5.2.5)* | (1) Storage battery. (2) Auto-starting engine generator and storage batteries with 4-hour capacity. (3) Multiple engine-driven generators, one auto starting and capable of largest generator being out of service. Does not cause loss of signal *(1-5.2.5)* | (1) Storage battery. (2) Auto-starting engine generator and storage batteries with 4-hour capacity. (3) Multiple engine-driven generators, one auto starting and capable of largest generator being out of service. Does not cause loss of signal *(1-5.2.5)* |
| Capacity | Direct-current voltages not to exceed 360 volts above earth ground *(1-5.2.4)* | Direct-current voltages not to exceed 360 volts above earth ground *(1-5.2.4)* | Direct-current voltages not to exceed 360 volts above earth ground *(1-5.2.4)* | Direct-current voltages not to exceed 360 volts above earth ground *(1-5.2.4)* |
| Duration | Automatic without signal loss for 30 seconds and then for 24 hours on protected premises *(1-5.2.5)* | Automatic without signal loss for 30 seconds and then for 24 hours on protected premises and central station *(1-5.2.5)* | Automatic without signal loss for 30 seconds and then for 60 hours on remote station *(1-5.2.5)* | Automatic without signal loss for 30 seconds and then for 24 hours on protected premises and proprietary station *(1-5.2.5)* |
| Switch | Automatic but see the different configurations for exception *(1-5.2.6)* | Automatic but see the different configurations for exception *(1-5.2.6)* | Automatic but see the different configurations for exception *(1-5.2.6)* | Automatic but see the different configurations for exception *(1-5.2.6)* |
| Type | Automatic *(1-5.2.6)* | Automatic *(1-5.2.6)* | Automatic *(1-5.2.6)* | Automatic *(1-5.2.6)* |

72–136                                   NATIONAL FIRE ALARM CODE

**A-5-2.2.2** There are related types of contract service that often are provided from, or controlled by, a central station but that are neither anticipated by, nor consistent with, the provisions of 5-2.2.2. Although 5-2.2.2 does not preclude such arrangements, a central station company is expected to recognize, provide for, and preserve the reliability, adequacy, and integrity of those supervisory and alarm services intended to be in accordance with the provisions of 5-2.2.2.

**A-5-2.2.4** It is the prime contractor's responsibility to remove all compliance markings (certification markings or placards) when a service contract goes into effect that conflicts in any way with the requirements of 5-2.2.3.

**A-5-2.2.5** The prime contractor should be aware of statutes, public agency regulations, or certifications regarding fire alarm systems that might be binding on the subscriber. The prime contractor should identify for the subscriber which agencies could be an authority having jurisdiction and, if possible, advise the subscriber of any requirements or approvals being mandated by these agencies.

The subscriber has the responsibility for notifying the prime contractor of those private organizations that are being designated as an authority having jurisdiction. The subscriber also has the responsibility to notify the prime contractor of changes in the authority having jurisdiction, such as where there is a change in insurance companies. Although the responsibility is primarily the subscriber's, the prime contractor should also take responsibility for seeking out these private authorities having jurisdiction through the subscriber. The prime contractor is responsible for maintaining current records on the authority(ies) having jurisdiction for each protected premises.

The most prevalent public agency involved as an authority having jurisdiction with regard to fire alarm systems is the local fire department or fire prevention bureau. These are normally city or county agencies with statutory authority, and their approval of fire alarm system installations might be required. At the state level, the fire marshal's office is most likely to serve as the public regulatory agency.

The most prevalent private organizations involved as authorities having jurisdiction are insurance companies. Others include insurance rating bureaus, insurance brokers and agents, and private consultants. It is important to note that these organizations have no statutory authority and become authorities having jurisdiction only when designated by the subscriber.

With both public and private concerns to satisfy, it is not uncommon to find multiple authorities having jurisdiction involved with a particular protected premises. It is necessary to identify all authorities having jurisdiction in order to obtain all the necessary approvals for a central station fire alarm system installation.

**A-5-2.4.4** Two telephone lines (numbers) at the central station connected to the public switched telephone network, each having its own telephone instrument connected, and two telephone lines (numbers) available at the public fire service communications center to which a central station operator can retransmit an alarm meet the intent of this requirement.

**A-5-2.4.4.3** The following methods have been used successfully for supervising retransmission circuits (channels).

(a) An electrically supervised circuit (channel) provided with suitable code sending and automatic recording equipment.

(b) A supervised circuit (channel) providing suitable voice transmitting, receiving, and automatic recording equipment. The circuit can be permitted to be a telephone circuit with the following stipulations:

(1) It cannot be used for any other purpose.
(2) It is provided with a two-way ring-down feature for supervision between the fire department communications center and the central station.
(3) It is provided with terminal equipment located on the premises at each end.
(4) It is provided with 24-hour standby power.

NOTE: Local on-premises circuits are not required to be supervised.

(c) Radio facilities using transmissions over a supervised channel with supervised transmitting and receiving equipment. Circuit continuity ensured by any means at intervals not exceeding 8 hours is satisfactory.

**A-5-2.6.1.1(1)** The term *immediately* in this context is intended to mean "without unreasonable delay." Routine handling should take a maximum of 90 seconds from receipt of an alarm signal by the central station until the initiation of retransmission to the public fire service communications center.

**A-5-2.6.1.3** It is anticipated that the central station will first attempt to notify designated personnel at the protected premises. When such notification cannot be made, it might be appropriate to notify law enforcement or the fire department, or both. For example, if a valve supervisory signal is received where protected premises are not occupied, it is appropriate to notify the police.

**A-5-2.6.1.3(1)** The term *immediately* in this context is intended to mean "without unreasonable delay." Routine handling should take a maximum of 4 minutes from receipt of a supervisory signal by the central station until the initiation of communications with a person(s) designated by the subscriber.

**A-5-2.6.1.4(1)** The term *immediately* in this context is intended to mean "without unreasonable delay." Routine handling should take a maximum of 4 minutes from receipt of a trouble signal by the central station until initiation of the investigation by telephone.

**A-5-2.6.1.5.2** The term *immediately* in this context is intended to mean "without unreasonable delay." Routine handling should take a maximum of 4 minutes from receipt of a trouble signal by the central station until initiation of the investigation by telephone.

**A-5-3.2.4** The following functions are included in Appendix A to provide guidelines for utilizing building systems and equipment in addition to proprietary fire alarm equipment in order to provide life safety and property protection.

Building functions that should be initiated or controlled during a fire alarm condition include, but should not be limited to, the following:

(1) Elevator operation consistent with ANSI A17.1, *Safety Code for Elevators and Escalators*
(2) Unlocking of stairwell and exit doors *(refer to NFPA 80, Standard for Fire Doors and Fire Windows, and NFPA 101, Life Safety Code)*
(3) Release of fire and smoke dampers *(refer to NFPA 90A, Standard for the Installation of Air Conditioning and Ventilating Systems, and NFPA 90B, Standard for the Installation of Warm Air Heating and Air Conditioning Systems)*

(4) Monitoring and initiating of self-contained automatic fire extinguishing system(s) or suppression system(s) and equipment (*refer to NFPA 11, Standard for Low-Expansion Foam; NFPA 11A, Standard for Medium- and High-Expansion Foam Systems; NFPA 12, Standard on Carbon Dioxide Extinguishing Systems; NFPA 12A, Standard on Halon 1301 Fire Extinguishing Systems; NFPA 13, Standard for the Installation of Sprinkler Systems; NFPA 14, Standard for the Installation of Standpipe and Hose Systems; NFPA 15, Standard for Water Spray Fixed Systems for Fire Protection; and NFPA 17, Standard for Dry Chemical Extinguishing Systems*)

(5) Lighting control necessary to provide essential illumination during fire alarm conditions (*refer to NFPA 70, National Electrical Code, and NFPA 101, Life Safety Code*)

(6) Emergency shutoff of hazardous gas

(7) Control of building environmental heating, ventilating, and air-conditioning equipment to provide smoke control (*refer to NFPA 90A, Standard for the Installation of Air Conditioning and Ventilating Systems*)

(8) Control of process, data processing, and similar equipment as necessary during fire alarm conditions

A-5-3.6.4 It is the intent of this code that the operator within the proprietary supervising station should have a secure

means of immediately retransmitting any signal indicative of a fire to the public fire department communications center. Automatic retransmission using an approved method installed in accordance with Sections 5-2, 5-3, 5-4, and Chapter 6 is the best method for proper retransmission. However, a manual means can be permitted to be used, consisting of either a manual connection following the requirements of Sections 5-2, 5-4, and Chapter 6, or, for proprietary supervising stations serving only contiguous properties, a means in the form of a municipal fire alarm box installed within 50 ft (15 m) of the proprietary supervising station in accordance with Chapter 6 can be permitted.

A-5-3.6.5 Regardless of the type of retransmission facility used, telephone communications between the proprietary supervising station and the fire department should be available at all times and should not depend on a switchboard operator.

A-5-4.3 As a minimum, the room or rooms containing the remote supervising station equipment should have a 1-hour fire rating, and the entire structure should be protected by an alarm system complying with Chapter 3.

A-5-5.1 Refer to Table A-5-5.1 for communications methods.

Table A-5-5.1 Communications Methods for Supervising Stations

| Criteria | 5-5.3.1 Active Multiplex | 5-5.3.2 Digital Alarm Communicator Systems | 5-5.3.3 McCulloh Systems | 5-5.3.4 Two-Way Radio Frequency (RF) Multiplex Systems | 5-5.3.5 One-Way Private Radio Alarm Systems | 5-5.3.6 Directly Connected Noncoded Systems | 5-5.3.7 Private Microwave Radio Systems | 5-5.4 Other Transmission Technologies |
|---|---|---|---|---|---|---|---|---|
| FCC approval when applicable | Yes | Yes | Yes | Yes | Yes | | Yes | Yes |
| Conform to NFPA 70, *National Electrical Code* | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Monitoring for integrity of the transmission and communications channel | Systems are periodically polled for end-to-end communications integrity | Both the premises unit and the system unit monitor for integrity in a manner approved for the means of transmission employed. A single signal received on each incoming DACR line once every 24 hours | Continuous dc supervision | Systems are periodically polled for end-to-end communications integrity | Test signal from every transmitter once every 24 hours | Continuous dc supervision | Used as a portion of another type of transmission technology. End-to-end integrity monitored by the main transmission technology. Microwave portion is continuously monitored | Monitor for integrity or provide back-up channel tested as below |
| Annunciate, at the supervising station, the degradation and restoration of the transmission or communications channel | Within 200 seconds for Type III multiplex. Within 90 seconds for Type I and II multiplex. | Within 4 minutes using alternate phone line to report the trouble | Indicate automatically and operation under fault condition achieved either manually or automatically | Not exceed 90 seconds from the time of the actual failure | Only monitor the quality of signal received and indicate if the signal falls below minimum signal quality specified in code | Presented in a form to expedite prompt operator interpretation | Presented in a form to expedite prompt operator interpretation | Within 5 minutes (may use a second separate path to report failure) |

Table A-5-5.1  Communications Methods for Supervising Stations  *(Continued)*

| Criteria | 5-5.3.1 Active Multiplex | 5-5.3.2 Digital Alarm Communicator Systems | 5-5.3.3 McCulloh Systems | 5-5.3.4 Two-Way Radio Frequency (RF) Multiplex Systems | 5-5.3.5 One-Way Private Radio Alarm Systems | 5-5.3.6 Directly Connected Noncoded Systems | 5-5.3.7 Private Microwave Radio Systems | 5-5.4 Other Transmission Technologies |
|---|---|---|---|---|---|---|---|---|
| Redundant communication path where a portion of the transmission or communications channel cannot be monitored for integrity | Redundant path not required — supervising station always indicates a communications failure | Employ a combination of two separate transmission channels alternately tested at intervals not exceeding 24 hours | Redundant path not required — supervising station always indicates a communications failure. Exception is the use of nonmetallic channels that require two channels or an immediate transfer to a standby channel | Redundant path not required — supervising station always indicates a communications failure | Minimum of two independent RF paths must be simultaneously employed | None required | Dual transmitters required if more than 5 buildings or premises or 50 initiating devices circuits | Provide a redundant path if communication failure not annunciated at supervising station |
| Interval testing of the back-up path(s) | For Type I, 1-hour testing for dedicated lines and 24-hour testing for dial-up. No requirement for Type II and III. | When two phone lines are used, test alternately every 24 hours. Testing for other back-up technologies, see 5-5.3.2.1.6.2 | No testing requirement | Back-up path not required | No requirement because the quality of the signal is continuously monitored | Back-up path not required | Dual transmitters shall be operated on time ratio of 2:1 within each 24-hours | If back-up path required, test path once every 24-hours on alternating channels testing each channel every 48-hours |
| Annunciation of communication failure or ability to communicate at the protected premises | Not required — always annunciated at the supervising station that initiates corrective action | Indication of failure at premises due to line failure or failure to communicate after from 5 to 10 dialing attempts | Not required — always annunciated at the supervising station that initiates corrective action | Not required — always annunciated at the supervising station that initiates corrective action | Monitor the interconnection of the premises unit elements of transmitting equipment and indicate a failure at the premises or transmit a trouble signal to the supervising station | None required | None required | Systems where the transmitter at the local premises unit detects a communication failure before the supervising station, the premises unit will annunciate the failure within 5 minutes of detecting the failure |
| Time to restore signal receiving, processing, display, and recording equipment | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Spare digital alarm communicator receivers required for switchover to back-up receiver in 30 seconds. One back-up system unit for every 5 system units. | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes | Where duplicate equipment not provided, spare hardware required so a repair can be effected within 30 minutes. Complete set of critical spare parts on a 1 to 5 ratio of parts to system units or a duplicate functionally equivalent system unit for every 5 system units |

APPENDIX A                                                                72–139

**Table A-5-5.1  Communications Methods for Supervising Stations** *(Continued)*

| Criteria | 5-5.3.1 Active Multiplex | 5-5.3.2 Digital Alarm Communicator Systems | 5-5.3.3 McCulloh Systems | 5-5.3.4 Two-Way Radio Frequency (RF) Multiplex Systems | 5-5.3.5 One-Way Private Radio Alarm Systems | 5-5.3.6 Directly Connected Noncoded Systems | 5-5.3.7 Private Microwave Radio Systems | 5-5.4 Other Transmission Technologies |
|---|---|---|---|---|---|---|---|---|
| Loading capacities for system units and transmission and communications channels | 512 buildings and premises on one system unit. Unlimited if you can switch to duplicate system unit within 30 seconds. Loading capacity for transmission and communications channels (trunks) is listed in Table 5-5.3.1.4. | See Table 5-5.3.2.2.2.5 for the maximum number of transmitters on a hunt group in a system unit | Alarm and sprinkler supervisory limited to 25 plants and 250 code wheels on one circuit. 60 scheduled guard reports per hour | 512 buildings and premises on a system unit with no back-up. Unlimited if you can switch to a back-up in 30 seconds. | 512 buildings and premises on a system unit with no back-up. Unlimited if you can switch to a back-up in 30 seconds. | A single circuit must not serve more than one plant. | Up to 5 buildings or premises or 50 initiating device circuits on one transmitter. Unlimited if dual transmitters are used with automatic switchover or manual switchover in 30 seconds | 512 independent fire alarm systems on a system unit with no back-up. Unlimited if you can switch to a back-up in 30 seconds. The system shall be designed such that a failure of a transmission channel serving a system unit shall not result in the loss in the ability to monitor more than 3000 transmitters |
| End-to-end communication time for an alarm | 90 seconds from initiation until it is recorded | Off-hook to on-hook not to exceed 90 seconds per attempt. 10 attempts maximum. 900 seconds maximum for all attempts. | Not addressed | 90 seconds from initiation until it is recorded | 90% probability to receive an alarm in 90 seconds, 99% probability in 180 seconds, 99.999% probability in 450 seconds | Not addressed | Not addressed | 90 seconds from initiation of alarm until displayed to the operator and recorded on a media from which the information can be retrieved |
| Record and display rate of subsequent alarms at supervising station | Not slower than one every 10 additional seconds | Not addressed | Not addressed | When any number of subsequent alarms come in, record at a rate not slower than one every additional 10 seconds | When any number of subsequent alarms come in, record at a rate not slower than one every additional 10 seconds | Not addressed | Not addressed | No slower than one every 10 additional seconds |
| Signal error detection and correction | Not addressed | Signal repetition, digital parity check, or some equivalent means of signal verification must be used | Not addressed | Not addressed | Not addressed | Not applicable | Not addressed | Signal repetition, parity check, or some equivalent means of error detection and correction shall be used |
| Path sequence priority | Not addressed | The first transmission attempt uses the primary channel | Not addressed | Not addressed | Not addressed | Not addressed | Not addressed | No need for prioritization of paths. The requirement is that both paths are equivalent |

**Table A-5-5.1 Communications Methods for Supervising Stations** *(Continued)*

| Criteria | 5-5.3.1 Active Multiplex | 5-5.3.2 Digital Alarm Communicator Systems | 5-5.3.3 McCulloh Systems | 5-5.3.4 Two-Way Radio Frequency (RF) Multiplex Systems | 5-5.3.5 One-Way Private Radio Alarm Systems | 5-5.3.6 Directly Connected Noncoded Systems | 5-5.3.7 Private Microwave Radio Systems | 5-5.4 Other Transmission Technologies |
|---|---|---|---|---|---|---|---|---|
| Signal priority | Fire alarm, supervisory, and trouble signals shall take precedence, in that respective order of priority, over all other signals (except life threatening signals over supervisory and trouble) | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | Chapter 1 on fundamentals requires that alarm signals take priority over supervisory signals unless there is sufficient repetition of the alarm signal to prevent the loss of an alarm signal | If the communication methodology is shared with any other usage, all fire alarm transmissions shall preempt and take precedence over any other usage. Fire alarm signals take precedent over supervisory signals |
| Sharing communications equipment on premises | Not addressed | Disconnect outgoing or incoming telephone call and prevent its use for outgoing telephone calls until signal transmission has been completed | Not addressed | Not addressed | Not addressed | Not addressed | Not addressed | If the transmitter is sharing on-premises communications equipment, the shared equipment shall be listed for the purpose (otherwise the transmitter must be installed ahead of the unlisted equipment) |

**A-5-5.2.1.2** It is not the intent of Section 5-5 to limit the use of listed equipment using alternate communications methods, provided these methods demonstrate performance characteristics that are equal to or superior to those technologies described in Section 5-5. Such demonstration of equivalency is to be evidenced by the equipment using the alternate communications methods meeting all the requirements of Chapter 1, including those that deal with such factors as reliability, monitoring for integrity, and listing. It is further expected that suitable proposals stating the requirements for such technology will be submitted for inclusion in subsequent editions of this code.

**A-5-5.3.1.2** Where derived channels are used, normal operating conditions of the telephone equipment are not to inhibit or impair the successful transmission of signals. These normal conditions include, but are not limited to, the following:

(1) Intraoffice calls with a transponder on the originating end
(2) Intraoffice calls with a transponder on the terminating end
(3) Intraoffice calls with transponders on both ends
(4) Receipt and origination of long distance calls
(5) Calls to announcement circuits
(6) Permanent signal receiver off-hook tone
(7) Ringing with no answer, with transponder on either the originating or the receiving end

(8) Calls to tone circuits (that is, service tone, test tone, busy, or reorder)
(9) Simultaneous signal with voice source
(10) Simultaneous signal with data source
(11) Tip and ring reversal
(12) Cable identification equipment

**A-5-5.3.1.2.5(b)** Derived channel systems comprise Type 1 and Type 2 systems only.

**A-5-5.3.2.1.5** In order to give the DACT the ability to disconnect an incoming call to the protected premises, telephone service should be of the type that provides for timed-release disconnect. In some telephone systems (step-by-step offices), timed-release disconnect is not provided.

**A-5-5.3.2.1.5** A DACT can be programmed to originate calls to the DACR telephone lines (numbers) in any alternating sequence. The sequence can consist of single or multiple calls to one DACR telephone line (number), followed by single or multiple calls to a second DACR telephone line (number), or any combination thereof that is consistent with the minimum/maximum attempt requirements in 5-5.3.2.1.5.

**A-5-5.3.2.1.6.1(8)** A two-number ISDN line is not a substitute for the requirement to monitor the integrity of the path.

**A-5-5.3.2.1.9** The requirement for use of two different long distance providers is to prevent a lost signal due to a fault in

one long distance provider's network. This requirement is not meant to apply in local situations where signal traffic is strictly within the area covered by one local telephone company.

Because it is never certain whether a subscriber has changed long distance providers, it is recommended that, if direct dialer service is used, a telephone call should be forced onto a specific long distance provider's network by using the dialing prefix carrier identification code (CIC) specific to each long distance provider.

**A-5-5.3.2.1.11** Because call forwarding requires equipment at a telephone company central office that might occasionally interrupt the call forwarding feature, a signal should be initiated whereby the integrity of the forwarded telephone line (number) that is being called by DACTs is verified every 4 hours. This can be accomplished by a single DACT, either in service or used solely for verification, that automatically initiates and completes a transmission sequence to its associated DACR every 4 hours. A successful signal transmission sequence of any other type within the same 4-hour period should be considered sufficient to fulfill this requirement.

Call forwarding should not be confused with WATS or 800 service. The latter, differentiated from the former by dialing the 800 prefix, is a dedicated service used mainly for its toll-free feature; all calls are preprogrammed to terminate at a fixed telephone line (number) or to a dedicated line.

**A-5-5.3.2.2.2.1** The timed-release disconnect considerations as outlined in A-5-5.3.2.1.3 apply to the telephone lines (numbers) connected to a DACR at the supervising station.

It might be necessary to consult with appropriate telephone service personnel to ensure that numbers assigned to the DACR can be individually accessed even where they are connected in rotary (a hunt group).

**A-5-5.3.2.2.2.3** In determining system loading, Table 5-5.3.2.2.2.3 can be used, or it should be demonstrated that there is a 90 percent probability of incoming line availability. Table 5-5.3.2.2.2.3 is based on an average distribution of calls and an average connected time of 30 seconds per message. Therefore, where it is proposed to use Table 5-5.3.2.2.2.3 to determine system loading, if any factors are disclosed that could extend DACR connect time so as to increase the average connect time, the alternate method of determining system loading should be used. Higher (or possibly lower) loadings might be appropriate in some applications.

(a) Some factors that could increase (or decrease) the capacity of a hunt group follow.

(1) Shorter (or longer) average message transmission time can influence hunt group capacity.

(2) The use of audio monitoring (listen-in) slow-scan video or other similar equipment can significantly increase the connected time for a signal and reduce effective hunt group capacity.

(3) The clustering of active burglar alarm signals can generate high peak loads at certain hours.

(4) Inappropriate scheduling of 24-hour test signals can generate excessive peak loads.

(b) Demonstration of a 90 percent probability of incoming line availability can be accomplished by the following in-service monitoring of line activity.

(1) Incoming lines are assigned to telephone hunt groups. When a DACT calls the main number of a hunt group, it can connect to any currently available line in that hunt group.

(2) The receiver continuously monitors the "available" status of each line. A line is available when it is waiting for an incoming call. A line is unavailable for any of the following reasons:

a. Currently processing a call
b. Line in trouble
c. Audio monitoring (listen-in) in progress
d. Any other condition that makes the line input unable to accept calls

(3) The receiver monitors the "available" status of the hunt group. A hunt group is available when any line in it is available.

(4) A message is emitted by the receiver when a hunt group is unavailable for more than 1 minute out of 10 minutes. This message references the hunt group and the degree of overload.

**A-5-5.3.2.2.2.4** The verification of the 24-hour DACR line test should be done early enough in the day to allow repairs to be made by the telephone company.

**A-5-5.3.3.1.2** The recommended coded signal designations for a building having four floors and basements are provided in Table A-5-5.3.3.1.2.

**Table A-5-5.3.3.1.2  Recommended Coded Signal Designations**

| Location | Coded Signal |
|---|---|
| Fourth floor | 2–4 |
| Third floor | 2–3 |
| Second floor | 2–2 |
| First floor | 2–1 |
| Basement | ˙3–1 |
| Sub-basement | 3–2 |

**A-5-5.3.3.1.4** The current readings, in accordance with 5-5.3.3.1.4(a), should be compared with the normal readings to determine if a change in the circuit condition has occurred. A zero current reading in accordance with 5-5.3.3.1.4(b) indicates that the circuit is clear of a foreign ground.

**A-5-5.3.3.2.5(3)** Though rare, it is understood that the occurrence of a wire-to-wire short on the primary trunk facility near the supervising station could disable the transmission system without immediate detection.

**A-5-5.3.3.2.6(d)(3)** Though rare, it is understood that the occurrence of a wire-to-wire short on the primary trunk facility near the supervising station could disable the transmission system without immediate detection.

**A-5-5.3.3.3.5** At the time of system acceptance, verification should be made that manual fire alarm box signals are free of transmission channel interference.

**A-5-5.3.3.4.4** The intent of the plurality of control sites is to safeguard against damage caused by lightning and to minimize the effect of interference on the receipt of signals. The control sites can be co-located.

**A-5-5.3.5.2** It is intended that each RAT communicate with two or more independently located RARSRs. The location of such RARSRs should be such that they do not share common facilities.

NOTE: All probability calculations required for the purposes of Chapter 5 should be made in accordance with established communications procedures, should assume the maximum channel loading parameters specified, and should further assume that 25 RATs are actively in alarm and are being received by each RARSR.

**A-5-5.3.6.5.2** If a single plant involves more than one gate entrance or involves a number of buildings, separate circuits might be required so that the alarm to the supervising station indicates the area to which the fire department is to be dispatched.

**A-5-5.3.7.1** A private microwave radio can be used either as a transmission channel, to connect a transmitter to a supervising station or subsidiary station, or as a communications channel to connect a subsidiary station(s) to a supervising station(s). This can be done independently or in conjunction with wireline facilities.

**A-5-5.3.7.2(b)** Transmitters should be operated alternately, 16 hours on and 16 hours off.

**A-5-5.5.1** The signal information can be permitted to be provided in coded form. Records can be permitted to be used to interpret these codes.

**A-5-5.5.2** In order to expedite repairs, it is recommended that spare modules, such as printed circuit boards, CRT displays, or printers, be stocked at the supervising station.

**A-5-5.5.3** For all forms of transmission, the maximum time to process an alarm signal should be 90 seconds. The maximum time to process a supervisory signal should be 4 minutes. The time to process an alarm or supervisory signal is defined as that time measured from receipt of a signal until retransmission or subscriber contact is initiated.

When the level of traffic in a supervising station system reaches a magnitude such that delayed response is possible, even if the loading tables or loading formulas of this code are not exceeded, it is envisioned that it will be necessary to employ an enhanced method of processing.

For example, in a system where a single DACR instrument provided with fire and burglar alarm service is connected to multiple telephone lines, it is conceivable that, during certain periods of the day, fire alarm signals could be delayed by the security signaling traffic, such as opening and closing signals. Such an enhanced system would perform as follows, upon receipt of a signal:

(1) Automatically process the signals, differentiating between those that require immediate response by supervising station personnel and those that need only be logged

(2) Automatically provide relevant subscriber information to assist supervising station personnel in their response

(3) Maintain a timed, unalterable log of the signals received and the response of supervising station personnel to such signals

**A-6-2.1** When choosing from available options to implement a public fire alarm reporting system, the operating agency should consider which of the choices would facilitate the maximum reliability of the system, where such a choice is not cost prohibitive.

**A-6-4.7** The current supply for designating lamps at street boxes should be secured at lamp locations from the local electric utility company.

Alternating-current power can be permitted to be superimposed on metallic fire alarm circuits for supplying designating lamps or for control or actuation of equipment devices for fire alarm or other emergency signals, provided the following conditions exist.

(a) Voltages between any wire and ground or between one wire and any other wire of the system should not exceed 150 volts, and the total resultant current in any line circuit should not exceed $^1/_4$ ampere.

(b) Components such as coupling capacitors, transformers, chokes, or coils are rated for 600-volt working voltage and have a breakdown voltage of at least twice the working voltage plus 1000 volts.

(c) There is no interference with fire alarm service under any conditions.

**A-6-5.3** If the operating mechanism of a box creates sufficient sound to be heard by the user, the requirements are satisfied.

**A-6-5.9** The current supply for designating lights at street boxes should be secured at lamp locations from the local electric utility company.

Alternating-current power can be permitted to be superimposed on metallic fire alarm circuits for supplying designating lamps or for control or actuation of equipment devices for fire alarm or other emergency signals, provided the following conditions exist.

(a) Voltage between any wire and ground or between one wire and any other wire of the system does not exceed 150 volts, and the total resultant current in any line circuit does not exceed $^1/_4$ ampere.

(b) Components such as coupling capacitors, transformers, chokes, or coils are rated for 600-volt working voltage and have a breakdown voltage of at least twice the working voltage plus 1000 volts.

(c) There is no interference with fire alarm service under any conditions.

**A-6-5.12.3** The following is an excerpt from the FCC *Rules and Regulations*, Vol. V, Part 90, March 1979:

"Except for test purposes, each transmission must be limited to a maximum of 2 seconds and may be automatically repeated no more than two times at spaced intervals within the following 30 seconds; thereafter, the authorized cycle may not be reactivated for 1 minute."

**A-6-6** Where the intent is for complete coverage, it should not be necessary to travel in excess of one block or 500 ft (150 m) to reach a box. In residential areas, it should not be necessary to travel in excess of two blocks or 800 ft (240 m) to reach a box.

**A-6-7.1.8.1(a)** Figure A-6-7.1.8.1(a) illustrates a Form 4A arrangement.

Figure A-6-7.1.8.1(a)  Form 4A.



A-6-7.1.8.1(b)  Figure A-6-7.1.8.1(b) illustrates a Form 4B arrangement.

Figure A-6-7.1.8.1(b)  Form 4B.



A-6-7.1.8.1(c)  Figure A-6-7.1.8.1(c) illustrates a Form 4C arrangement. Refer to NFPA 1221, *Standard for the Installation, Maintenance, and Use of Emergency Services Communications Systems.*

Figure A-6-7.1.8.1(c)  Form 4C.



A-6-9.1.4  All requirements for circuit protection do not apply to coded radio reporting systems. These systems do not use metallic circuits.

A-6-14.3.1.1  Figure A-6-14.3.1.1 illustrates a Type A receiving network.

Figure A-6-14.3.1.1  Type A system receiving networks.



A-6-14.6.3  The transmission of an actual emergency-related message, initiated at the same time it is preselected for a test message, and, in turn, preempts said test message, must satisfy the intent of this requirement.

A-6-16.4.1(a)  The local energy-type system *[refer to Figures A-6-16.4.1(a)(1) and A-6-16.4.1(a)(2)]* is electrically isolated from the public fire alarm reporting system and has its own power supply. The tripping of the transmitting device does not depend on the current in the system. In a wired circuit, receipt of the alarm by the communications center when

the circuit is accidentally opened depends on the design of the transmitting device and the associated communications center equipment (in other words, whether or not the system is designed to receive alarms through manual or automatic ground operational facilities). In a radio box-type system, receipt of the alarm by the communications center depends on the proper operation of the radio transmitting and receiving equipment.

**Figure A-6-16.4.1(a)(1)  Local energy-type auxiliary fire alarm system.**



**Figure A-6-16.4.1(a)(2)  Local energy-type auxiliary fire alarm system.**



**A-6-16.4.1(b)** The shunt-type system [refer to Figures A-6-16.4.1(b) and A-6-16.4.1(b)(8)] is electrically connected to, and is an integral part of, the public fire alarm reporting system. A ground fault on the auxiliary circuit is a fault on the public fire alarm reporting system circuit, and an accidental opening of the auxiliary circuit sends a needless (or false) alarm to the communications center. An open circuit in the transmitting device trip coil is not indicated either at the protected property or at the communications center. Also, if an initiating device is operated, an alarm is not transmitted, but an open circuit indication is given at the communications center. If a public fire alarm reporting system circuit is open when a connected shunt-type system is operated, the transmitting device does not trip until the public fire alarm reporting system circuit returns to normal, at which time the alarm is transmitted, unless the auxiliary circuit is first returned to a normal condition.

Additional design restrictions for shunt-type systems are found in laws or ordinances.

**Figure A-6-16.4.1(b)  Shunt-type auxiliary fire alarm system.**



**Figure A-6-16.4.1(b)(8)  Shunt-type auxiliary fire alarm system.**



(Not permitted)

**A-7-1.3** Prior to any scheduled inspection or testing, the service company should consult with the building owner or the owner's designated representative. Issues of advance notification in certain occupancies, including advance notification time, building posting, systems interruption and restoration, evacuation procedures, accommodation for evacuees, and other related issues, should be agreed upon by all parties prior to any inspection or testing.

**A-7-1.6.2** The additional devices to be tested should be a sample representation of the types of devices and locations on the system.

**A-7-2.1** If the authority having jurisdiction strongly suspects significant deterioration or otherwise improper operation by a central station, a surprise inspection to test the operation of the central station should be made, but extreme caution should be exercised. This test is to be conducted without advising the central station. However, the public fire service communications center must be contacted when manual alarms, waterflow alarms, or automatic fire detection systems are tested so that the fire department will not respond. In addition, persons normally receiving calls for supervisory alarms should be notified when items such as gate valves and functions such as pump power are tested. Confirmation of the authenticity of the test procedure should be obtained and should be a matter for resolution between plant management and the central station.

**A-7-2.2** The wiring diagrams depicted in Figures A-7-2.2(a)(1) through A-7-2.2(a)(17) are representative of typical circuits encountered in the field and are not intended to be all-inclusive.

The noted styles are as indicated in Table 3-5, Table 3-6, Table 3-7, and Table 5-5.3.2.2.2.3.

The noted systems are as indicated in NFPA 170, *Standard for Fire Safety Symbols*.

72–146                                                        NATIONAL FIRE ALARM CODE

Because ground-fault detection is not required for all circuits, tests for ground-fault detection should be limited to those circuits equipped with ground-fault detection.

An individual point-identifying (addressable) initiating device operates on a signaling line circuit and not on a Style A, B, C, D, or E (Class B and Class A) initiating device circuit.

All of the following initiating device circuits are illustrative of either alarm or supervisory signaling. Alarm-initiating devices and supervisory initiating devices are not permitted on the same initiating device circuit.

In addition to losing its ability to receive an alarm from an initiating device located beyond an open fault, a Style A (Class B). initiating device circuit also loses its ability to receive an alarm when a single ground fault is present.

Style C and Style E (Class B and Class A) initiating device circuits can discriminate between an alarm condition and a wire-to-wire short. In these circuits, a wire-to-wire short provides a trouble indication. However, a wire-to-wire short prevents alarm operation. Shorting-type initiating devices cannot be used without an additional current or voltage limiting element.

Directly-connected system smoke detectors, commonly referred to as two-wire detectors, should be listed as being electrically and functionally compatible with the control unit and the specific subunit or module to which they are connected. If the detectors and the units or modules are not compatible, it is possible that, during an alarm condition, the detector's visible indicator will illuminate, but no change of state to the alarm condition will occur at the control unit. Incompatibility can also prevent proper system operation at extremes of operating voltage, temperature, and other environmental conditions.

Where two or more two-wire detectors with integral relays are connected to a single initiating device circuit and their relay contacts are used to control essential building functions (for example, fan shutdown, elevator recall), it should be clearly noted that the circuit might be capable of supplying only enough energy to support one detector/relay combination in an alarm mode. If control of more than one building function is required, each detector/relay combination used to control separate functions should be connected to separate initiating device circuits, or they should be connected to an initiating device circuit that provides adequate power to allow all the detectors connected to the circuit to be in the alarm mode simultaneously. During acceptance and reacceptance testing, this feature should always be tested and verified.

A speaker is an alarm-indicating appliance, and, if used as shown in the following diagrams, the principle of operation and supervision is the same as for other audible alarm indicating appliances (for example, bells and horns).

The testing of supervised remote relays is to be conducted in the same manner as for indicating appliances.

(a) *Wiring Diagrams.*

NOTE:  When testing circuits, the correct wiring size, insulation type, and conductor fill should be verified in accordance with the requirements of NFPA 70, *National Electrical Code.*

(1) *Nonpowered Alarm-Initiating or Supervisory-Initiating Devices (e.g., Manual Station or Valve Supervisory Switch) Connected to Style A, B, or C Initiating Device Circuits.* Disconnect conductor at device or control unit, then reconnect. Temporarily connect a ground to either leg of conductors, then remove ground. Both operations should indicate audible and visual trouble with subsequent restoration at control unit. Conductor-to-conductor short should initiate alarm. Style

A and Style B (Class B) indicate trouble Style C (Class B). Style A (Class B) does not initiate alarm while in trouble condition.

Figure A-7-2.2(a)(1)  Nonpowered alarm-initiating or supervisory-initiating devices connected to Style A, B, or C initiating device circuits.



(2) *Nonpowered Alarm-Initiating or Supervisory-Initiating Devices Connected to Style D or E Initiating Device Circuits.* Disconnect a conductor at a device at midpoint in the circuit. Operate a device on either side of the device with the disconnected conductor. Reset control unit and reconnect conductor. Repeat test with a ground applied to either conductor in place of the disconnected conductor. Both operations should indicate audible and visual trouble, then alarm or supervisory indication with subsequent restoration.

Figure A-7-2.2(a)(2)  Nonpowered alarm-initiating or supervisory-initiating devices connected to Style D or E initiating device circuits.



(3) *Circuit-Powered (Two-Wire) Smoke Detectors for Style A, B, or C Initiating Device Circuits.* Remove smoke detector where installed with plug-in base or disconnect conductor from control unit beyond first device. Activate smoke detector per manufacturer's recommendations between control unit and circuit break. Restore detector or circuit, or both. Control unit should indicate trouble where fault occurs and alarm where detectors are activated between the break and the control unit.

Figure A-7-2.2(a)(3)  Circuit-powered (two-wire) smoke detectors for Style A, B, or C initiating device circuits.



APPENDIX A                                                                72-147

(4) *Circuit-Powered (Two-Wire) Smoke Detectors for Style D or E Initiating Device Circuits.* Disconnect conductor at a smoke detector or remove where installed with a plug-in base at midpoint in the circuit. Operate a device on either side of the device with the fault. Reset control unit and reconnect conductor or detector. Repeat test with a ground applied to either conductor in place of the disconnected conductor or removed device. Both operations should indicate audible and visual trouble, then alarm indication with subsequent restoration.

**Figure A-7-2.2(a)(4) Circuit-powered (two-wire) smoke detectors for Styles D or E initiating device circuits.**



(5) *Combination Alarm-Initiating Device and Indicating Appliance Circuits.* Disconnect a conductor either at indicating or initiating device. Activate initiating device between the fault and the control unit. Activate additional smoke detectors between the device first activated and the control unit. Restore circuit, initiating devices, and control unit. Confirm that all indicating appliances on the circuit operate from the control unit up to the fault and that all smoke detectors tested and their associated ancillary functions, if any, operate.

**Figure A-7-2.2(a)(5) Combination alarm-initiating device and indicating appliance circuits.**



(6) *Combination Alarm-Initiating Device and Indicating Appliance Circuits Arranged for Operation with a Single Open or Ground Fault.* Testing of the circuit is similar to that described in (5). Confirm that all indicating appliances operate on either side of fault.

**Figure A-7-2.2(a)(6) Combination alarm-initiating device and indicating appliance circuits arranged for operation with a single open or ground fault.**



(7) *Style A, B, or C Circuits with Four-Wire Smoke Detectors and an End-of-Line Power Supervision Relay.* Testing of the circuit is similar to that described in (3) and (4). Disconnect a leg of the power supply circuit beyond the first device on the circuit. Activate initiating device between the fault and the control unit. Restore circuits, initiating devices, and control unit. Audible and visual trouble should indicate at the control unit where either the initiating or power circuit is faulted. All initiating devices between the circuit fault and the control unit should activate. In addition, removal of a smoke detector from a plug-in-type base can also break the power supply circuit. Where circuits contain various powered and nonpowered devices on the same initiating circuit, verify that the nonpowered devices beyond the power circuit fault can still initiate an alarm. A return loop should be brought back to the last powered device and the power supervisory relay to incorporate into the end-of-line device.

**Figure A-7-2.2(a)(7) Style A, B, or C circuits with four-wire smoke detectors and an end-of-line power supervision relay.**



(8) *Style A, B, or C Initiating Device Circuits with Four-Wire Smoke Detectors that Include Integral Individual Supervision Relays.* Testing of the circuit is similar to that described in (3) with the addition of a power circuit.

**Figure A-7-2.2(a)(8) Style A, B, or C initiating device circuits with four-wire smoke detectors that include integral individual supervision relays.**



(9) *Alarm Indicating Appliances Connected to Styles W and Y (Two-Wire) Circuits.* Testing of the indicating appliances connected to Style W and Style Y (Class B) is similar to that described in (c).

**Figure A-7-2.2(a)(9) Alarm indicating appliances connected to Styles W and Y (two-wire) circuits.**



72–148                     NATIONAL FIRE ALARM CODE

(10) *Alarm Indicating Appliances Connected to Styles X and Z (Four-Wire) Circuits.* Testing of the indicating appliances connected to Style X and Style Z (Class B and Class A) is similar to that described in (4).

**Figure A-7-2.2(a)(10)  Alarm indicating appliances connected to Styles X and Z (four-wire) circuits.**



(11) *System with a Supervised Audible Indicating Appliance Circuit and an Unsupervised Visible Indicating Appliance Circuit.* Testing of the indicating appliances connected to Style X and Style Z (Class B and Class A) is similar to that described in (4).

**Figure A-7-2.2(a)(11)  Supervised audible indicating appliance circuit and an unsupervised visible indicating appliance circuit.**



(12) *System with Supervised Audible and Visible Indicating Appliance Circuits.* Testing of the indicating appliances connected to Style X and Style Z (Class B and Class A) is similar to that described in (4).

**Figure A-7-2.2(a)(12)  Supervised audible and visible indicating appliance circuits.**



(13) *Series Indicating Appliance Circuit, which No Longer Meets the Requirements of NFPA 72.* An open fault in the circuit wiring should cause a trouble condition.

**Figure A-7-2.2(a)(13)  Series indicating appliance circuit.**



(14) *Supervised Series Supervisory-Initiating Circuit with Sprinkler Supervisory Valve Switches Connected, which No Longer Meets the Requirements of NFPA 72.* An open fault in the circuit wiring of operation of the valve switch (or any supervisory signal device) should cause a trouble condition.

**Figure A-7-2.2(a)(14)  Supervised series supervisory-initiating circuit with sprinkler supervisory valve switches connected.**



(15) *Initiating Device Circuit with Parallel Waterflow Alarm Switches and a Series Supervisory Valve Switch, which No Longer Meets the Requirements of NFPA 72.* An open fault in the circuit wiring or operation of the valve switch should cause a trouble signal.

**Figure A-7-2.2(a)(15)  Initiating device circuit with parallel waterflow alarm switches and a series supervisory-valve switch.**



(16) *System Connected to a Municipal Fire Alarm Master Box Circuit.* Disconnect a leg of municipal circuit at master box. Verify alarm sent to public communications center. Disconnect leg of auxiliary circuit. Verify trouble condition on control unit. Restore circuits. Activate control unit and send alarm signal to communications center. Verify control unit in trouble condition until master box reset.

**Figure A-7-2.2(a)(16)  System connected to a municipal fire alarm master box circuit.**



(17) *Auxiliary Circuit Connected to a Municipal Fire Alarm Master Box.* For operation with a master box, an open or ground fault (where ground detection is provided) on the circuit should result in a trouble condition at the control unit. A trouble signal at the control unit should persist until the master box is reset. For operation with a shunt trip master box, an open fault in the auxiliary circuit should cause an alarm on the municipal system.

**Figure A-7-2.2(a)(17)  Auxiliary circuit connected to a municipal fire alarm master box.**



**(b)** *Circuit Styles.*

NOTE: Some testing laboratories and authorities having jurisdiction permit systems to be classified as a Style 7 (Class A) by the application of two circuits of the same style operating in parallel. An example of this is to take two series circuits, either Style 0.5 or Style 1.0 (Class B), and operate them in parallel. The logic is that if a condition occurs on one of the circuits, the other parallel circuit remains operative.

In order to understand the principles of the circuit, alarm receipt capability should be performed on a single circuit, and the style type, based on the performance, should be indicated on the record of completion.

**(1)** *Style 0.5.* This signaling circuit operates as a series circuit in performance. This is identical to the historical series audible signaling circuits. Any type of break or ground in one of the conductors, or the internal of the multiple interface device, and the total circuit is rendered inoperative.

To test and verify this type of circuit, either a conductor should be lifted or an earth ground should be placed on a conductor or a terminal point where the signaling circuit attaches to the multiplex interface device.

**(2)** *Style 0.5(a) (Class B) Series.* Style 0.5(a) functions so that, when a box is operated, the supervisory contacts open, making the succeeding devices nonoperative while the operating box sends a coded signal. Any alarms occurring in any successive devices will not be received at the receiving station during this period.

Figure A-7-2.2(b)(2)  Style 0.5(a) (Class B) series.



**(3)** *Style 0.5(b) (Class B) Shunt.* The contact closes when the device is operated and remains closed to shunt out the remainder of the system until the code is complete.

Figure A-7-2.2(b)(3)  Style 0.5(b) (Class B) shunt.



**(4)** *Style 0.5(c) (Class B) Positive Supervised Successive.* An open or ground fault on the circuit should cause a trouble condition at the control unit.

Figure A-7-2.2(b)(4)  Style 0.5(c) (Class B) positive supervised successive.



**(5)** *Style 1.0 (Class B).* This is a series circuit identical to the diagram for Style 0.5, except that the fire alarm system hardware has enhanced performance. A single earth ground can be placed on a conductor or multiplex interface device, and the circuit and hardware still have alarm operability.

If a conductor break or an internal fault occurs in the pathway of the circuit conductors, the entire circuit becomes inoperative.

To verify alarm receipt capability and the resulting trouble signal, place an earth ground on one of the conductors or at the point where the signaling circuit attaches to the multiplex interface device. One of the transmitters or an initiating device should then be placed into alarm.

Figure A-7-2.2(b)(5)(a)  Style 1.0 (Class B).



Figure A-7-2.2(b)(5)(b)  Typical transmitter layout.



**(6)** *Typical McCulloh Loop.* This is the central station McCulloh redundant-type circuit and has alarm receipt capability on either side of a single break.

a. To test, lift one of the conductors and operate a transmitter or initiating device on each side of the break. This activity should be repeated for each conductor.

b. Place an earth ground on a conductor and operate a single transmitter or initiating device to verify alarm receipt capability and trouble condition for each conductor.

c. Repeat the instructions of (a) and (b) at the same time and verify alarm receipt capability, and verify that a trouble condition results.

**Figure A-7-2.2(b)(6)  Typical McCulloh loop.**



**(7)** *Style 3.0 (Class B).* This is a parallel circuit in which multiplex interface devices transmit signal and operating power over the same conductors. The multiplex interface devices might be operable up to the point of a single break. Verify by lifting a conductor and causing an alarm condition on one of the units between the central alarm unit and the break. Either lift a conductor to verify the trouble condition or place an earth ground on the conductors. Test for all the valuations shown on the signaling table.

On ground-fault testing, verify alarm receipt capability by actuating a multiplex interface initiating device or a transmitter.

**Figure A-7-2.2(b)(7)  Style 3.0 (Class B).**



**(8)** *Style 3.5 (Class B).* Repeat the instructions for Style 3.0 (Class B) and verify the trouble conditions by either lifting a conductor or placing a ground on the conductor.

**Figure A-7-2.2(b)(8)  Style 3.5 (Class B).**



**(9)** *Style 4.0 (Class B).* Repeat the instructions for Style 3.0 (Class B) and include a loss of carrier where the signal is being used.

**Figure A-7-2.2(b)(9)  Style 4.0 (Class B).**



**(10)** *Style 4.5 (Class B).* Repeat the instructions for Style 3.5 (Class B). Verify alarm receipt capability while lifting a conductor by actuating a multiple interface device or transmitter on each side of the break.

**Figure A-7-2.2(b)(10)  Style 4.5 (Class B).**



**(11)** *Style 5.0 (Class A).* Verify the alarm receipt capability and trouble annunciation by lifting a conductor and actuating a multiplex interfacing device or a transmitter on each side of the break. For the earth ground verification, place an earth ground and certify alarm receipt capability and trouble annunciation by actuating a single multiplex interfacing device or a transmitter.

**Figure A-7-2.2(b)(11)  Style 5.0 (Class A).**



**(12)** *Style 6.0 (Class A).* Repeat the instructions for Style 2.0 [Class A (a) through (c)]. Verify the remaining steps for trouble annunciation for the various combinations.

Figure A-7-2.2(b)(12)  Style 6.0 (Class A).



**(13)** *Style 6.0 (with Circuit Isolators) (Class A).* For the portions of the circuits electrically located between the monitoring points of circuit isolators, follow the instructions for a Style 7.0 (Class A) circuit. It should be clearly noted that the alarm receipt capability for remaining portions of the circuit protection isolators is not the capability of the circuit, but is permitted with enhanced system capabilities.

Figure A-7-2.2(b)(13)  Style 6.0 (with circuit isolators) (Class A).



**(14)** *Style 7.0 (Class A).* Repeat the instructions for testing of Style 6.0 (Class A) for alarm receipt capability and trouble annunciation.

   NOTE 1:   A portion of the circuit between the alarm processor or central supervising station and the first circuit isolator does not have alarm receipt capability in the presence of a wire-to-wire short. The same is true for the portion of the circuit from the last isolator to the alarm processor or the central supervising station.

   NOTE 2:   Some manufacturers of this type of equipment have isolators as part of the base assembly. Therefore, in the field, this component might not be readily observable without the assistance of the manufacturer's representative.

Figure A-7-2.2(b)(14)(a)  Style 7.0 (Class A).



Figure A-7-2.2(b)(14)(b)  Low-power radio (wireless) fire alarm system.



CP =  Wireless control panel
       (with power supply and standby power)
R  =  Wireless repeater
       (with power supply and standby power)
D  =  Wireless initiating, indicating, and control device
       (either primary battery or primary standby battery)

Figure A-7-2.2(b)(14)(c)  Two-way RF multiplex systems.



RFT/R = Radio frequency transmitter/receiver

Figure A-7-2.2(b)(14)(d)  One-way radio alarm system.



RAT     = Radio alarm transmitter
RARSR = Radio alarm repeater station receiver
RASSR = Radio alarm supervising station receiver

**Figure A-7-2.2(b)(14)(e)  One-way radio alarm system.**



RAT    = Radio alarm transmitter
RARSR = Radio alarm repeater station receiver
RASSR = Radio alarm supervising station receiver

**Figure A-7-2.2(b)(14)(f)  Style 4 fiber network.**



Style 4 fiber network where the panel has a two-way path communications capability. Using multimode fiber for short distances and single mode fiber for long distances. Repeaters used to increase distances as needed.

CC    = Control center
FACP = Fire alarm control panel

**Figure A-7-2.2(b)(14)(g)  Style 4 fiber network.**



Style 4 fiber network where the panel has a two-way path communications capability. A single break separates the system into two LANs both with Style 4 capabilities.

CC    = Control center
FACP = Fire alarm control panel

**Figure A-7-2.2(b)(14)(h)  Style 4 fiber network.**



Style 4 fiber network where the panel has a two-way path communications capability. A double break isolates the panels and the control center in this case. In this case, there is one LAN and one isolated panel operating on its own. Control center is isolated completely with no communications with the network.

CC    = Control center
FACP = Fire alarm control panel

**Figure A-7-2.2(b)(14)(i)  Style 7 fiber network.**



Style 7 fiber network where the panel has a two-way path communications capability with the two breaks now breaking into two LANs, both functioning as independent networks with the same Style 7 capabilities.

CC    = Control center
FACP = Fire alarm control panel

**Figure A-7-2.2(b)(14)(j) Style 7 fiber network.**



Style 7 fiber network where the panel has a two-way path communications capability, with one break. System remains as one LAN and meets Style 7.

CC   = Control center
FACP = Fire alarm control panel

**Figure A-7-2.2(b)(14)(k) Style 7 fiber network.**



Style 7 fiber network where the panel has a two-way path communications capability.

CC   = Control center
FACP = Fire alarm control panel

(c) *Batteries.* To maximize battery life, nickel-cadmium batteries should be charged as in Table A-7-2.2(c)(1).

**Table A-7-2.2(c)(1) Voltage for Nickel-Cadmium Batteries**

| Float voltage | 1.42 volts/cell + 0.01 volt |
|---|---|
| High rate voltage | 1.58 volts/cell + 0.07 volt – 0.00 volt |

Note: High and low gravity voltages are (+) 0.07 volt and (–) 0.03 volt, respectively.

To maximize battery life, the battery voltage for lead-acid cells should be maintained within the limits shown in Table A-7-2.2(c)(2).

**Table A-7-2.2(c)(2) Voltage for Lead-Acid Batteries**

| Float Voltage | High-Gravity Battery (Lead Calcium) | Low-Gravity Battery (Lead Antimony) |
|---|---|---|
| Maximum | 2.25 volts/cell | 2.17 volts/cell |
| Minimum | 2.20 volts/cell | 2.13 volts/cell |
| High rate voltage | — | 2.33 volts/cell |

The following procedure is recommended for checking the state of charge for nickel-cadmium batteries:

(1) The battery charger should be switched from float to high-rate mode.

(2) The current, as indicated on the charger ammeter, will immediately rise to the maximum output of the charger, and the battery voltage, as shown on the charger voltmeter, will start to rise at the same time.

(3) The actual value of the voltage rise is unimportant, because it depends on many variables. The length of time it takes for the voltage to rise is the important factor.

(4) If, for example, the voltage rises rapidly in a few minutes, then holds steady at the new value, the battery is fully charged. At the same time, the current will drop to slightly above its original value.

(5) In contrast, if the voltage rises slowly and the output current remains high, the high-rate charge should be continued until the voltage remains constant. Such a condition is an indication that the battery is not fully charged, and the float voltage should be increased slightly.

**A-7-2.2 Table Line/Item 6.c.1.** Example: 4000 mAh × $^1/_{25}$ = 160 mA charging current at 25°C (77°F).

**A-7-2.2 Table Line/Item 7(c).** The voltmeter sensitivity has been changed from 1000 ohms per volt to 100 ohms per volt so that false ground readings (caused by induced voltages) are minimized.

**A-7-2.2 Table Line/Item 13.a.2.** Fusible thermal link detectors are commonly used to close fire doors and fire dampers. They are actuated by the presence of external heat, which causes a solder element in the link to fuse, or by an electric thermal device, which, when energized, generates heat within the body of the link, causing the link to fuse and separate.

**A-7-3.1** Equipment performance can be affected by building modifications, occupancy changes, changes in environmental conditions, device location, physical obstructions, device orientation, physical damage, improper installation, degree of cleanliness, or other obvious problems that might not be indicated through electrical supervision.

**A-7-3.2** It is suggested that the annual test be conducted in segments so that all devices are tested annually.

**A-7-3.2.1** Detectors that cause unwanted alarms should be tested at their lower listed range (or at 0.5 percent obscuration if unmarked or unknown). Detectors that activate at less than this level should be replaced.

**A-7-3.2.4** The addressable term was determined by the Technical Committee in Formal Interpretation 79-8 on NFPA 72D and Formal Interpretation 87-1 on NFPA 72A.

**A-7-3.1** For final determination of record retention, refer to 7-3.2.1 for sensitivity options.

**A-7-5.2.2(9)** One method used to define the required sequence of operations and to document the actual sequence of operations is an input/output matrix. *[Refer to Figure A-7-5.2.2(9).]*

**A-8-1 Household Fire Warning Protection.**

(a) *Fire Danger in the Home.* Fire is the third leading cause of accidental death. Residential occupancies account for most fire fatalities, and most of these deaths occur at night during the sleeping hours.

Most fire injuries also occur in the home. It is estimated that 1.5 million Americans are injured by fire each year. Many never resume normal lives.

It is estimated that each household will experience three (usually unreported) fires per decade and two fires serious enough to report to a fire department per lifetime.

(b) *Fire Safety in the Home.* NFPA 72 is intended to provide reasonable fire safety for persons in family living units. Reasonable fire safety can be produced through the following three-point program:

(1) Minimizing fire hazards
(2) Providing a fire warning system
(3) Having and practicing an escape plan

(c) *Minimizing Fire Hazards.* This code cannot protect all persons at all times. For instance, the application of this code might not provide protection against the following three traditional fatal fire scenarios:

(1) Smoking in bed
(2) Leaving children home alone
(3) Cleaning with flammable liquids such as gasoline

However, Chapter 8 can lead to reasonable safety from fire when the three points under A-8-1(b) are observed.

(d) *Fire Warning System.* There are two types of fire to which household fire warning equipment needs to respond. One is a rapidly developing, high-heat fire. The other is a slow, smoldering fire. Either can produce smoke and toxic gases.

Household fires are especially dangerous at night when the occupants are asleep. Fires produce smoke and deadly gases that can overcome occupants while they are asleep. Furthermore, dense smoke reduces visibility. Most fire casualties are victims of smoke and gas inhalation rather than burns. To warn against a fire, Chapter 8 requires smoke detectors in accordance with 8-1.4.1 and recommends heat or smoke detectors in all other major areas. *[Refer to A-8-1.2.1(c).]*

(e) *Family Escape Plan.* There often is very little time between the detection of a fire and the time it becomes deadly. This interval can be as little as 1 or 2 minutes. Thus, this code requires detection means to give a family some advance warning of the development of conditions that become dangerous to life within a short period of time. Such warning, however, could be wasted unless the family has planned in advance for rapid exit from their residence. Therefore, in addition to the fire warning system, this code requires exit plan information to be furnished.

**Figure A-7-5.2.2(9)** Typical input/output matrix.

*[Figure A-7-5.2.2(9): A typical input/output matrix showing System Inputs (rows 1–30) versus System Outputs (columns A through GG) grouped under Control Unit Annunciation, Notification, Required Fire Safety Control, and Supplementary headings.]*

Planning and practicing for fire conditions with a focus on rapid exit from the residence are important. Drills should be held so that all family members know the action to be taken. Each person should plan for the possibility that exit out of a bedroom window could be necessary. An exit out of the residence without the need to open a bedroom is essential.

(f) *Special Provisions for the Disabled.* For special circumstances where the life safety of an occupant(s) depends on prompt rescue by others, the fire warning system should include means of prompt automatic notification to those who are to be depended on for rescue.

**A-8-1.1** Chapter 8 does not attempt to cover all equipment, methods, and requirements that might be necessary or advantageous for the protection of lives and property from fire.

NFPA 72 is a "minimum code." It provides a number of requirements related to household fire-warning equipment that are deemed to be the practical and necessary minimum for average conditions at the present state of the art.

**A-8-1.1.2** Good fire protection requires that the equipment periodically be maintained. If the householder is unable to perform the required maintenance, a maintenance agreement should be considered.

**A-8-1.2.1** One of the most critical factors of any fire alarm system is the location of the fire-detecting devices. This appendix is not a technical study. It is an attempt to provide some fundamentals on detector location. For simplicity, only those types of detectors recognized by Chapter 8 (that is, smoke and heat detectors) are discussed. In addition, special problems requiring engineering judgment, such as locations in attics and in rooms with high ceilings, are not covered.

(a) *Where to Locate the Required Smoke Detectors in Existing Construction.* The major threat from fire in a family living unit occurs at night when everyone is asleep. The principal threat to persons in sleeping areas comes from fires in the remainder of the unit. Therefore, a smoke detector(s) is best located between the bedroom areas and the rest of the unit. In units with only one bedroom area on one floor, the smoke detector(s) should be located as shown in Figure A-8-1.2.1(a).

In family living units with more than one bedroom area or with bedrooms on more than one floor, more than one smoke detector is required, as shown in Figure A-8-1.2.1(b).

In addition to smoke detectors outside of the sleeping areas, Chapter 8 requires the installation of a smoke detector on each additional story of the family living unit, including the basement. These installations are shown in Figure A-8-1.2.1(c). The living area smoke detector should be installed in the living room or near the stairway to the upper level, or in both locations. The basement smoke detector should be installed in close proximity to the stairway leading to the floor above. Where installed on an open-joisted ceiling, the detector should be placed on the bottom of the joists. The detector should be positioned relative to the stairway so as to intercept smoke coming from a fire in the basement before the smoke enters the stairway.

(b) *Where to Locate the Required Smoke Detectors in New Construction.* All of the smoke detectors specified in A-8-1.2.1(a) for existing construction are required, and, in addition, a smoke detector is required in each bedroom.



Figure A-8-1.2.1(a) A smoke detector should be located between the sleeping area and the rest of the family living unit.



Figure A-8-1.2.1(b) In family living units with more than one sleeping area, a smoke detector should be provided to protect each sleeping area in addition to detectors required in bedrooms.



Figure A-8-1.2.1(c) A smoke detector should be located on each story.

(c) *Are More Smoke Detectors Desirable?* The required number of smoke detectors might not provide reliable early warning protection for those areas separated by a door from the areas protected by the required smoke detectors. For this reason, it is recommended that the householder consider the use of additional smoke detectors for those areas for increased protection. The additional areas include the basement, bedrooms, dining room, furnace room, utility room, and hallways not protected by the required smoke detectors. The installation of smoke detectors in kitchens, attics (finished or unfinished), or garages is not normally recommended, as these locations occasionally experience conditions that can results in improper operation.

**A-8-1.2.2** At times, depending on conditions, the audibility of detection devices could be seriously impaired when occupants are within the bedroom area. For instance, there might be a

72–156                                    NATIONAL FIRE ALARM CODE

noisy window air conditioner or room humidifier generating an ambient noise level of 55 dBA or higher. The detection device alarms need to penetrate through the closed doors and be heard over the bedroom's noise levels with sufficient intensity to awaken sleeping occupants therein. Test data indicate that detection devices that have sound pressure ratings of 85 dBA at 10 ft (3 m) and that are installed outside the bedrooms can produce about 15 dBA over ambient noise levels of 55 dBA in the bedrooms. This is likely to be sufficient to awaken the average sleeping person.

Detectors located remote from the bedroom area might not be loud enough to awaken the average person. In such cases, it is recommended that detectors be interconnected in such a way that the operation of the remote detector causes an alarm of sufficient intensity to penetrate the bedrooms. The interconnection can be accomplished by the installation of a fire detection system, by the wiring together of multiple station alarm devices, or by the use of line carrier or radio frequency transmitters/receivers.

**A-3-1.2.3** The use of the distinctive three-pulse temporal pattern fire alarm evacuation signal required by 3-8.4.1.2 had been previously recommended by this code since 1979. It has since been adopted as both an American National Standard (ANSI S3.41, *Audible Emergency Evacuation Signal*) and an International Standard (ISO 8201, *Audible Emergency Evacuation Signal*).

Copies of both of these standards are available from the Standards Secretariat, Acoustical Society of America, 335 East 45th Street, New York, NY 10017-3483.

The standard fire alarm evacuation signal is a three-pulse temporal pattern using any appropriate sound. The pattern consists of the following in this order:

(1) An on phase lasting 0.5 second ± 10 percent.

(2) An off phase lasting 0.5 second ± 10 percent for three successive on periods.

(3) An off phase lasting 1.5 seconds ± 10 percent *[refer to Figures A-3-1.2.3(a) and (b)]*. The signal should be repeated for a period appropriate for the purposes of evacuation of the building, but for not less than 180 seconds. A single-stroke bell or chime sounded at on intervals lasting 1 second ± 10 percent, with a 2-second ± 10 percent off interval after each third on stroke, may be permitted *[refer to Figure A-3-1.2.3(c)]*.

The minimum repetition time may be permitted to be manually interrupted.

**Figure A-3-1.2.3(a)  Temporal pattern parameters.**



Key:
Phase (a) signal is on for 0.5 sec ± 10%
Phase (b) signal is off for 0.5 sec ± 10%
Phase (c) signal is off for 1.5 sec ± 10% [(c) = (a) + 2(b)]
Total cycle lasts for 4 sec ± 10%

**Figure A-3-1.2.3(b)  Temporal pattern imposed on signaling appliances that emit a continuous signal while energized.**



**Figure A-3-1.2.3(c)  Temporal pattern imposed on a single-stroke bell or chime.**



**A-3-1.2.4  Location and Type of Devices.**

(a) *Smoke Detector Mounting — Dead Air Space.* The smoke from a fire generally rises to the ceiling, spreads out across the ceiling surface, and begins to bank down from the ceiling. The corner where the ceiling and wall meet is an air space into which the smoke could have difficulty penetrating. In most fires, this dead air space measures about 4 in. (0.1 m) along the ceiling from the corner and about 4 in. (0.1 m) down the wall, as shown in Figure A-3-1.2.4(a). Detectors should not be placed in this dead air space.

**Figure A-3-1.2.4(a)  Example of proper mounting of detectors.**



Smoke and heat detectors should be installed in those locations recommended by the manufacturer, except in those cases where the space above the ceiling is open to the outside and little or no insulation is present over the ceiling. Such cases result in the ceiling being excessively cold in the winter or excessively hot in the summer. Where the ceiling is significantly different in temperature from the air space below, smoke and heat have difficulty reaching the ceiling and a

detector that is located on that ceiling. In this situation, placement of the detector on a sidewall, with the top 4 in. to 12 in. (0.1 m to 0.3 m) from the ceiling is recommended.

The situation described above for uninsulated or poorly insulated ceilings can also exist, to a lesser extent, in outside walls. The recommendation is to place the smoke detector on a sidewall. However, where the sidewall is an exterior wall with little or no insulation, an interior wall should be selected. It should be recognized that the condition of inadequately insulated ceilings and walls can exist in multiple dwelling unit housing (apartments), single dwelling unit housing, and mobile homes.

In those family living units employing radiant heating in the ceiling, the wall location is the recommended location. Radiant heating in the ceiling can create a hot-air, boundary layer along the ceiling surface, which can seriously restrict the movement of smoke and heat to a ceiling-mounted detector.

A 1992 survey of more than 1000 homes conducted by the U. S. Consumer Product Safety Commission found that 25 percent of the smoke alarms failed to operate when tested with smoke and the integral test button. Of these, 60 percent were restored to operation simply by installing a new battery or reconnecting the ac power. Most owners reported that they had disconnected power because of nuisance alarms, overwhelmingly related to cooking. Many of these problem smoke alarms were located within a few feet of the cooking facilities.

Locating smoke alarms away from sources of nuisance alarms can minimize these problems. Photoelectric-type smoke alarms are less likely to alarm from normal cooking than are the ionization type and should be considered for installation on the floor containing the cooking facilities. Some smoke alarms have a temporary silencing means that can be activated during cooking to reduce nuisance alarms. The two types of smoke alarms are equally susceptible to steam from bathrooms but locating them at least 3 ft from the bathroom door should minimize such problems. Having both types of smoke alarms in a home is a good idea from the viewpoint of response to different types of fires, but where interconnected it is important to make sure that the interconnect circuits are compatible.

(b)  *Heat Detection.*

(1)  *General.* While Chapter 8 does not require heat detectors as part of the basic protection scheme, it is recommended that the householder consider the use of additional heat detectors for the same reasons presented under A-8-1.2.1(c). The additional areas lending themselves to protection with heat detectors are the kitchen, dining room, attic, (finished or unfinished), furnace room, utility room, basement, and integral or attached garage. For bedrooms, the installation of a smoke detector is recommended over the installation of a heat detector for protection of the occupants from fires in their bedrooms.

(2)  *Heat Detector Mounting — Dead Air Space.* Heat from a fire rises to the ceiling, spreads out across the ceiling surface, and begins to bank down from the ceiling. The corner where the ceiling and the wall meet is an air space into which heat has difficulty penetrating. In most fires, this dead air space measures about 4 in. (0.1 m) along the ceiling from the corner and 4 in. (0.1 m) down the wall as shown in Figure A-8-1.2.4(a). Heat detectors should not be placed in this dead air space.

The placement of the heat detector is critical where maximum speed of fire detection is desired. Thus, a logical location for a detector is the center of the ceiling. At this location, the detector is closest to all areas of the room.

If the heat detector cannot be located in the center of the ceiling, an off-center location on the ceiling can be used.

The next logical location for mounting heat detectors is on the sidewall. Any detector mounted on the sidewall should be located as near as possible to the ceiling. A detector mounted on the sidewall should have the top of the detector between 4 in. and 12 in. (0.1 m and 0.3 m) from the ceiling. [*See Figure A-8-1.2.4(a).*]

(3)  *Spacing of Heat Detectors.* If a room is too large for protection by a single heat detector, several detectors should be used. It is important that they be properly located so all parts of the room are covered. (*For further information on the spacing of detectors refer to Chapter 2.*)

(4)  *Where the Distance Between Heat Detectors Should be Further Reduced.* The distance between heat detectors is based on data obtained from the spread of heat across a smooth ceiling. If the ceiling is not smooth, the placement of the detector should be tailored to the situation.

For instance, with open wood joists, heat travels freely down the joist channels so that the maximum distance between detectors [50 ft (15 m)] can be used. However, heat has trouble spreading across the joists, so the distance in this direction should be one-half the distance allowed between detectors, as shown in Figure A-8-1.2.4(b), and the distance to the wall is reduced to $12^{1}/_{2}$ ft (3.8 m). Since one-half of 50 ft (15 m) is 25 ft (7.6 m), the distance between detectors across open wood joists should not exceed 25 ft (7.6 m), as shown in Figure A-8-1.2.4(b), and the distance to the wall is reduced [$^{1}/_{2} \times 25$ ft (7.6 m)] to 12.5 ft (3.8 m). Detectors should be mounted on the bottom of the joists and not up in joist channels.

Walls, partitions, doorways, ceiling beams, and open joists interrupt the normal flow of heat, thus creating new areas to be protected.

**Figure A-8-1.2.4(b)  Open joists, attics, and extra-high ceilings are some of the areas that require special knowledge for installation.**



In addition to the special requirements for heat detectors installed on ceilings with exposed joists, reduced spacing also might be required due to other structural characteristics of the protected area, possible drafts, or other conditions that could affect detector operation.

**A-8-1.4.1**  Refer to Figure A-8-1.4.1 where required smoke detectors are shown. Smoke detectors are optional where a

door is not provided between a living room and a recreation room.

**Figure A-8-1.4.1 Split level arrangement.**



⊘ Indicates required smoke detector

**A-8-1.4.2** One of the common problems associated with residential smoke detectors is the nuisance alarms that are usually triggered by products of combustion from cooking, smoking, or other household particulates. While an alarm for such a condition is anticipated and tolerated by the occupant of a dwelling unit through routine living experience, the alarm is not permitted where it also sounds alarms in other dwelling units or in common use spaces. Nuisance alarms caused by cooking are a very common occurrence, and inspection authorities should be aware of the possible ramifications where the coverage is extended beyond the limits of the dwelling unit.

**A-8-2.1.1** Experience has shown that all hostile fires in dwelling units generate smoke to some degree. This is also true with respect to heat buildup from fires. However, the results of full-scale experiments conducted over the past several years in the United States, using typical fires in dwelling units, indicate that detectable quantities of smoke precede detectable levels of heat in nearly all cases. In addition, slowly developing, smoldering fires can produce smoke and toxic gases without a significant increase in the room's temperature. Again, the results of experiments indicate that detectable quantities of smoke precede the development of hazardous atmospheres in nearly all cases.

For the above reasons, the required protection in this code uses smoke detectors as the primary life safety equipment for providing a reasonable level of protection against fire.

Of course, it is possible to install fewer detectors than required in this code. It could be argued that the installation of only one fire detector, whether a smoke or heat detector, offers some lifesaving potential. While this is true, it is the recommendation of NFPA 72 that the smoke detector requirements as stated in 8-2.1.1 are the minimum that should be considered.

The installation of additional detectors of either the smoke or heat type should result in a higher degree of protection. Adding detectors to rooms that are normally closed off from the required detectors increases the escape time because the fire does not need to build to the higher level necessary to force smoke out of the closed room to the required detector. As a consequence, it is recommended that the householder consider the installation of additional fire protection devices. However, it should be understood that Chapter 8 does not require additional detectors over and above those required in 8-1.4.1.

**A-8-3.4** If homeowner inspection, testing, and maintenance are required or assumed, the equipment should be installed in an accessible manner. It is a good practice to establish a specific schedule for tests.

**A-8-4.3.2** If screening alarm signals to minimize response to false alarms is to be implemented, the following should be considered.

(1) Was the verification call answered at the protected premises?
(2) Did the respondent provide proper identification?
(3) Is it necessary for the respondent to identify the cause of the alarm signal?
(4) Should the public service fire communications center be notified and advised that an alarm signal was received, including the response to the verification call, when an authorized respondent states that the fire service response is not desired?
(5) Should the public service fire communications center be notified and advised that an alarm signal was received, including the response to the verification call, for all other situations, including both a hostile fire and no answer verification call?
(6) What other actions should be required by a standard operating procedure?

### Appendix B    Engineering Guide for Automatic Fire Detector Spacing

*This appendix is not a part of the requirements of this NFPA document but is included for informational purposes only.*

*Users of Appendix B should refer back to the text of NFPA 72 to familiarize themselves with the limitations of the design methods summarized herein.*

*Section B-2, and particularly B-2.2 and B-2.3, are largely based on the work of Custer and Meacham as found in "Performance-Based Fire Safety Engineering: An Introduction of Basic Concepts" (Meacham and Custer 1995) and Introduction to Performance-Based Fire Safety (Custer and Meacham 1997).*

*The National Fire Protection Association and the Technical Committee on Initiating Devices for Fire Alarm Systems gratefully acknowledge the technical contributions of the Society of Fire Protection Engineers, Richard Custer, and Brian Meacham to performance-based design and this appendix.*

**B-1 Introduction.**

**B-1.1 Scope.** Appendix B provides information intended to supplement Chapter 2. It includes a procedure for determining detector spacing based on the objectives set for the system, size, and rate of growth of fire to be detected, various ceiling heights, ambient temperatures, and response characteristics of the detectors. In addition to providing an engineering method for the design of detection systems using plume-dependant detectors, heat detectors, and smoke detectors, this appendix also provides guidance on the use of radiant energy-sensing detectors.

**B-1.2 General.** Appendix B has been revised in its entirety from previous editions. The correlations originally used to develop the tables and graphs for heat and smoke detector spacings in the earlier editions have been updated to be consistent with current research. These revisions correct the errors in the original correlations. In earlier editions the tables and graphs were based on an assumed heat of combustion of 20,900 kJ/kg. The effective heat of combustion for