United States District Court
Southern District of Texas
FILED

MAY 15 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

DAUBERT HEARING

CIVIL ACTION NO. __B-98-186__  DATE & TIME: __05-15-02 AT 9:00 A.M.__

JOSE GARCIA, ET AL.  PLAINTIFF(S) __JUAN ANTONIO GONZALEZ__
  COUNSEL __RAY MARCHAN__
   __MIKAL WATTS__
   __BRYAN HARRIS__

VS.

BRK BRANDS, INC.  DEFENDANT(S)
   __RENE OLIVEIRA__
   __ELIZABETH NEALLY__
   __BRAD GAHM__
   __JAMES H. HELLER__
   __TERRY HENRY__
   __ROBERT HAYES__
   __FRANCISCO MARTINEZ__

---

CSO: Roy Zepeda/Dan Figueroa
ERO: Gabriel Mendieta

On May 15, 2002 attorneys Juan Antonio Gonzalez, Ray Marchan, Bryan Harris, Juan Mejia, Elizabeth Neally James Heller and Terry Henry appeared.

Witness Michael Schulz testified for the Plaintiffs. Schulz testified as to test he performed at Cruz residence using dual ionization and photoelectric smoke detector.
Witness Jesse Aronstein testified for the Plaintiffs. Aronstein testified regarding fretting phenomena and his position that smoke detector failed as a result of fretting.
Witness E. Wayne McCain testified for the Plaintiffs. McCain testified that it was his opinion that smoke detector was defective because the high levels of soot and smoke found at the scene suggest that alarm should have gone off before Cruz died.

CSO: Dan Figueroa
ERO: Gabriel Mendieta

On May 16, 2002 attorneys Juan Antonio Gonzalez, Ray Marchan, Elizabeth Neally, James Heller and Terry Henry appeared.

Witness Richard Roby testified for the Defendant. Roby testified regarding his criticisms of Schulz's and Cranmer's tests and reports.

Witness Robert Bux testified for the Defendant. Bux testified regarding Cranmer's qualifications.

Witness Don Russell testified for the Plaintiffs. Russell testified as to contact corrosion as a known failure mechanism in smoke detectors.

Witness Lori Streit testified for the Defendant. Streit testified regarding his criticisms of McClintock's method of collection and preservation of evidence and Holmes', McCain's, and Aronstein's method of examination of evidence

Witness Thomas Eager testified for the Defendant. Eager testified regarding fretting and his criticisms of Russell's and Aronstein's analysis of the evidence.

Judge stated he will consider the arguments and will issue a decision as soon as possible.