UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE A. GARCIA, Individually § <br> and as Representative of the Estate § <br> of Manuel Cruz; IDALIA GARCIA § <br> Individually and CYNTHIA GARCIA COX § <br> Individually and as next friend of BRITTANY§ <br> COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | CAUSE NO. 98-CV-186 |

### INTERVENOR'S MOTION FOR LEAVE TO FILE OPPOSED MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Intervenor and file this his Motion to file Motion to Intervene and would respectfully show as follows:

### I. Amendment Subject to Federal Rule 15(a)

Intervenor requests leave to file Motion to Intervene pursuant to Federal Rule of Procedure 15(a). Attached find Intervenor's proposed Motion to Intervene, Exhibit "A".

### II. Conflict with Scheduling Order

Intervenor's request for leave to file Motion to Intervene might conflict with the present scheduling order deadlines. Intervenor would need time to prepare his case in chief.

### III. Subject Matter of Intervenition

Intervenor's Motion to Intervene claims that Intervenor has an interest relating to the contractual assignment interest in the subject matter of Plaintiffs' lawsuit. Intervenor was the original attorney for all the named Plaintiffs and Intervenor has the first contingency

fee interest in the Plaintiffs' case.

Intervenor has not filed this motion to unduly delay or prejudice the adjudication of the rights of the original parties but because the disposition of this action may impair or impede intervenor's ability to protect his interest.

### IV. Amendment Will Not Delay Trial

Intervenor believes that filing the amended complaint will not delay the trial of this matter.

### V. Relief Requested

Intervenor requests an order allowing him to file the attached Motion to Intervene as soon as possible and further to serve the Motion to Intervene upon the named parties.

WHEREFORE, premises considered, Intervenor respectfully requests for the relief herein and other relief to which he may be entitled.

### VI. Certificate of Conference

Intervenor's counsel has conferred with all of the named parties counsel and Mr. Marchan opposes this motion.

Respectfully submitted:

By: _____
Norman Jolly
Attorney In Charge
TBA#10856920
S. D. No. : 9950
1018 Preston, 4th Floor
Houston, Texas 77002
(713) 237-8383
(713) 237-8385 fax

2

Of Counsel:
Mark A. Montgomery
TBA# 24005482
S.D. No.: 23908
1018 Preston, 4th Floor
Houston, Texas 77002
 (713) 237-8383
 (713) 237-8385 fax
Attorneys for Intervenor

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was forwarded to all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 22ND day of May, 2002.

_____
Mark Montgomery