UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE A. GARCIA, Individually<br>and as Representative of the Estate<br>of Manuel Cruz; IDALIA GARCIA<br>Individually and CYNTHIA GARCIA COX<br>Individually and as next friend of BRITTANY<br>COX<br><br>v.<br><br>BRK BRANDS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 98-CV-186 |

## NOTICE OF SUBMISSION

TO:   All parties by and through their counsel of records.

You will take notice that the attached Motion to Intervene will be presented to the Court for ruling 20 days from filing without notice from the clerk and without appearance of counsel.

Respectfully submitted:

By: _____
Norman Jolly
Attorney In Charge
TBA#10856920
S. D. No. : 9950
1018 Preston, 4th Floor
Houston, Texas 77002
 (713) 237-8383
 (713) 237-8385 fax

Of Counsel:
Mark A. Montgomery
TBA# 24005482
S.D. No.: 23908
1018 Preston, 4th Floor
Houston, Texas 77002
 (713) 237-8383
 (713) 237-8385 fax
Attorneys for Intervenor