

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE A. GARCIA, Individually § and as Representative of the Estate § of Manuel Cruz; IDALIA GARCIA § Individually and CYNTHIA GARCIA COX § Individually and as next friend of BRITTANY§ COX § § v. § § BRK BRANDS, INC. § | CAUSE NO. 98-CV-186 |

## OPPOSED MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Everardo Abrego, hereinafter Applicant, and files this Motion to Intervene and would respectfully show the Court as follows:

### I. PARTIES

1. Plaintiffs, Jose and Idalia Garcia, may be served with this Motion to Intervene through their attorneys of record, Mark A. Cantu, Attorney at Law, 1300 N. 10Th St, Suite 400, McAllen, Texas 78501.

2. Plaintiffs, Cynthia Garcia Cox, may be served with this Motion to Intervene through her attorneys of record, Ray R. Marchan, Harris & Watts, 1926 E. Elizabeth, Brownsville, Texas 78520.

3. Defendants, BRK Brands Inc., may be served with this Motion to Intervene through its attorneys of record, Rene O. Oliveira, Roertig, Oliveira & Fisher, 855 W. Price Rd, Suite 9, Brownsville, Texas 78520, and Brad N. Gahm, Cozen & O'Connor, 1717 Main St., Suite 2300, Dallas Texas 75201.

## II. GROUNDS

4.     Applicant claims an interest relating to the contractual assignment interest in the subject matter of Plaintiffs' lawsuit. Applicant was the original attorney for all the named Plaintiffs and Applicant has the first contingency fee interest in the Plaintiffs' case.

5.     Applicant has not filed this motion to unduly delay or prejudice the adjudication of the rights of the original parties but because the disposition of this action may impair or impede applicant's ability to protect his interest.

## III. Prayer

6.     Applicant prays that the Court grant this Motion to Intervene and for such other and further relief to which Applicant may be entitled, either at law or in equity.

Respectfully submitted,

By:_____
Norman Jolly
Attorney In Charge
TBA# 10856920
S. D. No. : 9950
1018 Preston, 4th Floor
Houston, Texas 77002
 (713) 237-8383
 (713) 237-8385 fax

Of Counsel:
Mark A. Montgomery
TBA# 24005482
S.D. No.: 23908
1018 Preston, 4th Floor
Houston, Texas 77002
 (713) 237-8383
 (713) 237-8385 fax
Attorneys for Intervenor

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on the following by facsimile, hand delivery and/or certified mail, return receipt requested, on February 13, 2001 and May 22, 2002.

Norman Jolly

**CM RRR: Z 413 265 405**
Mr. Mark A. Cantu
1300 N. 10TH St, Suite 400
McAllen, Texas 78501

**CM RRR: Z 413 265 406**
Mr. Ray R. Marchan
1926 E. Elizabeth
Brownsville, Texas 78520

**CM RRR: Z 413 265 407**
Mr. Rene O. Oliveira
855 W. Price Rd, Suite 9
Brownsville, Texas 78520

**CM RRR: Z 413 265 408**
Mr. Brad N. Gahm
1717 Main St., Suite 2300
Dallas, Texas 75201