IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE A. GARCIA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

## ORDER

On this 29th day of May, 2002, came to be considered Intervenor's Motion for Leave to File Opposed Motion to Intervene (Docket No. 160) and Opposed Motion to Intervene (Docket No. 162).

IT IS THEREFORE **ORDERED** that Intervenor's Motion for Leave to File Opposed Motion to Intervene and Opposed Motion to Intervene are hereby **DENIED**.

DONE at Brownsville, Texas, this 29th day of May, 2002.

Filemon B. Vela
United States District Judge