IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually, | : | |
| IDALIA GARCIA, Individually and | : | CIVIL ACTION |
| as Representative of the Estate of | : | |
| MANUEL CRUZ and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

---

**SUPPLEMENTAL APPENDIX TO MOTION OF DEFENDANT
BRK BRANDS, INC. TO EXCLUDE PLAINTIFFS' EXPERTS**

---

**ROERIG, OLIVEIRA & FISHER**
    Rene O. Oliveira
    State Bar No. 15254700
    Cameron County I.D. No. 3507
    Elizabeth G. Neally
    State Bar No. 14840400
    Cameron County I.D. No. 3506
    855 West Price Road, Suite 9
    Brownsville, TX 78520
    Tel: 956/542-5666
    Fax: 956/542-0016

**COZEN O'CONNOR**
    ROBERT W. HAYES
    JAMES HELLER
    TERRY M. HENRY
    1900 Market Street
    Philadelphia, PA 19103
    Tel: 215/665-2000
    Fax: 215/665-2013

# TABLE OF CONTENTS

*Exhibit*                                    *Tab*

Curriculum Vitae of defense expert, Richard Roby, P.E., Ph.D. ............................................. A

Curriculum Vitae of defense expert, Robert C. Bux, M.D. ..................................................... B

Curriculum Vitae of defense expert, Lori A. Streit, Ph.D. ....................................................... C

Curriculum Vitae of defense expert, Thomas W. Eagar .......................................................... D

*Fretting Corrosion in Electric Contacts*, E.M. Bock and J.H. Whitley,
Study relied upon by plaintiff's expert Dr. Jesse Aronstein. ..................................................... E

*Impact of Fretting Parameters on Contact Degradation*, Robert D. Malucci,
Study relied upon by plaintiff's expert Dr. Jesse Aronstein. ..................................................... F

Petition for Waiver of Examination for Members, American Board of Forensic Examiners
referred to during examination of Dr. Bux. ............................................................................. G

Petition for Waiver of Examination for Members, American Board of Forensic Examiners,
filled-out by James H. Heller, Esq. .......................................................................................... H

Coburn, Forster Kane Equation for determining estimated percent COHb
(carboxyhemoglobin) in blood, with accompanying chart, from UL Standard for
Safety 2034, Carbon Monoxide Detectors ................................................................................ I

PowerPoint Presentation referred to during Dr. Roby's testimony ........................................... J

PowerPoint Presentation referred to during Dr. Streit's testimony ........................................... K