*166*

United States District Court
Southern District of Texas
FILED

JUN 2 0 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**GARCIA, ET AL**

**VS.**                              **CIVIL ACTION:  B-98-cv-186**

**BRK  BRANDS, INC.**


## NOTICE  OF  REASSIGNMENT

Notice is given on this 14th  day of June, 2002 of the reassignment of this

case to the Honorable  Andrew S. Hanen, U.S. District Judge.   All settings

will remain the same.