IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the ESTATE OF MANUEL CRUZ; IDALIA GARCIA, Individually; and CYNTHIA COX, as Next Friend of BRITTANY COX | § § § § § § § § § § § § | CIVIL ACTION NO. B-98-186 |
| vs. | | |
| BRK BRANDS, INC. | | |

**DEFENDANT BRK BRANDS, INC.'S
DISCLOSURE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, BRK BRANDS, INC., Defendant in the above-styled and numbered cause and pursuant to the Court's request, hereby certify that the only person association, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. BRK Brands, Inc.

2. Stratford Insurance Company,

3. Royal Insurance Company

4. Lexington Insurance Company

5. Travelers Insurance Company

6. Jose Garcia;

7. Idalia Garcia;

8. Estate of Manuel Cruz;

9. Cynthia Cox as Next Friend of Brittany Cox;

10. Watts & Heard, L.L.P.

11. Brian Harris

12. Law Office of Mark A. Cantu

13. Everado Abrego

Signed on July 16, 2002.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507

JAMES HELLER
TERRY M. HENRY
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA   19103
Tel: 215/665-2000
Fax: 215/665-2013

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant BRK Brands Inc., Disclosure of Interested Parties has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

Juan A. Gonzalez
Law Offices of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Ray R. Marchan
Watts & Heard, L.L.p.
1926 East Elizabeth
Brownsville, Texas 78520

on this 16 day of July, 2002.

ELIZABETH G. NEALLY