IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MANUEL CRUZ; IDALIA § <br> GARCIA, INDIVIDUALLY; AND CYNTHIA § <br> COX, INDIVIDUALLY AND AS NEXT § CIVIL ACTION NO. B-98-186 <br> FRIEND OF BRITTANY COX § <br> § <br> v. § <br> § <br> BRK BRANDS, INC. § | |

## PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ; IDALIA GARCIA, INDIVIDUALLY; AND CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX, file this Certificate of Disclosure of Interested Parties as follows:

Interested Parties to Be Disclosed:

All persons, associations of persons, firms, partnership, corporations affiliates, parent corporations, or other entities, that are financially interested in the outcome of this litigation. If group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

**Response:**

Plaintiffs submit the following list of persons and entities that are financially interested in the outcome of this litigation:

1.   BRK Brands, Inc.;

1

2. Pittway Corporation;

3. Jose Garcia;

4. Idalia Garcia;

5. Estate of Manuel Cruz;

6. Cynthia Cox as Next Friend of Brittany Cox.;

7. Roerig, Oliveira & Fisher; L.L.P.

8. Watts & Heard, L.L.P.

9. Cozen & O'Connor

10. Law Office of Mark A. Cantu

Dated: July 16, 2002.

          Respectfully submitted,

          **LAW OFFICE OF MARK A CANTU**
          The Atrium
          1300 N. 10th Street, Ste. 400
          McAllen, Texas 78501
          Telephone: (956) 687-8181
          Fax: (956) 687-8868

          By: _/s/ Juan A. Gonzalez_
          **JUAN A. GONZALEZ**
          Attorney in Charge
          Federal No. 3472
          State Bar No. 08129310

          ATTORNEYS FOR PLAINTIFF
          JOSE GARCIA, INDIVIDUALLY
          AND AS REPRESENTATIVE OF
          THE ESTATE OF MANUEL CRUZ
          AND IDALIA GARCIA,
          INDIVIDUALLY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the \_\_16\_\_\_ day July 2002.


Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Rd, Suite 9
Brownsville, Texas 78520


Terry M. Henry
James Heller
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103


Ray R. Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth
Brownsville, Texas 78520


_____
Juan A. Gonzalez

3