IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

JOSE GARCIA, Individually and §
as Representative of the §
ESTATE OF MANUEL CRUZ; §
IDALIA GARCIA, Individually; and §
 §
 § CIVIL ACTION NO. B-98-186
CYNTHIA COX, as Next Friend of §
BRITTANY COX §
 §
 §
vs. §
 §
BRK BRANDS, INC. §
 §

## DEFENDANT BRK BRANDS, INC.'S
## AMENDED DISCLOSURE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BRK BRANDS, INC., Defendant in the above-styled and numbered cause and pursuant to the Court's request, hereby files this its Amended Disclosure of Interested Persons and certify that the only person association, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. BRK Brands, Inc.

2. Stratford Insurance Company,

3. Royal Insurance Company

4. Lexington Insurance Company

5. Travelers Insurance Company

6. Jose Garcia;

7. Idalia Garcia;

8. Estate of Manuel Cruz;

9. Cynthia Cox as Next Friend of Brittany Cox;

10. Watts & Heard, L.L.P.

11. Brian Harris

12. Law Office of Mark A. Cantu

13. Everado Abrego

14. Sunbeam Corporation, as the parent corporation of BRK Brands, Inc.
    As this court has been made aware by the Notice of Filing of Bankruptcy which was filed by BRK Brands, Inc. on February 16, 2001, Sunbeam Corporation and all of its domestic operating subsidiary companies including BRK Brands, Inc., filed for Chapter 11 protection in the United States Bankruptcy Court for the Southern District of New York, Case Nos. 01-40252 (AJG) through 01-40290 (AJG).

Signed on July 17, 2002.

          Respectfully submitted,

          ROERIG, OLIVEIRA & FISHER, LLP
          855 West Price Road, Suite 9
          Brownsville, Texas 78550
          Telephone: (956) 542-5666
          Facsimile: (956) 542-0016

          By: _____
          Elizabeth G. Neally
          State Bar No. 14840400
          Federal Bar No. 8044
          Rene O. Oliveira
          State Bar No. 15254700
          Cameron County I.D. No. 3507

JAMES HELLER
TERRY M. HENRY
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant BRK Brands Inc. Amended Disclosure of Interested Parties has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

Juan A. Gonzalez
Law Offices of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Ray R. Marchan
Watts & Heard, L.L.p.
1926 East Elizabeth
Brownsville, Texas 78520

on this 17 day of July, 2002.

_____
ELIZABETH G. NEALLY