# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE A. GARCIA, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS INC. | § § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:   **STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME: October 2, 2002 @ 3:00 pm

**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen.**

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
     Irma A. Soto, Deputy Clerk

DATE: September 19, 2002

TO:  ALL COUNSEL OF RECORD