# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE A. GARCIA, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-186 |
| BRK BRANDS INC. | § | |

TYPE OF CASE:       __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:   **STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:


**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:   **STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                               **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:            CONTINUED TO DATE AND TIME:
   October 2, 2002 @ 3:00 pm                                October 7, 2002 @ 2:00 pm

                                              MICHAEL N. MILBY, CLERK

                                        BY: _____Irma A. Soto_____
                                              Irma A. Soto, Deputy Clerk

DATE: September 23, 2002

TO: ALL COUNSEL OF RECORD