*177*

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig◆†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz◆†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander, A.I.A.
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
___
Liza M. Vasquez*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization
◆Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

September 24, 2002

File No.: 21,410

Honorable Andrew S. Hanen
**Attention: Irma A. Soto**
United States District Courts
Southern District at Brownsville
500 East 10th Street
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

**SEP 2 4 2002**

Michael N. Milby
Clerk of Court

Re:    Civil Action No. B-98-186;
        **Garcia, et al vs. BRK Brands, Inc.**
        U. S. District Court, Southern District at Brownsville

Dear Judge Hanen:

Pursuant to the agreement of the parties, all parties are in agreement to reset the Status Conference presently set for October 7, 2002, at 2:00 p.m. to October 22, 2002, at 1:30 p.m. I have been advised by Ms. Soto that this is a convenient time for the court. Please issue another status conference rescheduling the date.

I have personally conferred with Ray Marchan's office and Juan Gonzalez and they are in agreement to rescheduling the hearing to that date and time.

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

Sincerely,

**ROERIG, OLIVEIRA & FISHER, LLP**

Elizabeth G. Neally

EGN:cjb
cc:    Ray R. Marchan                    Via Facsimile
        Juan Gonzalez                      Via Facsimile
        Jim Heller                            Via Facsimile
        Rene Oliveira                        Hand Delivery