AO435
(Rev 1 90)

## TRANSCRIPT ORDER

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

FOR COURT USE ONLY
DUE DATE:

Read Instructions on Back

| 1 NAME | 2 PHONE NUMBER | 3 DATE |
|---|---|---|
| ELIZABETH G. NEALLY | (956) 542-5666 | OCTOBER 8, 2002 |

| 4 MAILING ADDRESS | 5 CITY | 6 STATE | 7 ZIP CODE |
|---|---|---|---|
| 855 W. PRICE ROAD, SUITE 9 | BROWNSVILLE | TEXAS | 78550 |

| 8 CASE NUMBER | 9 JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| B-98-186 | | 10 FROM May 15, 2002 | 11 TO May 16, 2002 |

| 12 CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| J. GARCIA, et al vs. BRK BRANDS, INCL | 13 CITY BROWNSVILLE | 14 STATE TEXAS |

15 ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16 TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
DAUBERT HEARING -- MAY 15 - 16, 2002

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) DAUBERT HEARING May 15-16-2002 | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | [signature] | ESTIMATE TOTAL | |
|---|---|---|---|
| 19 DATE | 10/8/02 | PROCESSED BY | |
| TRANSCRIPT TO BE PREPARED BY | | PHONE NUMBER | |
| | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY