United States District Court
Southern District of Texas
FILED

OCT 22 2002

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## STATUS CONFERENCE

CIVIL ACTION NO. B-98-186            DATE & TIME 10/22/02 @ 1:30 pm - 2:00 pm

JOSE GARCIA, INDIVIDUALLY, ET AL     PLAINTIFF'S  JUAN A. GONZALEZ
                                     COUNSEL      RAY R. MARCHAN
VS

BRK BRANDS, INC.                     DEFENDANTS'  RENE OLIVIERA/ELIZABETH NEALLY
                                     COUNSEL      TERRY M. HENRY/JAMES HELLER

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              R. Harrelson/D. Figueroa

Ray Marchan appeared for plaintiff, Cynthia Cox.
Juan Gonzalez appeared for plaintiffs, Jose Garcia, Individually and as representative of the Estate of Manuel Cruz; Idalia Garcia, Individually and Cynthia Garcia.
Elizabeth Neally and James Heller, appeared for defendant, BRK Brand, Inc.
All parties announced present and ready for status conference.

The following deadlines were given by the court:

Any Motions for Summary Judgment to be filed by November 27, 2002
Responses filed by December 20, 2002
Reply briefs due by January 8, 2003
Questionnaire for jurors due by February 1, 2003
Mediation, if any, to be held by February 14, 2003
Pretrial Order due by February 21, 2003
Docket Call and Final Pretrial set for 1:30 p.m. on March 6, 2003
Jury Selection is set for 9:00 a.m. on March 7, 2003

Proposed scheduling order to be submitted by Atty. Ray Marchan for court's consideration.

Attorneys requesting to voir dire jurors should submit their request in writing by November 27, 2002. Court may allow attorneys to voir dire jurors after court instructions.

Parties will be allowed to use video taped depositions.

Court is adjourned.