*180*

# ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*•
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr*•
D. Alan Erwin, Jr
Michael A. Zanca*
D. Wilkes Alexander, A I A.
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

•Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

October 29, 2002

File No :

United States District Court
Southern District of Texas
FILED
NOV 0 1 2002
Michael N. Milby
Clerk of Court

Honorable Andrew Hanen
United States District Court,
Southern District at Brownsville
600 East Harrison
Brownsville, Texas 78520

Re:   **Garcia, et al vs. BRK Brands, Inc.**
      U.S. District Court, Southern District at Brownsville
      Civil Action No. B-98-186

Dear Judge Hanen:

At the Scheduling Conference on October 22, 2002, you requested that we submit to you our decision as to whether we would require additional voir dire by the lawyers at the jury selection. Given the fact that the court is going to entertain jury questionnaires from the parties and the jury is to be provided with those questionnaires, we do not think it is necessary or appropriate for additional voir dire by the attorneys in addition to your voir dire.

In the event that the court determines that questionnaires will not be allowed, we would like to revisit this issue at that time.

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb
cc:   Mr. Juan Gonzalez, Esq.
      Mr. Ray R. Marchan
      Jim Heller
      Terry Henry