United States District Court
Southern District of Texas
FILED

NOV 2 7 2002

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, Individually, | : | |
| IDALIA GARCIA, Individually and | : | CIVIL ACTION |
| as Representative of the Estate of | : | |
| MANUEL CRUZ and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

### MOTION FOR SUMMARY JUDGMENT
### OF DEFENDANT BRK BRANDS, INC.

Pursuant to Federal Rule of Civil Procedure 56(c), Defendant BRK Brands, Inc. ("BRK"), by and through undersigned counsel, hereby moves for the entry of summary judgment in its favor as to each and every cause of action asserted by Plaintiffs Jose Garcia and Idalia Garcia, Individually and as Administratrix of the Estate of Manual Cruz and Cynthia Cox as Next Friend of Brittany Cox, (collectively "Plaintiffs"), in their Complaints. For the following reasons, set forth more fully in the accompanying Memorandum of Law and Appendix, which is incorporated fully herein, BRK submits that there is no genuine issue as to any material fact with respect to Plaintiffs' claims and that it is, therefore, entitled to judgment in its favor as a matter of law.

Respectfully submitted,

*[signature]*

**ROERIG, OLIVEIRA & FISHER**
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
855 West Price Road, Suite 9
Brownsville, TX 78520
Tel: 956/542-5666
Fax: 956/542-0016

**COZEN O'CONNOR**
ROBERT W. HAYES
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

Attorneys for Defendant BRK Brands, Inc.

Dated: November 27, 2002

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant BRK Brands Inc., Motion for Summary Judgment has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

Juan A. Gonzalez
Law Offices of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
[CM/RRR 7160 3901 9844 7054 6194]

Ray R. Marchan
Watts & Heard, L.L.p.
1926 East Elizabeth
Brownsville, Texas 78520
[CM/RRR 7160 3901 9844 7054 6200]

James Heller
Terry Henry
COZEN & O'CONNOR
The Atrium
1900 Market Street
Philadelphia, PA 19103

on this 27th day of November, 2002

ELIZABETH G. NEALLY

IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, Individually, <br> IDALIA GARCIA, Individually and <br> as Representative of the Estate of <br> MANUEL CRUZ and CYNTHIA COX as <br> Next Best Friend of Brittany Cox, <br> <br> vs. <br> <br> BRK BRANDS, INC. | : <br> : CIVIL ACTION <br> : <br> : <br> : NO. B-98-186 <br> : <br> : <br> : <br> : |

**APPENDIX TO MOTION OF DEFENDANT BRK BRANDS, INC.
FOR SUMMARY JUDGEMENT**

(Exhibits A - O)

**ROERIG, OLIVEIRA & FISHER**
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
855 West Price Road, Suite 9
Brownsville, TX 78520
Tel: 956/542-5666
Fax: 956/542-0016

**COZEN O'CONNOR**
ROBERT W. HAYES
JAMES HELLER
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013