IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 27 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, ET AL | § | CASE NO. CA-B-98-186 |
| | § | |
| | § | BROWNSVILLE, TEXAS |
| | § | |
| VERSUS | § | MAY 16, 2002 |
| | § | |
| | § | 9:14 A.M. TO 10:30 A.M. |
| | § | 10:50 A.M. TO 12:00 NOON |
| BRK BRANDS, INC. | § | 1:37 P.M. TO 2:16 P.M. |

## DAUBERT HEARING

BEFORE THE HONORABLE JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                    SEE NEXT PAGE

For the Defendant:                    SEE NEXT PAGE

Court Recorder:                       Gabriel Mendieta

PREPARED BY:
JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
713.697.4718 (office)  ●  713.697.4722 (fax)

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.