United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ; IDALIA GARCIA, INDIVIDUALLY; AND CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. B-98-186  JURY DEMANDED |
| BRK BRANDS, INC. | § § | |

**NOTICE OF CORRECTION TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM THERETO**

TO THE HONORABLE JUDGE OF SAID COURT:

**I.**

Plaintiffs JOSE GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ and IDALIA GARCIA INDIVIDUALLY, hereby notify the court of certain corrections to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Memorandum thereto and would show unto the court as follows:

> With respect to paragraph 8 on Page 4 where it is stated ". . . . that the use of summary judgment is **rarely appropriate in negligence for product liability cases even where material facts are disputed.** (emphasis added)"

Plaintiffs' counsel inadvertently left out the word **not** from the quote. Therefore the correct quote is as follows:

> ". . . . that the use of summary judgment **is rarely appropriate in negligence for product liability cases even where material facts are not disputed.** (emphasis added)"

**II.**

Also at Page 22 with respect to the depositions of Dr. Russell it is stated that his depositions dated January 23, 2001 and May 10, 2000 were attached as Exhibits 7 and 8 respectively. Such is

1

incorrect. They were in fact attached as Exhibits H and I.

Thus, Plaintiffs notify the court of these two errors so that Plaintiffs response in opposition can be accurately analyzed and considered by the court.

Dated: January 6, 2003

Respectfully submitted,

By: _____
JUAN A. GONZALEZ
Attorney in Charge
Federal No. 3472
State Bar No. 08129310

OF COUNSEL: GLENN D. ROMERO
Federal No. 7734

**LAW OFFICE OF MARK A CANTU**
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

ATTORNEYS FOR PLAINTIFFS
JOSE GARCIA, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF MANUEL CRUZ
AND IDALIA GARCIA,
INDIVIDUALLY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the _____6____ day January 2003.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Terry M. Henry
James Heller
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103

Ray R. Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth
Brownsville, Texas 78520

_____
Juan A. Gonzalez