## IN THE U.S. DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 03 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually, | : | |
| IDALIA GARCIA, Individually and | : | CIVIL ACTION |
| as Representative of the Estate of | : | |
| MANUEL CRUZ and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

### PROPOSED VOIR DIRE QUESTIONNAIRE
### OF DEFENDANT BRK BRANDS, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW BRK BRANDS, INC.**, Defendant in the above-styled and numbered cause, pursuant to the Court's Scheduling Conference of October 22, 2002, hereby submits it's proposed Voir Dire Questionnaire to the Court for review and consideration.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER**
855 West Price Road, Suite 9
Brownsville, TX 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Rene O. Oliveira
State Bar No. 15254700
Federal Bar No. 1503

Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

**COZEN O'CONNOR**
James H. Heller
Terry M. Henry
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendant's Proposed Voir Dire Questionnaire* has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this 3rd day of February, 2003, to wit:

Mr. Juan Gonzalez, Esq.
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

Mr. Ray R. Marchan
**Eddington & Associates, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520

_____
Elizabeth G. Neally

## TO PROSPECTIVE JURORS

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of the questionnaire, the process of jury election will be shortened. Please respond to the following questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. After you have completed this questionnaire, the judge may have additional questions. During this questioning, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word "**PRIVATE**" next to the question and we will take this matter up with you in private.

Because this questionnaire is part of the jury selection process, the questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

If you wish to make further comments regarding any of your answers, please use the back of the last page, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "**I DO NOT UNDERSTAND**" and the question will be explained to you in Court.

**PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS - - JUST HONEST ONES.**

**CONFIDENTIAL JURY QUESTIONNAIRE**

1. Name (Maiden name if applicable):_____
                                               First        Middle        Last

2. Age_____   (Check one) Male_____   Female____

3. EMPLOYMENT STATUS:

   _____ Employed                _____Employed, but Laid Off

   _____ Employed, more than one job    _____Unemployed

   _____ Employed, part time

   _____ Disabled                _____ Full-time Student

4. Name and location of current employer: _____

5. Job title and duties: _____

6. Length of present employment: _____

7. Do you supervise people where you work?   Yes____ No____

   If "Yes", how many? _____

8. Marital Status (check most appropriate category)

   Single _____   Separated_____   Divorced_____   Married_____

   Spouse Deceased _____   Divorced and Remarried _____

9. Name of Spouse _____

   Age of Spouse _____

10. Occupation of spouse, job title, job duties, place of employment, and length of time employed.

    _____
    _____
    _____

                                                           **Page 1 of 10**

11. How many children do you have? _____

12. How far did you go in school?_____

13. If College, which one?_____

14. What was your major?_____

15. Have you or a family member or a close friend ever experienced a house fire?

    _____Yes ____No

    If yes, was anyone injured? _____

    _____

16. What is your impression of companies that make smoke detectors?

    _____
    _____
    _____

17. What is your impression of smoke detectors?

    _____
    _____
    _____

18. Have you ever had a smoke detector not sound an alarm when you think it should have?

    _____ Yes _____ No

    If yes, please explain the circumstances under which you believe the smoke detector should have alarmed?

    _____
    _____
    _____

**Page 2 of 10**

19. Do you have a smoke detector? _____ Yes _____ No.

   If yes, a) How many do you have in your home? _____

   b) What type/brand of smoke detector is it? _____

   _____

   c) How often do you test it? _____

20. If you have a smoke detector, does it ever alarm when you do not want it to, or when you think it should not alarm? _____ Yes _____ No

   If yes, please explain the circumstances under which you believe the smoke detector alarmed, but you think it should not have?

   _____

   _____

   _____

   What did you do? _____

   _____

21. Do you know what gases, if any, are produced by a propane or natural gas fueled space heater? _____ Yes _____ No.

   If yes, please explain your understanding of what gases are produced and how they are produced.

   _____

   _____

   _____

22. Have you ever used a natural gas or propane fueled space heater to heat your home or office? _____ Yes _____ No.

   If yes: 1) Did you use the proper fuel to operate the heater? _____ Yes _____ No.

Page 3 of 10

    2) What type of fuel did it burn? _____

    3) Did the heater ever malfunction? _____ Yes _____ No.

        If yes, please explain: _____

        _____

        _____

    4) Did you properly vent the heater? _____ Yes _____ No.

23. Do you believe that a homeowner who does not properly vent a space heater to the outside of the home assumes the risks associated with the gases emitted within the home?

    _____ Yes _____ No

24. Do you believe that a homeowner who does not burn the proper fuel in a space heater assumes the risk associated with burning the wrong fuel? _____ Yes _____ No.

25. What is your understanding of the difference between a smoke detector and a carbon monoxide detector?

    _____

    _____

    _____

26. Are you aware that manufacturers of smoke detectors are subject to government regulation?

    _____ Yes _____ No

27. What do you know about how the government regulates smoke detector manufacturers?

    _____

    _____

    _____

Page 4 of 10

28. How would you rate current governmental regulation of the smoke detector industry?

    ____Should be more regulation ____No change is needed ____ Unsure

29. Would you hold the manufacturer of a product to standards of perfection, requiring that the product and manufacturer cover every single safety risk, whether it is foreseeable or not, or for safety risks that it was not designed for?

    ____Yes     ____No

    Please explain: _____
    _____
    _____

30. Have you lost a loved one or a close friend to death or serious injury where it was claimed that the death or injury was a result of someone's negligence or because of a defective product?

    ____Yes     ____No

    If yes, please explain:
    _____
    _____
    _____

31. Please complete the following sentence: *The thing that concerns me most about the legal profession is* _____
    _____
    _____

32. Please list any civic, social, professional or religious organizations to which you now belong, or have belonged to in the past:_____
    _____

33. What newspapers or magazines do you subscribe to or regularly read?
    _____
    _____

34. Punitive damages means *an amount of money a jury can, in their discretion, award for the purpose of punishing the Defendant or setting an example.* Under what circumstances would you feel punitive damages are appropriate? _____

_____

_____.

35. Would you characterize yourself as a: _____ Leader _____ Follower

36. Are you: __ Very Conservative __ Conservative __ Moderate __ Liberal __ Very Liberal

37. What are your hobbies or interests outside of work and family? _____

_____

38. Please explain your personal beliefs regarding each of the following statements:

   (a) To win a civil case, the party bringing the suit must present a little more evidence than the other side.
   ___ Agree strongly   ___ Disagree strongly   ___ No Opinion
   ___ Agree            ___ Disagree            ___ Don't know
   Please explain your answer: _____

   _____

   (b) If a person goes to the trouble of bringing a lawsuit to trial, the case must be valid.
   ___ Agree strongly   ___ Disagree strongly   ___ No Opinion
   ___ Agree            ___ Disagree            ___ Don¡lt know
   Please explain your answer: _____

   _____

39. Have you or a family member or close friend ever been involved in a lawsuit?
   _____ Yes _____ No

If yes: (a)   Who filed the lawsuit?_____

     (b)   What was the suit about?_____

     (c)   How was it resolved?_____

     (d)   What were your feelings about the process at the conclusion of the case?

         _____

40. Have you ever testified in a trial or given a deposition? ____ Yes ____ No

41. Have you ever served on a jury? ____ Yes ____ No

    If yes: ___ Criminal ___ Civil

    How was the case resolved? _____

    Did you serve as a foreperson? ____ Yes ____ No

42. Have you, a family member, or any close friend or co-worker lived or owned property near 190 Thomae Lane, San Benito, Texas? ____ Yes _____ No

    (a)   If yes, please identify the name and relationship to you of each person who has ever lived near that address:_____

        _____

43. The following is a list of the parties and attorneys in this case. If you know or have heard of any of the following parties or attorneys, please check the appropriate box(es).

| NAME | | KNOW | HEARD OF |
|---|---|---|---|
| 1. | MANUEL CRUZ | ____ | ____ |
| 2. | CYNTHIA COX | ____ | ____ |
| 3. | BRITTANY COX | ____ | ____ |
| 4. | JOSE GARCIA | ____ | ____ |
| 5. | IDALIA GARCIA | ____ | ____ |
| 6. | JUAN GONZALEZ | ____ | ____ |
| 7. | MARK CANTU | ____ | ____ |
| 8. | LAW OFFICES OF MARK CANTU | ____ | ____ |
| 9. | RAY R. MARCHAN | ____ | ____ |
| 10. | BRYAN HARRIS | ____ | ____ |
| 11. | WATTS LAW FIRM | ____ | ____ |
| 12. | JAMES HELLER | ____ | ____ |

|  |  |  |  |
|---|---|---|---|
| 13. | TERRY HENRY | _____ | _____ |
| 14. | COZEN O'CONNOR | _____ | _____ |
| 15. | RENE O. OLIVEIRA | _____ | _____ |
| 16. | ELIZABETH G. NEALLY | _____ | _____ |
| 17. | ROERIG, OLIVEIRA & FISHER, L.L.P. | _____ | _____ |
| 18. | BRK BRANDS, INC. | _____ | _____ |

44. From what you have read in this questionnaire do you believe you may have personal knowledge or familiarity with the people or facts of this case? _____ Yes _____ No

   If no, please explain: _____
   _____
   _____

45. Do you think that you would favor an individual who is suing a corporation simply because the corporation is the defendant? _____ Yes _____ No

   If no, please explain: _____
   _____
   _____

46. Do you think that you can listen to all of the evidence presented during the trial and then decide this case based only on the facts presented? _____ Yes _____ No

   If no, please explain: _____
   _____
   _____

47. Do you think that you can wait until the defendant has had an opportunity to present evidence in this case before making a decision? _____ Yes _____ No

   If no, please explain: _____
   _____
   _____

48. Do you think that you will be able to listen to the judge's explanation of the law and apply it to the facts of this case as he instructs? _____ Yes _____ No

    If no, please explain: _____

    _____

    _____

49. Do you think that you may favor the plaintiff in this case because the defendant is represented by attorneys who are not from the Valley. _____ Yes _____ No

    If no, please explain: _____

    _____

    _____

50. Can you think of anything that might affect your ability to fairly and impartially decide the issues in this case? _____ Yes _____ No

    If no, please explain: _____

    _____

    _____

## JUROR OATH

I HEREBY STATE THAT ALL THE ANSWERS GIVEN IN THIS JUROR QUESTIONNAIRE ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

_____        _____
Signature                                                                Date

**Thank you for your time and cooperation.**