/9○

United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually and | § | |
| as Representative of the Estate | § | |
| MANUEL CRUZ, IDALIA GARCIA, | § | |
| individually and CYNTHIA GARCIA | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | B-98-186 |
| | § | |
| BRK BRANDS, INC. | § | |

**PLAINTIFF'S F.R.C.P. 26(a)(1) and (2) INITIAL DISCLOSURES**

NOW COMES, CYNTHIA COX, as Next friend of BRITTANY COX, Pursuant to F.R.C.P. 26(a)(1) and (2), and makes this their "Initial Disclosures" as required by said rules as follows:

(A)     Individuals Likely to Have Knowledge of Discoverable Information [F.R.C.P. 26(a)(1)(A)].

   *See* **Exhibit A-List of Persons with Relevant Facts.**

(B)     Documents, etc. in Plaintiff's Possession Relevant to the Disputed Facts [F.R.C.P. 26(a)(1) (B).

   *See* **Exhibit C-List of Documents.**

(C)     Computation of Damages [F.R.C.P. 26(a)(1) (C).

   **Method of Calculation:     Medical expenses in the past; funeral expenses; conscious pain and suffering; physical impairment in the past; loss of consortium; loss of household service; loss of love; hedonic value of life; loss of wages and wage earning capacity; disfigurement and punitive damages; and any and all elements of damages Plaintiff may recover under the Federal Rules of Civil Procedure.**

(A-C)  Disclosure of Expert Testimony [F.R.C.P. 26(a)(2) (A-C).

      *See* **Exhibit B-List of Experts.**


      Respectfully submitted this _____5TH_____ day of February, 2003.

                    WATTS LAW FIRM L.L.P.
                    1926 East Elizabeth Street
                    Brownsville, Texas 78520
                    Telephone Number: (956) 544-0500
                    Facsimile Number: (956) 541-0255

BY_____

                    RAY R. MARCHAN
                    Attorney for Plaintiff
                    State Bar No. 12969050
                    Federal Bar No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on the _____5TH_____ day of February, 2003, a true and correct copy of the above and foregoing document has been hand-delivered or mailed by certified mail to:

Ms. Elizabeth Neally
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, Texas 78520

Mr. James Heller
Cozen and O'Conner
1900 Market Street
Philadelphia, PA 19103

Mr. Mark Cantu
The Atrium, Suite 400
1300 North Tenth Street
McAllen, Texas 78501

_____
RAY R. MARCHAN

<u>EXHIBIT A</u>
<u>PERSONS WITH RELEVANT FACTS</u>

Cynthia Marie Cox
1500 South Tio
Weslaco, Texas 78596
(956) 968-8088
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Brittany Marie Cox
1500 South Tio
Weslaco, Texas 78596
(956) 968-8088
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Idalia Garcia-Mother of Deceased
174 Chappel
San Benito, Texas 78586
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Jose Garcia-Father of Deceased
174 Chappel
San Benito, Texas 78586
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

BRK Brands, Inc.
c/o Elizabeth Neally
Roerig, Oliveira & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78520
956-542-5666
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Sofia Castillo
194 Thomae Lane
San Benito, Texas 78586
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Kenya E. Sosa
11070 Mead Road, Apt. 1403
Baton Rouge, LA
or
P. O. Box 2806
South Padre Island, Texas 78597
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

DeWitt S. Davenport, M. D.-Pathologist
Argullin/Picacio
Pathology Department
P. O. Drawer 2588
Harlingen, Texas 78551
Knowledge of facts and circumstances surrounding the autopsy of decedent's
death as a result of the incident made the basis of this lawsuit.  All medical
providers are expected to testify fully as to history, examination, treatment,
diagnosis, prognosis and causation as related to Plaintiff's injuries that form the
basis of this suit.  Additionally, Plaintiff may introduce all the health care
provider's medical records through a qualified custodian of records.

Custodian of Records for
DeWitt S. Davenport, M. D.-Pathologist
Argullin/Picacio
Pathology Department
P. O. Drawer 2588
Harlingen, Texas 78551
Knowledge of facts and circumstances surrounding the autopsy of decedent's
death as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the medical and
financial records of DeWitt S. Davenport, M. D. pertaining to Decedent are under
the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical
expenses incurred are reasonable and necessary.

Dr. Margie Cornwell
Pathology
P. O. Drawer 2588
Harlingen, Texas 78552
Knowledge of facts and circumstances surrounding the autopsy of decedent's
death as a result of the incident made the basis of this lawsuit.  All medical
providers are expected to testify fully as to history, examination, treatment,
diagnosis, prognosis and causation as related to Plaintiff's injuries that form the
basis of this suit.  Additionally, Plaintiff may introduce all the health care
provider's medical records through a qualified custodian of records.

Custodian of Records for
Dr. Margie Cornwell
Pathology
P. O. Drawer 2588
Harlingen, Texas 78552
Knowledge of facts and circumstances surrounding the autopsy of decedent's
death as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the medical and
financial records of DeWitt S. Davenport, M. D. pertaining to Decedent are under
the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical
expenses incurred are reasonable and necessary.

Eloy Cano
Cameron County Sheriff's Department
860 East Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Custodian of Records for
Eloy Cano
Cameron County Sheriff's Department
860 East Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records concerning the investigation of
incident made the basis of this lawsuit, are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business.

Bennie Ochoa, III
Justice of the Peace
Pct. 1, Place 1
302 Queen Isabella Blvd.
Port Isabel, Texas 78578
(956) 943-2520
Knowledge of facts and circumstances surrounding the death certificate
pertaining to the incident made the basis of this lawsuit.

Custodian of Records for
Bennie Ochoa, III
Justice of the Peace
Pct. 1, Place 1
302 Queen Isabella Blvd.
Port Isabel, Texas 78578
(956) 943-2520
Knowledge of facts and circumstances surrounding the death certificate
pertaining to the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the records concerning
the death certificate investigation of incident made the basis of this lawsuit, are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business.

Custodian of Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78551
(956) 389-1100
Knowledge of facts and circumstances surrounding the medical and financial
records of Valley Baptist Medical Center pertaining to decedent as a result of the
incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the medical and financial records of Valley
Baptist Medical Center pertaining to Decedent are under the supervision,
custody and control of the custodian of records, that such records were kept in
the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

Custodian of Records for
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical and financial
records of Harlingen EMS pertaining to decedent as a result of the incident made
the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the medical and financial records of Harlingen EMS pertaining to
Decedent are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that
the medical expenses incurred are reasonable and necessary.

Desi Najera
Cameron County Fire Marshall
965 E. Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Desi Najera
Cameron County Fire Marshall
965 E. Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records of Desi Najera/Cameron County
Fire Marshall pertaining to Decedent are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding the medical and financial
records of City of Los Fresnos EMS pertaining to decedent as a result of the
incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the medical and financial records of City of
Los Fresnos EMS pertaining to Decedent are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
San Benito Fire Department
1413 South Reagan
San Benito, Texas 78586
Knowledge of facts and circumstances surrounding the investigation records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

Reed (Mack) McClintock
McClintock & Associates, Inc.
28295 IH 10 West Suite 4211
Boerne, Texas 78006
830-981-9544
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Custodian of Records for
Reed (Mack) McClintock
McClintock & Associates, Inc.
28295 IH 10 West Suite 4211
Boerne, Texas 78006
830-981-9544

It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the expenses incurred are reasonable and necessary

Mr. Doug Holmes
INTROSPECT
216-C North Wisconsin
League City, Texas 77573
281-332-0613
Knowledge of facts and circumstances surrounding the cause and origin of the fire and accumulation of smoke and soot on the smoke detector.

Custodian of Records for
Mr. Doug Holmes
INTROSPECT
216-C North Wisconsin
League City, Texas 77573
281-332-0613
Knowledge of facts and circumstances surrounding the cause and origin of the fire and accumulation of smoke and soot on the smoke detector. It is reasonably anticipated that the custodian of records will testify that the records are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the expenses incurred are reasonable and necessary

E  Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
205-663-7646
Knowledge of facts and circumstances surrounding factual observations related to the smoke detector and the heater's chain of custody.  Also, knowledge of facts and circumstances surrounding factual observations of the accident site.

Custodian of Records for
E  Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
205-663-7646
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.  It is
reasonably anticipated that the custodian of records will testify that the records
are under the supervision, custody and control of the custodian of records, that
such records were kept in the regular course of business, and that the expenses
incurred are reasonable and necessary

Dr. Don Russell
Texas A & M University
301 Werc
College Station, Texas 77843-3126
409-845-7912
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Custodian of Records for
Dr. Don Russell
Texas A & M University
301 Werc
College Station, Texas 77843-3126
409-845-7912
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.  It is
reasonably anticipated that the custodian of records will testify that the records
are under the supervision, custody and control of the custodian of records, that
such records were kept in the regular course of business, and that the expenses
incurred are reasonable and necessary

Morris Crammer, Ph. D.
Crammer & Associates
13924 Rivercrest Drive
Little Rock, AR 72221
501-224-0240
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Reed McClintock
28295 IH 10 West, Suite 4211
Boerne, Texas 78006
830-981-9455
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Michael J. Schultz
M.J. SCHULZ & ASSOCIATES, INC.
425 Hillandale Drive
Bartlett, IL  60103
Phone:  (630) 736-0747
Knowledge of facts and circumstances surrounding the accumulation of smoke
and soot to such an extent that the smoke detector would have sounded an alarm
at such time that would have prevented Mr. Cruz's demise.

Jesse Aronstein
Consulting Engineer
Mechanical & Materials Engineering
50 Pasture Lane
Poughkepsie, New York 12603
845-462-6452 or
Gallaway Lake, New York 12025
(914) 462-6452
Knowledge of facts and circumstances surrounding the accumulation of smoke
and soot to such an extent that the smoke detector would have sounded an alarm
at such time that would have prevented Mr. Cruz's demise.

Everett G. Dillman, Ph. D
President
International Business Planners
306 Thunderbird Drive
El Paso, Texas 79912
915-584-1124
Knowledge of facts and circumstances surrounding Plaintiff's damages.
Economist.

Custodian of Records for
Garza-Elizondo Funeral Home
209 West Taylor
Harlingen, Texas
(956) 423-5353
Knowledge of facts and circumstances surrounding the funeral records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

Custodian of Records for
Thomae-Garza Funeral Home
395 South Sam Houston
San Benito, Texas
(956) 399-1331
Knowledge of facts and circumstances surrounding the funeral records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

David Minnis
34 Aldon Road
Montgomery, Illinois  60538
Knowledge of facts and circumstances surrounding the BRK's manipulation of
testing and BRK's misrepresentations about the testing.

Ms. Lumbreras
Will supplement additional information

Officer Jose Luis Barreda
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Supervisor Robert F. Rodriguez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Gracie Paredes
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Mary Ann Flores
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Roy Zepeda
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
or
c/o U. S. Marshalls Office
600 East Harrison
Brownsville, Texas 78520
956-548-2519
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Jimmy Vasquez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
or
c/o Kerville Sheriff's Office
400 Clearwater Paseo
Kerville, Texas 78028
830-896-1216
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Captain Rumaldo Rodriguez
Custodian of Records for
Officer Jose Luis Barreda
Supervisor Robert F. Rodriguez
Officer Gracie Paredes
Mary Ann Flores
Officer Roy Zepeda
Officer Jimmy Vasquez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records concerning the investigation of
incident made the basis of this lawsuit, are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business.

Officer Jorge Delgado
c/o Constable Abel Perez
974 East Harrison Street
Brownsville, Texas 78520
956-544-0859
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. First officer at the scene.

Officer Carlos Garza
c/o B.I.S.D. Police Department
1900 Price Road
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. First officer at the scene.

Mike Martinez
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Aaron Garcia
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Danny Pozada
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Custodian of Records for
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical and financial
records of Harlingen EMS pertaining to decedent as a result of the incident made
the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the medical and financial records of Harlingen EMS pertaining to
Decedent are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that
the medical expenses incurred are reasonable and necessary.

Joseph Hernandez
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records
Joseph Hernandez
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Armando Lucio
Fire Chief
San Benito Fire Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3857
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Armando Lucio
Fire Chief
San Benito Fire Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3857
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Panasonic
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Martin Industries
East Tennessee Street
Florence, Alabama 35360
205-767-0330
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Underwriters Laboratories, Inc.
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Various Unnamed Employees
U. S. Marshall's Office
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Mark Devine, BRK Brands, Inc.
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
BRK Brands, Inc.
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Lee M. Blum, Ph. D. DABFT
Forensic Toxicologist
National Medical Service, Inc.
3701 Welsh Road
Willow Grove, PA 19090
215-657-4900
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard J. Roby, PE Ph. D.
Technical Director
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045
410-884-3266
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Michael S. Klassen, Ph. D. P.E.
Principal Research Engineer
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045
410-884-3266
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard L. P. Custer, MSc
Custer Powell Incorporated
160 East Main Street
Westborough, MA 01581
508-616-9990
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Andrew T. Armstrong, Ph. D.
Armstrong Forensic Laboratory, Inc.
330 Loch'N Green Trail
Arlington, Texas 7612
817-275-2691
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Lori A. Streit, Ph. D.
Unified Engineering Inc.
78 Eisenhower Lane North
Lombard, Illinois 60148
630-261-3031
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Dr. Robert C. Bux
Bexar County
Forensic Science Center
7337 Louis Pasteur
San Antonio, Texas 78229-4565
210-335-4054
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Carlos H. Cascos
Pattillo, Brown & Hill, LLP
765 E. Seventh Street
Brownsville, Texas 78520
956-544-7778
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Donald Galler, MS, PE
Electric & Engineering Solutions
Massachusetts Institute of Technology
Room 4-133
77 Massachusetts Avenue
Cambridge, Massachusetts 02139
617-253-4554
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Jose Garcia
3651 FM 802
Brownsville, Texas 78520
956-544-1048
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

John Cruz
4701 William R. King Rd.
Newton Grove, North Carolina
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Julio Gonzales
Federal Petroleum Co.
5694 E. 14th Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Julio Gonzales
Federal Petroleum Co.
5694 E. 14th Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Jose Garcia
Laguna Vista Police Department
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Marisa Last name unknown
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Rosalinda Perez
250 South McCullough
San Benito, Texas
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Port Isabel Police Department
110 W. Hickman Avenue
Port Isabel, Texas 78578
956-943-2283
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Thelma Sanchez
San Benito, Texas
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Javier Mendoza
San Benito, Texas
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard LP Custer, MSC
Custer Power Incorporated
160 East Main Street
Westborough, Massachusetts 01581
508-616-9990
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Judd Clayton, Jr.
Clayton & Associate Consultants
1614-A Oleander Drive
Dickinson, Texas 77539
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Terry Alan Dees
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Willy Alva
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Douglas Lee Holmes
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.


**THE FOLLOWING LIST CONTAINS NAMES OF PERSONS INVOLVED IN
OTHER CASES AGAINST BRK**

Jennifer Morales
1509 S. Pierce
Amarillo, Texas 79101Michelle Jones
Plaintiff, mother of Isiah Morales, deceased and Marcy Morales, minor

Pedro Morales
235 East 3rd Room 102
Hereford, Texas 79045
Plaintiff, father of Isiah Morales, deceased and Marcy Morales, minor

Duain Gomez
2711 S. Seminole
Amarillo, Texas
Witnessed fire

Eddy O'Bonnon
2913 S. Ricks
Amarillo, Texas
Witnessed fire

Jehu Salazar
2700 S. Seminole
Amarillo, Texas
Witnessed fire

Rosalina Castillo
2412 S. Buchana
Amarillo, Texas
Witnessed fire

Glonda Moore
P.O. Box 32391
Amarillo, Texas
Owned home where fire occurred

Rudy Ramirez
2710 S. Seminole
Amarillo, Texas
Witnessed fire

Christine Ramirez
2710 S. Seminole
Amarillo, Texas
Witnessed fire

Deanna Ramirez
2710 S. Seminole
Amarillo, Texas
Witnessed fire

Becky Ramirez
2710 S. Seminole
Amarillo, Texas
Witnessed fire

Lieutenant Chadwick
Amarillo Police Department
Officer in Charge

Lieutenant Ed Smith
Amarillo Police Department
Crime Scene log custodian

Sergeant Watkins
Amarillo Police Department
Initial Officer in Charge

Sergeant Burgess
Special Crimes Unit
Amarillo Police Department
Investigated and Photographed scene

Sergeant Jones
Special Crimes Unit
Amarillo Police Department
Investigated and video taped scene

Officer Poston
Amarillo Police Department
Patrolman and photographed scene

Officer Garcia
Amarillo Police Department
Patrolman/witness

Officer Perez
Amarillo Police Department
Patrolman/witness

Officer Riddelspurger
Amarillo Police Department
Patrolman/witness

Officer Taylor
Amarillo Police Department
Patrolman/crime scene log

Officer Willis
Amarillo Police Department
Patrolman/photographed scene

Officer Vogel
Amarillo Police Department
Patrolman/witness

Kent Gardner
400 S. Van Buren
Amarillo, Texas
Fire Marshall's Office
Investigator/crime scene log

Gary Jackson
400 S. Van Buren
Amarillo, Texas
Fire Marshall's Office
Investigator

Terry Bible
400 S. Van Buren
Amarillo, Texas
Fire Marshall's Office
Investigator

Terry McKinney
400 S. Van Buren
Amarillo, Texas
Fire Marshall's Office
Investigator

Amarillo Fire Department
911 operators
custodian of records

Chief Duane Gause
Amarillo Fire Department
District Chief

Lt. Steve Barrera
Amarillo Fire Department
Witness/prepared report

Firefighter Alvarado
Amarillo Fire Department
Fire suppression/witness

Firefighter Lyons
Amarillo Fire Department
Fire suppression/witness

Michael A. Rohl
Former Vice President and Chief Financial Officer
BRK Brands, Inc.
3901 Liberty Street
Aurora, Illinois 60504

Beth Weber
Customer Service Supervisor
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Ronald Hejnal
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Carlos A. Moros
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Michele L. Odean
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Mary K. Olson
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Elizabeth Stone
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Kathleen M. Wass
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Franz X. Wieshuber
BRK Brands, Inc.
780 McClure Road
Aurora, Illinois 60504-2495
708-851-7330

Gary Lederer
Address and phone number unknown

Nathan R. Mercer
Suffered a similar loss
4930 Main Court
Davenport, Iowa 52804
319-388-0990

Jennifer Mercer
Suffered a similar loss
2615 North Pine, Apt. 3
Davenport, Iowa 52804
319-388-9334

Carlos Aleman, Sr.
Suffered a similar loss
1019 Plover Street
Rockport, Texas 78382
512-727-0321

Juanita M. Aleman
Suffered a similar loss
1019 Plover Street
Rockport, Texas 78382
512-727-0321

Mary Gordon
Suffered a similar loss

UL and ULC
Paul Paddt
John Parsinnen
Jim Wistmar

CPSC
Dennis Blasius
Wisconsin

David A. Minnis
Former BRK Employee

Jim Woodburn
Employee of BRK

Emma Lumbreros
Employee of BRK

Fred Comforti
Ed Duran
Paul Vargo
Nick Bellavia
King Harris
Patricia Mataya
Leo Guthart
John Kunzer
William F. Betzner
Mark Devine
Rosemary Pathe
Joyce Van Lier
Ron Zigarski
Dick Terry
Jim Slater
Stan Dedrick
Dave Kelley
Glen Schultz
Employees or former employees of BRK

Michael Shultz
Fire Modeler

Dr. Jesse Aronstein
PhD who may offer testimony regarding contacts on the alarm
50 Pasture Lane
Poughkeepsie, N.Y. 12603
914-462-6452

George Shoenfelds
Employee of BRK

Clinton Thetford
Cause and Origin investigator
Jack Long Investigations
P.O. Box 65600-193
806-766-7329

All consumers listed in Exhibit A
Entitled: Customer Complaints of No Response to
Smoke by Ionization Smoke Detectors 1990-1996

Lubbock County Medical Examiner
Dr. Glen R. Groben
3502 9th Street, Suite 390
Lubbock, Texas 79415

Texas Panhandle Mental Health Authority
Stacy Sandorskey and Custodian of records and bills
Dr. Veeramachaneni
Shelly Fraley

# Exhibit B

## EXHIBIT B
### EXPERTS

DeWitt S. Davenport, M. D.-Pathologist
Argullin/Picacio
Pathology Department
P. O. Drawer 2588
Harlingen, Texas 78551
Knowledge of facts and circumstances surrounding the autopsy of decedent's death as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
DeWitt S. Davenport, M. D.-Pathologist
Argullin/Picacio
Pathology Department
P. O. Drawer 2588
Harlingen, Texas 78551
Knowledge of facts and circumstances surrounding the autopsy of decedent's death as a result of the incident made the basis of this lawsuit. It is reasonably anticipated that the custodian of records will testify that the medical and financial records of DeWitt S. Davenport, M. D. pertaining to Decedent are under the supervision, custody and control of the custodian of records, that such records were kept in the regular course of business, and that the medical expenses incurred are reasonable and necessary.

Dr. Margie Cornwell
Pathology
P. O. Drawer 2588
Harlingen, Texas 78552
Knowledge of facts and circumstances surrounding the autopsy of decedent's death as a result of the incident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Dr. Margie Cornwell
Pathology
P. O. Drawer 2588
Harlingen, Texas 78552
Knowledge of facts and circumstances surrounding the autopsy of decedent's
death as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the medical and
financial records of DeWitt S. Davenport, M. D. pertaining to Decedent are under
the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the medical
expenses incurred are reasonable and necessary.

Eloy Cano
Cameron County Sheriff's Department
860 East Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Custodian of Records for
Eloy Cano
Cameron County Sheriff's Department
860 East Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records concerning the investigation of
incident made the basis of this lawsuit, are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business.

Bennie Ochoa, III
Justice of the Peace
Pct. 1, Place 1
302 Queen Isabella Blvd.
Port Isabel, Texas 78578
(956) 943-2520
Knowledge of facts and circumstances surrounding the death certificate
pertaining to the incident made the basis of this lawsuit.

Custodian of Records for
Bennie Ochoa, III
Justice of the Peace
Pct. 1, Place 1
302 Queen Isabella Blvd.
Port Isabel, Texas 78578
(956) 943-2520
Knowledge of facts and circumstances surrounding the death certificate
pertaining to the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the records concerning
the death certificate investigation of incident made the basis of this lawsuit, are
under the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business.

Custodian of Records for
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78551
(956) 389-1100
Knowledge of facts and circumstances surrounding the medical and financial
records of Valley Baptist Medical Center pertaining to decedent as a result of the
incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the medical and financial records of Valley
Baptist Medical Center pertaining to Decedent are under the supervision,
custody and control of the custodian of records, that such records were kept in
the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

Custodian of Records for
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical and financial
records of Harlingen EMS pertaining to decedent as a result of the incident made
the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the medical and financial records of Harlingen EMS pertaining to
Decedent are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that
the medical expenses incurred are reasonable and necessary.

Desi Najera
Cameron County Fire Marshall
965 E. Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Desi Najera
Cameron County Fire Marshall
965 E. Harrison Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records of Desi Najera/Cameron County
Fire Marshall pertaining to Decedent are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding the medical and financial
records of City of Los Fresnos EMS pertaining to decedent as a result of the
incident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the medical and financial records of City of
Los Fresnos EMS pertaining to Decedent are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
San Benito Fire Department
1413 South Reagan
San Benito, Texas 78586
Knowledge of facts and circumstances surrounding the investigation records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

Reed (Mack) McClintock
McClintock & Associates, Inc.
28295 IH 10 West Suite 4211
Boerne, Texas 78006
830-981-9544
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Custodian of Records for
Reed (Mack) McClintock
McClintock & Associates, Inc.
28295 IH 10 West Suite 4211
Boerne, Texas 78006
830-981-9544
It is reasonably anticipated that the custodian of records will testify that the
records  are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that
the expenses incurred are reasonable and necessary

Mr. Doug Holmes
INTROSPECT
216-C North Wisconsin
League City, Texas 77573
281-332-0613
Knowledge of facts and circumstances surrounding the cause and origin of the
fire and accumulation of smoke and soot on the smoke detector.

Custodian of Records for
Mr. Doug Holmes
INTROSPECT
216-C North Wisconsin
League City, Texas 77573
281-332-0613
Knowledge of facts and circumstances surrounding the cause and origin of the
fire and accumulation of smoke and soot on the smoke detector. It is reasonably
anticipated that the custodian of records will testify that the records  are under
the supervision, custody and control of the custodian of records, that such
records were kept in the regular course of business, and that the expenses
incurred are reasonable and necessary

E  Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
205-663-7646
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Custodian of Records for
E Wayne McCain, P. E.
2000 McCain Parkway
Pelham, Alabama 35124
205-663-7646
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody. Also, knowledge of facts
and circumstances surrounding factual observations of the accident site. It is
reasonably anticipated that the custodian of records will testify that the records
are under the supervision, custody and control of the custodian of records, that
such records were kept in the regular course of business, and that the expenses
incurred are reasonable and necessary

Dr. Don Russell
Texas A & M University
301 Werc
College Station, Texas 77843-3126
409-845-7912
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody. Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Custodian of Records for
Dr. Don Russell
Texas A & M University
301 Werc
College Station, Texas 77843-3126
409-845-7912
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody. Also, knowledge of facts
and circumstances surrounding factual observations of the accident site. It is
reasonably anticipated that the custodian of records will testify that the records
are under the supervision, custody and control of the custodian of records, that
such records were kept in the regular course of business, and that the expenses
incurred are reasonable and necessary

Morris Crammer, Ph. D.
Crammer & Associates
13924 Rivercrest Drive
Little Rock, AR 72221
501-224-0240
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody. Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Reed McClintock
28295 IH 10 West, Suite 4211
Boerne, Texas 78006
830-981-9455
Knowledge of facts and circumstances surrounding factual observations related
to the smoke detector and the heater's chain of custody.  Also, knowledge of facts
and circumstances surrounding factual observations of the accident site.

Michael J. Schultz
M.J. SCHULZ & ASSOCIATES, INC.
425 Hillandale Drive
Bartlett, IL  60103
Phone:  (630) 736-0747
Knowledge of facts and circumstances surrounding the accumulation of smoke
and soot to such an extent that the smoke detector would have sounded an alarm
at such time that would have prevented Mr. Cruz's demise.

Jesse Aronstein
Consulting Engineer
Mechanical & Materials Engineering
50 Pasture Lane
Poughkepsie, New York 12603
845-462-6452 or
Gallaway Lake, New York 12025
(914) 462-6452
Knowledge of facts and circumstances surrounding the accumulation of smoke
and soot to such an extent that the smoke detector would have sounded an alarm
at such time that would have prevented Mr. Cruz's demise.

Everett G. Dillman, Ph. D
President
International Business Planners
306 Thunderbird Drive
El Paso, Texas 79912
915-584-1124
Knowledge of facts and circumstances surrounding Plaintiff's damages.
Economist.

Custodian of Records for
Garza-Elizondo Funeral Home
209 West Taylor
Harlingen, Texas
(956) 423-5353
Knowledge of facts and circumstances surrounding the funeral records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

Custodian of Records for
Thomae-Garza Funeral Home
395 South Sam Houston
San Benito, Texas
(956) 399-1331
Knowledge of facts and circumstances surrounding the funeral records of
decedent as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the investigation records
pertaining to Decedent are under the supervision, custody and control of the
custodian of records, that such records were kept in the regular course of
business, and that the medical expenses incurred are reasonable and necessary.

David Minnis
34 Aldon Road
Montgomery, Illinois  60538
Knowledge of facts and circumstances surrounding the BRK's manipulation of
testing and BRK's misrepresentations about the testing.

Officer Jose Luis Barreda
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Supervisor Robert F. Rodriguez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Gracie Paredes
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Mary Ann Flores
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Roy Zepeda
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
or
c/o U. S. Marshalls Office
600 East Harrison
Brownsville, Texas 78520
956-548-2519
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Officer Jimmy Vasquez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
or
c/o Kerville Sheriff's Office
400 Clearwater Paseo
Kerville, Texas 78028
830-896-1216
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit.

Captain Rumaldo Rodriguez
Custodian of Records for
Officer Jose Luis Barreda
Supervisor Robert F. Rodriguez
Officer Gracie Paredes
Mary Ann Flores
Officer Roy Zepeda
Officer Jimmy Vasquez
Sheriff's Department
954 E. Harrison Street
Brownsville, Texas 78520
(956) 544-9860
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. It is reasonably anticipated that the
custodian of records will testify that the records concerning the investigation of
incident made the basis of this lawsuit, are under the supervision, custody and
control of the custodian of records, that such records were kept in the regular
course of business.

Officer Jorge Delgado
c/o Constable Abel Perez
974 East Harrison Street
Brownsville, Texas 78520
956-544-0859
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. First officer at the scene.

Officer Carlos Garza
c/o B.I.S.D. Police Department
1900 Price Road
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding the investigation of the
accident made the basis of this lawsuit. First officer at the scene.

Mike Martinez
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Aaron Garcia
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Danny Pozada
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical treatment of Mr.
Cruz as for injuries sustained as a result of the incident made the basis of this
lawsuit.

Custodian of Records for
Harlingen EMS
1705 Vermont
Harlingen, Texas 78550
(956) 428-3087
Knowledge of facts and circumstances surrounding the medical and financial
records of Harlingen EMS pertaining to decedent as a result of the incident made
the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the medical and financial records of Harlingen EMS pertaining to
Decedent are under the supervision, custody and control of the custodian of
records, that such records were kept in the regular course of business, and that
the medical expenses incurred are reasonable and necessary.

Joseph Hernandez
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records
Joseph Hernandez
City of Los Fresnos EMS
200 N. Brazil
Los Fresnos, Texas 78566
(956) 233-5768
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Armando Lucio
Fire Chief
San Benito Fire Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3857
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Armando Lucio
Fire Chief
San Benito Fire Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3857
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Panasonic
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Martin Industries
East Tennessee Street
Florence, Alabama 35360
205-767-0330
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Underwriters Laboratories, Inc.
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Various Unnamed Employees
U. S. Marshall's Office
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Lee M. Blum, Ph. D. DABFT
Forensic Toxicologist
National Medical Service, Inc.
3701 Welsh Road
Willow Grove, PA 19090
215-657-4900
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard J. Roby, PE Ph. D.
Technical Director
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045
410-884-3266
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Michael S. Klassen, Ph. D. P.E.
Principal Research Engineer
Combustion Science & Engineering, Inc.
9160 Rumsey Road, Suite B-1
Columbia, Maryland 21045
410-884-3266
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard L. P. Custer, MSc
Custer Powell Incorporated
160 East Main Street
Westborough, MA 01581
508-616-9990
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Andrew T. Armstrong, Ph. D.
Armstrong Forensic Laboratory, Inc.
330 Loch'N Green Trail
Arlington, Texas 7612
817-275-2691
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Lori A. Streit, Ph. D.
Unified Engineering Inc.
78 Eisenhower Lane North
Lombard, Illinois 60148
630-261-3031
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Dr. Robert C. Bux
Bexar County
Forensic Science Center
7337 Louis Pasteur
San Antonio, Texas 78229-4565
210-335-4054
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Donald Galler, MS, PE
Electric & Engineering Solutions
Massachusetts Institute of Technology
Room 4-133
77 Massachusetts Avenue
Cambridge, Massachusetts 02139
617-253-4554
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Julio Gonzales
Federal Petroleum Co.
5694 E. 14th Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Julio Gonzales
Federal Petroleum Co.
5694 E. 14th Street
Brownsville, Texas 78520
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Jose Garcia
Laguna Vista Police Department
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Rosalinda Perez
250 South McCullough
San Benito, Texas
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Custodian of Records for
Port Isabel Police Department
110 W. Hickman Avenue
Port Isabel, Texas 78578
956-943-2283
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Richard LP Custer, MSC
Custer Power Incorporated
160 East Main Street
Westborough, Massachusetts 01581
508-616-9990
Knowledge of facts and circumstances surrounding decedent's death as a result
of the incident made the basis of this lawsuit.

Judd Clayton, Jr.
Clayton & Associate Consultants

      Jesse Aronstein
      Consulting Engineer
      Mechanical and Material Engineering
      BME, MSME, Ph.D, N.Y.S., P.E. Lic. No. 39860
      50 Pasture Lane
      Poughkeepsie, NY  12603
      (845) 462-6452
Expert regarding the accumulation of smoke and soot to such an extent that the
smoke detector would have sounded an alarm. Such alarm should have
triggered hours earlier than at the time of Mr. Cruz's demise.  That such warning
would have been effective in alerting Mr. Cruz hours before he was poisoned by
carbon monoxide.  See expert report previously forwarded to Defendants.

<u>ADDITIONALLY, ANY AND ALL EXPERTS LISTED PREVIOUSLY BY
PLAINTIFF WHICH ARE NOT LISTED HEREIN.</u>

<u>PLAINTIFF ALSO RESERVES THE RIGHT TO CROSSEXAMINE ANY PERSON
OR EXPERT LISTED BY DEFENDANTS.</u>

# Exhibit C

# Exhibit C
## List of Documents

The following documents have previously been forwarded to Defendant.

1.      Copies of photographs;
2.      Copies of color photographs;
3.      BRK electronics complete product catalog;
4.      Incident reports;
5.      Pathology report;
6.      Statements of witnesses;
7.      Videotape of article concerning smoke detector problems;
8.      Copy of David Minnis' depo;
9.      Expert reports have previously been forwarded to Defendant;
10.     Newspaper articles;
11.     Color copy of medical illustration titled" Manuel Cruz, Carbon Monoxide Poisoning;"
12.     Copy of Documents requested at deposition of June 14, 2000 from Jesse Aronstein;
13.     Copy of letter dated October 18, 2000 from CPSC and attachments;
14.     Any and all documents produced by Plaintiffs and Defendants which are not listed.