IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE GARCIA, Individually and :
as Representative of the Estate :
of MANUEL CRUZ, IDALIA GARCIA, :
Individually; and CYNTHIA COX as :
Next Best Friend of Brittany Cox, :  CIVIL ACTION NO. B-98-186
:
vs. :
:
BRK BRANDS, INC. :

## SCHEDULING ORDER

On this 22nd day of October, 2002, there came on to be heard a Scheduling Conference and other motions of the parties. The following deadlines are hereby extended as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

(1) Dispositive Motions must be filed by November 27, 2002. All responses to dispositive motions are to be filed by December 20, 2002. Reply brief responses are to be filed by January 8, 2003.

(2) Mediation, if conducted, should be done before February 14, 2003.

(3) Proposed jury questions are to be submitted to the court no later than February 1, 2003.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than February 21, 2003.

(5) Final Pretrial is set for March 6, 2003, at 1:30 p.m. before Judge Hanen;

(6)　　Jury selection is set for March 7, 2003, at 8:30 a.m., with trial to be determined at that time.

DONE at Brownsville, Texas, on this ~~___ day of October, 2002~~ 15th of January, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge

cc:　　Ray R. Marchan
　　　　Juan Gonzalez
　　　　Rene Oliveira
　　　　Elizabeth Neally
　　　　James Heller
　　　　Terry Henry