260

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig†◆
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
D. Wilkes Alexander, A.I.A.
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
    Personal Injury Trial Law
    Texas Board of Legal Specialization

◆Board Certified -
    Civil Trial Law
    Texas Board of Legal Specialization

February 25, 2003

United States District Court
Southern District of Texas
FILED

FEB 2 5 2003

Michael N. Milby
Clerk of Court

File No.:

Honorable Andrew Hanen
United States District Court,
Southern District at McAllen
600 East Harrison
Brownsville, Texas 78520

Hand Delivered

FEB 2 5 2003    1:45

Michael N. Milby, Clerk of Court

Re:    **Garcia, et al vs. BRK Brands, Inc.**
    U.S. District Court, Southern District at Brownsville
    Civil Action No. B-98-186

Dear Judge Hanen:

As per your instructions in keeping your staff advised of the current developments in the Amarillo Division lawsuit, attached is an Order we received Monday afternoon from the Honorable Mary Lou Robinson and that was signed on Friday, February 21, 2003.

This order is further evidence that this case is to be tried in the month of March which makes it extremely difficult for BRK and its witnesses to prepare for and to be in two courts simultaneously.

BRK requests the Court's indulgence to sign the Amended Scheduling Order that was previously submitted.

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your considerations.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Rene O. Oliveira

cc:    Ms. Irma Soto                                    Hand Delivered
    Mr. Juan Gonzalez, Esq.                              Via Facsimile
    Mr. Ray R. Marchan                                   Via Facsimile
    Jim Heller / Terry Henry via Facsimile
    Elizabeth G. Neally

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

JENNIFER MORALES, Individually and §
as Representative of the Estate of §
ISIAH MORALES, Deceased, and as § CIVIL ACTION NO.
Next Friend of MARCY MORALES, § 2:01-CV-425-J
and PEDRO MORALES, §
 §
Plaintiffs, §
v. §
 §
BRK BRANDS, INC. d/b/a FIRST §
ALERT CORP., SUNBEAM PRODUCTS, §
INC., SUNBEAM CORPORATION, FIRST §
ALERT, INC., and PITTWAY CORP., §
 §
Defendants. §

## ORDER

Before the Court are Defendants' Motion Regarding Two Orders of February 12, 2003, filed February 17, 2003; and Defendants' Amended Motion Regarding Two Orders of February 12, 2003, filed February 19, 2003.

On February 12, 2003, the United States Magistrate Judge entered an order denying Plaintiffs' Motion to Compel a Corporate Representative that was filed on February 7, 2003, because the Plaintiffs intended on taking depositions beyond the discovery deadline that was not extended by the United States District Court. This Court entered an order on February 13, 2003, addressing the same issue. Therefore, this Court hereby

ORDERS that the February 13, 2003, order entered by this Court controls;

FURTHER ORDERS the Defendants to produce a corporate representative as provided in

the District Court's order entered on February 13, 2003; and

FURTHER ORDERS the discovery deadline be extended to March 3, 2003, for the limited purpose as provided in the District Court's order of February 13, 2003.

This case is set on a trailing docket with docket call on March 3, 2003, but trial will not begin before March 17, 2003. This is NOT a special trial setting for March 17, 2003.

The Clerk shall notify the parties immediately of the substance of this order by telephone and/or fax.

It is SO ORDERED.

Signed this the _____ day of February, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

-2-