IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE GARCIA, Individually and as Representative of the Estate of MANUEL CRUZ, IDALIA GARCIA, Individually; and CYNTHIA COX as Next Best Friend of Brittany Cox, | : : : : : : | |
| | : | CIVIL ACTION NO. B-98-186 |
| vs. | : : | |
| BRK BRANDS, INC. | : | |

## AMENDED SCHEDULING ORDER

On this 21st day of February, 2003, the court was advised of a conflict with defendant and its counsel concerning a trial scheduled in the United States District Court for the Northern District of Texas Amarillo Division, for the same week as the subject case. The court being satisfied that valid cause exists for the continuance of the present trial date, the following deadlines are hereby extended as follows:

IT IS ORDERED, ADJUDGED AND DECREED:

(1)   Final Pretrial is set for June 5, 2003, at 1:30 p.m. before Judge Hanen;

(2)   Jury selection is set for June 6, 2003, at 8:30 a.m.; and

(3)   Trial is set for June 23, 2003, at 8:30 a.m.

DONE at Brownsville, Texas, on this 6th day of March, 2003.

Honorable Andrew S. Hanen
United States District Judge

cc:   Ray R. Marchan
      Juan Gonzalez
      Rene Oliveira
      Elizabeth Neally
      James Heller
      Terry Henry