205

AO 133 (Rev. 9/89) Bill of Costs ●

# United States District Court

SOUTHERN                              **DISTRICT OF**      TEXAS

United States District Court
Southern District of Texas
FILED

AUG 11 2003

Michael N. Milby
Clerk of Court

JOSE GARCIA, et al.

v.

BRK BRANDS, INC.

**BILL OF COSTS**

Case Number: B-98-186

Judgment having been entered in the above entitled action on __5/27/2003__ against __Plaintiffs__
                                                                       *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,670.51 (Tab 1) |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 22,627.06 (Tab 2) |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 120.00 (Tab 3) |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . | $ | 6,207.72 (Tab 4) |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,950.01 (Tab 5) |
| | TOTAL $ | 34,575.30 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

All counsel of record

Signature of Attorney:

Name of Attorney: Terry M. Henry, Esquire    Elizabeth Neally, Esquire

For: _____ , BRK Brands, Inc.        Date: 8/11/03
                    *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

**Michael N. Milby, Clerk**

_____        By: _____        8-11-03
*Clerk of Court*                     *Deputy Clerk*                 *Date*

| | | TOTAL BILL OF COSTS | |
|---|---|---|---|
| | 1 | FEES FOR SUMMONS AND SUBPOENA | $2,670.51 |
| | 2 | FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE | $22,627.06 |
| | 3 | FEES FOR WITNESSES | $120.00 |
| | 4 | FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE | $6,207.72 |
| | 5 | OTHER COSTS | $2,950.01 |
| | | **GRAND TOTAL** | **$34,575.30** |

# FEES FOR SUMMONS AND SUBPOENA

| Date | Payee | Description | Amount |
|------|-------|-------------|--------|
| 05/11/00 | Q & A Reporting, Inc. | Service of Subpoena for M. Schulz; B. Russell, and R. McClintock | $335.00 |
| 05/30/00 | Q & A Reporting, Inc. | Service of Subpoena for D. Holmes | $153.50 |
| 05/01/00 | Compex Legal Services, Inc. | Subpoena Service for M. Cranmer | $141.25 |
| 05/01/00 | Compex Legal Services, Inc. | Subpoena Service for D. Holmes | $193.75 |
| 05/01/00 | Compex Legal Services, Inc. | Subpoena Service for M. Schulz | $180.00 |
| 03/30/00 | Compex Legal Services, Inc. | Subpoena Service for R. McClintock | $210.00 |
| 03/31/00 | Compex Legal Services, Inc. | Subpoena Service for E. McCain | $170.00 |
| 12/15/01 | CMS Incorporated | Subpoena Work | $183.30 |
| 05/02/00 | Q & A Reporting, Inc. | Service of Subpoena for M. Cranmer | $115.00 |
| 04/20/00 | Compex Legal Services, Inc. | Subpoena Service for R. McClintock | $434.90 |
| 06/22/00 | Compex Legal Services, Inc. | Subpoena Service for M. Pish | $40.00 |
| 09/21/99 | Bryant & Stingley, Inc. | Subpoena Service for Joe Garcia (includes $40.00 witness fee) | $110.00 |
| 07/20/99 | Bryant & Stingley, Inc. | Subpoena Service for Joseph Garcia (includes $45.00 witness fee) | $105.00 |
| 04/09/99 | Bill McMillon & Associates, Inc. | Service of Subpoena on Custodian of Records, KGBT T.V. Channel | $93.81 |
| 04/25/00 | Southern Litigation Service | Subpoena records for McCain | $50.00 |
| 03/02/00 | Professional Civil Process, Inc. | Service of Subpoena to Custodian of Records, Port Isabel Police Dept. | $50.00 |
| 05/31/00 | Professional Civil Process, Inc. | Service of Subpoena on  U.S. Marshal | $60.00 |
| 08/05/99 | Professional Civil Process, Inc. | Service of Subpoena on Yolanda De Leon | $45.00 |
| | | **Total** | **$2,670.51** |

# Invoice

## Q & A Reporting, Inc.
**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas 77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**

| DATE | INVOICE # |
|------|-----------|
| 5/11/2000 | 00S018 |
| INVOICE # | 00S020 |
| INVOICE # | 00S023 |
| INVOICE # | |

| BILL TO |
|---------|
| **Elizabeth G. Neally, Esquire**<br>**Roerig, Oliveira & Fisher, L.L.P.**<br>**855 W. Price Road, Suite 9**<br>**Brownsville, Texas  78520** |

*77262*

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Civil Action No. B-98-186;  Jose Garcia, et al vs. BRK Brands, Inc.<br>**Service of Subpoena on Michael J. Schulz**<br>**Date Served:  5-1-00** | 130.00 |
| **Service of Subpoena on B. Don Russell, Ph. D., P. E.**<br>**Date Served:  5-1-00** | 120.00 |
| **Attempted Service of Subpoena on Reed (Mac) McClintock** | 85.00 |
| **Taxable Cost:  $335.00** | |
| **Tax ID#76-0456672  -  Thank you for your business.** | |

| **Total** | **$335.00** |
|-----------|-----------|

146932

**COZEN AND O'CONNOR**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | 549 | Garcia v. BRK Brands, Inc. | 11/10/00 | 47 - Service Fees<br>Q&A Reporting, Inc.<br>2700 Post Oak Boulevard<br>Suite 2405<br>Houston, TX  77056<br>I.D. #76-0456672<br><br>Billing Atty - 549<br>Robert W. Hayes | $335.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

146932

3-3
310

November 10  20 00

PAY TO THE
ORDER OF    Q & A Reporting, Inc.                                    $ 335.00

Three Hundred and Thirty-Five --------------------------------------00/100    DOLL

NOT VALID OVER $425.00

MELLON PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑈146932⑈ ⑉031000037⑉    8⑈332 579⑈

· COZEN AND O'CONNOR

146932

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | Garcia v. BRK Brands, Inc. | 11/10/00 | 47 - Service Fees<br>Q&A Reporting, Inc.<br>2700 Post Oak Boulevard<br>Suite 2405<br>Houston, TX  77056<br>I.D. #76-0456672<br><br>Billing Atty - 549<br>Robert W. Hayes | $335.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/30/2000 | 00S021 |

*77262*

| BILL TO |
|---------|
| **Elizabeth G. Neally, Esquire**<br>**Roerig, Oliveira & Fisher, L.L.P.**<br>**855 W. Price Road, Suite 9**<br>**Brownsville, Texas  78520** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Civil Action No. B-98-186;  Jose Garcia, et al vs. BRK Brands, Inc.<br><br>**Attempted Service of Subpoena on Douglas Lee Holmes (Rush-Out of County)**<br><br>**Taxable Cost:  $153.50** | 153.50 |
| **Total** | **$153.50** |

**Tax ID#76-0456672 – Thank you for**
**your business.**

COZEN AND O'CONNOR

145658

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 43 - Court Reporters<br>Q & A Reporting, Inc.<br>2700 Post Oak Boulevard<br>Suite 2405<br>Houston, TX  77056<br>I.D. #76-0456672<br><br>Billing Atty 549<br>Robert W. Hayes | $153.50 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

145658

3-3
310

October 13    2000

PAY TO THE
ORDER OF    Q & A Reporting, Inc.                                        $ 153.50

One Hundred and Fifty-Three --------------------------------------------50/100          DOLLAR

NOT VALID OVER $425.00

MELLON PSFS
PHILADELPHIA, PA

*Rosemarie Brandiscole*

VOID AFTER 90 DAYS

⑆145658⑆ ⑇031000037⑇    8⑈332 579⑈

**COZEN AND O'CONNOR**

145658

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 43 - Court Reporters<br>Q & A Reporting, Inc.<br>2700 Post Oak Boulevard<br>Suite 2405<br>Houston, TX  77056<br>I.D. #76-0456672<br><br>Billing Atty 549<br>Robert W. Hayes | $153.50 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING



**COMPLEX**
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3493577 |
| Invoice Date: | 5/01/00 |
| **Total Due:** | $141.25 |

Terms:  NET 10 DAYS

Account:  101402/01114468      (210) 542-5666
Bill to:  ELIZABETH NEALLY
         ROERIG, OLIVERA & FISHER
         855 W. PRICE ROAD, SUITE 9
         BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20756 | | | |
| Order Date: 05/09/00 | | | |
| : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|     V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  SUBPOENA SERVICES | | | |
|          ARRANGED ORDER | | | |
|            Subpeona Preparation | 1 | 30.00 | 30.00 |
|            Process Service | 1 | 111.25 | 111.25 |
| | | | |
| NOTE: SERVICES FOR MORRIS F. CRANMER, PH.D. | | | |
| | | Sub Total: | 141.25 |
| | | Total Due: | 141.25 |

Please Include Invoice number on payment          ORIGINAL COPY

134494

**COZEN AND O'CONNOR**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep and and service on Morris Cranmer, PHD | $141.25 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

134494

DATE _June 1, 2000_        3-3/310

PAY TO THE
ORDER OF  Compex Legal Services, Inc.                    $ 141.25

One Hundred Forty ONe and 25/100----------------------------------------DOLLARS

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

*Rosemarie Brantocola*

VOID AFTER 90 DAYS

⑈134494⑈ ⑆031000037⑆  8⑈332 579⑈

**COZEN AND O'CONNOR**

**134494**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep and and service on Morris Cranmer, PHD | $141.25 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING


### COMPEX
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3493576 |
| Invoice Date: | 5/01/00 |
| **Total Due:** | **$193.75** |

Terms:  NET 10 DAYS

Account:  101402/01114468        (210) 542-5666
Bill to:  ELIZABETH NEALLY
ROERIG, OLIVERA & FISHER
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20755 | | | |
| Order Date: 04/21/00 | | | |
|     : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|    V BRK BRANDS, INC. | | | |
| | | | |
| 0000001   SUBPOENA SERVICES | | | |
|    ARRANGED ORDER | | | |
|      Subpoena Preparation | 1 | 30.00 | 30.00 |
|      Process Service | 1 | 163.75 | 163.75 |
| | | | |
| NOTE: SERVICES FOR DOUGLAS LEE HOLMES | | | |
| | | Sub Total: | 193.75 |
| | | Total Due: | 193.75 |

| Invoice Number: | 3493576 | Date: | 5/01/00 | Page: | 1 |
|---|---|---|---|---|---|

Please include invoice number on payment          REMITTANCE COPY

**COZEN AND O'CONNOR**

13449

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep & service on Holmes | $193.75 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

13449

3-3
310

DATE  June 1, 2000

PAY TO THE
ORDER OF  Compex Legal Services, Inc.                    $193.75

One Hundred Ninety Three and 75/100---------------------------------------- DOLLAR

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑈134495⑈ ⑆031000037⑆  8⑈332 579⑈

COZEN AND O'CONNOR

134495

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep & service on Holmes | $193.75 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING



**COMPEX**
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3493578 |
| Invoice Date: | 5/01/00 |
| **Total Due:** | $180.00 |

Terms:   NET 10 DAYS

Account:   101402/01114468          (210) 542-5666
Bill to:   ELIZABETH NEALLY
           ROERIG, OLIVERA & FISHER
           855 W. PRICE ROAD, SUITE 9
           BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20775 | | | |
| Order Date: 05/08/00 | | | |
| : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|    V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  SUBPOENA SERVICES | | | |
|     ARRANGED ORDER | | | |
|       Subpoena Preparation | 1 | 30.00 | 30.00 |
|       Process Service | 1 | 150.00 | 150.00 |
| NOTE: SERVICES FOR MICHAEL J. SCHULZ | | | |
| | | Sub Total: | 180.00 |
| | | Total Due: | 180.00 |

| Invoice Number: | 3493578 | Date: | 5/01/00 | Page: | 1 |
|---|---|---|---|---|---|

134493

**COZEN AND O'CONNOR**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep and and service on Schulz | $180.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

134493

DATE  June 1, 2000

3-3/310

PAY TO THE
ORDER OF  Compex Legal Services, Inc.                    $180.00

One Hundred Eighty and no/100----------------------------------------------- DOLLARS

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑆134493⑆ ⑈031000037⑈ 8⑆332 579⑆

COZEN AND O'CONNOR

**134493**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Subpoena prep and and service on Schulz | $180.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING



**COMPEX**
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3472809 |
| Invoice Date: | 3/30/00 |
| **Total Due:** | $210.00 |

Terms: NET 10 DAYS

Account: 101402/01114468     (210) 542-5666
Bill to: ELIZABETH NEALLY
ROERIG, OLIVERA & FISHER
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20303 | | | |
| Order Date: 04/05/00 | | | |
|      : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|     V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  SUBPOENA SERVICES | | | |
|     ARRANGED ORDER | | | |
|       Subpoena Preparation | 1 | 30.00 | 30.00 |
|       Process Service | 1 | 180.00 | 180.00 |
| | | | |
| NOTE: SERVICES FOR REED (MAC) MCCLINTOCK | | | |
| | | Sub Total: | 210.00 |
| | | Total Due: | 210.00 |

| Invoice Number | 3472809 | Date: | 3/30/00 | Page: | 1 |
|---|---|---|---|---|---|

Please include invoice number on payment    ORIGINAL COPY

**COZEN AND O'CONNOR**

142460

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | JHH 208 | Garcia v. BRK | 8/22/00 | Complex Legal SErvice<br>P.O. BOx 2738<br>Torrance, CA 90509<br><br>95-4443964 | 210.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

# COZEN AND O'CONNOR

A PROFESSIONAL CORPORATION

THE ATRIUM

1900 MARKET STREET

PHILADELPHIA, PA 19103

(215) 665-2000

(800) 523-2900

FACSIMILE

(215) 665-2013

www.cozen.com

ATLANTA, GA

CHARLOTTE, NC

CHERRY HILL, NJ

DALLAS, TX

LONDON, UK

LOS ANGELES, CA

NEW YORK, NY

NEWARK, NJ

SAN DIEGO, CA

SEATTLE, WA

WEST CONSHOHOCKEN, PA

WILMINGTON, DE

JAMES H. HELLER

DIRECT DIAL (215) 665-2189

DIRECT FAX (215) 655-2013

E-MAIL· JIMHELLER@COZEN COM

August 22, 2000

Complex Legal Services, Inc.
P.O. Box 2738
Torrance, CA 90509-3738

> Re:    **Garcia, et al. v. BRK Brands, Inc.**
> **Invoice No. 3472809**
> **File No.: 77262**

Dear Sir/Madam:

      With respect to the above invoice number, in the amount of Two Hundred and Ten and 00/100 Dollars ($210.00), enclosed please find, our firm's check in this amount for services rendered in conjunction with the above-captioned matter.

      Thank you for your cooperation and assistance in this matter

      Sincerely,

      COZEN AND O'CONNOR

      BY:  JAMES H. HELLER

JHH/frf
Enclosure(s)



**COMPEX**
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| In Number: | 3474183 |
| Invoice Date: | 3/31/00 |
| **Total Due:** | $170.00 |

Terms: NET 10 DAYS

Account: 101402/01114468  (210) 542-5666
Bill to: ELIZABETH NEALLY
ROERIG, OLIVERA & FISHER
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20257 | | | |
| Order Date: 04/20/00 | | | |
|     : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:   JOSE GARCIA | | | |
|     V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  SUBPOENA SERVICES | | | |
|     ARRANGED ORDER | | | |
|       Subpoena Preparation | 1 | 30.00 | 30.00 |
|       Process Service | 1 | 140.00 | 140.00 |
| | | | |
| NOTE: SERVICES FOR E. WAYNE MCCAIN | | | |
| | | Sub Total: | 170.00 |
| | | Total Due: | 170.00 |

| Invoice Number: | 3474183 | Date: | 3/31/00 | Page: | 1 |
|---|---|---|---|---|---|

**Please include invoice number on payment**    **ORIGINAL COPY**

142461

COZEN AND O'CONNOR

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | JHH 208 | Garcia v. BRK | 8/22/00 | Complex Legal SErvice<br>P.O. Box 2738<br>Torrance, CA 90509<br><br>95-4443964 | 170.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
A PROFESSIONAL CORPORATION

ATLANTA, GA

CHARLOTTE, NC

CHERRY HILL, NJ

DALLAS, TX

LONDON, UK

LOS ANGELES, CA

THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103
—
(215) 665-2000
(800) 523-2900
—
FACSIMILE
(215) 665-2013
—
www.cozen.com

NEW YORK, NY

NEWARK, NJ

SAN DIEGO, CA

SEATTLE, WA

WEST CONSHOHOCKEN, PA

WILMINGTON, DE

JAMES H. HELLER
DIRECT DIAL (215) 665-2189
DIRECT FAX (215) 665-2013
E-MAIL. JIMHELLER@COZEN.COM

August 22, 2000

Complex Legal Services, Inc.
P.O. Box 2738
Torrance, CA 90509-3738

> Re:    **Garcia, et al. v. BRK Brands, Inc.**
> **Invoice No. 3474183**
> **File No.: 77262**

Dear Sir/Madam:

With respect to the above invoice number, in the amount of One Hundred and Seventy 00/100 Dollars ($170.00), enclosed please find, our firm's check in this amount for services rendered in conjunction with the above-captioned matter.

Thank you for your cooperation and assistance in this matter

Sincerely,

COZEN AND O'CONNOR

BY:  JAMES H. HELLER

JHH/frf
Enclosure(s)



# MONTHLY STATEMENT

December 15, 2001

Roerig, Oliveira & Fisher, LLP
855 West Price Road
Suite 9

Brownsville  TX  78520-8786

**Policy Number**

**Claim Number**

**Contact**
Elizabeth Neally

| Project No. | Invoice No. | Amount | Check No. | Balance | Age(days) | Description |
|---|---|---|---|---|---|---|
| 00-900 | 72000 | $183.83 | | $183.83 | 501 | Subpoena Work |
| | | | **TOTAL** | $183.83 | | |

Tax I.D. # 74-2158590

This Monthly Statement is provided to update your records on all current and past due invoices.  To insure the accuracy of CMS records, promptly call our office at the number listed below to correct any errors.  If the form is correct, please submit the total amount listed or the expected payment.

CONSULTING & MANAGEMENT SERVICES, INCORPORATED
11818 Warfield
San Antonio, Texas 78216

[210] 348-7722



Fire Safety  Risk Analysis  Hazards Analysis  Systems Analysis

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas 77056**
**Ph: (713) 439-7441 Fax: (713) 439-1811**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/2/2000 | 00S019 |

| BILL TO |
|---------|
| **Elizabeth G. Neally, Esquire**<br>**Roerig, Oliveira & Fisher, L.L.P.**<br>**855 W. Price Road, Suite 9**<br>**Brownsville, Texas 78520** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: No. B-98-186; Jose Garcia, et al vs. BRK Brands, Inc.<br><br>Service of Subpoena in a Civil Case with Subpoena Duces Tecum on Morris F. Cranmer, Ph. D.<br><br>Date of Service: 4-25-00<br><br>Taxable Cost: $115.00 | 115.00 |

| **Total** | $115.00 |
|-----------|---------|

**Tax ID#76-0456672 - Thank you for your business.**

**COZEN AND O'CONNOR**

134492

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 7262 | RWH | Garcia/Cruz (First Alert) | 06/01/2000 | Service of subpoena on MOrris Cranmer, PHD | $115.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

134492

3-3
310

DATE June 1, 2000

PAY TO THE
ORDER OF Q & A Reporting, Inc.                                    $ 115.00

One Hundred Fifteen and no/100----------------------------------------- DOLLARS

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑆134492⑈ ⑆031000037⑈ 8⑆332 579⑈

# COMPEX
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3487837 |
| Invoice Date: | 4/20/00 |
| **Total Due:** | $434.90 |

Terms: NET 10 DAYS

Account: 113873/01133923   (215) 655-2776
Bill to:  TERRY M. HENRY
          COZEN & O'CONNOR
          1900 MARKET STREET
          PHILADELPHIA, PA 19103

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20397 | | | |
| Order Date: 04/05/00 | | | |
|    : TERRY M. HENRY | | | |
| Case # : B-98-186 | | | |
| Case:   JOSE GARCIA | | | |
|    V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  SUBPOENA SERVICES | | | |
|    ARRANGED ORDER | | | |
|      Certificate of Non-Appearance | 1 | 65.00 | 65.00 |
|      Exhibits | 1 | 369.90 | 369.90 |

NOTE: SERVICES FOR REED (MAC) MCCLINTOCK
      REPRODUCED MCCLINTOCK'S FILE

Sub Total:  434.90

Total Due:  434.90

| Invoice Number: | 3487837 | Date: | 4/20/00 | Page: | 1 |
|---|---|---|---|---|---|

**Please include invoice number on payment      ORIGINAL COPY**





**COMPEX**
*Legal Services, Inc.*

IRS No. 95-4443964

REBILLED FRC    VOICE  3525866
**Invoice Number:**    3528074

**Invoice Date:**    6/22/00

**Total Due:**    $40.00

*77202*

Terms: NET 10 DAYS

Account: 061632/01069358          (956) 542-5666
Bill to: ELIZABETH NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD SUITE 9
BROWNSVILLE, TX 78520

**Remit to:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: A232981 | | | |
| Order Date: 06/09/00 | | | |
| : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA, INDIVIDUALLY AND AS | | | |
| V BRK BRANDS, INC. | | | |
| Record Subject: | | | |
| COPY JOB | | | |
| | | | |
| 00201    MICHAEL PISH C/O SOUTHWEST RESEARCH INST | | | |
| COPY PUBLIC RECORDS | | | |
| Subpoena Service | 1 | 40.00 | 40.00 |
| | | | |
| Invoiced for Work Performed | | | |
| | | | |
| | Sub Total: | | 40.00 |
| | Total Due: | | 40.00 |

| Invoice Number: | 3528074 | Date: | 6/22/00 | Page: | 1 |
|---|---|---|---|---|---|

**Please include invoice number on payment**

REMITTANCE COPY

**COZEN AND O'CONNOR**

14565

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 46 - Special Copy<br>Compex Legal Services, Inc.<br>P.O. Box 2738<br>Torrance, CA  90509-2738<br>I.D. #95-4443964<br><br>Billing Atty  549<br>Robert W. Hayes | 40.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

145659

3-3
310

October 13,          20 00

PAY TO THE
ORDER OF   Compex Legal Services, Inc.                              $ 40.00

Forty ------------------------------------------------------------------00/100          DOLLAR

NOT VALID OVER $425.00

MELLON PSFS
PHILADELPHIA, PA

*Rosemarie Bonavitacola*

VOID AFTER 90 DAYS

⑈145659⑈ ⑈031000037⑈: 8⑈332 579⑈

# Bryant & Stingley, Inc.
## *Certified Court Reporters*
-----------------------------------------
Post Office Box 3420 - Harlingen, Texas 78551-3420
(956) 428-0755
Tax ID# 74-2778070

*#21410*

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TX  78520

September 21, 1999

Invoice# 9278F

Balance:    $110.00

Caption: JOSE GARCIA, ET AL. VS. BRK BRANDS, INC.

Scheduled: 09/18/99    Billed: 09/20/99
Reporter: FIRM

Charge  Description

CIVIL ACTION NO. B-98-186
PREPARATION, HANDLING AND SERVICE OF SUBPOENA FOR
JOE GARCIA
(INCLUDING $40.00 WITNESS FEE)
DEPOSITION SET FOR SEPTEMBER 18, 1999

*Cnt# 5660*
*11-10-99*

P l e a s e   R e m i t   - - - >   Total Due:    $110.00

Method of Payment: ☐ Check Enclosed    ☐ Charge my credit card:  Phone # _____
Credit Card: ☐ Visa   ☐ MasterCard    ☐ American Express    ☐ Discover
Credit Card #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   Exp. Date ☐☐ ☐☐

Signature_____    Print Name _____

BRYANT & STINGLEY, INC.
POST OFFICE BOX 3420
HARLINGEN, TEXAS  78550

INVOICE# 9278F

BALANCE$    110.00

# Bryant & Stingley, Inc.
## *Certified Court Reporters*
-----------------------------------------
Post Office Box 3420 - Harlingen, Texas 78551-3420
(956) 428-0755
Tax ID# 74-2778070

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TX  78520

July 20, 1999

Invoice# 9189F

Balance:     $105.00

Caption: JOSE GARCIA, ET AL. VS. BRK BRANDS, INC.

Scheduled: 07/06/99     Billed: 07/19/99
Reporter: FIRM

Charge Description

CASE NUMBER B-98-186
PREPARATION, HANDLING AND SERVICE OF SUBPOENA FOR
JOSEPH GARCIA
(INCLUDING $45.00 WITNESS FEE)
DEPOSITION SET FOR AUGUST 14, 1999

P l e a s e   R e m i t   - - - >   Total Due:   $105.00

ROERIG, OLIVEIRA & FISHER, L.L.P.
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS  78520

8126

88-1158
1149

DATE 7/23/89

PAY
TO THE
ORDER OF Bryant & Stingley, Inc.                    $ 105.00

One Hundred five + no/100                           DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

Norma A. Hernandez

⑆008126⑆ ⑆114911580⑆ 1071777⑆01

---

Method of Payment:  ☐ Check Enclosed     ☐ Charge my credit card:     Phone # _____
Credit Card:  ☐ Visa    ☐ MasterCard     ☐ American Express          ☐ Discover
Credit Card #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐     Exp. Date ☐☐ ☐☐

Signature _____  Print Name _____

BRYANT & STINGLEY, INC.                              INVOICE# 9189F
POST OFFICE BOX 3420
HARLINGEN, TEXAS  78550                              BALANCE$      105.00

# INVOICE

**Bill McMillon and Associates, LC**
**354 Alamo Country Club**
**Alamo, TX  78516**
**(956) 783-1132**
**74-2732133**

Inv. # 99000183
04-09-1999

Elizabeth Neally
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road
Suite 9
Brownsville TX 78520

**Case Number: Cameron 98-11-4592-C**

**JOSE GARCIA, ET AL.**
**BRK BRANDS, INC.**

Received:  3/31/1999
Completed:  3/31/1999

To be served on:
Custodian of Records, KGBT T.V. Channel

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service | 1.00 | 55.00 | 55.00 |
| State Witness Fee | 1.00 | 1.00 | 1.00 |
| Video | 1.00 | 37.81 | 37.81 |
| TOTAL CHARGED: | | | $93.81 |
| BALANCE DUE: | | | $93.81 |



ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS  78520

8101

DATE 7-19-99

PAY TO THE ORDER OF  Bill McMillon & Assoc   $ 93.81
Ninety Three Dollars & 81   DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

"008101"  :114911580:  107177701

Copyright © 1996 Database Services, Inc. - Process Server's Toolbox V5.1k

9626

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

DATE April 25, 2000

PAY TO THE ORDER OF _Southern Litigation Service_ — $ 50.00

_Fifty Dollars & no_ ———— DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

Ruth Monk

⑈009626⑈ ⑆114911580⑆ 107177701 ⑈0000005000⑈

#9626      5/05/00      $50.00

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

9573

DATE 5/31/2000

PAY TO THE ORDER OF *Professional Civil Process*                $ 60.00

*Sixty & no/100*                                          DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Norma A. Hernandez

⑆009573⑆ ⑈114911580⑈ 1071777⑆01                ⑆0000006000⑆

#9573        6/07/00      $60.00

De Leon, Yolanda, District Attorney
Cameron County Courthouse
974 E. Harrison St. Brownsville TX 78520

DATE SERVED: 08/02/99  TIME: 13:10:00  Clt Ref#

JOSE GARCIA, INDV. AND AS REPRESENTATIVE FOR THE ESTATE OF vs. BRK BRANDS, INC.

Service Fee/Description

Ttach Fee: 45.00

Charges: 45.00

**Professional Civil Process**
"APPRECIATES YOUR BUSINESS"

PCP

Tax I.D. #76-0068034

If you have any questions regarding your invoice please call the office that processed your order.

| Austin | Brownsville | Dallas | Houston | Fort Worth |
| (512) 477-3500 | (956) 546-1313 | (214) 748-8866 | (713) 227-5858 | (817) 654-3146 |
| Galveston | McAllen | Richmond | San Antonio | Tyler |
| (409) 766-7255 | (956) 630-4223 | (281) 232-6900 | (210) 225-1239 | (903) 533-0497 |

| Invoice Date | Invoice Number |
| --- | --- |
| 08/05/99 | R0799  205 |

| Sub Total: | 45.00 |
| Amount Paid: | .00 |
| Balance Due: | 45.00 |
| Refund: | |

# Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case

| Invoice Date | Payee | Deposition/ Transcript Date | Document Description | Amount |
|---|---|---|---|---|
| 06/22/00 | Hill & Romero | 03/14/00 | Cynthia Cox | $412.00 |
| 05/26/00 | Lexus Video | 05/17/00 | Video Dep. of R. McClintock | $880.00 |
| 04/19/00 | Keith & Miller | 04/17/00 | Video Dep. of E. Dillman | $230.00 |
| 12/27/00 | Lake Shore Reporting Service, Ltd. | 12/05/00 | Transcript of M. Schulz | $828.95 |
| 10/31/01 | Q.&A. Reporting, Inc. | 10/23/00-10/24/00 | Dep. Transcript of T. Gees and E. McCain | $1,556.70 |
| 12/05/00 | Borak Reporting Service | 11/14/00 | Dep. of J. Aronsten | $1,391.25 |
| 02/07/01 | Stanley, Rice & Associates | 01/20/01 | Original and 1 copy of transcript of B. Russell | $370.60 |
| 07/08/02 | Esquire Deposition Services | 06/20/02 | Dep. Transcript of R. Custer | $464.40 |
| 06/28/02 | Esquire Deposition Services | 06/19/02 | Dep. Transcript of M. Klassen and M. Devine | $358.45 |
| 06/27/02 | Esquire Deposition Services | 06/06/02 | Dep. Transcript of F. Confort | $443.20 |
| 11/29/01 | Lake Shore Reporting Service, Ltd. | 01/17/01 | The Cruz Case | $302.45 |
| 06/22/02 | A.&A. Court Reporting & Associates | 06/14/00 | Deposition of Jesse Aronsten | $983.32 |
| 07/11/00 | Q.&A. Reporting, Inc. | 06/20/00 | Dep. Transcript of M. Cranmer | $1,300.75 |
| 06/29/00 | Q.&A. Reporting, Inc. | 06/16/00 | Dep. Transcript of D. Holmes | $1,226.90 |
| 10/18/99 | Judicial Transcribers of Texas, Inc. | 10/12/99 | Hearing Transcript | $1,125.00 |
| 04/20/00 | Complex Legal Services, Inc. | 04/06/00 | Dep. of R. Ross | $568.66 |
| 05/25/00 | Q.&A. Reporting, Inc | 5/9/00-5/10/00 | Dep. Transcript of M. Cranmer and B. Russell | $3,251.44 |
| 05/25/00 | Q.&A. Reporting, Inc | 05/17/00 | Dep. Transcript of R. McClintock | $2,373.05 |
| 05/02/00 | Keith & Miller | 04/17/00 | Deposition of E. Dillman | $599.60 |
| 04/21/00 | Bryant & Shigley, Inc. | 03/31/00 | Oral and Videotaped Deposition Transcripts of Odila Idalia Garcia and Jose Guadalupe Garcia | $871.50 |
| 04/28/00 | Complex Legal Services, Inc. | 04/06/00 | Videotaped Deposition of R. Ross | $317.50 |
| 04/19/00 | Keith & Miller | 04/17/00 | Videotaped Deposition of E. Dillman | $230.00 |
| 02/23/01 | Bryant & Shigley, Inc | 03/31/00 | Videotape Depositions of O. Garcia and J. Garcia | $305.00 |
| 05/06/02 | Independent Reporting, Inc | 05/21/02 | Transcript of A. Patton | $340.66 |
| 05/07/02 | Independent Reporting, Inc | 05/01/02 | Transcript of A. Armstrong | $436.58 |
| 03/29/02 | Esquire Deposition Services | 03/08/02 | Depositions of L. Street and N. Bellavia | $618.10 |
| 11/25/02 | Judicial Transcribers of Texas, Inc. | 5/15/02-5/16/02 | Hearing Transcript | $1,053.00 |
| 05/06/02 | Bryant & Shigley, Inc | 04/26/02 | Transcript of C. Cascos | $62.00 |
| 05/01/02 | Bryant & Shigley, Inc. | 04/26/02 | Videotaped Deposition of C. Cascos | $35.00 |
| 09/06/00 | Judicial Transcribers of Texas, Inc. | 08/09/00 | Hearing Transcript | $90.00 |
| 06/28/00 | Judicial Transcribers of Texas, Inc. | 06/19/00 | Hearing Transcript | $207.00 |
| 10/18/99 | Judicial Transcribers of Texas, Inc. | 10/1/29 | Hearing Transcript | $250.00 (two payments of $125.00) |
| 06/01/99 | Judicial Transcribers of Texas, Inc. | 02/05/09 | Transcribe Interview of Kenya Sosa | $125.00 |
| 06/15/99 | Judicial Transcribers of Texas, Inc. | 02/19/99 | Transcribe Interview of Kenya Sosa | $19.00 |
| | | | **Total** | **$22,627.06** |

# HILL & ROMERO

*Certified Court Reporters*
5415 North McColl, Suite 107
McAllen, Texas 78504
Phone (956) 994-8898
Fax (956) 994-9992

Tax ID:        74-2935776
Invoice No.:   LZ00-140

June 22, 2000

Ms. Elizabeth G. Neally
Roerig, Oliveira & Fisher
855 West price Road, Suite 9
Brownsville, Texas 78520

RE:    Civil Action No.:  B-98-186          Scheduled:  March 14, 2000
       Caption:          Jose Garcia, et al   Reporter:   Lou Zuniga
                         vs.
                         BRK Brands, Inc.

INVOICE INFORMATION
Original Date of Invoice: March 23, 2000

DESCRIPTION OF CHARGES

For the original and copy of the deposition(s) of:

CYNTHIA COX

(Condensed transcript and ASCII included at no charge)

Total Due:  $412.00

Due Upon Receipt - Reminder
Thank You For Your Business!

**COZEN AND O'CONNOR**

145657

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 43 -Court Reporters<br>Hill & Romero<br>5415 North McColl, Ste. 107<br>McAllen, TX  78504<br>I.D. #74-2935776<br><br>Billing Atty 549<br>Robert W. Hayes | $412.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

145657

3-3
310

October 13    20 00

PAY TO THE
ORDER OF   Hill & Romero                                              $ 412.00

Four Hundred and Twelve ------------------------------------------------------------00/100    DOLLAR

NOT VALID OVER $425.00

MELLON PSFS
PHILADELPHIA, PA

*Rosemarie Bonavitacola*

VOID AFTER 90 DAYS

⑈145657⑈ ⑆031000037⑈   8⑈332 579⑈

# HILL & ROMERO

*Certified Court Reporters*
5415 North McColl, Suite 107
McAllen, Texas 78504
Phone (956) 994-8898
Fax (956) 994-9992

77262

| | |
|---|---|
| Tax ID: | 74-2935776 |
| Invoice No.: | LZ00-140 |

March 23, 2000

Ms. Elizabeth G. Neally
Roerig, oliveira & Fisher
855 West price Road, Suite 9
Brownsville, Texas 78520

| RE: | Civil Action No.: | B-98-186 | Scheduled: | March 14, 2000 |
|---|---|---|---|---|
| | Caption: | Jose Garcia, et al | Reporter: | Lou Zuniga |
| | | vs. | | |
| | | BRK Brands, Inc. | | |

## INVOICE INFORMATION

### DESCRIPTION OF CHARGES

For the original and copy of the deposition(s) of:

CYNTHIA COX

PAST DUE

(Condensed transcript and ASCII included at no charge)

Total Due: $412.00

**Due Upon Receipt**
Thank You For Your Business!

**COZEN AND O'CONNOR**

145657

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 43 -Court Reporters<br>Hill & Romero<br>5415 North McColl, Ste. 107<br>McAllen, TX  78504<br>I.D. #74-2935776<br><br>Billing Atty 549<br>Robert W. Hayes | $412.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING



5/26/00

Terry M. Henry
Cozen & O'Connor                          INVOICE NO. MY1701
The Atrium
1900 Market St
Philadelphia, PA 19103


For Videotape Services Furnished on    05/17/00

           Re:    *Jose Garcia, et al vs BRK Brands, Inc.*


           Ca.No. B-98-186
_____

           Original Videotape
           Deposition of  **Reed McClintock**
           05/17/00       MY1701
           9:00am–4:09pm (7.25 @ 2/hr min @ $240        $240.00
           5.25 Additional Hrs @ $100                    525.00
           TV/VCR equipment                              100.00
                                                        ========
           SUBTOTAL                                       865.00
           Delivery                                        15.00
                                                        ========
           TOTAL DUE                                     $880.00


                                        *forwarded to K Wallace*
                                        *6/5/00*


       Lexus Tax I.D. 76-0390623


           **713.864.4393** · 550 Westcott · Suite 210 · Houston, Texas · 77007

# Keith & Miller
## CERTIFIED COURT REPORTERS

Paul Kayser Center 1
100 North Stanton
Suite 1320
El Paso, TX 79901
915 • 533 • 7108
fax 915 • 533 • 7419
800 • 275 • 1686
Billing@keithandmiller.com

ELIZABETH NEALLY
ROERIG, OLIVEIRA & FISHER
855 WEST PRICE RD
SUITE 9
BROWNSVILLE, TX   78520

**Invoice #**

28466

| **Invoice Date** | **Client #** | **Job Ref:#** |
|---|---|---|
| 04/19/2000 | 3423 | V4308-ORIG |

Re: GARCIA JOSE ET AL   BRK BRANDS, INC.
Assignment Date: April 17, 2000

ORIGINAL VIDEOTAPE EVERETT G. DILLMAN, Ph.D.

| | |
|---|---|
| 1 H VIDEO | 125.00 |
| ADDITIONAL HOUR | 105.00 |
| | ========== |
| Total Amount $ | 230.00 |

GT
1 ORIGINAL VIDEOTAPE
UPS



## INVOICES PAYABLE UPON RECEIPT
### (10% Discount if paid withing 30 days)
*Invoices not paid within 30 days are subject to service charge of 1% per month.*
*We accept Mastercard or Visa*     TAX ID# 74-2234508

Depositions • Conference Rooms • Expedited Transcripts • Condensed Transcripts • Keyword Indexes
Color Copies • Real-Time Browsing • Interpreters • Subpoenas & Process Service • Tape Transcriptions
ASCII Disks • Discovery ZX • Records Retrieval • Litigation Support • Written Questions • Notaries Public
Full-Service Staff • Document Scanning • Courtroom Playback • Videotape Depositions • Videotape Editing

ATTORNEYS COPY

COZEN AND O'CONNOR

13449

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RwH | Garcia/Cruz (First Alert) | 6/1/2000 | video dep of Everett G. Dillman, PHD | $230.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

134496

DATE June 1, 2000                      3-3
                                       310

PAY TO THE
ORDER OF Keith & Miller                          $ 230.00

Two Hundred Thirty and no/100----------------------------------------- DOLLARS

NOT VALID OVER $250.00

*Rosemarie Borsovtscolo*

VOID AFTER 90 DAYS

MELLON PSFS
PHILADELPHIA, PA

⑈134496⑈ ⑈031000037⑈ 8⑈332 579⑈

**COZEN AND O'CONNOR**

134496

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RwH | Garcia/Cruz (First Alert) | 6/1/2000 | video dep of Everett G. Dillman, PHD | $230.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**LAKE SHORE REPORTING SERVICE, LTD.**
CERTIFIED SHORTHAND REPORTERS
67 EAST MADISON STREET, SUITE 1515
CHICAGO, ILLINOIS 60603

(312) 782-9833          FAX (312) 782-5835

TAX I.D. NO.: 36-2834644

**COURT REPORTING INVOICE**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 83591 | 12/27/00 | 1-28811 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/05/00 | MCLAER | |

| CASE CAPTION |
|---|
| Garcia vs. BRK Brands |

| TERMS |
|---|
| We Appreciate Your Business |

James H. Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

ORIGINAL OF TRANSCRIPT OF:
Michael Schulz

| | | |
|---|---|---|
| | 208 PGS | 624.00 |
| REPORTER ATTENDANCE | | 177.45 |
| ASCII disk | | n/c |
| Multi-Page transcript | | n/c |
| Federal Express | | 27.50 |
| | | ======== |
| T O T A L   D U E   >>>> | | 828.95 |

*Invoice sent to K. Garvey on 1/02/01*

**LAKE SHORE REPORTING SERVICE, LTD.**
CERTIFIED SHORTHAND REPORTERS
67 EAST MADISON STREET, SUITE 1515
CHICAGO, ILLINOIS 60603

(312) 782-9833          FAX (312) 782-5835

TAX I.D. NO.: 36-2834644

*7726 ex02*  **COURT REPORTING**
**INVOICE**

*Ok to Pay*

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 83591 | 12/27/00 | 1-28811 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/05/00 | MCLAER | |

⌐James H. Heller          ¬
 Cozen & O'Connor
 1900 Market Street
 Philadelphia, PA 19103

L                        ⌐

| CASE CAPTION |
|---|
| Garcia vs. BRK Brands                              ) |

| TERMS |
|---|
| We Appreciate Your Business |

ORIGINAL OF TRANSCRIPT OF:
Michael Schulz

                    208 PGS                    624.00

        REPORTER ATTENDANCE              177.45
        ASCII disk                          n/c
        Multi-Page transcript               n/c
        Federal Express                   27.50
                                       ========
        T O T A L   D U E   >>>>        828.95

*Invoice sent to K. Garvey
on 1/02/01*

# Q & A Reporting, Inc.
**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**



# Invoice

| DATE | INVOICE # |
|------|-----------|
| **10/31/2000** | **00D521A** |
| INVOICE # | **00D523A** |
| INVOICE # | |
| INVOICE # | |

| BILL TO |
|---------|
| **Terry M. Henry, Esquire**<br>**Cozen and O'Connor**<br>**The Atrium**<br>**1900 Market Street**<br>**Philadelphia, PA   19103** |

PAST DUE

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **Re:  No. B-98-186;  Jose Garcia, et al vs. BRK Brands, Inc.**<br>**Deposition Transcript of:  Terry Allen Dees, Vol. I (Original and One Copy)** | 372.85 |
| **Date Taken:  10-23-00** | |
| **Deposition Transcript of:  Elmer Wayne McCain, P.E., Vol. I (Original and One Copy)** | 1,183.85 |
| **Date Taken:  10-24-00** | |
| **Reporter:  Stacie Conner (A-C)** | |
| **Taxable Cost:  $1556.70** | |
| ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪<br>–   Invoice sent to Kim Garvey on 2/5/01   – | |

| **Tax ID#76-0456672  -  Thank you for your business.** | # Total | **$1,556.70** |
|---|---|---|

77262

Borak Reporting Service
119 Fulton Street
New York, NY 10038
(212) 681-9666              TAX ID:23-2874062

INVOICE                         INVOICE NO.
                                6955
                                12/30/00

COZEN & O'CONNOR, ESQS.
1900 MARKET STREET

PHILADELPHIA PA. 19103
ATTN: JAMES HELLER, ESQ.

| DATE | | AMOUNT |
|------|--|--------|
| 11/14/00 GARCIA VS. BRK      DEPOSITION | | |
| JESSE ARONSTEIN 1-205 | | |
| 205 PAGES  2 ATTENDANCE(S) | | |
| | | |
| 1 ORIGINAL | | 1281.25 |
| 1 INCLUDED COPY(S) | | 0.00 |
| 2 ATTENDANCE(S) | | 90.00 |
| DELIVERY | | 20.00 |
| T O T A L    D U E | | 1391.25 |

[1267:352:0 #3]



Borak Reporting Service
119 Fulton Street
New York, NY 10038
(212) 681-9666          TAX ID:23-2874062

STATEMENT OF ACCOUNT                    PAGE: 1
                                        DATE: 02/12/01

COZEN & O'CONNOR, ESQS.
1900 MARKET STREET

PHILADELPHIA  PA. 19103

| INVOICE DATE | DATE OF HEARING | INVOICE NUMBER | INVOICE AMOUNT | DATE PAID | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 12/30/00 | 11/14/00 | 6955 | 1391.25 | | | 1391.25 |

CASE: GARCIA VS. BRK
ATTY: JAMES HELLER, ESQ.

| | | T O T A L S | 1391.25 | | 0.00 | 1391.25 |



Sent to K. Garvey on 2/23/01



RECEIVED
2-14-01



Borak Reporting Service
119 Fulton Street
New York, NY 10038
(212) 681-9666         TAX ID:23-2874062


STATEMENT OF ACCOUNT                    PAGE: 1
                                        DATE: 01/30/01


COZEN & O'CONNOR, ESQS.
1900 MARKET STREET

PHILADELPHIA  PA. 19103


| INVOICE DATE | DATE OF HEARING | INVOICE NUMBER | INVOICE AMOUNT | DATE PAID | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 12/30/00 | 11/14/00 | 6955 | 1391.25 | | | 1391.25 |
| CASE: GARCIA VS. BRK | | | | | | |
| ATTY: JAMES HELLER, ESQ. | | | | | | |
| T O T A L S | | | 1391.25 | | 0.00 | 1391.25 |

Invoice sent to Kim Garvey on 2/5/01



7726

URT REPORTING
I N V O I C E

**LEGALINK** sm

**Stanley, Rice & Associates, Inc.**

4111 N. Central Expressway, Suite 205   Dallas, TX 75204
Billing Inquiries:  214-720-4567

**www.legalink.com**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 67241 | 02/07/01 | 01-11788 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/23/01 | FAILTI | B98186 |

| CASE CAPTION |
|---|
| GARCIA vs. BRK BRANDS |

| TERMS |
|---|
| Net 30 |

JAMES HELLER
COZEN & O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
B. DON RUSSELL, PH.D., P.E.                                        370.60
(TAXABLE   $   321.10)

                                          ========
                      T O T A L   D U E   >>>>   370.60

THANK YOU FOR YOUR BUSINESS!!!

TAX ID NO.:   75-2069644                         (800) 523-2900

Please detach and return this portion with your payment

JAMES HELLER
COZEN & O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103

Invoice No.: 67241
Date       : 02/07/01
**TOTAL DUE :   370.60**

Job No.    : 01-11788
Case No.   : B98186
GARCIA vs. BRK BRANDS

Remit To: **STANLEY, RICE & ASSOCIATES**
          **4111 N. Central Expwy, Suite 205**
          **Dallas, TX 75204**

RECEIVED
2-12-01

**COZEN AND O'CONNOR**

151860

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | JHH 208 | Cruz/Garcia v. First Alert | 3/9/01 | Deposition transcript of B. Don Russell, Ph.D., P.E. taken 1/23/01<br><br>Stanley, Rice & Assoc., Inc. 4111 N. Central Expressway, Ste. 205 Dallas, TX 75204 Tax I.D. 75-2069644 | $370.60 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

COZEN AND O'CONNOR

151860

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | JHH 208 | Cruz/Garcia v. First Alert | 3/9/01 | Deposition transcript of B. Don Russell, Ph.D., P.E. taken 1/23/01<br><br>Stanley, Rice & Assoc., Inc. 4111 N. Central Expressway, Ste. 205 Dallas, TX 75204 Tax I.D. 75-2069644 | $370.60 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

---

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

151860

3-3 / 310

March 9, 2001

PAY TO THE ORDER OF   STANLEY, RICE & ASSOCIATES, INC.                    $ 370.60

Three hundred seventy and 60/100------------------------------------------------ DOLLARS

NOT VALID OVER $425.00

MELLON·PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑆151860⑆ ⑈031000037⑈ 8⑉332 579⑊



**ESQUIRE DEPOSITION SERVICES, LLC**
A Hobart West Company
Tax ID # 22-3779684
1880 John F Kennedy Blvd.  15th Floor
Philadelphia, PA  19103
(215)988-9191    FAX(215)988-9089

87510      GOLDS01

| INVOICE NUMBER | DATE |
|---|---|
| 87547EPA | 07/08/02 |

To:  COZEN O'CONNOR
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103

ATTN : TERRY M. HENRY, ESQ.  77202

AUG 1 2 2002

Due upon receipt.

| | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  COX VS. BRK  44760

SERVICES PROVIDED ON 06/20/02:

THOMAS W. EAGARM SCD, P.E.
RICHARD L.P. CUSTER, MSC

REGULAR DELIVERY (V)
ONE COPY OF TRANSCRIPT                              436.05
EXHIBITS                                            25.50
EXHIBITS (COLOR)                                     2.85
E-TRANSCRIPT
DELIVERY BY MESSENGER

I

*PL*

BALANCE DUE                                        | 464.40 |
(We accept VISA, MasterCard & American Express cards) TOTAL   Thank You!
Collection questions
contact us at
(215)988-9191
Fax (215)988-9071

↓ Please detach and send with payment

Remit To:
**ESQUIRE DEPOSITION SERVICES**
1880 JFK BLVD
15TH FLOOR
PHILADELPHIA,PA 19103
Tax ID # 22-3779684

JOB: 87510  TOT: $464.40
INVOICE #: 87547EPA
DATE: 07/08/02

COZEN O'CONNOR
Attn: TERRY M. HENRY, ESQ.
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103



**ESQUIRE**
DEPOSITION SERVICES

*A Record Of Excellence*

ESQUIRE DEPOSITION SERVICES,
A Hobart West Company
Tax ID # 22-3779684
1880 John F Kennedy Blvd.   15th Floor
Philadelphia, PA   19103
(215)988-9191   FAX(215)988-9089

87507   MCKAM01

| INVOICE NUMBER | DATE |
|---|---|
| 86910EPA | 06/28/02 |

To:   COZEN O'CONNOR
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103

ATTN : TERRY M. HENRY, ESQ.

*77262*

*SENT TO*
*A/P*
*AUG 1 2 2002*
*LEGAL DEP*

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION: COX VS. BRK   *44760*

SERVICES PROVIDED ON 06/19/02:

MICHAEL S. KLASSEN, P.E.

REGULAR DELIVERY (TECHNICAL/V)
ONE COPY OF TRANSCRIPT
ASCII
COMPRESSED FORMAT TRANSCRIPT
DELIVERY BY MESSENGER

NI
EXHIBITS SENT OUT TO BE COPIED
EXHIBIT INVOICE TO FOLLOW AT
LATER DATE. THANK YOU!

358.45

*PL*

BALANCE DUE
(We accept VISA, MasterCard & American Express cards)   **TOTAL**

358.45

Thank You!

Collection questions
contact us at
(215)988-9191
Fax (215)988-9071

↓ Please detach and send with payment

- - - - - - - - - - - - - - - -

Remit To:
**ESQUIRE DEPOSITION SERVICES**
1880 JFK BLVD
15TH FLOOR
PHILADELPHIA, PA 19103
Tax ID # 22-3779684

JOB: 87507   TOT: $358.45
INVOICE #: 86910EPA
DATE: 06/28/02

COZEN O'CONNOR
Attn: TERRY M. HENRY, ESQ.
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103



ESQUIRE
DEPOSITION SERVICES
A Record Of Excellence



Esquire  Deposition Services, LLC    ECG
A Hobart West Company
Tax ID # 22-3779684                    94614      TODAS01
155 North Wacker Drive, 10th Floor
Chicago, IL  60606
(312)782-8087      Fax(312)704-4950

| INVOICE NUMBER | DATE |
| --- | --- |
| 119475ECG | 06/27/02 |

To:  Cozen & O'Connor -Philadelphia
1900 Market Street
Philadelphia, PA 19103

ATTN : Terry Henry, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
| --- | --- |

YOUR REFERENCE NUMBER:—  4476 ⓒ

CAPTION: GARCIA VS BRK BRANDS

SERVICES PROVIDED ON 06/06/02:

Non Appearance
Frederick Conforti
Mark Devire

| | | |
| --- | --- | --- |
| Copy Transcript | 136 @ $2.50 | 340.00 |
| E-Transcript | 2 @ $35.00 | 70.00 |
| Exhibit Reproduction | 2 @ $0.40 | 0.80 |
| Delivery/Shipping & Handling | | 32.40 |

BALANCE DUE                                   443.20

(We accept VISA, MasterCard & American Express cards) TOTAL

Thank You!

Collection questions
contact us at
(312)782-8087
Fax (312)704-4950

↓ Please detach and send with payment

Remit To:
Esquire Deposition Services - ECG        JOB: 94614  TOT: $443.20
155 N. Wacker Drive - 10th Floor         INVOICE #: 119475ECG
Chicago,IL 60606                         DATE: 06/27/02
Tax ID # 22-3779684

Cozen & O'Connor -Philadelphia
Attn: Terry Henry, Esq.
1900 Market Street
Philadelphia, PA 19103



A Record Of Excellence

# STATEMENT

**LAKESHORE REPORTING SERVICE, LTD.**
CERTIFIED SHORTHAND REPORTERS
67 EAST MADISON STREET, SUITE 1515
CHICAGO, ILLINOIS 60603

(312) 782-9833                FAX (312) 782-5835

James H. Heller
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

| ACCOUNT NO. | DATE |
|---|---|
| COZE19 | 11/29/01 |

(215) 665-2000

PAGE     OF

| JOB DATE | INV. NO. | INV. BALANCE | CASE NO. | DESCRIPTION |
|---|---|---|---|---|
| 01/17/01 | 84094 | 302.45 | | The Cruz case |

| BALANCE DUE |
|---|
| 302.45 |

| AGING ANALYSIS | | | |
|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS AND OV |
| 0.00 | 0.00 | 0.00 | 302.45 |

# INVOICE

## A & A Court Reporting & Associates

The Bourse, Suite 740
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106
215-829-9300

| DATE | INVOICE # |
|------|-----------|
| 6/22/2000 | 6292 |
| TAX ID# 23-3034758 | |

**SHIP TO**

Cozen & O'Connor
James H. Heller, Esquire
The Atrium
1900 Market Street
Philadelphia, PA  19103

**BILL TO**

Cozen & O'Connor
James H. Heller, Esquire
The Atrium
1900 Market Street
Philadelphia, PA  19103

| ITEM | DESCRIPTION | PAGES | DATE OF SERVICE | AMOUNT |
|------|-------------|-------|-----------------|--------|
| Daily O & 1cc | Witness: Jesse Aronstein | 164 | 6/14/2000 | 918.40 |
| Reporter | Katherine Butler | | | |
| Caption | Jose Garcia, Individually and as Representative of the Estate of Manuel Cruz, Idalia Garcia, Individually and Cynthia Cox, as Next Friend of Brittany Cox  vs.  BRK Brands, Inc. | | | |
| Exhibits | -1 through -6 | 30 | | |
| Exhibits | Color copies - 11 pages *This charge represents the agreement between Counsel to split the color copy cost three ways. | | | 14.92 |
| Travel | Travel to New York, NY | | | 50.00 |
| Minuscript | | | | |
| *Attention | To avoid late charges, please remit prompt payment. | | | |
| Reminder | This Invoice is now Past Due. | | | |

| DUE DATE | TERMS | SHIP VIA | Total | $983.32 |
|----------|-------|----------|-------|---------|
| 6/22/2000 | NOW DUE | Courier | | |

Invoice sent to Kim Wallace on 9/6/00

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/11/2000 | 00D352A |

| BILL TO |
|---------|
| James E. Heller, Esquire |
| Cozen & O'Connor |
| 1900 Market Street |
| The Atrium, 5th Floor |
| Philadelphia, Pennsylvania  19103 |

## PAST DUE

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Civil Action No. B98186;  Jose Garcia, et al vs. BRK Brands, Inc.<br><br>Deposition Transcript of Morris F. Cranmer, Ph. D., Vol. II (Original and One Copy)<br><br>Date Taken:  6-20-00<br><br>Reporter:  Jodi Wells (A-C)<br><br>Taxable Cost:  $1,300.75 | 1,300.75 |

| **Total** | **$1,300.75** |
|-----------|--------------|

**Tax ID#76-0456672 - Thank you for**
**your business.**

Invoice sent to K. Garvey on 11/8/00

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/29/2000 | 00D349A |

| BILL TO |
|---------|
| **Terry M. Henry, Esquire**<br>**Cozen and O'Connor**<br>**The Atrium**<br>**1900 Market Street**<br>**Philadelphia, PA   19103** |



| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Civil Action No. B-98-186;  Jose Garcia, et al vs. BRK Brands, Inc.<br><br>**Deposition Transcript of Douglas Lee Holmes (Original and One Copy)**<br><br>**Date Taken:  6-16-00**<br><br>**Reporter:  Annemarie Hand (A-C)**<br><br>**Taxable Cost:  $1,226.90** | 1,226.90 |

| **Total** | **$1,226.90** |

**Tax ID#76-0456672 - Thank you for**
**your business.**



# JUDICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcription & Electronic Recording of Depositions"*

JTT Job/Invoice Number: 17897

## INVOICE
OCTOBER 18, 1999

United States District Court
Southern District of Texas
FILED

OCT 1 9 1999

Michael N. Milby, Clerk of Court

(PMCB-Private)
ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS at LAW
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TEXAS  78520

BY:  RENE O. OLIVEIRA

JTT TAX I.D. NUMBER:   76-0374048

RECEIVED

COURT TRANSCRIPTION SERVICE:

IN RE:   JOSE GARCIA, ET AL. VERSUS BRK BRANDS, INC. / MOTIONS
         HEARING

CASE NO.: CA B-98-186
DATE OF HEARING: OCTOBER 12, 999

50 pages TRANSCRIBED @ $5.00/page*            $ 250.00
     *(DAILY RATE)

LESS DEPOSIT (CHECK NO. 8595)                 <$ 125.00>

AMOUNT DUE THIS INVOICE:                       $ 125.00
                                              =========

RECEIVED

REFUND:  N/A
CHECK NO.
DATE:

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE
REQUIREMENTS OF THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.

*THANK YOU VERY MUCH !*

7135 West Tidwell, Bldg. M • Suite 112A • Houston, Texas  77092
Fax (713) 462-3042 • Office (713) 462-6434



**COZEN AND O'CONNOR**

**126746**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | TMH | GARCIA V. BRK BRANDS | 1/6/00 | Court Transcription Service | $125.00 |

**PLEASE DETACH THIS STUB BEFORE DEPOSITING**

# JUDICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcription & Electronic Recording of Depositions"*

## JTT Job/Invoice Number: 17897

### INVOICE
OCTOBER 18, 1999

United States District Court
Southern District of Texas
**FILED**

**OCT 1 9 1999**

Michael N. Milby, Clerk of Court

(PMCB-Private)
ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS at LAW
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TEXAS  78520

BY:  RENE O. OLIVEIRA

RECEIVED

JTT TAX I.D. NUMBER:   76-0374048

COURT TRANSCRIPTION SERVICE:

IN RE:     JOSE GARCIA, ET AL. VERSUS BRK BRANDS, INC. / MOTIONS
           HEARING

CASE NO.: CA B-98-186
DATE OF HEARING: OCTOBER 12, 999

| | |
|---|---|
| 50 pages TRANSCRIBED @ $5.00/page*<br>    *(DAILY RATE) | $ 250.00 |
| LESS DEPOSIT (CHECK NO. 8595) | <$ 125.00> |
| AMOUNT DUE THIS INVOICE: | $ 125.00<br>========= |

RECEIVED
OCT 2 9 1999

REFUND:  N/A
CHECK NO.
DATE:

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE
REQUIREMENTS OF THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.



*THANK YOU VERY MUCH !*

**7135 West Tidwell, Bldg. M  •  Suite 112A  • Houston, Texas  77092**
**Fax (713) 462-3042  •  Office (713) 462-6434**

# COMPEX
### Legal Services, Inc.

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3487838 |
| Invoice Date: | 4/20/00 |
| **Total Due:** | **$568.66** |

Terms:   NET 10 DAYS

**R E C E I V E D**

Account:   113873/01133923          (215) 655-2776
Bill to:   TERRY M. HENRY
       COZEN & O'CONNOR
       1900 MARKET STREET
       PHILADELPHIA, PA 19103

**Remit to:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20416 | | | |
| Order Date: 04/06/00 | | | |
|     : TERRY M. HENRY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|     V BRK BRANDS, INC. | | | |
| | | | |
| 0000001   DEPOSITION OF ROBERT ROSS, P.E. | | | |
|        DEPOSITION ORIGINAL AND ONE COPY | | | |
|        Deposition Page Rate | 106 | 4.61 | 488.66 |
|        Deposition Color Copies | 1 | 18.00 | 18.00 |
|        Compressed Copies | 1 | 10.00 | 10.00 |
|        Deposition Exhibits | 30 | 0.40 | 12.00 |
|        Administrative Fee | 1 | 40.00 | 40.00 |
| | | | |
| NOTE: TAXABLE COST: $558.66 | | | |
|      DEPOSITION OF ROBERT ROSS, P.E. | | | |
| | | | |
| | | Sub Total: | 568.66 |
| | | Total Due: | 568.66 |

**PLEASE NOTE:**
**Invoice was sent to Kim Wallace**
**on 05/12/2000**

| Invoice Number: | 3487838 | Date: | 4/20/00 | Page: | 1 |
|---|---|---|---|---|---|

**Please Include Invoice number on payment          ORIGINAL COPY**

COMPEX LEGAL SERVICES    1:2109466267    JAN  '01    9:26 No.006 P.02

# COMPEX
*Legal Services, Inc.*

1/23/01 REPRINT OF Invoice Number:    3487838

Invoice Date:    4/20/00

Total Due:    $568.66

IRS No. 95-4443964

Terms: NET 10 DAYS

Account: 113873/01133923    (215) 655-2776
Bill to:  TERRY M. HENRY
          COZEN & O'CONNOR
          1900 MARKET STREET
          PHILADELPHIA, PA 19103

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)969-6424 x 206

DUPLICATE COPY

Request #: 7-20416
Order Date: 04/06/00
        : TERRY M. HENRY
Case # : B-98-186
Case:   JOSE GARCIA
      V BRK BRANDS, INC.

| 0000001 | DEPOSITION OF ROBERT ROSS, P.E. | | | |
|---|---|---|---|---|
| | DEPOSITION ORIGINAL AND ONE COPY | | | |
| | Deposition Page Rate | 106 | 4.61 | 488.66 |
| | Deposition Color Copies | 1 | 18.00 | 18.00 |
| | Compressed Copies | 1 | 10.00 | 10.00 |
| | Deposition Exhibits | 30 | 0.40 | 12.00 |
| | Administrative Fee | 1 | 40.00 | 40.00 |

NOTE: TAXABLE COST: $558.66
      DEPOSITION OF ROBERT ROSS, P.E.

                                   Sub Total:    568.66

                                   Total Due:    568.66

*Cruz Garcia* 77262

| Invoice Number: | 3487838 | Date: | 4/20/00 | Page: | 1 |
|---|---|---|---|---|---|

Please include invoice number on payment    DUPLICATE COPY

Received  Jan-24-01  09:42am  From-2109466267    To-Cozen & O'Connor    Page 002

77262.

BARB.

Any idea what the status is?

She
Called
RSK Co. ← for cc of check —
they claim they paid.



**COMPEX**
*Legal Services, Inc.*

P.O. Box 2738, Torrance, CA 90509-2738
IRS NO. 95-4443964

JANUARY 08, 2001

TERRY M. HENRY
COZEN & O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103

Account Number: 113873 / 1133923

Dear TERRY M. HENRY,

We appreciate your business and thank you for the
opportunity to be of service.

Our records indicate that there are outstanding invoice(s)
on this account that have not been paid and are now 30 days
past due.  We have enclosed a listing of these invoices for
your convenience.

If you have sent your payment within the last week, please
accept our thanks and disregard this notice. If you have
sent your payment more than a week ago, please call me so I
can investigate why your payment has not been applied.

If you believe that we have improperly billed you for any
of these invoices, again please call me so that I can
resolve the problem for you.

Please feel free to call me at our toll free number shown
below if I can answer any questions about your account.

If these invoices are shown as payable in your records, your
prompt payment would be greatly appreciated.

We look forward to continuing to provide your company with
all your Court Reporting and Records Retrieval needs.

Thanks again for your business.

Sincerely,

DEBBIE DOMEL
Accounting Services Supervisor
Compex Legal Services, Inc.
( 210 ) 646-6424 Ext.  206

```
COMPEX Systems, Inc.  1133923                Open Invoice Listing                     INDN27R    1/08/01  12:22:33  Page    1
Account #: 13873 /     COZEN & O'CONNOR
Account Contact . . . : TERRY M. HENRY
Accounting Rep. . . . : DEBBIE DOMEL
Phone Number. . . . . : ( 800 ) 969-6424  Ext.   206  Fax Number . .:  ( 210 ) 599-7621  Tax ID # . . .: 95-4443964


Claim / Ref / Case      Insured/                  Plaintiff/          Date of Loss
                        Record Subject            Defendant
                                                  JOE GARCIA
                                                  BRK BRANDS, INC.

                                                                                                             Payment    Need   Dirsct Bill   Dispute
                        Invoice   Date            Amount            Paid/ADJ                               in Process   Copy   Carrier/Client
                        03487838  4/20/00         568.66                                                     (    )     (  )      (  )         (  )
                                                                                                          Comment:

                                  Subtotal        568.66

                        GRAND TOTAL DUE           568.66


TERRY M. HENRY


** END OF REPORT **
```

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/25/2000 | 00D310A |
| INVOICE # | 00D314A |
| INVOICE # | |
| INVOICE # | |

| BILL TO |
|---------|
| James E. Heller, Esquire |
| Cozen & O'Connor |
| 1900 Market Street |
| The Atrium, 5th Floor |
| Philadelphia, Pennsylvania  19103 |

## PAST DUE

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Jose Garcia, et al vs. BRK Brands, Inc.<br>Deposition Transcript of Morris F. Cranmer,  Ph. D. (Original and One Copy)<br><br>Date Taken:  5-9-00 | 2,047.40 |
| Deposition Transcript of B. Don Russell, Ph. D., P. E. (Original and One Copy-Expedited)<br><br>Date Taken:  5-10-00<br><br><br>Reporter:  Annemarie Hand (A-C)<br><br>Taxable Cost:  $3,251.44 | 1,204.04 |

| Tax ID#76-0456672  -  Thank you for your business. | **Total** | **$3,251.44** |
|---|---|---|

▬▬ Invoice sent to Kim Wallace on 9/6/00 ▬

# Q & A Reporting, Inc.

**2700 Post Oak Boulevard, Suite 2405**
**Houston, Texas  77056**
**Ph: (713) 439-7441  Fax: (713) 439-1811**



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/25/2000 | 00D308A |

**BILL TO**

Terry M. Henry, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA   19103



77262

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Civil Action No. B-98-186;  Jose Garcia, et al vs. BRK Brands, Inc. | 2,373.05 |
| Deposition Transcript of Reed (Mac) McClintock (Original and One Copy-Expedited) | |
| Date Taken:  5-17-00 | |
| Reporter:  Connie Koenig (A-C) | |
| Taxable Cost: $2,373.05 | |
| **Total** | **$2,373.05** |

Tax ID#76-0456672 – Thank you for
your business.

‑  Invoice sent to Kim Wallace on 9/6/00



Paul Kayser Center 1
100 North Stanton
Suite 1320
El Paso, TX 79901
915 • 533 • 7108
fax 915 • 533 • 7419
800 • 275 • 1686
Billing@keithandmiller.com

ELIZABETH NEALLY
ROERIG, OLIVEIRA & FISHER
855 WEST PRICE RD
SUITE 9
BROWNSVILLE, TX  78520

**Invoice #**

28614

**Invoice Date**     **Client #**     **Job Ref:#**
05/02/2000     3423     25663-O

Re: GARCIA   JOSE ET AL     BRK BRANDS, INC.
Assignment Date: April 17, 2000

ORIGINAL DEPOSITION EVERETT DILLMAN, Ph.D

                                          599.60
                                       ==========
                   Total Amount $     599.60

TF
CONDENSED FORMAT PROVIDED
ASCII PROVIDED
EXHIBITS
UPS

*forwarded to K Wallace*
*5/26/00*

INVOICE

*INVOICES PAYABLE UPON RECEIPT*
*(10% Discount if paid within 30 days)*
*Invoices not paid within 30 days are subject to service charge of 1% per month.*
*We accept Mastercard or Visa*          *TAX ID# 74-2234508*

Depositions • Conference Rooms • Expedited Transcripts • Condensed Transcripts • Keyword Indexes
Color Copies • Real-Time Browsing • Interpreters • Subpoenas & Process Service • Tape Transcriptions
ASCII Disks • Discovery ZX • Records Retrieval • Litigation Support • Written Questions • Notaries Public
Full-Service Staff • Document Scanning • Courtroom Playback • Videotape Depositions • Videotape Editing

ATTORNEYS COPY

# Bryant & Stingley, Inc.
## Certified Court Reporters
--------------------------------------
Post Office Box 3420 - Harlingen, Texas 78551-3420
(956) 428-0755
Tax ID# 74-2778070

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TX 78520

April 21, 2000

Invoice# 0055T

Balance:    $871.50

Caption: JOSE GARCIA, ET AL. VS. BRK BRANDS, INC.

Scheduled: 03/31/00    Billed: 04/20/00
Reporter: THURMAN MOODY

Charge Description

CAUSE NO. B-98-186
ORIGINAL AND ONE COPY OF THE ORAL AND VIDEOTAPED
DEPOSITION TRANSCRIPTS OF ORALIA IDALIA GARCIA AND
JOSE GUADALUPE GARCIA
(INCLUDING CONDENSED TRANSCRIPTS - NO CHARGE)

*forwarded to K. Wallace 5/26/00*

Please  Remit  --->  Total Due:    $871.50

Method of Payment:  ☐ Check Enclosed    ☐ Charge my credit card:   Phone # _____
Credit Card:  ☐ Visa   ☐ MasterCard   ☐ American Express    ☐ Discover
Credit Card #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    Exp. Date ☐☐ ☐☐

Signature _____   Print Name _____

BRYANT & STINGLEY, INC.                    INVOICE# 0055T
POST OFFICE BOX 3420
HARLINGEN, TEXAS 78550                      BALANCE   871.50



## COMPEX
*Legal Services, Inc.*

IRS No. 95-4443964

| | |
|---|---|
| Invoice Number: | 3491682 |
| Invoice Date: | 4/28/00 |
| **Total Due:** | $317.50 |

Terms:  NET 10 DAYS

Account:  101402/01114468       (210) 542-5666
Bill to:   ELIZABETH NEALLY
          ROERIG, OLIVERA & FISHER
          855 W. PRICE ROAD, SUITE 9
          BROWNSVILLE, TX 78520

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)570-2228

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: 7-20632 | | | |
| Order Date: 04/06/00 | | | |
|    : ELIZABETH NEALLY | | | |
| Case # : B-98-186 | | | |
| Case:    JOSE GARCIA | | | |
|    V BRK BRANDS, INC. | | | |
| | | | |
| 0000001  VIDEOTAPE DEPOSITION OF ROBERT J. ROSS | | | |
|      DEPOSITION ORIGINAL AND ONE COPY | | | |
|       VHS Tapes | 1 | 20.00 | 20.00 |
|       Videotape of Deposition | 1 | 297.50 | 297.50 |
| | | | |
| NOTE: TAXABLE COST: $317.50 | | | |
|      VIDEOTAPE DEPOSITION OF ROBERT J. ROSS, P.E. | | | |
| | | Sub Total: | 317.50 |
| | | Total Due: | 317.50 |

| Invoice Number: | 3491682 | Date: | 4/28/00 | Page: | 1 |
|---|---|---|---|---|---|

**Please include invoice number on payment**          **REMITTANCE COPY**



COZEN AND O'CONNOR

| YOUR INVOICE NO. | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| C 105062 | 06-01-00 | 317.50 | 0.00 | 317.50 |

CHECK NUMBER 0173819

CHECK TOTAL 173819

317.50

COZEN AND O'CONNOR
EXECUTIVE ACCOUNT
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

0173819  CHECK NO. 173819

3-3/310

THREE HUNDRED SEVENTEEN AND 50/100

DATE  06-08-00

AMOUNT OF CHECK
$317.50

PAY TO THE ORDER OF

COMPEX LEGAL SERVICES
P.O. BOX 2738
TORRANCE, CA 90509-2738

33193

Mellon PSFS
Mellon Bank, N.A.
Philadelphia, PA

IF OVER $1,000.00 TWO SIGNATURES REQUIRED

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

⑈ ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

⑈"173819"⑈ ⑈:031000037⑈: 2"953 925"

IF OVER $1,000.00 TWO SIGNATURES REQUIRED



Paul Kayser Center 1
100 North Stanton
Suite 1320
El Paso, TX 79901
915 • 533 • 7108
fax 915 • 533 • 7419
800 • 275 • 1686
Billing@keithandmiller.com

ELIZABETH NEALLY
ROERIG, OLIVEIRA & FISHER
855 WEST PRICE RD
SUITE 9
BROWNSVILLE, TX   78520

**Invoice #**

28466

**Invoice Date**      **Client #**      **Job Ref:#**

04/19/2000      3423      V4308-ORIG

Re: GARCIA JOSE ET AL    BRK BRANDS, INC.
Assignment Date: April 17, 2000

ORIGINAL VIDEOTAPE EVERETT G. DILLMAN, Ph.D.

| | |
|---|---|
| 1 H VIDEO | 125.00 |
| ADDITIONAL HOUR | 105.00 |
| | ========== |
| Total Amount $ | 230.00 |

GT
1 ORIGINAL VIDEOTAPE
UPS

*INVOICES PAYABLE UPON RECEIPT*
*(10% Discount if paid withing 30 days)*
*Invoices not paid within 30 days are subject to service charge of 1% per month.*
*We accept Mastercard or Visa*          *TAX ID# 74-2234508*

Depositions • Conference Rooms • Expedited Transcripts • Condensed Transcripts • Keyword Indexes
Color Copies • Real-Time Browsing • Interpreters • Subpoenas & Process Service • Tape Transcriptions
ASCII Disks • Discovery ZX • Records Retrieval • Litigation Support • Written Questions • Notaries Public
Full-Service Staff • Document Scanning • Courtroom Playback • Videotape Depositions • Videotape Editing

ATTORNEYS COPY

**COZEN AND O'CONNOR**

**13449**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | RwH | Garcia/Cruz (First Alert) | 6/1/2000 | video dep of Everett G. Dillman, PHD | $230.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING



**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

**13449**6

DATE June 1, 2000    3-3/310

PAY TO THE
ORDER OF Keith & Miller    $ 230.00

Two Hundred Thirty and no/100------------------------------------------------ DOLLARS

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

_Rosemarie Boravitscola_
VOID AFTER 90 DAYS

⑈134496⑈ ⑆031000037⑆    8⑈332 579⑈

# BRYANT & STINGLEY INC

## *Certified Court Reporters*

Post Office Box 3420 • Harlingen, Texas 78551-3420
(956) 428- 0755
Tax ID# 74-2778070

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, LLP- BRN
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TX  78520

February 23, 2001

Invoice# 0120X

Balance:    $305.00

Caption: JOSE GARCIA, ET AL. VS. BRK BRANDS, INC.

Scheduled: 03/31/00    Billed: 04/20/00    <-- 303 Days Old!
Reporter: VIDEOTAPING

Charge Description

CAUSE NO. B-98-186
COSTS AND SERVICES - VIDEOTAPING ORAL DEPOSITIONS
OF ORALIA IDALIA GARCIA AND JOSE GUADALUPE GARCIA

P l e a s e   R e m i t   - - - >   Total Due:    $305.00

Method of Payment:  ☐ Check Enclosed  ☐ Charge my credit card  Phone # _____
Credit Card:   ☐ Visa   ☐ MasterCard   ☐ American Express   ☐ Discover

Credit Card #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐  Exp. Date ☐☐ ☐☐

Signature_____ This invoice is  303 -days past due, Please Remit - Thank You!
Print Name
*******************************************************************

BRYANT & STINGLEY, INC.          INVOICE# 0120X
POST OFFICE BOX 3420
HARLINGEN, TEXAS  78550          BALANCE$    305.00

215 665 2013      FEB.23'2001 13:12 RECEIVED FROM:          #0676-002

# BRYANT &
# STINGLEY
## INCORPORATED

Certified Court Reporters

2010 East Harrison • Harlingen, TX 78550 • 956-428-0755 • Fax 956-428-7133

## FACSIMILE TRANSMISSION

DATE: 2/23/01

TIME: 1:00 pm

TOTAL # OF PAGES (INCLUDING THIS SHEET): 2

FAX #: 215-665-2013

TO: Barbara Melvin

COMPANY: Cozen & O'Connor

FROM: Kathy

RE: Invoice 0120X

### PLEASE DELIVER THIS TRANSMISSION TO THE
### ABOVE INDIVIDUAL AS SOON AS POSSIBLE

Any questions, please call (956) 428-0755

COMMENTS:

Barbara, I didn't find more outstanding
invoices on this case.

REC'D COPIED BY KC
CHECKED BY
PACKAGED BY

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND
CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE
INDIVIDUAL OR ENTITY NAMED BELOW. IF THE READER OF THIS MESSAGE IS
NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL
TRANSMISSION TO US AT THE CAMERON COUNTY ADDRESS ABOVE, VIA THE
U.S. POSTAL SERVICE. THANK YOU

HARLINGEN • MCALLEN • BROWNSVILLE

COZEN AND O'CONNOR

**89921**   CHECK NUMBER   **189921**

| YOUR INVOICE NO. | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT | CHECK TOTAL |
|---|---|---|---|---|---|
| C 105063 | 06-01-00 | 305.00 | 0.00 | 305.00 | |

$305.00

Safeguard®   LITHO USA   SFSL4   OFYS08114L (2/00)

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL: (818) 504-8200

COZEN AND O'CONNOR

9921    CHECK NUMBER    189921

| YOUR INVOICE NO. | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT | CHECK TOTAL |
|---|---|---|---|---|---|
| C 105063 | 06-01-00 | 305.00 | 0.00 | 305.00 | |

Safeguard LITHO USA  SF5L4 D47S08114L (2/00)

$305.00

ⓑ ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER  ⓑ

**COZEN AND O'CONNOR**
EXECUTIVE ACCOUNT
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA  19103

189921    CHECK NO.  189921

3-3/310

DATE  Dec 21, 2000

| AMOUNT OF CHECK |
|---|
| $*******305.00 |

THREE HUNDRED FIVE AND 00/100

PAY TO THE ORDER OF

33054

BRYANT & STINGLEY
PO BOX 3420
HARLINGEN, TX 78551-3420

Mellon PSFS
Mellon Bank, N.A.
Philadelphia, PA

IF OVER $1,000.00 TWO SIGNATURES REQUIRED

ⓑ  THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW  ⓑ

⑈189921⑈ ⑆031000037⑈ 2⑈953 925⑈

Independent Reporting, Inc.
13105 N.W. Frwy., Ste. 105
Houston, TX 77040
(281) 469-5580   Fax (713) 460-2525

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96832 | 05/06/2002 | 02-30377 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/01/2002 | SCOBDE | B-98-186 |

| CASE CAPTION | | |
|---|---|---|
| Jose Garcia  Vs.  BRK Brands, Inc | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

```
RUSH PORTION OF ORIGINAL/1 COPY TRANSCRIPT OF:
    Alton DeWitt Patton, Ph.D.                              321.38
(TAXABLE  $  121.68)


                              TOTAL   DUE   >>>>            321.38
                              AFTER 6/5/02 PAY              340.66
```

# PAST DUE

TAX ID NO.: 76-0328576                        (215) 665-2000   Fax (215) 665-2013

*Please detach bottom portion and return with payment.*

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

```
Invoice No.:  96832
Date      :  05/06/2002
TOTAL DUE  :     321.38
AFTER 6/5/02 PAY :  340.66


Job No.   :  02-30377
Case No.  :  B-98-186
Jose Garcia  Vs.  BRK Brands, Inc
```

Remit To:   **Independent Reporting, Inc.**
            **13105 N.W. Frwy., Ste. 105**
            **Houston, TX 77040**

Independent Reporting, Inc.
13105 N.W. Frwy., Ste. 105
Houston, TX 77040
(281) 469-5580   Fax  (713) 460-2525

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96836 | 05/07/2002 | 02-30376 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/01/2002 | SCOBDE | B-98-186 |
| **CASE CAPTION** | | |
| Jose Garcia  Vs.  BRK Brands, Inc | | |
| **TERMS** | | |
| Due upon receipt | | |

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

RUSH PORTION OF ORIGINAL/1 COPY TRANSCRIPT OF:
  Andrew Armstrong, Ph.D.                                    411.87

                                    TOTAL   DUE   >>>>        411.87

                                    AFTER 6/6/02 PAY          436.58

# PAST DUE

TAX ID NO.: 76-0328576                            (215) 665-2000   Fax (215) 665-2013

*Please detach bottom portion and return with payment.*

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

Invoice No.:  96836
Date       :  05/07/2002
TOTAL DUE  :     411.87
AFTER 6/6/02 PAY : 436.58

Job No.    :  02-30376
Case No.   :  B-98-186
Jose Garcia  Vs.  BRK Brands, Inc

Remit To:   **Independent Reporting, Inc.**
            **13105 N.W. Frwy., Ste. 105**
            **Houston, TX 77040**



**Esquire Deposition Services, LLC - ECG**
**A Hobart West Company**
Tax ID # 22-3779684
155 North Wacker Drive, 10th Floor
Chicago, IL  60606
(312)782-8087    Fax(312)704-4950

88803    GOLDM01

| INVOICE NUMBER | DATE |
|---|---|
| 112262ECG | 03/29/02 |

To:  Cozen & O'Connor -Philadelphia
1900 Market Street
Philadelphia, PA 19103

ATTN : Terry Henry, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  COX VS BRK BRANDS

SERVICES PROVIDED ON 03/08/02:

Lori A. Streit, Ph.D
Nick Bellavia

| | | | AMOUNT DUE |
|---|---|---|---|
| Copy Transcript | 169 @ | $2.50 | 422.50 |
| Color Exhibit Reproduction | 52 @ | $1.50 | 78.00 |
| Exhibit Reproduction | 103 @ | $0.40 | 41.20 |
| E-Transcript | | | 35.00 |
| Delivery/Shipping & Handling | | | 41.40 |

BALANCE DUE
(We accept VISA, MasterCard & American Express cards) TOTAL

618.10

*Thank You!*

Collection questions
contact us at
(312)782-8087
Fax (312)704-4950

**DUE UPON RECEIPT.    THANK YOU.**

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:
**Esquire Deposition Services - ECG**
155 N. Wacker Drive - 10th Floor
Chicago, IL  60606
Tax ID # 22-3779684

JOB: 88803  TOT: $618.10
INVOICE #: 112262ECG
DATE: 03/29/02

Cozen & O'Connor -Philadelphia
Attn: Terry Henry, Esq.
1900 Market Street
Philadelphia, PA 19103



A Record Of Excellence



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

JAMES H. HELLER
DIRECT DIAL (215) 665-2189
DIRECT FAX (215) 655-2013
E-MAIL. JIMHELLER@COZEN.COM

May 10, 2002

**DICTATED BUT NOT READ**
**VIA FACSIMILE**

Marc Clements
Coleman Company, Inc.
3600 North Hydraulic
2111 East 37th Street
Wichita, KA 67219

> Re:   *In the Matter of the Estate of Manuel Cruz, Dec'd*
> **Cause No. 1998 - CPC-55-A**
> **Our File No.  77262**

Dear Marc:

Enclosed herewith, please find the following invoices from outside venders in the above matter:

1. Invoice from Unified Engineering, Inc. dated April 29, 2002 in the amount of $262.50;

2. Invoice from Armstrong Forensic Laboratory, Inc. dated May 2, 2002 in the amount of $3,399.00;

3. Invoice from Associated Power Analysts, Inc. dated May 2, 2002 in the amount of $4,549.38 regarding depositions in Dallas on May 1, 2002;

4. Invoice from Esquire Deposition Services, LLC-ECG dated March 29, 2002 in the amount of $618.10 for services rendered associated with the depositions of Lori Streit, Ph.D and Nick Bellavia on March 3, 2002;

Marc Clements
May 10, 2002
Page 2

_____

5.      Invoice from Esquire Deposition Services, LLC-ECG dated March 29, 2002 in the amount of $110.00 for the video tape copies of the depositions of Lori Streit, Ph.D and Nick Bellavia on March 3, 2002; and

6.      Invoice from Combustion Scients & Engineering, Inc. dated April 11, 2002 in the amount of $300.00 for the period 3/1/02 to 3/31/02.

        I have reviewed the above invoices and find them to be in order.  Please place the invoices in line for direct payment to the appropriate vendors at your earliest possible convenience.

        Should any of you have any questions or comments, please feel free to contact me at the above-listed direct number.

                        Sincerely,

                        COZEN AND O'CONNOR


                        BY:   JAMES H. HELLER

JHH/kac
Enclosures

PHILA1\1627485\1 077262.000

# JUDICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcriptions & Electronic Recording"*

**JTT INVOICE/JOB NO.: 21143-44**
**NOVEMBER 25, 2002**

United States District Court
Southern District of Texas
FILED

NOV 2 7 2002

Michael N. Milby
Clerk of Court

(PMCB - PRIVATE)
ROERIG, OLIVEIRA & FISHER, LLP
855 W. PRICE RD. SUITE #9
BROWNSVILLE, TEXAS 78520

BY: MS. ELIZABETH G. NEALLY

JTT TAX I.D. NUMBER: 76-0374048

IN RE:    JOSE GARCIA, ET AL VS. BRK BRANDS, INC. / DAUBERT HEARING

CASE NUMBER: CA B-98-186

JTT #21143, DATE OF HEARING: MAY 15, 2002
196 pages TRANSCRIBED @ $3.00/page*                    $ 588.00

JTT #21144, DATE OF HEARING: MAY 16, 2002
155 pages TRANSCRIBED @ $3.00/page*                    $ 465.00
            *(ORDINARY RATE)

SUBTOTAL                                               $ 1053.00    Total Billed

LESS DEPOSIT (CHECK NO. 14963)                      < $ 1504.00 >

REFUND DUE THIS INVOICE:                               $ 451.00     Refunded

REFUND AMT:   $451.00
CHECK NO.:    1960
DATE:         NOVEMBER

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE REQUIREMENTS OF THE
COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.



**JUDICIAL TRANSCRIBERS OF TEXAS, INC.**                    1960
REFUND ACCOUNT
7135 W. TIDWELL, BLDG. M, STE. 112A   PH. 713-462-6434
HOUSTON, TEXAS  77092
                                                              35-1125/1130
PAY                                          DATE  11-25-02
TO THE
ORDER OF  Roerig, Oliveira & Fisher                  | $451.00
Four Hundred Fifty One Dollar x⁰⁰                    DOLLARS

SOUTHWEST
BANK OF TEXAS, N.A.
HOUSTON, TEXAS

OR  Refund JTT #21143-44

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TX 78520

14963

85-1158
1149

PMCB E    10/11/02
211434    DEPOSIT

DATE 10/9/02

PAY TO THE ORDER OF _Judicial Transcribers of Texas_   $ 1504.00

_One thousand five hundred four & no/one_ DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

B-98186

_Norma A. Hernandez_

⑈014963⑈ ⑆114911580⑆010717770⑈   ⑈000015000⑈

**#14963     10/21/02    $1,504.00**

# BRYANT & STINGLEY, INC.

### *Certified Court Reporters*

Post Office Box 3420 • Harlingen, Texas 78551-3420
(956) 428-0755
Tax ID# 74-2778070

MS. ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, LLP- BRN
855 WEST PRICE ROAD, SUITE 9
BROWNSVILLE, TX  78520

May  6, 2002

Invoice# 2156D

Balance:      $62.00

Caption: JOSE GARCIA, ET AL VS. BRK BRANDS, INC.
(TN-1594)
Scheduled: 04/26/02    Billed: 05/06/02
Reporter: DONNA McCOWN

Charge Description

CIVIL ACTION NO. B-98-186
COSTS AND SERVICES FOR PROVIDING ONE COPY OF THE
DEPOSITION OF CARLOS CASCOS, INCLUDING CONDENSED
TRANSCRIPT AND ASCII DISK

Total Due:     $62.00

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TX  78520

13745

PAY
TO THE
ORDER OF   Bryant + Stingley

Sixty Two + no/12

DATE  5/7/02

$ 62.00

88-1158/1149

DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Maria A. Hernandez

⑈013745⑈ ⑆114911580⑆ 0107177701⑈

# BRYANT & STINGLEY, INC.

### *Certified Court Reporters*

Post Office Box 3420 • Harlingen, Texas 78551-3420
(956) 428-0755
Tax ID# 74-2778070

MS. ELIZABETH G. NEALLY                          May 1, 2002
ROERIG, OLIVEIRA & FISHER, LLP- BRN
855 WEST PRICE ROAD, SUITE 9                     Invoice# 2266V
BROWNSVILLE, TX  78520
                                                 Balance:     $35.00


Caption: JOSE GARCIA, ET AL VS. BRK BRANDS, INC.
         (TN-1587)
Scheduled: 04/26/02    Billed: 04/30/02
Reporter: VIDEOTAPING

Charge Description

CIVIL ACTION NO. B-98-186
COSTS AND SERVICES - PROVIDING ONE COPY OF THE
VIDEOTAPED DEPOSITION OF CARLOS COSCO, TAKEN ON
APRIL 26, 2002



ROERIG, OLIVEIRA & FISHER, L.L.P.                            13728
ATTORNEYS AT LAW
PH. 956-542-5668
855 W. PRICE RD., STE. 9                                        88-1158
BROWNSVILLE, TX 78520                                          1149
                                        DATE 5/6/02

PAY
TO THE      Bryant + Stingley                         | $35.00
ORDER OF

Thirty five & no/100                                   DOLLARS

                                            TWO SIGNATURES REQUIRED OVER $2,500.00

#21440 Garcia v BRK

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED      Norma A. Hernandez

⑈013728⑈ ⑆114911580⑈ 010717770 ⑈

# JUDICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcription & Electronic Recording of Depositions"*

JTT Job/Invoice Number: 19033

## INVOICE
SEPTEMBER 6, 2000

United States District Court
Southern District of Texas
RECEIVED

SEP 0 8 2000

Michael N. Milby, Clerk

(PMCB-Private)
ROERIG, OLIVEIRA & FISHER, LLP
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TEXAS  78520


BY:  ELIZABETH G. NEALLY


JTT TAX I.D. NUMBER:  76-0374048

COURT TRANSCRIPTION SERVICE:

IN RE:    JOSE A. GARCIA, ET AL VERSUS BRK BRANDS, INC. / STATUS
          CONFERENCE

CASE NO.: CA B-98-186
DATE OF HEARING: AUGUST 9, 2000

20 pages TRANSCRIBED @ $3.00/page*        $  60.00
    *-(ORDINARY RATE)

LESS DEPOSIT (CHECK NO. 9946)            <$ 150.00>


REFUND DUE THIS INVOICE:                 $  90.00
                                         =========


REFUND:   $ 90.00
CHECK NO. 1770
DATE:     SEPTEMBER 6, 2000

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE
REQUIREMENTS OF THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.

*THANK YOU VERY MUCH !*

**7135 West Tidwell, Bldg. M • Suite 112A • Houston, Texas 77092**
**Fax (713) 462-3042 • Office (713) 462-6434**



# JUDICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcription & Electronic Recording of Depositions"*

JTT Job/Invoice Number: 18883

## INVOICE
JUNE 28, 2000

(PMCB-Private)
ROERIG, OLIVEIRA & FISHER, LLP
855 W. PRICE RD., SUITE 9
BROWNSVILLE, TEXAS  78520

BY:  ELIZABETH G. NEALLY

JTT TAX I.D. NUMBER:   76-0374048

COURT TRANSCRIPTION SERVICE:

IN RE:    JOSE A. GARCIA, ET AL. VERSUS BRK BRANDS, INC. / MOTION
          HEARING

CASE NO.: CA B-98-186
DATE OF HEARING: JUNE 19, 2000

83 pages TRANSCRIBED @ $4.00/page*              $ 332.00
     *(EXPEDITED RATE)

LESS DEPOSIT (CHECK NO. 9681)                   <$ 125.00>

AMOUNT DUE THIS INVOICE:                        $ 207.00
                                                =========

REFUND:   N/A
CHECK NO. 9842
DATE: 7-25-00    *Freddy Garcia*

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE
REQUIREMENTS OF THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.

*THANK YOU VERY MUCH !*

7135 West Tidwell, Bldg. M • Suite 112A • Houston, Texas 77092
Fax (713) 462-3042 • Office (713) 462-6434



**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

9842

88-1158
1149

DATE _7/6/2000_

PAY
TO THE
ORDER OF _Texas Judicial Transcribers_                    $ 207 ⁰⁰

_Two hundred seven & ⁰⁰/₁₀₀_                              DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

_Norma A. Hernandez_

**IBC**
International Bank
of Commerce

⑈"009842"⑈ ⑆:114911580⑆: 1071777"⑆01

# ICIAL TRANSCRIBERS OF TEXAS, INC.

*"Specializing in Courtroom Transcription & Electronic Recording of P...*

JTT Job/Invoice Number:

## INVOICE
### OCTOBER 18, 1999

(PMCB-Private)
ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS at LAW
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TEXAS  78520

BY:  RENE O. OLIVEIRA

JTT TAX I.D. NUMBER:  76-0374048

COURT TRANSCRIPTION SERVICE:

IN RE:     JOSE GARCIA, ET AL. VERSUS BRK BRANDS, INC. / MOTIONS
           HEARING

CASE NO.: CA B-98-186
DATE OF HEARING: OCTOBER 12, 1999

50 pages TRANSCRIBED @ $5.00/page*                  $ 250.00
     *(DAILY RATE)

LESS DEPOSIT (CHECK NO. 8595)                    <$ 125.00>

AMOUNT DUE THIS INVOICE:                          $ 125.00
                                                 =========

REFUND:  N/A
CHECK NO.
DATE:

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED AND PAGE FORMAT USED COMPLY WITH THE
REQUIREMENTS OF THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.

*THANK YOU VERY MUCH !*

7135 West Tidwell, Bldg. M • Suite 112A • Houston, Texas 77092
Fax (713) 462-3042 • Office (713) 462-6434



**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

8595

DATE 10/14/99

PAY TO THE ORDER OF _Judicial Researchers_        $ 125.00

_One hundred twenty-five + 00/100_        DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

_Norma A. Hernandez_

⑈008595⑈ ⑆114911580⑆ 1071777⑈01

8618

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

DATE 10/30/99

PAY
TO THE
ORDER OF _Judicial Transcuter of Texas_ | $ 125.00

_One hundred twenty-five + 00/100_ DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

_Transcript_ _Cin_

_#3400 / Garcia v DRK_

_Norma A. Hernandez_

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

⑈008618⑈ ⑆114911580⑆ 1071777⑈01    ⑈00000 2500⑈

#8618        11/01/99   $125.00

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

17474   6 / PMCB
6-8-99   /DEPOSIT
7870

DATE 6/14/99

PAY TO THE ORDER OF *Judicial Transcribers of Texas*    $125.00

*One hundred twenty five & no/100* DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Norma A. Hernandez

⑈007870⑈ ⑆114911580⑆ 1071777⑈01          /000000125000/

#7870          6/14/99          $125.00



**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

(7942)
17474
7942

DATE 6/15/99

PAY TO THE ORDER OF *Judicial Transcribers of Texas*    $19.00

*Nineteen + no/100* DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Norma A. Hernandez

⑈007942⑈ ⑆114911580⑆ 1071777⑈01          /000000190000/

#7942          6/28/99          $19.00

| Fees for Witnesses | | | |
|---|---|---|---|
| **Date** | **Payee** | **Description** | **Amount** |
| 06/06/2000 | Southwest Research Institute | Witness Fee | $40.00 |
| 07/28/1999 | Cameron County District Attorney | Witness Fee for Yolanda de Leon | $40.00 |
| 02/28/2000 | Port Isabel Police Department | Witness Fee | $40.00 |
| | | | |
| | | **TOTAL** | **$120.00** |

| Fees for Witnesses | | | |
|---|---|---|---|
| **Date** | **Payee** | **Description** | **Amount** |
| 06/06/2000 | Southwest Research Institute | Witness Fee | $40.00 |



#9606        6/27/00      $40.00



#8161        8/04/99        $40.00



**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE 9
BROWNSVILLE, TEXAS 78520

9282

DATE 2/28/2000

PAY TO THE ORDER OF Port Isabel Police Dept.                    $ 40.⁰⁰

forty & no/100                                                        DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Witness fee          $40.

Harris / Harris v BFK

_Ruth Monk_

⑈009282⑈ ⑆114911580⑆ 1071777⑈01                ⑈0000004000⑈

#9282        3/07/00        $40.00

## Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case

| DATE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/24/00 | McRoberts & Company | Copies of Medical Records Deposition; Valley Baptist Medical Center (Pathology); Haelingen EMS | $220.00 |
| 07/11/00 | Quality Copy, Inc. | Litigation Copying | $287.72 |
| 12/28/99 | Pitney Bowes Management Services | Litigation Copying | $407.23 |
| 09/20/00 | Pitney Bowes Management Services | Litigation Copying | $168.97 |
| 08/07/00 | Liberty Legal Copy | Oversize document copying | $1,008.89 |
| 03/29/00 | Pitney Bowes Management Services | Litigation Copying/ Oversize copying | $879.54 |
| 07/21/00 | Pitney Bowes Management Services | Oversize document copying | $179.60 |
| 09/21/00 | Pitney Bowes Management Services | Color Copying | $115.05 |
| 06/28/00 | Quality Copy, Inc. | CD disc copying; Litigation Copying | $732.09 |
| 05/01/02 | U.S.D.C. Houston, TX | Federal Court Copying charges | $50.00 |
| 07/19/00 | Allegra Print & Imaging | Litigation Copying | $82.05 |
| 07/07/00 | Cameron County District Clerk | Copies | $41.00 |
| 05/12/00 | Cameron County District Clerk | Copies | $5.00 |
| 03/30/00 | Allegra Print & Imaging | Litigation Copying | $337.54 |
| 04/28/00 | Allegra Print & Imaging | Black/White copying | $69.69 |
| 11/11/99 | QuikPrint | Copies | $36.80 |
| 07/22/99 | Cameron County District Clerk | Court Costs | $28.00 |
| 07/20/99 | Cameron County District Clerk | Copies of order releasing evidence in probate case | $2.00 |
| 11/16/99 | Cameron County District Clerk | Copies of Ct. records in relation to probate of plaintiff | $29.00 |
| 04/24/02 | Texas Workforce Commission | Copy fee for plaintiff's employment records | $71.02 |
| 02/19/03 | Reliable Copy Service, Inc. | Litigation Copies | $1,456.53 |
| | | | |
| | | **Total** | **$6,207.72** |

77262

# McRoberts & Company

Records Reproduction                          Jacqueline M. Trevino
1948 East Elizabeth Street                      Ph: 956/541-1801
Brownsville, Texas 78520                       FAX: 956/541-1802
                                          FEDERAL ID #74-2680206

BILL TO:                          RE:

MS. ELIZABETH NEALLY              JOSE GARCIA, ET AL.  V.  BRK
ATTORNEY AT LAW                   BRANDS, INC.
855 WEST PRICE ROAD, SUITE 9      C.A. NO. B-98-186  IN THE UNITED
BROWNSVILLE, TEXAS  78520         STATES DISTRICT COURT, BROWNSVILLE
                                  DIVISION

DATE: APRIL 24, 2000                    INVOICE # 00-155

COPIES OF MEDICAL RECORDS DEPOSITION(S)
VALLEY BAPTIST MEDICAL CENTER(PATHOLOGY)        113.00
HAELINGEN EMS                                   107.00

REMINDER              TOTAL              $220.00

McROBERTS & COMPAMY
RECORDS RETRIEVAL SERVICE
P.O. BOX 4836
BROWNSILLE, TEXAS  78523-4836

**Thank you for your business.**



**COZEN AND O'CONNOR**

145665

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 46 - Special Copy<br>McRoberts & Company<br>Records Reproduction<br>1948 East Elizabeth Street<br>Brownsville, TX 78520<br>I.D. #74-2680206<br><br>Billing Atty - 549<br>Robert W. Hayes | $220.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

COZEN AND O'CONNOR

145665

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | 549 | First Alert/Cruz | 10/13/00 | 46 - Special Copy<br>McRoberts & Company<br>Records Reproduction<br>1948 East Elizabeth Street<br>Brownsville, TX  78520<br>I.D. #74-2680206<br><br>Billing Atty - 549<br>Robert W. Hayes | $220.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

COZEN AND O'CONNOR
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

145665

3-3
310

October 13    20 00

PAY TO THE
ORDER OF    McRoberts & Company                                    $ 220.00

Two Hundred and Twenty ---------------------------------------------00/100    DOLLARS

MELLON PSFS
PHILADELPHIA, PA

NOT VALID OVER $425.00

VOID AFTER 90 DAYS

⑈145665⑈ ⑆031000037⑆ 8⑈332 579⑈



100 N. 17th Street
Philadelphia, PA 19103
215.564 COPY
Fax 215.564.1701

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/12/00 | 13699 |

#52-1986251

| BILL TO | SHIP TO |
|---------|---------|
| COZEN & O'CONNOR<br>MOLLY WILLIAMSON<br>1900 MARKET STREET<br>PHILADELPHIA, PA 19103 | COZEN & O'CONNOR<br>MOLLY WILLIAMSON<br>1900 MARKET STREET<br>PHILADELPHIA, PA 19103 |

| P.O. NO. | TERMS | REP | SHIP DATE | ORDER DATE |
|----------|-------|-----|-----------|------------|
| 77262 CRUZ | Due on receipt | JS | 7/12/00 | 7/11/00 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| B1000 | DUPLICATING - 10 ORIGINALS FOR 1 SET MAKE 1 SET AS PER THE ORIGINALS. FOLD COPIES | 10 | 0.09 | 0.90T |
| B1002 | 11 X 17 COPYING: 5 ORIGINALS FOR 1 SET MAKE 1 SET AS PER THE ORIGINALS. COPY SIZE/SIZE. | 5 | 0.20 | 1.00T |
| M1008 | OVERSIZE COPYING: 42 - 24 X 36 FOR 1 SET TOTAL 252 SQ.FT. COPY SIZE/SIZE. | 252 | 1.00 | 252.00T |
| M1008 | 5 - 17 X 24 FOR 1 SET TOTAL 15 SQ.FT. COPY SIZE/SIZE. | 15 | 1.00 | 15.00T |
| | STATE & CITY TAX | | 7.00% | 18.82 |

SECOND NOTICE

| | Total | $287.72 |
|---|-------|---------|

**COZEN AND O'CONNOR**

142456

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | JHH *208* | Garcia v. BRK | 8/22/00 | Quality Copy, Inc. 100 N. 17th Street Philadelphia, PA 19103 #52-1986251 | 287.72 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
A PROFESSIONAL CORPORATION
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103
––––
(215) 665-2000
(800) 523-2900
––––
FACSIMILE
(215) 665-2013
––––
www.cozen.com

ATLANTA, GA

CHARLOTTE, NC

CHERRY HILL, NJ

DALLAS, TX

LONDON, UK

LOS ANGELES, CA

NEW YORK, NY

NEWARK, NJ

SAN DIEGO, CA

SEATTLE, WA

WEST CONSHOHOCKEN, PA

WILMINGTON, DE

JAMES H. HELLER
DIRECT DIAL (215) 665-2189
DIRECT FAX (215) 665-2013
E-MAIL. JIMHELLER@COZEN COM

August 22, 2000

Quality Copy, Inc.
100 N. 17th Street
Philadelphia, PA 19103

Re:    **Garcia, et al. v. BRK Brands, Inc.**
    **Invoice No. 13699**
    **File No.: 77262**

Dear Sir/Madam:

    With respect to the above invoice number, in the amount of Two Hundred and Eighty-seven and 72/100 Dollars ($287.72), enclosed please find, our firm's check in this amount for services rendered in conjunction with the above-captioned matter.

    Thank you for your cooperation and assistance in this matter

        Sincerely,

        COZEN AND O'CONNOR

        BY:  JAMES H. HELLER

JHH/frf
Enclosure(s)

# INVOICE

```
S
H   ATTN:JAMES/COPY CENTER
I   COZEN & O'CONNOR
P   4TH FLOOR
    1900 MARKET STREET
T   PHILADELPHIA PA 19103
O
```

| CUSTOMER ACCOUNT NUMBER | |
|---|---|
| **220930** | |

| INVOICE NUMBER | 3248167 |
|---|---|
| INVOICE DATE | 12/28/99 |

```
B   ATTN: ERIC DERR
I   COZEN & O'CONNOR
L   4TH FLOOR
L   1900 MARKET STREET
    PHILADELPHIA PA 19103
T
O
```

| AMT. ENCLOSED | |
|---|---|

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

PBMS - Philadelphia
2000 HAMILTON STREET
RODIN PLACE/CONCOURSE LEVEL
PHILADELPHIA, PA 19130

( 751-9800

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

RETAIN THIS PORTION FOR YOUR RECORDS          PAGE:    1

| CUSTOMER ACCOUNT | 220930 |
|---|---|
| SALESPERSON NAME | SOLOMON, LISA |
| INVOICE NUMBER | 3248167 |
| INVOICE DATE | 12/28/99 |
| ORDER DATE | 12/08/99 |
| P.O. NUMBER | P. HATCHER |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | P. HATCHER          ASST. ORIGINALS/ASST. COPIES | | |
| 2794.00 | 1 | 2794.00 | LITIGATION COPYING 578 CPH | .1000 | 279.40 |
| 506.00 | 1 | 506.00 | 11X17 COPYING | .2000 | 101.20 |
| | | | Subtotal | | 380.60 |
| | | | Pennsylvania State Tax | | 22.83 |
| | | | PA - Philadelphia City Tax | | 3.80 |
| | | | Total Taxes | | 26.63 |
| | | | Total | | 407.23 |

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

FEB-01-'01 14:29 FR       PHILA       215 751 0127 TO   56652013       P.02/03

# INVOICE

| S H I P T O | CHICK/COPY CENTER<br>COZEN & O'CONNOR<br>4TH FLOOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 |
|---|---|

| CUSTOMER ACCOUNT NUMBER |
|---|
| 220930 |

| INVOICE NUMBER | 3453443 |
|---|---|
| INVOICE DATE | 09/20/00 |

| B I L L T O | ATTN: ERIC DERR<br>COZEN & O'CONNOR<br>4TH FLOOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 |
|---|---|

| AMT. ENCLOSED | |
|---|---|

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

PBMS - Philadelphia
2000 HAMILTON STREET
RODIN PLACE/CONCOURSE LEVEL
PHILADELPHIA, PA 19130

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

PAGE:   1

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 220930 |
|---|---|
| SALESPERSON NAME | SOLOMON, LISA |
| INVOICE NUMBER | 3453443 |
| INVOICE DATE | 09/20/00 |
| ORDER DATE | 09/07/00 |
| P.O. NUMBER | 77262 1517 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | 77262-1517     ASST. ORIGS/2 COPIES | | |
| 422.00 | 2 | 844.00 | LITIGATION COPYING<br>462 CPH | .1100 | 92.84 |
| 4.00 | | 4.00 | LABELS | .0200 | .08 |
| 130.00 | | 130.00 | OVERSIZE - BOND STOCK<br>130 TOTAL SQR. FT. | .5000 | 65.00 |
| | | | Subtotal | | 157.92 |
| | | | Pennsylvania State Tax<br>PA - Philadelphia City Tax | | 9.47<br>1.58 |
| | | | Total Taxes | | 11.05 |
| | | | Total | | 168.97 |

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

Received   Feb-01-01  01:55pm     From-215 751 0127          To-COZEN & O'CONNOR     Page 002

# LIBERTY LEGAL COPY

### *In the Spirit of Excellence . . .*

RECEIVED

## INVOICE

August 7, 2000
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

*Terry Henry*

Ordered By: ~~Tom Harrington~~

Phone : 215-665-2000
Fax : 215-665-2013

**Please Remit Payment To:**

Liberty Legal Copy - A/R Dept.
1635 Market St.. Suite 1310
Philadelphia, PA 19103
Federal ID# 23-2769556

Invoice # : 33942

Job # : AUG079

Sales Rep : ~~Tammy~~ Downing

Client Matter # : 77262

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Medium Litigation Copies (staples, clips, heavy tabs throughout) | 854.00 | 0.11000 | 93.94 |
| Oversized Documents (charged by sq. ft.) | 659.00 | 1.25000 | 823.75 |
| Bates Labeling | 504.00 | 0.05000 | 25.20 |

— ▬ Invoice sent to Kim Wallace on 9/6/00 ▬

*Free Pick-up and Delivery*
*Free Quality Assurance, page for page*
*Free Rush and Overnight Service*

*Thank You For Your Business !*

| | |
|---|---|
| Non-Taxable Total | 0.00 |
| Taxable Total | 942.89 |
| Sales Tax | 66.00 |
| Grand Total | 1008.89 |

**Terms:  Net due 30 days.**

*For questions regarding this invoice please call (215) 563-7995 or Fax (215) 563-7996*

# LIBERTY LEGAL COPY
## Delivery Acknowledgement

| INVOICE TO | |
|---|---|
| Firm | Boyne |
| Contact | |
| Address/City/State | |
| ZIP Code | |
| Phone ( )  -  Fax ( )  - | |

**COPY TO**

| | |
|---|---|
| Date | 8.4.00  LLC Job # ALJ 78 |
| Firm | Cypan |
| Contact | Ivory Haney |  Matter TL62 |
| Address | |
| City/State/ZIP | |
| Phone ( )  -  Fax ( )  - | |
| New Client ☐ | Production ☐  Accounting |
| Sales Rep | H |

## Copy Work

| | | Quantity | Price |
|---|---|---|---|
| L10A | Straight Run Copies | | |
| L10B | Light Litigation Copies | | |
| L10C | Medium Litigation Copies | 854 | .11 |
| L10D | Heavy Litigation Copies | | |
| L10E | Hand Placement Copies | | |
| L10H | 11 x 17 Copies | | |
| L10V | Oversized Documents (psf) | 651 | 1.25 |
| L20B | Bates Labeling | 504 | .05 |
| L20N | Index Tabs | | |
| L20T | Custom Tabs | | |
| L30T | Transparencies | | |
| L30X | X-Ray Duplication | | |

## Color Copies

| | | Quantity | Price |
|---|---|---|---|
| L40A | 8.5 x 11 Color Copies | | |
| L40B | 8.5 x 14 Color Copies | | |
| L40C | 11 x 17 Color Copies | | |

## Binding

| | | Quantity | Price |
|---|---|---|---|
| L50A | Acco | | |
| L50D | Deposition | | |
| L50G | GBC (spiral) | | |
| L50R | 3-Ring | | |
| L50T | Thermal | | |
| L50V | Velo Bind | | |

## Mailings

| | | Quantity | Price |
|---|---|---|---|
| L60C | Creditor Charge | | |
| L00F | Postage (foreign) | | |
| L00S | Postage (standard) | | |

## Miscellaneous

| | | Quantity | Price |
|---|---|---|---|
| L80A | Supplies | | |
| L00B | Labor / Man Hour Charges | | |
| L00D | Special Delivery | | |
| L00V | Video Duplication | | |
| L80A | Other | | |

## Graphics

| | | Quantity | Price |
|---|---|---|---|
| L70A | Xerographic 20 x 30 | | |
| L70B | Xerographic 24 x 36 | | |
| L70C | Xerographic 30 x 40 | | |
| L70D | Xerographic 36 x 48 | | |
| L72A | B/W Ink Jet 20 x 30 | | |
| L72B | B/W Ink Jet 24 x 36 | | |
| L72C | B/W Ink Jet 30 x 40 | | |
| L72D | B/W Ink Jet 36 x 48 | | |
| L75A | Color Ink Jet 20 x 30 | | |
| L75B | Color Ink Jet 24 x 36 | | |
| L75C | Color Ink Jet 30 x 40 | | |
| L75D | Color Ink Jet 36 x 48 | | |
| L77M | Mount Only (per sq. ft.) | | |
| L77P | Print Only [ | 1 | |
| L77R | Retouching | | |
| L77S | Proofs | | |

## Notes

☐ Partial Delivery    ☒ Completed Order

**THIS IS NOT AN INVOICE**

I acknowledge receipt of the materials described above. The invoice for this project will be provided by mail and may include additional charges for work ancillary to completion of the project. I agree to be responsible for Liberty Legal Copy's invoice due 30 days from the above date.

Signature

Date 8/4/00

**Liberty Legal Copy, Inc.**
1635 Market Street, Suite 1310
Philadelphia, PA 19103

# Statement



**Voice:** (215) 563-7995
**Fax:** (215) 563-7996

**Statement Date:**
Sep 5, 2000

**Customer Account ID:**
Cozen-TH1

**Account Of:** Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

*77262*

**Ordered** Terry Henry

**Amount Enclosed**
$

| Date | Date Due | Reference | Paid | Description | Amount | Balance |
|------|----------|-----------|------|-------------|--------|---------|
| 8/7/00 | 9/6/00 | 33942 | | | 1,008.89 | 1,008.89 |
| | | | | | **Total** | 1,008.89 |

| 0 - 30 | 30 - 60 | 60 - 90 | Over 90 |
|--------|---------|---------|---------|
| 1,008.89 | 0.00 | 0.00 | 0.00 |

# LIBERTY  __LEGAL COPY__



September 19, 2000



Attn: Terry Henry
Cozen & O'Connor
1900 Market St., 4th Fl.
Philadelphia, PA 19103

A REMINDER-

Perhaps you have overlooked it, but your account with us is overdue. Please send us your check
in the amount of $1,008.89 for services as shown on the enclosed statement. If you have already
sent a check please disregard this letter.

Thank you for your cooperation in this matter.


Sincerely Yours,

Kim Ladley
Collections Manager

9/19/00 at 15:21:28.44                                                                                          Page: 1

# Liberty Legal Copy, Inc.
## STATEMENT
As of Sep 19, 2000

| Customer ID Customer Contact Telephone 1 | Invoice | Date | 0 - 30 | 30 - 60 | 60 - 90 | Over 90 | Amount Due | P.O. No | Age |
|---|---|---|---|---|---|---|---|---|---|
| Cozen-TH1 Cozen and O'Connor Terry Henry 215-665-2000 | 33942 | 8/7/00 | | 1,008.89 | | | 1,008.89 | | 43 |
| **Cozen-TH1 Cozen and O'Connor** | | | | **1,008.89** | | | **1,008.89** | | |
| **Report Total** | | | | **1,008.89** | | | **1,008.89** | | |

# INVOICE

```
S
H    ATTN: CHIC/ COPY CENTER
I    COZEN & O'CONNOR
P    4TH FLOOR
     1900 MARKET STREET
T    PHILADELPHIA PA 19103
O
```

| CUSTOMER ACCOUNT NUMBER |
|---|
| 220930 |

| | |
|---|---|
| INVOICE NUMBER | 3315016 |
| INVOICE DATE | 03/29/00 |

```
B
I    ATTN: ERIC DERR
L    COZEN & O'CONNOR
L    4TH FLOOR
     1900 MARKET STREET
T    PHILADELPHIA PA 19103
O
```

| AMT. ENCLOSED | |
|---|---|

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

PBMS - Philadelphia
2000 HAMILTON STREET
RODIN PLACE/CONCOURSE LEVEL
PHILADELPHIA, PA 19130

( 751-9800

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

PAGE:    1

RETAIN THIS PORTION FOR YOUR RECORDS

| | |
|---|---|
| CUSTOMER ACCOUNT | 220930 |
| SALESPERSON NAME | SOLOMON, LISA |
| INVOICE NUMBER | 3315016 |
| INVOICE DATE | 03/29/00 |
| ORDER DATE | 03/07/00 |
| P.O. NUMBER | 77262 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | 77262          ASSORTED ORIGINALS/2 COPIES | | |
| 1093.00 | | 1093.00 | LABELS | .0200 | 21.86 |
| 1093.00 | | 1093.00 | LITIGATION LABELS AFFIXED | .0300 | 32.79 |
| 986.00 | 2 | 1972.00 | LITIGATION COPYING 657 CPH | .1200 | 236.64 |
| 4.00 | 2 | 8.00 | 11X17 COPYING | .1600 | 1.20 |
| 1059.00 | | 1059.00 | OVERSIZE - BOND STOCK 1059 TOTAL SQR. FT. | .5000 | 529.50 |
| | | | Subtotal | | 821.99 |
| | | | Pennsylvania State Tax | | 49.32 |
| | | | PA - Philadelphia City Tax | | 8.23 |
| | | | Total Taxes | | 57.55 |
| | | | Total | | 879.54 |

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

SEP 19 '00 14:59 FR ... IS PHILA        215 751 0127 T  2156652013        P.02/02

# INVOICE

| S H I P T O | ATTN: CHICK/COPY CENTER<br>COZEN & O'CONNOR<br>4TH FLOOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 |
|---|---|

**CUSTOMER ACCOUNT NUMBER**

**220930**

| INVOICE NUMBER | 3409531 |
|---|---|
| INVOICE DATE | 07/21/00 |

| B I L L T O | ATTN: ERIC DERR<br>COZEN & O'CONNOR<br>4TH FLOOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 |
|---|---|

| AMT. ENCLOSED | |
|---|---|

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:                                                    PAGE:    1

PBMS - Philadelphia
2000 HAMILTON STREET
RODIN PLACE/CONCOURSE LEVEL
PHILADELPHIA, PA 19130

SPECIAL MESSAGES

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 220930 |
|---|---|
| SALESPERSON NAME | SOLOMON, LISA |
| INVOICE NUMBER | 3409531 |
| INVOICE DATE | 07/21/00 |
| ORDER DATE | 07/19/00 |
| P.O. NUMBER | 1517-77262 |

**PAYMENT DUE UPON RECEIPT**

| QUANTITY/<br>(ORIGINALS) | # OF<br>COPIES | TOTAL<br>QUANTITY | DESCRIPTION | UNIT<br>PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | 1517-77262      ASST. OVERSIZE ORIGS./ 1 COPY | | |
| 330.00 | 1 | 330.00 | OVERSIZE - BOND STOCK<br>330 TOTAL SQR. FT. | .5000 | 165.00 |
| 7.00 | 1 | 7.00 | 11X17 COPYING | .1500 | 1.05 |
| 40.00 | 1 | 40.00 | 8.5"X11" 20# WHITE BOND COPIES | .0450 | 1.80 |
| | | | Subtotal | | 167.85 |
| | | | Pennsylvania State Tax<br>PA - Philadelphia City Tax | | 10.07<br>1.68 |
| | | | Total Taxes | | 11.75 |
| | | | Total | | 179.60 |

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject        **INVOICE ORIGINAL**

SEP 21 '00 13:26 FR PBMS ADMIN SVC CTR 1 888 808 5794 TO 12156652013     P.02/03

# *SERVICE INVOICE PROOF*

| CUSTOMER ACCOUNT NUMBER |
|---|
| **220930** |

| INVOICE NUMBER | 6196841 |
|---|---|
| INVOICE DATE | 09/21/00 |

| AMT. ENCLOSED | |
|---|---|

**B I L L   T O**

ATTN: ERIC DERR
COZEN & O'CONNOR
4TH FLOOR
1900 MARKET STREET
PHILADELPHIA PA 19103

| PLEASE SEND PAYMENT TO: |
|---|
| Pitney Bowes Management Services |
| P.O. Box 845801 |
| Dallas TX 75284-5801 |

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES AND INQUIRIES TO:

PBMS - ADMINISTRATIVE SRVC CTR
5310 CYPRESS CENTER DRIVE
SUITE 110
TAMPA FL 33609
(888) 823-7287

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 220930 |
|---|---|
| SALESPERSON NAME | SOLOMON, LISA |
| INVOICE NUMBER | 6196841 |
| INVOICE DATE | 09/21/00 |
| PAGE NUMBER | 1 |

| SCHEDULE | DESCRIPTION | TOTAL |
|---|---|---|
| | **SERVICES RENDERED FOR:   SEPTEMBER-00** | |
| A | COLOR COPY CHARGE | 107.52 |
| | | |
| | Taxable Amt.          Rate . | |
| | 107.52          7.000 | |
| | | |
| | Total Taxable | 107.52 |
| | Non Taxable | |
| | Total Tax | 7.53 |
| | | |
| | Invoice Total | 115.05 |

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject

*SERVICE INVOICE*

215 665 2013          SEP.21'2000 13:00 RECEIVED FROM:          18888085794          #7214-002



100 N. 17th Street
Philadelphia, PA 19103
215.564.COPY
Fax 215.564.1701



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/28/02 | 22066 |

| BILL TO | SHIP TO |
|---------|---------|
| COZEN & O'CONNOR<br>MARY LOU DIGIANVITTORIO<br>1900 MARKET STREET<br>PHILADELPHIA, PA 19103 | COZEN & O'CONNOR<br>MARY LOU DIGIANVITTORIO<br>1900 MARKET STREET<br>PHILADELPHIA, PA 19103 |

| P.O. NO. | TERMS | REP | SHIP DATE | ORDER DATE |
|----------|-------|-----|-----------|------------|
| 77262 | Due on receipt | MM | 6/20/02 | 06/19/02 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| A1000 | LITIGATION COPYING - 755 ORIGINALS FOR 4 SETS | 3,020 | 0.11 | 332.20T |
| | 1 STACK - MAKE 4 SETS EXACTLY AS PER THE ORIGINAL. COPY SIZE FOR SIZE & COLOR FOR COLOR. CD'S & VIDEOS ARE ALSO TO BE COPIED. REMOVE & REPLACE POST-IT NOTES. | | | |
| A1001 | COPY STAPLE/STAPLE, CLIP/CLIP, BAND/BAND. | | | |
| D0001 | COLOR COPYING - 64 ORIGINALS FOR 4 SETS | 256 | 1.00 | 256.00T |
| D0003 | 11 X 17 COLOR COPYING - 2 ORIGINALS FOR 4 SETS | 8 | 2.00 | 16.00T |
| Z1000 | WRITTEN TO CD DISC - DISC COPYING | 4 | 20.00 | 80.00T |
| | STATE & CITY TAX | | 7.00% | 47.89 |

SECOND NOTICE

| | Total | $732.09 |
|--|-------|---------|

| DATE | CLIENT/MATTER | FILE NO. | CODE | TR/GEN. |
|------|---------------|----------|------|---------|
| M D Y<br>5  01 02 | Gracia v BRK  - | 21410 | | |

1 CHECKS: AMOUNT $ 50.00

PAYEE: £ Sigifredo Garcia

2 RECEIPTS:

FROM ___

CASH ___ $ ___

CHECK: ___ $ ___

ADDRESS: ___

INTO ___ TRUST ___ $ ___

TAX ID#: ___

PURPOSE: Reimbursement for
Fed-Court Copying — Gonzalez Daubert Mtn.

INITIALS: FGN/cj

bn

Wed May  1 16:17:22 2002

UNITED STATES DISTRICT COURT

HOUSTON        , TX

Receipt No.  1 116216
Cashier      mguzman

Tender Type  CASH

Transaction Type   N

| DØ Code | Div No | Acct |
|---------|--------|------|
| 4679 | 1 | 322350 |

Amount        $   50.00

Fee for Copies on CA-B-98-186

Roerig Oliveira & Fisher 855 W. Pric
e Brownsville, Texas 78520

cn



**ALLEGRA PRINT & IMAGING®**

2200 BOCA CHICA, SUITE 146
BROWNSVILLE, TEXAS
(956) 548-1301
FAX (956) 548-0225

**INVOICE**
9387

Name Roreig, Oliveira & Fisher

Address _____

City _____ State _____ Zip _____

Date: 7-19-00

Customer Acct. No. 2101

P.O. # _____

| QTY | JOB NAME | DESCRIPTION | AMOUNT | |
|-----|----------|-------------|--------|---|
| **PRINTING** | | # 21,410 | | |
| **BLUEPRINTS** | | | | |
| **COPIES** 758 | copies | 8.5 x 11  F/B | 75 | 80 |

Rec'd By _Freddy Garcia_

**PLEASE PAY FROM THIS INVOICE**

☑ CHARGE  ☐ CASH  ☐ CHECK
☐ VISA  ☐ AM EX  # _____
☐ MC  ☐ QP

| | | |
|---|---|---|
| SUBTOTAL | 75 | 80 |
| TAX | 6 | 25 |
| TOTAL | 82 | 05 |



9754

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

DATE 5/17/2000

88-1158
1149

PAY
TO THE
ORDER OF Cameron County Clerk                                    $ 5.00

Five and no/100                                              DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

# 21410                    CN

Ruth Monk

⑆009754⑆ ⑇114911580⑇ 1071777⑈01        ⑆0000000500⑆

#9754        5/17/00        $5.00

# ALLEGRA
## PRINT & IMAGING.

2200 BOCA CHICA, SUITE 146
BROWNSVILLE, TEXAS
(956) 548-1301
FAX (956) 548-0225

**INVOICE**

8675

Name _Roerig, Oliviera Fishis_          Date: _4/20_

Address _____          Customer Acct. No. _2101_

City _____ State _____ Zip _____          P.O. # _____

| QTY | OFFICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | |
| | Smith's office Photos | .21.410 | |
| 336 | | C.C. | 218 40 |
| 34 | | copies | 1 68 |

☑ CHARGE  ☐ CASH  ☐ CHECK
VISA ☐  AM EX ☐  # _____
MC ☐  QP ☑

| | | |
|---|---|---|
| SUBTOTAL | 220 08 |
| TAX | 18 15 |
| TOTAL | 238 23 |

Rec'd By _Freddy Garcia_

**PLEASE PAY FROM THIS INVOICE**

# ALLEGRA
## PRINT & IMAGING®

2200 BOCA CHICA, SUITE 146
BROWNSVILLE, TEXAS
(956) 548-1301
FAX (956) 548-0225

**INVOICE**

8353

Name _Roerig, Oliveira_

Address _____

City _____ State _____ Zip _____

Date: _3/30/00_

Customer Acct. No. _2101_

P.O. # _____

| QTY | JOB NAME | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| | **PRINTING** To be Reimbursed | # 21,410 | | |
| | | EGN/cindy | | |
| | **BLUEPRINTS** | | | |
| 54 | | 24436  e. 2.35 | 157 | 40 |
| 14 | | 24418  e. 1.95 | 27 | 30 |
| 1236 | **COPIES** | 512411  e. .04 | 86 | 52 |
| 3 | | 11417  e. .204 | | 60 |

| | | |
|---|---|---|
| SUBTOTAL | 311 | 82 |
| TAX | 25 | 72 |
| TOTAL | 337 | 54 |

Rec'd By _Freddy Garcia_

☑ CHARGE ☐ CASH ☐ CHECK
VISA ☐  AM EX ☐   # _____
MC ☐  QP ☐

**PLEASE PAY FROM THIS INVOICE**

response to discovery.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb
cc:  Terry Henry
     Rene O. Oliveira

# ALLEGRA
## PRINT & IMAGING®

2200 BOCA CHICA, SUITE 146
BROWNSVILLE, TEXAS
(956) 548-1301
FAX (956) 548-0225

**INVOICE**

8738

Name _Roerig Oliveria Fisher_

Date: _4/28/00_

Address _____

Customer Acct. No. _2101_

City _____ State____ Zip _____

P.O. # _____

| | JOB NAME | DESCRIPTION | AMOUNT |
|---|---|---|---|
| PRINTING | | | |
| BLUEPRINTS | Jeff 4657 4/18 1/0 | 21.410 EGN - Cindy | |
| COPIES | 63 | CLC | 61 38 |
| | 4 | Bf/wh CLC | 3 00 |

Rec'd By _Freddy Garcia_

☑ CHARGE ☐ CASH ☐ CHECK
VISA ☐ AM EX ☐ #_____
MC ☐ QP ☐ ☑

| SUBTOTAL | 64 | 38 |
|---|---|---|
| TAX | 5 | 31 |
| TOTAL | 69 | 69 |

**PLEASE PAY FROM THIS INVOICE**

**QuikPrint** SM

PART OF THE
ALLEGRA NETWORK SM

QUALITY PRINTING & COPYING

2325 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 548-1301
Fax (956) 548-0225

**INVOICE**
7100

Name _Roegsig Oliveira Fisher_

Date: _11/11/99_

Address _____

Customer Acct. No. _3101_

City _____ State_____ Zip _____

P.O. # _____

| QTY | JOB NAME | DESCRIPTION | | AMOUNT |
|-----|----------|-------------|-----|--------|
| PRINTING | | | Cindy | |
| | | ≈1,410 | | |
| | | | | |
| COPIES 40 | | ccc 6/00  6/00  1/16/99 | 185 | 34 00 |
| | | | | |

Rec'd By Name _Veronica Rock_

☒ CHARGE  ☐ CASH  ☐ CHECK
VISA ☐  AM EX ☐   # _____
MC ☐  QP ☒

| SUBTOTAL | 34 | 00 |
|----------|----|----|
| TAX | 2 | 80 |
| TOTAL | 136 | 80 |

Signature _Veronica Rock_

**NET 10TH OF MONTH FOLLOWING INVOICE DATE**

```
07/22/99                   JOE G. RIVERA - County Clerk's Office              rdcqldgr
11:20 AM                   PROBATE FEE LEDGER - FIRM                          Page: 01
```

Cause #  1998-CPC-00055-A                                        Filed 02/12/98
Style    MANUEL CRUZ                                                          2

Case type 12  Cause of action INDEPENDENT ADMINISTRATION
Comment
                                                    Case status PEND     Jury N

---

FEE SHEET 01 OF 01

| | | COSTS INCURRED | DEPOSITS | REFUNDS | CREDITS |
|---|---|---|---|---|---|
| 000035 ROERIG, OLIVEIRA & FISHER, L.L.P. | FIRM BALANCE | .00 | | | * |
| | | | | | |
| 000035 ROERIG, OLIVEIRA & FISHER, L.L.P. | | | | | |
| 855 W. PRICE ROAD, SUITE 9 | | | | | |
| BROWNSVILLE TX  78520 | | | | | |
| | | | | | |
| 07/07/99 REC MOTION FOR RELEASE OF | | 13.00 | | | |
| 07/19/99 ENT. ORDER GRANTING THE RE | | 5.00 | | | |
| 07/19/99 COPY OF ORDER GRANTING THE | | 8.00 | | | |
| 07/19/99 ORDER GRANTING THE RELEASE | | 2.00 | | | |
| | | ------------ | ------------ | ------------ | ------------ |
| | | 28.00 | .00 | .00 | .00 |
| | FIRM BALANCE | 28.00 | | | * |

RECAP OF FEES AND PAYMENTS:

Clerk _____     26.00
Judge _____      2.00

*Please remit amount due.*

Mail Payment To:                          Questions May Be Referred To:

JOE G. RIVERA
County Clerk                                               Deputy
P. O. Box 2178
Brownsville, TX    78522                        (956) 544-0826

---

ROERIG, OLIVEIRA & FISHER, L.L.P.                                    8134
ATTORNEYS AT LAW
PH. 956-542-5696
855 W. PRICE RD., STE. 9                                        88-1158
BROWNSVILLE, TEXAS  78520          DATE  7/26/99                 1149

PAY
TO THE   Cameron County Clerk                              $ 28.00
ORDER OF

Twenty-eight + 00/100                                      DOLLARS

                                        TWO SIGNATURES REQUIRED OVER $2,500.00

IBC International Bank

                                        Norma A. Hernandez

⑈008134⑈ ⑆114911580⑆ 1071777⑈01

RECEIPT OF THE COUNTY CLERK
CAMERON COUNTY

Receipt Number <u>99003199</u>                                    <u>07/20/99</u>
Credited to _____    Firm Id <u>999999</u>
Received of <u>ROERIG, OLIVEIRA & FISHER, L.L.P.</u>

    Cause# <u>1998-CPC-00055-A</u>

_____<u>MANUEL CRUZ</u>_____

Amount Paid  $_____<u>2.00</u>___  For <u>CP COPIES</u>_____

_ Cash
_ M. O.                                   <u>JOE G. RIVERA</u>    County Clerk
X Check #<u>8107</u>_____

               By _____, Deputy
               MARTHA MORALES SANCHEZ

*abate case*
*Order Releasing Evidence*

8759

RECEIPT OF THE COUNTY CLERK

CAMERON COUNTY

ROERIG OLIVEIRA & FISHER, L.L.P.
ROERIG OLIVEIRA & FISHER, L.L.P.

11/17/TI     Firm ID: 0000012

1000E-00-00000*-0

MANUEL CRUZ

29.00     CLK DP DEPOSIT

JOE G. RIVERA     County Clerk

By (ZENINOS SANCHEZ)

Deputy



#13658      5/13/02      $71.02

# Reliable Copy Service, Inc.

1818 Market Street, Concourse
Philadelphia, Pa. 19103
215-563-3363

**SALES INVOICE**

NUMBER: S181745

DATE: 02/19/200

CUSTOMER: **COZENOCO**

BILL TO: Cozen O'Connor
The Atrium 1900 Market Street
3rd Floor
Philadelphia, PA  19103

SHIP TO: SAME

TELEPHONE: (215) 665-2000          TELEPHONE: (215) 665-2000

| PAGE | SHIP VIA | | FOB | TERMS |
|---|---|---|---|---|
| 1 | | | VENDOR | NET 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | ORDERED BY | OUR ORDER NUMBER |
|---|---|---|---|---|
| 2118/79428 | 02/19/2003 | House Account | KUNKLE | |

| ORDERED | SHIPPED | B/O | ITEM | DESCRIPTION | UNIT PRICE | LINE PRICE |
|---|---|---|---|---|---|---|
| 5072 | 5072 | | T12 | [1268 originals \| 4 each] Standard Litigation | 0.1200 | 608.6 |
| 692 | 692 | | COLOR | 173 colors x 4 | 0.9500 | 657.4 |
| 8 | 8 | | 1117 | [2 originals \| 4 each] 11 x 17 copies | 0.1500 | 1.2 |
| 36 | 36 | | BLUE | 3 sq. ft. x 12 | 0.5000 | 18.0 |
| 120 | 120 | | BLUE | 6 sq. ft. x 20 | 0.5000 | 60.0 |
| 32 | 32 | | SUPPLIES | 32 clear pockets | 0.5000 | 16.0 |

| | | |
|---|---|---|
| SUBTOTAL: | | 1,361.2 |
| SHIPPING: | | |
| 7.000 % SALES TAX: | | 95.2 |
| TOTAL: | | 1,456.5 |
| PAYMENT: | | |
| BALANCE DUE: | | 1,456.5 |

**Fax Separator Page**



REC'D COPIED BY
CHECKED BY
PACKAGED BY

```
*************************************************************************
**###################################################################**
**#################################################################*#*
*#*                                                                 *#*
*#*                                                                 *#*
*#*          From              2155638839                          *#*
*#*                                                                 *#*
*#*                                                                 *#*
*#*          Received time     Aug-07-03  10:01am                   *#*
*#*                                                                 *#*
*#*                                                                 *#*
*#*          Pages received    002                                 *#*
*#*                                                                 *#*
*#*                                                                 *#*
*#***********************************************************************
**#####################################################################*
*************************************************************************
```

# RELIABLE
— Copy | Management | Imaging —
1818 Market Street, Philadelphia, PA 19103 •Tel: 215-563-3363• Fax: 215-563-8839 •www.reliable-co.cc

# Fax Cover Page

**To:** Tate Kunkle

**Fax:** 215·665·2013

**Phone:** _____

**Re:** S 181745

**From:** Srobhan

**Pages:** _____

**Date:** 8-7-03

**CC:** _____

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

## OTHER COSTS

| | DATE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| **A** | | **Videos** | | |
| | 05/07/02 | Independent Reporting, Inc. | Copy of video of A. Armstrong dep. | $74.20 |
| | 05/01/02 | Independent Reporting, Inc. | Copy of video of A. Patton dep. | $74.20 |
| | 07/26/02 | Esquire Deposition Services | Video Dubbing of Klassen, Eager, and Custer Depositions | $165.00 |
| | 06/27/02 | Esquire Deposition Services | Videotape Copies of Devine and Conforti Depositions | $139.40 |
| | 05/05/99 | Rittenhouse Camera Co. | Videotape Duplication | $83.43 |
| | 05/05/00 | Color Reflections Expresss | Video Transfer | $28.60 |
| | 04/20/00 | Color Reflections Expresss | Video Transfer | $123.05 |
| | 04/10/00 | Color Reflections Expresss | Video Transfer | $16.69 |
| | 03/29/02 | Esquire Deposition Services | Videotape Copies of Streit and Bellavia Depositions | $110.00 |
| **B** | | **Photographs** | | |
| | 04/20/00 | Allegra Print & Imaging | Sheriff's Office Photos | $238.23 |
| | 07/17/00 | Reliable Copy Service, Inc. | Microfiche blowbacks | $536.28 |
| | 06/09/03 | Digital Legal Services, LLC | Scanning/ blowbacks/ CD creation/ copying | $1,140.45 |
| | 01/12/00 | Walgreens | One hour photo | $52.15 |
| | 11/15/99 | The Picture Parlour | Color copies/ 4" x 6" prints | $99.05 |
| | 10/28/99 | Walgreens | Photos | $22.95 |
| **C** | | **Miscellaneous** | | |
| | 05/12/00 | GAB Robins | Recording of Joe Garcia Statement | $46.33 |
| | | | **Total** | **$2,950.01** |

Independent Reporting, Inc.
13105 N.W. Frwy., Ste. 105
Houston, TX 75228
(713) 281-5580   Fax (713) 460-2525

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96918 | 05/07/2002 | 04-30400 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/01/2002 | VID/BI | B-98-186 |

| CASE CAPTION |
|---|
| Jose Garcia  Vs.  BRK Brands, Inc |

| TERMS |
|---|
| Due upon receipt |

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

COPY OF VIDEO OF:
  Andrew Armstrong                                           70.00

                                    TOTAL   DUE   >>>>        70.00

                                    AFTER 6/6/02 PAY          74.20

# PAST DUE

TAX ID NO. : 76-0328576                          (215) 665-2000    Fax (215) 665-2013

*Please detach bottom portion and return with payment.*

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

Invoice No.:  96918
Date        :  05/07/2002
TOTAL DUE  :      70.00
AFTER 6/6/02 PAY :  74.20


Job No.     :  04-30400
Case No.    :  B-98-186
Jose Garcia  Vs.  BRK Brands, Inc

Remit To:   Independent Reporting, Inc.
            13105 N.W. Frwy., Ste. 105
            Houston, TX 77040

Independent Reporting, Inc.
13105 N.W. Frwy., Ste. 105
Houston, TX 75228
(713) 281-5580  Fax (713) 460-2525

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96876 | 05/06/2002 | 04-30401 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/01/2002 | VID/BI | B-98-186 |

| CASE CAPTION |
|---|
| Jose Garcia Vs. BRK Brands, Inc |
| **TERMS** |
| Due upon receipt |

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

COPY OF VIDEO FOR THE DEPOSITION OF:
    Alton D. Patton                       70.00

                      TOTAL  DUE  >>>>    70.00

                      AFTER 6/5/02 PAY    74.20

# PAST DUE

TAX ID NO.: 76-0328576           (215) 665-2000  Fax (215) 665-2013

*Please detach bottom portion and return with payment.*

Terry M. Henry
Cozen O'Connor (PA)
1900 Market St., 3rd Floor
Philadelphia, PA 19103

        Invoice No.:  96876
        Date     :  05/06/2002
        TOTAL DUE  :    70.00
        AFTER 6/5/02 PAY : 74.20

        Job No.    :  04-30401
        Case No.   :  B-98-186
        Jose Garcia  Vs.  BRK Brands, Inc

Remit To:    Independent Reporting, Inc.
            13105 N.W. Frwy., Ste. 105
            Houston, TX 77040

# ≡ ESQUIRE™
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1880 John F Kennedy Blvd.   15th Floor
Philadelphia, PA   19103
(215)988-9191   FAX(215)988-9089

87508      ONTH 01

| INVOICE NUMBER | DATE |
|---|---|
| 89237EPA | 07/26/02 |

To: COZEN O'CONNOR
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103

ATTN : TERRY M. HENRY, ESQ.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

77262

YOUR REFERENCE NUMBER:

CAPTION: COX VS. BRK

SERVICES PROVIDED ON 06/19/02:

DR. MICHAEL KLASSEN
THOMS W. EAGAR
RICHARD CUSTER

VIDEO REPRO
DUBBING CHARGES
NI

165.00

BALANCE DUE                                                        165.00

(We accept VISA, MasterCard & American Express cards) **TOTAL**

*Thank You!*

Collection questions
contact us at
(215)988-9191
Fax (215)988-9071

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:
**ESQUIRE DEPOSITION SERVICES**
1880 JFK BLVD
15TH FLOOR
PHILADELPHIA, PA 19103
Tax ID # 22-3779684

JOB: 87508   TOT: $165.00
INVOICE #: 89237EPA
DATE: 07/26/02

COZEN O'CONNOR
Attn: TERRY M. HENRY, ESQ.
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103



≡ ESQUIRE™
DEPOSITION SERVICES
A Record Of Excellence

# Confirmation Report — Memory Send

Page         : 001
Date & Time: Aug-13-02  06:16pm
Line 1    : 215-665-2013
Line 2    :
Machine ID : Cozen   O'Connor

| | | |
|---|---|---|
| Job number | : | 174 |
| Date | : | Aug-13 06:11pm |
| To | : | ☎0208#77262#0#913168322748 |
| Number of pages | : | 005 |
| Start time | : | Aug-13 06:11pm |
| End time | : | Aug-13 06:16pm |
| Pages sent | : | 005 |
| Status | : | OK |

Job number   : 174            *** SEND SUCCESSFUL ***



PHILADELPHIA                                                                                                    NEW YORK
ATLANTA                                                                                                         NEWARK
CHARLOTTE                                    COZEN                                                              SAN DIEGO
CHERRY HILL                                                                                                     SAN FRANCISCO
CHICAGO                                     O'CONNOR                                                            SEATTLE
DALLAS                                      ATTORNEYS                                                           WASHINGTON, DC
LAS VEGAS                                                                                                       WEST CONSHOHOCKEN
LONDON                                                                                                          WILMINGTON
LOS ANGELES

A PROFESSIONAL CORPORATION

1900 MARKET STREET     PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

From: JAMES H. HELLER                                              Date: June 21, 2002
Our File Name: Cruz/Garcia
Our File Number:     77262                         Timekeeper No.: 0208

## FACSIMILE

| RECIPIENT(S) | PHONE No.(S) | FAX No(s) |
|---|---|---|
| MARC CLEMENTS | 316-832-2653 | 316-832-2748 |

NUMBER OF PAGES, INCLUDING TRANSMITTAL SHEET:                                              5
Message:  See attached letter of even date with invoices from Quality Copy, Inc. and Esquire
Deposition Services. Thank you.
*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (215) 665-2000 or (800) 523-2900
IMMEDIATELY*

THIS TRANSMISSION:

|  |  |
|---|---|
| _____ | IS ALSO BEING SENT REGULAR MAIL |
| _____ | IS ALSO BEING SENT CERTIFIED MAIL RRR |
| X | IS NOT BEING SENT BY MAIL UNLESS REQUESTED |
| _____ | IS ALSO BEING HAND DELIVERED |
| _____ | IS ALSO BEING SENT OVERNIGHT MAIL |
| _____ | IS ALSO BEING SENT FEDERAL EXPRESS |

NOTICE
The information contained in this transmission is privileged and confidential.  It is intended for the use of the individual or entity named
above.  If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination
or duplication of this communication is strictly prohibited.  If the addressee has received this communication in error, please return this
transmission to us at the above address by mail.  We will reimburse you for postage.  In addition, if the communication was received in
the U.S., please notify us immediately by phoning  (215) 665-2000 or (800) 523-2900 and asking for the Mail Center.

Thank you.

CONFIRMED BY _____
PACKAGED BY _____



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

## COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**From:** JAMES H. HELLER                          **Date: June 21, 2002**
**Our File Name:** Cruz/Garcia
**Our File Number:**    77262                    **Timekeeper No.: 0208**

### FACSIMILE

| RECIPIENT(S) | PHONE No.(S) | FAX No(s) |
|---|---|---|
| MARC CLEMENTS | 316-832-2653 | 316-832-2748 |

**NUMBER OF PAGES, INCLUDING TRANSMITTAL SHEET:**                          5
Message:  See attached letter of even date with invoices from Quality Copy, Inc. and Esquire Deposition Services. Thank you.

**\*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (215) 665-2000 or (800) 523-2900 IMMED!ATELY\***

**THIS TRANSMISSION:**

| | |
|---|---|
| _____ | **IS ALSO BEING SENT REGULAR MAIL** |
| _____ | **IS ALSO BEING SENT CERTIFIED MAIL RRR** |
| X | **IS NOT BEING SENT BY MAIL UNLESS REQUESTED** |
| _____ | **IS ALSO BEING HAND DELIVERED** |
| _____ | **IS ALSO BEING SENT OVERNIGHT MAIL** |
| _____ | **IS ALSO BEING SENT FEDERAL EXPRESS** |

## NOTICE
The information contained in this transmission is privileged and confidential.  It is intended for the use of the individual or entity named above.  If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited.  If the addressee has received this communication in error, please return this transmission to us at the above address by mail.  We will reimburse you for postage.  In addition, if this communication was received in the U.S., please notify us immediately by phoning  (215) 665-2000 or (800) 523-2900 and asking for the Fax Center.

Thank you.



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

JAMES H. HELLER
DIRECT DIAL (215) 665-2169
DIRECT FAX (215) 665-2013
E-MAIL   JIMHELLER@COZEN.COM

August 13, 2002

**VIA FACSIMILE**

Marc Clements
Coleman Company, Inc.
3600 North Hydraulic
2111 East 37th Street
Wichita, KA 67219

> **Re:** ***In the Matter of the Estate of Manuel Cruz, Dec'd***
> **Cause No. 1998 - CPC-55-A**
> **Our File No.  77262**

Dear Marc:

Enclosed herewith, please find the following invoices from outside venders in the above matter:

1.     Overdue invoice from Quality Copy, Inc. dated 6/28/02 re: copying services in the amount of $732.09;

2.     Esquire Deposition Services, LLC dated July 26, 2002 regarding the videos associated with the depositions of Dr. Michael Klassen, Thomas W. Eagar and Richard Custer in the amount of $165.00;

I have reviewed the above invoices and find them to be in order.  Please place the invoices in line for direct payment to the appropriate vendors at your earliest possible convenience.

Marc Clements
August 13, 2002
Page 2

_____

      Should any of you have any questions or comments, please feel free to contact me at the above-listed direct number.

                                Sincerely,

                                  COZEN AND O'CONNOR

                                  BY:  JAMES H. HELLER

JHH/kac
Enclosures

PHILA1\1681758\1 077262.000



**Esquire Deposition Services, LLC - ECG**
**A Hobart West Company**
Tax ID # 22-3779684                    94613      ECG-B01
155 North Wacker Drive, 10th Floor
Chicago, IL  60606
(312)782-8087     Fax(312)704-4950

| INVOICE NUMBER | DATE |
|---|---|
| 119479ECG | 06/27/02 |

To: Cozen & O'Connor -Philadelphia
1900 Market Street
Philadelphia, PA 19103

ATTN : Terry Henry, Esq.

*77262*

Due upon receipt.     | AMOUNT DUE | ENCL |

YOUR REFERENCE NUMBER: *44760*

CAPTION: GARCIA VS BRK BRANDS

SERVICES PROVIDED ON 06/06/02:

Mark Devine
Frederick Conforti

Videotape Copies                 2 @ $55.00        110.00
Delivery/Shipping & Handling                         29.40

*SENT TO A/P AUG 1 2 2002 LEGAL DEPT.*

*PL*

BALANCE DUE                                    139.40
(We accept VISA, MasterCard & American Express cards)TOTAL

Collection questions
contact us at
(312)782-8087
Fax (312)704-4950

Thank You!

↳ Please detach and send with payment

Remit To:
**Esquire Deposition Services - ECG**     JOB: 94613  TOT: $139.40
155 N. Wacker Drive - 10th Floor          INVOICE #: 119479ECG
Chicago,IL 60606                          DATE: 06/27/02
Tax ID # 22-3779684

Cozen & O'Connor -Philadelphia
Attn: Terry Henry, Esq.
1900 Market Street
Philadelphia, PA 19103



E S Q U I R E™
DEPOSITION SERVICES
A Record Of Excellence





 

**026731**

**ALL** **753-2902**

STORE #     **RITTENHOUSE CAMERA**
1900 MARKET STREET
PHILADELPHIA PA 19103
(215)963-9630
(800)661-FILM     PRI (S)

RTE # **3**

**1**   LAST INITIAL   LAST NAME _Ozwto lown_   FIRST NAME   DAYTIME PHONE NO.

☐   **2**   ADDRESS _7726 2 Dow Milano_   DATE _____

Check here if coupon enclosed

CITY _____ STATE _____ ZIP _____

**3**   FILM SIZE       **4**   FILM TYPE

110 ☐   35mm ☐   OTHER ☐     COLOR PRINTS ☐   SLIDES ☐   B&W ☐

## 4" PRINTS      3" PRINTS

   ☐ DOUBLE PRINTS     ☐  DOUBLE PRINTS   

   ☐ SINGLE PRINTS     ☐  SINGLE PRINTS   

Big 4" prints made from 35mm, disc, 110 and 126 color print film (C-41 process only).     3" prints made from 35mm, disc, 110 and 126 color print film (C-41 process only).

**5**   ☐ Check here if ordering other services or writing Special Instructions on back.   ➡

**4**   IF NO BOX IS CHECKED, YOU WILL RECEIVE SINGLE 4" PRINTS.

_3- VIDro_

**8905**

 C026731C     7532902     8905



_3- VIDro DUPlicaTa se @ 20.00 = 60.00_
_3 - TAPRs @ 5.75 = 17.87_
_77.87_

**Color Reflections**

COZEN **Express**

1880 JFK Boulevard
Philadelphia, PA 19103  627-4680
215-568-4480 • FAX: 215-568-3823
Custom Photo Lab / Digital Imaging Center
www.color-reflections.com

**INVOICE**

INVOICE #

Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia PA        19103

(215) 665-2127

SOLD TO

Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia PA        19103

# 51143590

SHIP TO

CUST. JOB NO.:

JOB DESC.:

FALANCE X 2033

ORDERED BY:

| PRODUCT | DESCRIPTION | QTY PER | NO. ORDERED | UNIT PRICE LIST | PRICE ADDITIONS | EXTENSION |
|---|---|---|---|---|---|---|
| VIDEO5 | VIDEO TRANSFER UP TO 15 MIN | 2 | 1 | 15.60 | 13.00 | 28.60 |
|  | THANK YOU FOR YOUR BUSINESS!!!!! |  |  |  |  |  |

AMOUNT DUE

**LIMIT OF LIABILITY:** Submitting any film, print, slide, negative or art work to this firm for processing, printing or other handling constitutes an AGREEMENT by you that any damage or loss by our company, subsidiary, or agents, even though due to the negligence or other fault of our company, subsidiary, or agents, will only entitle you to replacement with a like amount of unexposed film and processing. Except for such replacement, the acceptance by our company, subsidiary and/or agents of the film, print, slide, negative or art work is without other warranty or liability, and recovery for any incidental or consequential damages is excluded.

**PHOTOGRAPHIC REQU**

**COZEN & O'CONNOR**

FILE # _74582_ #51143590

ATTORNEY/
PARALEGAL
NAME _Florance R Falance_

PHONE # _215-665-2033_ _Questions please Call_

TODAY'S
DATE _5-5-00_

DEVELOPE FILM _____ AND MAKE _____ PRINTS OF EACH NEGATIVE

REPRINT NEGATIVES _____ AND MAKE _____ COPIES OF EACH

MAKE _____ COPY NEGATIVES OF EACH AND _____ PRINTS OF EACH

MAKE _____ COPY PRINTS OF EACH ( NO NEGATIVE MADE, STANDARD SIZE ONLY)

MAKE _____ ENLARGEMENTS, SIZE _____ OF EACH NEGATIVE

MAKE _____ ENLARGEMENTS, SIZE _____ OF EACH PRINTS (REQUIRES
COPY NEG.
AT EXTRA
COST)

DO YOU WANT ENLARGEMENTS MOUNTED _____ ? (AT EXTRA COST)

DAY/DATE JOB MUST BE COMPLETED _5-5-00_ ( RUSH SERVICE IS AT
EXTRA COST PLEASE
CALL FOR PRICES

SPECIAL INSTRUCTIONS _2 copies of tape start # 19 up thru_
_#56 and 19-39 thru 23 32_

WE CAN DO ALL MOST ANY TYPE OF COLOR OR BLACK AND WHITE WORK AS WELL AS
SPECIAL REQUESTS PLEASE CALL FOR INFORMATION AND PRICING

FILM BATTERIES AUDIO TAPE VIDEO TAPE CAMERAS PHOTBULBS
FRAMING MATTS SLIDE PROJECTORS PANASONIC ELECTRONICS ETC.

**COZEN AND O'CONNOR**

**142454**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 77262 | JHH 208 | Garcia v. BRK | 8/22/00 | Color Reflections<br>1880 JFK Boulevard<br>Philadelphia, PA 19103<br><br>#51143590 | 28.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
A PROFESSIONAL CORPORATION
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103
————
(215) 665-2000
(800) 523-2900
————
FACSIMILE
(215) 665-2013
————
www.cozen.com

ATLANTA, GA

CHARLOTTE, NC

CHERRY HILL, NJ

DALLAS, TX

LONDON, UK

LOS ANGELES, CA

NEW YORK, NY

NEWARK, NJ

SAN DIEGO, CA

SEATTLE, WA

WEST CONSHOHOCKEN, PA

WILMINGTON, DE

JAMES H. HELLER
DIRECT DIAL (215) 665-2169
DIRECT FAX (215) 655-2013
E-MAIL: JIMHELLER@COZEN.COM

August 22, 2000

Color Reflections
1880 JFK Boulevard
Philadelphia, PA 19103

Re:    **Garcia, et al. v. BRK Brands, Inc.**
**Invoice No. A 75371**
**File No.: 77262**

Dear Sir/Madam:

With respect to the above invoice number, in the amount of Twenty-eight and 00/100 Dollars ($28.00), enclosed please find, our firm's check in this amount for services rendered in conjunction with the above-captioned matter.

Thank you for your cooperation and assistance in this matter

Sincerely,

COZEN AND O'CONNOR

BY:  JAMES H. HELLER

JHH/frf
Enclosure(s)

**Color Reflections**
*Express*

1880 JFK Boulevard
Philadelphia, PA 19103
215-568-4480 • FAX: 215-568-3823
Custom Photo Lab / Digital Imaging Center
www.color-reflections.com

**INVOICE**

| INVOICE NO. |
|---|
| 74440 |

COZEN
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia PA    19103

(215) 665-2127

Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia PA    19103

#51143590

CUST. JOB NO.:

JOB DESC.:

ORDERED BY: Jim MELLER X 2189

| DATE IN | TIME IN | CUSTOMER P.O. NO. | S/R | WRIT. BY | TERMS | SHIPPED VIA | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 04/20/00 | 14:28 | FILE # 74582 | JD | JD | net 30 days | Messenger | 04/20/00 |

| PRODUCT NO. | DESCRIPTION | NO. DUPES/ORIG. | NO. ORIG. | UNIT PRICE 1 ST | PRICE ADDITIONS | EXTENSION |
|---|---|---|---|---|---|---|
| VIDEO2 | VIDEO TRANSFER UP TO 2 HOURS | 5 | 1 | 25.00 | 22.50 | 115.00 |
| | THANK YOU FOR YOUR BUSINESS!!!!!! | | | | | |

| SUBTOTAL | DISCOUNT | TAX | DELIVERY | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|---|
| 115.00 | .00 | 8.05 | .00 | .00 | 123.05 |

**LIMIT OF LIABILITY:** Submitting any film, print, slide, negative or art work to this firm for processing, printing or other handling constitutes an **AGREEMENT** by you that any damage or loss by our company, subsidiary, or agents, even though due to the negligence or other fault of our company, subsidiary, or agents, will only entitle you to replacement with a like amount of unexposed film and processing. Except for such replacement, the acceptance by our company, subsidiary and/or agents of the film, print, slide, negative or art work is without other warranty or liability, and recovery for any incidental or consequential damages is excluded.

COZEN AND O'CONNOR

142455

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 77262 | JHH 208 | Garcia v. BRK | 8/22/00 | Color Reflections<br>1880  JFK Boulevard<br>Philadelphia, PA 19103<br><br>#51143590 | 123.05 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**

A PROFESSIONAL CORPORATION

THE ATRIUM

1900 MARKET STREET

PHILADELPHIA, PA 19103

(215) 665-2000

(800) 523-2900

FACSIMILE

(215) 665-2013

www.cozen.com

ATLANTA, GA

CHARLOTTE, NC

CHERRY HILL, NJ

DALLAS, TX

LONDON, UK

LOS ANGELES, CA

NEW YORK, NY

NEWARK, NJ

SAN DIEGO, CA

SEATTLE, WA

WEST CONSHOHOCKEN, PA

WILMINGTON, DE

JAMES H. HELLER
DIRECT DIAL (215) 665-2169
DIRECT FAX (215) 665-2013
E-MAIL: JIMHELLER@COZEN.COM

August 22, 2000

Color Reflections
1880 JFK Boulevard
Philadelphia, PA 19103

Re:    **Garcia, et al. v. BRK Brands, Inc.**
**Invoice No. A 74440**
**File No.: 77262**

Dear Sir/Madam:

With respect to the above invoice number, in the amount of One Hundred and Twenty-three and 05/100 Dollars ($123.05), enclosed please find, our firm's check in this amount for services rendered in conjunction with the above-captioned matter.

Thank you for your cooperation and assistance in this matter

Sincerely,

COZEN AND O'CONNOR

BY:  JAMES H. HELLER

JHH/frf
Enclosure(s)

PHOTOGRAPHIC REQUEST

COZEN & O'CONNOR

FILE # _____74582_____

ATTORNEY/
PARALEGAL
NAME _Jim Meller_

# 51143590

Jim
H

PHONE # _215-665-2189_

TODAY'S
DATE _4-20-00_

DEVELOPE FILM _____ AND MAKE _____ PRINTS OF EACH NEGATIVE

REPRINT NEGATIVES _____ AND MAKE _____ COPIES OF EACH

MAKE _____ COPY NEGATIVES OF EACH AND _____ PRINTS OF EACH.

MAKE _____ COPY PRINTS OF EACH( NO NEGATIVE MADE, STANDARD SIZE ONLY)

MAKE _____ ENLARGEMENTS, SIZE _____ OF EACH NEGATIVE.

MAKE _____ ENLARGEMENTS, SIZE _____ OF EACH PRINTS (REQUIRES
COPY NEG.
AT EXTRA
COST)

DO YOU WANT ENLARGEMENTS MOUNTED _____ ? (AT EXTRA COST)

DAY/DATE JOB MUST BE COMPLETED _4-21-00_ . RUSH SERVICE IS AT
EXTRA COST. PLEASE
CALL FOR PRICES

SPECIAL INSTRUCTIONS: _5 Copies of Videotape_

WE CAN DO ALL MOST ANY TYPE OF COLOR OR BLACK AND WHITE WORK AS WELL AS
SPECIAL REQUESTS.  PLEASE CALL FOR INFORMATION AND PRICING.

FILM * BATTERIES * AUDIO TAPE * VIDEO TAPE * CAMERAS * PROJ BULBS *
FRAMING * MATTS * SLIDE PROJECTORS * PANASONIC ELECTRONICS * ETC.

# Color Reflections Express

1880 JFK Boulevard
Philadelphia, PA 19103
215-568-4480 • FAX: 215-568-3823
Custom Photo Lab / Digital Imaging Center
www.color-reflections.com

**INVOICE**

| INVOICE NO. |
| --- |
| A   73804 |

```
S O L D   T O
```
COZEN
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia PA      19103

```
S H I P   T O
```
Cozen & O'Connor
The Atrium
1900 Marker Street
Philadelphia PA      19103

(215) 665-2127

*Garcia #97262*

CUST. JOB NO.:

JOB DESC.:      ORDERED BY: MELVIN X 4787

| DATE IN | TIME IN | CUSTOMER P.O. NO. | S/R | WRT. BY | TERMS | SHIPPED VIA | INVOICE DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/10/00 | 15:25 | FILE# 78977  77262 | JD | JD | net 30 days | Messenger | 04/10/00 |

| PRODUCT NO. | DESCRIPTION | NO. DUPS/ORIG. | NO. ORIG. | UNIT PRICE 1 ST | PRICE ADDITIONS | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| VIDEO5 | VIDEO TRANSFER UP TO 15 MIN | 1 | 1 | 15.60 | .00 | 15.60 |
|  | THANK YOU FOR YOUR BUSINESS!!!!!! |  |  |  |  |  |

| SUBTOTAL | DISCOUNT | TAX | DELIVERY | PAYMENTS | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 15.60 | .00 | 1.09 | .00 | .00 | 16.69 |

**LIMIT OF LIABILITY:** Submitting any film, print, slide, negative or art work to this firm for processing, printing or other handling constitutes an AGREEMENT by you that any damage or loss by our company, subsidiary, or agents, even though due to the negligence or other fault of our company, subsidiary, or agents, will only entitle you to replacement with a like amount of unexposed film and processing. Except for such replacement, the acceptance by our company, subsidiary and/or agents of the film, print, slide, negative or art work is without other warranty or liability, and recovery for any incidental or consequential damages is excluded.

COZEN AND O'CONNOR

134357

| SE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|--------|------|--------------|------|-------------|--------|
| 262 | RWH | BRK/Garcia | 4/14/00 | copy of videotape for (McClintock testing) for review by expert Lori Streit) | $16.69 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

**COZEN AND O'CONNOR**
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

134357

3-3
310

DATE April 14, 2000

PAY TO THE
ORDER OF Color Reflections Express                    $16.69

Sixteen and 69/100--------------------------------------------------DOLLARS

NOT VALID OVER $250.00

MELLON PSFS
PHILADELPHIA, PA

VOID AFTER 90 DAYS

⑈134357⑈ ⑆031000037⑆    8⑈332 579⑈

*VIDEOTAPE COPY*

**PHOTOGRAPHIC REQUEST**  *TO — COLOR REFLECTIONS*

**COZEN & O'CONNOR**

FILE # *78974 M262 Garcia*

ATTORNEY/
PARALEGAL
NAME *Barbara Melvin*

PHONE # *215/665-4787*

TODAY'S
DATE *4/10/00*

DEVELOP FILM _____ AND MAKE _____ PRINTS OF EACH NEGATIVE

REPRINT NEGATIVES _____ AND MAKE _____ COPIES OF EACH

MAKE _____ COPY NEGATIVES OF EACH AND _____ PRINTS OF EACH.

MAKE __*1*__ COPY ~~PRINTS OF EACH( NO NEGATIVE MADE, STANDARD SIZE ONLY~~ *VIDEOTAPE*

MAKE _____ ENLARGEMENTS, SIZE _____ OF <u>EACH</u> NEGATIVE.

MAKE _____ ENLARGEMENTS, SIZE _____ OF EACH PRINTS (REQUIRES
COPY NEG..
AT EXTRA
COST)

DO YOU WANT ENLARGEMENTS MOUNTED _____ ? (AT EXTRA COST)

DAY/DATE JOB MUST BE COMPLETED _____ . RUSH SERVICE IS AT
EXTRA COST. PLEASE
CALL FOR PRICES

SPECIAL INSTRUCTIONS: *Please copy attached videotape
"Smoke Detector Test" (11/26/98 - MA198001)*

WE CAN DO ALMOST ANY TYPE OF COLOR OR BLACK AND WHITE WORK AS WELL A[S]
SPECIAL REQUESTS. PLEASE CALL FOR INFORMATION AND PRICING.

**SMOKE DETECTOR TEST**

1/26/98

MAI98001          COPY



**Esquire Deposition Services, LLC - ECG**
**A Hobart West Company**
Tax ID # 22-3779684                88802      ECG-B01
155 North Wacker Drive, 10th Floor
Chicago, IL  60606
(312)782-8087    Fax(312)704-4950

| INVOICE NUMBER | DATE |
|---|---|
| 112269ECG | 03/29/02 |

To:  Cozen & O'Connor -Philadelphia
     1900 Market Street
     Philadelphia, PA 19103

ATTN : Terry Henry, Esq.

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  COX VS BRK BRANDS

SERVICES PROVIDED ON 03/08/02:

Lori Streit, Ph.D
Nick Bellavia

Videotape Copies            2 @ $55.00            110.00

BALANCE DUE                              110.00
(We accept VISA, MasterCard & American Express cards)**TOTAL**

*Thank You!*

Collection questions
contact us at
(312)782-8087
Fax (312)704-4950

**DUE UPON RECEIPT.   THANK YOU.**

⚡ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:
**Esquire Deposition Services - ECG**     JOB: 88802  TOT: $110.00
155 N. Wacker Drive - 10th Floor          INVOICE #: 112269ECG
Chicago,IL 60606                          DATE: 03/29/02
Tax ID # 22-3779684

Cozen & O'Connor -Philadelphia
Attn: Terry Henry, Esq.
1900 Market Street
Philadelphia, PA 19103



**A Record Of Excellence**

# ALLEGRA
## PRINT & IMAGING®

2200 BOCA CHICA. SUITE 146
BROWNSVILLE, TEXAS
(956) 548-1301
FAX (956) 548-0225

**INVOICE**

8675

Name _Roerig, Oliviera Fishes_

Address _____

City _____ State _____ Zip _____

Date: _4/20_

Customer Acct. No. _2101_

P.O. # _____

| | QTY | JOB NAME | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|---|---|
| PRINTING | | | | | | |
| | | | | | | |
| BLUEPRINTS | | Sheriff's office Photos | 21.410 | | | |
| | | | | | | |
| COPIES | 336 | | CLC | | 218 | 40 |
| | 24 | | copies | | 1 | 68 |

☒ CHARGE ☐ CASH ☐ CHECK

VISA ☐  AM EX ☐  # _____

MC ☐  QP ☒

Rec'd By _Fredely Garcia_

**PLEASE PAY FROM THIS INVOICE**

| SUBTOTAL | 220 | 08 |
|---|---|---|
| TAX | 18 | 15 |
| TOTAL | 238 | 23 |

# INVOICE

CLAIMS MUST BE MADE IN WRITING
WITHIN 5 DAYS OF RECEIPT OF GOODS
AND ARE LIMITED TO THE EXTENT OF
OUR COST OF PROCESSING BELOW
MATERIALS ONLY

Tax I.D  23-2473700

**Reliable Copy Service, Inc.**
**1818 Market Street, Concourse**
**Philadelphia, PA  19103**

INVOICE NO:   S131911

INVOICE DATE:   07/17/2000

Cozen and O'Connor
The Atrium 1900 Market Street
3rd Floor
Philadelphia, PA  19103

SHIP TO
Cozen and O'Connor
The Atrium 1900 Market Street
3rd Floor
Philadelphia, PA  19103

TERMS
NET 30

SALESPERSON
Jamie Bell

SHIP VIA

| PAGE 1 | FILE NAME/# 1481-77262 | | PRICE | AMOUNT |
|---|---|---|---|---|
| ORDERED BY ERIC | DESCRIPTION | | 0.35 | 501.20 |
| ITEM C | 1432 microfiche blowbacks | | | |

**PAYMENT APPROVED**
**T.H. METZGER**
AUG 10 2000

390686

930F 9300 0101.001  536.28
77262 (46)

| | | |
|---|---|---|
| | SUBTOTAL: | 501.20 |
| | SHIPPING: | |
| | % SALES TAX: | 35.08 |
| 7.000 | TOTAL: | 536.28 |
| | PAYMENT: | |

(15) 563-3363
(15) 563-8839

3 Days from Invoice Date
Monthly Late Charge will be added after 30 days



COZEN AND O'CONNOR

0179409 CHECK NUMBER  179409

| INVOICE/ID | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT | CHECK TOTAL |
|---|---|---|---|---|---|
| S132531 | 07-20-00 | 43.50 | 0.00 | 43.50 | |
| S132224 | 07-19-00 | 536.28 | 0.00 | 536.28 | |
| S132098 | 07-17-00 | 0.54 | 0.00 | 0.54 | |
| S132310 | 07-19-00 | 134.18 | 0.00 | 134.18 | |
| S132291 | 07-19-00 | 98.49 | 0.00 | 98.49 | |
| S132613 | 07-26-00 | 31.20 | 0.00 | 31.20 | |
| S132622 | 07-26-00 | 82.13 | 0.00 | 82.13 | |
| S132750 | 07-27-00 | 4.28 | 0.00 | 4.28 | |
| S132809 | 07-31-00 | 719.87 | 0.00 | 719.87 | |
| S132915 | 08-01-00 | 16.44 | 0.00 | 16.44 | |
| S132906 | 07-31-00 | 43.40 | 0.00 | 43.40 | |
| S132097 | 07-17-00 | 1309.17 | 0.00 | 1309.17 | |
| S132808 | 07-31-00 | 280.82 | 0.00 | 280.82 | |
| S133293 | 08-08-00 | 6.42 | 0.00 | 6.42 | |

3306.72

**COZEN AND O'CONNOR**
EXECUTIVE ACCOUNT
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103

0179409 CHECK NO. 179409

3-3/3

THREE THOUSAND THREE HUNDRED SIX AND 72/100

08-24-00
DATE

PAY TO THE ORDER OF

| AMOUNT OF CHECK |
|---|
| $3306.72 |

RELIABLE COPY SERVICE          10231
1818 MARKET STREET

PHILADELPHIA, PA 19103

Mellon PSFS
Mellon Bank, N.A.
Philadelphia, PA

**NON-NEGOTIABL**
IF OVER $1,000.00 TWO SIGNATURES REQ

⑈179409⑈ ⑈031000037⑈  2⑈953 925⑈

# *Digital Legal Services, LLC*

1760 Market Street
Suite 704
Philadelphia, PA 19103
Phone #(215) 569-9155
Fax #    (215) 569-0690



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2003 | 402 |

| TAX ID# 81-0555082 |
|---|

| Bill To |
|---|
| Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103-3508 |

| Matter Name and /or Number | Ordered By | Project Date | Account Manager | DLS # | Terms |
|---|---|---|---|---|---|
| 77262 | Terry Henry | 5/22/2003 | MPS | CO14 | Net 15 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1.5 | Clerical Hours For Prepping | 35.00 | 52.50T |
| 2,236 | Images Digitally Scanned | 0.12 | 268.32T |
| 246 | Images Digitally Scanned in Color | 1.00 | 246.00T |
| 2,278 | Blowbacks | 0.08 | 182.24T |
| 126 | Slip Sheets | 0.03 | 3.78T |
| 246 | Color Copies ( 1 Original x 1 Copy) | 1.00 | 246.00T |
| 42 | Oversize documents (larger than 11X17) duplicated  (charged per square foot) | 1.00 | 42.00T |
| 1 | CD Creation | 25.00 | 25.00T |
| | Sales Tax | 7.00% | 74.61 |

| Thank you for your business.  We look forward to working with you again. | **Total** | $1,140.45 |
|---|---|---|

# *Digital Legal Services, LLC*

1760 Market Street
Suite 704
Philadelphia, PA 19103

Phone #(215) 569-9155
Fax #   (215) 569-0690

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2003 | 402 |

TAX ID# 81-0555082

| Bill To |
|---------|
| Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103-3508 |

| Matter Name and /or Number | Ordered By | Project Date | Account Manager | DLS # | Terms |
|---|---|---|---|---|---|
| 77262 | Terry Henry | 5/22/2003 | MPS | CO14 | Net 15 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1.5 | Clerical Hours For Prepping | 35.00 | 52.50T |
| 2,236 | Images Digitally Scanned | 0.12 | 268.32T |
| 246 | Images Digitally Scanned in Color | 1.00 | 246.00T |
| 2,278 | Blowbacks | 0.08 | 182.24T |
| 126 | Slip Sheets | 0.03 | 3.78T |
| 246 | Color Copies ( 1 Original x 1 Copy) | 1.00 | 246.00T |
| 42 | Oversize documents (larger than 11X17) duplicated  (charged per square foot) | 1.00 | 42.00T |
| 1 | CD Creation | 25.00 | 25.00T |
|  | Sales Tax | 7.00% | 74.61 |

Thank you for your business.  We look forward to working with you again.

| **Total** | $1,140.45 |



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN
O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

June 13, 2003

Kimberly A. Coller
Legal Secretary
Direct Phone 215.665.7242
Direct Fax   215.701.2013
kcoller @cozen.com

**VIA FACSIMILE**

Marc P. Clements
Sr. Director of Product
  Litigation & Compliance
American Household, Inc.
2111 E. 37th Street NorthAmerican
Wichita, KS  67201

Re: *In the Matter of the Estate of Manuel Cruz, Dec'd*
    **Cause No. 1998 - CPC-55-A**
    **Our File No:  77262**

Dear Marc:

Enclosed herewith, please find an invoice from Digital Legal Services, LLC dated June 9, 2003 in the amount of $1,140.45 for services rendered regarding the above matter.  This invoice has been reviewed by James Heller and found to be in order.  We would appreciate your forwarding the above invoice to your Accounting Department for processing of direct payment to Digital Legal Services, LLC as soon as possible.

Thank you for your attention to this matter.

Sincerely,

COZEN O'CONNOR

BY:   Kimberly A. Coller

/kac
Enclosures

PHILA1\1862241\1 077262.000

Garcia v BRK

9040

```
411            10   6940   02897   001

411            10   6941   02897   001

ONE HOUR PHOTO        1T    11.34
ONE HOUR PHOTO        1T    36.84
        SUBTOTAL             48.18

   8.25% SALES TAX            3.97
   TOTAL                     52.15

ACCT#***1777
   CHECK     52.15 CHANGE        .00

        THANK YOU
CALL IN YOUR RX REFILL BY TELEPHONE
   OR VISIT WWW.WALGREENS.COM
   JANUARY 12, 2000        9:14 AM
```

Photographs - Propane Tank.
Processing + Duplicates

THE PICTURE PARLOUR
730 Old Alice Road
BROWNSVILLE, TEXAS 78520
(956) 544-2164

| CUSTOMER'S ORDER NO | | PHONE | | | | DATE | *7—* |
|---|---|---|---|---|---|---|---|

NAME  *Roesig, Olivenad, + Foster*

ADDRESS

*( Elizabeth Mosley )*

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | | | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| 10 | Color  *Copy Image* | | | 5 95 | | $ 59 50 | |
| 80 | ~~Black & White~~  *4x6 Print* | | | 40 | | $ 32 00 | |
| | Custom | | | | | | |
| | Copy | | | | | | |
| | Passports | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | TAX | | 5 7 | 55 | |
| RECEIVED BY | | | TOTAL | | $ 99 | 05 | |

B    PRODUCT 810          All claims and returned goods must be accompanied by this bill.

22457

8656

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
**ATTORNEYS AT LAW**
PH. 956-542-5666
855 W. PRICE RD., STE. 9
BROWNSVILLE, TEXAS 78520

DATE 10/28/99

PAY TO THE ORDER OF  Walgreen                    $ 22 95/XX

Twenty Two and 95/100                            DOLLARS

TWO SIGNATURES REQUIRED OVER $2,500.00

Norma A. Hernandez

⑆008656⑆ ⑈114911580⑈ 181111 01 ⑆0000022 95⑆

#8656     11/03/99   $22.95

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

**Partners**
Jeffrey D. Roerig**
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*+
David G. Oliveira
Adolph Guerra, Jr.+

**Main Office**
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

+Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

**Partners**
D. Alan Erwin, Jr
Michael A. Zanca+
D. Wilkes Alexander
Rosemary Conrad-Sandoval+
Lucila Alvarado+

**Associates**
Jesus Quezada, Jr.
Lisa M. Vasquez

+Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization
+Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

21,410

File No.:

May 12, 2000

Ms. Cindy Shelton
GAB Robins
Suite 900W
1341 W. Mockingbird Lane
Dallas, Texas 75247-4991

Re:  *Garcia, et al vs. BRK Brands, Inc.*

Dear Cindy:

We received our Service Invoice in the amount of $98.72. We appreciate your willingness to help, but I disagree with the amount charged after February 17, 2000, in that it was not requested by me.

I am enclosing this firm's check in the amount of 46.33 for services rendered on February 17 and 18, 2000. Should you have any questions, please do not hesitate to contact the undersigned.

Should you have any questions, please do not hesitate to contact the undersigned. I look forward to hearing from you.

Sincerely,

ROERIG, OLIVEIRA & FISHER, LLP

Elizabeth G. Neally

EGN:cjb

```
5/03/2000          GAB ROBINS NORTH AMERICA, INC.        REPORT:  INT006B
11:46         ACIS - AUTOMATED CLAIMS INFORMATION SYSTEM    PAGE:  1
                      Activity Notes By Claim Number
```

```
     FILE NUMBER     34405-65215A
  CLAIMANT NAME      UNKNOWN UNKNOWN
    INSURED/EMP      BRK BRANDS INC
```

*don't pay these — not covered — not requested*

*2/18/30*

Activity Date: 05/03/2000
Adj/Exmr: C. SHELTON          Hours:       0.40    Misc Exp:      0.00

REPORTS/CORRESPONDENCE: CLOSING REPORT

------------------------------------------------------

Activity Date: 05/03/2000
Adj/Exmr: C. SHELTON          Hours:       0.10    Misc Exp:      0.00

CONTACT: RECD VOICE MAIL - CLOSE FILE

------------------------------------------------------

Activity Date: 05/01/2000
Adj/Exmr: C. SHELTON          Hours:       0.10    Misc Exp:      0.50

CONTACT: CALLED LM ELIXABETH NEELY

------------------------------------------------------

Activity Date: 03/02/2000
Adj/Exmr: C. SHELTON          Hours:       0.10    Misc Exp:      0.00

CONTACT: CALLED CUST - TT SCE - LM FOR ATTY - NO REPORT NEEDED

------------------------------------------------------

Activity Date: 02/17/2000
Adj/Exmr: C. SHELTON          Hours:       0.20    Misc Exp:      1.00

CONTACT: RECD CALL FROM LEGAL ASST - CALLED BACK - WITNESS CANCELLED - WILL
   TRY AND RESCHEDULE - WILL HOLD FILE OPEN FOR SCHEDULING OF STMT
------------------------------------------------------

Activity Date: 02/18/2000
Adj/Exmr: C. SHELTON          Hours:       0.40    Misc Exp:      0.00

CONTACT: CUST CALLED - REFERRED BY TAMMY AT TML - NEEDS SOMEONE TO GO OUT
   AND TAKE RS OF WITNESS - OBT INFO AND TIME - WILL MEET AT AIRPORT TOMORROW
   FOR STATMENT OF WINTESS
------------------------------------------------------


                  * * *  END OF REPORT  * * *
```



GAB Robins North America, Inc.

41 W. MOCKINGBIRD LANE
SUITE 900W
DALLAS, TX. 75247-4991
T : 214-631-4455
F :214-631-4261

## ORIGINAL INVOICE
## PLEASE PAY
### SERVICE INVOICE

RECEIVED MAY 8 2000

621726
ROERIG OLIVEIRA & FISHER LLP
855 W PRICE ROAD #9
ELIZABETH NEELY
BROWNSVILLE, TX 78520

**PLEASE PAY
WITHIN 60 DAYS**

**FINAL BILLING**

Mail Remittance To :
GAB Robins North America, Inc.
P.O. Box 7247-7162
Philadelphia, PA 19170-7162
IRS - 13-2747054

**Invoice Number : 7309819258**

| **GAB File Number** | **TAS No.** | **Invoice Date** | **Catastrophe No.** |
|---|---|---|---|
| 34405-65215A | | 05/04/00 | |

**Insured**
BRK BRANDS INC

| **Policy Number** | **Policy Term** | **Claim Number** |
|---|---|---|
| UNKNOWN | 01/01/2000-12/31/2000 | UNKNOWN |

**Claimant**
UNKNOWN UNKNOWN

**Agency & Location**                    **Cust. Producer Code**

| **Acc/Loss/Occur Location** | **Loss Zip** | **Type of Loss/Claim** |
|---|---|---|
| DALLAS,TX | 75247 | GL |
| **Acc/Loss/Occur Date** | **Assign Date** | **Product Code** |
| 02/15/2000 | 02/18/2000 | 3LC |

| **Expenses** | | |
|---|---|---|
| Service | 39.70 | 41.40 |
| Miscellaneous | 1.50 | |
| Sub Total | 91.20 | 42.90 |
| Taxes | 1.82 | 3.43 |
| Total Invoice | $ 93.73 | 46.33 |

**ORIGINAL INVOICE**

GAB A991

(Copyright (c) 1994-97 GAB Robins North America, Inc., All Rights Reserved)

Version 1.3.2.1

