IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE GARCIA, Individually, <br> IDALIA GARCIA, Individually and <br> as Representative of the Estate of <br> MANUEL CRUZ and CYNTHIA COX as <br> Next Best Friend of Brittany Cox, <br> <br> vs. <br> <br> BRK BRANDS, INC. | CIVIL ACTION <br> <br> NO. B-98-186 |

## CERTIFICATION IN SUPPORT OF
## DEFENDANTS' BILL OF COSTS

Terry M. Henry, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas *pro hac vice* in this matter and I am a member of the firm Cozen O'Connor.

2. Our firm has been retained by BRK Brands, Inc. to represent BRK Brands, Inc. in the above-captioned matter.

3. On May 27, 2003, pursuant to Federal Rule of Civil Procedure 56, this Court entered judgment against plaintiffs Jose Garcia and Idalia Garcia, individually and as the representative of the estate of Manual Cruz, deceased, and Cynthia Cox, as next best friend of Brittany Cox.

4. The reasonable costs and expenses incurred by BRK Brands through Cozen O'Connor in the defense of plaintiffs' claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, check stubs or other accounting documents necessary to substantiate the Bill of Costs.

5. Insofar as the costs and expenses incurred by BRK Brands in defending against plaintiffs' claims are reasonable, this Court should tax costs against plaintiffs pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. §1920.

6. I declare under penalty of perjury that the costs in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

COZEN O'CONNOR

BY: _____
TERRY M. HENRY
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

Dated: 8/07/03