WATTS LAW FIRM
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 Fax


_____
Ray R. Marchan
State Bar No. 12969050
Federal ID No. 9522
Attorney –in-Charge
**Attorney for Cynthia Cox as Next Friend of Brittany Cox**

## CERTIFICATE OF CONFERENCE

I Juan A. Gonzalez believe that due to the nature of the motion, I believe that Defendant is opposed.

Juan A. Gonzalez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 25th day August 2003.

Rene Oliveira/Elizabeth Neally
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Rd, Suite 9
Brownsville, Texas 78520

Terry M. Henry
James Heller
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103

Ray R. Marchan
**WATTS LAW FIRM**
1926 East Elizabeth
Brownsville, Texas 78520

Juan A. Gonzalez

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION



United States District Court
Southern District
FILED

AUG 18 2003

Michael N. [illegible]
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF MANUEL CRUZ; IDALIA | § | |
| GARCIA, INDIVIDUALLY; AND CYNTHIA | § | |
| COX, INDIVIDUALLY AND AS NEXT | § | CIVIL ACTION NO. B-98-186 |
| FRIEND OF BRITTANY COX | § | |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| BRK BRANDS, INC. | § | |

**PLAINTIFFS IDALIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MANUEL CRUZ, DECEASED AND CYNTHIA COX, INDIVIDUALLY AND AS NEXT FRIEND OF BRITTANY COX'S RESPONSE AND OPPOSITION TO DEFENDNANT'S BILL OF COSTS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, Plaintiffs Idalia Garcia, Individually and as Representative of the Estate of Manuel Cruz, Deceased, and Cynthia Cox, Individually and as Next Friend of Brittany Cox, by and through their undersigned counsel, and file this their Response and Opposition to Defendant's Bill of Costs, and in support thereof state as follows

I.

Plaintiffs herein received Defendant's Bill of Cost and Certification in support of the Bill of Costs in connection with the above case on August 12, 2003. The cover letter was dated August 11, 2003, and the signature line of the declaration in support is dated August 11, 2003. The Judgment was entered on May 27, 2003, against Plaintiffs. Defendant urges that the court and clerk deny Defendant's Bill of Costs as same are untimely and have been waived. The deadline to file a Bill of Costs is governed by local rules. Local Rules for the Southern District of Texas require the Bill of Costs to be filed and served within 14 days of the entry of Judgment. See Local Rule 54.2, which

1

states in pertinent part "An application for costs **shall be made by filing a bill of costs within 14 days of the entry of a final judgment**. Thus, Defendants have failed to follow the local rules on a timely basis. Their request for costs should be denied, as the failure to adhere to the deadline constitutes waiver.

### A.   Conclusion

For these reasons, Plaintiffs ask the Court to set a hearing at the earliest possible date on Defendant's request for Bill of Costs.

Dated: August 18, 2003

Respectfully submitted,

By: _____
JUAN A. GONZALEZ
Attorney in Charge
Federal No. 3472
State Bar No. 08129310

OF COUNSEL: GLENN D. ROMERO
Federal No. 7734

**LAW OFFICE OF MARK A CANTU**
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

**Attorney for Plaintiff**
**Idalia Garcia, Individually and as**
**Representative of the Estate of Manuel**
**Cruz, Deceased**

2