IN THE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE GARCIA, Individually, | : | |
| IDALIA GARCIA, Individually and | : | CIVIL ACTION |
| as Representative of the Estate of | : | |
| MANUEL CRUZ and CYNTHIA COX as | : | |
| Next Best Friend of Brittany Cox, | : | NO. B-98-186 |
| | : | |
| vs. | : | |
| | : | |
| BRK BRANDS, INC. | : | |

**MOTION OF BRK BRANDS, INC. FOR AN EXTENSION OF
TIME TO FILE ITS BILL OF COSTS**

TO THE HONORABLE JUDGE OF SET COURT:

**COMES NOW**, BRK Brands, Inc., by and through its undersigned counsel, and files this Motion for an Extension of Time to File its Bill of Costs, and in support thereof states as follows:

On May 27, 2003, on BRK Brands' Motion for Summary Judgment, this Court entered judgment in BRK Brands' favor on all plaintiffs' claims. Under Rule 54(d), the "prevailing a party" automatically is entitled to "costs unless the Court directs otherwise." *Buchanan v. Stanship, Inc.*, *45 U.S. 265, 268 (1988)*. Federal Rule of Civil Procedure 54(d) states:

> (1) **Costs Other Than Attorneys Fees**
>
> Except when express provision therefore is made in either a statute of the United States or in these rules, costs other than attorneys fees **shall be allowed as of course** to the prevailing party unless the Court directs otherwise....

As the prevailing party, defendants enjoy a strong presumption that they will be awarded costs,

*Sheets v. Yahama Motors, Corp.,* 891 F.2d 533, 539 (5th Cir. 1990). Insofar as judgment has been entered against plaintiffs and plaintiffs have not appealed, BRK Brands is entitled to its costs automatically as the prevailing party in this case. BRK Brands filed its Bill of Costs on August 11, 2003.

Local Rule 54.2 requires the prevailing party to file its Bill of Costs within 14 days of the entry of final judgment. Because the Court entered judgment in BRK Brands' favor on May 27, 2003, its Bill of Costs was to be filed on or before June 10, 2003. However, because of the extensive nature of BRK's expenses, its effort to review and identify only those expenses for which it was authorized by rule to seek costs and the necessity to provide supporting documentation, BRK was not able to prepare and file its Bill of Costs within the requisite 14 days.

BRK Brands' expenses were recorded in thousands of line items in four years of invoices generated by local and national counsel. Counsel for BRK Brands reviewed each entry to determine if it met the boundaries of the Court's Rule, some of which required investigation beyond the information entered on the invoice. Once identified as an appropriate cost to be taxed, BRK Brands then had to search through over four years of invoices to find the supporting documentation. BRK Brands submits that plaintiffs will not suffer any harm or prejudice by the clerk taxing the costs sought by BRK Brands.

In light of the above, BRK Brands respectfully requests this Court grant its Motion for an Extension of Time to File its Bill of Costs and direct tax clerk to the costs as set forth in its Bill of Costs.

Respectfully Submitted
**ROERIG, OLIVEIRA & FISHER, L.L.P.**

BY: _____
Rene O. Oliveira
State Bar No. 15254700
Cameron County I.D. No. 3507
Elizabeth G. Neally
State Bar No. 14840400
Cameron County I.D. No. 3506
855 West Price Road, Suite 9
Brownsville, TX 78520
Tel: 956/542-5666
Fax: 956/542-0016


COZEN O'CONNOR
James Heller
Terry M. Henry
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013


## CERTIFICATE OF CONFERENCE

I certify that on August 28, 2003, I called Mr. Juan Gonzalez and Mr Ray Marchan regarding BRK Brands' Motion For An Extension of Time to File Its Bill of Costs:

Juan Gonzalez is    __✓__ Opposed    _____ Unopposed.    _____ No Response.

Ray Marchan is      __✓__ Opposed    _____ Unopposed.    _____ No Response.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above instrument has been served on all parties pursuant to Federal Rules of Civil Procedure as follows:

Mr. Ray R. Marchan
**WATTS LAW FIRM**
1926 East Elizabeth
Brownsville, Texas 78520

Mr. Juan Gonzalez
**LAW OFFICE OF MARK A. CANTU**
The Atrium
1300 North 10rh Street, Suite 400
McAllen, Texas 78501
Tel: (956) 687-8181
Fax: (956) 687-8868

**COZEN O'CONNOR**
Mr. James Heller
Mr. Terry M. Henry
1900 Market Street
Philadelphia, PA 19103
Tel: 215/665-2000
Fax: 215/665-2013

on this 28th day of August, 2003

_____
Elizabeth G. Nealy