IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GARCIA, INDIVIDUALLY AND § <br> IDALIA GARCIA, INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE OF § <br> MANUEL CRUZ AND CYNTHIA COX AS § <br> NEXT BEST FRIEND OF BRITTANY COX § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> BRK BRANDS, INC., § <br>     Defendant. § | CIVIL ACTION NO. B-98-186 |

## ORDER

The court having granted a final judgment in this case on May 27, 2003 and having reviewed: 1) the Defendant's Bill of Costs filed on August 11, 2003; 2) the Defendant's Motion for an Extension of Time to File Its Bill of Costs (local rule 54.2 requiring such Bill of Costs to be filed within 14 days of the judgment) filed on August 28, 2003; 3) the Plaintiffs' Response and Opposition to Defendant's Bill of Costs filed on August 18, 2003; and 4) the response of the Defendant also filed on August 28, 2003, hereby denies the Motion for the Extension of Time and the Bill of Costs.

Signed this the 2nd day of October.

Honorable Andrew S. Hanen
United States District Judge