IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 08 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE GARCIA, ET AL | § CASE NO. CA B-98-186 |
| | § |
| VERSUS | § BROWNSVILLE, TEXAS |
| | § MAY 15, 2002 |
| BRK BRANDS, INC. | § 9:12 A.M. TO 1:25 P.M. |

### DAUBERT HEARING

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | SEE NEXT PAGE |
| For the Defendant: | SEE NEXT PAGE |
| Interpreter: | (None present) |
| Court Recorder: | Gabriel Mendieta |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (office) ♦ (713) 697-4722 (fax)
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.